IN RE: BATTLEFIELD WASTE DISPOSAL LITIGATION

MDL No. 2083

## SCHEDULE A

<u>Middle District of Alabama</u>

Richard Ronald Guilmette v. KBR, Inc., et al., C.A. No. 1:09-507

<u>District of Alaska</u>

William G. Brister, Jr., et al. v. KBR, Inc., et al., C.A. No. 3:09-97

<u>Southern District of California</u>

Michael Auw, et al., v. KBR, Inc., et al., C.A. No. 3:09-1167

<u>Southern District of Georgia</u>

Michael Douglas Moore v. KBR, Inc., et al., C.A. No. 4:09-97

<u>Northern District of Illinois</u>

David U. Lackey, et al. v. KBR, Inc., et al., C.A. No. 1:09-3262

<u>District of Maryland</u>

Alan Metzgar, et al. v. KBR, Inc., et al., C.A. No. 8:09-744

<u>District of Minnesota</u>

Dean Guy Olson v. KBR, Inc., et al., C.A. No. 0:09-1261

<u>Western District of Missouri</u>

Albert Paul Bittel, III v. KBR, Inc., et al., C.A. No. 3:09-5041

<u>Western District of New York</u>

Fred Robert Atkinson, Jr., et al. KBR, Inc., et al., C.A. No. 1:09-513

- A2 -

<u>Eastern District of North Carolina</u>

Joanne Ochs, et al. v. KBR, Inc., et al., C.A. No. 5:09-237

<u>Southern District of Texas</u>

Joshua Eller v. KBR, Inc., et al., C.A. No. 4:08-3495

<u>Western District of Texas</u>

Robert Cain, et al. v. KBR, Inc., et al., C.A. No. 5:09-435

<u>District of Wyoming</u>

SMSgt. Glen S. Massman, et al. v. KBR, Inc., et al., C.A. No. 2:09-117