**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re: KBR, Inc., Burn Pit Litigation | Master Case No.: 8:09-MD-02083-RWT |

**DEFENDANTS' RENEWED MOTION TO DISMISS**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants KBR, Inc., Kellogg Brown & Root Services, Inc., Kellogg Brown & Root LLC, and Halliburton Company (collectively, "Defendants") move pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss all complaints consolidated in this multi-district litigation for lack of subject matter jurisdiction. The grounds for this Motion are set forth in the accompanying Memorandum in Support of this Motion and the attached exhibits.

Pursuant to Local Rule 105.6, Defendants respectfully request a hearing on this Motion.

Dated: June 1, 2012

Respectfully submitted,

/s/ Daniel L. Russell Jr.
Raymond B. Biagini (Bar ID No. 03540)
   rbiagini@mckennalong.com
Robert A. Matthews (*pro hac vice*)
   rmatthews@mckennalong.com
Daniel L. Russell Jr. (Bar ID No. 16855)
   drussell@mckennalong.com
Shannon G. Konn (*pro hac vice*)
   skonn@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC  20006
(202) 496-7500
Fax: (202) 496-7756

Counsel for Defendants KBR, Inc.,
Kellogg Brown & Root LLC,
Kellogg Brown & Root Services, Inc.,
and Halliburton Company

## CERTIFICATE OF SERVICE

I hereby certify that, on June 1, 2012, a copy of the foregoing document was electronically filed in this case via the CM/ECF system, which will provide notice to Susan L. Burke, lead and liaison counsel for Plaintiffs.

/s/ Daniel L. Russell Jr.
Daniel L. Russell Jr. (Bar ID No. 16855)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC  20006
(202) 496-7500
Fax: (202) 496-7756