**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re: KBR, Inc., Burn Pit Litigation | Master Case No.:  8:09-MD-02083-RWT |

**ORDER**

Upon consideration of Defendants' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion"), it is on this ___ day of _____, 2012, hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs' Complaints are DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
ROGER W. TITUS
U.S. DISTRICT COURT JUDGE