**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re: KBR, Inc., Burn Pit Litigation | Master Case No.:  8:09-MD-02083-RWT |

**Appendix of Exhibits to Memorandum in Support of Defendants'
Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction**

Exhibit A:   Brief for the United States as Amicus Curiae,
             *Carmichael v. Kellogg Brown & Root Servs., Inc.*, No. 09-683
             (U.S. filed May 28, 2010)

Exhibit B:   Brief for the United States as Amicus Curiae,
             *Saleh v. Titan Corp.*, No. 09-1313 (U.S. filed May 27, 2011)

Exhibit C:   Brief for United States as Amicus Curiae,
             *Al Shimari v. CACI Int'l, Inc.,* No. 09-1335 (4th Cir. filed Jan 13, 2012)

Exhibit D:   *Long-Term Health Consequences of Exposure to
             Burn Pits in Iraq and Afghanistan,* Institute of Medicine (2011)

Exhibit E:   *Report to Congress on the Use of Open-Air Burn Pits by the
             United States Armed Forces*, Department of Defense (April 28, 2010)

Exhibit F:   *Afghanistan and Iraq:  DOD Should Improve Adherence to Its
             Guidance on Open Pit Burning and Solid Waste Management*,
             Government Accountability Office Report (October 2010)

Exhibit G:   Fragmentary Order ("FRAGO") 2193

Exhibit H:   LOGCAP III base contract

Exhibit I:   Task Order 59 and Statement of Work

Exhibit J:   Task Order 89 and Statement of Work

Exhibit K:   Task Order 139 and Statement of Work

Exhibit L:   Task Order 159 and Statement of Work

Exhibit M:   Task Order 13 and Statement of Work

Exhibit N:     Task Order 14 and Statement of Work

Exhibit O:     Task Order 97 and Statement of Work

Exhibit P:     Task Order 98 and Statement of Work

Exhibit Q:     Task Order 113 and Statement of Work

Exhibit R:     Task Order 116 and Statement of Work

Exhibit S:     Task Order 118 and Statement of Work

Exhibit T:     Task Order 145 and Statement of Work

Exhibit U:     Excerpts From Statements of Work – Burn Pit Services

Exhibit V:     Excerpts From Statements of Work – Water Services

Exhibit W:     *Arnold v. United States*, 140 F.3d 1037 (5th Cir. 1998)