# Exhibit G

UNCLASSIFIED//FOUO

HQ, USF-I
CAMP VICTORY, IRAQ
291910COCT10
[ROUTINE]

(U) FRAGO 2193 MOVEMENT OF INCINERATORS, CONSTRUCTION OF LANDFILLS, AND ADDITIONAL DIRECTION IN SUPPORT FRAGO 1948 CLOSURE OF OPEN-AIR BURN PITS IN IJOA TO USF-I OPORD 10-01.

(U) THIS TASK HAS BEEN DIRECTED, REVIEWED AND APPROVED BY COL BALZANO, USF-I J7 DEPUTY DIRECTOR FOR BASING, FACILITIES AND ENVIRONMENTAL.

(U) **TIME ZONE USED THROUGHOUT THIS PUBLICATION:** CHARLIE (C)

1. (U) **SITUATION:** USDS HAVE SUBMITTED PLANS FOR BURN PIT CLOSURES THROUGHOUT THE IJOA. USF-I J7 ENVIRONMENTAL AND DIVENGS ARE DEVELOPING COAS TO SUPPORT THE USDS' BURN PIT CLOSURE PLANS.

2. (U) **MISSION:** USF-I EXECUTES THE PLAN TO CEASE BURNING SOLID WASTE IN OPEN-AIR BURN PITS NLT 31 DEC 10 IOT MINIMIZE THE EXPOSURE OF U.S. FORCES TO HAZARDS ASSOCIATED WITH BURN PIT EMISSIONS.

3. (U) **EXECUTION:**

3.A. (U) **CONCEPT OF OPERATIONS:** USF-I COORDINATES WITH USDS AND BASES TO COMPLETE INCINERATOR RELOCATION AND LANDFILL CONSTRUCTION.

3.B. (U) **TASK TO UNITS:**

3.B.1. (U) **USD-N**

3.B.1.A. (U) **DIRECT COB SPEICHER**

3.B.1.A.1. (U) DESIGNATE AN AREA (APPROXIMATELY TEN [10]-ACRES) FOR LANDFILL CONSTRUCTION. ACTUAL LANDFILL SIZE TO BE DETERMINED DURING DESIGN PHASE.

3.B.1.A.2. (U) PROVIDE APPROPRIATE DIRECTION TO, SUPPORT FOR AND OVERSIGHT OF LOGCAP IN THE DESIGN, CONSTRUCTION, OPERATION AND MAINTENANCE OF THE LANDFILL. SUPPORT INCLUDES, BUT IS NOT LIMITED TO, BASIC LIFE SUPPORT (BLS) AND INTRA-THEATER LOGISTIC AND TRAVEL SUPPORT.

3.B.1.A.3. (U) ON ORDER(O/O) DESIGNATE REAL ESTATE FOR ONE (1) 30-TON INCINERATOR AND SUPPORTING FACILITIES (E.G., OPERATIONS CENTER, SORTING PADS, SEGREGATION AREAS FOR RECYCLABLES, ETC). ACCEPT THE RELOCATION OF THE INCINERATOR FROM HAMMER AND DIRECT KBR TO PRIORITIZE THIS INCINERATOR INSTALLATION AS THEIR NUMBER ONE CONSTRUCTION EFFORT.

3.B.1.B. (U) **DIRECT COS MAREZ**

3.B.1.B.1. (U) DESIGNATE AN AREA (APPROXIMATELY TEN [10]-ACRES) FOR LANDFILL CONSTRUCTION. ACTUAL LANDFILL SIZE TO BE DETERMINED DURING DESIGN PHASE.

3.B.1.B.2. (U) PROVIDE APPROPRIATE DIRECTION TO, SUPPORT FOR AND OVERSIGHT OF LOGCAP IN THE DESIGN, CONSTRUCTION, OPERATION AND MAINTENANCE OF THE LANDFILL. SUPPORT INCLUDES, BUT IS NOT LIMITED TO, BLS AND INTRA-THEATER LOGISTIC AND TRAVEL SUPPORT.

UNCLASSIFIED//FOUO

3.B.1.B.3. (U) O/O DESIGNATE REAL ESTATE FOR ONE (1) 30-TON INCINERATOR AND
SUPPORTING FACILITIES (E.G., OPERATIONS CENTER, SORTING PADS, SEGREGATION
AREAS FOR RECYCLABLES, ETC). ACCEPT RELOCATION OF THE INCINERATOR FROM CAMP
TAJI AND DIRECT KBR TO PRIORITIZE THIS INCINERATOR INSTALLATION AS THEIR
NUMBER ONE CONSTRUCTION EFFORT.

3.B.1.C. (U) **DIRECT COS WARRIOR**

3.B.1.C.1. (U) DESIGNATE AN AREA (APPROXIMATELY TEN [10]-ACRES) FOR LANDFILL
CONSTRUCTION. ACTUAL LANDFILL SIZE TO BE DETERMINED DURING DESIGN PHASE.

3.B.1.C.2. (U) PROVIDE APPROPRIATE DIRECTION TO, SUPPORT FOR AND OVERSIGHT OF
LOGCAP IN THE DESIGN, CONSTRUCTION, OPERATION AND MAINTENANCE OF THE
LANDFILL. SUPPORT INCLUDES, BUT IS NOT LIMITED TO, BLS AND INTRA-THEATER
LOGISTIC AND TRAVEL SUPPORT.

3.B.1.C.3. (U) O/O DESCOPE TWO (2) 6-TON INCINERATORS FOR MOVEMENT TO CAMP
WARHORSE.

3.B.1.C.4. (U) O/O DESCOPE ONE (1) 6-TON INCINERATOR FOR MOVEMENT TO CAMP
HAMMER.

3.B.1.C.5. (U) O/O DESIGNATE REAL ESTATE FOR ONE (1) 36-TON INCINERATOR AND
SUPPORTING FACILITIES (E.G., OPERATIONS CENTER, SORTING PADS, SEGREGATION
AREAS FOR RECYCLABLES, ETC). ACCEPT THE INCINERATOR FROM CAMP TAJI AND
DIRECT KBR TO PRIORITIZE THIS INCINERATOR INSTALLATION AS THEIR NUMBER ONE
CONSTRUCTION EFFORT.

3.B.1.C.6. (U) O/O DESIGNATE REAL ESTATE FOR ONE (1) 30-TON INCINERATOR AND
SUPPORTING FACILITIES (E.G., OPERATIONS CENTER, SORTING PADS, SEGREGATION
AREAS FOR RECYCLABLES, ETC). ACCEPT INCINERATOR FROM BUCCA AND DIRECT KBR TO
PRIORITIZE THIS INCINERATOR INSTALLATION AS THEIR NUMBER ONE CONSTRUCTION
EFFORT.

3.B.1.D. (U) **DIRECT COS WARHORSE**

3.B.1.D.1. (U) O/O DESIGNATE REAL ESTATE FOR TWO (2) 6-TON INCINERATORS AND
SUPPORTING FACILITIES (E.G., OPERATIONS CENTER, SORTING PADS, SEGREGATION
AREAS FOR RECYCLABLES, ETC). ACCEPT INCINERATORS FROM WARRIOR AND DIRECT KBR
TO PRIORITIZE THIS INCINERATOR INSTALLATION AS THEIR NUMBER ONE CONSTRUCTION
EFFORT.

3.B.2. (U) **USD-C**

3.B.2.A. (U) **DIRECT COS HAMMER**

3.B.2.A.1. (U) O/O DESIGNATE REAL ESTATE FOR ONE (1) 6-TON INCINERATOR AND
SUPPORTING FACILITIES (E.G., OPERATIONS CENTER, SORTING PADS, SEGREGATION
AREAS FOR RECYCLABLES, ETC). ACCEPT INCINERATOR FROM CAMP WARRIOR AND DIRECT
KBR TO PRIORITIZE THIS INCINERATOR INSTALLATION AS THEIR NUMBER ONE
CONSTRUCTION EFFORT.

3.B.2.A.2. (U) O/O DESCOPE ONE (1) 30-TON INCINERATOR FOR MOVEMENT TO CAMP
SPEICHER. THE TRIGGER POINT WILL BE ESTABLISHING OPERATION OF THE (1) 6-TON
INCINERATOR.

3.B.2.B. (U) **COS TAJI**

3.B.2.B.1. (U) O/O DESCOPE ONE (1) 36-TON INCINERATOR FOR MOVEMENT TO CAMP WARRIOR.

3.B.2.B.2. (U) O/O DESCOPE ONE (1) 30-TON INCINERATOR FOR MOVEMENT TO CAMP MAREZ.

3.B.3. (U) **USD-S**

3.B.3.A. (U) DIRECT COS BUCCA MAYOR CELL NLT 1 DEC 10 TO DESCOPE ONE (1) 30-TON INCINERATOR FOR MOVEMENT TO CAMP WARRIOR.

3.C. (U) **TASK TO STAFF:**

3.C.1. (U) **USF-I J7 ENVIRONMENTAL:**

3.C.1.A. (U) COORDINATE WITH DIVENG AND LOGCAP TO SUPPORT THIS FRAGO.

3.D. (U) **COORDINATING INSTRUCTIONS:**

3.D.1. (U) INSTALLATION OF INCINERATORS AND LANDFILLS IS THE NUMBER ONE PRIORITY LOGCAP CONSTRUCTION PROJECT DUE TO THE POTENTIAL HAZARDS TO LIFE, HEALTH AND SAFETY RESULTING FROM EXPOSURE TO BURN PIT EMISSIONS. THE BASES SHOULD IMMEDIATELY BRING ANY CONFLICTING PROJECTS TO THE ATTENTION OF THE DIVENG TO RECONCILE THE ISSUE AND SCHEDULE.

3.D.2. (U) USF-I HAS DETERMINED THAT IRAQI LANDFILLS HAVE LIMITED CAPACITY AND THEREFORE ARE NOT A PREFERRED DISPOSAL OPTION.

3.D.3. (A) (U) ALL SOLID WASTE DISPOSED OFF-BASE MUST BE TAKEN TO A LANDFILL APPROVED BY THE GOI MINISTRY OF ENVIRONMENT (MOEN). MOEN HAS IDENTIFIED TWO APPROVED LANDFILLS: BUATHA LANDFILL (BAGHDAD) AND KIRKUK LANDFILL (KIRKUK). BAQUABAH AND IRBIL MAY ALSO HAVE OPERATIONAL LANDFILLS. USE OF THESE LANDFILLS OR ANY OTHER LANDFILLS FOR THE DISPOSAL OF US GENERATED SOLID WASTE, MUST BE COORDINATED WITH THE MOEN. DIVISIONS / BASES WILL COORDINATE WITH USF-I J7 REGARDING OFF-BASE DISPOSAL OPERATIONS. USF-I J7 WILL PROVIDE KLE WITH MOEN.

3.D.4. (B) (U) FOR ANY EXISTING FORMS OF OFF-BASE SOLID WASTE DISPOSAL, USDS AND BASES SHALL SUBMIT JUSTIFICATION PACKAGES, WITHIN SEVEN (7) DAYS OF PUBLISHING THIS FRAGO, TO USF-I J7 TO SUPPORT THE NECESSARY KLE WITH MOEN. JUSTIFICATION PACKAGES SHALL INCLUDE: MGRS COORDINATES BOUNDING THE LOCATION, ESTIMATED ACREAGE AFFECTED, CONTRACTING INFORMATION FOR THE REMOVAL AND DISPOSAL OF THE WASTE AND IDENTIFICATION OF THE AUTHORIZING OFFICER(S) AND CONTRACTING OFFICIAL(S).

3.D.5. (U) USDS AND BASES SHALL NOT DISPOSE OF FRYER OIL / GREASE (FOG) THROUGH OPEN-BURNING OR DUMPING.

3.D.6. (A) (U) DISPOSAL OF FOG SHOULD BE COORDINATED THROUGH CONTRACTED MOVEMENT TO AN APPROVED FOG PROCESSING PLANT. FOG CAN ALSO BE BURNED IN INCINERATORS.

3.D.7. (B) (U) USF-I J7 WILL PROVIDE COORDINATING INFORMATION ON FOG RECYCLING TO DIVISIONS AND BASES AS REQUESTED. (DIVENG WERE PROVIDED BACKGROUND INFORMATION ON ONE (1) SAMPLE PROGRAM IN A 15 OCT 10 EMAIL ON NIPR).

3.D.8. (U) DISPOSAL OF MATTRESSES SHOULD OCCUR THROUGH CONTRACTED REMOVAL FOR REUSE, ON-BASE LANDFILL OR APPROVED OFF-BASE LANDFILL. (DIVENG WERE PROVIDED CONTACT INFORMATION FOR THREE (3) POTENTIAL VENDORS IN A 14 OCT 10 EMAIL ON SIPR).

3.D.9.(A) (U) PREVENTMED AT THE SUBJECT BASES AND / OR DIVISIONS SHOULD BE CONSULTED PRIOR TO CONTRACTING FOR REMOVAL OF MATTRESSES FOR REUSE TO VERIFY THAT THE PROPOSED ACTION IS CONSISTENT WITH HEALTH PROTECTION GOALS.

3.D.10. (U) MOVEMENT OF SOLID WASTE OFF-BASE MUST COMPLY WITH FRAGO 1776 JPIC 0199-2 USF-I DIRECTIVE TO IMPLEMENT SORTING AND SEGREGATING AT MUNICIPAL WASTE SITES TO USF-I ORORD 10-01.

4. (U) **SERVICE AND SUPPORT:** NONE.

5. (U) **COMMAND AND SIGNAL:**

5.A. (U) **FRAGO EXPIRATION DATE:** 31 DEC 11.

5.B. (U) **POINTS OF CONTACT:**

5.B.1. (U) THE USF-I ENVIRONMENTAL POC FOR THIS FRAGO IS MS. JENNIFER MCCARTHY, USF-I J7 ENVIRONMENTAL ELEMENT CHIEF, DSN: 485-4046, SVOIP: 241-8059, SIPR: JENNIFER.MCCARTHY@S-IRAQ.CENTCOM.SMIL.MIL, NIPR: JENNIFER.MCCARTHY@IRAQ.CENTCOM.MIL.

5.B.2. (U) ACTION OFFICER FOR THIS FRAGO IS MAJ TONY HASSLER, USF-I J7 ENVIRONMENTAL EXECUTION MANAGER, DSN: 485-5216, SVOIP: 241-8593, SIPR: TONY.HASSLER@S-IRAQ.CENTCOM.SMIL.MIL, NIPR: TONY.HASSLER@IRAQ.CENTCOM.MIL.

5.B.3. (U) TECHNICAL SUPPORT ACTION OFFICER FOR THIS FRAGO IS RICHARD PRIBYL, USF-I J7 ENVIRONMENTAL POLICY AND SPECIAL PROJECTS MANAGER, DSN: 485-3482, SVOIP: 242-0941, SIPR: RICHARD.PRIBYL.CTR@S-IRAQ.CENTCOM.SMIL.MIL, NIPR: RICHARD.PRIBYL.CTR@IRAQ.CENTCOM.MIL,


ACKNOWLEDGE:



                                        AUSTIN
                                        GEN

OFFICIAL:



INFANTI
DEP J33


DISTRIBUTION:   POSTED ON USF-I ORDERS PORTAL.