# Exhibit H

MAR 1 5 2005

Dec-14-01   05:18pm   From-KELLOGG BROWN & ROOT                         703                    ● ●          T-435   P.002/002   F-219
12/14/2001   12:31   369792                                                                                                      PAGE   02

| AWARD/CONTRACT | | 1. This Contract Is A Rated Order Under DPAS (15 CFR 700) | | Rating DOC5 | | Page  1  Of 48 |
|---|---|---|---|---|---|---|
| 2. Contract (Proc. Inst. Ident) No. DSAA08-02-D-0007 | | 3. Effective Date | | | 4. Requisition/Purchase Request/Project No. SEE SCHEDULE | |

| 5. Issued By                Code | W52P1J | 6. Administered By (If Other Than Item 5)                Code | W81S1F |
|---|---|---|---|
| HQ CEC AMSOS-CCS DICK TENNIER (309) 782-8569 ROCK ISLAND, IL 61299-6000 BLDG 350 e-mail address  TENNIERD@OSC.ARMY.MIL | | CONSUMER USA OPERATING SUPPORT COMMAND ATTN: CONTRACTING & PROC CENTER ROCK ISLAND, IL 61299-6000  SCD A      PAS NONE      ADP PT W81S1F | |

| 7. Name And Address Of Contractor (No. Street, City, County, State, And Zip Code) BROWN & ROOT SERVICES DIV OF KELLOGG BROWN & ROOT, INC 1611 KENT STREET, SUITE 506 ARLINGTON, VA 22209-0000 | | 8. Delivery  ☐ FOB Origin   ☒ Other (See Below) SEE SCHEDULE |
|---|---|---|
| | | 9. Discount For Prompt Payment |
| TYPE BUSINESS: Large Business Performing in U.S. | | 10. Submit Invoices (4 Copies Unless Otherwise Specified) To The Address Shown In            Item  12 |
| Code  11.112 | Facility Code | |

| 11. Ship To/Mark For          Code | 12. Payment Will Be Made By                Code  W52M1G |
|---|---|
| SEE SCHEDULE | DEFENSE FINANCE & ACCOUNTING SERVIC ROCK ISLAND OPERATING LOCATION ATTN  DFAS-BVRA/RI BUILDING 68 ROCK ISLAND  IL  61299-8361 |

| 13. Authority For Using Other Than Full And Open Competition: ☐ 10 U.S.C. 2304(c)(    )   ☐ 41 U.S.C. 253(c)(    ) | 14. Accounting And Appropriation Data |
|---|---|

| 15A. Item No. | 15B. Schedule Of Supplies/Services | 15C. Quantity | 15D. Unit | 15E. Unit Price | 15F. Amount |
|---|---|---|---|---|---|
| SEE SCHEDULE | CONTRACT TYPE: Firm-Fixed-Price Cost-Plus-Award-Fee | KIND OF CONTRACT: Service Contracts Other | | | |
| Contract Expiration Date: 2012JAN31 | | 15G. Total Amount Of Contract | | $0.00 | |

**16. Table Of Contents**

| (X) | Section | Description | Page(s) | (X) | Section | Description | Page(s) |
|---|---|---|---|---|---|---|---|
| | | **Part I - The Schedule** | | | | **Part II - Contract Clauses** | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 24 |
| X | B | Supplies or Services and Prices/Costs | 8 | | | **Part III - List Of Documents, Exhibits, And Other Attachments** | |
| X | C | Description/Specs./Work Statement | 17 | X | J | List of Attachments | 48 |
| X | D | Packaging and Marking | 18 | | | **Part IV - Representations And Instructions** | |
| X | E | Inspection and Acceptance | 19 | | K | Representations, Certifications, and Other Statements of Offerors | |
| X | F | Deliveries or Performance | 20 | | | | |
| X | G | Contract Administration Data | 21 | | L | Instrs., Conds., and Notices to Offerors | |
| X | H | Special Contract Requirements | 22 | | M | Evaluation Factors for Award | |

**Contracting Officer Will Complete Item 17 Or 18 As Applicable**

| 17. ☒ Contractor's Negotiated Agreement  (Contractor is required to sign this document and return 2  signed copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☐ Award (Contractor is not required to sign this document.)  Your offer on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 19A. Name And Title Of Signer (Type Or Print)  T.J. LOPEZ | 20A. Name Of Contracting Officer  MARY BETH WATKINS  WATKINSM@OSC.ARMY.MIL (309) 782-6061 |
| 19B. Name of Contractor  By  BROWN & ROOT SVC _____ (Signature of person authorized to sign) | 19C. Date Signed  12/14/01 | 20B. United States Of America  By  Mary Beth Watkins (Signature of Contracting Officer) | 20C. Date Signed  14 Dec 2001 |

NSN 7540-01-152-8069
PREVIOUS EDITIONS UNUSABLE

25-106
GPO : 1585 0 - 478-632

Standard Form 26 (Rev. 4-85)
Prescribed By GSA-FAR (48 CFR) 53.214(a)

DEF02119

| AWARD/CONTRACT | | 1. This Contract Is A Rated Order Under DPAS (15 CFR 700) | Rating DOC9 | Page 1 Of 48 |
|---|---|---|---|---|

| 2. Contract (Proc. Inst. Ident) No. DAAA09-02-D-0007 | 3. Effective Date | 4. Requisition/Purchase Request/Project No. SEE SCHEDULE |
|---|---|---|

| 5. Issued By                                          Code   WS2P1J | 6. Administered By (If Other Than Item 5)          Code   WS2P1J |
|---|---|
| HQ OSC<br>AMSOS-CCS<br>DICK TERHUNE (309)782-8569<br>ROCK ISLAND, IL 61299-6000<br><br>BLDG 350<br>e-mail address:  TERHUNED@OSC.ARMY.MIL | COMMANDER USA<br>OPERATIONS SUPPORT COMMAND<br>ATTN: CONTRACTING & PARC CENTER<br>ROCK ISLAND, IL 61299-6000<br><br>SCD A     PAS NONE     ADP PT  WS2P1J |

| 7. Name And Address Of Contractor (No. Street, City, County, State, And Zip Code) | 8. Delivery |
|---|---|
| BROWN & ROOT SERVICES<br>DIV OF KELLOGG BROWN & ROOT, INC<br>1611 KENT STREET, SUITE 508<br>ARLINGTON, VA  22209-0000<br><br>TYPE BUSINESS: Large Business Performing in U.S. | ☐ FOB Origin    ☒ Other (See Below) SEE SCHEDULE<br>9. Discount For Prompt Payment |
| | 10. Submit Invoices (4 Copies Unless Otherwise Specified) To The Address Shown In:   ▶   Item 12 |

| Code 1L1Y2 | Facility Code |
|---|---|

| 11. Ship To/Mark For                    Code | 12. Payment Will Be Made By              Code   WS2H1C |
|---|---|
| SEE SCHEDULE | DEFENSE FINANCE & ACCOUNTING SERVIC<br>ROCK ISLAND OPERATING LOCATION<br>ATTN DFAS-BVAJ/RI<br>BUILDING 68<br>ROCK ISLAND IL 61299-8301 |

| 13. Authority For Using Other Than Full And Open Competition:<br>☐ 10 U.S.C. 2304(c)(    )    ☐ 41 U.S.C. 253(c)(    ) | 14. Accounting And Appropriation Data |
|---|---|

| 15A. Item No. | 15B. Schedule Of Supplies/Services | 15C. Quantity | 15D. Unit | 15E. Unit Price | 15F. Amount |
|---|---|---|---|---|---|
| SEE SCHEDULE | CONTRACT TYPE: Firm-Fixed-Price Cost-Plus-Award-Fee | KIND OF CONTRACT: Service Contracts Other | | | |

| Contract Expiration Date: 2012JAN31 | | | 15G. Total Amount Of Contract  ▶ | $0.00 |
|---|---|---|---|---|

### 16. Table Of Contents

| (X) | Section | Description Part I - The Schedule | Page(s) | (X) | Section | Description Part II - Contract Clauses | Page(s) |
|---|---|---|---|---|---|---|---|
| x | A | Solicitation/Contract Form | 1 | x | I | Contract Clauses | 36 |
| x | B | Supplies or Services and Prices/Costs | 5 | | | Part III - List Of Documents, Exhibits, And Other Attachments | |
| x | C | Description/Specs./Work Statement | 27 | x | J | List of Attachments | 48 |
| x | D | Packaging and Marking | 28 | | | Part IV - Representations And Instructions | |
| x | E | Inspection and Acceptance | 29 | | K | Representations, Certifications, and | |
| x | F | Deliveries or Performance | 30 | | | Other Statements of Offerors | |
| x | G | Contract Administration Data | 31 | | L | Instrs., Conds., and Notices to Offerors | |
| x | H | Special Contract Requirements | 32 | | M | Evaluation Factors for Award | |

### Contracting Officer Will Complete Item 17 Or 18 As Applicable

| 17. ☒ Contractor's Negotiated Agreement   (Contractor is required to sign this document and return 2 signed copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☐ Award (Contractor is not required to sign this document.) Your offer on Solicitation Number _____ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|

| 19A. Name And Title Of Signer (Type Or Print) | 20A. Name Of Contracting Officer<br>MARY BETH WATKINS<br>WATKINSM@OSC.ARMY.MIL (309)782-6061 |
|---|---|

| 19B. Name of Contractor<br><br>By _____<br>(Signature of person authorized to sign) | 19c. Date Signed | 20B. United States Of America<br><br>By _____<br>(Signature of Contracting Officer) | 20C. Date Signed |
|---|---|---|---|

| NSN 7540-01-152-8069<br>PREVIOUS EDITIONS UNUSABLE | 25-106<br>GPO : 1985 0 - 478-632 | Standard Form 26 (Rev. 4-85)<br>Prescribed By GSA-FAR (48 CFR) 53.214(a) |
|---|---|---|

DEF02120



 



| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page  2 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

SECTION A - SUPPLEMENTAL INFORMATION

A. The Government accepts and incorporates Brown and Root Services (BRS) offer dated 26 September 2001. While the specific provisions of the final BRS proposal dated 26 September 2001 are not fully incorporated herein, this award is based upon the representations, resources and quality of performance proposed. Significant anticipated deviations should be brought to the attention of the contracting officer (PCO). If in the opinion of the PCO, such changes in method of performance would substantially impact the quality of performance from that represented in BRS's proposal, such changes shall not be undertaken without the prior approval of the PCO.

Specific provisions to be incorporated are set forth in this award document.

B.The Government anticipates a formal Partnering arrangement IAW paragraph below.

Partnering

In an effort to most effectively accomplish the objectives of this contract, it is proposed that the government and the contractor (BRS) engage in the Partnering process. Participation in the Partnering process is entirely voluntary and is based upon a mutual commitment between government and industry to work cooperatively as a Team to identify and resolve problems and facilitate contract performance. The primary objective of the process is providing the American soldier with the highest quality supplies/services on time and at a reasonable price. Partnering requires the parties to look beyond the strict bounds of the contract in order to formulate actions that promote their common goals and objectives. It is a relationship that is based upon open and continuous communications, mutual trust and respect, and the replacement of the "us vs. them" mentality of the past with a "win-win" philosophy for the future. Partnering also promotes synergy, creative thinking, pride in performance, and the creation of a shared vision for success.

After contract award, the government and BRS will decide whether or not to engage in the Partnering process. If the parties elect to partner, any costs associated with that process shall be identified and agreed to after contract award.

The establishment of this Partnering arrangement does not affect the legal responsibilities or relationship of the parties and cannot be used to alter, supplement or deviate from the terms of the contract. Any changes to the contract must be executed in writing by the Contracting Officer.

Implementation of this Partnering relationship will be based upon the AMC Model Partnering Process, as well as the principles and procedures set forth in the AMC Partnering Guide. The principal government representatives for this effort will be Mary Beth Watkins (PCO), Dick Terhune (Contract Specialist), Dave DeFrieze (Legal) and Mike Noll (Acting PM LOGCAP).

C. BRS Small Business, Small Disadvantaged Business, Women-Owned Small Business, ~~Hubzone Small Business~~, Veteran-Owned Small Business, Services-Disabled Veteran-Owned Small Business Concern Participation Program is incorporated into this contract for Logistics Civil Augmentation Program (LOGCAP).

D. The following minor changes are hereby incorporated into the Logistics Civil Augmentation Program (LOGCAP) Support Contract STATEMENT OF WORK (SOW) and the entire SOW is included as attachment G1:

1. Page 5, paragraph 1.3.1, Period of Performance: to clarify the time frame for delivery of the Worldwide Management and Staffing Plan (WMSP) to include the supplementary Army Transformation Annex is as follows:

Draft Plan: 270 days after award of task order.
Government Review: 45 days after receipt of draft.
Final Plan: 360 days after award of task order.

2. Page 6; "LOGCAP augmentation functional capabilities may include, but are not limited to:" should be bold.

3. Page 10, paragraph 2.1, General: added as last sentence. All plans are the property of the U.S. Government and may be used by the LOGCAP contractor, other contractors, military units or other elements as determined by PM, LOGCAP. All plans received by BRS or developed by BRS, must be marked classified as identified in the individual task order or marked at least "For Official Use Only", this includes all updates to the plans. At least one copy of all plans must be delivered to the Government in a read/write format compatible with Government systems. Data specifically required to be delivered under this contract shall not contain restrictions, formats, or limitations that would hinder, delay, or otherwise prevent functional use of such data. It is the single intent of this provision to prohibit the delivery of data in a format that would restrict the functional present or future use of such data to meet the Government's mission.

4. Page 15, paragraph 2.2.6.6.1, Troop Housing: Replace "Joint Pub 4-04, Joint Doctrine for Civil Engineering Support" with "Army Standards".

5. Page 22, paragraph 2.5.13, Safety Program:  replace first sentence, "The contractor will ensure the safety and health of all military, government, and contractor personnel, equipment, and supplies", with the following sentence: "The contractor will ensure the safety and health of personnel, equipment and supplies that the contractor has direct control over, within the AO."



DEF02121

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 3 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

E. Page 24, paragraph 4.3.1, Rough Order of Magnitude Preparation: The "detailed plan of execution" as mentioned in the first sentence refers to "Technical Execution Plan" (T.E.P.).

E. The attached Kellogg Brown and Root, Inc. Corporate Guaranty (Exhibit A) is hereby incorporate and remains in effect for the life of this contract and is applicable to any and all task orders issued as result of this contract

F. BRS is to submit an Operational Security (OPSEC) Plan no later than 11 January 2002.

G. All travel costs associated with the firm fixed price CLINS have been included as proposed by BRS for CLIN X001AA, each year for the WMSF and Annex. Any travel required for CLIN X0006AA will be at BRS expense.

H. A 3% profit rate will apply for any firm fixed price effort negotiated under this contract. A 3% fixed fee will apply to any Cost Plus Fixed Fee task orders awarded under this contract. A maximum 3% award fee will apply for any Cost Plus Award Fee task orders awarded under this contract.

I. A full-time Program General Manager (PGM), a full- time Logistics Planner, a half-time Contracts Manager and parts of members of their Shared Services organization will staff the Project Management Office (PMO) for the life of this contract.

J. BRS will use the Work Breakdown Structure (WBS) in cost coding.

K. For development of the plans, BRS will use the Critical Path Method (CPM).

L. Cost Schedule Status Reports (CSSR) shall be utilized and equal to or superior as proposed by BRS .

M. For Block 15B on page 1 of this award document should reference the contract types as follows: Firm-Fixed Price (FFP), Cost Plus Award Fee (CPAF) or Cost Plus Fixed Fee (CPFF). For Block 17 on page 1 also, Solicitation DAAA09-01-R-0068 should be listed.

N. All terms and conditions of Solicitation DAAA09-01-R-0068 to include Amendments 0001 - 0012 is incorporated into this contract.

O. Clause I-23G, DFARS 252-217-7027, "Contract Definitization" has been changed.

\*\*\* END OF NARRATIVE A 001 \*\*\*

For Local Clauses See: http://www.osc.army.mil/ac/asis/ioc/clauses/index.htm

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| A-1 | AMC | AMC-LEVEL PROTEST PROGRAM | OCT/1996 |
| \*\*\* | | (End of clause) | |
| (AM7010) | | | |
| A-2 | 52.246-4501 OSC | CONTRACTOR PERFORMANCE CERTIFICATION PROGRAM | APR/1997 |
| \*\*\* | | (End of clause) | |
| (AS7000) | | | |
| A-3 | 52.252-4500 OSC | FULL TEXT CLAUSES | SEP/1997 |

1. The entire body of full text regulatory and command unique clauses and provisions will no longer be included in solicitations or contracts. These clauses and provisions have the same force and effect as if the entire full text was included in the solicitation/contract. Where text has been removed three asterisks are put in its place (\*\*\*).

2. You can view or obtain a copy of the clauses and provisions on the internet at: www.osc.army.mil/ac/asis/ioc/clauses/index.htm. Click on command unique first to locate the clause. If it is not located under command unique click on regulatory to find.

3. All full text clauses have a 6 or 7 as the third digit of the clause number (i.e. AS7000).

DEF02122

 

 

| **CONTINUATION SHEET** | Reference No. of Document Being Continued | Page 4 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

(End of clause)

(AS7001)

DEF02123

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 5 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

B.1. For Cost-Reimbursable Contract Line Item Numbers (CLINs) only supplies and materials necessary for performance under this contract will be reimbursed as stated in each individual Task Order's Scope of Work (SOW) and Federal Acquisition Regulation (FAR) 31.205-26.

B.2. The Government's minimum requirement is the Worldwide Management and Staffing Plan (WMSP) including the Army Transformation Annex, which includes CLINs 0001AA, 0001AB, and 0001AC. While the locations and types of support required in a given year may be varied and may include a mix of Major Regional Contingencies (MRCs), small scale contingencies, or other efforts identified in the SOW, the Government's maximum level of support shall not exceed the equivalent of two (2) MRCs plus one (1) small-scale contingency per year for the life of the contract. All contract requirements will be awarded by Individual Task Order.

B.3. Please note the CLIN numbering system is as follows: Base year begins with zeros, i.e., 0001 through 0010. Option years begin with 1 and are consecutive for each option year i.e., 1001, 2001, and 3001 and 4001.

B.4. The following CLINs for all years will be a Level of Effort: 0001AB, 0001AC, 0004, 0005, 0006AA, 0006AB, 0006AC, 0006AD, 0006AE, 0006AF, 0006AG and 0008. The following CLINs for all years will be a Completion Effort: 0001AA, 0002, 0003 and 0007.

B.5. In task orders where initially fluctuating requirements stabilize, the Government reserves the right to convert from a Cost Reimbursable to Fixed Price task order.

B.6. CLIN 0008, Travel, will be used for travel not related to any task order; such as conferences and meeting as directed by PM, LOGCAP or the Contracting Officer.

Base Year Requirement

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 0001 | Worldwide Management and Staffing Plan (WMSP) SOW paragraph 2.2 | | |
| 0001AA | WMSP to include the Army Transformation Annex (Firm Fixed Price) SOW paragraph 2.2.2 | $326,594.00 | |
| 0001AB | Program Management Staffing (Firm Fixed Price) SOW paragraphs 2.2.3 | $405,866.00 | |
| 0001AC | LOGCAP Database (Firm Fixed Price) SOW paragraphs 2.2.4 | $120,986.00 | |
| | TOTAL 0001 | | $853,446.00 |
| 0002 | Regional Management Plans (Firm Fixed Price) SOW paragraph 2.3 | | To Be Determined |
| 0003 | CINC/ASCC Support Plans (Firm Fixed Price) SOW paragraph 2.4 | | To Be Determined |
| 0004 | Exercise Participation (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 3.0 | | To Be Determined |
| 0005 | Event Execution/Support (Cost Plus Award Fee/ Cost Plus Fixed Fee/ | | To Be Determined |



DEF02124

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 6 of 48 |
|---|---|---|
| | PIIN/SIIN  DAAA09-02-D-0007          MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

```
        Firm Fixed Price-as appropriate)
        SOW paragraph 4.0

0006    AMC Directed Missions
        SOW paragraph 5.0

0006AA  Force Provider Training Module          $37,122.92/MO      $445,475.00/12 MO
        Total Labor for Operations and
        Maintenance (Normal and Abnormal)
        at Ft. Polk, LA
        (Firm Fixed Price)
        SOW paragraph 5.1

0006AB  Force Provider Training Module at                         To Be Determined
        Ft. Polk, LA. Repair/Maintenance
        Parts as Needed
        (Cost Reimbursable for Materials
        that cannot be ordered through Ft. Polk,
        Director of Logistics)
        SOW paragraph 5.1.2.3

0006AC  Force Provider-Deployment   -                             To Be Determined
        (Cost Plus Fixed Fee/Cost Plus Award
        Fee/Firm Fixed Price-as appropriate)
        SOW paragraph 5.1.2.4

0006AD  Army Oil Analysis Program (AOAP)                          To Be Determined
        (Cost Plus Fixed Fee/Cost Plus Award
        Fee/Firm Fixed Price-as appropriate)
        SOW paragraph 5.2

0006AE  Test Measurement Diagnostic                               To Be Determined
        Equipment (TMDE)
        (Cost Plus Fixed Fee/Cost Plus Award
        Fee/Firm Fixed Price-as appropriate)
        SOW paragraph 5.3

0006AF  Fly Away Communications Package                           To Be Determined
        (Cost Plus Fixed Fee/Cost Plus
        Award Fee/Firm Fixed Price-as appropriate)
          SOW paragraph 5.4

0006AG  Other Missions                                            To Be Determined
        (Cost Plus Fixed Fee/Cost Plus
        Award Fee/Firm Fixed Price-as appropriate)
         SOW paragraph 5.5

0007    Reports                                 $  NSP            $  NSP
        (NSP-Not Separately Priced)

0007AA  Operations Security Plan                $  NSP            $  NSP
        SOW paragraph 1.6

0007AB  Project Schedules                       $  NSP            $  NSP
        SOW paragraphs 1.15

0007AC  Force Provider Management Plan          $  NSP            $  NSP
        SOW paragraph 5.1.2.1

0007AD  Trip/Minutes Reports                    $  NSP            $  NSP
        SOW paragraphs 10.2.3

0007AE  Program Management Cost Report          $  NSP            $  NSP
        SOW paragraph 9.1.2
```



 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 7 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007         MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

| | | | |
|---|---|---|---|
| 0007AF | Daily EVENT SITREP<br>SOW paragraph 10.2.1 | $ NSP | $ NSP |
| 0007AG | Monthly Progress Status Reports<br>SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 0007AH | Exercise Reports<br>SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 0007AJ | Event Lessons Learned Reports<br>SOW paragraph 10.2.5 | $ NSP | $ NSP |
| 0007AK | Event After Action Reports<br>SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 0007AL | Cost/Schedule/Performance<br>Status Report<br>SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 0007AM | Advance Travel Reports<br>SOW paragraph 10.2.8 . | $ NSP | $ NSP |
| 0008 | Travel<br>As Needed<br>(Cost Reimbursable)<br>(Not to Exceed) | | To Be Determined |
| 0009 | Award Fee | | |
| 0009AA | Base Fee<br>(See Clause H.36) | 1% | |
| 0009AB | Earned Fee<br>(See Clause H.36) | 2% | |
| | Total Award Fee | 3% | |
| 0010 | Fixed Fee | 3% | |

NOTE: The percentages for base fee, earned fee and fixed fee that BRS
proposed in CLINS 0009AA, 0009AB and 0010 will apply for the entire life
of the contract.

OPTION YEAR 1 REQUIREMENTS

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 1001 | Worldwide Management and Staffing<br>Plan (WMSP)<br>SOW paragraph 2.2 | | |
| 1001AA | WMSP to include the Army<br>Transformation Annex<br>(Firm Fixed Price)<br>SOW paragraph 2.2.2 | $168,811.00 | |
| 1001AB | Program Management Staffing<br>(Firm Fixed Price)<br>SOW paragraphs 2.2.3 | $409,035.00 | |
| 1001AC | LOGCAP Database<br>(Firm Fixed Price)<br>SOW paragraphs 2.2.4 | $ 30,567.00 | |

DEF02126

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 8 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

|  | TOTAL 1001 | $608,413.00 |
|---|---|---|
| 1002 | Regional Management Plans<br>(Firm Fixed Price)<br>SOW paragraph 2.3 | To Be Determined |
| 1003 | CINC/ASCC Support Plans<br>(Firm Fixed Price)<br>SOW paragraph 2.4 | To Be Determined |
| 1004 | Exercise Participation<br>(Cost Plus Fixed Fee/ Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 3.0 | To Be Determined |
| 1005 | Event Execution/Support<br>(Cost Plus Award Fee/<br>Cost Plus Fixed Fee/<br>Firm Fixed Price-as appropriate)<br>SOW paragraph 4.0 | To Be Determined |
| 1006 | AMC Directed Missions<br>SOW paragraph 5.0 | |
| 1006AA | Force Provider Training Module<br>Total Labor for Operations and<br>Maintenance (Normal and Abnormal)<br>at Ft. Polk, LA<br>(Firm Fixed Price)<br>SOW paragraph 5.1 | $37,136.75/MO     $446,361.00/12 MO |
| 1006AB | Force Provider Training Module at<br>Ft. Polk, LA. Repair/Maintenance<br>Parts As Needed<br>(Cost Reimbursable for materials<br>that can not be ordered through Ft. Polk,<br>Director of Logistics)<br>SOW paragraph 5.1.2.3 | To Be Determined |
| 1006AC | Force Provider-Deployment<br>(Cost Plus Fixed Fee/Cost Plus Award<br>Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.1.2.4 | To Be Determined |
| 1006AD | Army Oil Analysis Program (AOAP)<br>(Cost Plus Fixed Fee/Cost Plus Award<br>Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.2 | To Be Determined |
| 1006AE | Test Measurement Diagnostic<br>Equipment (TMDE)<br>(Cost Plus Fixed Fee/Cost Plus Award<br>Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.3 | To Be Determined |
| 1006AF | Fly Away Communications Package<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.4 | To Be Determined |
| 1006AG | Other Missions<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.5 | To Be Determined |



DEF02127

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 9 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

| 1007 | Reports<br>(NSP-Not Separately Priced) | $ NSP | $ NSP |
|---|---|---|---|
| 1007AA | Operations Security Plan<br>SOW paragraph 1.6 | $ NSP | $ NSP |
| 1007AB | Project Schedules<br>SOW paragraphs 1.15 | $ NSP | $ NSP |
| 1007AC | Force Provider Management Plan<br>SOW paragraph 5.1.2.1 | $ NSP | $ NSP |
| 1007AD | Trip/Minutes Reports<br>SOW paragraphs 10.2.3 | $ NSP | $ NSP |
| 1007AE | Program Management Cost Report<br>SOW paragraph 9.1..2 | $ NSP | $ NSP |
| 1007AF | Daily EVENT SITREP<br>SOW paragraph 10.2.1 | $ NSP | $ NSP |
| 1007AG | Monthly Progress Status Reports<br>SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 1007AH | Exercise Reports<br>SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 1007AJ | Event Lessons Learned Reports<br>SOW paragraph 10.2.5 | $ NSP | $ NSP |
| 1007AK | Event After Action Reports<br>SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 1007AL | Cost/Schedule/Performance<br>Status Report<br>SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 1007AM | Advance Travel Reports<br>SOW paragraph 10.2.8 | $ NSP | $ NSP |
| 1008 | Travel<br>As Needed<br>(Cost Reimbursable)<br>(Not to Exceed) | | To Be Determined |

OPTION YEAR 2 REQUIREMENTS

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 2001 | Worldwide Management and Staffing<br>Plan (WMSP)<br>SOW paragraph 2.2 | | |
| 2001AA | WMSP to include the Army<br>Transformation Annex<br>(Firm Fixed Price)<br>SOW paragraph 2.2.2 | $173,587.00 | |
| 2001AB | Program Management Staffing<br>(Firm Fixed Price)<br>SOW paragraphs 2.2.3 | $432,853.00 | |
| 2001AC | LOGCAP Database | $ 31,942.00 | |



DEF02128

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 10 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

(Firm Fixed Price)
SOW paragraphs 2.2.4

|       | TOTAL 2001 | | $638,382.00 |
|---|---|---|---|

| 2002 | Regional Management Plans (Firm Fixed Price) SOW paragraph 2.3 | To Be Determined |
| 2003 | CINC/ASCC Support Plans (Firm Fixed Price) SOW paragraph 2.4 | To Be Determined |
| 2004 | Exercise Participation (Cost Plus Fixed Fee/ Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 3.0 | To Be Determined |
| 2005 | Event Execution/Support (Cost Plus Award Fee/ Cost Plus Fixed Fee/ Firm Fixed Price-as appropriate) SOW paragraph 4.0 | To Be Determined |
| 2006 | AMC Directed Missions SOW paragraph 5.0 | |
| 2006AA | Force Provider Training Module Total Labor for Operations and Maintenance(Normal and Abnormal) at Ft. Polk, LA (Firm Fixed Price) SOW paragraph 5.1 | $37,857.83/MO   $454,294.00/12 MO |
| 2006AB | Force Provider Training Module at Ft. Polk, LA. Repair/Maintenance Parts As Needed (Cost Reimbursable for Materials that can not be ordered through Ft. Polk, Director of Logistics) SOW paragraph 5.1.2.3 | To Be Determined |
| 2006AC | Force Provider-Deployment (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.1.2.4 | To Be Determined |
| 2006AD | Army Oil Analysis Program (AOAP) (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.2 | To Be Determined |
| 2006AE | Test Measurement Diagnostic Equipment (TMDE) (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.3 | To Be Determined |
| 2006AF | Fly Away Communications Package (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.4 | To Be Determined |
| 2006AG | Other Missions (Cost Plus Fixed Fee/Cost Plus | To Be Determined |



DEF02129

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 11 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

Award Fee/Firm Fixed Price-as appropriate)
  SOW paragraph 5.5

| 2007 | Reports<br>(NSP-Not Separately Priced) | $ NSP | $ NSP |
|---|---|---|---|
| 2007AA | Operations Security Plan<br>SOW paragraph 1.6 | $ NSP | $ NSP |
| 2007AB | Project Schedules<br>SOW paragraphs 1.15 | $ NSP | $ NSP |
| 2007AC | Force Provider Management Plan<br>SOW paragraph 5.1.2.1 | $ NSP | $ NSP |
| 2007AD | Trip/Minutes Reports<br>SOW paragraphs 10.2.3 | $ NSP | $ NSP |
| 2007AE | Program Management Cost Report<br>SOW paragraph 9.1.2 | $ NSP | $ NSP |
| 2007AF | Daily EVENT SITREP<br>SOW paragraph 19.2.1 | $ NSP | $ NSP |
| 2007AG | Monthly Progress Status Reports<br>SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 2007AH | Exercise Reports<br>SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 2007AJ | Event Lessons Learned Reports<br>SOW paragraph 13.2.5 | $ NSP | $ NSP |
| 2007AK | Event After Action Reports<br>SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 2007AL | Cost/Schedule/Performance<br>Status Report<br>SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 2007AM | Advance Travel Reports<br>SOW paragraph 10.2.8 | $ NSP | $ NSP |
| 2008 | Travel<br>As Needed<br>(Cost Reimbursable)<br>(Not to Exceed) | | To Be Determined |

OPTION YEAR 3 REQUIREMENTS

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 3001 | Worldwide Management and Staffing<br>Plan (WMSP)<br>  SOW paragraph 2.2 | | |
| 3001AA | WMSP to include the Army<br>Transformation Annex<br>  (Firm Fixed Price)<br>SOW paragraph 2.2.2 | $192,033.00 | |
| 3001AB | Program Management Staffing<br>(Firm Fixed Price) | $445,534.00 | |



DEF02130

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 12 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor:  BROWN & ROOT SERVICES

SOW paragraphs 2.2.3

| | | | |
|---|---|---|---|
| 3001AC | LOGCAP Database<br>(Firm Fixed Price)<br>SOW paragraphs 2.2.4 | $ 33,383.00 | |
| | TOTAL 3001 | $670,950.00 | |
| 3002 | Regional Management Plans<br>(Firm Fixed Price)<br>SOW paragraph 2.3 | To Be Determined | |
| 3003 | CINC/ASCC Support Plans<br>(Firm Fixed Price)<br>SOW paragraph 2.4 | To Be Determined | |
| 3004 | Exercise Participation<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 3.0 | To Be Determined | |
| 3005 | Event Execution/Support<br>(Cost Plus Award Fee/<br>Cost Plus Fixed Fee/<br>Firm Fixed Price-as appropriate)<br>SOW paragraph 4.0 | To Be Determined | |
| 3006 | AMC Directed Missions<br>SOW paragraph 5.0 | | |
| 3006AA | Force Provider Training Module<br>Total Labor for Operations and<br>Maintenance(Normal and Abnormal)<br>at Ft. Polk, LA<br>(Firm Fixed Price)<br>SOW paragraph 5.1 | $38,548.58/MO | $462,583.00/12 MO |
| 3006AB | Force Provider Training Module at<br>Ft. Polk, LA. Repair/Maintenance<br>Parts As Needed<br>(Cost Reimbursable for Materials<br>that can not be ordered through Ft. Polk,<br>Director of Logistics)<br>SOW paragraph 5.1.2.3 | To Be Determined | |
| 3006AC | Force Provider-Deployment<br>(Cost Plus Fixed Fee/Cost Plus Award<br>Fee/Firm Fixed Price-as appropriate)<br>   SCW paragraph 5.1.2.4 | To Be Determined | |
| 3006AD | Army Oil Analysis Program (AOAP)<br>(Cost Plus Fixed Fee/Cost Plus Award<br>Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.2 | To Be Determined | |
| 3006AE | Test Measurement Diagnostic<br>Equipment (TMDE)<br>(Cost Plus Fixed Fee/Cost Plus Award<br>Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.3 | To Be Determined | |
| 3006AF | Fly Away Communications Package<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate) | To Be Determined | |



DEF02131

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 13 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

|  |  | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| | SOW paragraph 5.4 | | |
| 3006AG | Other Missions (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.5 | | To Be Determined |
| 3007 | Reports (NSP-Not Separately Priced) | $ NSP | $ NSP |
| 3007AA | Operations Security Plan SOW paragraph 1.6 | $ NSP | $ NSP |
| 3007AB | Project Schedules SOW paragraphs 1.15 | $ NSP | $ NSP |
| 3007AC | Force Provider Management Plan SOW paragraph 5.1.2.1 | $ NSP | $ NSP |
| 3007AD | Trip/Minutes Reports SOW paragraphs 10.2.3 | $ NSP | $ NSP |
| 3007AE | Program Management Cost Report SOW paragraph 9.1.2 | $ NSP | $ NSP |
| 3007AF | Daily EVENT SITREP SOW paragraph 10.2.1 | $ NSP | $ NSP |
| 3007AG | Monthly Progress Status Reports SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 3007AH | Exercise Reports SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 3007AJ | Event Lessons Learned Reports SOW paragraph 10.2.5 | $ NSP | $ NSP |
| 3007AK | Event After Action Reports SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 3007AL | Cost/Schedule/Performance Status Report SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 3007AM | Advance Travel Reports SOW paragraph 10.2.8 | $ NSP | $ NSP |
| 3008 | Travel As Needed (Cost Reimbursable) (Not to Exceed) | | To Be Determined |

OPTION YEAR 4 REQUIREMENTS

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 4001 | Worldwide Management and Staffing Plan (WMSP) SOW paragraph 2.2 | | |
| 4001AA | WMSP to include the Army Transformation Annex (Firm Fixed Price) SOW paragraph 2.2.2 | $203,289.00 | |



DEF02132

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 14 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007        MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

4001AB  Program Management Staffing                    $479,834.00
(Firm Fixed Price)
SOW paragraphs 2.2.3

4001AC  LOGCAP Database                                $ 38,855.00
(Firm Fixed Price)
SOW paragraphs 2.2.4

                TOTAL 4001                      $721,978.00

4002   Regional Management Plans            To Be Determined
(Firm Fixed Price)
SOW paragraph 2.3

4003   CINC/ASCC Support Plans              To Be Determined
(Firm Fixed Price)
SOW paragraph 2.4

4004   Exercise Participation               To Be Determined
(Cost Plus Fixed Fee/Cost Plus
Award Fee/Firm Fixed Price-as appropriate)
SOW paragraph 3.0

4005   Event Execution/Support              To Be Determined
(Cost Plus Award Fee/
Cost Plus Fixed Fee/
Firm Fixed Price-as appropriate)
SOW paragraph 4.0

4006   AMC Directed Missions
SOW paragraph 5.0

4006AA  Force Provider Training Module      $39,831.25/MO   $477,975.00/12 MO
Total Labor for Operations and
Maintenance(Normal and Abnormal)
at Ft. Polk, LA
(Firm Fixed Price)
SOW paragraph 5.1

4006AB  Force Provider Training Module at            To Be Determined
Ft. Polk, LA. Repair/Maintenance
Parts As Needed
(Cost Reimbursable for Materials
that can not be ordered through Ft. Polk,
Director of Logistics)
SOW paragraph 5.1.2.3

4006AC  Force Provider-Deployment             To Be Determined
(Cost Plus Fixed Fee/Cost Plus Award
Fee/Firm Fixed Price-as appropriate)
SOW paragraph 5.1.2.4

4006AD  Army Oil Analysis Program (AOAP)      To Be Determined
(Cost Plus Fixed Fee/Cost Plus Award
Fee/Firm Fixed Price-as appropriate)
SOW paragraph 5.2

4006AE  Test Measurement Diagnostic          To Be Determined
Equipment (TMDE)
(Cost Plus Fixed Fee/Cost Plus Award
Fee/Firm Fixed Price-as appropriate)
SOW paragraph 5.3

4006AF  Fly Away Communications Package      To Be Determined



DEF02133

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 15 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

| | | | |
|---|---|---|---|
| | (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.4 | | |
| 4006AG | Other Missions (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.5 | | To Be Determined |
| 4007 | Reports (NSP-Not Separately Priced) | $ NSP | $ NSP |
| 4007AA | Operations Security Plan SOW paragraph 1.6 | $ NSP | $ NSP |
| 4007AB | Project Schedules SOW paragraphs 1.15 | $ NSP | $ NSP |
| 4007AC | Force Provider Management Plan SOW paragraph 5.1.2.1 | $ NSP | $ NSP |
| 4007AD | Trip/Minutes Reports SOW paragraphs 10.2.3 | $ NSP | $ NSP |
| 4007AE | Program Management Cost Report SOW paragraph 9.1.1 | $ NSP | $ NSP |
| 4007AF | Daily EVENT SITREP SOW paragraph 10.2.1 | $ NSP | $ NSP |
| 4007AG | Monthly Progress Status Reports SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 4007AH | Exercise Reports SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 4007AJ | Event Lessons Learned Reports SOW paragraph 10.2.5 | $ NSP | $ NSP |
| 4007AK | Event After Action Reports SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 4007AL | Cost/Schedule/Performance Status Report SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 4007AM | Advance Travel Reports SOW paragraph 10.2.8 | $ NSP | $ NSP |
| 4008 | Travel As Needed (Cost Reimbursable) (Not to Exceed) | | To Be Determined |

OPTION YEAR 5 REQUIREMENTS

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 5001 | Worldwide Management and Staffing Plan (WMSP) SOW paragraph 2.2 | | |
| 5001AA | WMSP to include the Army Transformation Annex | $205,299.00 | |





DEF02134

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 16 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

|  |  |  |  |
|---|---|---|---|
| | (Firm Fixed Price) SOW paragraph 2.2.3 | | |
| 5001AB | Program Management Staffing (Firm Fixed Price) SOW paragraphs 2.2.3 | $485,356.00 | |
| 5001AC | LOGCAP Database (Firm Fixed Price) SOW paragraphs 2.2.4 | $ 36,450.00 | |
| | TOTAL 5001 | $727,105.00 | |
| 5002 | Regional Management Plans (Firm Fixed Price) SOW paragraph 2.3 | To Be Determined | |
| 5003 | CINC/ASCC Support Plans (Firm Fixed Price) SOW paragraph 2.4 | To Be Determined | |
| 5004 | Exercise Participation (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 3.0 | To Be Determined | |
| 5005 | Event Execution/Support (Cost Plus Award Fee/ Cost Plus Fixed Fee/ Firm Fixed Price-as appropriate) SOW paragraph 4.0 | To Be Determined | |
| 5006 | AMC Directed Missions SOW paragraph 5.0 | | |
| 5006AA | Force Provider Training Module Total Labor for Operations and Maintenance(Normal and Abnormal) at Ft. Polk, LA (Firm Fixed Price) SOW paragraph 5.1 | $40,025.58/MO | $480,307.00/12 MO |
| 5006AB | Force Provider Training Module at Ft. Polk, LA. Repair/Maintenance Parts As Needed (Cost Reimbursable for Materials that can not be ordered through Ft. Polk, Director of Logistics) SOW paragraph 5.1.2.3 | To Be Determined | |
| 5006AC | Force Provider-Deployment (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.1.2.4 | To Be Determined | |
| 5006AD | Army Oil Analysis Program (ACAP) (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.2 | To Be Determined | |
| 5006AE | Test Measurement Diagnostic Equipment (TMDE) (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.3 | To Be Determined | |



DEF02135

 

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-02-D-0007 MOD/AMD | Page 17 of 48 |
|---|---|---|

Name of Offeror or Contractor: BROWN & ROOT SERVICES

| | | | |
|---|---|---|---|
| 5006AF | Fly Away Communications Package<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.4 | | To Be Determined |
| 5006AG | Other Missions<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.5 | | To Be Determined |
| 5007 | Reports<br>(NSP-Not Separately Priced) | $ NSP | $ NSP |
| 5007AA | Operations Security Plan<br>SOW paragraph 1.6 | $ NSP | $ NSP |
| 5007AB | Project Schedules<br>SOW paragraphs 1.15 | $ NSP | $ NSP |
| 5007AC | Force Provider Management Plan<br>SOW paragraph 5.1.2.1 | $ NSP | $ NSP |
| 5007AD | Trip/Minutes Reports<br>SOW paragraphs 10.2.3 | $ NSP | $ NSP |
| 5007AE | Program Management Cost Report<br>SOW paragraph 9.1.2 | $ NSP | $ NSP |
| 5007AF | Daily EVENT SITREP<br>SOW paragraph 10.2.1 | $ NSP | $ NSP |
| 5007AG | Monthly Progress Status Reports<br>SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 5007AH | Exercise Reports<br>SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 5007AJ | Event Lessons Learned Reports<br>SOW paragraph 10.2.5 | $ NSP | $ NSP |
| 5007AK | Event After Action Reports<br>SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 5007AL | Cost/Schedule/Performance<br>Status Report<br>SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 5007AM | Advance Travel Reports<br>SOW paragraph 10.2.8 | $ NSP | $ NSP |
| 5008 | Travel<br>As Needed<br>(Cost Reimbursable)<br>(Not to Exceed) | | To Be Determined |

OPTION YEAR 6 REQUIREMENTS

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 6001 | Worldwide Management and Staffing<br>Plan (WMSP)<br>SOW paragraph 2.2 | | |

DEF02136

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 18 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007        MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

| | | | |
|---|---|---|---|
| 6001AA | WMSP to include the Army Transformation Annex (Firm Fixed Price) SOW paragraph 2.2.2 | $202,402.00 | |
| 6001AB | Program Management Staffing (Firm Fixed Price) SOW paragraphs 2.2.3 | $513,461.00 | |
| 6001AC | LOGCAP Database (Firm Fixed Price) SOW paragraphs 2.2.4 | $ 38,089.00 | |
| | TOTAL 6001 | $753,952.00 | |
| 6002 | Regional Management Plans (Firm Fixed Price) SOW paragraph 2.3 | To Be Determined | |
| 6003 | CINC/ASCC Support Plans (Firm Fixed Price) SOW paragraph 2.4 | To Be Determined | |
| 6004 | Exercise Participation (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 3.0 | To Be Determined | |
| 6005 | Event Execution/Support (Cost Plus Award Fee/Cost Plus Fixed Fee/Firm Fixed Price-as appropriate) SOW paragraph 4.0 | To Be Determined | |
| 6006 | AMC Directed Missions SOW paragraph 5.0 | | |
| 6006AA | Force Provider Training Module Total Labor for Operations and Maintenance(Normal and Abnormal) at Ft. Polk, LA (Firm Fixed Price) SOW paragraph 5.1 | $40,812.08/MO | $489,745.00/12 MO |
| 6006AB | Force Provider Training Module at Ft. Polk, LA. Repair/Maintenance Parts As Needed (Cost Reimbursable for Materials that can not be ordered through Ft. Polk, Director of Logistics) SOW paragraph 5.1.2.3 | To Be Determined | |
| 6006AC | Force Provider-Deployment (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.1.2.4 | To Be Determined | |
| 6006AD | Army Oil Analysis Program (AOAP) (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.2 | To Be Determined | |
| 6006AE | Test Measurement Diagnostic Equipment (TMDE) (Cost Plus Fixed Fee/Cost Plus Award | To Be Determined | |



DEF02137

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 19 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

|  |  |  |  |
|---|---|---|---|
| | Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.3 | | |
| 6006AF | Fly Away Communications Package<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.4 | To Be Determined | |
| 6006AG | Other Missions<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.5 | To Be Determined | |
| 6007 | Reports<br>(NSP-Not Separately Priced) | $ NSP | $ NSP |
| 6007AA | Operations Security Plan<br>SOW paragraph 1.6 | $ NSP | $ NSP |
| 6007AB | Project Schedules<br>SOW paragraphs 1.15 | $ NSP | $ NSP |
| 6007AC | Force Provider Management Plan<br>SOW paragraph 5.1.2.1 | $ NSP | $ NSP |
| 6007AD | Trip/Minutes Reports<br>SOW paragraphs 10.2.3 | $ NSP | $ NSP |
| 6007AE | Program Management Cost Report<br>SOW paragraph 9.1.2 | $ NSP | $ NSP |
| 6007AF | Daily EVENT SITREP<br>SOW paragraph 10.2.1 | $ NSP | $ NSP |
| 6007AG | Monthly Progress Status Reports<br>SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 6007AH | Exercise Reports<br>SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 6007AJ | Event Lessons Learned Reports<br>SOW paragraph 10.2.5 | $ NSP | $ NSP |
| 6007AK | Event After Action Reports<br>SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 6007AL | Cost/Schedule/Performance<br>Status Report<br>SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 6007AM | Advance Travel Reports<br>SOW paragraph 10.2.8 | $ NSP | $ NSP |
| 6008 | Travel<br>As Needed<br>(Cost Reimbursable)<br>(Not to Exceed) | To Be Determined | |

OPTION YEAR 7 REQUIREMENTS

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 7001 | Worldwide Management and Staffing<br>Plan (WMSP) | | |



DEF02138

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 20 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

SOW paragraph 2.2

| 7001AA | WMSF to include the Army Transformation Annex (Firm Fixed Price) SOW paragraph 2.2.2 | $226,895.00 | |
|---|---|---|---|
| 7001AB | Program Management Staffing (Firm Fixed Price) SOW paragraphs 2.2.3 | $528,746.00 | |
| 7001AC | LOGCAP Database (Firm Fixed Price) SOW paragraphs 2.2.4 | $ 39,803.00 | |
| | TOTAL 7001 | | $795,444.00 |
| 7002 | Regional Management Plans (Firm Fixed Price) SOW paragraph 2.3 | | To Be Determined |
| 7003 | CINC/ASCC Support Plans (Firm Fixed Price) SOW paragraph 2.4 | | To Be Determined |
| 7004 | Exercise Participation (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 3.0 | | To Be Determined |
| 7005 | Event Execution/Support (Cost Plus Award Fee/ Cost Plus Fixed Fee/ Firm Fixed Price-as appropriate) SOW paragraph 4.0 | | To Be Determined |
| 7006 | AMC Directed Missions SOW paragraph 5.0 | | |
| 7006AA | Force Provider Training Module Total Labor for Operations and Maintenance (Normal and Abnormal) at Ft. Polk, LA (Firm Fixed Price) SOW paragraph 5.1 | $41,633.50/MO | $499,602.00/12 MO |
| 7006AB | Force Provider Training Module at Ft. Polk, LA. Repair/Maintenance Parts As Needed (Cost Reimbursable for Materials that can not be ordered through Ft. Polk, Director of Logistics) SOW paragraph 5.1.2.3 | | To Be Determined |
| 7006AC | Force Provider-Deployment (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.1.2.4 | | To Be Determined |
| 7006AD | Army Oil Analysis Program (ACAP) (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.2 | | To Be Determined |
| 7006AE | Test Measurement Diagnostic | | To Be Determined |

DEF02139



 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 21 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

|  | Equipment (TMDE)<br>(Cost Plus Fixed Fee/Cost Plus Award<br>Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.3 | | |
|---|---|---|---|
| 7006AF | Fly Away Communications Package<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.4 | To Be Determined | |
| 7006AG | Other Missions<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.5 | To Be Determined | |
| 7007 | Reports<br>(NSP-Not Separately Priced) | $ NSP | $ NSP |
| 7007AA | Operations Security Plan<br>SOW paragraph 1.6 | $ NSP | $ NSP |
| 7007AB | Project Schedules<br>SOW paragraphs 1.15 | $ NSP | $ NSP |
| 7007AC | Force Provider Management Plan<br>SOW paragraph 5.1.2.1 | $ NSP | $ NSP |
| 7007AD | Trip/Minutes Reports<br>SOW paragraphs 10.2.3 | $ NSP | $ NSP |
| 7007AE | Program Management Cost Report<br>SOW paragraph 9.1.2 | $ NSP | $ NSP |
| 7007AF | Daily EVENT SITREP<br>SOW paragraph 10.2.1 | $ NSP | $ NSP |
| 7007AG | Monthly Progress Status Reports<br>SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 7007AH | Exercise Reports<br>SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 7007AJ | Event Lessons Learned Reports<br>SOW paragraph 10.2.5 | $ NSP | $ NSP |
| 7007AK | Event After Action Reports<br>SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 7007AL | Cost/Schedule/Performance<br>Status Report<br>SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 7007AM | Advance Travel Reports<br>SOW paragraph 10.2.8 | $ NSP | $ NSP |
| 7008 | Travel<br>As Needed<br>(Cost Reimbursable)<br>(Not to Exceed) | To Be Determined | |

OPTION YEAR 8 REQUIREMENTS

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|



DEF02140

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 22 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

| 8001 | Worldwide Management and Staffing Plan (WMSP)<br>SOW paragraph 2.2 | | |
|---|---|---|---|
| 8001AA | WMSP to include the Army Transformation Annex<br>(Firm Fixed Price)<br>SOW paragraph 2.2.2 | $231,579.00 | |
| 8001AB | Program Management Staffing<br>(Firm Fixed Price)<br>SOW paragraphs 2.2.3 | $559,259.00 | |
| 8001AC | LOGCAP Database<br>(Firm Fixed Price)<br>SOW paragraphs 2.2.4 | $ 41,590.00 | |
| | TOTAL 8001 | | $832,428.00 |
| 8002 | Regional Management Plans<br>(Firm Fixed Price)<br>SOW paragraph 2.3 | | To Be Determined |
| 8003 | CINC/ASCC Support Plans<br>(Firm Fixed Price)<br>SOW paragraph 2.4 | | To Be Determined |
| 8004 | Exercise Participation<br>(Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 3.0 | | To Be Determined |
| 8005 | Event Execution/Support<br>(Cost Plus Award Fee/<br>Cost Plus Fixed Fee/<br>Firm Fixed Price-as appropriate)<br>SOW paragraph 4.0 | | To Be Determined |
| 8006 | AMC Directed Missions<br>SOW paragraph 5.0 | | |
| 8006AA | Force Provider Training Module<br>Total Labor for Operations and Maintenance(Normal and Abnormal) at Ft. Polk, LA<br>(Firm Fixed Price)<br>SOW paragraph 5.1 | $42,489.17/MO | $509,870.00/12 MO |
| 8006AB | Force Provider Training Module at Ft. Polk, LA. Repair/Maintenance Parts As Needed<br>(Cost Reimbursable for Materials that can not be ordered through Ft. Polk, Director of Logistics)<br>SOW paragraph 5.1.2.3 | | To Be Determined |
| 8006AC | Force Provider-Deployment<br>(Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.1.2.4 | | To Be Determined |
| 8006AD | Army Oil Analysis Program (AOAP)<br>(Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.2 | | To Be Determined |

DEF02141



 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 23 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor:  BROWN & ROOT SERVICES

|  |  |  |  |
|---|---|---|---|
| 8006AE | Test Measurement Diagnostic Equipment (TMDE) (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.3 | To Be Determined | |
| 8006AF | Fly Away Communications Package (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.4 | To Be Determined | |
| 8006AG | Other Missions (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.5 | To Be Determined | |
| 8007 | Reports (NSP-Not Separately Priced) | $ NSP | $ NSP |
| 8007AA | Operations Security Plan SOW paragraph 1.6 | $ NSP | $ NSP |
| 8007AB | Project Schedules SOW paragraphs 1.15 | $ NSP | $ NSP |
| 8007AC | Force Provider Management Plan SOW paragraph 5.1.2.1 | $ NSP | $ NSP |
| 8007AD | Trip/Minutes Reports SOW paragraphs 10.2.3 | $ NSP | $ NSP |
| 8007AE | Program Management Cost Report SOW paragraph 9.1.2 | $ NSP | $ NSP |
| 8007AF | Daily EVENT SITREP SOW paragraph 10.2.1 | $ NSP | $ NSP |
| 8007AG | Monthly Progress Status Reports SOW paragraph 10.2.2 | $ NSP | $ NSP |
| 8007AH | Exercise Reports SOW paragraph 10.2.4 | $ NSP | $ NSP |
| 8007AJ | Event Lessons Learned Reports SOW paragraph 10.2.5 | $ NSP | $ NSP |
| 8007AK | Event After Action Reports SOW paragraph 10.2.6 | $ NSP | $ NSP |
| 8007AL | Cost/Schedule/Performance Status Report SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP |
| 8007AM | Advance Travel Reports SOW paragraph 10.2.9 | $ NSP | $ NSP |
| 8008 | Travel As Needed (Cost Reimbursable) (Not to Exceed) | To Be Determined | |

OPTION YEAR 9 REQUIREMENTS



DEF02142

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 24 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 9001 | Worldwide Management and Staffing Plan (WMSP) SOW paragraph 2.2 | | |
| 9001AA | WMSP to include the Army Transformation Annex (Firm Fixed Price) SOW paragraph 2.2.2 | $234,195.00 | |
| 9001AB | Program Management Staffing (Firm Fixed Price) SOW paragraphs 2.2.3 | $576,026.00 | |
| 9001AC | LOGCAP Database (Firm Fixed Price) SOW paragraphs 2.2.4 | $ 43,465.00 | |
| | TOTAL 9001 | | $853,686.00 |
| 9002 | Regional Management Plans (Firm Fixed Price) SOW paragraph 2.3 | | To Be Determined |
| 9003 | CINC/ASCC Support Plans Firm Fixed Price) SOW paragraph 2.4 | | To Be Determined |
| 9004 | Exercise Participation (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 3.0 | | To Be Determined |
| 9005 | Event Execution/Support (Cost Plus Award Fee/ Cost Plus Fixed Fee/ Firm Fixed Price-as appropriate) SOW paragraph 4.0 | | To Be Determined |
| 9006 | AMC Directed Missions SOW paragraph 5.0 | | |
| 9006AA | Force Provider Training Module Total Labor for Operations and Maintenance(Normal and Abnormal) at Ft. Polk, LA (Firm Fixed Price) SOW paragraph 5.1 | $43,382.50/MO | $520,590.00/12 MO |
| 9006AB | Force Provider Training Module at Ft. Polk, LA. Repair/Maintenance Parts As Needed (Cost Reimbursable for Materials that can not be ordered through Ft. Polk, Director of Logistics) SOW paragraph 5.1.2.3 | | To Be Determined |
| 9006AC | Force Provider-Deployment (Cost Plus Fixed Fee/Cost Plus Award Fee/Firm Fixed Price-as appropriate) SOW paragraph 5.1.2.4 | | To Be Determined |
| 9006AD | Army Oil Analysis Program (AOAP) (Cost Plus Fixed Fee/Cost Plus Award | | To Be Determined |



DEF02143

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 25 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

| | | | | |
|---|---|---|---|---|
| | Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.2 | | | |
| 9006AE | Test Measurement Diagnostic<br>Equipment (TMDE)<br>(Cost Plus Fixed Fee/Cost Plus Award<br>Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.3 | | To Be Determined | |
| 9006AF | Fly Away Communications Package<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.4 | | To Be Determined | |
| 9006AG | Other Missions<br>(Cost Plus Fixed Fee/Cost Plus<br>Award Fee/Firm Fixed Price-as appropriate)<br>SOW paragraph 5.5 | | To Be Determined | |
| 9007 | Reports<br>(NSP-Not Separately Priced) | $ NSP | $ NSP | |
| 9007AA | Operations Security Plan<br>SOW paragraph 1.6 | $ NSP | $ NSP | |
| 9007AB | Project Schedules<br>SOW paragraphs 1.15 | $ NSP | $ NSP | |
| 9007AC | Force Provider Management Plan<br>SOW paragraph 5.1.2.1 | $ NSP | $ NSP | |
| 9007AD | Trip/Minutes Reports<br>SOW paragraphs 10.2.3 | $ NSP | $ NSP | |
| 9007AE | Program Management Cost Report<br>SOW paragraph 9.4.2 | $ NSP | $ NSP | |
| 9007AF | Daily EVENT SITREP<br>SOW paragraph 10.2.1 | $ NSP | $ NSP | |
| 9007AG | Monthly Progress Status Reports<br>SOW paragraph 10.2.2 | $ NSP | $ NSP | |
| 9007AH | Exercise Reports<br>SOW paragraph 10.2.4 | $ NSP | $ NSP | |
| 9007AJ | Event Lessons Learned Reports<br>SOW paragraph 10.2.5 | $ NSP | $ NSP | |
| 9007AK | Event After Action Reports<br>SOW paragraph 10.2.6 | $ NSP | $ NSP | |
| 9007AL | Cost/Schedule/Performance<br>Status Report<br>SOW paragraph 9.1.1, 10.2.7 | $ NSP | $ NSP | |
| 9007AM | Advance Travel Reports<br>SOW paragraph 10.2.8 | $ NSP | $ NSP | |
| 9008 | Travel<br>As Needed<br>(Cost Reimbursable)<br>(Not to Exceed) | | To Be Determined | |



DEF02144

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 26 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

*** END OF NARRATIVE B 001 ***



DEF02145

["

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 28 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

SECTION D - PACKAGING AND MARKING

For Local Clauses See: http://www.osc.army.mil/ac/asis/ioc/clauses/index.htm

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| D-1 | 52.247-4521<br>OSC | UNITIZATION/PALLETIZATION | MAR/1988 |

\*\*\*                                        (End of clause)


(DS7203)
NOTE:  Specific instructions will be provided in each task order.


                              \*\*\* END OF NARRATIVE D 001 \*\*\*

DEF02147

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 29 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

SECTION E - INSPECTION AND ACCEPTANCE

For Local Clauses See: http://www.osc.army.mil/ac/saie/ioc/clauses/index.htm

The following Federal Acquisition Regulation (FAR), DoD FAR Supplement clauses and provisions, the full text of which will be made available upon request, are incorporated herein by reference with the same force and effect as if set forth in full text.

The text of the clauses incorporated by reference herein are available from the contract specialist indicated in block 7 of the Standard Form 33 or (as applicable) the contracting officer and will be furnished upon request. Other documents are available as indicated in the schedule.

Any company/individual wishing to purchase a copy of the Federal Acquisition Regulation (FAR), the Army FAR Supplement or the DOD FAR Supplement, may do so from the Superintendent of Documents, US Government Printing Office, Washington DC 20402

(EA7001)

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| E-1 | 52.246-2 | INSPECTION OF SUPPLIES - FIXED-PRICE | AUG/1996 |
| E-2 | 52.246-3 | INSPECTION OF SUPPLIES - COST-REIMBURSEMENT | MAY/2001 |
| E-3 | 52.246-4 | INSPECTION OF SERVICES - FIXED PRICE | AUG/1996 |
| E-4 | 52.246-5 | INSPECTION OF SERVICES - COST-REIMBURSEMENT | APR/1984 |
| E-5 | 52.246-16 | RESPONSIBILITY FOR SUPPLIES | APR/1984 |

NOTE:  Specific instructions will be provided in each task order.

*** END OF NARRATIVE E 001 ***



DEF02148

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 30 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

SECTION F - DELIVERIES OR PERFORMANCE

For Local Clauses See: http://www.osc.army.mil/ac/aais/ioc/clauses/index.htm

The following Federal Acquisition Regulation (FAR), DoD FAR Supplement clauses and provisions, the full text of which will be made available upon request, are incorporated herein by reference with the same force and effect as if set forth in full text.

The text of the clauses incorporated by reference herein are available from the contract specialist indicated in block 7 of the Standard Form 33 or (as applicable) the contracting officer and will be furnished upon request. Other documents are available as indicated in the schedule.

Any company/individual wishing to purchase a copy of the Federal Acquisition Regulation (FAR), the Army FAR Supplement or the DOD FAR Supplement, may do so from the Superintendent of Documents, US Government Printing Office, Washington DC 20402.

(FA7001)

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| F-1 | 52.242-15 | STOP-WORK ORDER (AUG 1989) - ALTERNATE I (APR 1984) | AUG/1989 |
| F-2 | 52.247-29 | F.O.B. ORIGIN | JUN/1988 |
| F-3 | 52.247-34 | F.O.B. DESTINATION | NOV/1991 |
| F-4 | 52.247-4531 OSC | COGNIZANT TRANSPORTATION OFFICER | MAY/1993 |

\*\*\*

(End of Clause)



(FS7240)
NOTE:  Specific instructions regarding F.O.B. Origin or Destination will be provided in each task order.

\*\*\* END OF NARRATIVE F 001 \*\*\*

DEF02149

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 31 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

SECTION G - CONTRACT ADMINISTRATION DATA

For Local Clauses See: http://www.osc.army.mil/ec/mais/ioc/clauses/index.htm
     NOTE:  If othe administration data is required, specific information will be provided in each individual task order.


                    *** END OF NARRATIVE G 001 ***

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 32 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007        MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

SECTION H - SPECIAL CONTRACT REQUIREMENTS

For Local Clauses See: http://www.osc.army.mil/ac/asis/ioc/clauses/index.htm

The following Federal Acquisition Regulation (FAR), DoD FAR Supplement clauses and provisions, the full text of which will be made available upon request, are incorporated herein by reference with the same force and effect as if set forth in full text.

The text of the clauses incorporated by reference herein are available from the contract specialist indicated in block 7 of the Standard Form 33 or (as applicable) the contracting officer and will be furnished upon request. Other documents are available as indicated in the schedule.

Any company/individual wishing to purchase a copy of the Federal Acquisition Regulation (FAR), the Army FAR Supplement or the DOD FAR Supplement, may do so from the Superintendent of Documents, US Government Printing Office, Washington DC 20402.

(HA7001)

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| H-1 | 252.223-7006 DFARS | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS | APR/1993 |
| H-2 | 252.247-7023 DFARS | TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000) - ALTERNATE I (MAR 2000) | MAR/2000 |
| H-3 | 52.237-4501 | ACCOUNTING FOR PERSONNEL | MAR/2001 |
| H-4 | 246.671 DFARS | MATERIAL INSPECTION AND RECEIVING REPORTS (DD FORM 250) | JAN/1995 |

Material Inspection and Receiving Report (DD Form 250), required to be prepared and furnished to the Government under the clause of this contract entitled 'Material Inspection and Receiving Report', will be distributed by the Contractor in accordance with DOD FAR Supplement Appendix F, Part 4.

Send copies to:

1. Purchasing Office

        Commander
        U.S. Army Operations Support Command
        ATTN: AMSOS-CCF
        1 Rock Island Arsenal
        Rock Island, IL 61299-6000

2. Production Management

        U.S. Army Materiel Command
        PM LOGCAP Room 10N35
        ATTN: SOSFS-COL
        5001 Eisenhower Avenue
        Alexandria, VA  22333-0001

3. Send additional copies to in accordance with Table 1 and Table 2. NONE

                              (End of clause)

(HA6025)

| H-5 | 52.245-4506 OSC | GOVERNMENT FURNISHED PROPERTY | OCT/1994 |

        Schedule of Government Furnished Property

        (a) Pursuant to the Government Property clause in Section I of this contract, the Government shall furnish F.O.B. contractor's place of performance, the Government-owned property listed in attachment number AS LISTED IN EACH TASK ORDER of this document for use in



DEF02151



| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 33 of 48 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 | MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

the performance of this contract.

(b) The property shall be delivered in accordance with the schedule set forth in attachment number AS LISTED IN EACH TASK ORDER of this document.

(c) If the property is not received in accordance with the schedule set forth in attachment number AS LISTED IN EACH TASK ORDER of this document, the Contractor shall immediately notify the Contracting Officer in writing.

(d) The quantity of Government Furnished Material (GFM) which is offered herein is contingent upon award of the total quantity solicited herein. Should the actual quantity awarded be less than the total quantity solicited, the Government retains the right to unilaterally reduce the quantity of GFM which will be provided under any resultant contract. Any said reduction shall be on a pro-rata basis.

(End of Clause)

(H56075)

H-6    28.306(B)    REQUIRED INSURANCE                                              AUG/1998

"to be identified in each task order"

***

(End of Clause)

(HF7028)

H-7    252.223-7001    HAZARD WARNING LABELS                                        DEC/1991
                       DFARS

****(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

MATERIAL (If none, insert "None")        ACT

_____                  _____

_____        _____    ***

(End of Clause)

(HA7704)

H-8    252.247-7023    TRANSPORTATION OF SUPPLIES BY SEA                           MAR/2000
                       DFARS

***

(f)(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

ITEM                 CONTRACT
DESCRIPTION          LINE ITEMS      QUANTITY

TOTAL
                                     (End of Clause)

(HA7502)

DEF02152

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 34 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007    MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

H-9    252.247-7024    NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA        NOV/1995
       DFARS

***                              (End of clause)

(HA7503)

H-10    5101.602-2    AVAILABILITY OF FUNDS                                   OCT/2001
        AFARS

Funds are not presently available for this acquisition. No contract award will be made until appropriated funds are made available from which payment for contract purposes can be made.

                                 (End of Clause)

(HD7006)

H-11    52.223-4506    PERMITS AND LICENSES                                   FEB/1993
        OSC

(a) The contractor shall procure all necessary permits and licenses, obey and abide by all applicable laws, regulations, and ordinances and other rules of the United States of America, host nation, state, territory, or political subdivision thereof or any other duly constituted public authority wherein work is done as determined necessary by the contractor to perform the SOW.

    (b) If permits or licenses are required by law to be submitted directly by the U.S. military, the contractor agrees to furnish the necessary information, supporting documents and certifications to enable the installation commander to make application for any permits or licensing deemed required.

    (c) The contractor agrees to furnish all information needed to assist the installation commander in submitting recurring reports required by such permits/licenses.

                                 (End of clause)

(HS7340)

H-12    52.247-4545    PLACE OF CONTRACT SHIPPING POINT, RAIL INFORMATION     MAY/1993
        OSC

The bidder/offeror is to fill in the 'Shipped From' address, if different from 'Place of Performance' indicated elsewhere in this section.

       Shipped From:

       _____

       _____

       _____

For contracts involving F.O.B. Origin shipments furnish the following rail information:

       Does Shipping Point have a private railroad siding//// _____ YES _____ NO

       If YES, give name of rail carrier serving it: _____

       If NO, give name and address of nearest rail freight station and carrier serving it:





| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 35 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

Rail Freight Station Name and Address: _____

Serving Carrier: _____

(End of Clause)

(H37600)
SEE SECTION J FOR SPECIAL CLAUSES.

*** END OF NARRATIVE H 001 ***

DEF02154

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 36 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007        MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

SECTION I - CONTRACT CLAUSES

For Local Clauses See: http://www.oco.army.mil/ac/asis/toc/clauses/index.htm

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| | | DEFINITIONS | MAY/2001 |
| I-1 | 52.202-1 | DEFINITIONS (MAY 01) - ALTERNATE I (MAY 01) | MAY/2001 |
| I-2 | 52.202-1 | GRATUITIES | APR/1984 |
| I-3 | 52.203-3 | COVENANT AGAINST CONTINGENT FEES | APR/1984 |
| I-4 | 52.203-5 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL/1995 |
| I-5 | 52.203-6 | ANTI-KICKBACK PROCEDURES | JUL/1995 |
| I-6 | 52.203-7 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR | JAN/1997 |
| I-7 | 52.203-8 | IMPROPER ACTIVITY | JAN/1997 |
| | | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | JUN/1997 |
| I-8 | 52.203-10 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | AUG/1996 |
| I-9 | 52.203-12 | SECURITY REQUIREMENTS | AUG/1996 |
| I-10 | 52.204-2 | SECURITY REQUIREMENTS (AUG 96) - ALTERNATE II (APR 84) | AUG/2000 |
| I-11 | 52.204-2 | PRINTING OR COPYING DOUBLE-SIDED ON RECYCLED PAPER | JUL/1995 |
| I-12 | 52.204-4 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH | |
| I-13 | 52.209-6 | CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | AUG/2000 |
| | | MATERIAL REQUIREMENTS | SEP/1990 |
| I-14 | 52.211-5 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS | JUN/1999 |
| I-15 | 52.211-15 | AUDIT AND RECORDS - NEGOTIATION | OCT/1997 |
| I-16 | 52.215-2 | ORDER OF PRECEDENCE-UNIFORM CONTRACT FORMAT | OCT/1997 |
| I-17 | 52.215-8 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA | OCT/1997 |
| I-18 | 52.215-10 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA-MODIFICATIONS | OCT/1997 |
| I-19 | 52.215-11 | SUBCONTRACTOR COST OR PRICING DATA | OCT/1997 |
| I-20 | 52.215-12 | SUBCONTRACTOR COST OR PRICING DATA-MODIFICATIONS | OCT/1997 |
| I-21 | 52.215-13 | INTEGRITY OF UNIT PRICES (OCT 97) ALTERNATE I (OCT 97) | DEC/1998 |
| I-22 | 52.215-14 | PENSION ADJUSTMENTS AND ASSET REVERSIONS | OCT/1997 |
| I-23 | 52.215-15 | WAIVER OF FACILITIES CAPITAL COST OF MONEY | OCT/1997 |
| I-24 | 52.215-17 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) | OCT/1997 |
| I-25 | 52.215-18 | OTHER THAN PENSIONS | OCT/1997 |
| I-26 | 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES | MAR/2000 |
| I-27 | 52.216-7 | ALLOWABLE COST AND PAYMENT | MAR/1997 |
| I-28 | 52.216-8 | FIXED FEE | MAR/1997 |
| I-29 | 52.216-9 | FIXED FEE - CONSTRUCTION | MAR/2000 |
| I-30 | 52.216-26 | PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION | OCT/2000 |
| I-31 | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS | OCT/2000 |
| I-32 | 52.219-9 | SMALL BUSINESS SUBCONTRACTING PLAN (OCT 2000) - ALTERNATE I (OCT 2000) | JAN/1999 |
| I-33 | 52.219-16 | LIQUIDATED DAMAGES - SUBCONTRACTING PLAN | FEB/1997 |
| I-34 | 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES | AUG/1996 |
| I-35 | 52.222-3 | CONVICT LABOR | SEP/2000 |
| I-36 | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT - OVERTIME COMPENSATION | FEB/1995 |
| I-37 | 52.222-6 | DAVIS-BACON ACT | FEB/1988 |
| I-38 | 52.222-7 | WITHHOLDING OF FUNDS | FEB/1988 |
| I-39 | 52.222-8 | PAYROLLS AND BASIC RECORDS | FEB/1988 |
| I-40 | 52.222-9 | APPRENTICES AND TRAINEES | FEB/1988 |
| I-41 | 52.222-10 | COMPLIANCE WITH THE COPELAND ACT REQUIREMENTS | FEB/1988 |
| I-42 | 52.222-11 | SUBCONTRACTS (LABOR STANDARDS) | FEB/1988 |
| I-43 | 52.222-12 | CONTRACT TERMINATION-DEBARMENT | FEB/1988 |
| I-44 | 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS | FEB/1988 |
| I-45 | 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS | FEB/1988 |
| I-46 | 52.222-15 | CERTIFICATION OF ELIGIBILITY | FEB/1988 |
| I-47 | 52.222-16 | APPROVAL OF WAGE RATES | DEC/1996 |
| I-48 | 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT | FEB/1999 |
| I-49 | 52.222-21 | PROHIBITION OF SEGREGATION FACILITIES | FEB/1999 |
| I-50 | 52.222-26 | EQUAL OPPORTUNITY | FEB/1999 |
| I-51 | 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION | FEB/1999 |
| I-52 | 52.222-29 | NOTIFICATION OF VISA DENIAL | APR/1998 |
| I-53 | 52.222-35 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF VIETNAM ERA | JUN/1998 |
| I-54 | 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES | JAN/1999 |
| I-55 | 52.222-37 | EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM | |

DEF02155

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 37 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007        MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| | | ERA | |
| I-56 | 52.222-41 | SERVICE CONTRACT ACT OF 1965, AS AMENDED | MAY/1989 |
| I-57 | 52.222-43 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT - PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) | MAY/1989 |
| I-58 | 52.223-5 | POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMTION | APR/1998 |
| I-59 | 52.223-6 | DRUG-FREE WORKPLACE | MAY/2001 |
| I-60 | 52.223-10 | WASTE REDUCTION PROGRAM | AUG/2000 |
| I-61 | 52.223-12 | REFRIGERATION EQUIPMENT AND AIR CONDITIONERS | MAY/1995 |
| I-62 | 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING | OCT/2000 |
| I-63 | 52.224-1 | PRIVACY ACT NOTIFICATION | APR/1984 |
| I-64 | 52.224-2 | PRIVACY ACT | APR/1984 |
| I-65 | 52.225-3 | BUY AMERICAN ACT-NORTH AMERICAN FREE TRADE AGREEMENT-ISRAELI TRADE ACT-BALANCE OF PAYMENTS PROGRAM | FEB/2000 |
| I-66 | 52.225-5 | TRADE AGREEMENTS | APR/2000 |
| I-67 | 52.225-10 | NOTICE OF BUY AMERICAN ACT/BALANCE OF PAYMENTS PROGRAM REQUIREMENT-CONSTRUCTION MATERIALS | FEB/2000 |
| I-68 | 52.225-15 | SANCTIONED EUROPEAN UNION COUNTRY END PRODUCTS | FEB/2000 |
| I-69 | 52.227-1 | AUTHORIZATION AND CONSENT | JUL/1995 |
| I-70 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | AUG/1996 |
| I-71 | 52.227-9 | REFUND OF ROYALTIES | APR/1984 |
| I-72 | 52.227-10 | FILING OF PATENT APPLICATIONS - CLASSIFIED SUBJECT MATTER | APR/1984 |
| I-73 | 52.227-11 | PATENT RIGHTS - RETENTION BY THE CONTRACTOR (SHORT FORM) (JUN 1997) - (ALT IV) (JUN 1989) | JUN/1997 |
| I-74 | 52.227-12 | PATENT RIGHTS - RETENTION BY THE CONTRACTOR (LONG FORM) | JAN/1997 |
| I-75 | 52.227-13 | PATENT RIGHTS - ACQUISITION BY THE GOVERNMENT | JAN/1997 |
| I-76 | 52.227-14 | RIGHTS IN DATA-GENERAL | JUN/1987 |
| I-77 | 52.227-17 | RIGHTS IN DATA-SPECIAL WORKS | JUN/1987 |
| I-78 | 52.228-1 | BID GUARANTEE | SEP/1996 |
| I-79 | 52.228-2 | ADDITIONAL BOND SECURITY | OCT/1997 |
| I-80 | 52.228-3 | WORKER'S COMPENSATION INSURANCE (DEFENSE BASE ACT) | APR/1984 |
| I-81 | 52.228-4 | WORKER'S COMPENSATION AND WAR-HAZARD INSURANCE OVERSEAS | APR/1984 |
| I-82 | 52.228-5 | INSURANCE - WORK ON A GOVERNMENT INSTALLATION | JAN/1997 |
| I-83 | 52.228-7 | INSURANCE - LIABILITY TO THIRD PERSONS | MAR/1996 |
| I-84 | 52.228-8 | LIABILITY AND INSURANCE - LEASED MOTOR VEHICLES | MAY/1999 |
| I-85 | 52.228-10 | VEHICLE AND GENERAL PUBLIC LIABILITY INSURANCE | APR/1984 |
| I-86 | 52.228-11 | PLEDGES OF ASSETS | FEB/1992 |
| I-87 | 52.228-14 | IRREVOCABLE LETTER OF CREDIT | DEC/1999 |
| I-88 | 52.228-15 | PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION | JUL/2000 |
| I-89 | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES | JAN/1991 |
| I-90 | 52.229-5 | TAXES - CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO | APR/1984 |
| I-91 | 52.229-6 | TAXES - FOREIGN FIXED-PRICE CONTRACTS | JAN/1991 |
| I-92 | 52.229-10 | STATE OF NEW MEXICO GROSS RECEIPTS AND COMPENSATING TAX | OCT/1998 |
| I-93 | 52.230-2 | COST ACCOUNTING STANDARDS | APR/1998 |
| I-94 | 52.230-3 | DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES | APR/1998 |
| I-95 | 52.230-4 | CONSISTENCY IN COST ACCOUNTING PRACTICES | AUG/1992 |
| I-96 | 52.230-6 | ADMINISTRATION OF COST ACCOUNTING STANDARDS | APR/1996 |
| I-97 | 52.232-1 | PAYMENTS | APR/1984 |
| I-98 | 52.232-3 | PAYMENTS UNDER PERSONAL SERVICES CONTRACTS | APR/1984 |
| I-99 | 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT | MAY/1997 |
| I-100 | 52.232-9 | LIMITATION ON WITHHOLDING OF PAYMENTS | APR/1984 |
| I-101 | 52.232-11 | EXTRAS | APR/1984 |
| I-102 | 52.232-16 | PROGRESS PAYMENTS | MAR/2000 |
| I-103 | 52.232-17 | INTEREST | JUN/1996 |
| I-104 | 52.232-18 | AVAILABILITY OF FUNDS | APR/1984 |
| I-105 | 52.232-20 | LIMITATION OF COST | APR/1984 |
| I-106 | 52.232-22 | LIMITATION OF FUNDS | APR/1984 |
| I-107 | 52.232-23 | ASSIGNMENT OF CLAIMS | JAN/1986 |
| I-108 | 52.232-25 | PROMPT PAYMENT | MAY/2001 |
| I-109 | 52.232-27 | PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS | MAY/2001 |
| I-110 | 52.232-30 | INSTALLMENT PAYMENTS FOR COMMERCIAL ITEMS | OCT/1995 |
| I-111 | 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER PAYMENT--CENTRAL CONTRACTOR REGISTRATION | MAY/1999 |
| I-112 | 52.232-34 | PAYMENT BY ELECTRONIC FUNDS TRANSFER-OTHER THAN CENTRAL CONTRACTOR | MAY/1999 |



DEF02156

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 38 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007    MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES



| | Regulatory Cite | Title | Date |
|---|---|---|---|
| | | REGISTRATION | |
| I-113 | 52.232-38 | SUBMISSION OF ELECTRONIC FUNDS TRANSFER INFORMATION WITH OFFER | MAY/1999 |
| I-114 | 52.233-1 | DISPUTES (DEC 1998) - ALTERNATE I (DEC 1991) | DEC/1998 |
| I-115 | 52.233-1 | PROTEST AFTER AWARD | AUG/1996 |
| I-116 | 52.233-3 | PROTEST AFTER AWARD (AUG 1996) - ALTERNATE I (JUN 1985) | AUG/1996 |
| I-117 | 52.236-5 | MATERIAL AND WORKMANSHIP | APR/1984 |
| I-118 | 52.236-7 | PERMITS AND RESPONSIBILITIES | NOV/1991 |
| I-119 | 52.236-18 | WORK OVERSIGHT IN COST-REIMBURSEMENT CONSTRUCTION CONTRACTS | APR/1984 |
| I-120 | 52.236-19 | ORGANIZATION AND DIRECTION OF THE WORK | APR/1984 |
| I-121 | 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT AND VEGETATION | APR/1984 |
| I-122 | 52.237-3 | CONTINUITY OF SERVICES | JAN/1991 |
| I-123 | 52.239-1 | PRIVACY OR SECURITY SAFEGUARDS | AUG/1996 |
| I-124 | 52.242-1 | NOTICE OF INTENT TO DISALLOW COSTS | APR/1984 |
| I-125 | 52.242-2 | PRODUCTION PROGRESS REPORTS | APR/1991 |
| I-126 | 52.242-3 | PENALTIES FOR UNALLOWABLE COSTS | MAY/2001 |
| I-127 | 52.242-4 | CERTIFICATION OF FINAL INDIRECT COSTS | JAN/1997 |
| I-128 | 52.242-10 | F.O.B. ORIGIN - GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE | APR/1984 |
| I-129 | 52.242-12 | REPORT OF SHIPMENT (REPSHIP) | JUL/1995 |
| I-130 | 52.242-13 | BANKRUPTCY | JUL/1995 |
| I-131 | 52.243-1 | CHANGES - FIXED PRICE | AUG/1987 |
| I-132 | 52.243-1 | CHANGES - FIXED-PRICE (AUG 1987) - ALTERNATE I (APR 1984) | AUG/1987 |
| I-133 | 52.243-1 | CHANGES - FIXED-PRICE (AUG 1987) - ALTERNATE II (APR 1984) | AUG/1987 |
| I-134 | 52.243-1 | CHANGES - FIXED PRICE (AUG 1987) - ALTERNATE III (APR 1984) | AUG/1987 |
| I-135 | 52.243-2 | CHANGES - COST REIMBURSEMENT | AUG/1987 |
| I-136 | 52.243-2 | CHANGES (COST-REIMBURSEMENT) (AUG 1987) - ALTERNATE III (APR 1984) | AUG/1987 |
| I-137 | 52.243-2 | CHANGES - COST-REIMBURSEMENT (AUG 1987) - ALTERNATE I (APR 1984) | AUG/1987 |
| I-138 | 52.243-2 | CHANGES - COST-REIMBURSEMENT (AUG 1987) - ALTERNATE II (APR 1984) | AUG/1987 |
| I-139 | 52.243-7 | NOTIFICATION OF CHANGES | APR/1984 |
| I-140 | 52.244-4 | SUBCONTRACTORS AND OUTSIDE ASSOCIATES AND CONSULTANTS (ARCHITECT-ENGINEER SERVICES) | AUG/1998 |
| I-141 | 52.244-5 | COMPETITION IN SUBCONTRACTING | DEC/1996 |
| I-142 | 52.245-1 | PROPERTY RECORDS | APR/1984 |
| I-143 | 52.245-19 | GOVERNMENT PROPERTY FURNISHED "AS IS" | APR/1984 |
| I-144 | 52.246-12 | INSPECTION OF CONSTRUCTION | AUG/1996 |
| I-145 | 52.246-25 | LIMITATION OF LIABILITY - SERVICES | FEB/1997 |
| I-146 | 52.247-1 | CONTRACTOR RESPONSIBILITY FOR RECEIPT OF SHIPMENT | APR/1984 |
| I-147 | 52.247-15 | CONTRACTOR RESPONSIBILITY FOR LOADING AND UNLOADING | APR/1984 |
| I-148 | 52.247-21 | CONTRACTOR LIABILITY FOR PERSONAL INJURY AND/OR PROPERTY DAMAGE | APR/1984 |
| I-149 | 52.247-63 | PREFERENCE FOR U.S. - FLAG AIR CARRIERS | JAN/1997 |
| I-150 | 52.248-1 | VALUE ENGINEERING | FEB/2000 |
| I-151 | 52.248-3 | VALUE ENGINEERING - CONSTRUCTION | MAR/1989 |
| I-152 | 52.249-1 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) | SEP/1996 |
| I-153 | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996) - ALTERNATE I (SEP 1996) | SEP/1996 |
| I-154 | 52.249-4 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES)(SHORT FORM) | APR/1984 |
| I-155 | 52.249-6 | TERMINATION (COST-REIMBURSEMENT) | SEP/1996 |
| I-156 | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) | APR/1984 |
| I-157 | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984) - ALTERNATE I (APR 1984) | APR/1984 |
| I-158 | 52.249-12 | TERMINATION (PERSONAL SERVICES) | APR/1984 |
| I-159 | 52.249-14 | EXCUSABLE DELAYS | APR/1984 |
| I-160 | 52.251-1 | GOVERNMENT SUPPLY SOURCES | APR/1984 |
| I-161 | 52.251-2 | INTERAGENCY FLEET MANAGEMENT SYSTEM  VEHICLES AND RELATED SERVICES | JAN/1991 |
| I-162 | 52.253-1 | COMPUTER GENERATED FORMS | JAN/1991 |
| I-163 | 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE | DEC/1991 |
| | DFARS | | |
| I-164 | 252.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES | MAR/1999 |
| I-165 | 252.203-7002 | DISPLAY OF DOD HOTLINE POSTER | DEC/1991 |
| | DFARS | | |
| I-166 | 252.204-7000 | DISCLOSURE OF INFORMATION | DEC/1991 |
| | DFARS | | |
| I-167 | 252.204-7002 | PAYMENT FOR SUBLINE ITEMS NOT SEPARATELY PRICED | DEC/1991 |

DEF02157



 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 39 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007        MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-168 | DFARS 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT | APR/1992 |
| I-169 | DFARS 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS | DEC/1991 |
| I-170 | DFARS 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY | NOV/1995 |
| I-171 | DFARS 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY | MAR/1998 |
| I-172 | DFARS 252.219-7003 | SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN (DOD CONTRACTS) | APR/1996 |
| I-173 | DFARS 252.222-7002 | COMPLIANCE WITH LOCAL LABOR LAWS (OVERSEAS) | JUN/1997 |
| I-174 | DFARS 252.222-7003 | PERMIT FROM ITALIAN INSPECTORATE OF LABOR | JUN/1997 |
| I-175 | DFARS 252.222-7004 | COMPLIANCE WITH SPANISH SOCIAL SECURITY LAWS AND REGULATIONS | JUN/1997 |
| I-176 | DFARS 252.223-7002 | SAFETY PRECAUTIONS FOR AMMUNITION AND EXPLOSIVES | MAY/1994 |
| I-177 | DFARS 252.223-7003 | CHANGE IN PLACE OF PERFORMANCE - AMMUNITION AND EXPLOSIVES | DEC/1991 |
| I-178 | DFARS 252.223-7004 | DRUG-FREE WORK FORCE | SEP/1988 |
| I-179 | DFARS 252.225-7005 | IDENTIFICATION OF EXPENDITURES IN THE UNITED STATES | DEC/1991 |
| I-180 | DFARS 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES | AUG/2000 |
| I-181 | DFARS 252.225-7026 | REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES | JUN/2000 |
| I-182 | DFARS 252.225-7030 | RESTRICTION ON ACQUISITION OF CARBON, ALLOY, AND ARMOR STEEL PLATE | OCT/1992 |
| I-183 | DFARS 252.225-7032 | WAIVER OF UNITED KINGDOM LEVIES | OCT/1992 |
| I-184 | DFARS 252.225-7041 | CORRESPONDENCE IN ENGLISH | JUN/1997 |
| I-185 | DFARS 252.225-7042 | AUTHORIZATION TO PERFORM | JUN/1997 |
| I-186 | DFARS 252.225-7043 | ANTITERRORISM/FORCE PROTECTION POLICY FOR DEFENSE CONTRACTORS OUTSIDE UNITED STATES | JUN/1998 |
| I-187 | DFARS 252.227-7013 | RIGHTS IN TECHNICAL DATA--NONCOMMERCIAL ITEMS | NOV/1995 |
| I-188 | DFARS 252.227-7014 | RIGHTS IN NONCOMMERCIAL COMPUTER SOFTWARE AND NONCOMMERCIAL COMPUTER SOFTWARE DOCUMENTATION | JUN/1995 |
| I-189 | DFARS 252.227-7015 | TECHNICAL DATA--COMMERCIAL ITEMS | NOV/1995 |
| I-190 | DFARS 252.227-7020 | RIGHTS IN SPECIAL WORKS | JUN/1995 |
| I-191 | DFARS 252.228-7003 | CAPTURE AND DETENTION | DEC/1991 |
| I-192 | DFARS 252.228-7006 | COMPLIANCE WITH SPANISH LAWS AND INSURANCE | JUN/1997 |
| I-193 | DFARS 252.229-7002 | CUSTOMS EXEMPTIONS (GERMANY) | JUN/1997 |
| I-194 | DFARS 252.229-7003 | TAX EXEMPTIONS (ITALY) | JUN/1997 |
| I-195 | DFARS 252.229-7004 | STATUS OF CONTRACTOR AS A DIRECT CONTRACTOR (SPAIN) | MAR/1998 |
| I-196 | DFARS 252.229-7005 | TAX EXEMPTIONS (SPAIN) | JUN/1997 |
| I-197 | DFARS 252.229-7006 | VALUE ADDED TAX EXCLUSION (UNITED KINGDOM) | JUN/1997 |
| I-198 | DFARS 252.229-7007 | VERIFICATION OF UNITED STATES RECEIPT OF GOODS | JUN/1997 |



 



| | | Reference No. of Document Being Continued | Page 40 of 48 |
|---|---|---|---|
| **CONTINUATION SHEET** | | PIIN/SIIN DAAA09-02-D-0007 MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-199 | 252.229-7008 DFARS | RELIEF FROM IMPORT DUTY (UNITED KINGDOM) | JUN/1997 |
| I-200 | 252.229-7009 | RELIEF FROM CUSTOMS DUTY AND VALUE ADDED TAX ON FUEL (?ASSENGER VEHICLES)(UNITED KINGDOM) | JUN/1997 |
| I-201 | 252.229-7010 | RELIEF FROM CUSTOMS DUTY ON FUEL (UNITED KINGDOM) | JUN/1997 |
| I-202 | 252.231-7000 DFARS | SUPPLEMENTAL COST PRINCIPLES | DEC/1991 |
| I-203 | 252.232-7008 DFARS | ASSIGNMENT OF CLAIMS (OVERSEAS) | JUN/1997 |
| I-204 | 252.233-7001 DFARS | CHOICE OF LAW (OVERSEAS) | JUN/1997 |
| I-205 | 252.234-7001 DFARS | EARNED VALUE MANAGEMENT SYSTEM | MAR/1998 |
| I-206 | 252.235-7003 DFARS | FREQUENCY AUTHORIZATION | DEC/1991 |
| I-207 | 252.242-7000 DFARS | POSTAWARD CONFERENCE | DEC/1991 |
| I-208 | 252.242-7004 DFARS | MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM | DEC/2000 |
| I-209 | 252.242-7005 DFARS | COST/SCHEDULE STATUS REPORT | MAR/1998 |
| I-210 | 252.243-7001 DFARS | PRICING OF CONTRACT MODIFICATIONS | DEC/1991 |
| I-211 | 252.245-7001 DFARS | REPORTS OF GOVERNMENT PROPERTY | MAY/1994 |
| I-212 | 252.246-7002 DFARS | WARRANTY OF CONSTRUCTION | JUN/1997 |
| I-213 | 252.251-7000 DFARS | ORDERING FROM GOVERNMENT SUPPLY SOURCES | MAY/1995 |
| I-214 | 52.211-12 | LIQUIDATED DAMAGES--CONSTRUCTION | SEP/2000 |

(a) If the Contractor fails to complete the work within the time specified in the contract, or any extension, the Contractor shall pay to the Government as liquidated damages, the sum of AS SPECIFIED BY EACH TASK ORDER for each day of delay.

(b) If the Government terminates the Contractor's right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the Government in completing the work.

(c) If the Government does not terminate the Contractor's right to proceed, the resulting damage will consist of liquidated damages until the work is completed or accepted.

(End of clause)

(IF6014)

I-215    52.216-18    ORDERING                                                OCT/1995
(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by individuals or activities designated in the Schedule. Such orders may be issued from DATE OF AWARD through 10 YEARS AFTER DATE OF AWARD. ORDERS MAY BE ISSUED ORALLY, FACSIMILE OR BY ELECTRONIC COMMERCE METHODS BY THE PROCURING CONTRACTING OFFICER (PCO).
***

(End of Clause)

(IF6088)

I-216    52.216-22    INDEFINITE QUANTITY                                      OCT/1995
***

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations



**DEF02159**

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 41 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007 MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after AS SPECIFIED IN EACH TASK ORDER.

(End of clause)

(IF6097)

I-217    52.216-24    LIMITATION OF GOVERNMENT LIABILITY    APR/1984

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding THE DOLLAR AMOUNT ON EACH TASK ORDER.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is THE DOLLAR AMOUNT OBLIGATED ON EACH TASK ORDER.

(End of clause)

(IF6056)

I-218    52.217-8    OPTION TO EXTEND SERVICES    NOV/1999
***

The Contracting Officer may exercise the option by written notice to the Contractor within 30 DAYS OF EXPIRATION OF THE CONTRACT PERIOD.

(End of clause)

(IF6096)

I-219    52.217-9    OPTION TO EXTEND THE TERM OF THE CONTRACT    MAR/2000

(a) The Government may extend the term of this contract by written notice to the Contractor within 1 DAY OF EXPIRATION OF PERIOD OF OF PERFORMANCE provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 126 MONTHS.

(End of Clause)

(IF6066)

I-220    52.222-2    PAYMENT FOR OVERTIME PREMIUMS    JUL/1990

(a) The use of overtime is authorized under this contract if the overtime premium cost does not exceed AS DETERMINED ON EACH TASK ORDER or the overtime premium is paid for work--

***

(End of Clause)

(IF6048)

I-221    52.222-49    SERVICE CONTRACT ACT - PLACE OF PERFORMANCE UNKNOWN    MAY/1989

a. This contract is subject to the Service Contract Act, and the place of performance was unknown when the solicitation was issued. In addition to places or areas identified in wage determinations, if any, attached to the solicitation, wage determinations have also been requested for the following:



DEF02160

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 42 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

NONE

The Contracting Officer will request wage determinations for additional places or areas of performance if asked to do so in writing by

   b. Offerors who intend to perform in a place or area of performance for which a wage determination has not been attached or requested may nevertheless submit bids or proposals. However, a wage determination shall be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

(End of clause)

(IF6500)

I-222     52.223-3     HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA          JAN/1997
***

(B)  The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract.  The hazardous material shall be properly identified and include any applicable identification number, such National Stock Number or Special Item Number.  This information shall also be included on the Material Safety Data Sheet submitted under this contract.

          MATERIAL
     (If none, insert "None")                IDENTIFICATION NO.

CONTRACTOR TO LIST BY EACH TASK ORDER

***

(End of Clause)

(IF6350)

I-223     52.223-7     NOTICE OF RADIOACTIVE MATERIALS          JAN/1997
   (a) The Contractor shall notify the Contracting Officer or designee, in writing, 30 days prior to the delivery of, or prior to completion of any servicing required by this contract of, items containing either (1) radioactive material requiring specific licensing under the regulations issued pursuant to the Atomic Energy Act of 1954, as amended, as set forth in Title 10 of the Code of Federal Regulations, in effect on the date of this contract, or (2) other radioactive material not requiring specific licensing in which the specific activity is greater than 0.002 microcuries per gram or the activity per item equals or exceeds 0.01 microcuries***

(End of clause)

(IF6015)

I-224     52.225-8     DUTY-FREE ENTRY          FEB/2000
***

(g)(4)  The notation:

          UNITED STATES GOVERNMENT, as specified in each individual task order (agency) Duty-free entry to be claimed pursuant to Item No(s) See Above (from Tariff Schedules), Harmonized Tariff Schedules of the United States.  Upon arrival of shipment at port of entry, District Director of Customs, please release shipment under 19 CFR 142 and notify (cognizant contract administration office) for execution of Customs Forms 7501 and 7501-A and any required duty-free certificates.

(End of clause)

(IF6125)



DEF02161

 



| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 43 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007        MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

---

I-225     52.229-8     TAXES - FOREIGN COST-REIMBURSEMENT CONTRACTS          MAR/1990

   (a) Any tax or duty from which the United States Government is exempt by agreement with the Government of LISTED BY EACH INDIVIDUAL TASK ORDER , or from which the Contractor or any subcontractor under this contract is exempt under the laws of LISTED BY EACH INDIVIDUAL TASK ORDER , shall not constitute an allowable cost under this contract.

***

(End of clause)


(IF6058)


I-226     52.232-19     AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR          APR/1984

Funds are not presently available for performance under this contract beyond FY02.  The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made.  No legal liability on the part of the Government for any payment may arise for performance under this contract beyond FY02 , until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Procuring Contracting Officer (PCO).

(End of clause)


(IF6068)


I-227     52.236-1     PERFORMANCE OF WORK BY THE CONTRACTOR          APR/1984

I-228     52.243-7     NOTIFICATION OF CHANGES          JAN/2001

***

(b)  The primary purpose of this clause is to obtain prompt reporting of Government conduct that the Contractor considers to constitute a change to this contract.  Except for changes identified as such in writing and signed by the Contracting Officer, the Contractor shall notify the Contracting Officer in writing promptly, within 5 CALENDAR DAYS (to be negotiated) calendar days from the date that the Contractor identifies any Government conduct (including actions, inactions, and written or oral communications) that the Contractor regards as a change to the contract terms and conditions.  On the basis of the most accurate information available to the Contractor, the notice shall state--

***

(d)  Government response. The Contracting Officer shall promptly, within 14 CALENDAR DAYS (to be negotiated) calendar days after receipt of notice, respond to the notice in writing.  In responding, the Contracting Officer shall either--

***

(End of clause)


(IF6250)


I-229     52.247-1     COMMERCIAL BILL OF LADING NOTATIONS          APR/1984

   If the Contracting Officer authorizes supplies to be shipped on a commercial bill of lading and the Contractor will be reimbursed these transportation costs as direct allowable costs, the Contractor shall ensure before shipment is made that the commercial shipping documents are annotated with either of the following notations, as appropriate:

   (a) If the Government is shown as the consignor or the consignee, the annotation shall be:

   "Transportation is for the LISTED BY EACH INDIVIDUAL TASK ORDER and the actual total transportation charges paid to the carrier(s) by the consignor or consignee are assignable to, and shall be reimbursed by, the Government."

   (b) If the Government is not shown as the consignor or the consignee, the annotation shall be:

   "Transportation is for the LISTED BY EACH INDIVIDUAL TASK ORDER and the actual total transportation charges paid to the carrier(s) by the consignor or consignee shall be reimbursed by the Government, pursuant to cost-reimbursement contract No. LISTED BY EACH INDIVIDUAL TASK ORDER . This may be confirmed by contacting LISTED BY EACH INDIVIDUAL TASK ORDER .

DEF02162



 



| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-02-D-0007 MOD/AMD | Page 44 of 48 |
|---|---|---|

Name of Offeror or Contractor: BROWN & ROOT SERVICES

(End of clause)

(IF6065)

I-230 252.217-7027 DFARS CONTRACT DEFINITIZATION OCT/1998

(a) A FIRM FIXED PRICE AND COST REIMBURSABLE is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the undefinitized contract action, (2) all clauses required by law on the date of execution of the definitive contract action, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a COST proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract action FOR AN EVENT EXECUTION/SUPPORT TASK ORDER is as follows:

Target Date for Definitization: NLT 180 DAYS AFTER AWARD OF THE TASK ORDER

Date for Submission of Proposal: NLT 45 DAYS AFTER AWARD OF THE TASK ORDER

Date for Beginning of Negotiations: NLT 90 DAYS AFTER AWARD OF THE TASK ORDER

Dates for submission of make-or-buy and subcontracting plans and cost or pricing data: NLT 30 DAYS AFTER AWARD OF THE TASK ORDER***

(d) The definitive contract resulting from this undefinitized contract action will include a negotiated PRICE in no event to exceed The Ceiling Price.

(End of clause)

(IA6702)

I-231 252.225-7043 DFARS ANTITERRORISM/FORCE PROTECTION FOR DEFENSE CONTRACTORS OUTSIDE UNITED STATES JUN/1998

***

(c) Information and guidance pertaining to DoD antiterrorism/force protection can be obtained from CINC/ASCC

(End of clause)

(IA6720)

I-232 52.222-48 EXEMPTION FROM APPLICATION OF SERVICE CONTRACT ACT PROVISIONS FOR CONTRACTS FOR MAINTENANCE, CALIBRATION, AND/OR REPAIR OF CERTAIN INFORMATION TECHNOLOGY, SCIENTIFIC AND MEDICAL AND/OR OFFICE AND BUSINESS EQUIPMENT-CONTRACTOR CERTIFICATION AUG/1996

(a) The following certification shall be checked:

CERTIFICATION

The offeror certifies ( ), does not certify ( ) that--

(1) The items of equipment to be serviced under this contract are commercial items which are used regularly for other than Government purposes, and are sold or traided by the contractor in substantial quantities to the general public in the course of normal business operations;

***

(End of clause)

"TO BE IDENTIFIED IN EACH TASK ORDER"
(IF7060)

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 45 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007        MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

I-233        52.223-11        OZONE-DEPLETING SUBSTANCES                                    MAY/2001
***

     (b)  The Contractor shall label products which contain or are manufactured with ozone-depleting substances in a manner and to the
extent required by 42 U.S.C. 7671j(b), (c), and (d) and 40 CFR Part 82, Subpart E, as follows:

     WARNING:  Contains (or manufactured with, if applicable) _____*_____ , a substance(s) which harm(s) public
health and environment by destroying ozone in the upper atmosphere.*

     *The Contractor shall insert the name of the substance(s).

                                        (End of clause)


(IF7098)

     I-234        52.228-9        CARGO INSURANCE                                            MAY/1999
     (a) The Contractor, at the Contractor's expense, shall provide and maintain, during the continuance of this contract, cargo
insurance of $ TO BE SPECIFIED BY EACH TASK ORDER per vehicle to cover the value of property on each vehicle and of $ TO BE SPECIFIED BY
EACH TASK ORDER to cover the total value of property in the shipment.

     (b)  All insurance shall be written on companies acceptable to Headquarters, US Army Operations Support Command(PROV), Rock Island,
Illinois 61299-6000, and policies shall include such terms and conditions as required by Headquarters, US Army Operations Support
Command(PROV), Rock Island, Illinois 61299-6000.  The contractor shall provide evidence of acceptable cargo insurance to Headquarters,
US Army Operations Support Command (PROV) , Rock Island, Illinois 61299-6000 before commencing operations under this contract.

     (c) Each cargo insurance policy shall include the following statement:

     It is a condition of this policy that the Company shall furnish --

          (1)  Written notice to Headquarters, US Army Operations Support Command, Rock Island, Illinois 61299-6000, 30 days in
     advance of the effective date of any reduction in, or cancellation of, this policy; and

          (2)  Evidence of any renewal policy to the address specified in paragraphh (1) of this          statement, not less
     than 15 days prior to the expiration of any current policy on file with       Headquarters, US Army Operations Support Command(PROV),
     Rock Island, Illinois  612900-6000.

                                        (End of Clause)

(IF7302)


     I-235        52.244-2        SUBCONTRACTS  (AUG 1998) - ALTERNATE I  (AUG1998)          AUG/1998
                                        (End of clause)

(IF7006)


     I-236        52.244-2        SUBCONTRACTS (COST -REIMBURSEMENT AND LETTER CONTRACTS (AUG 1998) -     AUG/1998
                                  ALTERNATE I (AUG 1998)
***
                                        (End of Clause)

(IF7040)


     I-237        52.244-6        SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS             OCT/2001
***                                     (End of clause)




DEF02164

 



| **CONTINUATION SHEET** | Reference No. of Document Being Continued | Page 46 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007          MOD/AMD | |

Name of Offeror or Contractor: BROWN & ROOT SERVICES

(IF7045)

I-238    52.245-2    GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989) - ALTERNATE I    DEC/1989
(APR 1984) (DEV 99-8)

***

(g)(6)  The contractor shall notify the contracting officer upon loss or destruction of, or damage to, Government property provided under this contract, with the exception of low value property for which loss, damage, or destruction is reported at contract termination, completion, or when needed for the continued contract performance.  The contractor shall take all reasonable action to protect the Government property from further damage, separate the damaged and undamaged Government property, put all the affected Government property in the best possible order, and furnish to the Contracting Officer a statement of--***

(End of clause)

(IF7109)

I-239    52.245-5    GOVERNMENT PROPERTY (COST-REIMBURSEMENT, TIME-AND-MATERIAL, OR LABOR-    JAN/1986
HOUR CONTRACTS) (CLASS DEV 99-00008)

***

(g)(5)  The contractor shall notify the Contracting Officer upon loss or destruction of, or damage to, Government property provided under this contract, with the exception of low value property for which loss, damage, or destruction is reported at contract termination, completion, or when needed for continued contract performance.  The contractor shall take all reasonable action to protect the Government property from further damage, separate the damaged and undamaged Government property, put all the affected Government property in the best possible order, and furnish to the Contracting Officer a statement of--***

(End of clause)

(IF7120)

I-240    52.252-6    AUTHORIZED DEVIATIONS IN CLAUSES    APR/1984
(a)  The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of ''(DEVIATION)'' after the date of the clause.

    (b)  The use in this solicitation or contract of any DOD FAR SUPPLEMENT (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of ''(DEVIATION)'' after the name of the regulation.

(End of clause)

(IF7016)

I-241    29.303(C)    CALIFORNIA SALES AND USE TAX NOTICE (AL 92-1)    MAY/1992
***

(End of clause)

(IF7002)

I-242    252.243-7002    REQUESTS FOR EQUITABLE ADJUSTMENT    MAR/1998
DFARS

***

    (b)  In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:



**DEF02165**

 

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 47 of 48 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007     MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

_____

(Official's Name)

_____

(Title)

***

(End of clause)

(IA7035)

I-243    216.405-2    AWARD FEE/DISPUTES CLAUSE        AUG/1998
         DFARS

The Contractor shall have no right of appeal under the "Disputes" clause (52.233-1) contained in Section I of this contract from any decision of the Contracting Officer concerning the amount of the award fee.

(IA7004)

I-244    52.201-4500    AUTHORITY OF GOVERNMENT REPRESENTATIVE     FEB/1993
         OSC
***
(End of clause)

(IS7025)

I-245    52.222-4500    DISMISSALS        FEB/1993
         OSC
***
(End of clause)

(IS7024)

I-246    52.239-4500    REQUIREMENT FOR INFORMATION TECHNOLOGY TO BE YEAR 2000 COMPLIANT    OCT/1997
         OSC

The contractor shall ensure products provided under this contract, to include hardware, software, firmware, middleware, whether acting alone or combined as a system, are Year 2000 compliant as defined in FAR Part 39.

(End of Clause)

(IS7000)

I-247    52.245-4534    REQUEST FOR USE OF ACCOUNTABLE PROPERTY     NOV/1992
         OSC
***
(End of clause)

(IS7040)



**DEF02166**

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-02-D-0007 MOD/AMD | Page 48 of 48 |
|---|---|---|

Name of Offeror or Contractor: BROWN & ROOT SERVICES

SECTION J - LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Exhibit A | GUARANTY AGREEMENT FOR CORPORATE GUARANTOR | | 002 | |
| Attachment 001 | STATEMENT OF WORK | | 043 | |
| Attachment 002 | SPECIAL H CLAUSES, INCLUDES AWARD FEE | | 017 | |
| Attachment 003 | CONTRACT DATE REQUIREMENT LIST -1423 | | 018 | |

# GUARANTY AGREEMENT FOR CORPORATE GUARANTOR
### (Applicable to the Government Contract)

Kellogg Brown & Root, Inc. *, a corporation organized under the laws of the State of ___Delaware___

having its principal place of business at ___1100 Kent Street___ in the City and State of

___Arlington, Virginia___, hereinafter called the Offeror if, in consideration by the United States of America

U.S. Army Headquarters Operation Support Command hereinafter called the Government, for the award of a certain contract

RFP DAKA09-01-R-0068 (IFB, RFP or RFQ) hereinafter referred to as such contract. Such contract will call for the

furnishing of approximately Estimated _____ Logistics Civil Augmentation Program service (LOGCAP) set out in such

for the contract price of approximately the total value of all Task Orders issued Kellogg Brown & Root, Inc. * under this

contract.

In consideration of the award of such contract to the offeror, the undersigned Guarantor agrees as follows:

1. **Guaranty.** The Guarantor absolutely guarantees the full, complete and faithful performance by the Offeror of such contract, as such contract may be from time to time amended in accordance with its terms, according to the terms and conditions of such contract as so amended, and at the time and in the manner provided therein. The Guarantor agrees to provide the Offeror all necessary and required resources including financing which are necessary to assure the full, complete and satisfactory performance of such contract.

2. **Extension of Time of Performance.** Any extension of the time of performance of such contract as so amended shall not release the undersigned Guarantor from liability hereon.

3. **Assignment.** This instrument shall bind the undersigned Guarantor, its successors and assigns. If any person, firm, corporation or entity other than ___Kellogg Brown & Root, Inc.___ becomes obligated to perform the contract or any part thereof, whether by operation of law or otherwise, any and all rights of the Government against the Guarantor shall remain in full force.

4. **Default.** In the event of termination for default under the terms of such contract, or in the event of failure, insolvency, default, bankruptcy, arrangement, appointment of receiver for ___Kellogg Brown & Root, Inc.___, or other liquidation of the Offeror, the Guaranty herein shall become absolute.

5. **Waiver of Notice.** The Guarantor waives notice of default on the part of the Offeror and agrees that its Guaranty shall become absolute without necessity for the giving of such notice.

6. **Continuation of Guaranty.** The Guaranty herein shall continue until full, complete and faithful performance of such contract as it may be from time to time amended as authorized by its terms.

7. **Default Liability.** In addition to all other guarantees contained in this agreement, in the event that the Government terminates such contract for default and awards the uncompleted portion of such contract to another source at a fair and reasonable price, the Guarantor shall be liable for any excess costs incurred by the Government as a result of such reprocurement and for the repayment of any uncoupled Partial Payments, Progress Payments or Advanced Payments paid to the Offeror by the Government. In addition, the Guarantor shall be liable for all the costs and expenses paid or incurred by the Government in enforcing this Guaranty. The Contracting Officer representing the Government in connection with such contract shall determine the total costs and expenses, if any, incurred by the Government.

8. _Enforcement._ This Guaranty Agreement shall inure to the benefit of and may be enforced by the Government.

9. _Obligation._ Nothing in this Guaranty Agreement shall be construed to obligate the Government to renew any Loan or extend further financing.

(Insert Offeror's Name)

Executed this _31st_ day of _August 2001_

Two Witnesses

_Kara Larson_                              Halliburton Company
                                                  (Guarantor)

_Barbara Jean Swartz_       BY _Susan L. Chism_

                                          Executive Vice President and General Counsel
                                                            (Title)

                                          3600 Lincoln Plaza, 500 North Akard Street, Dallas, TX 75201
                                                            (Its Business Address)

I, Peter W. Arbour, certify that I am the Assistant Secretary of the Corporation named as Guarantor herein; that Susan L. Chism who signed this Agreement on behalf of the Guarantor, was then Executive Vice President and General Counsel of said Corporation; that said Agreement was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

                          _Peter W. Arbour_          Corporate
                          Assistant Secretary          Seal

Receipt of a copy of the above Guaranty Agreement is acknowledged.

                                          THE UNITED STATES OF AMERICA

                                          BY _Mary Beth Watkins_

CONTRACTING OFFICER ADDRESS:
_HQ Operations Support Command_
_Rock Island Arsenal_
_AMSOS - CCF_                              (Contracting Officer)
_Rock Island, IL 61299-6000_
*Note: RFP response was submitted by Brown & Root Services as a division of Kellogg Brown & Root, Inc. therefore, Offeror has been noted as Kellogg Brown & Root, Inc.

DEF02169

 

**Logistics Civil Augmentation Program (LOGCAP) Support Contract**
**STATEMENT OF WORK**

1.0 GENERAL SCOPE
  1.1   Description
  1.2   Executive Agency
  1.3   Contract Management
      1.3.1   Periods of Performance
  1.4   Performance Standards
  1.5   Augmentation Planning and Functional Support Requirements
      1.5.1   Supply Operations
      1.5.2   Field Services
      1.5.3   Other Operations/Services
  1.6   Operational Security (OPSEC) Plan
  1.7   Security Clearances
  1.8   Travel Requirements
  1.9   Release Management
  1.10  Government Networks and Communications Infrastructure
  1.11  Contractor/Government Relationships
  1.12  Literacy of Contractor Employees
  1.13  Standards of Conduct
  1.14  Quality Control
      1.14.1  Changes to Plan
      1.14.2  Access to Procedures, Records, Data, and Facilities
  1.15  Project Schedule
  1.16  Environmental Protection
      1.16.1  Regulations and Laws
      1.16.2  Compliance Requirements
      1.16.3  Citations
  1.17  Safety and Health Program
      1.17.1  Safety Orientation
      1.17.2  Reporting
      1.17.3  Accident Analysis
  1.18  Transition
      1.18.1  Phase-In
      1.18.2  Phase-Out
      1.18.3  Stipulations

2.0 PLANNING REQUIREMENTS
  2.1  General
  2.2  Worldwide Management and Staffing Plan
      2.2.1   General
          2.2.1.1  Plan Elements
      2.2.2   Army Transformation Supplement
      2.2.3   Program Management Staffing
      2.2.4   Data Base Requirements
          2.2.4.1  General
          2.2.4.2  Data Base Development and Maintenance
          2.2.4.3  Data Base Updates
          2.2.4.4  Data Employment
          2.2.4.5  Software Standards
          2.2.4.6  Source Documentation
      2.2.5   Criteria for Updating/Revising the Worldwide Management and Staffing Plan
          2.2.5.1  Duration



 

        2.2.5.2  Home Station Support
        2.2.5.3  Intermediate Staging Base (ISB) Support
        2.2.5.4  Forward Support Area
             2.2.5.4.1  Base Camps
             2.2.5.4.2  Geographic Separation
             2.2.5.4.3  Support Schedule
  2.2.6   General Service Support Criteria
        2.2.6.1  Transportation Criteria
        2.2.6.2  Bus Transportation
        2.2.6.3  Personal Baggage
        2.2.6.4  To Accompany Troops (TAT) Equipment
        2.2.6.5  Utilities and Other support Features
             2.2.6.5.1  Ice
             2.2.6.5.2  Heat
             2.2.6.5.3  Sewage
             2.2.6.5.4  Electrical
        2.2.6.6  Facilities Criteria
             2.2.6.6.1  Troop Housing
             2.2.6.6.2  Latrines
             2.2.6.6.3  Urinals
             2.2.6.6.4  Showers
             2.2.6.6.5  Laundry
        2.2.6.7  Rations/Water Criteria
             2.2.6.7.1  Rations Cycle
             2.2.6.7.2  Water Usage Rate
        2.2.6.8  Trash/Waste Criteria
             2.2.6.8.1  Solid Waste Rear Camps
             2.2.6.8.2  Solid Waste Forward Camps
             2.2.6.8.3  Medical Waste
             2.2.6.8.4  Waste Water
        2.2.6.9  Contingency Equipment and Workforce
        2.2.6.10  Mortuary Affairs Services
        2.2.6.11  Hazardous Materials/Waste Services
        2.2.6.12  Morale, Welfare and Recreation (MWR) Services
        2.2.6.13  Information Management Services
        2.2.6.14  Postal Services
        2.2.6.15  Administrative Support Services
        2.2.6.16  Banking Support Services
        2.2.6.17  Supply Operations
        2.2.6.18  Maintenance Services
        2.2.6.19  Transportation Services Criteria
             2.2.6.19.1   Movement Control Operations
             2.2.6.19.2   Cargo Transfer Operations
             2.2.6.19.3   Motor Pool Operations
             2.2.6.19.4   Port/Ocean Terminal Operations
             2.2.6.19.5   Intrartheater Movement
             2.2.6.19.6   Installation Transportation Operations
             2.2.6.19.7   Arrival/Departure Air Control Group (A/DACG) Operations
        2.2.6.20  Medical Support Services
        2.2.6.21  Other Construction/Engineering Services
        2.2.6.22  Signal Services
        2.2.6.23  Retrograde Services
        2.2.6.24  Guard Services
        2.2.6.25  STAMIS
2.3  Regional Management Plans
      2.3.1   General



DEF02171

 

    2.3.2   Plan Update Requirements
    2.3.3   Plan Contents
2.4 CINC/ASCC Support Plans
    2.4.1   General
    2.4.2   Plan Development
    2.4.3   Plan Criteria
    2.4.4   Supported Commanders
    2.4.5   Plan Update Cycle
    2.4.6   Plan Content/Format
2.5 Standard Plan Content
    2.5.1   Personnel Readiness
    2.5.2   Mobilization
    2.5.3   Life Support
    2.5.4   Logistics Support
    2.5.5   Contractor Security
    2.5.6   Communications
    2.5.7   Environmental and Hazardous Materials
    2.5.8   Subcontracting
    2.5.9   Cost Control
    2.5.10  Property Control and Accountability
    2.5.11  Quality Control
    2.5.12  Supply and Equipment Tracking
    2.5.13  Safety Program
    2.5.14  Risk Assessment
    2.5.15  Leadership

3.0 EXERCISE PARTICIPATION/CONTRACTOR EVALUATION
    3.1 General
        3.1.1   United States Army Material Command  (USAMC) Validation
        3.1.2   Command Post Exercises (CPX)
        3.1.3   Field Training Exercise (FTX)

4.0 EVENT EXECUTION/SUPPORT
    4.1 General
    4.2 Execution Authority
    4.3 Contractor Responsibilities
        4.3.1   Rough Order of Magnitude (ROM) Preparation
        4.3.2   Office Space
            4.3.2.1  Contractor Provide Office Space to Government
            4.3.2.2  Conference Room
        4.3.3   Office Directory
        4.3.4   Real Estate Acquisitions
        4.3.5   Residual Facilities and Property

5.0 AMC-DIRECTED MISSIONS
    5.1 Force Provider
        5.1.1   General
        5.1.2   Contractor Responsibilities
            5.1.2.1  Force Provider Training Module
            5.1.2.2  Project Schedule
            5.1.2.3  Care and Maintenance
                5.1.2.3.1   Supply Support
                5.1.2.3.2   Contractor Acquired Property Request (CAPR)
            5.1.2.4  Deployment Operations
    5.2 Army Oil Analysis Program (AOAP)
        5.2.1   General

DEF02172

 

5.3 Test, Measurement, and Diagnostic Equipment (TMDE)
    5.3.1   General
5.4 Fly Away Communications Package (FACP)
    5.4.1   General
5.5 Other AMC Missions
    5.5.1   General

6.0 GOVERNMENT FURNISHED SERVICES AND INFORMATION
    6.1  Government Provided Information
    6.2  Facilities Standards
    6.3  Government Provided Support

7.0 Government Directives and Applicable Documents
    7.1 General

8.0 PERFORMANCE ASSESSMENT
    8.1  Inspection and Acceptance Sites
    8.2  Inspection and Acceptance Procedures
    8.3  Appointment of Contracting Officer's Representative (COR)
    8.4  Inspection System
    8.5  Performance Evaluation Meetings
    8.6  Performance Requirements Summary (PRS)
        8.6.1   PRS Format
           8.6.1.1  Required Service/Paragraph Number
           8.6.1.2  Standard
           8.6.1.3  Normal Method of Surveillance
    8.7  Performance Criteria
    8.8  Rights and Remedies

9.0 REPORTS
    9.1  General
    9.2  Cost/Schedule/Performance Status Reports
        9.2.1   Cost/Schedule/Performance/Status Report
        9.2.2   Program Management Cost Reporting
    9.3  Submittals
        9.3.1   Situation Reports (SITREPs)
        9.3.2   After Action Review
        9.3.3   Cost/Schedule/Performance Status Reports
        9.3.4   Trip Reports
        9.3.5   Exercise Reports
        9.3.6   EVENT Lessons Learned
        9.3.7   Advance Travel Reports
        9.3.8   Draft Regional and CINC/ASCC Support Plans
        9.3.9   Government Review of Draft Plans
        9.3.10  On-Board Review of Draft Plans
        9.3.11  Final Regional and CINC/ASCC Support Plans

Appendices:
A – Definitions
B – Acronyms and Abbreviations
C – Contract Data Requirements List
D – Mailing Addresses
E – Plan Content Format







# 1.0 GENERAL SCOPE

**1.1 Description.** The Logistics Civil Augmentation Program (LOGCAP) is a program of the U.S. Army to use civilian contractors to provide the Army with an additional means to adequately support the current and programmed force by performing selected services in wartime and other operations, i.e. Humanitarian Assistance, Disaster Relief, Peace Keeping, Peace Enforcement, and Major/Minor Conflict. The principal objective of LOGCAP is to provide Combat Support and Combat Service Support (CS/CSS) augmentation to Commanders in Chief (CINCs) and Army Service Component Commanders (ASCCs) (CINC/ASCC), primarily during CINC contingency operations, throughout the full range of military operations to include reconstitution and replenishment within reasonable cost. Secondary, this contract will provide LOGCAP with the capability to facilitate the management and physical responsibility to support deployment, site preparation, set preparation, modules operations and maintenance, redeployment and transportation requirements for the Force Provider. Additionally, LOGCAP services have been authorized by the Department of the Army for use in supporting other military services, coalition and/or multinational forces, and other governmental/non-governmental agencies.

**1.2 Executive Agency.** The U.S. Army Materiel Command (USAMC) is the executive agent for Program Management (PM) of the LOGCAP program. The principal staff agency for day-to-day management and operation of this program is PM LOGCAP. PM LOGCAP is a functional directorate in the Field Support Command (FSC), reporting to the Commanding General (CG), FSC. The FSC is a subordinate command of the Operations Support Command (OSC). PM LOGCAP functions include management of this AMC LOGCAP Support Contract for CS/CSS support and operational management of the Force Provider modules. AMC is responsible for all facets of the program from identification and inclusion of contract requirements through contract requirements execution, and the execution of an approved LOGCAP Plan in a designated theater of operations, to the LOGCAP management of the Force Provider modules during operational activities.

**1.3 Contract Management.** USAMC's Operations Support Command (OSC) Rock Island IL, is the contracting agency for the AMC LOGCAP Support Contract. As the Contracting Activity for this contract, they have the authority, through a duly appointed Procuring Contracting Officer (PCO), to enter into, administer, and/or terminate this contract and make related determinations and findings. Responsibilities after award are in accordance with those defined in the contract and those applicable portions of the Federal Acquisition Regulation (FAR) and its supplements.

**1.3.1 Period of Performance.** The contract shall become effective on the date of award. All work to be performed shall be awarded by individual task orders. Each individual task order shall specify the period of performance to accomplish the Statement of Work (SOW) set forth in the task order. It is anticipated that a task order will be awarded shortly after contract award for work detailed in CLIN 0001 for the Worldwide Management and Staffing Plan (WMSP). The base year for contract performance is expected to be in effect for 12 months from date of contract award and remains in effect for each consecutive 12-month period unless terminated in accordance with applicable clauses. Each option period shall be for 12 months following the base year. Timeframe for submittals are as follows: Draft Plan – 270 days after task order award, Government review – 45 days after receipt of draft plan, Final Plan – 360 days after task order award.

**1.4 Performance Standards.** The Contractor will develop and provide the following material and services in accordance with this Statement of Work (SOW). Unless indicated otherwise, performance standards will be in accordance with Army regulatory guidance. Additional definitions of terms can be found in Appendix A (Definitions) and B (Acronyms and Abbreviations).

Attachment 001
DAAA09-02-D-0007

Page 5

**DEF02174**

 

**1.5  Augmentation Planning and Functional Support Requirements.** The Contractor will:
- Develop comprehensive CS/CSS augmentation plans as described in Section 2 of this SOW.
- Be prepared to execute separately issued task orders, as described in Section 3 and Section 4 of this SOW, to augment CINC/ASCC support capabilities to meet deployment, sustainment, and reconstitution and redeployment requirements.
- Execute other Army Material Command (AMC) Directed Missions as described in Section 5 of this SOW.

**LOGCAP augmentation functional capabilities may include, but are not limited to:**

**1.5.1  Supply Operations.** Class I (Rations and Water), Class II (Organizational Clothing and Equipment and Administrative Supplies), Class III (Petroleum, Oil and Lubricants - both Bulk and Package), Class IV (Construction Materials), Class V (Ammunition - to include Ammunition Supply Point Operations), Class VI (Personal Demand Items), Class VII (Major Items), Class VIII (Medical Supplies), and Class IX (Repair Parts- to include Requisition, Receipt, Storage, Issue, Accountability, and Materiel Management).

**1.5.2  Field Services.** Clothing Exchange and Bath (CEB), Laundry, Clothing Repair, Food Service, Mortuary Affairs, Sanitation to include Hazardous Waste, Billeting, Facilities Management, Morale Welfare and Recreation (MWR), Information Management, Postal Operations, and Administration such as Personnel Support and Banking Support.

**1.5.3  Other Operations/Services.** Maintenance Table of Distribution and Allowances (TDA) Equipment to include Automatic Data Processing Equipment (ADPE)/Office Equipment, and Tactical Equipment or components thereof - Unit through General Support (GS) Level; Transportation (Movement Control, Cargo Transfer, Motor Pool, Port/Ocean Terminal Operations, Line/Local Haul, Arrival/Departure Air Control Group (A/DACG)), to include all aspects of aviation; Medical Services (Supply, Maintenance, Transportation, Administration, and Vector Control Services); Engineering/Construction (Bed Down and Facilities Construction/Renovation and Repair, Site Preparation, Facilities Engineering, Road/Bridge/Rail/Runway/Port/Pipeline/ Walkway Construction and/or Repair, Temporary Real Property Leasing, and Utilities of Fixed Facilities Repair/Upgrade);  Signal (Telephone Cable Repair, Cable, Wire, and Antenna Installation, and Access to Communication Networks);  Retrograde (Equipment and Materiel); and Power Generation and Distribution.

**1.6  Operational Security (OPSEC) Plan.** The OPSEC Plan will be developed in accordance with the requirements within the current National Industrial Security Program Operation Manual (NISPOM) and the Defense Contract Security Classification Specification (DD Form 254).  In addition, the contractor will comply with all OPSEC Planning guidance provided by the classifying authority and customer.  The Contractor will submit the name and qualifications with the OPSEC Plan of the individual within his organization who will act as the Contractor's Security Manager during performance of the contract.  This individual is subject to review and approval of the PCO and will be removed and replaced if so directed by the PCO.

**1.7  Security Clearances:** Because of the requirement to work with classified information, offerors must be able to demonstrate the existence of a current U.S Facility Clearance to the SECRET level In Accordance With (IAW) Department of Defense Directive (DoDD) 5220.22, NISPOM.  This SECRET level clearance also applies to affiliates, team members, and subcontractors if they have access to classified information.  Individuals who require access to classified information or material must have an individual security clearance at the SECRET level. This clearance will include both accesses to secure documents involving the SECRET classification, and storage capabilities to the same level.  The Contractor will be required to develop as part of the Management Plan(s) an OPSEC Plan defining the measures he intends to

DEF02175



employ to protect sensitive information. Additionally, the Contractor will submit for approval to the PCO, within fifteen (15) calendar days of contract award, an OPSEC Plan defining his initial plan to safeguard classified or sensitive material.

**1.8   Travel Requirements.** Upon direction by the PCO, the Contractor will perform site visit(s) at location(s) within or outside a CINC/ASCC designated Area of Responsibility (AOR). The purpose of the visit(s) will be to gather data, information, and sources (potential suppliers) required to assist the Contractor in developing the designated Specific Requirements Support Plans. The Contractor may also be required to visit the applicable country/countries and/or regions to perform data, information, and sources (potential suppliers) research in developing the plans. Travel necessary for the performance of this contract will be reimbursed IAW the SOW, FAR 31.205-46 and the Joint Travel Regulations (JTR). Unscheduled travel will require prior Government coordination and approval in writing, on a case-by-case basis by the Contracting Officer or his authorized representative. Projected travel cost shall be identified as a separate cost element when submitting ROMs. The contractor shall furnish the following information to the PCO or designated representative prior to the date of travel: a) purpose of travel, b) proposed destination, c) proposed duration of travel, d) proposed number of personnel that will be traveling and e) estimated cost of travel. Travel costs include per diem, car rental, local ground transportation and airfares. Travel costs do not include the wages and salaries of the travelers. Per Diem will not exceed rates authorized by the JTR in effect at the time the expense is incurring. Other costs including allocated direct costs and indirect costs will not be reimbursed.

**1.9   Release Management.** Over the life of this contract, the Contractor will maintain Automated Data Processing Equipment (ADPE) operating system software at current releases. Contractor will maintain commercial application software at current release versions. Contractor will employ standard Army release management guidelines and procedures for government or contractor developed application software.

**1.10   Government Networks and Communications Infrastructure.** It is the Government's intent to have contractor ADPE efforts interface with required Army Systems. Unless approved by the PCO, the contractor is prohibited from the development of independent, parallel, or mirrored ADPE operating systems. If Contractor is provided access to, or purchases services on a fee for service basis, on any government networks or communications infrastructure, they will comply with Army and local guidelines and requirements for review and approval prior to introducing commercial, government developed, or contractor developed applications, software, or equipment into the environment.

**1.11   Contractor/Government Relationships.** The relationship of the Contractor and the U.S. Army shall at all times be that of independent Contractor. The Contractor shall have exclusive supervisory authority and responsibility over employees. The government shall manage the contract but will not exert control or supervision over contractor employees.

**1.12   Literacy of Contractor Employees.** All Contractor employees shall either be literate in English or a translator available at all times to the extent of being able to read, speak and understand the language in order to ensure all safety, health, security requirements are met. The contractor shall ensure communications are provided as necessary to understand instructions concerning equipment to the extent that performing his duties requires him to operate, maintain, repair, or in some way interact with the equipment and the customer.

**1.13   Standards of Conduct.** All contractor personnel or representatives shall comply with all applicable regulations in effect during the contract period. The Contracting Officer (PCO) may request require the Contractor to remove from the job site any contractor employee who endangers persons or property; whose continued employment is inconsistent with the interests of military security. Also, Contractor shall remove any employee whose conduct or appearance reflects disgrace or dishonor upon the Department of the Army. The Government reserves the

Attachment 001
DAAA09-02-D-0007

Page 7

 

right to require removal from the job site of any contractor employee who endangers persons or property, whose continued employment is inconsistent with the interests of military security, or whose presence deters the accomplishment of work. Furthermore, the Government reserves the right to refuse to permit any contractor employee to perform services under this contract who is not in compliance with requirements of this contract (for example, employees without a valid driver license or not a legal resident of the United States). In such cases, the PCO will advise the Contractor of the reason for requesting an employee's removal or withdrawing his authorization. The removal from the job site of a contractor employee shall not relieve the Contractor of the requirement to provide sufficient personnel to perform the specified tasks outlined herein.

**1.14   Quality Control.** The Contractor will be responsible for the quality, technical, logistical and financial accuracy, and the coordination of all aspects of performance. For acceptance and inspection of the work performed, see section 8.0, Performance Assessment, of this SOW. As identified in each task order, the Contractor shall establish and maintain a written Quality Control Plan (QCP) to be available for the Government to review within 60 days of contract award to ensure the requirements of the contract are provided. The plan shall include as a minimum the following:

    a.  An inspection system covering all work tasks stated in the contract. It shall specify areas to be inspected on a scheduled or unscheduled basis, frequency, and the manner in which inspections are to be conducted.

    b.  A method of documenting, evaluating, and enforcing the results of the inspections that are conducted. The Contractor shall maintain adequate records of all inspections to indicate, at a minimum, the nature (when, where, what) and number of inspections made; the name of the inspector; the number, location, type of deficiencies found, and the corrective action taken for deficiencies.

    c.  A method of identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable. The Contractor shall use process control procedures and quality data analysis techniques.

    d.  Corrective action procedures for deficiencies and measures to prevent recurrence. The corrective actions will address the deficiency and an action to prevent future deficiencies. Additional inspection(s) are not considered a corrective action. The QCP shall be evaluated for adequacy and changed or updated by the Contractor as a part of all corrective actions by the Contractor.

**1.14.1 Changes to Plan.** After review of the QCP by the Government, the Contractor shall notify the PCO in writing of any proposed change to the plan. The COR may also propose changes, when necessary, in writing to Contracting Officer for action. The Contractor shall review the QCP in its entirety at least once a year to ensure that the plan is current and complete. Results of the review and/or changes to the plan shall be submitted in writing to the PCO for review.

**1.14.2 Access to Procedures, Records, Data, and Facilities.** The Contractor shall allow the PCO or his duly authorized representatives access at any reasonable time to and the right to examine all facilities, records and data to include any of the Contractor's books, documents, papers, or other records related to this contract. Contractor shall maintain a Quality Control file of all inspections or tests conducted by the Contractor to include a record of any corrective actions taken. This file shall be subject to Government review at PCO or designated representative's discretion during the contract term. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract.

**1.15   Project Schedule.** As requested in each Task Order, the Contractor will develop a Project Schedule using the most current version of Microsoft Project for the update/revision of the Plans showing each activity and duration and estimated costs. Items to be included in the Project

Attachment 001
DAAA09-02-D-0007

Page 8



DEF02177

 

Schedule are (as a minimum): activation, subcontracting, transportation, mobilization/demobilization, logistical support, surveying, site work, site visits and other significant activities to be undertaken in updating/revising LOGCAP Plans. These schedules shall be submitted in electronic format to the PCO/PMO 30 days after award of task order with updates as required. Additional information is provided in the Contract Data Requirements List (CDRL).

**1.16   Environmental Protection.**

**1.16.1 Regulations and Laws.** Any Contractor personnel working on this contract are required to adhere to sound environmental practices and all applicable Environmental Protection and Enhancement laws and regulations. Environmental protection matters shall be coordinated with the PCO or designated representative, and Commander responsible for the AO.

**1.16.2 Compliance Requirements.** The PCO, designated government representative, or other regulatory officials on a non-notice basis may inspect any of the facilities occupied or serviced by the Contractor. Access for inspection by authorized personnel shall be granted upon request.

**1.16.3 Citations.** The contractor shall indemnify and hold the US Army harmless for any fines and penalties that are received or issued as a result of contractor's failure to comply with environmental laws, regulations or orders unless such fines or penalties are incurred as a result of specific instructions by the PCO, after the contractor has informed the PCO of the potential violation. The Government shall have the right to offset any such monies due.

**1.17   Safety and Health Program.** The Contractor shall establish a safety and health program, which shall provide safety and health protection as, required by with applicable health and safety standards. If citations are issued to the Government due to Contractor non-compliance with any standard the PCO shall deduct the fine from any monies due the Contractor. The Contractor's safety and health program shall include a safety and health plan showing methods and procedures for ensuring compliance with applicable Health and Safety standards.

**1.17.1 Safety Orientation.** Before starting work, the Contractor shall give each new employee a safety orientation concerning the hazards and precautions of the job assigned. A continuous training program shall be instituted by the Contractor to make employees aware of existing hazards and all new hazards.

**1.17.2 Reporting.** The Contractor shall **IMMEDIATELY** report telephonically to the PCO or designated representative any bodily injury, death, damage to Government property, and accidental loss of Government property resulting from the activities of the Contractor, his agents, or employees. A written accident report shall be forwarded to the PCO within two working days after the date of the accident. All accident records required shall be maintained by the contractor and will be made available to the Government upon request.

**1.17.3 Accident Analysis.** The contractor shall make a thorough analysis of all accidents in order to eliminate the cause(s) of such accidents. The Contractor shall provide corrective action to support the results of the review to the PCO.

**1.18   Transition.** It is the intent of both the phase-in and phase-out provisions to allow seamless transition between contracts and allow for the cooperative transfer of task execution between contractors as needed.

**1.18.1   Phase-In.** The phase-in period will permit a new contractor to solidify the placement of all key personnel, establish their LOGCAP database as well as general familiarization procedures that will enable full performance on any and all aspects of the SOW. The contractor may observe the Government personnel in performance of tasks covered by its' contract as practicable. The Contractor shall ensure during phase-in activities that: contractor employees shall not interfere with any mission or task activities. All visits shall be coordinated in advance, to include

Page 9

Attachment 001
DAAA09-02-D-0007

 DEF02178

 

arrangements for contractor personnel to be accompanied by a Government employee previously designated for that purpose. The designated Government representative shall coordinate discussions between Government and contractor employees while they are on duty.

**1.18.2   Phase-Out.** The Government reserves the right not to exercise any option period beyond the base year of the contract. In the event that an option period is not exercised for continued performance by the contractor, a 30 calendar day period shall be allowed for phase-out actions. The incumbent LOGCAP contractor shall permit any successor LOGCAP contract to observe and become familiar with operations under the Contract as appropriate. The incumbent contractor shall not defer needed work for the purpose of transferring responsibility to the successor contractor. The incumbent contractor shall fully cooperate with the successor and the Government so as not to interfere with the execution of task requirements under this contract.

**1.18.3   Stipulations.** The phase-in and phase-out stipulations contained herein are considered part and parcel of the contract period. There shall be no separately stated costs or payments by the Government for costs that may be incurred by the contractor as a direct or indirect result of this phase-in and phase-out stipulation. All such costs shall be included in the basic contract price.

## 2.0 PLANNING REQUIREMENTS.

**2.1 General.** The Contractor will be required to prepare three types of plans: (1) single Worldwide Management and Staffing Plan to include, an Army Transformation Annex; (2) multiple Regional Management Plans based on CINC/ASCC planning requirements: and (3) multiple CINC/ASCC Support Plans tailored to meet CINC/ASCC logistics requirements designated to be met via LOGCAP support. These plans are the property of the U.S. Government and may be used by the LOGCAP Contractor, other contractors, military units, or other elements as determined by PM, LOGCAP. All plans are the property of the U.S. Government and may be used by the LOGCAP contractor, other contractors, military units or other elements as determined by PM, LOGCAP. All plans received by BRS or developed by BRS, must be marked "classified" or marked at least "FOR OFFICIAL USE ONLY", this includes all updates to the plans. At least one copy of all plans must be delivered to the Government in a read/write format compatible with Government systems. Data specifically required to be delivered under this contract shall not contain restrictions, formats, or limitations that would hinder, delay, or otherwise prevent functional use of such data. It is the single intent of this provision to prohibit the delivery of data in a format that would restrict the functional present or future use of such data to meet the Government's mission.

## 2.2 Worldwide Management and Staffing Plan (WMSP)

**2.2.1 General.** This WMSP will be written in basic five-paragraph operation order format as set forth by the PM, LOGCAP. Example of this format is listed in Appendix E, Plan Content Format. All Standard Plan Content specified within 2.5 is applicable. The WMSP requirement includes a supplemental Army Transformation Annex, corporate program management of the overall program, and development and maintenance of the LOGCAP Worldwide Database. This Plan, to include the Army Transformation Annex, will provide a general description of equipment (including prepositioned equipment and stocks) and supporting services required to sustain a force of up to 25,000 personnel, and the strategy and methodologies necessary for execution of this effort during an actual contingency. The Contractor may be required to increase support for up to 50,000 personnel per event. The supported force will consist of a conventional mix of combat, combat support and combat service support elements, and Department of Defense (DoD) civilians. Although it is anticipated that the preponderance of this force will consist of U.S. Army military personnel, it may include a mix of U.S. Army forces with other service, coalition and/or multi-national, and other government/non-government agency components in support of

Attachment 001
DAAA09-02-D-0007

Page 10

DEF02179

 

joint, combined, coalition and/or multi-national operations, including those deployed for other than war such as peace operations or humanitarian assistance missions.

**2.2.1.1 Plan Elements.** The Contractor will develop a Worldwide Management and Staffing Plan including a potential suppliers database. These products were developed by the previous LOGCAP umbrella contractor and are property of the U.S. Government. The Worldwide Management and Staffing Plan will address and provide for all necessary activities and personnel, supervision, management, equipment, materials, communications, transportation, facilities, supplies, potential suppliers, and cost estimates to accomplish all required CS/CSS activities to support the force at any worldwide site. The Contractor will be responsible for obtaining all information, data or material necessary to update/revise the Worldwide Management and Staffing Plan. This includes information, data and/or material from both Government and private industry or commercial sources.

**2.2.1.2** Further, the Contractor will provide the developed Worldwide Management and Staffing Plan, and subsequent revisions as directed by the PCO within one year from the date of award of task order, in electronic format (e-mail/file transfer protocol (FTP) or CD-ROM(2 copies- 1- read/write and 1- read only)) as well as hard copy.

**2.2.1.3** The Worldwide Management and Staffing Plan will include the following: procedures, organizational structures, cost estimates/Rough Order of Magnitude (ROM), facilities layouts, staffing, supplies, equipment, transportation, schedules, sources of materials, subcontractor lists, delivery routes, fuel sources, consumables, storage sites, materials handling and all other engineering and logistics requirements.

**2.2.1.4** The force must be supported from the reception area at all points of debarkation to sustainment in both rear and forward support areas for up to 180 calendar days. The Contractor may be directed to sustain performance beyond 180 calendar days. Subject to applicable laws and regulations regarding required sources of supplies, materials and transportation, the Contractor will maximize the use of locally and/or regionally available materials and resources when cost effective, and will notify the PCO within 24 hours of any shortfalls in obtaining locally available materials or resources. Notification will include, but not restricted to; identified shortfall, reason for shortfall, recommended corrective actions, and estimated cost.

**2.2.2 Army Transformation Supplement.** The contractor will develop a separate plan that tailors the Worldwide Management Plan to a support plan for the Army Transformation concept as a supplemental, stand-alone Annex to the Worldwide Management and Staffing Plan.

**2.2.2.1** The contractor will develop an Army Transformation Support Plan that describes the work to be done by the contractor to support the deployment and sustainment of an Army Transformation. The focus will be in support of the current Army Vision. The plan must support deploying the force faster while reducing the logistics footprint. Therefore, it is essential that the Army strive to optimize the deployment process and move as much Combat Service Support (CSS) as possible out of the Area of Operation (AO). At the same time, the Army must ensure that they can support the CINC/ASCCs across the full spectrum of operations without degrading readiness. The contractor shall update this Army Transformation Annex plan annually to reflect the progress being made in the Army Transformation.

**2.2.2.2** The scope of this plan is to describe and develop in detail a template to support the Army Transformation across the full spectrum of operations, in terms of the following: Mission and Functions; Infrastructure; Throughput and Capacity; Critical Issues associated with the Interim Staging/Support Bases; Command and Control and CS/CSS Transformation. The plan will provide construction, engineering and logistics services to the U.S. Army in support of Army Transformation operations in various worldwide AOs.

Page 11

Attachment 001
DAAA09-02-D-0007

 



**2.2.2.3** The plan shall indicate how the contractor will respond to changes in support locations, numbers and flow of troops by location. The support will be provided for 180 days following issue of the task order, and be prepared to provide support beyond 180 days. The support shall be detailed in three phases: Initial (1-60 days after Issuance of Task Order); Interim (60-180 days after issuance of Task Order); and Retrograde.

- Initial Phase - Will include but is not limited to initial entry/deployment with basic encampments established for immediate austere operational support of military personnel. This phase has austere facilities that minimize engineer construction effort with limited quality of life standards.

- Interim Phase - Will include but is not limited to enhancements to basic encampments. The facilities and quality of life standards provided are the minimum required to increase efficiency of operations for a longer period of time than initial deployment.

- Retrograde Phase - Will include all encampments and facilities to be of a temporary nature and it is intended that encampments will be removed upon completion of the contingency operations during the retrograde phase following departure of US forces.

**2.2.2.4   Base Year Plan.** For the base year plan, the contractor should assume support of a force up to 5,000 military personnel. That force would include a 3,700 soldier Army Transformation unit forward in the AO, and, up to 1,000 augmenting military; Army Forces (ARFOR) Head Quarters (HQ) element of 100 soldiers; and a Joint Task Force (JTF) HQ element of 200 joint military personnel located at the Intermediate Support Base (ISB). The base year plan will be generic in nature and shall be updated as required as additional information becomes available during the evolution of the Army Transformation. Progress on the product during the one-year timeframe will be monitored through monthly Situation Reports (SITREPS) reports. Annual updates to the Army Transformation Annex will be done during each subsequent option year.

**2.2.3   Program Management Staffing.** The contractor will staff a program management office at the contractor's principal work site with personnel able to provide program oversight, secretarial duties, pricing and financial analysis, and multi-functional logistics expertise. Fulltime staffing will not exceed 3.0 man-years per year as a baseline.

**2.2.4   Data Base Requirements.**

**2.2.4.1   General.** The contractor will be required to interface with Army Systems to include, but not limited to Standard Army Management Information Systems (STAMIS) e.g. Transportation Coordinator's Automated Information Management System (TCAIMS II) and Automated Air Load Planning System (AALPS). It is the Government's intent to have contractor ADPE efforts interface with required Army Systems. Unless approved by the PCO, the contractor is prohibited from the development of independent, parallel, or mirrored ADPE operating systems.

**2.2.4.2   Data Base Development and Maintenance.** The contractor will develop and maintain the LOGCAP Worldwide Data Base, using the most current version of commercial off-the-shelf software, in a format accessible by, acceptable to and approved by PM LOGCAP. Database must be an SQL compliant, relational database compatible with standard Army systems. The contractor will provide CS/CSS augmentation resource information that identifies sources, available assets, availability, and acquisition information relative to identified requirements contained in the Worldwide Management and Staffing Plan including the Army Transformation Annex, Regional Management Plan(s), and CINC/ASCC Support Plan(s). This information is property of the U.S. Government.

 

**2.2.4.3   Data Base Updates.** The Contractor will update the data base beyond the data provided by the government and will incorporate additional resources (potential suppliers) as the Contractor develops their plan(s).

**2.2.4.4   Data Employment.** The data will be used by the contractor to prepare and implement upon an EVENT and associated management plan(s) for providing essential equipment services, utilities, materials, and facilitates in each identified contingency criteria. Submittal(s) will be a complete resource listing for each country/region. Subsequent submittals will only be for revised or changed data in the format of the original submittal.

**2.2.4.5   Software Standards.** Design drawings, site plans and maps required to support LOGCAP planning or execution will be provided, if on computer disks, in a form that is compatible with commercial graphics software. All narratives, specifications, plan, and other text-based documents will be prepared using "Microsoft Word 6.0" or newer. Specifications need only be referenced rather than furnishing the entire specification. All electronic deliverables will be in a Continuous Acquisition and Logistic Support (CALS) compliant format.

**2.2.4.6   Source Documentation.** The LOGCAP Worldwide Database will contain clear identification, by country, of the Government, Private, Commercial and Industrial sources and resources. The database will employ a format compatible with the previous resource database and will be optimized to conserve space. Contractor must remain alert to the security classification of the information contained in the database and provide protection of the data and restrict access to the database commensurate to the highest level of classification contained in the database.

**2.2.5   Criteria for Updating/Revising the Worldwide Management and Staffing Plan.** As directed by the PCO, the Contractor will update/revise this existing Worldwide Management and Staffing Plan, accompanying Army Transformation Annex, and the LOGCAP Worldwide Database annually, which are the property of the U.S. Government. In addition, the Contractor will be responsible for gathering all data necessary to prepare the Worldwide Management and Staffing Plan and accompanying Army Transformation Annex. This may include travel to designated regions or countries. In updating/revising this plan the contractor will develop a clear familiarization and understanding of the plan for potential execution; ensure the assumptions, methodologies, strategy, planning factors, sources, and roles and responsibilities are current in today's environment; expand the plan to include the additional augmentation support capabilities identified in section 2.2.1 of this SOW; and employ information in the data base when developing Regional Management Plans and CINC/ASCC Specific Requirements Support Plans.

**2.2.5.1   Duration.** The Worldwide Management and Staffing Plan will be updated/revised based upon providing support for up to 180 calendar days. Within 15 calendar days of issuance of Task Order the contractor will initiate CS/CSS support for up to 180 calendar days for a force of up to 25,000 personnel arriving through sea and airports of debarkation. The Contractor will prepare to sustain support beyond 180 calendar days. Contractor may be required to increase support for up to 50,000 personnel per event. Support areas will consist of one (1) Intermediate Staging Base, (4,000 soldiers), and up to seven (7) Base Camps (3,000 soldiers each) in the forward support areas in varied locations throughout the Area of Operational Responsibility (AOR). The contractor will plan to construct these base camps from the "ground up," which may include the Army's Force Provider system modules and/or other Government Furnished Equipment/Material (GFE/M). The following data is provided for use in updating/revising the plan(s).

**2.2.5.2   Home Station Support.** The contractor will be prepared to assist deploying units with A/DACG functions specified by each task order at APOE. Services may include but not limited to containerization and transportation of containerized cargo, and limited tactical vehicle and combat vehicle maintenance support.

Page 13

**DEF02182**

 

### 2.2.5.3  Intermediate Staging Base (ISB) Support.

**2.2.5.3.1**   One Rear Support Area (RSA) shall be capable of supporting a force of up to 4,000 personnel. The RSA will consist of one SPOD, one primary APOD, one secondary APOD and minimal infrastructure at these locations. If a secondary APOD is not available, then all such requirements will shift to the primary APOD. Personnel will process through the SPOD/APOD's for onward movement to the Logistics Support Base/Base Camp or the seven Forward Base Camps.

### 2.2.5.4  Forward Support Area.

**2.2.5.4.1**   **Base Camps.** There are up to seven forward support base camps with each capable of supporting a force up to 3,000 personnel.

**2.2.5.4.2**   **Geographic Separation.** Each Forward Base Camp is within 100 kilometers of primary APOD.

**2.2.5.4.3**   **Support Schedule.** The following schedule specifications will be used in planning for LOGCAP support of force deployments unless modified by the CINC/ASCC:

S Day = Day contractor support begins (i.e., 15 calendar days after the PCO's directive to execute an approved plan).

1.   **Personnel Processing Throughput.**

|  | | Personnel | No. of Debarkation |
|---|---|---|---|
| **a.  Sites:** | | **Period** | **Daily \*** | **Sites** |
| Contractor Rear Support Area: | | S+1-16 | 1,500* | 1-SPOD |
| Support Areas: | | S+17-26 | 3,000* | 1-SPOD |

  b.   **Contractor Rear Support Areas:**

| **2-APOD** | | **2-APOD** | |
|---|---|---|---|
| **Sites** | **Support Requirement** | **Sites** | **Support Requirement** |
| SPOD | 50 personnel/day | -SPOD | 125 personnel/day |
| Primary APOD | 1,200 personnel/day | -Primary APOD | 2,300 personnel/day |
| Secondary APOD | 250 personnel/day | -Secondary APOD | 575 personnel/day |

\*  ·   Maximum number of personnel in-processing or out-processing at any one time through the SPOD/APOD's. Personnel will process through SPOD/APOD's for onward movement to the Logistics Support base/Base Camp or the seven forward base Camps.

2.   **Personnel Supported Daily Sustainment.**

| a.  Sites: | **Period** | **Daily** |
|---|---|---|
| Logistics Support Base/Rear: | S+1-16 | 1,500-4,000 |
| Base Camp Support Area: | S+17-180 | 4,000 |
| | S+181-365 | 7,500 (Be Prepared Option) |

Attachment 001
DAAA09-02-D-0007

DEF02183

 

| | | |
|---|---|---|
| Forward Base Camps: | S+1-16 | 1,500-21,000* |
| Base Support: | S+17-180 | 21,000 |
| | S+181-365 | 42,500 (Be Prepared Option) |

* Forward Base Camp Support Areas will be developed such that 7 base camps capable of each accommodating up to 1,500 personnel will be available on Day S+1, building to a capability of accommodating a total of 21,000 (3,000 personnel each) by Day S+16.

**2.2.6   General Service Support Criteria.** The following services will be provided within the plans IAW applicable Army Regulations, Field Manuals, Technical Manuals, and Joint Publications as appropriate.

**2.2.6.1 Transportation Criteria.**

**2.2.6.2 Bus Transportation.** Bus transportation for personnel unless local sourcing or site constraints preclude.

**2.2.6.3 Personal Baggage.** Personal baggage (120 pounds per person).

**2.2.6.4 To Accompany Troops (TAT) Equipment.** To Accompany Troops (TAT) equipment, e.g., baggage, boxes and crates, not to exceed 220 pounds per person.

**2.2.6.5 Utilities and Other Support Features**

**2.2.6.5.1   Ice.** 14.5 Short Tons (ST)/per day

**2.2.6.5.2   Heat.** Two (2) Pot Belly or three (3) Commercial Kerosene Heaters per tent

**2.2.6.5.3   Sewage.** See Army Facilities Components Systems (AFCS) drawings*

**2.2.6.5.4   Electrical.** See AFCS drawings*

*The Government will provide these documents to the Contractor upon his request, or the Contractor may elect to use commercial or industry standards if submitted by the Contractor and approved by the PCO.

**2.2.6.6 Facilities Criteria.**

**2.2.6.6.1 Troop Housing.** Twelve (12) persons per tent/facility; initial standard per Army Standards. Construction is intended for immediate austere operational use by units upon arrival in theater for a limited time ranging up to 180 calendar days.  GFE (canvas tents) will require contractor-supported construction of wood frames and flooring.  This standard may incorporate existing fixed facilities as directed by the CINC/ASCC.

**2.2.6.6.1   Latrines.** One seat per 15 personnel.

**2.2.6.6.2   Urinals.** One urinal per 20 personnel.

**2.2.6.6.3   Showers.** One showerhead per 20 personnel, including shave stands.

**2.2.6.6.4   Laundry.** One bundle per person, 15 pounds per person every third day. (Includes laundry of one sleeping bag per person every 30 days).

Page 15

Attachment 001
DAAA09-02-D-0007


DEF02184

 

**2.2.6.7  Rations/Water Criteria.**

**2.2.6.7.1   Rations Cycle.** A-C-A (hot meal – individual meal ready to eat – hot meal)

**2.2.6.7.2   Water Usage Rate.** 20 gallons per day per person

**2.2.6.8  Trash/Waste Criteria.**

**2.2.6.8.1   Solid Waste Rear Camps.** 20 tons per day, per camp.

**2.2.6.8.2   Solid Waste Forward Camps.** 15 tons per day, per camp.

**2.2.6.8.3   Medical Waste.** 0.5 tons per day.

**2.2.6.8.4   Waste Water.** Gray: 35.5 gallons per person per day.  Black: 6.8 gallons per person per day.

**2.2.6.9   Contingency Equipment and Workforce.** The Contractor will identify a "contingency workforce" and required equipment to support the force.

**2.2.6.10  Mortuary Affairs Services.** The contractor will plan to provide mortuary services to the deployed force.  Services include establishing a Theater Mortuary Evacuation Point (TMEP), receiving, processing, and arranging transportation for the remains of U.S. Military and U.S. Government personnel and other U.S. citizens.  The contractor will receive and separate non-U.S. remains and process/return those in accordance with international agreements and guidance from the U.S. Forces Commanding Officer.

**2.2.6.11  Hazardous Materials/Waste Services.** The Contractor will plan to establish and execute a comprehensive hazardous materials/waste ( including radioactive materials and wastes) management program to identify, containerize, receive, store, provide spill prevention and contingency plans, provide safety and health program, train, handle and dispose of hazardous materials and wastes. The plan for hazardous materials/waste services must integrate with the Contractor's overall safety plan. The plan and execution will comply with US Federal Code of Regulation, country and local requirements.

**2.2.6.12  Morale, Welfare and Recreation (MWR) Services.** The Contractor will plan to provide the labor, material, and equipment to establish a MWR program at each Base Camp.

**2.2.6.13  Information Management Services.** The Contractor will plan to develop and conduct information management area support to include non-tactical automation, communications, printing and publishing, records management, and visual information.

**2.2.6.14  Postal Services.** The Contractor will plan to provide all necessary resources to support the Government operations of an Army Post Office (APO) in any worldwide area (reference DOD Manual 4525.6).

**2.2.6.15  Administrative Support Services.** The Contractor will plan to establish administrative support services for strength management and casualty reporting.

**2.2.6.16  Banking Support Services.** The Contractor will plan to provide various banking services and limited accounting on an area basis, as specified by task order.

**2.2.6.17  Supply Operations.** The Contractor will plan to provide equipment, ancillary supplies, personnel, administration, and management required to perform supply services necessary to requisition, receive, store, account, issue and manage Class I (Rations and Water), Class II

Attachment 001
DAAA09-02-D-0007

DEF02185

 

(Organizational Clothing and Equipment and Administrative Supplies), Class III (Petroleum, Oil and Lubricants – both Bulk and Package), Class IV (Construction Materials), Class V (Ammunition – to include Ammunition Supply Point Operations), Class VI (Personal Demand Items), Class VII (Major Items), Class VIII (Medical Supplies), and Class IX (Repair Parts) in accordance with Army supply policy and doctrine. Levels of supply operations will range from unit through General Support. The plan for hazardous materials/waste services must integrate with the Contractor's overall safety plan. This is particularly critical for Class III, Class V, and Class VIII material, as these may contain, or are hazardous materials.

**2.2.6.18 Maintenance Services.** The Contractor will plan to provide equipment, supplies, personnel, administration, and management required to plan, organize, facilitate, direct, control, and perform unit level (10 Level – Operator and 20 Level – Organizational), Direct Support (DS – 30 Level), and General Support (GS – 40 Level) maintenance on Table of Distribution and Allowances (TDA) equipment to include Automated Data Processing Equipment (ADPE) and technical support, Modified Table of Organization and Equipment (MTOE) tactical equipment , and commercial equipment or components thereof in accordance with Army maintenance policy and doctrine.

**2.2.6.19 Transportation Services Criteria.** The Contractor will plan to provide equipment, supplies, personnel, administration, and management required to plan, organize, facilitate, direct, control and performs Movement Control, Cargo Transfer, Motor Pool, Port/Ocean terminal, Line Haul, Installation Transportation, and Arrival/Departure Air Control Group (A/DACG) operations and aviation in accordance with Army transportation policy and doctrine. Contractor will have capability to implement Logistics Applications of Marking and Reading Symbols (LOGMARS) and Radio Frequency (RF) Tag Technology, which is compatible with the Army RF technology to use for tracking of equipment and supplies, and approved in advance by the PCO.

**2.2.6.19.1 Movement Control Operations.** This includes monitoring transportation usage, forecasting transportation needs, and coordinating transportation support activities within the theater of operation.

**2.2.6.19.2 Cargo Transfer Operations.** This includes operating a break bulk or container operation at air, rail, motor or water terminals in the theater of operation. Provide download, upload and transload services to include container-handling services, temporary staging services, and assembly/packing services.

**2.2.6.19.3 Motor Pool Operations.** This includes operating a transportation motor pool at each Base Camp. Functions include vehicle dispatch, shuttle bus service, recovery operations, vehicle washing, and required maintenance.

**2.2.6.19.4 Port/Ocean Terminal Operations.** This includes port functions such as integrating seaport operations, managing real estate in the port and adjacent areas, discharging U.S., multi-national, and/or civilian vessels, and providing Reception, Staging, Onward Movement and Integration (RSO&I) functions for all personnel and equipment processing through the port.

**2.2.6.19.5 Intratheater Movement.** This includes providing intra-theater cargo and personnel movement via air, sea, rail or ground modes.

**2.2.6.19.6 Installation Transportation Operations.** This includes providing inter-theater cargo and passenger movement via, air, sea, rail or ground modes.

**2.2.6.19.7 Arrival/Departure Air Control Group (A/DACG) Operations.** This includes coordinating the clearance of cargo or personnel arriving at Air Ports of Debarkation (APOD) as well as providing Reception, Staging, Onward Movement and Integration (RSO&I) functions for all personnel and cargo through the APOD.

Page 17

Attachment 001
DAAA09-02-D-0007

DEF02186

 

**2.2.6.20 Medical Support Services.** The Contractor will plan to provide equipment, supplies, personnel, administration and management required to plan, organize, facilitate, and perform medical support services such as supply, maintenance, transportation, and vector control services in accordance with Army medical policy and doctrine.

**2.2.6.21 Other Construction/Engineering Services.** The Contractor will plan to provide equipment, supplies, personnel, administration, and management required to construct and/or repair roads, bridges, rail lines, runways, ports, pipeline and walkways, coverts, hard stands, covered storage, and power generation.

**2.2.6.22 Signal Services.** The Contractor will plan to provide equipment, supplies, personnel, administration, and management required to plan, organize, facilitate, and perform signal functions such as telephone cable repair, cable, wire, and antenna installation, and communication network accessing accordance with DOD and Army signal operation guidelines.

**2.2.6.23 Retrograde Services.** The Contractor will plan to provide equipment, supplies, personnel, administration, and management required to plan, organize, facilitate, direct, control and perform necessary supply, maintenance and transportation functions to retrograde personnel, supplies, casualties, scrap, hazardous materials and equipment to final disposition locations worldwide. This includes either operating or assisting the Defense Logistics Agency in operating the Defense Reutilization and Marketing Office (DRMO). Functions include the coordination of all permissions, customs, agriculture, and other documentation from and for regulatory authorities for importing and exporting property.

**2.2.6.24 Guard Services.** The Contractor will plan to provide guard services for protection of personnel, facilities and equipment. This activity will include the ability to establish and maintain a 24-hour physical security, access control static and roving security and guard supervision. All official reports required from such activities must be approved and signed by the appropriate government representative. Guard services are limited to peacetime, non-hostile scenarios and may include providing internal and perimeter security of a given base camp and/or outpost. Guard services may include requirements to integrate a variety of barriers as well as mechanical and electronic security enhancements and automated equipment-using state-of-art technology.

**2.2.6.25 STAMIS.** If available, Standard Army Management Information Systems (STAMIS) Software, for theater of operations, will be provided to the Contractor upon his request. As an alternative the Contractor may submit to the PCO for approval, prior to initiating development of the Plan(s), proposed use of commercial or industry standards for off the shelf, commercial software that is comparable ("approved equal") to and/or compatible with the Government's STAMIS requirements. The Contractor must establish the capability to operate in a common environment standard to the government for electronic communications and may be required to interface with a number of STAMIS and associated automated systems in support of requirements specified in this statement of work. In addition, as Army systems transition into a modernized logistics system, currently referred to as Wholesale Logistics Modernization Program (WMSP) and the Global Combat Support System – Army (GCSS-A), or any successor system that may emerge from the fusion of the wholesale and retail modernization efforts, the contractor must be capable of transitioning LOGCAP processes and systems in order to maintain interface capabilities.

### 2.3   Regional Management Plans.

**2.3.1   General.** The objective of the Regional Management Plan(s) is to consolidate logistics and engineering planning support and define resources/infrastructure common to specific countries/scenarios within each defined region in planning for specific scenario support in that region. The Contractor will maintain the Regional Management Plan(s) for the life of the contract



to reflect current information as it becomes available. This includes all subcontracting services, if necessary, to maintain the capability to perform during an EVENT. The plan will address all requirements for supporting EVENTS at any CINC AOR. Applicable CINC/ASCC requirements and Host Nation Support that will be provided to the Contractor will be incorporated into the management plan as coordinated through the CINC/ASCC and directed by the PCO.

**2.3.2   Plan Update Requirements.**   As directed by the PCO, by individual task order, the Contractor will update/revise any or all existing Regional Management Plans and the correlating LOGCAP Worldwide Database which are both the property of the U.S. Government. The Contractor will be responsible for coordinating the revision/update of the regional plan requirements with each CINC/ASCC. In updating/revising these plans the contractor will develop a clear familiarization and understanding of the plan for potential execution; ensure the assumptions, methodologies, strategy, planning factors, sources, planning scenarios, and roles and responsibilities are current; and expand/delete requirements as directed by the supported CINC/ASCC. Subdivision of the countries or changing of a country name(s) will not change the regional coverage. Any emerging countries will be included in the appropriate region.

**2.3.3   Plan Contents.** The Regional Management Plan(s) will be written in basic five-paragraph operation order format as set forth by the PM, LOGCAP. This format will be made available to contractor upon contract award. Example of this format is listed in Appendix E, Plan Content Format. All Standard Plan Content specified within 2.5 is applicable. Any Regional Plan updates will address and provide for all necessary activities and personnel, supervision, management, equipment, materials, communications, transportation, facilities, supplies, potential suppliers, and cost estimates to accomplish all required CS/CSS activities for a specifically designated region or collection of geographically located countries based on a specific planning scenario prescribed by the supported CINC/ASCC. In those cases where the CINC/ASCC doesn't dictate specific criteria or planning factor(s), the contractor will use those as dictated in section 2.2 Worldwide Management and Staffing Plan, of this SOW. The Regional Management Plan(s) will include procedures, organizational structures, cost estimates, facilities layouts, staffing, supplies, equipment, transportation, schedules, sources of materials, subcontractor lists, delivery routes, fuel sources, consumables, storage sites, materials handling and all other engineering and logistics requirements necessary to support the force from reception at the points of debarkation to sustainment, up to 180 calendar days, in both the Rear and Forward Support Areas. The Contractor may be directed to sustain performance beyond 180 calendar days. Subject to applicable laws and regulations regarding required sources of supplies, materials and transportation, the Contractor will maximize the use of locally and/or regionally available materials and resources when cost effective, and will notify the PCO of any shortfalls in obtaining locally available materials or resources, within 24 hours of identifying the shortfall. Notice should include the identified shortfall, reason for shortfall, recommendation/ plan of action to overcome the shortfall and the estimated cost.

**2.4   CINC/ASCC Support Plans**

**2.4.1   General.** These plans will assist the CINC/ASCC in developing LOGCAP augmentation requirements and to provide a detailed description of equipment (including pre-positioned equipment and stocks), materials, supporting service required skills, and potential suppliers required to support specific CINC/ASCC identified requirements in support of specific CINC OPLANS, CONPLANS, and Functional Plans. The planning will include development of annexes/appendices to respective plans, risk assessments for logistics support, and the development of standardized SOWs to support contract requirements. The CINC/ASCC Support Plan(s) will address and provide for all necessary activities and personnel, supervision, management, equipment, materials, communications, transportation, facilities, supplies, potential

Attachment 001
DAAA09-02-D-0007

DEF02188

 

suppliers, and cost estimates to accomplish all CINC/ASCC Identified CS/CSS activities for a specifically designated OPLAN, CONPLAN or Functional Plan.

**2.4.2   Plan Development.** When directed by the PCO, by individual task order, the Contractor will develop CINC/ASCC Support Plan(s) based on specific CS/CSS augmentation requirements as identified by the applicable CINC/ASCC. All CINC/ASCC Support Plan(s) become the property of the U.S. Government. The contractor may be required to visit the applicable AMC Forward and CINC/ASCC to perform data and information research on identified requirements. This support will be in all phases of CINC/ASCC planning, including but not limited to, pre-planning activities, briefings/plans for scenarios in peacetime and for contingency operations, In Process Reviews (IPR) briefings and reports, and After Action Reports (AAR), briefings and reviews. The Contractor will maintain a capability to immediately respond to any request for support under this paragraph.

**2.4.3   Plan Criteria.** The Contractor will use the criteria, planning factors, planning scenarios, time lines and augmentation requirements as prescribed by the CINC/ASCC. In those cases where the CINC/ASCC does not dictate specific criteria or planning factor(s) for identified requirements, the contractor will use those as dictated in Section 2.2, Worldwide Management and Staffing Plan, of this SOW.

**2.4.4   Supported Commanders.** Supported commanders may include, but are not limited to CINCEUR/USAREUR, CINCPAC/USARPAC, USFK/EUSA, CINCCENT/ARCENT, CINCSOUTH/USARSO, and JFCOM/FORSCOM.

**2.4.5   Plan Update Cycle.** The Contractor will update/revise the CINC/ASCC Specific Requirements Support Plan(s) and maintains them for the life of the contract to reflect current information as provided by the ASCC/CINC. This includes all subcontracting services, if necessary, to maintain the capability to perform during an EVENT. Applicable CINC/ASCC requirements and Host Nation Support that will be provided to the Contractor will be incorporated into the plan(s) as coordinated with the applicable CINC/ASCC. In those cases where the CINC/ASCC does not dictate specific criteria or planning factor(s), the contractor will use those as dictated in Section 2.2, Worldwide Management and Staffing Plan, of this SOW.

**2.4.6   Plan Content/Format.** CINC/ASCC Support Plans will include all CS/CSS support requirements identified by respective CINC/ASCC planners. The CINC/ASCC Support Plan(s) will be comprehensive. All plans will be written in basic five-paragraph operation order format as set forth by the PM, LOGCAP. This format will be made available to contractor upon contract award. Example of this format is listed in Appendix E. All Standard Plan Content specified within 2.5 is applicable. The Contractor will be responsible for operating; maintaining and accounting for contractor acquired GFE/GFP. The CINC/ASCC Support Plans will include all equipment, labor and materials necessary to maintain the Contractor's transportation, utilities, facilities or other logistics systems in addition to the force. As directed by the PCO, the Contractor will identify and be responsible for real estate acquisitions, leases or other actions necessary to support the Contractor's on-site operations.

**2.5   Standard Plan Content.**

The following supporting plans are standard items that will appear in all Plans. The documented contractor approach will be available for Government review. The approach will, as a minimum, address the following requirements:

**2.5.1   Personnel Readiness** which will provide the following:

Attachment 001
DAAA09-02-D-0007

Page 20

**DEF02189**

 

2.5.1.1 Staffing, listing all personnel by work classification required for each site.

2.5.1.2 Capability, to assure capability to perform in wartime/contingency situation.

2.5.1.3 Identification of emergency essential positions, and evidence that the individual in those positions possess a current secret or above security clearance, and agreements to remain on the job and perform during wartime/contingency situations.

2.5.1.4 Resumes of "key" management and technical personnel permanently assigned to this contract.

2.5.1.5 Status of clearances, military commitment and duties, shots, passports, and visas for all "key" management personnel and all workers required from the US.

2.5.1.6 Process for Overseas Movement (POM) to ensure all requirements (Reference AR 600-8-101, Personnel Processing (In-and-Out and Mobilization Processing), are met for all management personnel and workers required to deploy.

2.5.1.7 Process to ensure personnel meet minimum medical and physical requirements for the region and conditions of the field.

2.5.1.8 Process for removing Contractor employee(s) if the employee's conduct endangers persons or property or is inconsistent with the interests of military security.

2.5.1.9 Process for Contractor employee(s), subject to applicable law and host nation requirements, to obtain a pantographic x-ray, DNA sampling and Human Immunodeficiency Virus (HIV) test results (if required by the PCO), for identification purposes, subject to applicable law and host nation requirements.

2.5.1.10 Procedures for ensuring Contractor employees obtain and possess at all times a Geneva Convention identification card.

2.5.2 **Mobilization which will address as a minimum the following:**

2.5.2.1 Personnel transportation arrangements.

2.5.2.2 Recall procedures for aborted mobilizations.

2.5.2.3 Timetable and listing of personnel, supplies, equipment, materials and life support features.

2.5.2.4 Mobilization activities (broken down by type and site).

2.5.2.5 Number of work-hours per shift, work-shifts per day and workdays per week.

2.5.2.6 Number of workers per crew by site.

2.5.3 **Life Support.** Identify the location and facilities, required for personnel life support, including organic transportation, during mobilization and site activities.

2.5.4 **Logistics Support, which will provide the following:**

2.5.4.1 List of facilities, maintenance, and supplies.

2.5.4.2 List and sources of fuel and consumable supplies.

Page 21

Attachment 001
DAAA09-02-D-0007

DEF02190

 

**2.5.4.3** List and sources of construction/engineering and logistics equipment, technical manuals, test sets, and tools, including descriptions and quantities by site and equipment.

**2.5.4.4** Identification of forward office(s) during time of an EVENT.

**2.5.4.5** List of food, construction/engineering, and logistics services.

**2.5.5   Contractor Security.** The Contractor will provide a Security Plan. (Reference the National Industrial Security Program Operation Manual (NISPOM)).

**2.5.5.1** Security measures for all documents which identify locations, classified storage and control procedures.

**2.5.5.2** Procedures for disclosure of any classified or sensitive material to others; measures which ensure development and use of the approved Operational Security (OPSEC) Plan.

**2.5.5.3** All employees will have the capability to obtain and maintain a security clearance to the equivalent level of the documents/meetings/information for which they will have access.

**2.5.6   Communications** which will provide the following:

**2.5.6.1** List of all communications hardware, software, video equipment, power output, and frequencies by site, if available, required establishing and maintaining communications connectivity.

**2.5.6.2** Communications station(s).

**2.5.6.3** Networking for both in-theater communications and connectivity to CONUS.

**2.5.7   Environmental and Hazardous Materials.** Describe the capability to collect, package, store, and dispose of all hazardous material and waste in accordance with Army Regulations, NATO Status of Forces Agreements, and federal, state and/or host country/region laws and statutes.

**2.5.8   Subcontracting.** Outline Contractor's subcontracting plan for use during an EVENT or contingency.

**2.5.9   Cost Control.** Identify procedures for considering cost containment in performing assigned scope of work tasks. This will include, but is not limited to, cost analysis of using GFE before commercial, leasing vice buying where performance is in the most cost effective manner possible, subject to law and regulation, and use/non-use of available equipment in CONUS stocks.

**2.5.10   Property Control and Accountability.** Identified procedures to account for all Government Furnished Equipment (GFE)/Government Furnished Material (GFM) and contractor procured/leased equipment. The plan will describe a control/accountability system that is compatible with the Army's Standard Property Book System - Revised (SPBS-R) for data/documentation transfer.

**2.5.11   Quality Control.** Provide procedures for quality assurance in all processes, services, and products.

**2.5.12   Supply and Equipment Tracking.** Include implementation of LOGMARS and RF Tag Technology for tracking equipment and supplies.

Attachment 001
DAAA09-02-D-0007



**DEF02191**



**2.5.13 Safety Program.** The contractor will ensure the safety and health of personnel, equipment, and supplies that the contractor has direct control over, within the AO. In addition to industrial safety as reflected in national consensus standards, laws, and regulations, the plan will describe the protection from the special hazards of the physical and geographical environments (e.g. temperatures, flora and fauna), the possibility of unexploded ordnance (UXO) and other hazards of the adjacent battlefield. The plan will describe how the contractor will comply with all applicable safety and health Army regulations, NATO Status of Forces Agreements, federal and state, and host country/region laws and statutes. The plan must address the reporting of accidents involving both personnel and material to or through the on-site government representative. The plan will describe the process used to identify hazards and risks, and the coordination of resolution of risks with the on-site government representative. The plan will address obtaining and maintenance of any requisite licenses or permits, such a Nuclear Regulatory Commission licenses for radioactive materials that the contractor may acquire, or store, or maintain. The plan will also describe the process to obtain a waiver for any noncompliance of any of the above requirements, noting that the Army policy is to comply wherever possible. The plan will be integrated with the environmental and hazardous materials requirements (2.5.7), the personnel readiness plan (2.5.1), and the logistics support plan (2.5.4).

**2.5.14 Risk Assessment.** A risk assessment plan outlining any recognized risks having impact on the plan. The plan will describe the process used to determine any risks. The plan will also describe any coordinated actions used to alleviate and/or minimize the effects of known risk on the plan.

**2.5.15 Leadership.** A leadership plan to assure requisite level of leadership during an EVENT to accomplish assigned tasks and to effectively interface with operational through senior leadership levels. The Contractor will have on-site leadership to effectively interface with operational through senior leadership levels in response to changing EVENT conditions/requirements. The Contractor will at all times during an EVENT, have sufficient level of management on-site to coordinate efforts in response to, and to effectively interface with, senior leadership levels. The Contractor will have on-site design expertise necessary to provide professional engineering and architectural expertise in response to changing EVENT conditions/requirements. The Contractor will have on-site logistics services expertise capable to respond to changing EVENT conditions/requirements. The Contractor will at all times during an EVENT have an on-site representative with authority to both negotiate and execute contract modifications.

## 3.0   EXERCISE PARTICIPATION AND CONTRACTOR EVALUATION

**3.1   General.** At the PCO's direction, the Contractor will participate in Command Post Exercises (CPX's), Field Training Exercises (FTX), and other exercises to verify the completeness and accuracy of the existing Worldwide Management and Staffing Plan, Regional Management Plan(s), and CINC/ASCC Support Plan(s). The length and complexity of these exercises will vary. The exercises will test the Contractor's logistics requirements determination ability, mobilization and deployment capability, subcontractor employment, support capabilities, materials availability, equipment, labor and the overall validity and workability of the Contractor's plan(s). The Contractor will be required to provide all personnel, equipment and facilities necessary to participate in the exercises as directed by the government. These validation exercises will be conducted by individual task order(s).

Three types of exercises are possible:

**3.1.1   USAMC Validation.** An exercise may be conducted in the Contractor's office or at any location designated by the PCO, in which a scenario will be given the Contractor to validate his

Attachment 001
DAAA09-02-D-0007

Page 23

**DEF02192**

 

plan(s). The Contractor may be required to present specific information relative to providing engineering/construction and logistical support to the scenario.

**3.1.2   Command Post Exercises (CPX).** Participate in Command Post Exercises (CPX) and/or other LOGCAP related exercises for contract logistics support. The Contractor will assist in the development of Master Scenario Events List (MSEL) items to exercise LOGCAP planning and execution, EVENT SOW development, Time-Phased Force Deployment Data (TPFDD) movement, command and control, and contractor management. The Contractor may be required to use planning document data to respond to the exercise scenario as necessary, and the Contractor may be required to present specific information relative to providing engineering/construction and logistical support to the scenario.

**3.1.3   Field Training Exercises (FTX).**  The Contractor may be required to deploy and provide engineering/construction and logistical support in response to a Field Training Exercise (FTX).

**4.0   EVENT EXECUTION**

**4.1   General.**

**4.1.1   When directed by the PCO by individual task order, the Contractor will deploy to a selected country or region and implement the required CS/CSS augmentation to execute a LOGCAP Plan. The contractor will deploy within the Continental United States (CONUS) in support of contingencies operations and to support CONUS mobilization activities of deploying units. The Contractor will deploy an advance team to any location in the world to support an EVENT at the PCO's direction. The composition of the Contractor's advance team will be based upon a plan for an EVENT and any special requirements of the country or region. The Contractor's advance team will depart within 72 hours after award of task order.

**4.1.2   Upon notification by the PCO of execution for an EVENT and during the actual event, the Contractor will develop a Rough Order of Magnitude (ROM) detailing the resources and estimated cost to perform the requirements articulated in the Statement of Work (SOW). The previous developed plans will be used to support the event as appropriate.

**4.2 Execution Authority.** Participation in these EVENTS will be executed by individual task order.

**4.3 Contractor Responsibilities.**

**4.3.1   Rough Order of Magnitude Preparation.** The Contractor will develop the ROM within 24 hours from receipt of the EVENT SOW and will be required to present the ROM and a detailed plan of execution (Technical Execution Plan (T.E.P.)) to the supported CINC/ASCC in briefing format.  When directed by the PCO by task order, the Contractor will deploy to a selected country or region and implement the required CS/CSS services in support of a contingency mission EVENT. The Contractor may be required to perform services 24 hours a day, 7 days a week. The Contractor will deploy with an advance team to any location in the world to support an EVENT at the PCO's direction. The composition of the Contractor's advance team will be based upon a plan for an EVENT and any special requirements of the country or region. The Contractor's advance team will depart from its CONUS location within 72 hours of execution of task order. Deployment guidance can be found in AR 715-9, Contractors Accompanying the Force.




 

**4.3.2   Office Spaces.** The following specific items will be provided by the contractor, but require prior approval by the PCO.

**4.3.2.1   Contractor Provided Office Space to Government.** A minimum of one hundred fifty (150) square feet of office space. This space will be furnished and secured to the appropriate level as required. This equipment must be compatible with Government systems, or that which the PCO deems appropriate. The aforementioned will be accessible and available for the life of the contract. If necessary, during the operational phases of an EVENT, access to the office space, communications to Continental United States (CONUS), secure telephone, FAX machine, and telephone, for use by Government personnel will be available twenty four (24) hours per day, seven (7) days per week. The contractor will be required to provide technical support and maintenance of the equipment. The government will have access to the Contractor's Management Plan(s) and other support documents during these hours for the life of the EVENT. There will be a requirement for a secure container, approved for storage of classified documents up to the highest level of classification, that the PM or contractor will handle. The objective is to provide secure office space. The Contractor will reserve and ensure access to dedicated office space and equipment in the office, in which the Contractor's principal work is being performed, for use by Government personnel. The number of personnel may be increased and hours of operation based on Event/Contract requirements.

**4.3.2.2   Conference Room.** A conference room at the contractor's principal work site that accommodates up to thirty (30) conferees will be made available to Government personnel on an "as-needed" basis. This facility must be able to host classified briefings and discussions.

**4.3.3   Office Directory.** The office will contain a directory/list of all current LOGCAP team personnel and their location and geographical coverage.

**4.3.4   Real Estate Acquisitions.** All real estate acquisitions leases or other actions necessary to support the Contractor's on-site operations will be the responsibility of the Contractor once approved by the PCO.

**4.3.5   Residual Facilities and Property.** All facilities designed and/or constructed and property acquired through acquisition by the Contractor, to include Force Provider System modules, will become the property of the U.S. Government for disposition after re-deployment.

## 5.0  AMC DIRECTED MISSIONS

### 5.1   Force Provider

**5.1.1   General.** Force Provider is a complete, containerized, highly deployable bare-base system that is engineered to provide climate-controlled billeting, dining, shower, latrine, laundry, and morale, welfare and recreation (MWR) facilities in battalion-sized modules designed for 550 soldiers each. It is packaged with utility systems, including water storage and distribution (80,000 gallons), fuel storage and distribution (40,000 gallons), wastewater storage, and power generation and distribution (1.1 megawatts continuous) capabilities. Force Provider's basic building block is the tent, extendable, modular, personnel (TEMPER), which comes with external forced-air heating and cooling similar to the systems in the average home. Force Provider missions include providing rest and refit for combat-weary soldiers, supporting theater reception, and acting as an Intermediate Staging Base (ISB) or as a base or redeployment camp for humanitarian, disaster relief, and peacekeeping operations.

**5.1.2   Contractor Responsibilities.** The Contractor will provide management and physical responsibility for the following aspects concerning the Force Provider Program. The primary

Page 25

Attachment 001
DAAA09-02-D-0007

DEF02194

 

responsibility of the contractor with respect to Force Provider will the operation and maintenance of the Force Provider Training Module located at Fort Polk. In addition, the contractor may be required to support deployment of Force Provider modules to locations other than Fort Polk as described below. Deployment activities will be awarded as a separate task order independent of the training module support. The Contractor will be prepared to support deployment, site preparation, set preparation, module operation and maintenance, redeployment, and transportation requirements for Force Provider. In addition, the Contractor may be required to deploy, set up, operate/maintain and redeploy Force Provider modules or similar type of Government Furnished modules, simultaneously in any mix of the rear logistics support base/base camp or seven (7) forward support base camps in same timeline as prescribed in 2.2.9.4.

**5.1.2.1 Force Provider Training Module.** The Contractor will provide personnel to operate and maintain the Force Provider Training Module currently located at Ft Polk, LA, and will utilize the Force Provider Training Module to develop a cadre of trained personnel sufficient to operate designated modules concurrently in a forward area of operation during an event. The Contractor will be prepared to assume all training responsibilities in the event that Government Force Provider personnel are not available to conduct training. The facility will be staffed to operate and maintain the module. The management team will coordinate the scheduling for the use of the module, supervise the using activities, conduct visitor tours and briefings and have overall responsibility for maintaining the module in a fully operational condition and will obtain needed repair parts and services through Army channels or through commercial sources. The management team will be prepared to deploy as technical experts to assist supported activities in the assembling of the Force Provider modules. The management team will be the vehicle to contact these sources of maintenance when they require such work and insure that maintenance is performed and equipment is returned to an operational condition. The management team will have oversight responsibility for all activities associated with the module and will be directly responsible to the LOGCAP Program. A Force Provider Management Plan will be submitted to the PCO outlining how these training responsibilities will be accomplished. The management team will consist of the following Full Time Equivalents (FTE): Site Manager (1); Admin/Finance Supervisor (1); Ops/Log Supervisor (1); Electrician/Generator Specialist (2); HVAC Specialist (1); Custodial Support (1); MHE Operator (1); and Canvas/Fabric Repairman (1).

**5.1.2.2 Project Schedule.** The Contractor will develop a project schedule for the update/revision of the Ft Polk Force Provider management plan showing each activity and duration. Items to be included in the project schedule are (as a minimum): activation, subcontracting, transportation, retrograde, module movement, mobilization/demobilization, logistical support, surveying, site work, site visits and significant activities to be undertaken developing and updating/revising the management plan.

**5.1.2.3 Care and Maintenance.** The Force Provider Contractor will provide care and maintenance of the module and all equipment associated with the training and test center. Management team maintenance personnel will utilize tools, equipment and technical manuals plus proposed Government Furnished Equipment to maintain and repair all equipment at the operator, organizational and direct support maintenance level. Repairs and maintenance that are beyond the management team's capabilities due to resources (tools, parts, and test equipment) or technical ability will be accomplished through work order(s) to the Ft Polk Director of Logistics (DOL) maintenance facility or other facility. All maintenance and repairs will be tracked using the ULLS-G Standard Army Management Information Systems (STAMIS).

**5.1.2.3.1 Supply Support.** The Contractor will:

- Order repair parts and report costs and stockage level of repair parts on hand, while developing a local procedure for stock control that will be available for government



Attachment 001
DAAA09-02-D-0007

Page 26

DEF02195

 

review. Government sources will be considered prior to ordering through commercial channel sources.

- Process ordered parts through the Contractor Acquired Property Request (CAPR) process.
- Ensure that funds are available for repair parts placed on order.
- Coordinate electronically with government technical representatives for parts usage and stockage levels for repair parts that are to be maintained in hand.
- Report costs on a monthly basis through the Force Provider Monthly Cost Report using Microsoft Project software.

**5.1.2.3.2 Contractor Acquired Property Request (CAPR).** The following process will be used to acquire repairs, tools and test equipment for the Force Provider training module.

- Each month a report of items purchased for equipment repair will be forwarded to the PCO and PM, LOGCAP. The report will include end item application, repair parts required, source and cost.
- For items of significant value, the Ft Polk Director of Logistics (DOL) maintenance facility in accordance with installation policies and governing regulations will make determination and is the approving authority for the Government prior to purchase. This approval will be accomplished through electronic means if possible to ensure that the mission statement is executed in a timely fashion. These approvals will be attached to the associated CAPR.

**5.1.2.4 Deployment Operations.** The Contractor may be required to deploy, set up (including site preparation), operate/maintain and redeploy up to six Force Provider modules or similar type of Government furnished modules, simultaneously in any mix of the rear logistics support base/base camp or 7 (seven) forward support base camps within the same timeline/period prescribed in 2.2.9.4.3. The contractor will maintain an employee workforce trained in Force Provider operation and maintenance capable of deploying to an EVENT within 72 hours from execution of the task order. This work force will be capable of operating multiple modules simultaneously. Deployment operations for Force Provider, if required, will handle separately from the support for the Ft. Polk Training Module and issued under an independent task order.

**5.2    Army Oil Analysis Program (AOAP)**

**5.2.1    General.** AOAP is designed to test aviation and ground equipment through its oils and lubricants. Routine samples according to Original Equipment Manufactures (OEM) guidelines are taken on various pieces of equipment and as needed to help ensure the safety of soldiers deployed to an AOR. The contractor may provide personnel to set up, man and operate AOAP laboratories.

**5.3    Test, Measurement, and Diagnostic Equipment (TMDE).**

**5.3.1    General.** TMDE is designed to tests, measurements and maintenance on both aviation and ground equipment. The contractor must be prepared to perform and meet all TMDE certifications as required by TMDE technical manuals. The contractor may provide calibration and repair services for the Army's TMDE inventory utilizing Government furnished Calibration equipment, standards and facilities.

**5.4    Fly Away Communications Package (FACP).**

**5.4.1    General.** FACP is designed to provide instantaneous and reliable communications links back to HQ AMC, HQ OSC, Army Wholesale Logistics operators and other Army Components as

needed during deployment operations. The contractor may provide communications capability to include, but not limited to, high speed voice and data links through commercial satellite systems, tactical UHF/VHF systems, local PTT access as well as local and international Cell Systems, Video Teleconferencing capability, Local Area Networks, and the capability to manage large databases and interface with all Army Standard Communications Systems.

**5.5     Other AMC Missions**

**5.5.1   General.** The Contractor may be required to deploy and execute readiness missions to support and augment the Force consistent with the logistics services described within the SOW as directed by the Contracting Officer by individual task order.

**6.0     GOVERNMENT FURNISHED SERVICES AND INFORMATION.**

**6.1.     Government Provided Information.** When identified and requested by the Contractor, the Government will assist the Contractor by providing information readily available to the Department of the Army, subject to "Need To Know" security restrictions, and requirements in the NISPOM.

**6.2     Facilities Standards.**   As an alternative, the Contractor may propose the use of commercial or industry standards for facilities comparable ("approved equal") to and compatible with the Government's Army Facilities Component Systems (AFCS) and Theater Oriented Guide Specifications (TOGS) standards. This must be submitted to the PCO for approval prior to initiating development of the Plan(s).

**6.3     Government Provided Support.** The Government may at its discretion, provide the support during the execution of an EVENT as specified in the contract, Section H, Special Provisions for Peacetime Contracts.

**7.0   Government Directives and Applicable Documents.**

**7.1   General.** The Contractor is obligated to follow and adhere to the Governing directives and applicable documents as listed in the contract and the SOW. Supplements or amendments to those documents shall be considered to be in full force and effect upon receipt by the Contractor, except when such document is deemed to cause an increase or decrease in the cost of contract performance. In such event, the Contractor shall inform the Contracting Officer in writing prior to implementation of such supplement or change. If applicable, a negotiated change in contract price shall be made to the mutual satisfaction of both the Contractor and Government prior to implementation of the change.

**8.0   PERFORMANCE ASSESSMENT**

**8.1   Inspection and Acceptance Sites.** The inspection and acceptance of work performed will be at the site where work is performed.

**8.2  Inspection and Acceptance Procedures.** The Government shall have the right to inspect the Contractor's performance under this contract IAW the Inspection and Acceptance clauses. The PCO may conduct such inspection and surveillance of the Contractor's performance under the contract as determined appropriate and necessary. The PCO shall exercise these

Attachment 001
DAAA09-02-D-0007

DEF02197

 

responsibilities through his staff and in connection with Inspector General and any related agencies necessary to insure that the standards set forth herein are met. The standards set forth in each Task Order shall be the criteria by which the Contractor's performance will be inspected. These standards may either be in full text or incorporated by reference (regulations, etc.) Government inspection personnel may monitor the Contractor's performance by physical inspection, review of reports and documentation as well as validated customer complaints. Corrective action for deficiencies will be at the Government's discretion.

**8.3   Appointment of Contracting Officer's Representative (COR).** The PCO shall designate individual(s) to act as the COR under any resultant Task Order. Letter from the PCO will designate such representative with an information copy to the Contractor. The COR will represent the PCO in the **"TECHNICAL PHASES "** of the work, **BUT WILL NOT BE AUTHORIZED to change any of the terms and conditions of the contract.** The COR will be in a liaison capacity to coordinate activities between the Contractor and the Government as required in the performance of work under each Task Order.

**8.4   Inspection System.** The Contractor's inspection system shall contain measures for prompt detection of any condition that fails to conform to the contract requirements. Corrective action procedures shall include, as a minimum, action to correct the deficiency and necessary measures to prevent recurrence of such deficiencies.

**8.5   Performance Evaluation Meetings.** Each Task Order will specify the method and frequency of Performance Evaluation Meetings. The PCO or his representative will hold these meetings as determined necessary. A mutual effort will be made to resolve any and all problems identified.

**8.6   Performance Requirements Summary (PRS).** The purpose of the Performance Requirements Summary is to (1) List those contract requirements, which are considered most critical to satisfactory performance of the contract requirements. (Required Service Column of the PRS as depicted below); and (2) explain how the Government intends to evaluate and monitor the Contractor' s performance for each identified requirement. The Government reserves the right to unilaterally alter its method of surveillance.

**8.6.1   PRS Format.**

**8.6.1.1. Required Service/Paragraph Number.** This column references the paragraph(s) and attachments (if applicable) which apply to the performance requirements. It does not list all performance requirements of the contract. In other words, the PRSs are not all-inclusive, but rather list major work performance requirements. The Contractor shall perform all requirements stated in or referred to in the contract regardless of whether they are listed in the PRSs.

**8.6.1.2 Standard.** This column references the paragraph for the required service(s). The Standards indicate the required level of work for the service to be considered acceptable. The standard does not allow the Contractor to knowingly and intentionally offer defective services. The standard is the basis considered for each service before the Government makes a determination of acceptability or unacceptability. If the service does not comply with the contractual requirements, then that service will be considered to be unacceptable.

**8.6.1.3 Normal Method of Surveillance.** This column reflects the Government's normal method(s) of surveying each required service. The Government may unilaterally alter its method, level, and frequency of surveillance at any time. Altering the method, level, and/or frequency of surveillance will not entitle the Contractor to an Equitable Adjustment of the contract terms, estimated costs, or fees. The following are the primary, normal methods of surveillance to be used by the Government:

 

**8.6.1.3.1** Planned sampling is designed to inspect some part, but not all, of the service being performed. Work process outputs are selected in accordance with subjective criteria established in the Government surveillance plan.

**8.6.1.3.2** One Hundred (100) percent inspection provides for the inspection of all services.

**8.6.1.3.3** Validated customer complaints method is initiated by the receipt of customer complaints. If the complaint is validated it will result in a required service being classified unacceptable.

**8.6.1.3.4** Procedures Evaluation (PE) is an inspection method that certifies that the Contractor is complying with his written procedures and the procedures are accomplishing their intended purpose; the procedures, to be evaluate include plans submitted to the Government and documents (i.e., Standard Operation Procedures (SOP's), desk procedures, etc.) used internally by the Contractor.

**8.7 Performance Criteria.** Acceptable and unacceptable contract performance will be determined as outlined in the Award Fee Criteria in Section H, Special Contract Requirements, of the contract.

**8.8 Rights and Remedies.** The rights of the Government and remedies described in the Quality Assurance Section are in addition to all other rights and remedies set forth in the contract. Specifically, the Government reserves its rights under the Inspection of Services clause and the Termination for Default Clause.

## 9.0   REPORTS AND SUBMITTALS.

**9.1 General.** The Contractor will provide a copy of all LOGCAP Plans, reports, submittals, and briefings in electronic format (e-mail/File Transfer Protocol (FTP) /CD-ROM). The contractor will provide a copy of all briefing given by or to the Contractor. The PCO or his delegated representative, prior to briefings/presentations, will approve slides and items prepared by the Contractor for publication. Slides and/or Minutes of meetings or review (including on-board) conferences, and trip reports to CINC/ASCC, other Government agencies, Host Nation(s), or other organizations related to the SOW under this contract prepared by the Contractor for publication will be approved by the Procuring Contracting Officer (PCO) prior to presentation. Minutes and trip reports will include a complete summary and be in sufficient detail to identify reason for trip, dates, locations, points of contact, persons contracted, addresses, telephone numbers, attendees, directions received, areas of concern, accomplishments, action items and salient items of interest identified at the meeting or on the trip. The contractor will provide to the PCO, for the life of the contract, activity summaries, trip reports and other reports listed throughout the SOW. The PCO may change the format required for these reports at any time during the life of the contract. All minutes or trip reports will be submitted to the Procuring Contracting Officer/Program Management Office (PCO/PMO) within seven (7) calendar days of completing the meeting, conference or trip.

**9.2    Cost/Schedule/Performance Status Reports.**

**9.2.1    Cost/Schedule/Performance/Status Report.** The Contractor is required to initiate a system suitable to control costs. During both planning and an EVENT, the reporting level required for use in this contract will be CSSR unless otherwise directed by the PCO.

**9.2.2    Program Management Cost Reporting.** The Contractor is required to provide a cost/schedule/performance report on a bi-weekly basis, or more frequently if required by individual task order. The information in this report is to be used as management information only

Page 30

Attachment 001
DAAA09-02-D-0007



 

and costs are not auditable. This report should identify costs/schedule/performance, by each task order.

**9.2.2.1** The Contractor will prepare and submit the following cost reporting documents to the PCO upon request: Rough Order of Magnitude (ROM) of record, Monthly Spending Plan, Estimate at Completion, Calculated Actuals to Date, and Remaining Funding.

**9.3      Submittals.** Submittals listed below will include separate submittals for Draft, Final and Corrected Final reports. See Appendix D for mailing addresses. Acceptable median for each type submission and submittal contents and requirements will be as specified in the Contract Data Requirements List (CDRL).

**9.3.1    Situation Reports (SITREPs).** The Contractor will prepare, maintain and provide a daily SITREP during execution of an EVENT. The Contractor will provide all SITREPs to the PCO/PMO. All issues that may impact on the contract scope, cost or schedule shall be referred to the PCO for approval. If classified information is to be reported, it will be addressed in each task order.

**9.3.2    After Action Review (AAR).** The Contractor will prepare, maintain and provide an After Action Review (AAR) to include Lessons Learned, as applicable, 30 days after the conclusion of an EVENT.

**9.3.3    Cost/Schedule/Performance Status Reports.** The Contractor will prepare, maintain and provide the Cost/Schedule/Performance Status Reports weekly during an EVENT, otherwise bi-weekly. These reports shall be submitted to the PCO/PMO the first working day of each month following issuance of each Task Order. All issues that may impact on the contract scope, cost or schedule shall be referred to the PCO for approval. If classified information is to be reported, it will be addressed in each task order.

**9.3.4    Trip Reports.** Seven calendar days after completion of each trip.

**9.3.5    Exercise Reports.** Seven calendar days after completion of each exercise.

**9.3.6    EVENT Lessons Learned.** Every 30-calendar days during execution of an EVENT.

**9.3.7    Advance Travel Reports.** Weekly, displaying the scheduled travel for the next (4) weeks.

**9.3.8    Draft Regional and CINC/ASCC Support Plans.** 120 days after award of task order and every 30 days after receipt of government's review.

**9.3.9    Government Review of Draft Plans.** 45 Days after receipt from contractor.

**9.3.10   On-Board Review of Draft Plans.** To be Determined.

**9.3.11   Final Regional and CINC/ASCC Support Plans.** 60 Days after receipt of corrected draft from government. On-Board review of corrected final to be held only if required.



Attachment 001
DAAA09-02-D-0007

 

## APPENDIX A
## DEFINITIONS

1. **AREA OF RESPONSIBILITY (AOR)** - Those geographic boundaries in which a CINC/ASCC or other Department of the Army organization has an assigned mission to provide complete military planning, operations and support functions.

2. **CALENDAR DAYS** - Every day of the year including weekends and holidays. This includes 365 days in a year, 366 days in a Leap Year.

3. **CONCEPT PLAN (CONPLAN)** - An operation plan in concept format. Also called CONPLAN.

4. **CONTINGENCY CONTRACT** - A properly executed contract under which the contractor would be required to maintain an acceptable level of readiness during peacetime. The contract would also include one or more options for performance during specified wartime or other situations. If such a situation should occur, a duly authorized contracting officer would exercise the option(s).

5. **CONTRACTING OFFICER (KO)** - A Government employee, physically on site, with full authority to contractually commit the CONTRACTOR on all matters pertaining to contract performance, administration and funding.

6. **CONTRACTING OFFICER'S REPRESENTATIVE (COR)** - A Government employee, physically on site, who is authorized to represent the KO in technical phases of the Contractor work, but is not authorized to change any of the terms and conditions of the contract.

7. **CORRECTIVE ACTION** - The analysis and implementation of required improvements and corrections by the CONTRACTOR for the nonconformance to or nonconformance of the contract requirements. The analysis and implementation actions will address both the effected service and the process used for the service to preclude future nonconformance.

8. **CUSTOMER** - Authorized Government employee that uses services provided by the contractor.

9. **CUSTOMER COMPLAINT** - A method of surveillance which is initiated by a written or verbal notification of dissatisfaction with the Contractor's performance.

10. **DAY** - Shall be construed to mean a normally scheduled workday.

11. **DEFECT** - An instance of noncompliance regarding a contract requirement. A defect may be the result of either non-performance or poor performance.

12. **DEFICIENCY** - An instance of noncompliance as relates to the contract requirements. A single deficiency may or may not constitute a defect.

13. **EMERGENCY WORK** - Work which takes priority over all other work and requires immediate action, including diverting employees from other jobs if necessary to cover the emergency. This work is necessary for protection, safety, or to meet a critical operational mission requirement.

14. **ENGINEERING SERVICES** - Applies to engineering, design and construction services, and real property maintenance activities (facilities engineering).



Attachment 001
DAAA09-02-D-0007

Page 32

**DEF02201**

 

15. EVALUATION - The process of comparing an observed performance indicator to an established standard. Various techniques are used in the evaluation process including inspection, testing, physical measurements, review of records, and validation of complaints.

16. EVENT - Contingency conditions from heightened international tensions or states of military readiness through period of armed conflict up to and including a Congressionally declared state of war.

17. FORCE - Military personnel and DOD civilians necessary to fulfill a mission.

18. FUNCTIONAL PLAN - Plans involving the conduct of military operations in a peacetime or permissive environment developed by combatant commanders to address requirements such as disaster relief, nation assistance, logistics, communications, surveillance, protection of US citizens, nuclear weapon recovery and evacuation, and continuity of operations, or similar discrete tasks. They may be developed in response to the requirements of the Joint Strategic Capabilities Plan, at the initiative of the CINC, or as tasked by the supported combatant commander, Joint Staff, Service, or Defense agency. Chairman of the Joint Chiefs of Staff review of CINC-initiated plans is not normally required.

19. GOVERNMENT FURNISHED EQUIPMENT (GFE) - Government furnished equipment provided to the CONTRACTOR for use in fulfilling the terms of this contract only maintained by the CONTRACTOR and returned to the Government at contract conclusion and/or termination in the same condition received less normal wear.

20. GOVERNMENT FURNISHED FACILITIES - Buildings (or parts thereof), storage facilities, and parking areas designated by the Government for the exclusive use of the CONTRACTOR in fulfilling the terms of this contract only.

21. GOVERNMENT FURNISHED MATERIAL - Equipment, replacement parts, and other consumables provided to the CONTRACTOR for the maintenance and/or repair of the installation real property.

22. GOVERNMENT FURNISHED PROPERTY (GFP) - All equipment, facilities, and material provided by the Government for exclusive use of the CONTRACTOR in fulfilling the terms of this contract only.

23. HAZARDOUS MATERIALS - Any material having hazardous characteristics, i.e., combustible liquids, corrosives, explosives, flammables, and compressed gases. They are classified according to the level of danger they present.

24. HAZARDOUS WASTES - Hazardous Waste are defined by USEPA as ignitable, corrosive, reactive or toxic and may include specific substances cited in US 40 CPR, Part 261 or I EPA Regulation, Title 35, Subtitle G, Part 721, and/or present a significant hazard to human health and the environment. Special handling procedures and disposal facilities are required for their disposal by turn-in to DRMO-RI as described in the Hazardous Waste Disposal information issued by the RIA Environmental Coordinator.

25. INSPECTION - The procedure or process by which critical examination of a structure, mechanism, system, or procedure of service output is inspected to discover discrepancies and/or inefficiencies.

26. HOST NATION SUPPORT (HNS) - Civil and military assistance rendered in peace and war by a host nation to allied forces which are located on or in transit through the host nation's



 

territory. The bases for such assistance are bilateral or multilateral agreements concluded between the host nation and nation(s) having forces operating in the host nation's territory.

27. LOGISTICS - Activities that support the movement and sustainment of a force. The five functional elements of logistics are supply, maintenance, transportation, services and facilities.

28. ON-BOARD REVIEW - Conferences designated by the PCO to review Contractor progress or evaluate Contractor submitted documents. All On-Board review conferences will be held where designated by the PCO.

29. OPERATION PLAN (OPLAN) - Any plan, except for the Single Integrated Operation Plan, for the conduct of military operations. Plans are prepared by combatant commanders in response to requirements established by the Chairman of the Joint Chiefs of Staff and by commanders of subordinate commands in response to requirements tasked by the establishing unified commander. Operation plans are prepared in either a complete format (OPLAN) or as a concept plan (CONPLAN). The CONPLAN can be published with or without a time-phased force and deployment data (TPFDD) file.

a. OPLAN—An operation plan for the conduct of joint operations that can be used as a basis for development of an operation order (OPORD). An OPLAN identifies the forces and supplies required to execute the CINC's Strategic Concept and a movement schedule of these resources to the theater of operations. The forces and supplies are identified in TPFDD files. OPLANs will include all phases of the tasked operation. The plan is prepared with the appropriate annexes, appendixes, and TPFDD files as described in the Joint Operation Planning and Execution System manuals containing planning policies, procedures, and formats. Also called OPLAN.

b. CONPLAN—An operation plan in an abbreviated format that would require considerable expansion or alteration to convert it into an OPLAN or OPORD. A CONPLAN contains the CINC's Strategic Concept and those annexes and appendixes deemed necessary by the combatant commander to complete planning. Generally, detailed support requirements are not calculated and TPFDD files are not prepared. Also called CONPLAN.

c. CONPLAN with TPFDD—A CONPLAN with TPFDD is the same as a CONPLAN except that it requires more detailed planning for phased deployment of forces.

30. PERFORMANCE WORK STATEMENT (PWS) - A document that identifies functional requirements and established standards for custodial services, including Statement of Work, Performance Requirements Summary, Quality Assurance Surveillance Plan, Attachments, governing directives, estimated workload, and general tasks and requirements.

31. PREPOSITIONED EQUIPMENT - Equipment procured by the Government and/or the Contractor, and prepositioned prior to activation of an EVENT.

32. QUALITY ASSURANCE (QA) - Those actions taken by the Government to inspect or check goods or services to determine that they meet or do not meet the requirements of the contract.

33. QUALITY ASSURANCE EVALUATOR (QAE) - The Government person responsible for monitoring CONTRACTOR performance.

Page 34


Attachment 001
DAAA09-02-D-0007


DEF02203

 

34. QUALITY ASSURANCE SURVEILLANCE PLAN - A written plan that details what is to be evaluated, how evaluations are to be accomplished, frequency of evaluations, evaluation parameters, sampling guides, inspection checklists, and other information that QAE should have in order to provide effective QA.

35. QUALITY CONTROL (QC) - A method used by the CONTRACTOR to control the quality of goods or services produced.

36. SURVEILLANCE - The process of monitoring Contractor performance by direct evaluation, observation, or other information source.

37. SURVEILLANCE PLAN - A written document used for quality assurance surveillance. The document contains sampling guides, checklists, and decision tables.

38. WORK PLAN - A written schedule of tasks or activities designed to satisfy a defined requirement within specified time from and at a predetermined cost.

39. UMBRELLA CONTRACT - A broad contract that covers many functional areas in one or more locations. One prime Contractor with a suitable management structure could provide services by using a combination of organic assets, HNS, and third country contractors.



 

**APPENDIX B**
**ACRONYMS AND ABBREVIATIONS**

| | |
|---|---|
| AAR | After Action Reports |
| ACO | Administrative Contracting Officer |
| A/DACG | Arrival/Departure Air Control Group |
| ADP | Automated Data Processing |
| ADPE | Automatic Data Processing Equipment |
| AFCS | Army Facilities Components System |
| AMC | Air Mobility Command |
| AMC | Army Materiel Command |
| AO | Area of Operations |
| AOAP | Army Oil Analysis Program |
| AOR | Area of Operational Responsibility |
| APO | Army Post Office |
| APOD | Aerial Port of Debarkation |
| APOE | Aerial Port of Embarkation |
| ARCENT | Army Central Command |
| ARFOR | Army Forces |
| AR | Army Regulation |
| ASCC | U.S. Army Service Component Commander |
| CALS | Continuous Acquisition and Logistic Support |
| CAPR | Contractor Acquired Property Request |
| CDRL | Contract Data Requirements Lists |
| CEB | Clothing Exchange and Bath |
| CENTCOM | Central Command |
| CG | Commanding General |
| CINC | Commander-In-Chief |
| CINCCENT | Commander-In-Chief Central Command |
| CINCEUR | Commander-In-Chief European Command |
| CINCPAC | Commander-In-Chief Pacific Command |
| CINCSOUTH | Commander-In-Chief Southern Command |
| CLIN | Contract Line Item Number |
| CONPLAN | Concept Plan |
| CONUS | Continental United States |
| COR | Contracting Officer's Representative |
| CPX | Command Post Exercise |
| CS/CSS | Combat Support/Combat Service Support |
| CSSR | Cost Schedule Status Report |
| DCSLOG | Deputy Chief of Staff Logistics |
| DDE | Dynamic Data Exchange |
| DIS | Defense Investigative Service |
| DNA | Deoxyribonucleic Acid |

Attachment 001
DAAA09-02-D-0007

DEF02205

 

| | |
|---|---|
| DoD | Department of Defense |
| DoDD | Department of Defense Directive |
| DODAAC | Department of Defense Activity Address Code |
| DOL | Director of Logistics |
| DRMO | Defense Reutilization and Marketing Office |
| DS | Direct Support |
| EUCOM | European Command |
| EUSA | Eighth U.S. Army |
| FACP | Fly Away Communications Package |
| FAR | Federal Acquisition Regulation |
| FORSCOM | U.S. Army Forces Command |
| FSC | Field Support Command |
| FSE | Forward Support Element |
| FTP | File Transfer Protocol |
| FTX | Field Training Exercise |
| GFE | Government Furnished Equipment |
| GFM | Government Furnished Material |
| GS | General Support |
| GUI | Graphic Unit Interface |
| HAZMAT | Hazardous Materials |
| HIV | Human Immunodeficiency Virus |
| HNS | Host Nation Support |
| HVAC | Heating, Ventilating and Air Conditioning |
| IAW | In Accordance With |
| Army Transformation | Interim Brigade Combat Team |
| IPR | In Process Review |
| ISB | Intermediate Staging Base |
| ISP | Interim Support Package |
| JFCOM | Joint Forces Command |
| JTF HQ | Joint Task Force Headquarters |
| LOGCAP | Logistics Civil Augmentation Program |
| LOGMARS | Logistics Applications of Automated Marking and Reading Symbols |
| LSE | Logistics Support Element |
| MACOM | Major Command |
| MHE | Material Handling Equipment |
| MRE | Meal Ready to Eat |
| MSEL | Master Scenario Events List |
| MTOE | Modified Table of Organization Equipment |
| MWR | Morale, Welfare, and Recreation |
| MY | Man-year |
| NATO | Northern Atlantic Treaty Organization |
| NISPCM | National Industrial Security Program Operation Manual |
| NLT | No Later Than |
| OCONUS | Outside Continental U.S. |
| OEM | Original Equipment Manufacture |

Attachment 001
DAAA09-02-D-0007

DEF02206

 

| | |
|---|---|
| COTW | Operations Other Than War |
| OPLAN | Operations Plan |
| OPORD | Operations Order |
| OPSEC | Operational Security |
| OSC | Operations Support Command |
| PACOM | Pacific Command |
| PCO | Procuring Contracting Officer |
| PM | Program Manager |
| PMO | Program Management Office |
| POL | Petroleum, Oil and Lubricants |
| POM | Process for Overseas Movement |
| PRS | Performance Requirements Summary |
| QAR | Quality Assurance Representatives |
| QAE | Quality Assurance Evaluator |
| QASP | Quality Assurance Surveillance Plan |
| QC | Quality Control |
| RF | Radio Frequency |
| ROM | Rough Order of Magnitude |
| RTCH | Rough Terrain Container Handler |
| RSO&I | Reception, Staging, Onward Movement and Integration |
| USAMC | United States Army Materiel Command |
| SITREP | Situation Report |
| SLIN | Sub Line Item Number |
| SOFA | Status of Forces Agreements |
| SOUTHCOM | Southern Command |
| SOW | Statement of Work |
| SPBS-R | Standard Property Book System- Revised |
| SPOD | Sea Port of Debarkation |
| SSA | Supply Support Activity |
| ST | Short Ton |
| STAMIS | Standard Army Management Information Systems |
| TAT | To Accompany Troops |
| TBD | To Be Determined |
| TCMS | Theater Construction Management System |
| TDA | Table of Distribution and Allowances |
| TEMPER | Tent Expandable Modular Personnel |
| TM | Technical Manual |
| TMDE | Test Measurement and Diagnostic Equipment |
| TO | Theater of Operations |
| TPFDD | Time-Phased Force Deployment Data |
| TPFDL | Time-Phased Force Deployment List |
| TMEP | Theater Mortuary Evacuation Point |
| TOGS | Theater Oriented Guide Specifications |
| TUSA | Third U.S. Army |

Attachment 001
DAAA09-02-D-0007

**DEF02207**

 

| | |
|---|---|
| UIC | Unit Identification Code |
| ULLS-G | Unit Level Logistics Systems-Ground |
| USAMC | United States Army Material Command |
| USAREUR | United States Army Europe |
| USARPAC | U.S. Army Pacific |
| USARSO | U.S. Army Southern Command |
| USFK | U.S. Forces Korea |



Attachment 001
DAAA09-02-D-0007

Page 39

DEF02208

 



**APPENDIX D**
**MAILING ADDRESSES**

1.  Commander
    Headquarters, U.S. Army Field Support Command
    ATTN: AMSOS-CCF
    1 Rock Island
    Rock Island, IL 61299-6000

2.  Commander
    US Army Materiel Command
    ATTN:  SOSFS-COL
    5001 Eisenhower Avenue
    Alexandria, VA  23333-0001

3.  Executive Director
    USAMC Logistics Support Activity
    ATTN:  AMXLS-G
    Redstone Arsenal, AL  35898-7466

4.  HQDA ODCSLOG
    Pentagon
    ATTN:  DALO-POD
    Washington, DC  20310-0523

5.  Commander
    Army Material Command- Far East
    ATTN:  LOGCAP Plans and Operations
    Camp Market APO AP  96283

6.  Commander
    U.S. Army, South
    ATTN:  USARSO-ODCSENG
    APO AA 34004-5000

7.  Commander
    U.S. Army, Pacific
    Office of the Deputy Chief of Staff for Logistics
    ATTN:  Plans and Operations
    Fort Shafter, HI
    APO 96858



Attachment 001
DAAA09-02-D-0007

Page 36

**DEF02209**

 

8.  Commander
    U.S. Army, Europe
    ATTN: USAREUR-ODCSENG
    Heidelberg, Germany
    APO AE  09014

9.  Commander
    Army Material Command - Europe
    ATTN: AMXLS-LSE-E
    Unit 29331
    APO AE  09266

10. Commander-in-Chief
    U.S. Pacific Command
    ATTN: J-4/J-44
    Box 64020
    Camp H.M. Smith, HI 96861-4020

11. Commander
    Army Material Command – CONUS
    1777 Hardee Ave SW
    ATTN: SOSFS-C-CO
    Bldg. 200
    Fort McPherson, GA  30330-1062

12. Commander
    U.S. Army Forces Command
    1777 Hardee Ave SW
    ATTN: AFLG-P2L (G-4)
    Fort McPherson, GA  30330-1062

13. Commander
    Third U.S. Army
    1881 Hardee Ave SW
    ATTN: AFRD-GD-
    Fort McPherson, GA 30030-1064

14. Commander
    Eighth U.S. Army
    ATTN: APZH-GL-MSS (Plans and Operations)
    Fort Lewis, WA 98433-9500



Attachment 001
DAAA09-02-D-0007

Page 37

 

15. Commander-in-Chief
    U.S. Southern Command
    ATTN: J4
    APO AA 34004-5000

16. Commander-in-Chief
    U.S. Central Command
    ATTN: J4/7
    McDill Air Force Base, FL 33608

17. Commander-in-Chief
    U.S. European Command
    ATTN: J4
    APO AE 09128

18. Commander-in-Chief
    U.S. Joint Forces
    ATTN: J4
    Norfolk, VA 23551-2488

19. Commander
    U.S. Army Corps of Engineers
    ATTN: CECW-OE-P
    20 Massachusetts Avenue, N.W.
    Washington, DC 20314-10000

25. Defense Contract Management District International
    6350 Walker Lane
    Suite 500
    Alexandria, VA 22310-3241



Attachment 001
DAAA09-02-D-0007

DEF02211

 

**Appendix E**
**Plan Content Format**

_____
(Classification)
(Change from oral orders, if any)

FM 101-5

Copy ___ of ___ Copies
Issuing headquarters
Place of issue
Date-time group of signature
Message reference number

**OVERLAY ORDER** _____ (code name)
(number)

**References:**

**Time Zone Used Throughout the Order:**

**Task Organization:** List only changes on the overlay.

1. **SITUATION.** List any changes to enemy or friendly situation.
   a. **Enemy forces.** Verbal brief, referring to enemy unit locations (known or suspected) on the overlay.

   b. **Friendly forces.** Verbal brief, referring to friendly unit locations on the overlay.

   c. **Attachments and detachments.** Verbal brief, confirms changes to task organization.

   d. **Commander's evaluation.** Verbal brief.

2. **MISSION.** Written on the overlay.

3. **EXECUTION**

Intent:
   a. **Concept of operations.** Verbal brief, referring to the overlay. Focus is on key events, identifying the main effort, priorities of fires, and trigger points to execute engagements.

   b. **Tasks to maneuver units.** Written, for each subordinate unit, on the overlay. Specified tasks for each unit only.

   c. **Tasks to CS units.** Verbal brief, identifies priority of support.

   d. **Coordinating instructions.** Verbal brief, covers only items not covered in unit SOPs. Focus on control measures and graphics.

4. **SERVICE SUPPORT.** Verbal brief, referring to the overlay for locations of support. Any changes to sustainment.

5. **COMMAND AND SIGNAL**
   a. **Command.** Verbal brief, refer to the overlay for location of key personnel, and identify the succession of command.

   b. **Signal.** Verbal brief, and any code words, which key events.

Page 39





## Section H, Special Contract Requirements-continued

### Special Provisions for Peacetime Contracts

This general guidance addresses the deployment of contractor personnel into a theater of operations in support of a contingency or exercise.

The general guidance provided by this provision is not all-inclusive nor are all items required for all situations.  Each contingency will evolve differently depending upon theatre commander's guidance impacting on the deployment.  The Contracting Officer may tailor these provisions as appropriate for individual task orders.

In the event that the contractor deploys individuals into the area of operations in support of a contingency or exercise, the following conditions may apply:

### H-13   Management

• The contractor shall ensure that all personnel hired by or for the contractor will comply with all guidance, instructions, and general orders applicable to U.S. Armed Forces and DoD civilians as issued by the Theater Commander or his/her representative.  This will include any and all guidance and instructions issued based upon the need to ensure mission accomplishment, force protection, and safety, unless directed otherwise in the task order SOW.

• The contracting officer is the only authorized official who shall increase, decrease, or alter the scope of work to be performed, and any orders or instructions interpreted by the contractor as impacting the scope or cost of the contract.

• The contractor shall comply, and shall ensure that all deployed employees, subcontractors, subcontractors employees, invitees and agents comply with pertinent Service and Department of Defense directives, policies, and procedures, as well as federal statutes, judicial interpretations and international agreements (e.g., Status of Forces Agreements, Host Nation Support Agreements, etc.) applicable to U.S. Armed Forces or U.S. citizens in the area of operations. Host Nation laws and existing Status of Forces Agreements may take

Attachment 002                                                    1
DAAA09-02-D-0007



precedence over contract requirements. The contracting officer will resolve disputes. The contractor shall provide the contracting officer copies, if requested, of any documents relating to the dispute.

- The contractor shall at all times be responsible for the conduct of its employees and those of its subcontractors and invitees.

- The Contractor shall promptly resolve, to the satisfaction of the contracting officer, all contractor employee performance and conduct problems identified by the cognizant contracting officer or his/her designated representative.

- The contracting officer may direct the contractor, at the contractor's expense, to remove or replace any contractor employee failing to adhere to instructions and general orders issued by the Theater Commander or his/her designated representative.

**H-14   Logistics Support Element**

- The contractor shall place all employees deploying to support this contract under administrative control of the designated Logistics Support Element and the AMC Forward Commander.

**H-15    Risk Assessment and Mitigation**

- The contractor will brief its employees regarding the potential danger, stress, physical hardships and field living conditions.

- The contractor will require all its employees to acknowledge in writing that they understand the danger, stress, physical hardships and field living conditions that are possible if the employee deploys in support of military operations.

- The contractor will ensure that all deployable employees are medically and physically fit to endure the rigors of deployment in support of a military operation. If an employee is unable to perform, the contractor must replace the employee.



Attachment 002
DAAA09-02-D-0007

2

DEF02214

 

- If a contractor employee departs an area of operations without permission, the contractor will ensure continued performance in accordance with the terms and conditions of the contract. If the contractor replaces an employee who departs without permission, the replacement is at contractor expense and must be complete within 72 hours, or as directed by the contracting officer.

- The contractor will designate and provide contact information for a point of contact and back up for all its plans and operations and establish an operations center to plan and control the contractor deployment process and resolve operations issues with the deployed force.

- As required by the operational situation, the government may at its discretion relocate contractor personnel (who are citizens of the United States, aliens in resident in the United States or third country nationals, not resident in the host nation) to a safe area or evacuate them from the area of operations. The U.S. State Department has responsibility for evacuation of non-essential personnel.

### H-16    Force Protection

- While performing duties IAW the terms and conditions of the contract, the Service Theater Commander will provide force protection to contractor employees commensurate with that given to Service/Agency (e.g. Army, Navy, Air Force, Marine, DLA) civilians in the operations area unless otherwise stated in each task order.

### H-17    Central Processing and Departure Point

- For any contractor employee determined by the government at the deployment-processing site to be non-deployable for debilitating health problems or failure to have a security clearance when one is required, the contractor shall promptly remedy the problem. If the problem cannot be remedied in time for deployment, a replacement having equivalent qualifications and skills shall be provided in time for scheduled deployment.

- The contractor shall ensure that all deploying employees receive all required mission training and successfully complete the training.



Attachment 002                                                           3
DAAA09-02-D-0007

DEF02215

 

- The government at its discretion may provide the contractor employees with Chemical Defensive Equipment (CDE) familiarization training commensurate with the training provided to Department of Defense civilian employees.

- The contractor, when permitted by the Government, will have the flexibility to deploy its own employees.

### H-18    Standard Identification Cards

- The contracting officer/AMC Forward point of contact shall identify to the contractor all identification cards and tags required for deployment.

- The contracting officer/AMC Forward point of contact shall issue or shall inform the contractor where the identification cards and tags are to be issued.

- The contracting officer/AMC Forward shall coordinate for issuance of required identification cards and tags for all contractor employees not processing through a CONUS Replacement Center.

- The contractor shall ensure that all deploying individuals have the required identification tags and cards prior to deployment.

- Upon redeployment, the contractor will ensure that all issued controlled identification cards and tags are returned to the government.

### H-19   Medical

- The contracting officer shall provide the contractor with all physical and medical requirements and standards necessary for deployment.

- The contractor shall be responsible for providing employees who meet the physical standards and medical requirements for job performance in the designated theater of operations.



Attachment 002
DAAA09-02-D-0007

4

 

- The government may require medical screening at the CONUS Replacement Center for FDA approved immunizations, which may include DNA sampling.

- For any deployed contractor employee determined by the government to be medically unfit, the contractor shall promptly remedy the problem.  If the problem cannot be remedied, a replacement having equivalent qualifications and skills shall be provided as determined by the contracting officer.

- The government at its discretion may provide to contractor employees **deployed** in the theater of operations, on a cost reimbursable basis, emergency medical and dental care commensurate with the care provided to Department of Defense civilian deployed in the theater of operations. This does not include local nationals under normal circumstances.

- Deploying civilian contractor personnel shall carry with them a minimum of a 90-day supply of any medication they require.

**H-20   Clothing and Equipment Issue**

- The contractor will ensure that his employees do not wear military clothing.

- Contractors accompanying the force are not authorized to wear military uniforms, except for specific items required for safety and security. If required, the government at its discretion may provide to the contractor all required military unique Organizational Clothing and Individual Equipment (OCIE).  (Types of OCIE may include Nuclear, Biological, and Chemical Defensive Equipment).

- The contracting officer shall identify to the contractor the OCIE issue point and issue items.

- Upon receipt of OCIE, the contractor shall assume responsibility and accountability for these items.

- The contractor or contractor employee shall sign for all issued OCIE, thus acknowledging receipt and acceptance of responsibility for the proper maintenance and accountability of issued organizational clothing and individual equipment.

5



 

- The contractor shall ensure that all OCIE are returned to the government. Upon return of organizational clothing and individual equipment to the government, the contractor shall be responsible for requesting, maintaining, and providing to the contracting officer documentation demonstrating the return of issued organizational clothing and individual equipment to government control.

- The contracting officer will require the contractor to reimburse the government for OCIE lost or damaged due to contractor negligence.

### H-21   Weapons and Training

- Whether contractor personnel will be permitted to carry a government furnished weapon for self-defense purposes in the Area of Operations (AO) is at the discretion of the Theater Commander. However, Contractor personnel will not possess personally owned firearms in the AO. The government may at its discretion issue weapons and ammunition (M9 Pistols) for self-defense to the contractor employees. Acceptance of weapons by contractor employees is at the discretion of the contractor and the contractor employees. If accepted the contractor will maintain a listing of employees possessing a government firearm and provide notification to the Contracting Officer. When accepted, the contractor employee is responsible for using the weapon in accordance with the rules of engagement issued by the Theater Commander. The contractor employee is legally liable for any use that is not in accordance with the rules of engagement. Also when accepted, only military issued ammunition may be used in the weapon.

- Prior to issuing any weapons to contractor employees, the government at its discretion may provide the contractor employees with weapons familiarization training commensurate to training provided to Department of Defense civilian employees.

- The contractor shall ensure that its employees adhere to all guidance and orders issued by the Theater Commander or his/her representative regarding possession, use, safety, and accountability of weapons and ammunition.



6

 

- Upon redeployment or notification by the government, the contractor shall ensure that all government issued weapons and ammunition are returned to government control.

- Contractors will screen employees, and subcontractors, to ensure that employees may be issued a weapon in accordance with U.S. or applicable host nation laws. Evidence of screening will be presented to the contracting officer.

### H-22   Vehicle and Equipment Operation

- The contractor shall ensure that deployed employees possess the required civilian licenses to operate the equipment necessary to perform the contract in the theater of operations in accordance with the statement of work.

- Before operating any military owned or leased equipment, the contractor employee shall provide proof of license (issued by an appropriate governmental authority) to the unit or agency issuing the equipment.

- The government, at its discretion, may train and license contractor employees to operate military owned or leased equipment.

- All contractor owned motor vehicles shall meet required vehicle requirements within the AOR and be maintained in a safe operating condition and good appearance. All contractor owned motor vehicles used for transporting Government property shall be properly equipped and designed to ensure protection of the property. All contractor owned motor vehicles may at the PCO direction be required to conspicuously display the contractor's logo and/or name on both sides of the vehicle.

### H-23   Passports, Visas and Customs

- The contractor is responsible for obtaining all passports, visas, or other documents necessary to enter and/or exit any area(s) identified by the contracting officer for contractor employees.

- All contractor employees shall be subject to the customs, processing procedures, laws, agreements and duties of the

7



Attachment 002
DAAA09-02-D-0007

DEF02219

 

country in which they are deploying to and the procedures, laws, and duties of the United States upon re-entry.

- Contractors are required to register all personnel with the appropriate U.S. Embassy or Consulate.

## H-24   Reception, Staging, Onward Movement and Integration.

- Upon arrival in the area of operations, contractor employees will receive Reception, Staging, Onward movement and Integration, as directed by the contracting officer or his/her designated representative, the AMC-Forward, or Theater Commander.
- The contractor should be prepared to move material and equipment using U.S. government transportation and comply with applicable transportation regulations, such as; MILSTAMP, etc., for safety, packaging, tie-down, etc.

## H-25   Living under Field Conditions

- The government at its discretion may provide to contractor employees deployed in the theater of operations the equivalent field living conditions, subsistence, emergency medical and dental care, sanitary facilities, mail delivery, laundry service, and other available support afforded to government employees and military personnel in the theater of operations, unless **otherwise specified in the contract**.

## H-26   Morale, Welfare, Recreation

- The government at its discretion may, consistent with the terms and conditions of the contract, provide to contractor employees (US citizens only) deployed in the theater of operations; morale, welfare, and recreation services commensurate with that provided to Department of Defense civilians and military personnel deployed in the theater of operations.



 

## H-27   Status of Forces Agreement

- The contractor shall adhere to all relevant provisions of the applicable Status of Forces Agreements (SOFA) and other similarly related agreements.

- (For Germany) The contractor is responsible for documenting technical expert status, as required.

- The contractor is responsible for providing the government with the required documentation to acquire invited contractor or technical expert status, if required by SOFA.

## H-28   Pay

- In the event the contractor must pay additional compensation above that contemplated under the contract, to retain or obtain personnel to perform in a theater of operations during a declared contingency, the contractor must obtain prior approval by the Procuring Contracting Officer before incurring any additional compensation costs.  The contractor shall furnish proper data to the contracting officer to substantiate any adjustment to the contract.

## H-29   Tour of Duty/ Hours of Work

- The contracting officer shall provide the contractor with the anticipated duration of the deployment.

- The contractor may rotate contractor employees into and out of the theater provided there is no degradation in mission results.  For employees who have deployed less than 179 days, the contractor may rotate personnel at his own expense, for employees who have deployed greater than 179 days may be rotated as an allowable cost under the contract.  The contractor will coordinate personnel changes with the contracting officer.

- The contracting officer shall provide the contractor with anticipated work schedule.

- The contractor shall comply with all duty hours and tours of duty identified by the contracting officer or his/her designated representative.

9



Attachment 002
DAAA09-02-D-0007

**DEF02221**



- The contracting officer, or his/her designated representative, may modify the work schedule to ensure the government's ability to continue to execute its mission.

### H-30    On-Call Duty or Extended Hours

- The contractor shall be available to work extended hours to perform mission essential tasks as directed by the contracting officer.

- The contractor shall be available to work "on-call" to perform mission essential tasks as directed by the contracting officer.

- The contracting officer, or his/her designated representative, will identify the parameters of "on-call" duty.

- If appropriate, the contracting officer may negotiate an equitable adjustment to the contract.

### H-31    Health and Life Insurance

- The contractor shall ensure that worker's compensation insurance under the Defense Base Act is provided to its employees in the theater of operations.

### H-32    Next of Kin Notification

- Before deployment, the contractor shall ensure that each contractor employee completes a DD Form 93, Record of Emergency Data Card, and returns the completed form to the designated government official.

### H-33    Return Procedures

- Upon notification to the contractor of redeployment, the contracting officer at his/her discretion may authorize contractor employee travel from the theater of operations to the designated CONUS Replacement Center (CRC) or individual redeployment site.



Attachment 002
DAAA09-02-D-0007

10

 

- The contractor shall ensure that all government-issued clothing and equipment provided to the contractor or the contractor's employees are returned to government control upon completion of the deployment.

- The contractor shall provide the contracting officer with documentation, annotated by the receiving government official, of all clothing and equipment returns.

**H-34   Purchasing Resources**

- When the Theater Commander establishes a Commander-in-Chief Logistics Procurement Support Board (CLPSB), the contractor will be required to coordinate purchases of items or labor designated as limited in the Theater of Operations.

**H-35   Special Legal**

- Public Law 106-523. Military Extraterritorial Jurisdiction Act of 2000: Amended Title 18, US Code, to establish Federal Jurisdiction over certain criminal offenses committed outside the United States by persons employed by or accompanying the Armed Forces, or by members of the Armed Forces who are released or separated from active duty prior to being identified and prosecuted for the commission of such offenses, and for other purposes applies to contractor employees deployed OCONUS.

**H.36   AWARD FEE**

a.  A Cost Plus Award Fee (CPAF) type contract is applicable to task orders issued for EVENT/Exercise execution and AMC Directed Missions.  A CPAF contract is of the cost-reimbursement category but is distinguished by its special fee provision that allows the Government to unilaterally vary the amount of award fee paid based on its evaluation of the Contractor's performance.

b.  Contractor's performance shall be continually monitored by an appointed LOGCAP Award Fee Evaluation Board (AFEB).  The AFEB recommends an award fee to the AFDO after each board review.  The AFDO may accept the AFEB's recommendation or make a unilateral determination on the payable award fee.



Attachment 002
DAAA09-02-D-0007

11

DEF02223




c.  Fee Structure:  The evaluation periods and key activities/events shall be specified in each task order, to include the fee available during each evaluation period. An award fee pool shall be established based upon the negotiated estimated cost to execute the effort, excluding cost of money and any other regulatory exclusions.

(1) Base Fee:  The fee for this contract is composed of a base fee of 1% of all fee-bearing costs.  Fee bearing costs shall be established based upon the negotiated estimated costs to execute the effort.

(2) Award Fee:  The award fee for this contract shall be composed of an award fee pool (Award Fee Pool is based on the final negotiated estimated cost not the Rough Order of Magnitude (ROM)) of 3%. This provides the contractor the potential to earn fee up to an additional 2% above the base fee of 1% based upon better than average performance.  The Award Fee Pool (AWP) may be renegotiated whenever the estimated work significantly changes (as agreed by the parties), or at the request of either party should the estimated workload changes by more than 30%.

d.  The LOGCAP Award Fee Evaluation Board (AFEB) will evaluate Contractor performance on each CPAF delivery order not less than semi-annually by:

(1) Reviewing Contractor performance as measured against the LOGCAP award fee evaluation criteria.

(2) Reviewing the Contractor's written assessment describing its performance during the evaluation period.  The Contracting Officer will specifically request the required documentation.

e.  The payment of any award fee is contingent upon earning a performance rating of good, very good or excellent.  It is the desire of the Government that the Contractor perform services in such a manner so as to warrant the highest possible rating and subsequent award fee.  The Award Fee Pool is structured accordingly.  Award fee determinations will be made no less than semi-annually (quarterly when possible) on each CPAF task order issued under the contract to cover performance during the preceding evaluation period.

f.  The Contractor's performance and progress will be monitored during each evaluation period by members of the AFEB and other Government technical representatives.  Government

Attachment 002
DAAA09-02-D-0007

12

DEF02224

 

representatives may advise the Contractor of any poor performance in order to provide the opportunity for improvement during the evaluation period. Performance will be evaluated based on the contractor's ability to exercise prudent business judgment depending upon the CPAF scenario and applicable trade-off considerations related to the delivery, quality of work and cost factors and associated sub-factors.

g. The contractor's performance will be evaluated based on the following factors and sub-factors. Each factor (Technical Performance, Cost Performance, Management) is weighted as shown below in the determination of the award fee. Each sub-factor under each factor is also weighted as shown to determine award fee. A detailed description of these criteria is provided as an attachment to this provision:

**Evaluation Factors and Weighting:**

    **(1) Technical Performance .30**

        (a) Adherence to Schedule .40

        (b) Quality of Work   .30

        (c) Responsiveness   .30

  **(2) Cost Performance .40**

  **(3) Management .30**

    (a) Liaison   .30

    (b) Initiative   .30

    (c) Identification and Resolution of Problems   .40

h. The amount of the award fee shall be based upon a subjective evaluation by the Government on the contractor's performance during the period in question to include considerations of the nature of the task(s) assigned and any other factors considered relevant to the determination.

i. The performance evaluation periods for each CPAF order will be established based upon mission duration, but are anticipated to be based on six-month periods whenever possible. However, the award fee performance evaluation period may be changed unilaterally at the Government's discretion, upon

13



Attachment 002
DAAA09-02-D-0007

DEF02225

 

notification to the Contractor 30 days prior to the start of the evaluation period(s) affected. These fee evaluation periods are based upon the SOW requirements that the contractor support a LOGCAP EVENT/Exercise execution and AMC Directed Missions. The Government reserves the right to alter the criteria or weights for a subsequent award fee period provided written notice is given to the contractor within 30 days of the next award fee period.

j. The LOGCAP Contractor may submit vouchers for the award fee to which they are entitled immediately upon written notification by the Contracting Officer.

k. The decision of the Award Fee Determining Official (AFDO) on the amount of award fee is not subject to the contract clause entitled "Disputes."

l. The following adjectival ratings shall be used to describe the level of performance:

(1) **EXCELLENT**: Performance is of the highest quality that could be achieved under the contract. There are no areas of deficiencies or problems encountered during the evaluation period.

(2) **VERY GOOD**: Performance is of high quality and approaching the best that could be performed by the Contractor. Work completed greatly exceeds an average performance level. A few minor problems are experienced during the evaluation period without impacting the overall level of performance.

(3) **GOOD**: Contractor exceeds some contract requirements in a manner demonstrating commitment to the program. Work completed is much better than minimum required performance. Areas of deficiency and minor problems are more than off-set by areas of good performance.

(4) **AVERAGE**: Contractor's performance is the minimum required level to meet needs. Areas of good performance are offset by deficiencies and problems, which reduces performance to a level that is minimally acceptable under the contract.

m. The attached Factors and Performance Category Criteria will serve as guidelines for the evaluators and AFDO to evaluate Contractor performance. For each of the weighted ratings, the following available award fee percentages apply:

14



 

| Performance Standard | Numerical Rating | Percent of Available Award Fee Earned |
|---|---|---|
| Average (Range: 0 to 70) | 0-70 | 0 |
| Good (Range: Greater than 70 to 80) | 71 | 4 |
| | 72 | 8 |
| | 73 | 12 |
| | 74 | 16 |
| | 75 | 20 |
| | 76 | 24 |
| | 77 | 28 |
| | 78 | 32 |
| | 79 | 36 |
| | 80 | 40 |
| Very Good (Range: Greater than 80 to 90) | 81 | 44 |
| | 82 | 48 |
| | 83 | 52 |
| | 84 | 56 |
| | 85 | 60 |
| | 86 | 64 |
| | 87 | 68 |
| | 88 | 72 |
| | 89 | 76 |
| | 90 | 80 |
| Excellent (Range: Greater than 90 to 100) | 91 | 82 |
| | 92 | 84 |
| | 93 | 86 |
| | 94 | 88 |
| | 95 | 90 |
| | 96 | 92 |
| | 97 | 94 |
| | 98 | 96 |
| | 99 | 98 |
| | 100 | 100 |

15

 

| FACTORS | AVERAGE OR BELOW | GOOD | VERY GOOD | EXCELLENT |
|---|---|---|---|---|
| **Technical** | | | | |
| **(A-1) ADHERENCE TO SCHEDULE** | Consistently late on meeting contractor controlled scheduled dates. Little or no effort is made to maintain schedule integrity. | Some minor but no critical contractor controlled schedule delays experienced. Contractor meets all surge requirements with little Government intervention. Major program milestones are met. | All contractor-controlled schedules are met. Contractor meets all surge requirements with no Government intervention. | All contractor-controlled schedules are met. Contractor exceeds all surge requirements. Concerted effort made to meet all schedule changes caused by the Government. |
| **(A-2) QUALITY OF WORK** | Work is at minimal acceptance and rework is expected. Repeated Government direction is required. | Work is done adequately with some rework required resulting in minor problems but no serious program impact upon schedule. Occasional Government direction is required. | Work is done well with minimal rework required. Changes are incorporated and accomplished. Minimal Government direction is required. | Work is of the highest caliber. No rework is required. Changes are incorporated resulting in enhancing program accomplishment. Government direction is not required. |
| **(A-3) RESPONSIVENESS** | Contractor is routinely inflexible to contract changes resulting in delays in contract efforts. Definitizes action within 180 days from task order award. | The contractor responds to program schedule changes with only minor adverse impact to supportability, cost, or schedule. Definitizes action within 150 days from task order award. | The contractor responds to program schedule changes with no adverse impact to supportability, cost, or schedule. Definitizes action within 135 days from task order award. | The contractor anticipates and responds to program schedule changes with no adverse impact to supportability, cost, or schedule. Definitizes action within 120 days from task order award. |
| **COST** | | | | |
| **(B-1) COST CONTROL** | Contractor cost information/proposals are often not realistic and inflated. Fails to meet negotiated estimated price for original work or changes. No indication of any attempt to implement cost avoidance measures. | Cost system established for tracking and reporting cost. Cost proposals are generally realistic and not inflated. Implements at least minimal cost avoidance measures during the rating period resulting in a 0-5% underrun of the negotiated estimated price. | Cost system established and used for tracking and reporting of costs. Demonstrates an established system to predict cost performance. Contractor cost proposals are realistic and not inflated. Implements at least minimal cost avoidance measures during the rating period resulting in a 5.01%-10% underrun | Cost system established and used for real time tracking and reporting of costs including detailed subcontractor costs. Recommends/implements cost reduction programs. Implements at least minimal cost avoidance measures during the rating period resulting in a 10.01 or greater underrun of the negotiated estimated |



Attachment 002
DAAA09-02-D-0007

DEF02228

 

| | | | of the negotiated estimated price. | price. |
|---|---|---|---|---|
| **MANAGEMENT** | | | | |
| **(C-1) LIAISON** | Contractor fails or makes little effort to establish lines of communication among Government employees, contractor employees, customer, or other knowledgeable personnel. Unwarranted and unacceptable delays and poor progress result. Contractor seldom responds to customer needs. | Contractor reacts to communications from Government employees and contractor employees. Contractor normally establishes good lines of communication with other knowledgeable personnel. Delays due to poor communication occur occasionally. Contractor sometimes does not respond to customer needs. | Contractor establishes good lines of communication with customer, Government employees, and other knowledgeable personnel. Delays due to poor communications are infrequent to nonexistent. Contractor responds to customer needs. | Contractor establishes superior lines of communication with customer as well as Government employees, contractor employees, and other knowledgeable personnel. Efficient and harmonious working relations eliminate delays due to poor communications. Contractor always responds to customer needs. |
| **(C-2) PROGRAM INITIATIVES** | Little interest is shown. Some adverse Government impact to the support and operations as a result of defective contractor workmanship and/or materials. Frequent prodding and constant surveillance required by customer to ensure proper progress is maintained. | Demonstrates normal interests. Contractor corrects for any defective contractor workmanship and/or materials thereby ensuring that the Government suffers no adverse impact to the support or operation. Occasional prodding and surveillance required by the customer to ensure progress is maintained. | Demonstrates aggressive interests. Demonstrates Proactive and independent program improvements within the SOW/TO. Contractor ensures that the Government suffers no adverse impact to the support or operation as a result of defective workmanship or materials. Occasional surveillance required by the customer. No prompting necessary. Occasionally exceeds requirement and schedule with available resources. | Demonstrates aggressive interests. Demonstrates Proactive and independent program improvements within the SOW/TO. Contractor ensures that the Government suffers no adverse impact to the support or operation as a result of defective workmanship or materials. Prodding and surveillance not required by the customer. Willingly and consistently exceeds requirement and schedule with available resources. |
| **(C-3) IDENTIFICATION AND RESOLUTION OF PROBLEMS** | Program Director/PCO/ACO is not adequately briefed on program and task order status and is informed of problems only after they become serious. Contact with functional groups is difficult. Problem resolution requires Government assistance. | Program Director/PCO/ACO is briefed on program and task order status and is normally informed of problems in advance. Contact with functional groups is acceptable. Problem resolution occasionally requires Government assistance. | Program Director/PCO/ACO is briefed on program and task order status and is informed of potential problems in advance. Contact with functional groups is good. Problem resolution seldom requires Government assistance. | Program Director/PCO/ACO is briefed on program and task order status and is informed of potential problems well in advance. Contact with functional groups is excellent. Problem resolution does not require Government assistance. Corrective actions taken before issue becomes a problem. |

17



Attachment 002
DAAA09-02-D-0007

DEF02229

 

| CONTRACT | DATA | REQUIREMENTS | LIST | | (1 | Data | I |

Form Approval  OMB No. 0704-0188
Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block E.

A. CONTRACT LINE ITEM NO.: 0007AA
B. EXHIBIT:
C. CATEGORY: MISC

D. SYSTEM/ITEM: LOGCAP
E. CONTRACT/PR NO.: DAAA09-02-D-0007
F. CONTRACTOR: Brown and Root Services (BRS)

1. DATA ITEM NO:
2. TITLE OF DATA ITEM:  SCIENTIFIC AND TECHNICAL REPORTS
3. SUBTITLE: OPERATIONS SECURITY PLAN
4. AUTHORITY:  DI-MISC-80711
5. CONTRACT REFERENCE: SOW 1.6
6. REQUIRING OFFICE: AMSOS-CCF
7. DD250 REQ: NO
8. APP CODE:  A

9. DIST. STATEMENT REQUIRED:  N/A
10. FREQUENCY:  SEE BLOCK 16
11. AS OF DATE:  SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

14. DISTRIBUTION          - A.
ADDRESSEES
SEE APPENDIX D, NUMBER 1

B.          DRAFT     F
COPIES:

2

15.
TOTAL:          2

16. REMARKS:

A.  PREPARE IN CONTRACTOR FORMAT.

B.  SUBMIT FOR APPROVAL WITHIN 15 CALENDAR DAYS AFTER CONTRACT AWARD, WITH UPDATES AS REQUIRED.
MAYBE SUBMITTED ELECTRONICALLY TO: TERHUNED@OSC.ARMY.MIL
WATKINSM@OSC.ARMY.MIL

17. PRICE GROUP:

18. ESTIMATED TOTAL PRICE:

G. PREPARED BY:

H. DATE:

I. APPROVED BY:  Shelley S. Schabilion, SDMO, AMSTA-AR-CA
J. DATE:  5/1/01





Attachment 0003
DAAA09-02-D-0007

Page  1

DEF02230

 



CONTRACT        DATA        REQUIREMENTS        LIST                                              (1        Data        I

Form Approval  OMB No. 0704-0188
Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addressee. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block E.

| A. CONTRACT LINE ITEM NO:  0007AB | D. SYSTEM/ITEM:  LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO:  DAAA09-02-D-0007 |
| C. CATEGORY:  MISC | F. CONTRACTOR:  BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM:  SCIENTIFIC AND TECHNICAL REPORTS
3. SUBTITLE:  PROJECT SCHEDULES
4. AUTHORITY:  DI-MISC-80711
5. CONTRACT REFERENCE:  SOW 1.15, 5.1.2.2
6. REQUIRING OFFICE:  SOSFS-COL
7. DD250 REQ: NO
8. APP CODE: A

9. DIST. STATEMENT REQUIRED:  N/A
10. FREQUENCY:  SEE BLOCK 16
11. AS OF DATE:  SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB:  SEE BLOCK

14. DISTRIBUTION          -A.
ADDRESSEES
SEE APPENDIX D, NUMBER 1
                    NUMBER 2

B.          DRAFT          F
COPIES:
                              2
                              1

15.
TOTAL:

16. REMARKS:
A. PREPARE IN CONTRACTOR FORMAT IN MS PROJECT OFFICE SOFTWARE.

B. SUBMIT FOR APPROVAL 30 DAYS AFTER AWARD OF CONTRACT OR INDIVIDUAL TASK ORDERS WITH UPDATES AS REQUIRED.

C. SUBMIT ELECTRONICALLY TO:   TERHUNED@OSC.ARMY.MIL
                               WATKINSM@OSC.ARMY.MIL
                               SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
| | I. APPROVED BY:  Shelley S. Schabilion, SDMO, AMSTA-AR-CA |
| 3. PREPARED BY: | J. DATE:   5/1/01 |
| H. DATE: | |



 

| CONTRACT DATA REQUIREMENTS LIST | | (1 | Data | I |
|---|---|---|---|---|

**Form Approval  OMB No. 0704-0188**

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1 in Block E.

A. CONTRACT LINE ITEM NO: 0007AC  
B. EXHIBIT:  
C. CATEGORY: MGMT  

D. SYSTEM/ITEM: LOGCAP  
E. CONTRACT/PR NO: DAAA09-02-D-0007  
F. CONTRACTOR: BRS  

1. DATA ITEM NO:  
2. TITLE OF DATA ITEM: MANAGEMENT PLAN  
3. SUBTITLE: FORCE PROVIDER MANAGEMENT PLAN  
4. AUTHORITY: DI- MGMT- 80096  
5. CONTRACT REFERENCE: SOW 5.1.2.1  
6. REQUIRING OFFICE: AMSOS-CCF  
7. DD250 REQ:  NO  
8. APP CODE  

9. DIST. STATEMENT REQUIRED: N/A  
10. FREQUENCY: SEE BLOCK 16  
11. AS OF DATE:  SEE BLOCK 16  

12. DATE OF FIRST SUB: SEE BLOCK 1  
13. DATE OF SUBS. SUB. SEE BLOCK 1  

14. DISTRIBUTION          - A.  
ADDRESSEES  

SEE APPENDIX D, NUMBER 1  
NUMBER 2  

B. COPIES:  
DRAFT  F  
2  

15. TOTAL:  3  

16. REMARKS:  
A.   SUBMIT WITHIN 15 CALENDAR DAYS OF AWARD OF TASK ORDER, WITH UPDATES AS REQUIRED.  
B.   MAYBE SUBMITTED ELECTRONICALLY TO: TERHUNED@OSC.ARMY.MIL  
WATKINSM@OSC.ARMY.MIL  
SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL  

17. PRICE GROUP:  
G. PREPARED BY:  
H. DATE:  

18. ESTIMATED TOTAL PRICE:  
I. APPROVED BY: Shelley S. Schablion, SCMO, AMSTA-AR-CAC  
J. DATE:   5/01/01  



Attachment 0003  
DAAA09-02-D-0007  

Page  3  

**DEF02232**

 

| CONTRACT | DATA | REQUIREMENTS | LIST | (1 | Data | I |

Form Approval OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. 1 in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO.: 0007AD | D. SYSTEM/ITEM: LOGCAP | |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 | |
| C. CATEGORY: MISC | F. CONTRACTOR: BRS | |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM:  REPORT, RECORD OF MEETING/MINUTES
3. SUBTITLE:   TRIP REPORTS
4. AUTHORITY DI=-ADMN-81505
5. CONTRACT REFERENCE: SOW 9.3.4
6. REQUIRING OFFICE: SOSFS-COL
7. DD250 REQ: NO
8. APP CODE:

9. DIST. STATEMENT REQUIRED:   N/A
10. FREQUENCY  .SEE BLOCK 16
11. AS OF DATE: SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

| | | | | B. | DRAFT | F |
|---|---|---|---|---|---|---|
| 14. DISTRIBUTION      - A. | | | | COPIES: | | 2 |
| ADDRESSES | | | | | | |
| SEE APPENDIX D : NUMBER 1 | | | | | | 1 |
|          NUMBER 2 | | | | | | |

15.
TOTAL:                                                3

16. REMARKS:

   A.    DELETE 10.4
   B.    SUBMIT SEVEN (7) CALENDAR DAYS AFTER COMPLETION OF EACH TRIP.
   C.    MAYBE SUBMITTED ELECTROCALLY TO:   TERHUNE@OSC.ARMY.MIL
                                    WATKINM@OSC.ARMY.MIL
                                    SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
|---|---|
| | I. APPROVED BY: Shelley S. Schabilion, SDMO, AMSTA-AR-QAC |
| G. PREPARED BY: | J. DATE:   5/01/01 |
| H. DATE: | |



Attachment 0003
DAAA09-02-D-0007

DEF02233

 



CONTRACT    DATA    REQUIREMENTS    LIST                                    (1      Data      I

Form Approval OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, 1234, Arlington, VA 22201-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. 1 in Block E.

| | |
|---|---|
| A. CONTRACT LINE ITEM NO: 0007AE | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY: MISC | F. CONTRACTOR: BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM: SCIENTIFIC AND TECHNICAL REPORTS
3. SUBTITLE: PROGRAM MANAGEMENT COST REPORT
4. AUTHORITY: DI-MISC-80711
5. CONTRACT REFERENCE: SOW 9.2.2
6. REQUIRING OFFICE: SCSFS-COL
7. DD250 REQ .NO
8. APP CODE .

9. DIST. STATEMENT REQUIRED: N/A
10. FREQUENCY: SEE BLOCK 16
11. AS OF DATE:  SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

B.                    DRAFT      F
COPIES:

14. DISTRIBUTION A. ADDRESSEES

SEE APPENDIX D: NUMBER 1
                NUMBER 2

15.                                                3
TOTAL:

16. REMARKS:

A.   PREPARE IN CONTRACTING FORMAT.
B.   SUBMIT BI-WEEKLY UNLESS DIRECTED OTHERWISE BY INDIVIDUAL TASK ORDER.
C.   MAY BE SUBMITTED ELECTRONICALLY TO: TERHUNEM@OSC.ARMY.MIL
                                         WATKINM@OSC.ARMY.MIL
                                         SAWYERS@ALEXANDRIA-EMH1.ARMY.MIL

17. PRICE GROUP:                          18. ESTIMATED TOTAL PRICE:

                                          I. APPROVED BY: Shelley S. Schabilion, SDMO, AMSTA-AR-QA
G. PREPARED BY:                           J. DATE:  5/01/01
H. DATE:



 

CCNTRACT        DATA        REQUIREMENTS        LIST                        (1        Data        I

Form Approval    OMB No. 0704-0188
Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22201-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block 5.

| A. CONTRACT LINE ITEM NO: 0007AF | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY: MISC | F. CONTRACTOR: BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM: SCIENTIFIC AND TECHNICAL REPORTS
3. SUBTITLE:  DAILY EVENT SITREP
4. AUTHORITY: DI-MISC-80711
5. CONTRACT REFERENCE: SOW 9.3.1
6. REQUIRING OFFICE: SOSFS-COL
7. DD250 REQ .NO
8. APP CODE.

| | | 9. DIST. STATEMENT REQUIRED: N/A | 12. DATE OF FIRST SUB: SEE BLOCK |
| | | 10. FREQUENCY: SEE BLOCK 16 | 13. DATE OF SUBS. SUB: SEE BLOCK |
| | | 11. AS OF DATE: SEE BLOCK 16 | |

|  | B.        DRAFT        F |
| | COPIES: |

14. DISTRIBUTION        -A.
ADDRESSEES                                                            2
SEE APPENDIX D, NUMBER 1                                              1
            NUMBER 2
ADDITIONAL DISTRIBUTION WILL BE LISTED BY INDIVIDUAL TASK ORDER

                                                     15.
                                                     TOTAL:

16. REMARKS:

A.  PREPARE IN CONTRACTOR FORMAT.
B.  SUBMIT DAILY IN THE EXECUTION OF AN EVENT.
C.  MAYBE SUBMITTED ELECTRONICALLY TO: TERHUNED@OSC.ARMY.MIL
                                       WATKINS@OSC.ARMY.MIL
                                       SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
| | I. APPROVED BY: Shelley S. Schabilion, SIMO, AMSTA-AR-QA |
| G. PREPARED BY: | J. DATE:   5/01/01 |
| H. DATE: | |



 

| CONTRACT | DATA | REQUIREMENTS | LIST | | (1 | Data | I |

**Form Approval  OMB No. 0704-0188**

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1 in Block E.

| A. CONTRACT LINE ITEM NO.: 0007AG | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY: MANAGEMENT | F. CONTRACTOR: BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM: CONTRACTOR'S PROGRESS, STATUS AND MANAGEMENT REPORT
3. SUBTITLE: COST/SCHEDULE/PERFORMANCE STATUS REPORTS

4. AUTHORITY: DI-MGMT-80227
5. CONTRACT REFERENCE: SOW 9.3.3
6. REQUIRING OFFICE: SOSSFS-COL
7. DD250 REQ: NO
8. APP CODE:

9. DIST. STATEMENT REQUIRED:  N/A
10. FREQUENCY:   SEE BLOCK 16
11. AS OF DATE: SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

14. DISTRIBUTION        - A.
ADDRESSEES
SEE APPENDIX D, NUMBER 1
                  NUMBER 2

B.          DRAFT    F
COPIES:

15.                    3
TOTAL:

16. REMARKS:

A.  SUBMIT THE FIRST WORKING DAY OF EACH MONTH AFTER AWARD OF INDIVIDUAL TASK ORDER.
B.  DELETE 10.2, 10.3.L.OF THE DID.
C.  MAYBE SUBMITTED ELECTRONICALLY TO; TERHUNED@OSC.ARMY.MIL
                                       WATKINSM@OSC.ARMY.MIL
                                       SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
| G. PREPARED BY: | I. APPROVED BY: Shelley S. Schabilion, SDMO, AMSTA-AR-QA |
| H. DATE: | J. DATE:  5/01/01 |



Attachment 0003
DAAA09-02-D-0007

Page   7

DEF02236

 

CONTRACT    DATA    REQUIREMENTS    LIST                    (1        Data        I

Form Approval  CMB No. 0704-0188
Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for  the Contract/PR No. 1
in Block E.

| | |
|---|---|
| A. CONTRACT LINE ITEM NO.: 0007AH | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY:  MISC | F. CONTRACTOR: BRS |

1.  DATA ITEM NO:
2.  TITLE OF DATA ITEM: SCIENTIFIC AND TECHNICAL REPORTS
3.  SUBTITLE: EXERCISE REPORT
4.  AUTHORITY:  DI-MISC-80711
5.  CONTRACT REFERENCE:  SOW 9.3.5          9. DIST. STATEMENT REQUIRED: N/A        12. DATE OF FIRST SUB: SEE BLOCK
6.  REQUIRING OFFICE: SOSFS-COL             10. FREQUENCY: SEE BLOCK 16             13. DATE OF SUBS. SUB: SEE BLOCK
7.  DD250 REQ: NO                           11. AS OF DATE: SEE BLOCK 16
8.  APP CODE:                                                                      B.        DRAFT     F
14. DISTRIBUTION A.                                                                COPIES:
    ADDRESSES
                                                                                                        2
    SEE APPENDIX D, NUMBER 1                                                                            1
              NUMBER 1

                                                                                   15.
                                                                                   TOTAL:               3

16. REMARKS:

    A.  PREPARE IN CONTRACTOR FORMAT.
    B.  MAY BE SUBMITTED ELECTRONICALLY TO:  TERHUNED@OSC.ARMY.MIL
                                             WATKINSM@OSC.ARMY.MIL
                                             SAMYERA@ALEXANDRIA-EMH1.ARMY.MIL

    C.  SUBMIT SEVEN (7) CALENDAR DAYS AFTER COMPLETION OF EACH EXERCISE.

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
|---|---|
| | I. APPROVED BY:  Shelley S. Schabilion, SDMO, AMSTA-AR-CA |
| G. PREPARED BY: | J. DATE:   5/01/01 |
| H. DATE: | |



 

| CONTRACT DATA REQUIREMENTS LIST | | | (1 Data I |
|---|---|---|---|

Form Approval CMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1 in Block E.

| A. CONTRACT LINE ITEM NO: 0007AJ | D. SYSTEM/ITEM: LOGCAP |
|---|---|
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY: MISC | F. CONTRACTOR: BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM: SCIENTIFIC AND TECHNICAL REPORTS
3. SUBTITLE: EVENT LESSONS LEARNED REPORT
4. AUTHORITY: DI-MISC-80711
5. CONTRACT REFERENCE: SOW 9.3.6
6. REQUIRING OFFICE: SOSFS-COL
7. DD250 REQ: NO
8. APP CODE:

9. DIST. STATEMENT REQUIRED: N/A
10. FREQUENCY: SEE BLOCK 16
11. AS OF DATE: SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

| 14. DISTRIBUTION | - A. | | B. DRAFT F |
|---|---|---|---|
| ADDRESSEES | | | COPIES: |

SEE APPENDIX D, NUMBER 1                                2
             NUMBER 2                                   1
INDIVIDUAL TASK ORDERS MAY REQUIRE ADDITIONAL COPIES

15.
TOTAL:

16. REMARKS:

A. PREPARE IN CONTRACT FORMAT.
B. SUBMIT EVERY THIRTY (30) CALENDAR DAYS DURING EXECUTION OF AN EVENT.

C. MAYBE SUBMITTED ELECTRONICALLY TO: TERHUNED@OSC.ARMY.MIL
                                      WATKINSM@OSC.ARMY.MIL
                                      SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
|---|---|
| | I. APPROVED BY: Shelley S. Schabilion, SEMO, AMSTA-AR-CA |
| G. PREPARED BY: | J. DATE:   5/01/01 |
| H. DATE: | |



Attachment 0003
DAAA09-02-D-0007

Page   9



DEF02238

 

CONTRACT      DATA     REQUIREMENTS      LIST                                    (1        Data        I

Form Approval  OMB No. 0704-0188
Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block E.

| A. CONTRACT LINE ITEM NO.: 0007AK | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY:  MISC | F. CONTRACTOR: BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM: SCIENTIFIC AND TECHNICAL REPORTS
3. SUBTITLE:   EVENT AFTER ACTION REPORT

| 4. AUTHORITY: DI-MISC-80711 | | |
| 5. CONTRACT REFERENCE: SOW 9.3.2 | 9. DIST. STATEMENT REQUIRED: N/A | 12. DATE OF FIRST SUB: SEE BLOCK |
| 6. REQUIRING OFFICE: SOSFS-COL | 10. FREQUENCY: SEE BLOCK 16 | 13. DATE OF SUBS. SUB: SEE BLOCK |
| 7. DD250 REQ: NO | 11. AS OF DATE   SEE BLOCK 16 | |
| 8. APP CODE: | | B.        DRAFT    F |
| 14. DISTRIBUTION          - A. | | COPIES:              2 |

ADDRESSEES
SEE APPENDIX D, NUMBER 1                                                                        1
                       NUMBER 2

15.
TOTAL:

16. REMARKS:

A.    PREPARE IN CONTRACTOR FORMAT.
B.    SUBMIT THIRTY (30) CALENDAR DAYS AFTER THE COMPLETION OF AN EVENT.
C.    MAY BE SUBMITTED ELECTRICALLY TO: TERHUNED@SOC.ARMY.MIL
                                        WATKINSM@SOC.ARMY.MIL
                                        SAWYERAJ@LEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
| | I. APPROVED BY:  Shelley S. Schabilion, SDMO, AMSTA-AR-QA |
| G. PREPARED BY: | J. DATE:   5/01/01 |
| H. DATE: | |



Page   10



DEF02239




| CONTRACT | DATA | REQUIREMENTS | LIST | | (1 | Data | I |

Form Approval OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block R.

| A. CONTRACT LINE ITEM NO: 0007AL | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY: MANAGEMENT | F. CONTRACTOR: BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM: COST REPORTING
3. SUBTITLE: COST SCHEDULE STATUS REPORT
4. AUTHORITY: DI-MGMT-81467
5. CONTRACT REFERENCE: SOW 9.2.1
6. REQUIRING OFFICE: SOSFS-COL
7. DD250 REQ: NO
8. APP CODE:

9. DIST. STATEMENT REQUIRED: N/A
10. FREQUENCY: SEE BLOCK 16
11. AS OF DATE: SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

| | B. | DRAFT | F |
| | COPIES: | | |

14. DISTRIBUTION         - A.

ADDRESSEES

SEE APPENDIX D, NUMBER 1                                           2
                   NUMBER 2                                        1

DURING AN EVENT OR EXERCISE, ADDITIONAL COPIES MAYBE REQUIRED.  INDIVIDUAL TASK ORDERS WILL STIPULATE.

15.
TOTAL:

16. REMARKS:

A.   SUBMIT IN ACCORDANCE WITH THE DID, EXCEPT PARA 7.6 DELETE ALL AFTER THE FIRST SENTENCE.
B.   SUBMIT CSSR WEEKLY DURING EVENT OR EXERCISE.
C.   SUBMIT EVERY THIRTY (30) CALENDAR DAYS IF NOT EVENT OR EXERCISE.
D.   MAY BE SUBMITTED ELECTRONICALLY TO: TERHUNED@OSC.ARMY.MIL
                        WATKINSM@OSC.ARMY.MIL
                        SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
| | I. APPROVED BY: Shelley S. Schabilion, SDMO, AMSTA-AR-Q |
| G. PREPARED BY: | J. DATE:   5/01/01 |
| H. DATE: | |



 

| CONTRACT DATA REQUIREMENTS LIST | (1 | Data | I |
|---|---|---|---|

Form Approval OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block E.

| A. CONTRACT LINE ITEM NO.: 0007AM | D. SYSTEM/ITEM: LOGCAP |
|---|---|
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY:  MISC | F. CONTRACTOR: BRS |

1. DATA ITEM NO.:
2. TITLE OF DATA ITEM: SCIENTIFIC AND TECHNICAL REPORTS
3. SUBTITLE: ADVANCE TRAVEL REPORT

| 4. AUTHORITY: DI-MISC-80711 | | | |
|---|---|---|---|
| 5. CONTRACT REFERENCE: SOW 9.3.7 | 9. DIST. STATEMENT REQUIRED:  N/A | 12. DATE OF FIRST SUB: SEE BLOCK |
| 6. REQUIRING OFFICE: SOSFS-COL | 10. FREQUENCY:  SEE BLOCK 16 | 13. DATE OF SUBS. SUB: SEE BLOCK |
| 7. DD250 REQ:  NO | 11. AS OF DATE:  SEE BLOCK 16 | |
| 8. APP CODE: A | | B.       DRAFT     F |

| 14. DISTRIBUTION              - A.<br>ADDRESSEES<br><br>SEE APPENDIX D, NUMBER 1<br>                        NUMBER 2 | COPIES:<br><br>2<br>1 |
|---|---|

| | 15.<br>TOTAL:      3 |
|---|---|

16. REMARKS:

A.  PREPARE IN CONTRACTOR FORMAT.
B.  SUBMIT WEEKLY DISPLAYING SCHEDULED TRAVEL FOR THE NEXT FOUR (4) WEEKS.
C.  SUBMIT ELECTRONICALLY TO: TERRENED@OSC.ARMY.MIL
                              WATKINSM@OSC.ARMY.MIL
                              SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
|---|---|
| | I. APPROVED BY: Shelley S. Schabilion, SDMO, AMSTA-AR-QA |
| G. PREPARED BY: | J. DATE:    5/01/01 |
| H. DATE: | |





Attachment 0003
DAAA09-02-D-0007

DEF02241

 

CONTRACT     DATA     REQUIREMENTS     LIST                        (1     Data     I

Form Approval OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block E.

A. CONTRACT LINE ITEM NO: NONE

B. EXHIBIT:

C. CATEGORY: MISC

D. SYSTEM/ITEM: LOGCAP

E. CONTRACT/PR NO: DAAA09-02-D-0007

F. CONTRACTOR: BRS

1. DATA ITEM NO:

2. TITLE OF DATA ITEM: SCIENTIFIC AND TECHNICAL REPORTS

3. SUBTITLE: ACCIDENT REPORT

4. AUTHORITY:  DI-MISC-80711

5. CONTRACT REFERENCE: SOW 1.17.2

6. REQUIRING OFFICE: AMSOS-CCF

7. DD250 REQ: NO

8. APP CODE:

9. DIST. STATEMENT REQUIRED:  N/A

10. FREQUENCY:  SEE BLOCK 16

11. AS OF DATE: SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK

13. DATE OF SUBS. SUB: SEE BLOCK

14. DISTRIBUTION                   -A.
ADDRESSEES
   SEE APPENDIX D, NUMBER 1

B.          DRAFT    F
COPIES:                  2

15.
TOTAL:            2

16. REMARKS: REPORT DELIVERED TO PCO WITHIN TWO DAYS OF THE ACCIDENT

A.  PREPARE IN CONTRACTOR FORMAT.

B.  SUBMIT WRITTEN REPORT WITHIN 2 CALENDAR DAYS AFTER DATE OF ACCIDENT, WITH UPDATES AS REQUIRED.
       MAYBE SUBMITTED ELECTRONICALLY TO: TERHUNED@OSC.ARMY.MIL
                                          WATKINSM@OSC.ARMY.MIL
                                          SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

17. PRICE GROUP:

18. ESTIMATED TOTAL PRICE:

I. APPROVED BY:  Shelley S. Schambilon, SDMO, AMSTA-AR-QA

G. PREPARED BY:

H. DATE:

J. DATE:   5/1/01


Attachment 0003
DAAA09-02-D-0007

DEF02242

 

| CONTRACT | DATA | REQUIREMENTS | LIST | | (1 | Data | I |

Form Approval  OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block E.

| A. CONTRACT LINE ITEM NO.: 0003 | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY: MISC | F. CONTRACTOR: BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM:  Technical Reports
3. SUBTITLE:  CINC/ASCC SUPPORT PLANS

4. AUTHORITY: DI-MISC-8G711
5. CONTRACT REFERENCE: SOW 2.4.2
6. REQUIRING OFFICE: AMSOS-CCF
7. DD250 REQ: YES
8. APP CODE: A

9. DIST. STATEMENT REQUIRED.:  N/A
10. FREQUENCY:  SEE BLOCK 16
11. AS OF DATE: SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

14. DISTRIBUTION          - A.
ADDRESSEES
SEE APPENDIX D, NUMBER 1 AND 2

|  | B. | DRAFT | F |
| | COPIES: | | |
| | | 1 | 2 |

15.
TOTAL:   1   2

16. REMARKS:  ADDITIONAL DOCUMENTATION INCLUDES; PERSONNEL READINESS PLAN, SOW 2.5.1; MOBILIZATION PLAN, SOW 2.5.2; LIFE SUP
PLAN, SOW 2.5.3; LOGISTICS SUPPORT PLAN, SOW 2.5.4; CONTRACTOR SECURITY PLAN, SOW 2.5.5; COMMUNICATIONS PLAN, SOW 2.5.6;
ENVIRONMENTAL AND HAZARDOUS MATERIAL PLAN, SOW 2.5.7; SUBCONTRACTING PLAN, SOW 2.5.8; COST CONTROL PLAN, SOW 2.5.9; PROPERTY
CONTROL AND ACCOUNTABILITY, SOW 2.5.10; QUALITY CONTROL PLAN, 2.5.11; SUPPLIE AND EQUIPMENT TRACKING PLAN, SOW 2.5.12; SAFET
PLAN SOW 2.5.13; RISK ASSESSMENT PLAN, SOW 2.5.14; LEADERSHIP PLAN, SOW 2.5.15;

A.   PREPARE IN BASIC 5 PARAGRAPH OPERATION ORDER FORMAT.

B.   SUBMIT FOR APPROVAL WITHIN 15 CALENDAR DAYS AFTER CONTRACT AWARD, WITH UPDATES AS REQUIRED.
     MAYBE SUBMITTED ELECTRONICALLY TO: TERKUNED@OSC.ARMY.MIL
                                        WATKINS@OSC.ARMY.MIL
                                        SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL
C.   DRAFT PLAN DELIVERED 120 DAYS AFTER TASK ORDER AWARD
D    DRAFT PROVIDED 1 HARDCOPY AND 1 CD ROM
E.   FINAL PLAN DELIVERED 60 DAYS AFTER RECEIPT OF GOVERNMENT CORRECTED REVIEW
F.   FINAL PROVIDED 1 HARDCOPY AND 2 CD ROM.  ONE COPY OF CDROM IN READ/WRITE AND ONE COPY IN READ ONLY.

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
| | I. APPROVED BY: Shelley S. Schabilion, SDMO, AMSTA-AR-QA |
| G. PREPARED BY: | J. DATE:  5/1/01 |
| H. DATE: | |

Attachment 0003
DAAA09-02-D-0007

DEF02243



 

| CONTRACT          DATA          REQUIREMENTS          LIST | (1          Data          I |
|---|---|

Form Approval  OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for  the Contract/PR No. 1
in Block K.

A. CONTRACT LINE ITEM NO:  NONE

B. EXHIBIT:

C. CATEGORY: MISC

D. SYSTEM/ITEM: LOGCAP

E. CONTRACT/PR NO.: DAAA09-02-D-0007

F. CONTRACTOR: BRS

1.  DATA ITEM NO:
2.  TITLE OF DATA ITEM:  SCIENTIFIC AND TECHNICAL REPORTS
3.  SUBTITLE: QUALITY CONTROL PLAN

4. AUTHORITY: DI-MISC-80711
5. CONTRACT REFERENCE:  SOW 1.14
6. REQUIRING OFFICE: AMSCS-CCF
7. DD250 REQ:  NO
8. APP CODE:  A

9. DIST. STATEMENT REQUIRED:  N/A
10. FREQUENCY:  SEE BLOCK 16
11. AS OF DATE:  SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

14. DISTRIBUTION          -A.
ADDRESSEES
    SEE APPENDIX D, NUMBER 1 AND 2

B.          DRAFT          F
COPIES:

2

15.
TOTAL:          2

16. REMARKS:

A.  PREPARE IN CONTRACTOR FORMAT.

B.  SUBMIT 60 DAYS AFTER CONTRACT AWARD, WITH UPDATES AS REQUIRED.
     MAYBE SUBMITTED ELECTRONICALLY TO: TERHUNED@CSC.ARMY.MIL
                                        WATKINSM@CSC.ARMY.MIL
                                        SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

17. PRICE GROUP:

18. ESTIMATED TOTAL PRICE:

G. PREPARED BY:

H. DATE:

I. APPROVED BY:  Shelley S. Schabilion, SDMC, AMSTA-AR-QA

J. DATE:   5/1/01

 

Attachment 0003
DAAA09-02-D-0007

Page  15

**DEF02244**



CONTRACT        DATA        REQUIREMENTS        LIST                                          (1      Data      I
Form Approval  OMB No. 0704-0188
Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1104, Arlington, VA 22302-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block E.

| A. CONTRACT LINE ITEM NO.: 0002 | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY: MISC | F. CONTRACTOR: BRS |

1.  DATA ITEM NO:
2.  TITLE OF DATA ITEM:  Technical Reports
3.  SUBTITLE: REGIONAL MANAGEMENT PLANS

4. AUTHORITY:  DI-MISC-80711
5. CONTRACT REFERENCE:  SOW 2.3.3
6. REQUIRING OFFICE: AMSOS-CCF
7. DD250 REQ: YES
8. APP CODE:  A

9. DIST. STATEMENT REQUIRED:  N/A            12. DATE OF FIRST SUB: SEE BLOCK
10. FREQUENCY:  SEE BLOCK 16                  13. DATE OF SUBS. SUB: SEE BLOCK
11. AS OF DATE: SEE BLOCK 16

| 14. DISTRIBUTION          - A. | | B.        DRAFT        F |
| ADDRESSEES | | COPIES: |
| SEE APPENDIX D, NUMBER 1 AND 2 | | I |

15.
TOTAL:        1        2

16. REMARKS:  ADDITIONAL DOCUMENTATION INCLUDES;  PERSONNEL READINESS PLAN, SOW 2.5.1; MOBILIZATION PLAN, SOW 2.5.2; LIFE
SUPPORT PLAN, SOW 2.5.3; LOGISTICS SUPPORT PLAN, SOW 2.5.4; CONTRACTOR SECURITY PLAN, SOW 2.5.5; COMMUNICATIONS PLAN, SOW 2.
ENVIRONMENTAL AND HAZARDOUS MATERIAL  PLAN, SOW 2.5.7; SUBCONTRACTING PLAN, SOW 2.5.8; COST CONTROL PLAN, SOW 2.5.9; PROPERT
CONTROL AND ACCOUNTABILITY, SOW 2.5.10; QUALITY CONTROL PLAN, 2.5.11; SUPPLIE AND EQUIPMENT TRACKING PLAN, SOW 2.5.12; SAFET
PLAN SOW 2.5.13; RISK ASSESSMENT PLAN, SOW 2.5.14; LEADERSHIP PLAN, SOW 2.5.15;

A.   PREPARE IN BASIC FIVE PARAGRAPH OPERATION ORDER FORMAT.

B.   SUBMIT FOR APPROVAL, WITH UPDATES AS REQUIRED.
        MAYBE SUBMITTED ELECTRONICALLY TO:   TERFUNED@OSC.ARMY.MIL
                                             WATKINSM@OSC.ARMY.MIL
                                             SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

C.  DRAFT PLAN DELIVERED 120 DAYS AFTER TASK ORDER AWARD
D   DRAFT PROVIDED 1 HARDCOPY AND 1 CD ROM
E.  FINAL PLAN DELIVERD 60 DAYS AFTER RECIEPT OF GOVERNMENT CORRECTED REVIEW
F.  FINAL PROVIDED 1 HARDCOPY AND 2 CD- ROM.  CD-ROM WILL BE 1 COPY IN READ/WRITE AND 1 COPY IN READ ONLY.

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
| G. PREPARED BY: | I. APPROVED BY: Shelley S. Schabilion, SDMO, AMSTA-AR-QA |
| H. DATE: | J. DATE:  5/1/01 |



 

| CONTRACT DATA REQUIREMENTS LIST | | (1 | Data | I |

Form Approval   OMB No. 0704-0188
Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi
instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa
Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu
to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway,
1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea
NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1
in Block N.

| A. CONTRACT LINE ITEM NO.: NONE | D. SYSTEM/ITEM: LOGCAP |
| B. EXHIBIT: | E. CONTRACT/PR NO.: DAAA09-02-D-0007 |
| C. CATEGORY: MISC | F. CONTRACTOR: BRS |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM:  SCIENTIFIC AND TECHNICAL REPORTS
3. SUBTITLE: SAFETY AND HEALTH PLAN
4. AUTHORITY:  DI-MISC-80711
5. CONTRACT REFERENCE:  SOW 1.17
6. REQUIRING OFFICE: AMSOS-CCW
7. DD250 REQ: NO
8. APP CODE:

9. DIST. STATEMENT REQUIRED:  N/A
10. FREQUENCY:  SEE BLOCK 16
11. AS OF DATE: SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

| | B. | DRAFT | F |
| | COPIES: | | 2 |

14. DISTRIBUTION        - A.
ADDRESSEES
SEE APPENDIX D, NUMBER 1 AND 2

| 15. TOTAL: | 2 |

16. REMARKS:

A.   PREPARE IN CONTRACTOR FORMAT.

B.   SUBMIT UPON GOVERNMENT REQUEST, WITH UPDATES AS REQUIRED.
     MAYBE SUBMITTED ELECTRONICALLY TO: TERHUNED@OSC.ARMY.MIL
                                        WATKINSM@OSC.ARMY.MIL
                                        SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |

| G. PREPARED BY: | I. APPROVED BY: Shelley S. Schabilion, SDMO, AMSTA-AR-QA |
| H. DATE: | J. DATE:  5/1/01 |



 

| CONTRACT        DATA        REQUIREMENTS        LIST | | (1      Data      I |
|---|---|---|

Form Approval  OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for revi instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of informa send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this bu to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Plea NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. 1 in Block 5.

| A. CONTRACT LINE ITEM NO: 0001 | | D. SYSTEM/ITEM: LOGCAP | |
|---|---|---|---|
| B. EXHIBIT: | | E. CONTRACT/PR NO: DAAA09-01-R-0068 | |
| C. CATEGORY: MISC | | F. CONTRACTOR: BRS | |

1. DATA ITEM NO:
2. TITLE OF DATA ITEM:  Technical Reports
3. SUBTITLE: WORLDWIDE MANAGEMENT AND STAFFING PLAN WITH ARMY TRANSFORMATION ANNEX AND POTENTIAL SUPPLIER DATABASE
4. AUTHORITY:  DI-MISC-80711
5. CONTRACT REFERENCE:  SOW 2.2.
6. REQUIRING OFFICE: AMSOS-CCF
7. DD250 REQ: Yes
8. APP CODE:  A

9. DIST. STATEMENT REQUIRED:  N/A
10. FREQUENCY:  SEE BLOCK 16
11. AS OF DATE: SEE BLOCK 16

12. DATE OF FIRST SUB: SEE BLOCK
13. DATE OF SUBS. SUB: SEE BLOCK

14. DISTRIBUTION          -A.
ADDRESSEES
SEE APPENDIX D, NUMBER 1 & 2

B.      DRAFT    F
COPIES:
1

15.
TOTAL:      1      2

16. REMARKS:  ADDITIONAL DOCUMENTATION INCLUDES: CS/CSS AUGMENTATION PLANS, SOW 1.5; PERSONNEL READINESS PLAN, SOW 2.5.1; MOBILIZATION PLAN, SOW 2.5.2; LIFE SUPPORT PLAN, SOW 2.5.3; LOGISTICS SUPPORT PLAN, SOW 2.5.4; CONTRACTOR SECURITY PLAN, SOW 2.5.5; COMMUNICATIONS PLAN, SOW 2.5.6; ENVIRONMENTAL AND HAZARDOUS MATERIAL PLAN, SOW 2.5.7; SUBCONTRACTING PLAN, SOW 2.5.8; COST CONTROL PLAN, SOW 2.5.9; PROPERTY CONTROL AND ACCOUNTABILITY, SOW 2.5.10; QUALITY CONTROL PLAN, SOW 2.5.11; SUPPLIES AND EQUIPMENT TRACKING PLAN, SOW 2.5.12; SAFETY PLAN, SOW 2.5.13; RISK ASSESSMENT PLAN, SOW 2.5.14; and LEADERSHIP PLAN, SOW 2.5

A.   PREPARE IN BASIC 5-PARAGRAPH OPERATION ORDER FORMAT.

B.     SUBMIT FOR APPROVAL, WITH UPDATES AS REQUIRED.
        MAYBE SUBMITTED ELECTRONICALLY TO: TERSUNEDS@CSC.ARMY.MIL
                                          WATKINSM@CSC.ARMY.MIL
                                          SAWYERA@ALEXANDRIA-EMH1.ARMY.MIL

C. DELIVER DRAFT 9 MONTHS FROM AWARD OF TASK ORDER
D. FINAL DELIVERY OF WORLDWIDE PLAN 12 MONTHS AFTER TASK ORDER AWARD
E. DRAFT PLAN PROVIDED IN 1 HARDCOPY AND 1 CD -ROM
F. FINAL PLAN PROVIDED IN 1 HARDCOPY AND 2 CD- ROM. CD -ROM SHALL BE ONE COPY IN READ ONLY AND ONE COPY OF READ/WRITE

| 17. PRICE GROUP: | 18. ESTIMATED TOTAL PRICE: |
|---|---|
| G. PREPARED BY: | I. APPROVED BY:  Shelley S. Schabilion, SDMO, AMSTA-AR-QA |
| H. DATE: | J. DATE:  5/1/01 |


Attachment 0003
DAAA09-02-D-0007


DEF02247