# Exhibit J

PAGE 1 OF 14

## ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | D099 | 2005MAY01 | SEE SCHEDULE | D029 |

| 6. ISSUED BY | CODE | W52P1J | 7. ADMINISTERED BY (If other than 6) | CODE | S4402A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| HQ AFSC<br>AMSES-CCF-L<br>DAVID THOMPSON (309)782-5702<br>ROCK ISLAND, IL 61299-8000<br>EMAIL: THOMPSOND2@AFSC.ARMY.MIL<br>BLDGS 350 & 390 | | | DCMA DALLAS<br>1200 MAIN STREET<br>DALLAS TX 75250-4399 | | | DESTINATION<br>X OTHER<br>(See Schedule if other) |

SCE: A   PAS: NONE   ADP PT: HQ0336

| 9. CONTRACTOR | CODE | 3GJU0 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|
| NAME AND ADDRESS | KELLOGG, BROWN & ROOT SERVICES INC<br>4100 CLINTON DRIVE<br>HOUSTON, TX 77020 | | | SEE SCHEDULE | SMALL |
| | | | | 12. DISCOUNT TERMS | SMALL DISADVANTAGED |
| | | | | | WOMAN-OWNED |
| | TYPE BUSINESS: Domestic Firm Performing Outside U.S. | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK   See Block 15 | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | HQ0336 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|
| SEE SCHEDULE | | DFAS COLUMBUS CENTER<br>DFAS-CO/WEST ENTITLEMENT OPERATIONS<br>P.O. BOX 182381<br>COLUMBUS, OH 43218-2317 | | | |

| 16. TYPE OF ORDER | DELIVERY/CALL | X | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your ☐ Oral ☐ Written  Quotation _____ , Dated _____ furnish the following on terms specified herein. |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| KELLOGG BROWN + ROOT SERVICES, INC. | Will Walter | WILLIAM WALTER VICE PRESIDENT | 10 JUN 2005 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies.

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE<br>CONTRACT TYPE:<br>  Cost-Plus-Award-Fee<br>  Cost Contract<br>KIND OF CONTRACT:<br>  Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>VALIANT M. DUHART<br>DUHARTV@AFSC.ARMY.MIL (309) 782-8917<br>BY: Valiant M Duhart  13 JUN 2005 | CONTRACTING/ORDERING OFFICER | 25. TOTAL | $4,372,882,218.00 |
|---|---|---|---|---|
| | | | 26. DIFFERENCES | |

| 27. QUANTITY IN COLUMN 20 HAS BEEN | | |
|---|---|---|
| ☐ INSPECTED ☐ RECEIVED ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED | | |

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | ☐ PARTIAL | | |
| | ☐ FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | 31. PAYMENT | |
| | | ☐ COMPLETE | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | ☐ COMPLETE | |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ PARTIAL | 35. BILL OF LADING NO. |
| | | ☐ FINAL | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD FORM 1155, DEC 2001                    PREVIOUS EDITION IS OBSOLETE.

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0089 | 2005MAY01 | SEE SCHEDULE | DOC9 |

| 6. ISSUED BY | CODE | W52P1J | 7. ADMINISTERED BY (If other than 6) | CODE | S4402A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|

**6. ISSUED BY** CODE W52P1J
HQ AFSC
AMSFS-CCF-L
DAVID THOMPSON (309)782-5702
ROCK ISLAND, IL 61299-6500
EMAIL:THOMPSOND2@AFSC.ARMY.MIL
BLDGS 350 & 390

**7. ADMINISTERED BY (If other than 6)** CODE S4402A
DCMA DALLAS
1200 MAIN STREET
DALLAS  TX  75250-4399

SCD: A       PAS: NONE       ADP PT: HQ0338

**8. DELIVERY FOB**
☐ DESTINATION
☒ OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | 3GJU9 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|

**9. CONTRACTOR** CODE 3GJU9   FACILITY

KELLOGG,BROWN & ROOT SERVICES INC
4100 CLINTON DRIVE
HOUSTON, TX 77020

**NAME AND ADDRESS**

TYPE BUSINESS: Domestic Firm Performing Outside U.S.

**10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD)**
SEE SCHEDULE

**12. DISCOUNT TERMS**

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Block 15

**11. X IF BUSINESS IS**
☐ SMALL
☐ SMALL DISADVANTAGED
☐ WOMAN-OWNED

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | HQ0339 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|

**14. SHIP TO** CODE
SEE SCHEDULE

**15. PAYMENT WILL BE MADE BY** CODE HQ0339
DFAS COLUMBUS CENTER
DFAS-CO/WEST ENTITLEMENT OPERATIONS
P.O. BOX 182381
COLUMBUS, OH  43218-2317

**16. TYPE OF ORDER**

**DELIVERY/CALL** ☒ THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT.

**PURCHASE**
Reference your ☐ Oral ☐ Written Quotation _____, Dated _____.
furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

☒ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE CONTRACT TYPE: Cost-Plus-Award-Fee Cost Contract KIND OF CONTRACT: Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA VALIANT M. DUHART /SIGNED/ DUHARTV@AFSC.ARMY.MIL (309)782-8517 BY: | 25. TOTAL | $4,972,882,216.00 |
|---|---|---|---|
| | | 26. DIFFERENCES | |
| | CONTRACTING/ORDERING OFFICER | | |

**27a. QUANTITY IN COLUMN 20 HAS BEEN**
☐ INSPECTED  ☐ RECEIVED  ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | ☐ PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER    g. E-MAIL ADDRESS | ☐ FINAL | | |
| | 31. PAYMENT | | 34. CHECK NUMBER |

**36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.**

| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ COMPLETE | |
|---|---|---|---|
| | | ☐ PARTIAL | 35. BILL OF LADING NO. |
| | | ☐ FINAL | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON- TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD FORM 1155, DEC 2001**                    PREVIOUS EDITION IS OBSOLETE.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 2 of 14 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0089          MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG, BROWN & ROOT SERVICES INC

SUPPLEMENTAL INFORMATION

1. The purpose of this Cost Plus Award Fee Task Order #0089 is to award all services necessary to support the Multinational Force Iraq in support of Operation Iraqi Freedom. Execution of these services was previously authorized by written Limited Notice to Proceed (LNTP) issued by the Procuring Contracting Officer (PCO) and dated 29 April 2005 and incorporated in this task order in 2(d)(1) below and the Limited Notice to Proceed (LNTP) Revision 1 dated 24 May 2005 and incorporated in this task order in 2(d)(2) below. These limitations will continue until further notice.

2. Multinational Force Iraq:

   a. The SOW entitled "LOGCAP STATEMENT OF WORK (SOW) - MNF/MNC-I Sites Final Draft/BASIC" dated 10 April 2005 is hereby incorporated into this Task Order (attachment 001). The services described herein the SOW are deemed mission essential per DODI 3020.37 paragraphs E2.1.3, E2.1.3.1 and E2.1.3.2.

   b. The Period of Performance is 365 days from 01 May 2005 to 30 April 2006.

   c. Kellogg, Brown and Root Services, Inc PROPOSAL MASTER SUMMARY dated 17 April 2005 is hereby referenced in this Task Order.

   d. The issued Limited Notices to Proceed (LNTP) as listed below are hereby incorporated:

      1. Written LNTP, for Task Order #0089 MNF/MNC-I dated 29 April 2005, with funding of $135,000,000.00.

      2. Written LNTP, for Task Order #0089 MNF/MNC-I, Revision 1 dated 24 May 2005, with no additonal funding provided and with additional limitations and clarifications.

      Note: The Task Event has been turned on with limitations as stated in each LNTP listed in paragraph d above and as described therein.

   e. The total negotiated amount for this specific effort is $4,972,882,216.00. Any increases in the task order NTE, Base Fee and Award Fee Pool levels are subject to the availability of funds.

   f. Performance shall be sufficient to meet the mission needs consistent with the SOW. Any deviation or change to the SOW requirements shall require prior approval from the Procuring Contracting Officer (PCO) unless specifically stated otherwise in the contract.

   g. Current Funding:

      1. This Task Order #0089 provides funding in the amount of $135,000,000.00 to Multinational Force Iraq to support their requirements. From this amount, the Task Order establishes CLIN 3005AA in the amount Not to Exceed (NTE) $131,067,990.00. The remaining $3,932,010.00 is the fee as follows: CLIN 3009AA is established for the Base Fee of $1,310,679.90 and CLIN 3011AA is established for the Award Fee Pool of $2,621,330.10.

      Note: Actual fee amounts will be determined by the Award Fee Board(s).

      2. Additional Funding Letters dated 11 May 2005 for $80,000,000.00, dated 20 May 2005 for $100,000,000.00, dated 03 June 2005 for $50,000,000.00 and dated 08 June 2005 for $50,000,000.00 for a total of $280,000,000.00 will be incorporated and detailed in Modification 01 to this Task Order #0089.

   h. KBR is hereby approved to deploy its own personnel and will comply with all deployment requirements for the specific Area of Operations. The contractor shall be responsible for compliance with all requirements and guidance found in DA PAM 715-16, "Contractor Deployment Guide." All travel shall be in accordance with the Joint Travel Regulations (JTR).

      The Fiscal Year 2005 per diem rates can be found at:

      Domestic Per Diem Rates: http://www.gsa.gov/Portal/gsa/ep/contentView.do?contentId=17943&contentType=GSA_BASIC
      Foreign Per Diem Rates: http://www.state.gov/m/a/als/prdm/

      Note: Travel per diem will be 75% for first and last travel day.

      The JTR regulations can be found at:
      http://www.dtic.mil/perdiem/trvlregs.html

      Travel outside the scope of the Contract Task Order must have prior approval by the PCO.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 3 of 14 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0089    **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

i. For the purpose of purchasing supplies/non-durable goods, the Contractor shall obtain approval from the on-site ACO/COR for those items exceeding the threshold of $5,000.00 on either a unit or cumulative effort. For the purpose of purchasing equipment/durable goods the Contractor shall obtain approval from the on-site ACO/COR for those items that exceed a unit cost of $10,000.00 or cumulative cost of $25,000.00 and lease agreements over $50,000.00.

Note: These thresholds are to be reviewed by DCAA for appropriateness and applicability every six months from incorporation.

j. Government Furnished Equipment/Property is supplied IAW SOW Paragraph 3.0 (Attachment 001).

k. Deliverables shall be in accordance with the paragraphs of the SOW and with all applicable documents required by the SOW in the basic contract as follow:

| CLIN | SOW | Title |
|---|---|---|
| 3007AB | 5.1 | Project Schedules |
| | 5.15 | Master Schedule of Work (MSOW) |
| 3007AD | 5.2 | Meeting Minutes/Trip Reports |
| 3007AE | 5.3 | Program Management Cost Report |
| 3007AF | 5.4 | Daily Event SITREP |
| 3007AJ | 5.7 | Events Lessons Learned Report |
| 3007AN | 5.5 | Cost Status Report |
| 3007AP | 5.17 | Cost Avoidance Measures Report |
| | 5.18 | Unit Price Cost Report |
| | 5.19 | Spend Plan Report |
| 3007AQ | 5.10 | Equipment Utilization Records |
| | 5.11 | Relocatable Building Report |
| | 5.12 | Ice Report |
| | 5.13 | Hazardous Waste Storage Inventory Report |
| | 5.14 | Director of Logistics Report |
| | 5.16 | Water Records |
| 3007AR | 5.8 | Accident Report |
| 3007AS | 5.6 | Quality Control Plan |
| 3007AT | 5.9 | Vector Control Records |

l. Deliverable: Contractor Manpower Reporting (CMR) under CLIN 3007AU.

1. The purpose of this CLIN is to institute mandatory Contractor Manpower Reporting (CMR).

2. The contractor will report ALL contractor manpower (including subcontractor manpower) required for performance of this contract. The CMR requirement shall flow down to all task orders. The CMR shall be individualized by task order and uploaded to the web site (http://contractormanpower.army.pentagon.mil), no later than October 31, for each fiscal year and will be added as "NSP" (Not Separately Priced).

3. The Contractor Manpower Reporting requirements are as follows:

The Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs) operates and maintains a secure Army data collection site where the contractor will report ALL contractor manpower (including subcontractor manpower) required for performance of this contract.

The contractor is required to completely fill in all the information in the format using the following web address http://contractormanpower.army.pentagon.mil.
The required information includes:

(1) Contracting Office, Contracting Officer, Contracting Officer's Technical Representative;
(2) Contract number, including task order and/or delivery order number;
(3) Beginning and ending dates covered by reporting period;
(4) Contractor Name and address, phone number, e-mail address, identity of contractor employee entering data;
(5) Estimated direct labor hours (including sub-contractors);

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 4 of 14 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0089     **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG, BROWN & ROOT SERVICES INC

(6) Estimated direct labor dollars (including sub-contractors);

(7) Total payments (including sub-contractors);

(8) Predominate Federal Service Code (FSC) reflecting services provided by contractor (and separate predominate FSC for each sub-contractor if different);

(9) Estimated data collections cost;

(10) Organizational title associated with the Unit Identification Code (UIC) for the Army Requiring Activity (the Army Requiring Activity is responsible for providing the contractor with its UIC for the purposes of reporting this information);

(11) Locations where contractor and sub-contractor perform the work (specified by zip code in the United States and nearest city; country when in an overseas location, using standardized nomenclature provided on website);

(12) Presence of deployment or contingency contract language; and

(13) Number of contractor and sub-contractor employees deployed in theater this reporting period (by country).

As part of its submission, the contractor will also provide the estimated total cost (if any) incurred to comply with this reporting requirement. Reporting period will be the period of performance not to exceed 12 months ending September 30 of each calendar year. Contractors may use a direct XML data transfer to the data base server or fill in the fields on the website. The XML direct transfer us a format for transferring files from a contractor's systems to the secure web site without the need for separate data entries for each required data element at the web site. The specific formats for the XML direct transfer may be downloaded from the web site.

3. Clause Matrix (attachment 002) is for reference and information purposes specific to this Task Order. However, all other applicable terms and conditions set forth in the Basic Contract apply.

4. FAR Clause 52.217-8, titled "Option to Extend Services" is hereby incorporated into this Task Order revised as follows:

"The Government may require continued performance of any services specified in the contract. The option provision may be exercised more than once. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days from the Task Order expiration date."

5. Clause 52.216-24 Limitation of Government Liability (Apr 1984) is revised as follows:

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $131,067,990.00.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $135,000,000.00.

6. DFAC SUBCONTRACT REOPENER CLAUSE

a. At the time the price for this Task Order #0089 was established, the amout of costs anticipated in the performance under WBS 06 – Food Service Maintenance / Cleaning could not be fully established with reasonable certainty due to the renegotiation of a substantial number of DFAC subcontracts during the future period of performance.

b. To achieve an award in the face of this uncertainty, it was agreed that:

(1) The task order prices for the contract cost elements designated in 6b(4) below were based in part on a $629,785,617.86 cost from the DFAC Subcontracts (attachment 003).

(2) The direct cost shown in 6b(1) above were used in determining the amounts identified in 6b(4) below and will serve as the basis for any price adjustments under this clause.

(3) Within 10 days after the quarter beginning 1 July 2005 and then quarterly thereafter, the Contractor shall submit a revised WBS 06 proposal with its calculations of the revised cost elements identified below.

| | |
|---|---|
| Direct Cost | $4,701,064,962 |
| Segment Overhead | 42,779,691 |
| Gen. & Admin. | 83,966,050 |
| Base Fee | 48,278,107 |
| Award Fee | 96,556,214 |
| FCCM | 237,192 |
| | |
| TOTAL | $4,972,882,216 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page  5  of 14 |
|---|---|---|
| | PIIN/SIIN  DAAA09-02-D-0007/0089        MOD/AMD | |

**Name of Offeror or Contractor:**  KELLOGG,BROWN & ROOT SERVICES INC

    (4)   Monthly updates may be required for the months of August and September 2005 for Government Fiscal
         Year End funding estimates.

  c. Subject to any restrictions of this clause, the price of this task order and associated fee will be
    adjusted either upward or downward based on the individual DFAC subcontract cost negotiated by KBR.

  d. KBR shall obtain the Administrative Contracting Officer's (ACO's) approval in writing prior to the award of
    any in-theater/country subcontract or purchase order for any portion of the contract requirements for this item, based
    on its submission to the ACO:

    (1) In accordance with the contract FAR clause 52.244-2, Subcontracts (8/98),

    (2) The Contractor's analysis of the Subcontractor's proposal,

    (3) A memorandum detailing the principal elements, considerations, and results of negotiations of a
        tentative price with the prospective Subcontractor,

    (4) Promptly upon initial placement and any subsequent revision of subcontracts for the item requirements
        of this contract, the Contractor shall furnish a copy of such documents to the ACO, along with its
        calculation of any initial or subsequent price adjustment required by this clause and any other data
        required by the ACO to verify the item cost.

7. SOW entitled "LOGCAP STATEMENT OF WORK (SOW) - MNF/MNC-I Sites Final Draft/BASIC" dated 10 April 2005 paragraph 6.0
   CONTRACTOR PERSONNEL REQUIREMENTS is hereby changed to read "The contractor shall subcontract with host/local national
   vetted companies who are qualified and provide the best value to the Government."

8. All other terms and conditions of the contract remain the same and unchanged.


                  *** END OF NARRATIVE A 002 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page  6 of 14 |
|---|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0089 **MOD/AMD** | | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 3005 | SECURITY CLASS: Unclassified | | | | |
| 3005AA | NOT TO EXCEED COST | 1 | LO | | $   131,067,990.00 |
| | NOUN: MNF/MNC-I LOGCAP SUPPORT PRON: M24QP5BRWR    PRON AMD: 01    ACRN: AA AMS CD: 135197.0000 CUSTOMER ORDER NO: MIPR4GTOAPR307 | | | | |
| | Inspection and Acceptance INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance | | | | |

```
                         DLVR SCH                    PERF COMPL
                         REL CD        QUANTITY         DATE
                          001            1          30-APR-2006

                              $   131,067,990.00
```

| 3007 | SECURITY CLASS: Unclassified | | | | |
| 3007AB | DELIVERABLE | 1 | LO | | $       ** NSP ** |
| | Inspection and Acceptance INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance | | | | |

```
                         DLVR SCH                    PERF COMPL
                         REL CD        QUANTITY         DATE
                          001            1          30-APR-2006


          CLIN    SOW     TITLE

          3007AB  5.1     Project Schedule

                  5.15    Master Schedule of Work (MSOW)



                      (End of narrative F001)
```

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 7 of 14 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0089  MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3007AD | DELIVERABLE | 1 | LO | | $_____ ** NSP ** |

```
                 Inspection and Acceptance
                 INSPECTION: Origin    ACCEPTANCE: Origin


                 Deliveries or Performance
                 DLVR SCH                      PERF COMPL
                  REL CD          QUANTITY        DATE
                   001               1         30-APR-2006



                 CLIN    SOW    TITLE

                 3007AD  5.2    Meeting Minutes/Trip Reports


                        (End of narrative F001)
```

| 3007AE | DELIVERABLE | 1 | LO | | $_____ ** NSP ** |

```
                 Inspection and Acceptance
                 INSPECTION: Origin    ACCEPTANCE: Origin


                 Deliveries or Performance
                 DLVR SCH                      PERF COMPL
                  REL CD          QUANTITY        DATE
                   001               1         30-APR-2006



                 CLIN    SOW    TITLE

                 3007AE  5.3    Program Management Cost Report


                        (End of narrative F001)
```

| 3007AF | DELIVERABLE | 1 | LO | | $_____ ** NSP ** |

```
                 Inspection and Acceptance
                 INSPECTION: Origin    ACCEPTANCE: Origin
```

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 8 of 14 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0089 MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Deliveries or Performance<br>DLVR SCH                    PERF COMPL<br>  REL CD            QUANTITY          DATE<br>    001                  1          30-APR-2006 | | | | |
| | CLIN    SOW    TITLE<br><br>3007AF  5.4    Daily Event SITREP<br><br><br>        (End of narrative F001) | | | | |
| 3007AJ | DELIVERABLE | 1 | LO | | $_____ ** NSP ** |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DLVR SCH                    PERF COMPL<br>  REL CD            QUANTITY          DATE<br>    001                  1          30-APR-2006 | | | | |
| | CLIN    SOW    TITLE<br><br>3007AJ  5.7    Events Lessons Learned Report<br><br><br>        (End of narrative F001) | | | | |
| 3007AN | DELIVERABLE | 1 | LO | | $_____ ** NSP ** |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DLVR SCH                    PERF COMPL<br>  REL CD            QUANTITY          DATE<br>    001                  1          30-APR-2006 | | | | |
| | CLIN    SOW    TITLE | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 9 of 14 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0089 MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 3007AN  5.5     Cost Status Report | | | | |
| | | | | | |
| | (End of narrative F001) | | | | |
| | | | | | |
| 3007AP | <u>DELIVERABLE</u> | 1 | LO | | $_____ ** NSP ** |
| | | | | | |
| | <u>Inspection and Acceptance</u><br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | | | | | |
| | <u>Deliveries or Performance</u><br>DLVR SCH                        PERF COMPL<br><u>REL CD</u>        <u>QUANTITY</u>        <u>DATE</u><br>  001                   1            30-APR-2006 | | | | |
| | | | | | |
| | <u>CLIN</u>    <u>SOW</u>    <u>TITLE</u> | | | | |
| | 3007AP  5.17    Cost Avoidance Measures Report | | | | |
| |         5.18    Unit Price Cost Report | | | | |
| |         5.19    Spend Plan Report | | | | |
| | | | | | |
| | (End of narrative F001) | | | | |
| | | | | | |
| 3007AQ | <u>DELIVERABLE</u> | 1 | LO | | $_____ ** NSP ** |
| | | | | | |
| | <u>Inspection and Acceptance</u><br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | | | | | |
| | <u>Deliveries or Performance</u><br>DLVR SCH                        PERF COMPL<br><u>REL CD</u>        <u>QUANTITY</u>        <u>DATE</u><br>  001                   1            30-APR-2006 | | | | |
| | | | | | |
| | <u>CLIN</u>    <u>SOW</u>    <u>TITLE</u> | | | | |
| | 3007AQ  5.10    Equipment Utilization Records | | | | |
| |         5.11    Relocatable Building Report | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 10 of 14 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0089 MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 5.12   Ice Report | | | | |
| | 5.13   Hazardous Waste Storage Inventory Report | | | | |
| | 5.14   Director of Logistics Report | | | | |
| | 5.16   Water Records | | | | |
| | (End of narrative F001) | | | | |
| 3007AR | <u>DELIVERABLE</u> | 1 | LO | | $              ** NSP ** |
| | <u>Inspection and Acceptance</u><br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | <u>Deliveries or Performance</u><br>DLVR SCH<br><u>REL CD</u>          <u>QUANTITY</u>          <u>DATE</u><br>  001                     1              30-APR-2006 | | | | |
| | <u>CLIN</u>    <u>SOW</u>    <u>TITLE</u><br><br>3007AR  5.8    Accident Report | | | | |
| | (End of narrative F001) | | | | |
| 3007AS | <u>DELIVERABLE</u> | 1 | LO | | $              ** NSP ** |
| | <u>Inspection and Acceptance</u><br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | <u>Deliveries or Performance</u><br>DLVR SCH<br><u>REL CD</u>          <u>QUANTITY</u>          <u>DATE</u><br>  001                     1              30-APR-2006 | | | | |
| | <u>CLIN</u>    <u>SOW</u>    <u>TITLE</u><br><br>3007AS  5.6    Quality Control Plan | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 11 of 14 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0089   MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | (End of narrative F001) | | | | |
| 3007AT | DELIVERABLE | 1 | LO | | $_____ ** NSP ** |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance | | | | |

DLVR SCH                            PERF COMPL
REL CD          QUANTITY        DATE
 001             1         30-APR-2006

CLIN    SOW    TITLE

3007AT  5.9    Vector Control Records

                 (End of narrative F001)

| 3007AU | DELIVERABLE | 1 | LO | | $_____ ** NSP ** |
|---|---|---|---|---|---|
| | NOUN: CONTRACTOR MANPOWER REPORTING | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance | | | | |

DLVR SCH                            PERF COMPL
REL CD          QUANTITY        DATE
 001             1         30-APR-2006

CLIN    TITLE

3007AU  Contractor Manpower Reporting (CMR)

                 (End of narrative F001)

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 12 of 14 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0089   MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG, BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3009 | SECURITY CLASS: Unclassified | | | | |
| 3009AA | BASE FEE | 1 | LO | | $    1,310,679.90 |
| | NOUN: MNF/MNC-I LOGCAP SUPPORT<br>PRON: M24QP5BRWR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.0000<br>CUSTOMER ORDER NO: MIPR4GTOAPR307 | | | | |
| | _Inspection and Acceptance_<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | _Deliveries or Performance_<br>DLVR SCH              PERF COMPL<br>REL CD    QUANTITY    DATE<br>001        1      30-APR-2006<br><br>        $   1,310,679.90 | | | | |
| 3011 | SECURITY CLASS: Unclassified | | | | |
| 3011AA | AWARD FEE POOL | 1 | LO | | $    2,621,330.10 |
| | NOUN: MNF/MNC-I LOGCAP SUPPORT<br>PRON: M24QP5BRWR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.0000<br>CUSTOMER ORDER NO: MIPR4GTOAPR307 | | | | |
| | _Inspection and Acceptance_<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | _Deliveries or Performance_<br>DLVR SCH              PERF COMPL<br>REL CD    QUANTITY    DATE<br>001        1      30-APR-2006<br><br>        $   2,621,330.10 | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 13 of 14 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0089    **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD/ MIPR | ACRN | OBLG STAT | ACCOUNTING CLASSIFICATION | | JOB ORDER NUMBER | ACCOUNTING STATION | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3005AA | M24QP5BRWR 135197.0000 MIPR4GTOAPR307 | AA | 1 | 21 | 42220000047620841351970 2540 | S09076 | 7QLC83 | S09076 | $ 131,067,990.00 |
| 3009AA | M24QP5BRWR 135197.0000 MIPR4GTOAPR307 | AA | 1 | 21 | 42220000047620841351970 2540 | S09076 | 7QLC83 | S09076 | $ 1,310,679.90 |
| 3011AA | M24QP5BRWR 135197.0000 MIPR4GTOAPR307 | AA | 1 | 21 | 42220000047620841351970 2540 | S09076 | 7QLC83 | S09076 | $ 2,621,330.10 |
| | | | | | | | TOTAL | $ 135,000,000.00 |

| SERVICE NAME | TOTAL BY ACRN | ACCOUNTING CLASSIFICATION | | ACCOUNTING STATION | OBLIGATED AMOUNT |
|---|---|---|---|---|---|
| Army | AA | 21 | 42220000047620841351970 2540   S09076 | S09076 | $ 135,000,000.00 |
| | | | | TOTAL | $ 135,000,000.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 14 of 14 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0089      MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment 001 | SOW MNF/MNC-I SITES | 10-APR-05 | 073 | DATA |
| Attachment 002 | TO 89 CLAUSE MATRIX | 20-APR-05 | 006 | DATA |
| Attachment 003 | DFAC SUBCONTRACTS LIST | 20-APR-05 | 004 | DATA |

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

LOGCAP STATEMENT OF WORK (SOW)
MNF/MNC-I SITES

TABLE OF CONTENTS

1.0.  Scope of Work
2.0.  Applicable Documents
3.0.  Government Furnished Equipment / Property
4.0.  Period of Performance
5.0.  Deliverables
6.0.  Contractor Personnel Requirements
7.0.  Team LOGCAP Support

8.0.  Requirements
8.1.  Operations & Maintenance Programs
8.2.  Work Orders & Repairs
8.3.  Other Construction/Engineering Services
8.4.  Power Generation
8.5.  Electrical
8.6.  Latrines
8.7.  Ablution Units
8.8.  Porta-Potties
8.9.  Waste Management and Disposal
8.10.  Laundry Service Operations
8.11.  Water Works Systems
8.12.  Pest Management
8.13.  Fire Protection Services
8.14.  Morale, Welfare, and Recreation (MWR) Services
8.15.  Class III Retail Operations
8.16.  Facilities Management
8.17.  Signs
8.18.  Dining Facility (DFAC) Operations
8.19.  Fire Fighting Services
8.20.  Non-Tactical Vehicle (NTV) Transportation Motor Pool (TMP) Operation
8.21.  TMP Bus Shuttle Service
8.22.  Base Camps with less than 1800 Permanent Headcount
8.23.  Engineer Material Supply Point (EMSP)
8.24.  Helipad Passenger Control Service
8.25  Project Planning
9.0   Marine Expeditionary Forces

Appendixes:
A – Base Operations Life Support
B – Corps Logistics Service Support (CLSS)
C – Airfield Operations - Deferred
D – Contingency Operations Support

**DAAA09-02-D-0007**                                                    **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
FOUO

E – Theater Transportation Mission (TTM)
F – Listing of Facilities that Receive Operations and Maintenance
G – Listing of Generators, by location
H – Base Consolidations, Closures and Relocation

1.0.   SCOPE OF WORK:  The contractor shall provide base camp services, accommodations and life support services, minor constructions as required and selected Echelons Above Corps/Echelons Above Division (EAC/EAD) Combat Support/Combat Service Support (CS/CSS) Functions to Multi-National Forces - Iraq/Multi-National Corps - Iraq (MNF-I/MNC-I) at various locations in Iraq, in addition to contractors supporting these efforts.  The contractor shall provide all resources and management necessary to assume the mission in accordance with Contract No. DAAA09-02-D-0007 and Attachment Numbers 001 Statement of Work (SOW), 002 Special H Clauses and 003 Contract Data Requirements List (CDRL) – DD Form 1423, unless otherwise specified.

1.1.   General.  Notwithstanding any other provisions of this SOW, the contractor shall comply with all US laws applicable to contractors supporting US government operations overseas.  In the case of inconsistencies, the contractor shall contact the Administrative Contracting Officer (ACO), identify the inconsistency, and seek guidance.  All performance shall meet Army regulatory standards unless otherwise stated.

1.2.   Worksite Safety.  The contractor shall be responsible for safety of employees and base camp residents during all operations in accordance with the Army and OSHA safety regulations and guidance, including the contractor providing and supervising the appropriate use of all personal protective equipment.

1.3.   Unless otherwise specified in this SOW, all increases, decreases or modifications to requirements specified in this SOW are at the direction of the Procuring Contracting Officer (PCO) or ACO.

1.4.   The contractor shall adhere to the Overseas Environmental Baseline Guidance Document (OEBGD) and MNC-I Environmental Standard Operating Procedure (SOP) in the performance of this SOW.  If no such standards are established for the performance required, the contractor shall comply with the local environmental standards.  Other environmental regulations that the contractor shall adhere to are: EO 12088, Federal Compliance with Pollution Control Standards, DODI 4715.5 Management of Environmental Compliance at Overseas Installations, DODI 4715.8 Environmental Remediation for DoD Activities Overseas and DODI 4715.4, Pollution Prevention.

1.5.   Government-furnished equipment (GFE), services and supples shall be utilized to the maximum extent possible or at the direction of the ACO.

1.6.   The contractor shall perform all services and support 24 hours a day, 7 days a week including official holidays, unless otherwise specified within this SOW.

**DAAA09-02-D-0007**                                              **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
FOUO

1.7.  Contractor Force Protection.  The Government will provide for the force protection and security of contractor personnel in convoys and on site, commensurate with the threat, and IAW the applicable Theater Anti-Terrorism/Force Protection guidelines.

1.8.  The contractor shall clean all contractor work areas daily and upon completion of services.

1.9.  Construction:  Construction includes all work necessary to produce a complete and usable facility, or a complete and usable improvement to an existing facility, and includes any building, structure, or other improvement to real property to be used by the Armed Forces, regardless of it whether such use is anticipated to be of a temporary or longer duration.  Construction includes, but is not limited to, those projects defined as military construction by Army Regulation 415-15. For the purpose of this task order execution, a complete and usable facility includes multiple buildings or structures where they are clearly interrelated, meaning that they are mutually dependent and cannot be used for their intended purpose if constructed separately.

1.9.1. All construction projects shall  be performed IAW the USCENTCOM Regulation 415-1, Contingency and Long Term Base Camp Facilities Standards dated 1 DEC 04, "The Sandbook" and the facility's Base Camp Master Plan. All contractor construction requirements shall be prepared IAW the LOGCAP Support Unit Procedure 1, dated 3 DEC 05. The LOGCAP Support Office will ensure contractor construction projects are reviewed and approved by the Joint Facilities Utilization Board (JFUB) policy IAW current MNF-I and MNC-I FRAGOs.

1.10 If, after the CSS AMO evaluates malfunctioning STAMIS systems and determines that evacuation to a higher level is required, the Contractor shall be responsible to evacuate the equipment to the designated location.

2.0. APPLICABLE DOCUMENTS:  The contractor shall maintain a current library of all applicable publications associated with the requirements of this SOW.  The following list of documents is provided for contractor reference and shall not be construed as a comprehensive list of applicable guidance or standards of performance, and shall not supersede the requirements specified in Paragraph 1.1 or elsewhere in this SOW:

2.1.  Logistics Civil Augmentation Program (LOGCAP) Contract Number  DAAA09-02-D-0007, effective 14 December 2001.

2.2.  Army Materiel Command (AMC) LOGCAP Worldwide Management and Support Plan, Option Year 2, dated 28 January 2003.

2.3.  Logistics Civil Augmentation Program (LOGCAP) Region 27 Management Plan.

2.4.  Logistics Civil Augmentation Program (LOGCAP) Force Provider Management Plan, dated November 1998.

2.5.  Army Regulation 715-9, Contractors Accompanying the Force dated 3 January 2003.

FOUO

2.6.  Department of the Army Pamphlet 715-16, Contractor Deployment Guide dated 27 February 1998.

2.7.  Army Field Manual 3-100.21, Contractors on the Battlefield dated 6 November 2001.

2.8.  USCENTCOM Contingency and Long-Term Base Camp Facilities Standards (Sand Book) dated 1 December 2004.

2.9.  Technical Bulletin Medical 530, Food Service Sanitation.

2.10.  Department of the Army Pamphlet 210-9, Laundry and Dry Cleaning Operation Procedures.

2.11.  Army Field Manual 8-10-14, Employment of the Combat Support Hospital Tactics, Techniques and Procedures dated 29 December 1994.

2.12.  Central Contractor Registration 700-1, Mutual Logistics Support in the CENTCOM Area.

2.13.  Central Contractor Registration 700-2, Outsourcing LOGISITICAL Support:  HNS, Contracting and Civil Augmentation Programs.

2.14.  Department of Defense Directive 2010.9 Acquisitions and Cross Servicing Agreements, dated April 28, 2003.

2.15.  CENTCOM Form CC35 & Instructions.

2.16.  Title 49 of the Code of Federal Regulations, Transportation.

2.17.  ADSM 18-L1Q-APJ-ZZZ-EM, Standard Army Retail Supply System (SARSS2AC/B) End User Manual.

2.18.  Air Force Manual 15-111, Surface Weather Observations, 19 December 2003.

2.19.  Air Force Joint Instruction 15-157, Weather Support for the U.S. Army, 30 June 1996.

2.20.  Air Force Manual 15-125, Weather Station Operations, 13 October 1998.

2.21.  Army Regulation 190-11, Physical Security of Arms, Ammunition and Explosives, 12 February 1998.

2.22.  Army Regulation 215-1, Morale, Welfare and Recreation Activities and Nonappropriated Fund Instrumentalities, 28 June 2004.

2.23.  Army Regulation 385-64, US Army Explosive Safety Program, 1 February 2000.

2.24.  Army Regulation 40-61, Medical Logistics Policies and Procedures, 25 January 1995.

DAAA09-02-D-0007                                    **DATE: 30 NOV 2005**
TASK ORDER: 89.00 Ch 1 final
FOUO

2.25.  Army Regulation 420-90, Fire and Emergency Services, 10 September 1997.

2.26.  Army Regulation 5-13, Training Ammunition Management System, 20 December 1994.

2.27.  Army Regulation 700-144, Demilitarization and Trade Security Controls, 6 March 2000.

2.28.  Army Regulation 700-93, Process and Shipping DOD-Sponsored Retrograde Materiel Destined for the U.S. and its Possessions, 15-May-80.

2.29.  Army Regulation 710-2, Inventory Management Supply Policy Below the Wholesale Level, 31 October 1997.

2.30.  Army Regulation 725-50, Requisitioning, Receipt, and Issuing System, 15 November 1995.

2.31.  Army Regulation 735-5, Policies and Procedures for Property Accountability, 31 January 1998.

2.32.  Army Regulation 750-1, Army Materiel Maintenance Policy, 18 August 2003.

2.33.  Army Regulation 95-2, Air Traffic Control, Airspace, Airfields, Flight Activities and Navigational Aids, 10 August 1990.

2.34.  Army Regulation 95-50, Airspace and Special Military Operation Requirements.

2.35.  Army Regulation  95-70, Movement Control, 1 September 2003.

2.36. Army Regulation 30-22, The Army Food Program, 30 August 2002.

2.37.  Army Field Manual 4-01.30.

2.38.  Department of the Army Pamphlet 30-22, Operating Procedure for the Army Food Program, 30August 2002.

2.39.  Department of the Army Pamphlet 385-64, Ammunition and Explosives Safety Standards.

2.40.  Department of the Army Pamphlet 710-2-1, Using Unit Supply System- [Manual Procedures].

2.41.  Department of the Army Pamphlet 710-2-2, Supply Support Activity Supply System- [Manual Procedures].

2.42.  Department of the Army Pamphlet 725-50, Requisition, Receipt, and Issue System, 15 November 1995.

2.43.  Defense Transportation Regulation, Volume VI, Technical Manuals TO35D33-2-2-2 and TO35D33-2-3-1; and the Air Mobility Command Instruction 24-101.

2.44.  Department of Defense (DoD) Instruction 6055.6, DoD Fire and Emergency Services Program,  December 15, 1994.

2.45.  Federal Aviation Administration Order (FAAO) 7110.65, Air Traffic Control, 12 July 2001.

2.46.  Field Manual 1-100, Army Aviation Operations, 21 February 1997.

2.47.  Army Regulation 95-27, Operational Procedures for Aircraft Carrying Hazardous Materials, 11 November 1994.

2.48.  Army Field Manual 4-30.13, Ammunition Handbook:  Tactics, Techniques, and Procedures for Munitions Handlers.

2.49.  Host Nation Aeronautical Information Publication.

2.50.  International Civil Aviation Organization (ICAO) DOC 4444.

2.51.  MEDCOM Regulation 40-35.

2.52.  Standing Operating Procedures (ASP) of the military unit operating the ASP.

2.53.  Army Field Manual 10-15.

2.54.  Army Field Manual 3-04.303 Air Traffic Control Facility Operations and Training (formerly Army Field Manual 1-303).

2.55.  Overseas Environmental Baseline Guidance Document (OEBGD).

2.56.  MNC-I Environmental Standard Operating Procedure (SOP).

2.57.  DoDI 4150.7, DoD Pest Management Program, Apr 96.

2.58.  DoDM 4150.7, DoD Pest Management Training and Certification, Apr 97.

2.59.  MCM-0006-02, Updated Procedures for Deployment Health Surveillance and Readiness, Feb 02.

2.60.  AR 200-5, Pest Management, Oct 99.

2.61.  TB Med 561, Pest Surveillance, Jun 92.

2.62.  Field Manual 4-30.1, Munitions Support in the Theater of Operations.

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                              FOUO

2.63.  Field Manual 55-1, Army Transportation Service in the Theater of Operations.

2.64.  Military Standards 3006A.

2.65.  TB MED 577, Sanitary Control and Surveillance of Field Water Supplies, March 1986.

2.66.  DOD 4715.5-G, Overseas Environmental Baseline Guidance Document, Chapter 3, Drinking Water, March 2000.

2.67.  LOGCAP Support Unit Procedure 1, "LOGCAP Contractor JFUB Procedures", 3 DEC 05

2.68.  Memorandum, Defense Contract Management Agency, SUBJECT: "Transfer of Government Property on to the LOGCAP Contract DAAA09-02-D-0007", dated 1 JUN 2005

2.69. Department of Defense Instruction 3020.41, Contractor Personnel Authorized to Accompany the US Armed Forces, October 3, 2005.

2.70. MEMORANDUM FOR RECORD: Marine Expeditionary Force (MEF) staffing requirements for maintenance, dtd 1 SEP 05

2.71  Executive Order 12088, Federal Compliance with Pollution Control Standards, 13 OCT 78

2.72  DODI 4715.5 Management of Environmental Compliance at Overseas Installations, 22 APR 98

2.73  DODI 4715.8 Environmental Remediation for DoD Activities Overseas, 2 FEB 98

2.74  DODI 4715.4, Pollution Prevention, 6 JUL 98

3.0. GOVERNMENT-FURNISHED EQUIPMENT / PROPERTY:

3.0.1  Prior to procurement of equipment to support all efforts described in this task order, the contractor shall exercise due diligence in verifying that the required items cannot be satisfied as government furnished equipment, moved from another location available due to changes in mission requirements or through use of the Federal Supply System.

3.1 For the purpose of commercially purchasing or ordering through FSS supplies/non-durable goods, the contractor shall obtain approval from the on-site ACO for those purchases exceeding the micro-purchase threshold of $5,000.00 on either a unit or cumulative effort. For the purpose of commercially purchasing or ordering through FSS equipment/durable goods, the contractor shall obtain approval from the on-site ACO for those items that exceed a unit cost of $10,000.00 or cumulative cost of $25,000.00. For the purpose of commercially leased items, the contractor shall obtain approval from the on-site ACO for those leases that exceed $50,000.00.

3.2. When the GFE is provided to the contractor, the contractor shall perform a joint inventory and a joint technical inspection of the GFE with the Defense Contract Management Agency's (DCMA) Property Administrator and the Government's current property accountable officer. Government-furnished equipment (GFE) will be in serviceable or economically repairable condition before transfer to the contractor. Damaged items and shortage items shall be documented. The contractor shall repair or replace the damaged items and acquire the shortage items to bring the GFE to a fully mission capable operational status. The contractor shall perform monthly cyclic inventories of the equipment in accordance with the applicable Army regulations.

3.2.1. The contractor shall ensure that the receipt, maintenance, replacement and other processes associated with Government Furnished Equipment is IAW FAR part 45, applicable supplements and the contract clauses relating to property.

3.3. The Government will furnish the following equipment or material as GFE/GFM/GFP:

3.3.1. Fuel.

3.3.2. Mermite Containers.

3.3.3. Deleted.

3.3.4. Six (6) Force Provider Modules (Two (2) each – Camp Victory, one (1) each – Anaconda, two (2) each – Cedar II, one (1) each – Scania).

3.3.5. Transportation Motor Pool (TMP) buses as available.

3.3.6. Water Packaging System/Containerized Ice Plant with chemical, expendable supplies and PLL repair parts.

3.3.7. The Government will provide the building and all required equipment for Mermite Site DFACs.

3.3.8. The Government will provide a listing, by Vehicle Identification Number (VIN) and License Plate (if applicable) of all permanent party NTVs to the contractor and the ACO prior to the assumption of services.

3.3.9. The Government will provide the lease agreements, number of buses and data plate information of the buses to the contractor prior to implementation of any maintenance support.

3.3.10. Specific familiarization training for the new contractor personnel will be provided by Government mechanics for Ballistic Door Installation.

3.3.11. The Government will provide the necessary STAMIS equipment and DODAACs to conduct CLSS operations at each designated site. Examples include but are not limited to SARSS, ATLASS, SASSY, STRATIS, workstations and peripherals.

**DAAA09-02-D-0007**                                                    **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
                              **FOUO**

3.3.12. The contractor shall process documents through Army STAMIS systems provided as GFE to order routine replenishment supplies.

3.3.13. The Government will provide the QASAS for ammunition surveillance, inspection, and classification.

3.3.14. Explosive Ordnance Disposal (EOD) will be provided as required by the military.

3.3.15. The Government will provide the communications/automation architecture to support "in-transit" visibility.  This includes but not limited to BCS3, VSAT, CAISI and various Army STAMIS systems that work in conjunction with BCS3, VSAT and CAISI.

3.3.16. The Government will provide automation tools for distribution, including but not limited to TC-AIMS, DAVS or AMS-TAC.

3.3.17. The Government will provide the appropriate number of escorts and secured routes for all convoys per the current FRAGO and as dictated by the current threat level.

3.3.18. The Government will provide two (2) each HETs per location listed below.  Deleted

    a.   A1   Anaconda
    b.   B1   Camp Al Asad
    c.   B3   Fallujah
    c.d. B6   Camp Al Taqaddim
    d.e. C1   Camp Speicher
    e.f. C5   Taji
    f.g. H3   Camp Q West

3.3.19. The Government will provide the following for the In Transit Visibility (ITV) Systems.

    a.   MTS:  Movement Tracking System (Hardware and Software Components).
    b.   BCS3:  Battle Command Sustainment Support System.
    c.   RFID Interrogators
    d.   RFID tags

3.3.20. The Government will provide the following for other Theater Transportation Missions (TTM):

    a.   Portable scales, minimum of six (6) at each location.  An acceptable item is listed in the FEDLOG system, Model: PT300-6-10 NSN: 6670-01-377-2571 GSA  Price: $ 8,191.18 Includes: Six PT300-10 Fully Electronic Wheel Load Scales ( 20,000lb.capacity  x 10lb. Graduations, Containing Two Digital Shear Beam Load Cells), Interconnect Totalizing Cable, 20mA Output per Scale, 120v Charging Transformer, NICAD Batteries, Military Approved Manuals, MIL-SPEC Carrying Case.

DAAA09-02-D-0007                                      **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

    b.   Automated Air Load Planning System (AALPS) software (current version).

3.3.21.  NIPR Access:  At all MCT locations

3.3.22.  SIPR Access:  At locations where access is available.

3.3.23.  The Government will be responsible for physical security of the Ammunition Supply Point (ASP) and its operation IAW AR 190-11.

3.3.24. The Government will sponsor the Contractor to gain access to logistics automation systems, including but not limited to, WEBVLIPS and ILAP. Personnel who require access are maintenance managers, warehouse managers, SAMS/SARRS/MIMMS operators and maintenance inspectors.

3.4 CONTRACTOR LIFE AND LOGISTICS SUPPORT:

3.4.1 The government will provide contractor life and logistics support to the contractor in accordance with Special Contract Provisions specified in Section H of the basic contract and the following:

3.4.1.1  Base life support includes Government-controlled working and living space and accommodations, material, equipment, and services, which the Government determines can be made available at, or through, any site where LOGCAP support services are performed.  All Government property in the possession of the Contractor, provided through this base life support clause, shall be used and managed in accordance with the Government Property clause applicable to this task order.

3.4.1.2 The Government will provide the following life and logistics support consistent with the level of service available at each contractor assigned location, as follows:
    a.   Billeting
    b.   Food Service
    c.   Mail Services
    d.   Electrical
    e.   Power Generation
    f.   Waste Management/Disposal
    g.   Black/grey water removal and disposal
    h.   Laundry
    i.   Water works
    j.   Vector control
    k.   MWR
    l.   Fire Protection
    m.   Physical security
    n.   Transportation support
    o.   Office support to include, but not limited to, office space, furniture, and supplies

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

3.4.1.3 Contractor life support areas shall be designed using the following living and accommodations standards:

| Pay/Position Equivalent | Minimum Square Feet |
|---|---|
| (1) E1-E7, WO 1, O-1/4 | 80 NSF/Person |
| (2) E8-E9, CW 2-5, O 5-6 | 160 NSF/Person |
| (3) O7+ | 256 NSF/Person |

3.4.1.4 Living Accommodations:

3.4.1.4.1 The standard contractor living accommodations will be a containerized living unit or hardstand structure with the following furnishings:

Twin-sized bed
Lockable wall-locker or closet
Desk
Chair

3.4.1.5 The contractor agrees to immediately report to the cognizant ACO inadequacies, defective Government-Furnished Property (GFP), or non-availability of support stipulated herein.  The Government agrees to determine the validity and extent of the requirement and the method by which it shall be fulfilled (e.g., purchase, rental, lease, GFP, etc.). Unless otherwise stipulated in the task order, support shall be provided on a no-charge-for-use basis and the value shall be a part of the Government's contract consideration.

4.0. PERIOD OF PERFORMANCE.  The anticipated period of performance shall be 365 days from date of award.

5.0. DELIVERABLES:  The contractor shall prepare and submit the following, in standardized format and content, reports in accordance with the Contract No. DAAA09-02-D-0007 and Attachment Number 001, Statement of Work (SOW) and 003, Contract Data Requirements List (CDRL)  – DD Form 1423, within the required timeframes called out in the basic contract.

5.1.  Project Schedules IAW SOW 1.15, CLIN 3007AB to include:

   a.  Estimated Date of Completion (ECD) at project approval.
   b.  Current ECD.
   c.  Explanation of ECD changes since previous report and explanation of all ECD changes since project approval.
   d.  For any construction activity a construction management plan such as Critical Path Method (CPM) or Program Evaluation and Review Technique (PERT) chart.  The duration of each activity, the Early Start and Late Finish dates, and the critical path shall be clearly delineated on this chart.  Gantt Charts are acceptable if the relationship between tasks; float times and the critical path are also somehow understandably portrayed.

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

e.  For construction tasks, provide the cost breakdown in the ROM for each item constructed (e.g. cost of putting up tents: tent cost, labor cost, carpentry material cost, electrical material cost, etc.: cost of installing ablution units:  cost of ablution units, labor costs, carpentry material costs, plumbing material costs, electrical material costs, etc.).

Project schedule with all task drill downs shall be provided in Microsoft Project file format. Complete report shall be provided to ACO and QAR of most local DCMA office and the task order lead ACO and QAR the first week of following month representing the previous calendar month.

5.2.  Report, Record of Meeting/Minutes, Trip Reports IAW Basic Contract SOW Paragraph 9.3.4, CLIN 3007AD.

5.3.  Program Management Cost Report IAW Basic Contract SOW Paragraph 9.2.2, CLIN 3007AE.

5.4.  Daily Event SITREP IAW Basic Contract SOW Paragraph 9.3.1, CLIN 3007AF.  In addition, SITREPs shall provide notification of any law enforcement or investigation or interview, serious injury, or death of contractor or subcontractor personnel.   These reports shall also state contractor areas of concern, updated Master Schedules, or other information needed to identify progress as well as a summary of all VIP visits and/or briefings and any other significant activities impacting current or future operations.  Additional SITREPs shall be produced for Corps Logistical Support Services (CLSS) and Theater Transportation Mission (TTM).

TTM SITREP shall be standardized with Task Order 88 SITREP and shall include but not limited to:

    a.  General Summary
    b.  Movement Control Convoy Report
    c.  Logistics Report
    d.  Transportation Assets And Drivers Status Per Site
    e.  MHE Assets And Operators Status
    f.  Maintenance
    g.  Incidents Summary
    h.  IT/Communications
    i.  Current TTM T.O.89 Staffing
    j.  Equipment Deadline Reports by Functional Area.
    k.  Asset Availability Reports by Functional Area.
    l.  Fuel Transportation:
        1.  Identify the customer and the customer location
        2.  Identify mission requirements for each location (amount of fuel)
        3. Identify what was delivered to each location (amount of fuel)
        4. Identify the number of vehicles needed to complete the mission
            A.  Make
            B.  Model
            C. Year
            D.  GFE/GP/ID number

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

    E.  Owned or leased and name of owner

5. Identify the number of vehicles that are not fully mission capable
    A.  Make
    B.  Model
    C.  Year
    D.   GFE/GP/ID number
    E.  Owned or leased and name of owner
    F.  Why it is not fully mission capable

6. Identify the number of vehicles that are returning from mission

l.  Vehicle Recovery / Loss Report
    1.  Breakdown of each type of vehicle by TTM mission
    2.  Number of vehicles out on mission
    3.  Number of vehicles that break down
        A.  Type of vehicle
        B.  Make of vehicle
        C.  Year of vehicle
        D.  Owned or leased and name of owner
        E.  Cause of break down
        F.  Cost to recover vehicle
        G.  Cost to repair vehicle
        H.  Task Order vehicle is in support of
    4.  Number of vehicles recovered
    5.  Number of recovery attempts
    6.  Number of vehicles that were not recovered (a loss) and why
        A.  Type of vehicle
        B.  Date of loss
        C.  Reason of loss
        D.  Leased or Owned / Owner of vehicle
        E.  Purchase Price / Lease Price
        F. Year of vehicle
        G.  Dollar value of vehicle
        H.  Insurance Company
        I.   Mileage
        J.  The ID tag/ Load description
        K.  Estimated value of vehicle loss
        L.  Track vehicles that are recovered until owner recovers

m.  Accident reporting and emergency medical activity.
    1.  Number of personnel injured – types of injuries
    2.  Maintain and improve current incident reporting

n.  Current and Future Fleet Acquisitions, license and Expected Delivery Dates.

o.  Current Driver Status: Required/Requested/Expected Arrival Dates.

p.  Movement Control Team (MCT) activities to include locations of MCT teams and number of passenger movement control operations supported.

5.5.  Cost Status Reports IAW Basic Contract SOW Paragraph 9.3.3, CLIN 3007AN

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

5.6.  Quality Control Plan IAW Basic Contract SOW Paragraph 1.14, CLIN 3007AS

5.7.  Events Lessons Learned Report, IAW Basic Contract SOW Paragraph 9.3.6, CDRL/CLIN 3007AJ.

5.8.  Accident Report IAW Basic Contract SOW Paragraph 1.17.2, CLIN 3007AR

5.9.  The contractor shall maintain pest management records of all pest management operations, to include but not limited to, pest surveillance activities, habitat management, sanitation , consultations, etc.  This data shall be recorded on DD Form 1532-1 (Pest Management Maintenance Record) or its computer generated equivalent.  The DD Form 1532-1, or equivalent, shall be submitted monthly to the Theater (MNC-I) Medical Entomologist (Theater Pest Management Consultant, Government COTR), prior to being submitted through LOGCAP channels to the ACO and subsequently to the U.S. Army Center for Health Promotion and Preventive Medicine (USACHPPM) for archiving.

5.10.  The contractor shall maintain and upon request shall provide utilization records for each major end item, i.e. non-tactical vehicles, heavy equipment, forklifts, cranes, generators, etc.

5.11.  The contractor shall prepare a monthly relocatable building (RLB) report depicting general information concerning the amount, cost, size and location of structures in theater, and forward a copy of the report to MNC-I C7, annotating new buildings.  A RLB is defined as a building designed for the specific purpose of being readily moved, erected, disassembled, stored and reused without structural damage and a minimum of refurbishment.  RLBs purchased for the previous month include costs for incidental construction, i.e. site preparation, concrete pads, underground utilities, etc.   All RLB acquisitions shall be IAW the latest guidance. The Contractor shall coordinate any acquisition of RLBs with the ACO.

5.12.  The contractor shall prepare and submit a daily theater-wide report identifying ice on-hand in tons (short) per site, ice pushes per site and ice plant status per site to the COSCOM POC and DCMA.

5.13.  Monthly Hazardous Waste Storage Area Inventory Report (by base camp and consolidated). The purpose of this report is to enable MNC-I to establish quantities of waste streams for military and LOGCAP hazardous wastes.  Report shall be in a MS Excel spreadsheet by base camp with a consolidated summary.

5.14.  Monthly Director of Logistics Report.  The contractor shall provide monthly base camp and task order consolidated reports incorporating weekly data with the following information:

    a.  Billeting: Per Housing area occupancy and capacity.
    b.  Camp Services: Fresh water provided, Porta-lets Serviced, Trash Disposed, Black/Gray Water Disposed
    c.  Food Services: Per DFAC Meals Prepared and meal preparation capacity
    d.  Laundry: Laundry Washed per contractual standard and laundry capacity
    e.  MWR: Usage and capacity

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

   f.  NTV Fuel: Fuel Issued
   g.  TMP Bus Service: Bus Ridership and capacity
   h.  TMP Maintenance: Operational Readiness Rate
   i.  Water: Water Produced, Average Water Stored and capacity
   j.  Ice:  Ice on hand, Ice Produced

Report shall be submitted to ACO and QAR of most local DCMA office and the task order lead ACO and QAR first week of following month representing the previous calendar month.  With the inclusion of this information, the report shall be the same report currently submitted by the Quality Manager to the Program Manager and SQML IAW the contractor's Quality Plan.  This report shall be standardized across all sites in the Task Order.

5.15.  Master Schedule of Work (MSOW). The MSOW shall be submitted within 60 days after award to the ACO and approved or returned for changes within seven (7) days of receipt.  The MSOW is subject to periodic review and possible change.

5.16.  Water Records.  The contractor shall provide access to all water records, to include testing and production.  The contractor shall maintain water/ice production, process control, laboratory, and maintenance records for all water purification operations, to include but not limited to , pressure readings, physical water parameters at each stage of production, preventative and corrective maintenance records, etc.  Contractor shall use a reporting format based on manufacturer's recommendation for purification equipment.  The water operation and production daily monthly reports shall be completed per the manufacturer's recommended in instructions .  This cumulative report shall be submitted monthly to the ACO and the Theater Preventative Medicine Officer (MNC-I)

5.17.  Monthly Cost Avoidance Measures Report.

5.18.  Quarterly Unit Price Cost Report.

5.19.  Twelve Month Spend Plan Report IAW Basic Contract SOW and WBS

5.20   Base camp and task order consolidated monthly customer survey results shall be compiled in quantity and percentage for all data points about active efforts represented on the contractor's Quality Plan customer survey.  In addition, the report shall include the following information:

     a.  Number of personal interviews conducted per QAR
     b.  Number of customer surveys received from customer survey drop boxes.
     c.  Number of customers sampled/surveyed (sample size) (a+b)
     d.  Number of customers base camp and task order in population
     e.  Percentage customer population providing input (c/d)
     f.  Number of Customer Survey dispersion and drop boxes collection points
     g.  Number of Customer Survey dispersion and drop box collection points per 100 camp personnel
     h.  Customer written comments from customer survey.

DAAA09-02-D-0007                                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

Report shall be submitted to ACO and QAR of the most local DCMA office and the task order lead quality assurance representative the first week of following month representing the previous calendar month.  With the inclusion of this information, the report shall be the same report currently submitted by the Quality Manager to the Program Manager and SQML IAW the contractor's Quality Plan.

5.21.  Base camp and task order consolidated monthly work/service orders accomplished per the contract standard for work/service orders assigned to contractor.  Report shall include status of work/service orders broken out by DoL departments and in total received, completed, cancelled, and opened per contractual classification.  Report shall be standardized across Task Order.

Report shall be submitted to ACO and QAR of most local DCMA office and the task order lead quality assurance representative first week of following month representing the previous calendar month.

5.21.  TTM Materiel Condition Status Report (DA Form 2406) IAW Basic Contract SOW

5.22.  Base camp and task order consolidated monthly quality department reports shall include but not limited to:

      a.  Number of quality department personnel authorized
      b.  Number of quality department personnel in place
      c.  Industry-standard quality certifications level of quality department personnel.
      d.  Audits/inspections annotated by effort, date, and location
      e.  Status of KBR Corrective Measures Implementation Plans
      f.   Status of DCMA Correction Action Requests and Continuous Improvement Opportunities

Report shall be submitted to ACO and QAR of most local DCMA office and the task order lead quality assurance representative first week of following month representing the previous calendar month.  With the inclusion of this information, report shall be same report currently submitted by Quality Manager's to Program Managers IAW the contractor's Quality Plan.

Upon request, contractor shall provide copies of all quality records.

5.23.  Base camp and task order consolidated monthly safety department report shall include but not limited to:

      a.  Number of safety department personnel authorized
      b.  Number of safety department personnel in place
      c.  Industry-standard safety certifications level of safety department personnel.
      d.  Audits/inspections annotated by effort, date, and location
      e.  Summary of safety incidents and accident reports to include root cause(s) and future preventative measures

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                              FOUO

Report shall be submitted to ACO and QAR of most local DCMA office and the task order lead quality assurance representative first week of following month representing the previous calendar month.  With the inclusion of this information, report shall be same report currently submitted by Safety Manager's to Program Managers IAW the LOGCAP Safety Plan.

Upon request contractor shall provide copies of all safety records, not to include personal medical information.  Personal medical information shall be removed from requested records.

5.24.  By name and position, matrix of industry-standard certifications held by contractor and subcontractor fire and emergency medical services department personnel.  Upon request, access shall be given to actual certificates.

Report shall be submitted quarterly and upon request to ACO and QAR of most local DCMA office for supported services and all reports shall be provided to task order lead ACO and QAR. When requested, report shall be provided within 72 hours of request.

5.25.  Contractor shall centrally maintain and upon request provide load certification and operational safety inspection status of contractor and subcontractor owned and/or operated equipment to include, but not limited to, GFE, Contractor Acquired Government Owned, Material Handling Equipment, and construction equipment.  The Government will provide load certificates when GFE is transferred to the Contractor.

5.26.  Contractor shall centrally maintain records and upon request provide Operational Readiness data for CAGO and GFE.

5.27.  Contractor shall centrally maintain records and upon request provide Operational Readiness data for Material Handling Equipment to include:

      a.  Identify each type of equipment
      b   Identify the location of each piece of equipment
      c.  Identify the equipment by GP/ID number
      d.  Identify if equipment is fully mission capable
      e.  Identify if equipment is not fully mission capable and why
      f.  Track equipment not fully mission capable until fully mission capable.
      g.  Monitor equipment usage

5.28.  Upon request contractor shall provide copies of Base Support, TTM, and CLSS Program Manager monthly roll-ups or reports on status of LOGCAP efforts.

5.29 The contractor shall provide TTM utilization reports on a daily basis.  Such reports shall reflect the following information and be provided in an Excel spreadsheet in electronic form via email to ACO to be forwarded to the MEF-designated points of contact .

(EXAMPLE data included for reference only):

| 72 HOUR PERIOD (0800 21 NOV 05 – 0800 24 NOV 05) |
| --- |

**DAAA09-02-D-0007**                                                              **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

| SYSTEMS AVAILABLE | | SYSTEMS NMC | SYSTEMS TASKED |
|---|---|---|---|
| FBs | 90 | 2 | 78 |
| HETs | 12 | 0 | 10 |
| FUEL | 6 | 0 | 6 |
| WATER | 2 | 0 | 1 |
| | 110 | 2 | 95 |
| | | | |
| PREVIOUS 24 HOUR PERIOD (0800 24 NOV – 0800 25 NOV 05)* | | | |
| SAME INFO AS FOR 72 HR PERIOD | | | |
| | | | |
| CURRENT 24 HOUR PERIOD (0800 25 NOV 05 – 0800 26 NOV 05)** | | | |
| | | | |
| | | | |

- *  Yesterday's utilization – due
- ** Today's scheduled utilization – due at 0800 each day

5.30 A monthly summation of the above data shall also be provided to the ACO and MEF. The contractor's format may be used if approved by the ACO but the data must be provided in a form allowing the government to electronically manipulate the data.

5.31 The contractor shall provide CLSS utilization reports on a weekly basis in an Excel spreadsheet in electronic form via email to the ACO to be forwarded to the MEF-designated points of contact.

Such reports shall reflect the following information for each employee:

| NAME | TIME (IN QTR HR INCREMENTS | END ITEM | REPAIR | LOC |
|---|---|---|---|---|
| SMITH | 5.15 | HMMWV A2 | TRANSMISSION | B3 |

A monthly summation shall also be provided to the MEF.  The contractor's format may be used if approved by the ACO but the data must be provided in a form allowing the government to electronically manipulate the data.

6.0. CONTRACTOR PERSONNEL REQUIREMENTS:  The contractor shall maximize opportunities to use host national materials, products, equipment and personnel in support of this SOW in a consistent manner with acquisition, OPSEC and security requirements, processes and procedures.  The contractor shall, to the maximum extent practicable, direct hire host/local national personnel in cooperation with the diplomatic agreements between the US government and the host nation. The contractor shall have exclusive supervisory authority and responsibility over employees.

18
FOUO

DAAA09-02-D-0007                                              DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

6.1. The contractor shall comply with CENTCOM directed vetting/badging policies for all local and foreign nation direct hires and subcontractor personnel. The contractor shall provide personnel information on host/local country national personnel as requested by the PCO/ACO. The contractor shall ensure compliance with DFAR 252.222-7002 in the treatment of employees under this contract.

7.0. TEAM LOGCAP SUPPORT:  The contractor shall provide administrative and life support to forward deployed Team LOGCAP personnel that is not being supplied by other means. Team LOGCAP members consist of Army Materiel Command LOGCAP Representatives, DCMA personnel and DOD Civilians that are deployed forward in support of this task order.  This often includes, but is not limited to, office facilities and equipment, billeting, communications support and transportation.

7.1.  This support shall include LOGCAP Award Fee Board (AFEB) support including temporary billeting support for up to four (4) personnel at all Team LOGCAP support locations and up to 30 temporary personnel at Site F1 - Victory.

8.0.  REQUIREMENTS:  Unless otherwise stated within each paragraph below, the contractor shall establish the following services at all base camps except those that contain permanent party headcounts of less than 1800 personnel (see Paragraph 8.22).  All headcounts listed are estimates for planning factors and are subject to fluctuation.  The contractor should consult with the Base Camp Commander for anticipated assignment of personnel at each base camp. A list of the facilities and generators referenced in the paragraphs below can be found in Appendices F and G. All work shall be conducted according to pertinent US and Coalition Military regulations.

8.1.  FACILITIES MANAGEMENT AND OPERATIONS & MAINTENANCE SERVICES: The contractor shall establish O&M Programs, and work order/repair procedures (see Paragraph 8.2) to maximize life expectancy of base camp services and facilities at minimal cost to the Government.  O&M consists of those actions performed by the contractor to maintain and repair real property facilities and equipment.  O&M shall include, but shall not be limited to, structures/facilities used as living and office and work space, water and sewer, and electrical components related to such structures.  The contractor shall provide potable and non-potable water to such structures. The specific areas and facilities that will receive the O&M listed here and Appendix F or will be as directed by the ACO IAW the SOW.  The contractor shall develop, in conjunction with the master base planners, the camp mayor/ commandant and the LOGCAP Support Officer, a master plan for facilities on each camp for the purposes of determining level of support for O&M, Electrical, Power Generation, Water Works, custodial cleaning, and any other support necessary to maintain the facility.   Additionally, this O&M master plan shall include, but not be limited to: ground support equipment, grounds, roads, and facilities. Facilities include Army and Air Force Service (AAFES) locations. The Government will include these facilities at the direction of the ACO.

8.1.1.  As directed by the ACO, the contractor shall, within the scope of base camp planning, development and maintenance, coordinate with the applicable Anti-Terror/Force-Protection

**DAAA09-02-D-0007**                                                    **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

(AT/FP) personnel on site to provide and/or integrate physical security protective measures and security procedures consistent with base camp design.

8.1.2.  The contractor shall, with the assistance of the Responsible Engineering Component for each base camp, provide an integrated strategy for construction, maintenance and management for required facilities at the best possible cost to the Government, through the development of a Master Schedule of Work (MSOW) that is agreed upon by the Camp Commander, ACO and LOGCAP Support Office. Contractor use facilities and life support areas shall  be included in the MSOW..    The MSOW shall be submitted within 60 days after award to the ACO and approved or returned for changes within seven (7) days of receipt.

8.1.3. The MSOW must include as a minimum:

8.1.3.1.  Preventive Maintenance (PM) Schedule.  PM Schedule should include a periodic schedule for performing PM on all mechanical and electrical equipment and utilities systems in accordance to the equipment manufacturer's maintenance instructions.  The Preventive Maintenance Plan should include measures for coordination with the Government for any required utilities outages.

8.1.3.2.  Road and Grounds Maintenance Plan.  Roads and Grounds Maintenance Schedule should delineate to what standards roads and grounds will be maintained (i.e. pavement conditions and frequency of road sweeping, height of grass or frequency of mowing, frequency of tree trimming, frequency of litter pick-up, maintenance of high-visibility areas, repair/establish irrigation systems, dust abatement, etc.)  Roads and ground facilities shall be directed by the ACO as operated and maintained by the contractor.

8.1.3.3.  Facilities Inspection and Repair Program.  Facilities Inspection and Repair Program should include a systematic facilities inspection schedule by which all real property is inspected on some regular schedule (annual, quarterly, etc.) for maintenance and repair deficiencies.

8.1.3.3.1.  From these inspections, the contractor shall generate a Monthly Maintenance and Repair Projects Backlog Report.  From this backlog report, the contractor shall generate, no less frequently than monthly, a Planned Maintenance and Repair Schedule.

8.2.  WORK ORDERS & REPAIRS:  The contractor shall establish work order procedures and response capabilities to begin emergency repairs of assigned facilities within two (2) hours of notification as determined by the Base Camp Commander (e.g.: failure in water, sewage, electric, or general utility networks) and normal repairs within 24 hours of networks and utilities provided or maintained by the contractor.  The contractor shall notify the ACO and the Camp Mayor if repairs cannot be affected within these time periods.  The initial notification shall be made via telephone and followed up in writing.

8.3.  OTHER CONSTRUCTION/ENGINEERING SERVICES:   The contractor shall provide equipment, supplies, personnel, administration and management required for construction and/or repair of roads, bridges, runways, pipeline, walkways, culverts, hard stands, covered storage and prime power generation.  Prior to commencing work for all construction, projects shall be

FOUO

reviewed and approved IAW the LOGCAP Support Unit Procedure 1, "LOGCAP Contractor JFUB Procedures", dated 3 DEC 05.

8.3.1. Hardstand Buildings.  The contractor shall evaluate, repair or refurbish hardstand buildings to a safe and livable condition.  This work may include repairs, refurbishment, construction and alterations.  All work will be in accordance with US UFC standards.

8.3.2. Construction Management.  The contractor shall provide construction management services including administration, survey review, quality assurance and testing, and documentation.

8.4. POWER GENERATION:  The contractor shall provide, operate and maintain power production and distribution for those camp facilities identified in Appendix F and monitor equipment for proper load and phase on both low and medium voltage systems. The contractor shall be capable of analyzing the power grid and making adjustments to optimize power production and distribution systems for efficiency including, but not limited to, installation/removal of power generation assets, reconstruction and maintenance of low and medium voltage distribution equipment, and design and construction of synchronous power generation plants.

8.4.1. The contractor shall monitor the power production and distribution user load and generation capacity in units of Kilo-Volt- Amperes. The contractor shall coordinate all power generation requirement and plans with the appropriate Government authority for the area receiving contractor services to include, but not limited to, the C-7 within the MNF-I/MNC-I/BCCA level and USCENTCOM Contingency and Long Term Base Camp Facilities Standards, the "Sand Book" dated 1 December 2004.

8.4.2. The contractor shall test, adjust, repair, replace, overhaul, and/or rebuild components and assemblies in accordance with the applicable technical manual and manufacturers' specifications.

8.5.  ELECTRICAL:  The contractor shall provide or replace, operate and maintain electrical systems and equipment to include, but not limited to, switchgear, distribution grid, transformers, lighting, electrical outlets, electrical heating and air-conditioning, refrigeration, freezer, and kitchen systems to fulfill required services according to "Sandbook" standards.

8.6. LATRINES:  The contractor shall provide, emplace in Life Support Areas (LSA), and maintain environmentally controlled latrines (1 latrine per 20 males and 1 latrine per 20 females) IAW base camp populations. The contractor shall provide, operate and maintain hand-cleaning capability at all latrine locations.  The contractor shall provide, fill, re-fill and maintain non-potable water holding tanks sufficient to store a three (3) day supply to the latrines.

8.7.  ABLUTION UNITS:  The contractor shall provide, emplace in Life Support Areas and maintain ablution units equipped with environmental control units, showers, mirrors, and sinks (1 showerhead per 20 males and 1 showerhead per 20 females) IAW base camp populations.

**DAAA09-02-D-0007**                                                  **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

The contractor shall provide, fill, re-fill and maintain potable or non-potable water holding tanks sufficient to store a three-day supply to the ablution units.

8.8.  PORTA-POTTIES:  The contractor shall provide, emplace and maintain portable toilets with hand cleaning stations in work areas IAW work area populations.  These requirements are in addition to the latrine requirements above.

8.9.  WASTE MANAGEMENT AND DISPOSAL: The contractor shall provide, install, operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray & black water, hazardous waste (HW), and disposal of municipal waste to meet applicable Army regulatory guidance and support the population and function of the base camp.

8.9.1.  The contractor shall utilize existing landfills where available IAW the OEBGD.  The contractor shall incinerate, using a contractor acquired incinerator, all solid wastes.  As a last resort, the contractor shall operate burn pits while minimizing their environmental effects on the base camp.  The contractor shall ensure the products of combustion are reduced to become ash and non-combustible components.  The contractor shall minimize any type of smoke exposures to the camp population.  Emplacement of incinerators requires JFUB review prior to commencement of construction.

8.9.2. Hazardous Waste (HW).

8.9.2.1. This task order is not intended for the disposal of HW.  If HW is discovered mixed with any scrap item, it shall be removed and disposed of under the appropriate DRMS contract.

8.9.2.2. The contractor shall be responsible for operating and maintaining a hazardous waste storage area (HWSA) to receive and store HAZMAT/HAZWASTE generated by internal and military operations. Waste Class III(P) collection points are located at every organizational and DS maintenance operation. The Government will collect and haul the waste Class III(p) to the established receiving point.  The contractor shall only accept: waste POL, lead acid batteries, lithium batteries, oil filters, drums (empty or full), and empty oil, gas or antifreeze cans.

8.9.3.  Sewage Systems.  The contractor shall operate and maintain existing sewage networks within base camp boundaries.  Where necessary the contractor shall provide, operate and maintain waste water treatment systems for generated waste water streams prior to release into the local drainage systems or agricultural (irrigation, dust abatement) use.

8.9.4.  Medical Waste Disposal and Oxygen Services.  The contractor shall remove and dispose of all medical waste from, and provide oxygen services to, the Combat Support Hospitals.  The contractor shall remove and dispose of all medical waste, from the Medical Logistics Battalions, and camps listed below.  Each location should contain at least a ½ ton Regulated Medical Waste incinerator.

     a.  D2 - Ibn Sina Hospital, Baghdad
     b.  A - LSA Anaconda

c.   H2 - LSA Diamondback
d.   C1 - Camp Speicher
e.   T1 - Tallil AB
e. f. I – Abu Ghraib

8.9.4.1.  The contractor shall remove medical waste at the above sites no less than once every three (3) days.  For planning purposes, the total medical waste generated at each location daily is a maximum of 500 lbs.

8.9.4.2.  The contractor shall transport and dispose of all medical waste in accordance with AR 40-61, MEDCOM Regulation 40-35, and the Title 49 of the Code of Federal Regulations, Transportation.

8.9.4.3.  For the purposes of this contract, medical waste is defined as any waste generated by a hospital and capable of producing infectious disease.  The six (6) types of medical waste to be removed and disposed are, (1) Isolation Waste, (2) Microbiological Waste, (3) Blood and Blood Products, (4) Contaminated Sharps, (5) Surgical Waste and (6) Pathological Waste.

8.9.4.4.  The contractor shall provide all sharps containers, medical waste containers and inserts. Containers will conform to Title 49 of the Code of Federal Regulations, Transportation.

8.9.4.5.  Oxygen Generation.  The contractor shall provide oxygen and 48-hour oxygen cylinder refill services.  The 48 hours begins when the designated medical agent places a request.  The oxygen shall be at least 93% medical grade pure oxygen, and contractor and designated medical agent shall certify the purity.  Oxygen refill service shall include removal of empty cylinders and return of full cylinders to the medical unit.   The Government will provide one week advance notice to the contractor for adjustments to oxygen service locations.

a.   D2 - Ibn Sina Hospital, Baghdad
b.   A - LSA Anaconda
c.   H2 - LSA Diamondback
d.   C1 - Camp Speicher
e.   T1 - Tallil AB

8.9.4.5.1.  The contractor shall be capable of filling the following cylinders: D Cylinder, 95 gal (max 800 ea. per day) and H Cylinder, 1650 gal., 146 per location per day.  The contractor shall exchange an equal number of like cylinders for like full cylinders at each site.

8.9.4.5.2.  The contractor shall ensure that oxygen cylinders are purged prior to refill, and re-filled to a minimum pressure of 2,200 psi.  The contractor shall hydrostatically test all cylinders that have a date stamp older than ten (10) years.  After a successful test, the contractor shall stamp a new expiration date on the cylinder.

8.9.4.5.3.  The contractor shall maintain the capability to respond immediately to emergency oxygen needs.

FOUO

8.10.  LAUNDRY SERVICE OPERATIONS:  The contractor shall provide 72-hour turn-around laundry service, with a pick-up(s) and drop-off point(s), for the permanent populations, at the maximum rate of 20 pieces of laundry per solider per 72-hour period IAW Army regulations. This service includes, but is not limited to, sleeping bags and blankets not more than once every 30 days.

8.10.1. Laundry services shall include washing, drying, folding of uniforms and clothing items, and return to laundry bag for each individual.

8.11.  WATER WORKS SYSTEM:  IAW applicable Army regulations, the contractor shall provide, install, operate and maintain potable and non-potable water systems, to include plumbing, sewage, gray/black water separation, and gray/black water disposal, to facilitate the operation of facilities provided or operated by the contractor, previously designated by the Government or as directed by the MSOW.  The contractor shall ensure potable water production standards comply with OEBGD 4715.5G, Chapter 3 and TB MED 577.  These standards set water production classification based on population and the number of service connections in the water distribution system.  All disinfection requirements will be based on CT inactivation (CT=Product of Free Chlorine Residual and Time required) for both Giardia and viruses.  Additionally the contractor shall provide a point of contact (POC) to coordinate required telephone notifications to the ACO and the Theater Preventive Medicine Officer (MNC-I) when any compliance violations of the required standards occur.

8.11.1. ICE PRODUCTION:  The contractor shall utilize potable water standards as specified in this SOW in the production of all ice.  All applicable testing of the ice production process will follow current DoD and Army regulations.  The contractor shall perform coliform testing weekly at a minimum at the plant and report the results to the ACO and the Theater Preventive Medicine Officer (MNC-I).

8.12. PEST MANAGEMENT:  The contractor shall perform all pest management functions (to include pest surveillance and control, and animal control and removal) to mitigate pests in all base camps and contractor-maintained facilities.  The contractor shall ensure that all chemicals and pesticides used in pest management operations are in accordance with DoD Armed Forces Pest Management Board (AFPMB) recommendations, and will be approved, prior to use, by the MNC-I Pest Management Coordinator.  For emergencies or unique situations, pest management materiel not approved by the AFPMB may be purchased locally if approved by the MNC-I Pest Management Coordinator.

8.12.1. DoD Preventive Medicine Detachments/Units have pest management responsibilities in their respective areas of operations.  The contractor shall ensure that pest management personnel coordinate/communicate pest surveillance and control efforts with their respective Preventive Medicine Detachments/Units.  This purpose of this coordination is to ensure that pest management efforts are complimentary and not duplicated, which could result in overexposing personnel to pesticides.

8.12.2. The contractor shall meet DoD competency requirements for all pest management personnel who apply pesticides.  All pesticide applicators are to be state-certified in appropriate

categories (appropriate in the types of pest control work required).  The contractor shall submit pesticide applicator certification documentation to the MNC-I Pest Management Coordinator/Certifying Official to ensure DoD competency/certification standards are met.

8.12.3. All pesticide applicators without DoD Pesticide Applicator Certification are to be at minimum state-certified in appropriate categories.

8.13. FIRE PROTECTION SERVICES:   The contractor shall provide fire protection services throughout base camps, facilities and tents. These services shall include individual fire alert and fire fighting equipment (extinguishers and smoke detectors/alarms).  Actual site requirements will be addressed and determined by the ACO IAW the Base Camp Mayor and Sand Book standards.

8.13.1. The operator will inspect and maintain provisioned fire extinguishers on a quarterly basis for serviceability.  Fire extinguishers shall be replaced as required. The contractor shall provide serviceability tags for the operator to annotate on a quarterly basis.

8.14. MORALE, WELFARE, AND RECREATION (MWR) SERVICES:  The contractor shall provide, establish, operate and maintain MWR facilities IAW Army Regulation 215-1 and the MSOW.  The contractor shall develop a plan for new MWR services at each camp, including the incorporation of GFE, and provide it for approval by the ACO after coordination with the Base Camp Mayor.

8.14.1. MWR operations and equipment may include the following: Movie Theater, TV Room, Library, and Fitness Center including a weight room /cardiovascular room, and a Game Room (e.g. board games).

8.14.1.1. The contractor shall provide Stars and Stripes newspaper distribution services to the following sites.

    a.   A - LSA Anaconda
    b.   B1 - Al Asad
    c.   B6 - Al Taqaddim
    d.   C1 - Camp Speicher
    e.   C5 - Taji
    f.   C7 - Warrior
    g.   D2 – Honor
    h.   F2 –Victory Complex
    i.   G8 - FOB Duke
    j.   H3 - Q West
    k.   H4 - FOB Marez
    l.   T1 - Tallil AB

8.14.1.2. The contractor shall provide live entertainment equipment services (public address equipment/amp) for use by live entertainment and/or other events that require amplified

FOUO

communication.  The equipment includes, but is not limited to, microphones, speakers, cables, power drops and podiums. The sites included for this service are the following:

    a.  A - LSA Anaconda
    b.  B1 - Al Asad
    c.  B6 - Al Taqaddim
    d.  C1 - Camp Speicher
    e.  C5 - Taji
    f.  C7 - Warrior
    g.  D2 - Honor
    h.  F2 - Victory Complex
    i.  ~~G2a - Camp Lima~~
    j.  G8 - FOB Duke
    k.  H3 - Q West
    l.  H4 - FOB Marez
    m.  T1 - Tallil AB

8.15.  CLASS III RETAIL OPERATIONS: The contractor shall pick up, receive, store, account for and issue JP8, MOGAS and diesel fuel to support the following sites (see Maximum Storage Capacity Table below), including, operational vehicle requirements IAW applicable Army Regulations.

DAAA09-02-D-0007                                        DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                              FOUO

| Site | Maximum Storage Capacity | | |
|------|-----------|-----------|-------------|
|      | JP8 (gal) | DF2 (gal) | MOGAS (gal) |
| A – LSA Anaconda | 20,000 | 10,000 | 5,000 |
| B1 – Al Asad | 20,000 | 5,000 | 5,000 |
| B3 – Fallujah (North) | 20,000 | 5,000 | 5,000 |
| B6 – Al Taqaddum | 20,000 | 5,000 | 5,000 |
| C1 – Camp Speicher | 20,000 | 10,000 | 5,000 |
| C4 – Danger | 20,000 | 5,000 | 5,000 |
| C5 – Taji | 30,000 | 25,000 | 5,000 |
| C7 – Warrior | 20,000 | 5,000 | 5,000 |
| D2 – Honor | 20,000 | 10,000 | 5,000 |
| D4 – Falcon | 20,000 | 10,000 | 5,000 |
| D7 – Rustamiyah | 20,000 | 10,000 | 5,000 |
| D9 – Radwaniyah Palace Complex | 8,000 | 0 | 2,500 |
| F1 – Victory | 10,000 | 5,000 | 5,000 |
| F2 – Liberty | 10,000 | 5,000 | 5,000 |
| F3 – Camp Slayer | 10,000 | 5,000 | 5,000 |
| ~~G2 – Camp Lima~~ | ~~10,000~~ | ~~10,000~~ | ~~5,000~~ |
| ~~G5 – Camp Hotel~~ | ~~10,000~~ | ~~10,000~~ | ~~5,000~~ |
| G8 – FOB Duke | 10,000 | 10,000 | 5,000 |
| H2 – LSA Diamondback | 20,000 | 10,000 | 5,000 |
| H3 – Q West | 20,000 | 10,000 | 5,000 |
| I – Baghdad Central Correction Facility | 10,000 | 5,000 | 5,000 |
| T1 – Tallil AB | 60,000 | 10,000 | 10,000 |
| T1 – Tallil AB (FARP) | 20,000 | N/A | N/A |
| T1 – ROM ISO Tampa (Kenworth) | 120,000 | 10,000 | 10,000 |
| T2 – Cedar II | 80,000 | 6,000 | N/A |
| ~~T3 – Scania~~ | ~~210,000~~ | ~~40,000~~ | ~~10,000~~ |

## 8.16. BILLETING MANAGEMENT:

8.16.1. Billeting (Accommodations).  All of the new building requirements shall be coordinated with and are contingent on USCENTCOM Regulation 415-1 and MNC-I C7 guidance.  All new billeting must be approved by the ACO before any work starts.

8.16.2. The contractor shall manage or augment, as required, the assignment of all billeting for facilities provided by the contractor, existing facilities and Government purpose built/provided facilities.  Billeting services include the assignment of rooms, operation of check-in and check-out services; and management of equipment replacement  programs including; beds, cots, furniture, and environmental control units (ECU), to permanent and transient populations in coordination with military operations and in coordination with the Base Camp Mayor.  The contractor shall also provide/maintain a linen exchange program to allow for exchange of soiled linens/blankets for clean linens/blankets.

8.16.3. The contractor shall inspect quarters and inventory all items hand receipted to individuals and units, ensuring all items are accounted for before clearing personnel and units from assigned tents and billets IAW Army Regulation 710-2.  Base Camp Mayors and supported units must

**DAAA09-02-D-0007**                                                        **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
FOUO

ensure that all personnel and units are cleared by the contractor billet office before their departure.  The contractor shall implement a preventative maintenance program to routinely inspect quarters for serviceability of furniture and replace as necessary IAW Army Regulation 710-2.

8.16.4. The contractor shall provide accommodations for the sites listed in Appendix A above a headcount of 1800.  This shall include maintaining existing CMU billeting with overhead cover.

8.16.5. The contractor shall provide furnishings as follows:  in containers – window dressing (unless windows are frosted) mounted bunk bed w/ mattress (if force protection is adequate), and one (1) wall locker per soldier, and for trailers - single bed with mattress, two (2) sets of linens to include blanket, night stand w/ lamp, window dressing (unless windows are frosted) and one (1) wall locker per soldier.  All accommodation units shall contain Environmental Control Units, interior and exterior lighting, lockable doors, trash cans, fire extinguisher, smoke alarm, 220V outlets (minimum one (1) double plug per bed and one (1) in each bathroom as applicable) and frosted windows (if available).  All furniture shall be of an acceptable enduring quality standard. Furnishings listed above will be provided only for those billets managed, operated and maintained by the contractor.

8.16.6. The contractor shall provide the capability to begin moving or removing designated housing at base camps, within a minimum of two (2) weeks of Government provided notice to proceed as directed by the ACO.  The contractor shall provide an estimated cost and schedule of each move to the ACO within two (2) weeks of the request.

8.16.7. The contractor shall operate and maintain three (3) Personnel Processing Centers (PPC) to process 4,000 troops per month with a surge capacity to 8,000 at site A - LSA Anaconda.  The PPCs, to include one (1) Permanent and two (2) Transient Facilities (Sites 1 & 2) will be divided into three separate areas placed strategically throughout A - LSA Anaconda to minimize overload to any one (1) Life Support Area.  The contractor shall operate and maintain one (1) Transient Personnel Processing Center to process an additional 400 troops per month with a surge capacity to 1,400 per month.

8.16.7.1. The contractor shall operate and maintain the Permanent Personnel Processing Center billeting to handle not less than 1,350 personnel with a surge capacity not more than 2,700, and provide MWR to include, but not limited to Satellite TV, VIP billeting, Environmental Control Units (ECU), power generation, lighting, transportation to and from the PAX terminal, waste removal, latrines and ablution units to support the population.

8.16.7.2. The contractor shall operate and maintain administrative buildings at the Permanent PPC.  These buildings will be used to facilitate inbound and outbound travel and customs operations.  This includes, but is not limited to mandatory briefings; palletizing of luggage; monitoring and scheduling flights; customs operations; personnel staging areas for flights; and a waiting room.

8.16.7.3. Transient Facility Site 1. The contractor shall provide, operate and maintain transient billeting services to include: an administrative facility, Satellite TV, billeting to handle 576

FOUO

personnel with a surge capacity to 1,152, Environmental Control Units (ECU), power generation, lighting, waste removal, latrines and ablution units to support the population at Transient Facility Site 1 - LSA Anaconda.

8.16.7.4. Transient Facility Site 2.  The contractor shall provide, operate and maintain transient billeting services to include: an administrative facility, Satellite TV, billeting to handle not less than 2,016 personnel with a surge capacity of not more than 4,000 , Environmental Control Units (ECU), power generation, lighting, waste removal, latrines and ablution units to support the population at Transient Facility Site 2 (at A-LSA Anaconda).

8.17.  SIGNS: The contractor shall provide, install and maintain standardized signs as required to designate operational sections and services (e.g. SSA, Laundry, Base Headquarters) at designated sites (see Paragraph 8.17.1). These signs shall not contain any specific military unit designation, crest or colors and there will be no renaming of facilities, sections, places or streets once the first set of signs are provided.  The signs will not reference the contractor or any other contractor.  The contractor shall provide sign services through a service request form system and shall maintain complete documentation, by request for services, sufficient to reflect adherence to above restrictions.

8.17.1   Sign services designated sites:

   a.   A1- LSA Anaconda
   b.   B1- Al Asad
   c.   C1- Camp Speicher
   d.   T1- Tallil AB

8.18. DINING FACILITY (DFAC) OPERATIONS:  All headcounts listed are estimates for planning factors and are subject to fluctuation. The contractor should consult with the Base Camp Commander for anticipated assignment of personnel at each base camp.

8.18.1. The contractor shall establish, operate and maintain food service facilities (IAW Paragraph 8.18.12) to accommodate the permanent and transient base camp populations, serving four (4) meals per day IAW applicable Army regulations and the command's meal cycle for the area. The contractor shall comply with all food safety requirements IAW TB MED 530, including ensuring that all employees have appropriate medical screening to document they are free from communicable diseases and that all employees have appropriate food sanitation training. Procurement of decorations and any electronic equipment (such as stereos and TVs) are the responsibility of the supporting units, however they shall be installed and operator level maintenance conducted by the contractor to ensure there is no disruption of DFAC operations. Each DFAC shall be able to support a 30 minute eating cycle, limited fresh baked products, existing special menu bars and existing dessert storage areas, existing working meal areas and existing reduced noise areas.

8.18.2. Contractor shall order and prepare menus in IAW our published 21-day menu, the Department of the Army 21 Day Contingency Operations Menu.  Deviations from the menu are authorized to use food in danger of spoiling.

8.18.2.1 The Government will provide uniformed service members from supported units to serve as headcount personnel IAW applicable US military regulations.

8.18.3. Hand Wash Stations.  The contractor shall provide sufficient hand wash stations accommodating the base camp population, preferably inside the entrance to the DFAC, but at a minimum outside the entrance to DFAC.

8.18.4. Satellite DFAC.  The contractor shall provide, operate and maintain satellite feeding facilities and cater to and serve meals at the satellite feeding facilities IAW paragraph 8.18.12.

8.18.5. Mermite Sites.  The ACO, for the site dining facility, will authorize (after approval through proper channels) the mermite meal request.

8.18.6. The contractor shall prepare and serve holiday and Service birthday meals as required in the DFAC.  Requests for food service support that are outside the normal mission of the dining facility shall be approved by the MNC-I MSC Food Services Officer and ACO or MNC-I Food Service Office for all Direct Reporting Units.

8.18.7. The contractor shall prepare Distinguished Visitor (DV) meals (0-7 and above) as directed by the ACO.  The Government will provide the contractor DV meal requests at least 48-hours in advance.

8.18.8. The contractor shall maintain eight (8) days storage of rations (including chilled storage) and shall have the ability to accommodate surges in population.  The Government will notify the contractor through the ACO of any population surges 14 days in advance.

8.18.9. The contractor shall ensure the appropriate MHE capability is available to download Prime Vendor trucks within 24 hour of arrival at the DFAC, to the greatest extent possible based on local events, policy, and force protection measures.

8.18.10. Air curtains shall be installed at all entrances of the food storage walk-in facilities and/or containerized units.

8.18.11. Dining Facility Operations are defined as follows:

| | |
|---|---|
| 8.18.11.1. DFAC | Prime vendor provides food as preferred choice. |
| | Contractor performs all DFAC services. |
| | Contractor provides the facility and all required equipment. |
| 8.18.11.2. Satellite DFAC | Food is prepared at nearest DFAC on the same base camp. |
| | Headcount for all Satellite DFACs are included in the DFAC that prepares the food. |
| | Contractor transports prepared food. |
| | Contractor performs all DFAC services. |
| | Contractor provides the facility and all required equipment. |

DAAA09-02-D-0007                                              DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

| | |
|---|---|
| 8.18.11.3. Mermite Site | Food is prepared at nearest DFAC.<br>Government transports prepared food.<br>Government performs all DFAC services.<br>Government provides the facility and all required equipment.<br>Government provides Mermite Containers<br>Contractor shall maintain the Mermite Containers for sanitation purposes. |

DAAA09-02-D-0007                                              DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

## 8.18.12. DINING FACILITY (DFAC) OPERATIONS

| CODE/CAMP | | DFACs/HEADCOUNT | | SATELITE HEADCOUNT | |
|---|---|---|---|---|---|
| A | LSA Anaconda | 1 of 4 | 5,200 | | |
| | | 2 of 4 | 3,100 | | |
| | | 3 of 4 | 3,100 | | |
| | | 4 of 4 | 6,400 | 1 of 2 | 1,000 |
| | | | | 2 of 2 | 1,000 |
| | | | | | |
| B1 | Al Asad | 1 of 3 | 4,800 | **1 of 1** | **1,200** |
| | | **2 of 3** | **7,000** | | |
| | | 3 of 3 | 3,000 | | |
| B2 | Blue Diamond | 1 of 1 | 1,600 | | |
| B3 | Camp Fallujah | 1 of 3 | 4,800 | 1 of 2 | 1,500 |
| | | 2 of 3 | 1,200 | 2 of 2 | 1,000 |
| | | 3 of 3 | 3,000 | | |
| B4 | Ar Ramadi | 1 of 1 | 8,000 | | |
| B6 | Al Taqaddum | 1 of 3 | 3,000 | 1 of 1 | 1,600 |
| | | 2 of 3 | 3,000 | | |
| | | 3 of 3 | 2,500 | | |
| B7 | Al Qa'im | 1 of 1 | 1,800 | | |
| B8 | Korean Village | 1 of 1 | 1,300 | | |
| B9 | Habbaniyah | 1 of 1 | 1,700 | | |
| | | | | | |
| C1 | Speicher | 1 of 2 | 3,500 | | |
| | | 2 of 2 | 3,000 | | |
| C2 | Remagan | 1 of 1 | 1,800 | | |
| C3 | Warhorse/Freedom I | 1 of 1 | 2,500 | | |
| **C3i** | **Ashraf/Spartan** | **1 of 1** | **1,100** | | |
| ~~C3m~~ | ~~Alamo~~ | ~~1 of 1~~ | ~~600~~ | | |
| C4 | Danger | 1 of 1 | 3,000 | | |
| C5 | Taji | 1 of 2 | 5,000 | 1 of 1 | 800 |
| | | 2 of 2 | 5,000 | | |
| C7 | Warrior | 1 of 1 | 5,000 | | |
| C8 | Summerall | 1 of 1 | 1,800 | | |
| C9 | McKenzie | 1 of 1 | 1,000 | | |
| C11 | Caldwell | 1 of 1 | 2,000 | | |
| | | | | | |
| D1 | Volunteer | 1 of 1 | 1,200 | 1 of 1 | 1,000 |
| D2 | Honor | 1 of 1 | 3,000 | 1 of 2 | 1,500 |
| | | | | 2 of 2 | 1,030 |
| D4 | Falcon | 1 of 1 | 5,000 | | |
| D5 | BIAP | 1 of 2 | 8,000 | 1 of 1 | 760 |
| | | 2 of 2 | 1,200 | | |
| D7 | Rustamiyah | 1 of 1 | 4,000 | | |

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

| | | | | | |
|---|---|---|---|---|---|
| D8 | Patriot /Loyalty | 1 of 1 | 1,800 | | |
| D9 | RPC | 1 of 1 | 900 | (this is the satellite facility of D5, see above) | |
| D12 | Freedom Rest | 1 of 1 | 250 | | |
| D14 | Hope | 1 of 1 | 1,800 | | |
| D16 | Kalsu | 1 of 1 | 3,000 | | |
| | | | | | |
| F1 | Victory | 1 of 2 | 3,000 | | |
| | | 2 of 2 | 5,000 | | |
| F2 | Liberty | 1 of 3 | 2,000 | | |
| | | 2 of 3 | 5,000 | 1 of 1 | 1,000 |
| | | 3 of 3 | 5,000 | | |
| F3 | Camp Slayer/Deutch | 1 of 1 | 1,850 | | |
| | | | | | |
| G2a | Camp Lima | 1 of 1 | 1,000 | | |
| G5 | Camp Hotel | 1 of 1 | 1,000 | | |
| G8 | FOB Duke | 1 of 1 | 1,700 | | |
| | | | | | |
| H1 | FOB Freedom/Courage | 1 of 1 | 2,600 | | |
| H2 | LSA Diamondback | 1 of 1 | 4,000 | | |
| H3 | Q West/Q West | 1 of 1 | 9,000 | | |
| H4 | FOB Marez | 1 of 1 | 4,000 | | |
| H5 | FOB Sykes | 1 of 1 | 2,000 | | |
| | | | | | |
| I | BCCF | 1 of 1 | 2,500 | | |
| | | | | | |
| T1 | Tallil AB | 1 of 1 | 9,041 | | |
| T2 | Cedar II | 1 of 1 | 2,603 | | |
| T3 | Scania | 1 of 1 | 2,000 | | |

FOUO

8.19.  FIRE FIGHTING SERVICES:  The contractor shall provide fire fighting protection services for U.S. Government owned or leased property, personnel and equipment within the defined boundaries on Contingency Operating Bases and Contingency Operating Sites to the current Sand Book Standards. These functions include fire protection support, emergency response, equipment and vehicle management, fire prevention and education and training.

8.19.1.  Description of Work.  The contractor shall establish an expeditionary Fire Protection Program not to exceed current Sand Book standards.   Firefighters shall respond, extinguish, protect and salvage for the following types of emergencies within the US-controlled areas on the indicated sites (in Paragraph 8.19.3.1).

8.19.1.1.  Structural alarms and emergencies.

8.19.1.2.  Wild-land or brush fires that may threaten the loss of life or Government property.

8.19.1.3.  Automotive or vehicle fire or accident.

8.19.1.4.  Medical emergences limited to those skills of a First Responder.

8.19.1.5.  POL Fires or Spills.

8.19.1.6.  Aircraft crash rescue emergencies or standby during abnormal operations such as hot refueling operations, refueling of aircraft loaded with munitions, medical evacuations, etc. (*Airfields only).*

8.19.2.  Communications.  The contractor shall provide, operate and maintain all fire fighting communications services and equipment at the designated sites and airfields (see paragraph 8.19.3.1).  The contractor is responsible for determining the frequency range and methods of communicating with the Mayors Cell, Tactical Operations Center, Military Police, Medical and CSH personnel, and Flight line Operations Centers if applicable.  All emergency response affiliated agencies are required to be in communication with each other for all emergency incidents. Aircraft crash rescue emergencies or standby during normal operations include but are not limited, to hot refueling operations, refueling of aircraft loaded with munitions, and medical evacuations. (Airfields only)

8.19.3.  The contractor shall provide fire fighting protection services at the following designated sites and airfields.

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                                    FOUO

8.19.3.1.   <u>Structural</u>                    <u>Airfield Operations (P-19 or equivalent)</u>
            F2 – Liberty                          B1 – Al Asad
            F1 – Victory                          B6 – Al Taqaddum
            H3 – Q West                           H2 – LSA Diamondback
            B3 – Fallujah                         C5 – Taji
            C1 – Camp Speicher                    C1 – Camp Speicher
            C5 – Taji                             C7 – Warrior
            C7 – Warrior                          H3 – FOB Q West
            D7 – Rustamiyah                       <mark>H5- Sykes (Tal Afar)</mark>
            D5 – BIAP
            D4 – Falcon
            D2 – Honor
            <mark>A – LSA Anaconda</mark>
            T1 – Tallil AB
            B6 – Al Taqaddum
            B1 – Al Asad
            H2 – LSA Diamondback
            D14 – Hope
            T2 – Cedar II
            D15 – Mamudyiah
            D16 – Kalsu
            I – BCCF
            F3 – Camp Slayer/Deutch
            B4 – Ar Ramadi
            <u>T3- Scania</u>
            <u>D5- Striker</u>
            <u>D5- Dublin</u>
            <u>D5- Cropper</u>
            <u>D5- Area 4</u>
            <u>D9- RPC</u>


8.20.  NON-TACTICAL VEHICLE (NTV) TRANSPORTATION MOTOR POOL (TMP)
OPERATIONS:


8.20.1.  The contractor shall provide, operate and maintain a TMP for all permanent party NTVs
at designated sites (see Paragraph 8.20.1.1.) for Government-purchased and leased vehicles.  The
contractor shall treat all vehicles designated as part of the TMP for maintenance as Government-
Owned Property and governed by the provisions of FAR Part 45 (as specified in the basic
contract).  Maintenance of leased vehicles will be accomplished in accordance with the lease
agreement.  A common pool fleet of vehicles or equipment is not authorized.


8.20.1.1.  NTV TMP operations designated sites:


       a.   A - LSA Anaconda
       b.   <mark>B1 - Al Asad</mark>

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

  c. B3 - Fallujah
  d. B6 - Al Taqaddim
  e. C1 - Camp Speicher
  f. C5 - Taji
  g. C7 - Warrior
  h. D2 - Honor
  i. D4 - Falcon
  j. D7 - Rustamiyah
  k. F1 - Victory
  l. F2 - Liberty
  m. ~~G2a - Lima~~
  n. G8 – FOB Duke
  o. H3 – Q West
  p. I – Abu Ghraib
  q. T1 - Tallil AB

8.20.2.  The Government will provide a listing, by Vehicle Identification Number (VIN) and License Plate (if applicable) of all permanent party NTVs to the contractor and the ACO prior to the assumption of services.

8.20.3.  The contractor shall provide operator and organization level services, interior cleaning and exterior vehicle wash down for Government-owned vehicles at NTV TMPs.

8.20.4.  The contractor shall maintain the capability to store, maintain and dispatch GSA leased, Government-owned vehicles.  Vehicles will be provided by the Government, except those procured for the contractor's internal operations.

8.20.5  The contractor shall maintain the capability to issue a semi-permanent vehicle identification marker (sticker) for all leased, GSA leased, Government-owned vehicles for the purposes of  dispatch procedure compliance.

8.21.  TMP BUS SHUTTLE SERVICE:

8.21.1.  The contractor shall setup, operate, and maintain a capability for a 24-hour TMP Bus Shuttle Service at designated sites (see paragraph 8.21.1.1.).

8.21.1.1.  TMP Bus Shuttle Service designated sites.

  a. A - LSA Anaconda
  b. B1- Al Asad
  c. B3 - Fallujah
  d. B6 - Al Taqaddim
  e. C1 - Camp Speicher
  f. C5 - Taji
  g. C7 - Warrior
  h. D2 - Honor

DAAA09-02-D-0007                                        DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                              FOUO

    i.  D4 - Falcon
    j.  D7 - Rustamiyah
    k.  F1 – Victory Base Complex
    l.  F2 – Liberty
    m. F3 - Slayer
    n.  G8 - FOB Duke
    o.  H3 - Q West
    p.  T1 - Tallil AB

8.21.2.  The contractor shall establish bus stops on each camp authorized bus shuttle service. The contractor shall be responsible for establishing, maintaining and cleaning of the bus stop areas.  The contractor shall post and maintain updated bus schedules in bus shelters.

8.21.3.  The contractor shall provide, at a minimum during 24-hour operations, one (1) bus every thirty minutes per route during peak hours and one bus (1) per route per hour for all others.

8.21.4.  The contractor shall provide maintenance support for Government-contracted buses as permitted by the lease agreement.  The Government will provide the lease agreements, number of buses, and data plate information of the buses to the contractor prior to implementation of any maintenance support.

8.22.  BASE CAMPS WITH LESS THAN 1800 PERMANENT HEADCOUNT:  The following services and service scope applies to Base Camps in Iraq with a permanent headcount of less than 1800 personnel.

8.22.1.  Generators and Generator O&M.  The contractor shall provide, operate and maintain generators, and/or provide O&M of existing generators for contractor operated facilities, for life support and work areas.

8.22.2.  Electrical O&M.  The contractor shall provide or replace, operate and maintain electrical systems and equipment to include, but not limited to, lighting, electrical outlets, electrical heating and air-conditioning, and refrigeration systems for facilities to facilitate the provision of services.

8.22.3.  Deleted.

8.22.4.  Ablution and Latrine Units.

8.22.4.1.  Latrine Units.  The contractor shall provide, emplace in Life Support Areas (LSA), and maintain environmentally controlled latrines (1 latrine per 20 males and 1 latrine per 20 females) IAW base camp populations. The contractor shall provide, operate, and maintain hand-cleaning capability at all latrine locations.  The contractor shall provide, fill, re-fill and maintain non-potable water holding tanks sufficient to store a three (3) day supply to the latrines.

8.22.4.2.  Ablution Units.  The contractor shall provide, emplace in Life Support Areas and maintain ablution units equipped with environmental control units, showers, mirrors, and sinks

FOUO

(1 showerhead per 20 males and 1 showerhead per 20 females) IAW base camp populations. The contractor shall provide, fill, re-fill and maintain potable or non-potable water holding tanks sufficient to store a three (3) day supply to the ablution units.

8.22.5.  Morale, Welfare and Recreation (MWR) Kits.  The contractor shall provide and maintain kits (sports, games & pastimes) and establish a program of O&M for these kits.

8.22.6.  Pest Management.  The contractor shall perform all pest management functions (to include pest surveillance and control) to mitigate pests in all base camps, containers and contractor-maintained facilities.  The contractor shall ensure that all chemicals and pesticides used in pest management operations are in accordance with DoD  Armed Forces Pest Management Board recommendations, and  will be approved, prior to use, by the MNC-I Pest Management Coordinator.  For emergencies or unique situations, pest management materiel not approved by the AFPMB may be purchased locally if approved by the MNC-I Pest Management Coordinator.

8.22.6.1.  DoD Preventive Medicine Detachments/Units have pest management responsibilities in their areas of operations.  The contractor shall ensure that pest management personnel coordinate/communicate pest surveillance and control efforts with their respective Preventive Medicine Detachments/Units.  This purpose of this coordination is to ensure that pest management efforts are complimentary and not duplicated, which could result in overexposing personnel to pesticides.

8.22.6.2.  The contractor shall meet DoD competency requirements for all pest management personnel who apply pesticides.  All pesticide applicators are to be state-certified in appropriate categories (appropriate in the types of pest control work required).  The contractor shall submit pesticide applicator certification documentation to the MNC-I Pest Management Coordinator/Certifying Official to ensure DoD competency/certification standards are met.

8.22.6.3.  All pesticide applicators without DoD Pesticide Applicator Certification are to be at minimum state-certified in appropriate categories.

8.22.7.  Waste Management.  The contractor shall provide, establish, operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, collection and removal of gray & black water, and disposal of municipal waste to meet applicable Army regulatory guidance and support the population and function of the base camp.

8.22.7.1.  Hazardous Waste.  The contractor shall establish an internal hazardous waste accumulation point or utilize military HWSA for collection/storage of HAZMAT/HAZWASTE for DRMS disposal. Military units are responsible for establishing their own Hazardous Waste Storage Areas.

8.22.8.  Satellite Laundry Service.  The contractor shall provide satellite laundry service where the plan was approved by the ACO after coordination with the Base Commander.  The

FOUO

Government will transport laundry to and from these base camps to the nearest base camp with laundry facilities.

8.22.9.  Fire Protection Services.  The contractor shall provide fire protection services throughout the base camp, facilities and tents. These services shall include individual fire extinguishers and smoke detectors dispersed as necessary to provide adequate fire protection for the populations served.

8.23.  ENGINEER MATERIAL SUPPLY POINT (EMSP):  The contractor shall provide, operate and maintain an Engineer Material Supply Point at site F2 - Liberty.

8.23.1.  The contractor shall prepare a level, compacted and gravel surfaced area, perimeter fencing and lighting IAW the Camp Mayor. When the incidental construction costs of the EMSP are greater than $200K, a JFUB packet is required.

8.23.2.  The contractor shall provide 24-hour capability to receive, store, issue and secure engineer barrier and construction material, and independently establish accountability of receipts, issues and inventory IAW DA PAM 710-2-2, Standard Army Retail Supply System (SARSS) manual procedures.

8.23.3. The contractor shall configure and issue standard engineer load packages as specified by the Government.

8.23.4. The contractor shall provide, operate and maintain MHE in support of this task.

8.24.   HELIPAD PASSENGER CONTROL: The contractor shall operate and maintain the current Helipad passenger control service at site F2 – Liberty, Griffin and LSAA Helipads.  The contractor shall also perform O&M on standard associated equipment with the helipad passenger control service.

8.25  PROJECT PLANNING.  Provide project and facility planning and scheduling.  Conduct site assessments, technical risk assessments, alternative analyses, environmental impact assessments, project schedules and rough order of magnitude cost estimates for labor, equipment, materials and subcontract requirements as directed by the ACO.

8.26  CONVOY SUPPORT CENTERS: The contractor shall provide convoy support centers at the locations and the service level detailed in Appendix E.

8.26.1. The contractor shall provide retail fueling capabilities at all CSCs for military, contractor and all contractor TCN trucks.

8.26.2. The contractor shall provide refuse containers and dumpster service, daily cleaning services to the latrines and showers, and gray and black water removal. The contractor shall provide culturally appropriate latrine facilities.

8.26.3. The contractor provided billeting shall include power generation support, ECUs, and cots.

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

8.26.4. The government will provide the security for the CSC.
9.0 SUPPORT FOR MARINE EXPEDITIONARY FORCES

9.1 This paragraph details the separate service support requirements designed specifically for the Marine Expeditionary Forces (MEF)-Iraq.

9.2.1 ORGANIZATIONAL MAINTENANCE: The contractor shall augment USMC units in the performance of scheduled services on all tactical wheeled vehicles to include USMC AAV and LAV family of vehicles and engineer equipment in accordance with current USMC policies, procedures and standards. The composition of this team shall be configured according to the requirements detailed by the MEF in Reference 2.70. The contractor shall provide data utilizing the USMC SASSY/ATLASS and the Marine Corps Integrated Maintenance Management System (MIMMS). Contractor personnel shall perform operations based on a 12 hour work day. The contractor may be required to move organizational maintenance operations or personnel as directed by the government through the ACO. The government will provide tools and equipment to support this operation.

9.2.1.1. The contractor shall provide one general mechanics tool kit per mechanic and the common tools required to perform organizational maintenance and services such as, but not limited to: Air Compressor (50 gallon tank/5HP motor), impact wrenches with assorted sockets, grease guns, jack stands, 10 ton floor jack, slave cables, multi-meters and laptop computers (Electronic Tech Manuals), tire changing machine, and tire cage. The contractor shall provide all personal protective equipment (PPE).

9.2.1.2. For items accepted by the contractor and entered into MIMMS, the contractor shall perform scheduled maintenance, services, and repairs within the prescribed times determined by applicable US military orders, regulations, policies, and technical manuals to include historical data (ILAP) or the equipment MAC charts and all required data entered into MIMMS 95% of the time.

9.2.2 DIRECT SUPPORT MAINTENANCE ON TACTICAL WHEELED VEHICLES: The contractor shall augment units in the performance of direct support level services and back up organizational maintenance support on all tactical vehicles to include the USMC LAV family of vehicles in accordance with current USMC policies  procedures, and standards. The compostion of this team shall be configured according to the requirements detailed by the MEF in Reference 2.70. Contractor personnel shall provide data utilizing MIMMS. Contractor personnel shall perform operations based on a 12 hour work day. The contractor may be required to move direct support operations or personnel as directed by the government through the ACO. The government will provide special tools and equipment to support this mission. Common tools and PPE shall be provided by the contractor. If a Modified Work Order (MWO) application is directed by the governmetn and the equipment falls within the parameters set forth in the Statement of Work, and required specific training, the training will be provided to the contractor by government personnel; otherwise the MWO will be applied during normal, routine maintenance operations. If the government determines that the MWO to be critical, the contractor shall adjust maintenance operations and priorities according to the specifics set forth

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

in the MWO directive. The contractor shall provide an updated status on the MWO application to the Supported unit not less than on a weekly basis or as requested.


9.2.2.1. The contractor shall accept, inspect and order CL IX for jobs within 48 hours of job acceptance, with parts ordering not to exceed 24 hours in any instance, conduct joint post inspections with the customers, and provide an inventory update status when requested.  The contractor shall provide weekly reports/data utilizing the SASSY/ATLASS and MIMMS.

9.2.3 DIRECT SUPPORT MAINTENANCE ON TRACKED VEHICLES:  (M1, M88s, AAVs) The contractor shall augment units in the performance of direct support level services and back up organizational maintenance support on all tracked vehicles organic to units in the MEF. The composition of this team shall be configured according to the requirements detailed by the MEF. The Contractor shall provide data utilizing MIMMS. Contractor personnel shall perform operations based on a 12 hour work day. The contractor may be required to move organizational maintenance operations or personnel as directed by the government through the ACO. The government will provide the special tools and equipment to support this mission. Common tools and PPE shall be provided by the contractor. If a Modified Work Order [MWO] application is directed by the Government and the equipment falls within the parameters set forth in this Statement of Work, and requires specific training, the training will be provided to the contractor by Government personnel; otherwise the MWO will be applied during normal maintenance operations.  If the Government determines the MWO to be critical, the contractor shall adjust maintenance operations and priorities according to the specifics set forth in the MWO directive. The contractor shall provide an updated status on the MWO application to the Supported Unit no less then on a weekly basis or as requested.

9.2.4 DIRECT SUPPORT MAINTENANCE ENGINEER EQUIPMENT:  The contractor shall augment the government by providing -30 level engineer equipment repairmen and back up organizational maintenance support for military engineer equipment.  Such support shall also include the capability to operate such equipment. The contractor shall provide the PPE and general mechanics tool kits, to provide DS repair support services to include but not limited to: Dozers, ACE, SEE, Graders, Scrapers and Power Generation Systems. The government will provide the special tools and equipment.

9.2.5 DIRECT SUPPORT MAINTENANCE , COMMUNICATION/ELECTRONIC SUPPORT: The contractor shall augment the government by providing DS level and back up organizational Maintenance support to include but not limited to STU/STE phones, MSE, MSRT, SINCGARS, DTRACS, MTS, handheld radios, power supplies, and ANCDs. The Contractor shall ensure that all personnel repairing SINCGARs radios and ANCDs possess current DoD Secret security clearance. Electronics maintenance personnel shall be capable of lifting 35 pounds of electronic components while working on tactical vehicles.  They shall possess a sound understanding of AC, DC, digital logic, radio frequency, electric and electronic theory expected of technicians along with possessing intermediate level repair knowledge and experience in order to troubleshoot and repair electronic equipment of many types by troubleshooting systems and secondary repairable components to the module or circuit card level or chassis mounted components.  They shall understand and employ safe, systematic and recognized troubleshooting

FOUO

procedures at all times. The government will issue all general and special tools but the individual will be held responsible for the accountability and condition of tools issued to them and will replace lost tools at their expense.  The government will provide on site training on those specific administrative and technical duties and special purpose test equipment that are unique to MNF-W electronic maintenance operations. Common tools and PPE shall be provided by the contractor.

9.2.6 DIRECT SUPPORT MAINTENANCE, SMALL ARMS:  The contractor shall augment the government to conduct -30 level small arms maintenance, to include small caliber and crew served weapons up through and including the MK-19. Common tools and PPE shall be provided by the contractor. Special tools will be provided by the government.

9.2.7. WELDING/MACHINE WORK: The contractor shall provide and operate welding and machine maintenance services by providing - 30 level repairmen, along with general tools and personal protective equipment to provide DS level welding, fabrication and machine work support services.

9.2.8. REFRIGERATION EQUIPMENT:  The contractor shall provide maintenance support services for DS repairs and back up organizational service support including but not limited to: Commercial Environmental Control Units (ECUs), Government owned Refrigerator Van Units, all tactical wheeled vehicles and ancillary equipment with AoA Air Conditioner Units and ISU-96 Reefers. Equipment will be either retrograded to supporting DS maintenance location or require the dispatching of mobile DS repair team. Method of providing for the repair will reside with COSCOM Support Operations. Coordination for transportation will be done by the Supported Unit. Common tools and PPE shall be provided by the contractor. Special tools will be provided by the government.

9.2.9. FUEL AND ELECTRICAL:  The contractor shall provide -30 level repairmen, with fuel and electrical tool kits, to provide DS repair services and back up organizational service support including but not limited to Starters and Generators. Common tools and PPE shall be provided by the contractor. Special tools will be provided by the government.

9.3 TRANSPORTATION SUPPORT TO THE MARINE EXPEDITIONARY FORCE. The contractor shall provide transportation support to the MEF in the areas of convoy support centers, recovery operations and transportation operations.

9.3.1. TRANSPORTATION TASKING AUTHORITY:  The contractor shall coordinate with the MEF MCTs or MCB to receive their movement requirements.

9.3.2. CONVOY SUPPORT CENTERS: The contractor shall operate, manage and maintain Convoy Support Centers at the following sites with the capability to accommodate the following quantity of trucks and personnel per day. Convoy support centers are areas that provide drivers and passengers an opportunity to rest, refuel and subsist. The contractor shall manage and maintain Convoy Support Centers (CSC) centers

| Location | Trucks | Personnel |
| --- | --- | --- |

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

| | | |
|---|---|---|
| B1 – Al Asad | 300 | 400 |
| B3- Fallujah | 400 | 400 |
| B4- Ar Ramadi | 600 | 600 |
| B6 – Al Taqaddum | 600 | 600 |

The contractor shall provide life support to all drivers; military, KBR, and all contracted
international drivers delayed at all CSCs.  Following is the level of support to be provided at
each CSC:

| **TCN/LN Support Services:** | **Military/Contractor Support Services:** |
|---|---|
| Level I: B1, B3, B4, B6 | Level I:  B1, B3, B4, B6 |
| MREs | MREs |
| Water | Water |
| Latrine | Latrine |

9.3.2.1. The contractor shall assist node operators with obtaining fuel, food service, maintenance,
and billeting according to matrix above.  This assistance will include, but is not limited to the
following:

    a.  Provide Positive Inbound Clearances to the MCB, MSCs, and other selected MCTs
on all convoys entering the CSC as per MCB required scheduled times
    b.  Coordinate to obtain onward movement times for convoys Resting Over Night (RON)
    c.  Coordinate and organize convoy staging yard for onward movement
    d.  Provide Mode Operators with a CSC map in order to facilitate the acquisition of "life
support."
    e.  Complete the CSC status report and submit to the LMCC
    f.  Communicate all significant events to the MEF POC.
    g.  Assist in research and trouble-shooting of issues
    h.  Submit yard and backlog report every six hours to the senior movement agencies at
MEF and MNC-I.

9.3.3  RECOVERY OPERATIONS : The contractor shall recover all military and commercial
transportation assets, to include U.S. Government contractors' transportation assets and transported
commodities, in the event of a breakdown or disablement along the MSRs/ASRs within MEF AOR in
Iraq.

9.3.3.1. The contractor shall pre-position Bobtails/Wreckers/Lowboys/HET Systems as primary,
on-call recovery equipment at US Military facilities, including, but not limited to: Al Taqaddum,
Fallujah, Korean Village, Ar Ramadi, Al Asad and all other areas as directed by ACO to recover
disabled, broken or otherwise inoperable transportation assets and cargo within the MEF AOR in
Iraq. The contractor may be required to embed recovery assets in the military or commercial
convoys or have them on on-call.

9.3.3.1.1. The MEF Transportation Tasking Authority may direct positioning of the recovery
assets.  The contractor shall initially position the recovery assets at the following locations

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                              FOUO

| A | B1 | 1 Tractor Bobtail | 2 Heavy Duty Wreckers |
|---|----|-------------------|----------------------|
| B | B3 | 0 Tractor Bobtail | 2 Heavy Duty Wreckers |
| C | B6 | 1 Tractor Bobtail | 2 Heavy Duty Wreckers |
| D | B4 | 1 Tractor Bobtail | 2 Heavy Duty Wreckers |

9.3.3.2. The contracted recovery assets and personnel at pre-positioned sites shall be able to respond within 2 hours of notification of a recovery mission from the MEF Tasking Authority. In the event of a breakdown, the recovery operation sites shall immediately request security escort for the closest military base. The contractor shall request EOD support for that vehicle location as required.

9.3.3.3. Recovery operation sites shall be capable of communicating with the convoy escorts and the convoy vehicles.  The recovery mission shall have this communication capability from their pre-position sites and enroute.

9.3.3.4 Recovered equipment shall be consolidated at the nearest US military base camp and the contractor shall coordinate arrangements for further movement to the contractor repair location as soon as possible. The location where the equipment will be taken to will be determined prior to movement.

9.3.3.   The contractor recovery vehicles shall accompany the contractor convoys in sufficient numbers for self-recovery and shall have the ability to communicate with the military convoy escorts as well as with their organic communications centers.

9.3.2    TRANSPORTATION OPERATIONS: The contractor shall conduct transportation operations at B1- Al Asad and B6- Al Taqaddum.

9.3.3.1 The contractor shall provide the capability to load and/or offload transportation assets with contractor assets. The maximum anticipated load will be 35,000 lbs for one load.

9.3.3.2. The government will provide escorts at the agreed upon ratio at the 9 SEP 05 Camp Victory meeting and secured routes for all convoys.

9.3.3.3.  The contractor shall provide all equipment, operators, and services to transport all classes of supply, with the exception of Class VIII (blood, pharmaceuticals, refrigerated materials or other materials with special handling requirements), from the above locations to logistic support areas within the Iraqi Zone at a distance NTE 500 kms from each location.

9.3.3.4. As noted in 9.3.3, the contractor shall provide fuel tankers and all the equipment, operators, and services to transport and deliver Class III (B) of JP8, DF2, and MOGAS to supported units at a distance NTE 500 kms from each location listed below.

| | REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|---|---|---|---|

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

| CORPS TRANSPORTATION FUNCTIONS | | | |
|---|---|---|---|
| Area Support | Provide 4K, 6K, 10K and 25-35K forklift with retractable boom, 50K crane and RTCH support to units on post in support of unit requirements.  All equipment must have lights for night operations | Provide 4K, 6K and 10K forklift and RTCH support to units on post in support of unit requirements. . Crane Support up to 50 Tons; 15K, 25-35k forklift. All equipment shall have working lights so that they can be employed at night or hours of low visibility. | All cargo must be logged in and out of MDC/JDC or as directed by the MEF.  Reports provided daily. All cargo must be transferred or staged for onward movement daily. Provide enough equipment for 24 hour continuous operations |
| Transportation Support | Transport all classes of supply from Site B6, Al Taqaddum, and Site B1, Al Asad to supported units within 500 KM. Position trucks/tankers as directed by the MEF. | Provide 90 flatbed trucks, 12 commercial HETs, 6 fuel tankers and 2 water tankers DAILY (110 in a 72 hour period) to transport all classes of supply, except as noted in G.2.2 CL VIII from Site B6, Al Taqaddum, and Site B1, Al Asad to supported units within 500 KM. Trucks may be expected to RON at site and return with retrograde containers and supplies. This is a total of 110 systems to be shared between B1 & B6. | 100% of required/available classes of supply transported and delivered. All available retrograde brought back to Site B6 or B1. |
| Class III Tanker Transportation Support | Provide GS Class III(B) distribution from B1 and B6 to supported Units. | Provide JP8, DF2, and MOGAS POL tankers to safely transport fuel from GS fuel points to supported units in Iraq on time and on grade as far as 500 KM.   Trucks may be expected to RON at site. | Ensure timely delivery to receiving unit and maintain cleanliness of product.  Track deliveries and maintain accurate transportation accountability paperwork. Maintain cleanliness and operability of equipment. |

9.3.3.5. HEAVY EQUIPMENT TRANSPORTER (HET) SUPPORT: The contractor shall operate commercial HETs as noted in 9.3.3.4 capable of transporting heavy equipment (up to 70 tons) to logistics support areas within the IZ NTE 500 kms from the sites above.

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                                    FOUO

9.4. CONVOY LOAD SECURITY: The contractor shall ensure that all loads are secured and sealed to preclude tampering and theft.

9.4.1. The contractor shall report all load discrepancies to government security personnel.

9.4.2. The contractor shall maintain positive control of convoys at all times using contractor personnel, communications assets and direct supervision.

9.4.3. The contractor shall operate in a commonly accepted safe manner and IAW with control measures established to maintain control on Main Supply Routes (MSRs) and Alternate Supply Routes (ASRs).

9.5. IN-TRANSIT VISIBILITY (ITV):  The contractor shall provide ITV for all vehicles during convoy movement.  The contractor shall ensure the ITV is compatible with government's ITV tracking systems or maintain tracking through internal systems.

9.6. TRANSPORTATION TASKING AUTHORITY:  The contractor shall coordinate with and receive from the MEF all transportation tasks.

9.6.1. The contractor shall ensure convoy transportation requirements are input into the MEF's daily movement tracker program.

9.6.2. The contractor shall ensure all civilian and military assets are reported as directed by the ACO after coordination with the MEF.

9.6.3. The contractor shall provide, operate, and maintain the automation support and communications support to ensure command and control is accomplished to support 24-hour operations, this includes the ability to dispatch and track trailers and cargo documentation.

9.6.4. The contractor shall have the ability to support retrograde operations of 463L pallets, tie down device, nets, containers (TEU and FEU) while returning these items for the central fleet use.

9.6.5. The contractor shall provide the ability to safeguard sensitive cargo with a controlled, fenced, and lighted area to ensure limited access.  The government will be responsible for security and safeguarding the sensitive cargo.

9.7.  AUTOMATED ITV:  The contractor shall manage and operate any in-transit visibility system to include but not limited to: Movement Tracking System (MTS) and the Battle Command and Sustainment Support System I(BCS3)  The contractor shall operate and maintain these current and subsequent transportation support automated systems and shall perform necessary functions as they evolve, including asset tracking.

 9.7.1. In Transit Visibility (ITV) Systems.  The contractor shall use and operate the following ITV systems or systems or components that support ITV systems:

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                              FOUO

a.  MTS
b.  DAVS
c.  GATES
b.d. BCS3:
c.e. RFID INTERROGATORS
d.f. NIPR Access
e.g. SIPR Access
f.h. Portable scales: 6
g.i. Number COTS:
h.j. Laptops:
i.k. Server:

9.8. ASSET ACCOUNTING.  As required, the contractor shall prepare reports (CSC tracker, Convoy Clearance Tracker, among others). Additions, changes, and deletions shall be communicated to the MEF senior movement agency.

9.8.1. The Contractor shall perform this validation and submission of changes on a daily basis. Additionally, certain operational activities require that specific movements receive particular attention as "High Priority."  Activities pertaining to these High Priority movements must be communicated to the MEF POC (and others to be designated at that time) in Real Time in a manner to be designated at that time (usually via a telephone call).  "Real Time" is defined as reporting the activity as it is happening, with no delays.

9.8.2. The contractor shall coordinate for necessary customs management and documentation necessary to ensure traffic is not frustrated at Border Crossing Points (BCPs). BCPs include "free zones" and other ports of entry or exit as designated by the host countries.

9.9.  REPORTS:

| Frequency | Report Name | Completed By | Submitted To |
|---|---|---|---|
| Daily at 0900 Hrs | Daily Site Count | CSC | LMCC and MNC-I POCs |
| Daily at 0900 | Daily Serial Number Truck Manifest | CSCs | LMCC and MNC-I POCs |
| Daily at 1100 and 0400 Hrs | CSC Node Report | CSCs | MCT Managers |

9.10. Contractor Information Technology (IT) Requirements.  Except as otherwise specified herein the contractor shall be responsible for providing IT equipment required to support contractor operations.

9.10.1. Contractor Provided Commercial Off the Shelf (COTS) Automation Specifications.  The contractor shall provide all required COTS.

9.10.1.1. Laptops. Laser Printer capability where not provided.  Dell Inspiron 8500 Laptop (or equivalent) equipped as follows:

47

**DAAA09-02-D-0007**                                              **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

a. Processors: Mobile Intel Pentium 4 processor-M 2.6 GHz with On-die 512 KB cache (L2), 8 KB internal cache (L1), 400MHz external BUS frequency and Intel 845MP Chipset.

b. Memory:  256 MB of 266MHz DDR SDRAM standard, upgradeable to 2 GB maximum and 2 SoDIMM sockets.

c. Power:  Standard AC Adapter and Battery with 9-cell "Smart" Lithium ion battery and second primary battery available.

d. Floppy Drive: Modular/External USB Floppy drive.

e. Hard Drive: 40 GB Ultra ATA hard drive.

f. Optical Devices:  Standard CD-RW/DVD Combo Drive.

g. Communications:  Standard Internal 10/100 network interface, Integrated v.92 56K capable modem.

h. Software:  Microsoft Windows XP Professional, Microsoft Office XP Professional, and Norton Anti Virus.

9.10.1.2. Printer should be HP LaserJet 4200n (or equivalent).

9.10.2. Staging Area Management. Provide Staging Area Management.

a. Condition: This task shall be performed at all nodes where required. Vehicles preparing for movement shall be staged so that movement shall occur IAW the MEF procedures and directives. Task shall be performed by node on a 24-hour basis, 7 days per week until nodal mission dictates reduced manning.

b. Standard: Convoys shall be staged in accordance with current doctrine outlined in FM 4-01.30 and 55-30. Yard Management shall be IAW manuals listed above and guidance from the MCB. Convoys shall be staged in appropriate lanes, per their follow on destination, in a manner that the equipment may be inventoried and reported, operator maintenance performed, and maintaining security of unit commanders equipment. Equipment in sterile areas shall be lined up IAW MEF guidance and procedures. Procedures may be adjusted by the MEF as the mission dictates.

9.10.3.  Cargo Documentation.

a. Condition: The contractor shall be able to accurately identify by military shipping labels (MSLs) and material release orders (MRO) where items need to be directed, properly prepared and ship all items. Task performed by node on a 24-hour basis, 7 day per week.

b. Standard: Document all pallets, containers, and equipment originating at each node IAW current theater and US Army doctrine and policies. Provide the capability to document up to 200 pieces of equipment a day at each node.  This task shall be performed IAW the MEF and theater procedures. Procedures may be adjusted by the LMCC as the mission dictates.

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

9.11.  CONTAINER MANAGEMENT:  The contractor shall have the ability to support retrograde operations of 463L pallets, tie down device, nets, containers (TEU and FEU) while returning these items for the central fleet use.

9.12.  Security Clearances:

9.12.1. Contractors who operate systems requiring clearances shall possess the appropriate Secret-level security clearances.

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                             FOUO
APPENDIX A – BASE OPERATIONS LIFE SUPPORT

| CODE | CAMP NAME | LOCATION | POPULATION |
|------|-----------|----------|------------|
| A | LSA Anaconda | Balad | 28,000 |
| | | | |
| B1 | Al Asad | Al Asad | 16,000 |
| B2 | Blue Diamond | Ar Ramadi | 1,200 |
| B3 | Fallujah | Al Fallujah | 9,000 |
| B4 | Ar Ramadi | Ar Ramadi | 5,000 |
| B5 | Haditha Dam | Haditha Dam | 400 |
| B6 | Al Taqaddum | Al Taqaddum | 8,500 |
| B7 | Al Qa'im | Al Qa'im | 2,200 |
| B8 | FOB Korean Village | Ar Rutbah | 1,300 |
| B9 | Habbaniyah | Habbaniyah | 1,700 |
| | | | |
| C1 | Camp Speicher | North Tikrit | 10,000 |
| C2 | Remagen | South Tikrit | 1,197 |
| C2a | FOB Dagger | Tikrit | 327 |
| C2b | FOB Wilson | Ad Dawr | 216 |
| C2c | FOB Brassfield-Mora | Samarra | 1,098 |
| C2f | Omaha | Tikrit | 470 |
| C2h | Ulvani | Samarra | 215 |
| C3 | Warhorse | Ba'Qubah | 1,427 |
| C3b | FOB Gabe | Ba'Qubah | 1,233 |
| C3d | FOB Rough Rider | Mandali | 658 |
| C3f | FOB Normandy | Al Miqdadiyah | 924 |
| C3g | FOB Cobra | Jalula | 742 |
| C3i | FOB Ashraf | Al Khalis | 610 |
| | Ashraf detainee population | up to | 1,200 |
| C3k | FOB Scunion | Ba'Qubah | 647 |
| C3m | FOB Alamo | Ba'Qubah | 250 |
| C4 | Danger | Tikrit Palace | 2,331 |
| C4a | SF FOB outside of Danger | | 30 |
| C5 | Taji | Taji | 16,000 |
| C6 | (RESERVED) | | |
| C7 | Warrior | Kirkuk Airfield | 3,600 |
| C7a | FOB McHenry | Huwijah | 502 |
| C7b | FOB Gains Mills | Dibbs | 283 |
| C7c | FOB Bernstein | Tuz Khurmatu | 750 |
| C7d | FOB Kalsu | As Sulaymaniyah | 74 |
| C7e | FOB Dibbis | Dibbis | 54 |
| C7f | FOB Altun Kapri | Al Tunkapri | 36 |
| C7g | FOB Grant | Tal Ashtah | 166 |
| C7h | Midland | Tikrit | 38 |
| C7i | Alpha Base | Kirkuk | 140 |
| C7j | Bravo Base | Kirkuk | 140 |

DAAA09-02-D-0007                                              DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

| | | | |
|---|---|---|---|
| C8 | Summerall | Bayji K2 AF | 1,541 |
| ~~C8b~~ | ~~FOB Tinderbox~~ | ~~Bayji~~ | ~~77~~ |
| C9 | McKenzie | Ad Dawr | 1,120 |
| C10 | O'Ryan | Ad Dujayl | 695 |
| C10a | Vanguard | Balad | 200 |
| C10b | FOB Paliwoda | Balad | 437 |
| C11 | FOB Caldwell | Kirkush | 1,643 |
| | | | |
| D1 | Volunteer | North Central Baghdad | 1,200 |
| D2 | Honor | Baghdad | 9,300 |
| D3 | Dogwood | Baghdad | 1,500 |
| D4 | Falcon | Baghdad | 5,470 |
| D5 | BIAP West | Baghdad | 7,000 |
| D7 | Rustamiyah | Ar Rustamiyah | 3,600 |
| D8 | Patriot | Baghdad | 1,800 |
| D9 | Radwaniyah Palace Complex (RPC) | BIAP | 900 |
| D12 | Freedom Rest | International Zone | 250 |
| D14 | Hope | Sadr City | 1,800 |
| D15 | Mamudyiah | South Baghdad | 1,550 |
| D16 | Kalsu | South Baghdad | 3,000 |
| | | | |
| F1 | Victory | Baghdad | 6,800 |
| F2* | Liberty | Baghdad | 16,000 |
| F3 | Camp Slayer/Deutch | Baghdad | 1,850 |
| | | | |
| ~~G2a~~ | ~~Camp Lima~~ | ~~Karbala~~ | ~~1,000~~ |
| ~~G5~~ | ~~Camp Hotel~~ | ~~An Najaf~~ | ~~900~~ |
| G8 | FOB Duke | South Baghdad | 2,200 |
| | | | |
| H1 | FOB Freedom | Mosul | 2,600 |
| H2 | LSA Diamondback | Mosul | 3,500 |
| H3 | Q West | West Qaiyarah | 5,000 |
| H4 | FOB Marez | Mosul | 4,000 |
| H5 | FOB Sykes | Tall Afar | 2,000 |
| | Habur Gate | | |
| | | | |
| I | BCCF | Abu Ghraib | 2,500 |
| | **BCCF-Detainee population** | | **up to 5,000** |
| T1 | Tallil AB | An Nasariyah | 10,000 |
| T2 | Cedar II | An Nasariyah | 4,000 |
| T3 | Scania | Nippur | 1,800 |

*F2 Includes Log Base Seitz

APPENDIX B – CORPS LOGISTICS SERVICE SUPPORT (CLSS)

B.1 MAINTENANCE:

B.1.1. ORGANIZATIONAL MAINTENANCE:

B.1.1.1. The contractor shall augment units in the performance of scheduled services on all tactical wheeled vehicles to include those specified in B.1.2.10, USMC AAV and LAV family of vehicles and engineer equipment. Teams of no more than 25 personnel shall augment unit organizational maintenance operations in accordance with current Army policy, procedures, and standards.  The 25 person team will be made up of one supervisor, one foreman, one administrative person, one automotive equipment inspector, 1 STAMIS operator, with the remaining 20 personnel being mechanics. The composition of this team shall be configured to meet specific needs of the supported area. The team shall provide support on an area basis to all units within the FOB as well as any Transition Team operating in the area. The Contractor shall provide data utilizing the SAMS STAMIS and USMC Marine Corps Integrated Maintenance Management System (MIMMS).  The MNC-I C4, MRD will identify to the ACO the units and the percentage of their equipment to be serviced at the following sites. When the units bring in equipment for scheduled services, they will also bring with them all required parts and supplies needed to perform the required service. The contractors shall perform operations based on a 12 hour works day except in locations where two teams are annotated below, the contractor shall perform 24 hour operations. The contractor may be required to move organizational maintenance operations as directed by the government through the ACO. The government will provide as GFE/TPE/SBE the tools and equipment to support this mission wherever possible. When the required tools and equipment are not available as GFE/TPE/SBE, the Contractor shall be responsible for supplying. The senior logistics unit POC on the FOB and the Contractor shall coordinate with the Base Camp Mayor/ Garrison Commander for a location and facility to support this requirement.

| | | |
|---|---|---|
| a. | A – Anaconda | 2X25 |
| b. | B1 – Al Asad | 25 |
| c. | B3- Fallujah | 25 |
| d. | B6- Al Taqaddum | 2X25 |
| e. | C1- Speicher | 25 |
| f. | C2 – Remagen | 25 |
| g. | C3 – Warhorse | 25 |
| h. | C5 – Taji | 25 |
| i. | C7 – Warrior | 25 |
| j. | C9 – MacKenzie | 25 |
| k. | C11 – FOB Caldwell | 25 |
| l. | ~~D2 – Honor~~ D2 Prosperity | 25 |
| m. | D4 – Falcon | 25 |
| n. | D7 – Rustamiyah | 25 |
| o. | D8 – Patriot | 25 |
| p. | F2 – Liberty | 2X25 |
| q. | H1 – FOB Freedom | 25 |

**DAAA09-02-D-0007**                                                      **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

                                            FOUO

| r. | H3 – Q West | 25 |
|----|-------------|-----|
| s. | H4 – FOB Marez | 25 |
| t. | H5 – FOB Sykes | 25 |
| u. | I – BCCF | 10-15 |
| v. | T1 – Tallil AB | 25 |
| w. | 7A-F- Bucca | 15-20 |

B.1.1.2.  The contractor shall provide a general mechanics tool kit per mechanic and the common tools required to perform organizational maintenance and services such as, but not limited to: Air Compressor (50 gallon tank/5HP motor), impact wrenches with assorted sockets, grease guns, jack stands, 10 ton floor jack, slave cables, multi-meters and laptop computers (Electronic Tech Manuals), tire changing machine, and tire cage.

B.1.1.3. The contractor shall perform scheduled maintenance, services, and repairs within the prescribed times determined by applicable US military orders, regulations, policies, and technical manuals to include historical data (ILAP) or the equipment MAC charts and MIMMS 95% of the time.

B.1.2. DIRECT SUPPORT MAINTENANCE:

B.1.2.1. The contractor shall conduct all direct support maintenance operations in accordance with current US military policies procedures, and standards at the sites listed below.  The contractor shall conduct all DS maintenance on GFE/TPE/SBE. The contractor shall accept, inspect and order CL IX for jobs within 48 hours of job acceptance, conduct joint post inspections with the customers, update status of parts no less than weekly and provide customers with document numbers and status of parts on order when requested.  If not collocated with an Army maintenance unit, the contractor shall manage backlog and provide reports/data utilizing the SAMS STAMIS and MIMMS.  The contractor shall provide capability equivalent to non-divisional level maintenance company (DS) depending on type of units serviced at each site. The government will make available the Equipment Density Reports at the MNC-I, MRD. These reports shall be used by the contractor to determine the equipment and personnel requirements at each required location. If a Modified Work Order [MWO] application is directed by the Government and the equipment falls within the parameters set forth in this Statement of Work, and requires specific training, the training will be provided to the contractor by Government personnel; otherwise the MWO will be applied during normal maintenance operations.  If the Government determines the MWO as critical, the contractor shall adjust maintenance operations and priorities according to the specifics set forth in the MWO directive.  The contractor shall provide an updated status on the MWO application to the Supported Unit no less then on a weekly basis or as requested.

| a. | A – LSA Anaconda |
|----|------------------|
| b. | B1 – Al Asad |
| c. | B6 – Al Taqaddum |
| d. | C1 – Camp Speicher |
| e. | C7 – Kirkuk |
| f. | F2 – Log Base Seitz |

**DAAA09-02-D-0007**                                                    **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
FOUO

    g.  H2 – LSA Diamondback
    h.  H3 – Q West
    i.  T1 – Tallil

B.1.2.2. ENGINEER EQUIPMENT MAINTENANCE: The contractor shall provide, operate, and maintain the military engineer equipment by providing -30 level engineer equipment repairmen.  The contractor shall provide the general mechanics tool kits, to provide DS repair support services to include but not limited to: Dozers, ACE, SEE, Graders, Scrapers and Power Generation Systems.

B.1.2.3. COMMUNICATION/ELECTRONIC SUPPORT: The contractor shall provide DS level, Organizational Maintenance support to include but not limited to STU/STE phones, MSE, MSRT, SINCGARS, DTRACS, MTS, handheld radios, power supplies, and ANCDs. The Contractor shall ensure that all personnel repairing SINCGARs radios and ANCDs possess current DoD Secret security clearance.

B.1.2.4. SMALL ARMS:  The contractor shall provide, operate, maintain, and conduct -30 level small arms maintenance, to include small caliber weapons up through and including the MK-19.

B.1.2.5. WELDING/MACHINE WORK: The contractor shall provide and operate welding and machine maintenance services by providing - 30 level repairmen, along with general tools and personal protective equipment to provide DS level welding, fabrication and machine work support services.

B.1.2.6. REFRIGERATOR EQUIPMENT:  The contractor shall provide maintenance support services for DS repairs including but not limited to: Commercial Environmental Control Units (ECUs), Government owned Refrigerator Van Units, all tactical wheeled vehicles and ancillary equipment with AoA Air Conditioner Units and ISU-96 Reefers. Equipment will be either retrograded to supporting DS maintenance location or dispatching of mobile DS repair team. Method of providing for the repair will reside with the COSCOM Support Operations Officer. This may require mobile DS repair capability. Coordination for transportation will be done by the Supported Unit.

B.1.2.7. FUEL AND ELECTRICAL:  The contractor shall provide -30 level repairmen, with fuel and electrical tool kits, to provide DS repair services including but not limited to Starters and Generators.

B.1.2.8. BALLISTIC ARMOR TEAMS:  The contractor shall provide ballistic Armor kit installation teams/mechanics and utilize existing tools be able to replace damaged AoA components on Light, Medium and Heavy Equipment when components are deemed as non-reparable.

B.1.2.9.  AUTOMOTIVE: The contractor shall provide automotive level -30 maintenance support for wheeled vehicles to include but not limited to, HMMWV, 5 Tons (M900 series, FMTV series), HEMMT, HET, PLS, Fuel Tankers, AAV and LAV.

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

| REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|---|---|---|
| **DS Maintenance** | | |
| Provide DS engineer, communication/ electronic, small arms, welding, refrigerator, fuel and electric, and automotive maintenance support to all wheeled vehicles. | Provide DS engineer, communication, small arms, refrigerator, fuel and electric, and automotive maintenance support.  Support to all wheeled vehicles. | Accept jobs within 24 hours. Inspect jobs within 24 hours of acceptance.  Order CL IX in the automated logistics system for jobs within 24 hours of inspection completion. Conduct joint post inspections with customers.  Update status of parts no less than weekly. Provide customers with document numbers and status of parts on order when requested. |

B.1.2.10. TRACKED VEHICLES: (M1, M2/3, M113 Family, AAVP7):  The contractor shall provide one mobile maintenance support team available 12 hours per day, 7 days per week to conduct EAD direct support level maintenance and backup organizational maintenance support as requested on tracked vehicles. The team shall be equipped with personal protective equipment to support equipment maintenance to include but not limited to M1, M2/3, M113 Family and AAVP7. The team shall be based out of Log Base Seitz and travel to locations when the unit cannot repair due to excess or backup of field level maintenance. The contractor shall coordinate government provided transportation to locations to conduct the repairs. When not deployed, the contractor shall support ongoing maintenance of tracked vehicles by the government at Log Base Seitz. The team shall consist of 5 ea M1 mechanics, 5 ea M2/3 mechanics, 3 ea M113 family mechanics, 1 AAVP7 mechanic and one foreman, 2 of the M1 and M2 mechanics shall be capable of repairing turrets. The government will provide necessary equipment, special tools and test equipment, CLIII and CL IX on site to conduct the repairs.

B.2.  COMBAT SUPPORT / COMBAT SERVICE SUPPORT:

B.2.1. CLASS I:  The contractor shall establish, operate, and maintain a GS/DS Class I supply point at the following locations.

    GS/DS SITES:
        a.  A - LSA Anaconda
        b.  B1 – Al Asad
        c.  H3 - Q West
        d.  T1 - Tallil AB (GS only)

    DS SITES:
        a.  C1 - Camp Speicher

**DAAA09-02-D-0007**                                          **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

b.  B6 – Al Taqqadum
c.  C5 - Taji
d.  H2 - LSA Diamondback

B.2.1.1. The contractor shall maintain all facilities used in support of Class I operations in accordance with applicable preventive medicine regulatory guidance, including but not limited to TB Med 530 and TB Med 577.

B.2.1.2. RECEIVING: The Prime Vendor shall deliver Class I (operational rations) and bottled water to Class I Distribution Centers identified above

B.2.1.2.1. The contractor shall deliver Class I (operational rations) and bottled water from the Class I Distribution Center to DFACs/DS Ration Break Points in Iraq.

B.2.1.2.2. The contractor shall be capable of receiving 20' containers, 40' containers, 463L pallets, and wooden pallets of operational rations MREs, UGR Family, Halal/Kosher/MARC/HDR meals, bottled water, and supplements.

B.2.1.2.3. The contractor shall receive operational rations and bottled water and place into inventory within 24 hours, unless repackaging is required.

B.2.1.2.4. The contractor shall be capable of receiving up to twenty five (25) Class I MILVANS at the GS sites every day.

B.2.1.2.5. The contractor shall be capable of receiving up to forty (40) Class I reefer trucks and/or MILVANS at the DS sites every day.

B.2.1.3. STORAGE: The contractor shall setup, maintain, and operate the appropriate temperature controlled storage facility (IAW paragraph B.2.1.3.4) for operational rations and bottled water at the Class I Distribution Center. Operational rations will be stored in appropriate temperature controlled facilities.

B.2.1.3.1. The contractor shall store up to the specified number of days of supply (DOS) to include but not limited to MREs, UGR Family Halal/Kosher/MARC/HDR meals and bottled water as identified in the table below for Class I Operations.

B.2.1.3.2. The following planning numbers are based on maximum capacity for contingency operations, actual DOS (along with gallons per person and ration feeding cycle) shall be directed by MNC-I.

GS/DS SITES:

| SITE | Support Type | BASE Population | *MREs DOS | BOTTLED WATER DOS |
|------|--------------|-----------------|-----------|-------------------|
|      |              |                 |           |                   |

**DAAA09-02-D-0007**                                    **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

| A1 | GS | 100,000 | 3 | 8 |
| A1 | DS | 25,000 | 3 | 10 |
| B1 | GS | 37,000 | 3 | 8 |
| B1 | DS | 44,000 | 3 | 10 |
| H3 | GS | 37,000 | 4 | 8 |
| H3 | DS | 10,000 | 3 | 10 |
| T1 | GS | 22,000 | 2 | 8 |

*Note: Planning factor for maximum capacity.

DS SITES:

| SITE | BASE Population | *MREs DOS | BOTTLED WATER DOS |
|---|---|---|---|
| B6 | 25,000 | 3 | 10 |
| C1 | 23,000 | 3 | 10 |
| C5 | 39,000 | 3 | 10 |
| H2 | 22,000 | 3 | 10 |

*Note: Planning factor for maximum capacity.

B.2.1.3.3.  In addition to the storage requirements above, the contractor shall store 7,500 cases of UGR-Family with supplements, 2500 cases of Halal meals, 1500 cases of Kosher meals, 1500 cases of MARC meals, and 1500 cases of HDR meals at sites identified above as GS storage locations.

B.2.1.3.4. The contractor shall provide environmental controlled storage with a temperature not to exceed 80 degrees Fahrenheit at the GS/DS sites.

B.2.1.3.5. The contractor shall provide overhead cover for storage of rations and bottled water, as storage in metal containers dramatically increases temperatures and quickly degrades rations and bottled water at the DS sites.  Rations and bottled water shall be removed from the ISO containers to prevent such degradation.

B.2.1.4. ISSUE: The contractor shall organize Class I into DFAC/Field Unit breaks and issue to customer units every 2 days and deliver as required, to locations identified in Appendix A.  The daily draws are assumed to be nominally uniform.

B.2.1.4.1.  The contractor shall issue up to twenty five (25) Reefer and or MILVANS (40 or 20 ft) of Class I as coordinated by the responsible Military Commodity Supply Activity Commander.

B.2.1.4.2.  The contractor shall provide and maintain documentation for all Class I issued in accordance with applicable Army regulations.

B.2.1.4.3.  The contractor shall be capable of repackaging rations/bottle water for storage.

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

B.2.1.5.  INVENTORY: The contractor shall conduct a 100 percent physical inventory of all subsistence monthly in accordance with applicable Army regulations. The contractor shall also maintain such documentation.

B.2.1.5.1.  The contractor shall identify all rations/water no later than 100 days from expiration dates to the Military Commodity Supply Activity Commander.

B.2.1.5.2.  The contractor shall maintain a Stock Rotation and Organizational Storage of rations to ensure the oldest dated stocks are issued first in date sequence IAW TM 10-15.

B.2.1.5.3.  The contractor shall develop a standardized signage/Placard system for all containers for ease of external production date visibility at 20' distance.

B.2.1.5.4.  The contractor shall develop signage/Placard system for all containers to identify all product type (MRE, UGR Family, Halal/Kosher/MARC/HDR) by lanes. The contractor shall Placard trucks to identify the loads that are preparing for forward movement to supported customers.  Placard at a minimum must identify type of ration/water, quantity, date loaded, and destination location. The contractor shall maintain accountability of inventory, report inventory and supply transactions daily and shall provide reports of such activity monthly.

B.2.1.5.5.  The contractor shall provide and maintain adequate MHE in order to accomplish the above tasks within 7 days of arrival. The government will make available the Equipment Density Reports at the MNC-I, MRD. These reports shall be used by the contractor to determine the equipment and personnel requirements at each required location.

| REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|---|---|---|
| CLASS I | | |
| Operate a GS and or DS CL I supply point | Operate a GS and or DS CL I supply point capable of receiving up to 40' or 20' MILVANS of CL I daily. | Provide at least two operational RTCHs and drivers to off load MILVANS from transportation assets and position them in the FRBP yard. |
| Download rations and store for future issue. | Download rations out of 20'/40' MILVANS and store for future issue.  Receive, inventory, and store rations from MILVANS | Provide necessary MHE and qualified operators to account for and store rations. |
| Configure rations into unit sets and issue MREs, UGR | Configure rations into unit sets and issue MREs, Bottled | Configure calculations into unit sets and preposition sets |

DAAA09-02-D-0007                                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

| Family, Halal/Kosher/ MARC/HDR, and  Bottled Water. | Water, and other meals as per the headcount issued by the controlling military tasking authority.  Analyze the installation headcount roster and customer list to calculate proper quantities of issue for rations and water. | in yard for issuance on push days. |
|---|---|---|

B.2.2.  WATER PRODUCTION AND DISTRIBUTION:

B.2.2.1. Potable Water Distribution.  The contractor shall have the water production capacity (these amounts include production and storage for sites own use) and assets to distribute potable water daily (seven day per week) to units within 250 km from the following EAD locations:

| Site | Production (gal) | Storage (gal) |
|---|---|---|
| A1 – LSA Anaconda | 1,500,000 | 2,900,000 |
| B1 - Al Asad | 970,000 | 644,000 |
| B6 - Al Taqaddum | 720,000 | 600,000 |
| C1 – Speicher | 610,000 | 750,000 |
| C5 – Taji | 322,000 | 250,000 |
| F2 – Liberty | 1,620,000 | 750,000 |
| H3 – Q West | 360,000 | 350,000 |
| T1 – Tallil | 720,000 | 1,260,000 |
| T2 – Cedar | 360,000 | 860,000 |
| TOTALS: | 7,182,000 | 8,364,000 |

| Bulk Water Distribution Requirements | | |
|---|---|---|
| Site | TRACTOR | TRAILER |
| A1 – LSA Anaconda | 9 | 9 |
| B1 - Al Asad | 6 | 6 |
| B6 - Al Taqaddum | 6 | 6 |
| C1 – Speicher | 5 | 5 |
| C5 – Taji | 4 | 4 |
| H2 - Diamondback | 4 | 4 |
| F2 – Liberty | 4 | 4 |
| H3 - Q West | 6 | 6 |
| T1 – Tallil | 19 | 19 |
| T2 – Cedar | 0 | 0 |

59

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

B.2.2.2.The contractor shall operate Reverse Osmosis Water Purification Units (ROWPUs) at distant sites in lieu of distribution from EAD nodes.

B.2.2.3. The contractor shall ensure that the water is purified and stored in accordance with all applicable DOD and US Army water purification and preventive medicine regulations and technical manuals.

B.2.2.3.1. The contractor shall meet the same potable water standards as described in paragraph 8.11 WATER WORKS of this Statement of Work.

B.2.2.4 The contractor shall report daily status (beginning quantity, quantity produced, quantity issued and ending balance) to MSC IAW COSCOM Cl I Manager's reporting format and schedule.

B.2.2.5. The contractor shall ration water in accordance with the schedule developed when necessary at the direction of the ACO in consultation with the COSCOM Support Operations Office.

| REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|---|---|---|
| **CL I  BULK WATER** | | |
| Produce potable bulk water for issue to units. | Production requirements of potable bulk water per day for issue to units as per Table B.2.2.1 | Production of water meeting standards of TB-577 at 2 ppm Free Chlorine or above but no greater than 5 ppm. Test water at production point once an hour. |
| Maintain stockage of potable water on hand for issue to local units. | Maintain potable water on hand for issue to local units as per Table B.2.2.1 | Test and maintain water quality standards in accordance with Army specifications (TB MED 577).  Storage of Potable Water meeting Army Standards at 2 ppm Free Chlorine but no greater than 5 ppm.  Test water at distribution point once an hour. |
| Distribute potable water. | Distribute potable water daily to units identified in B2.2.1 as needed within 250 kilometers of these listed sites.  Distribution site must operate 24 hours per day/seven days a week. | 1) Fill 95% of 3K SFT within 20 minutes. 2) Fill 95% of 5K SMFT within 30 minutes 3) Start filling 95% of all other containers within 10 minutes of arrival. |

**DAAA09-02-D-0007**                                              **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

| Maintain & operate wells | Maintain wells at least once a week to ensure proper functioning of wells. Operate all wells if canal level falls to less than 24 inches. | Be ready to use wells to backfill canal water in order to maintain on hand, production and issue requirements daily. |
|---|---|---|

B.2.3. CLASS I ICE PRODUCTION/DISTRIBUTION:  The contractor shall produce and distribute potable ice to all camps identified, along with the personnel planning factor, in Appendix A.  The contractor shall maintain ice production capability at the following sites:

    a.  A - Anaconda
    b.  B1 - Al Asad
    c.  B3 - Fallujah
    d.  C1 - Camp Speicher
    e.  C5 - Taji
    f.  F2 - Liberty
    g.  H4 - FOB Marez
    h.  T1 - Tallil

B.2.3.1. The contractor shall provide, produce, store and issue potable ice at the rate up to 4 lbs of ice per person, per day based on the personnel planning factor identified in Appendix A.  The contractor shall maintain, at a minimum, two DOS of ice per camp during 1 April to 31 October.

B.2.3.2. The contractor shall provide 1.5 lbs of ice per day per person by headcount to all DFACs as identified in paragraph 8.18.12.

B.2.3.3. Ice produced shall meet the standards contained within Military Standards 3006A and in paragraph 8.11.1 of this Statement of Work.

B.2.3.3.1. The contractor shall report daily status (beginning quantity, quantity produced, quantity issued and ending balance) to MSC IAW COSCOM Cl I Manager's reporting format and schedule. This information will be provided to the Contractor Ice POC.

B.2.4.  CLASS II, III (P), IV, VII & IX SSA:  The contractor shall operate a CL II, III (P), IV, VII, and IX Supply Support Activity (SSA) at the following locations  IAW applicable military regulations:

| SITE | Receiving Lines | Storing Lines | Issuing Lines |
|---|---|---|---|
| A – LSA Anaconda    Army    DS | 1,000 | 8,000 (11,000 surge) | 1000 |
| B1 – Al Asad        Army    DS | 650 | 5,000 | 650 |
| B1 – Al Asad        Marine  DS | 500 | 5,000 | 500 |
| B6 – Al Taqaddum    Army    DS | 500 | 8,000 | 500 |

DAAA09-02-D-0007                                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

| B6 – Al Taqaddum | Marine | GS | 500 | 19,500 | 500 |
| C1 – Camp Speicher | Army | DS | 1,000 | 3,500 | 1,000 |
| C5 – Taji | Army | DS | 1,000 | 6,000 | 1,000 |
| H2- Diamondback | Army | DS | 500 | 1,750 | 500 |
| H3 – Q West | Army | DS | 500 | 1,750 | 500 |
| T1 – Tallil | Army | DS | 1,000 | 4,000 | 1,000 |

B.2.4.1. The contractor shall conduct SSA operations and maintain appropriate ASL in accordance with military regulations regarding the storage, issue, receipt and security of SRA (Stock Record Account) operations outlined in the following regulations:

    a. Army Regulation 735-5 (Policies and Procedures for Property Accountability)
    b. Army Regulation 725-50 (Requisitioning, Receipt, and Issuing System)
    c. Army Regulation 710-2 (Inventory Management Supply Policy Below the Wholesale Level)
    d. DA PAM 710-2-1 (Using Unit Supply System- [Manual Procedures])
    e. DA PAM 710-2-2 (Supply Support Activity Supply System- [Manual Procedures])

B.2.4.2. The contractor shall provide, maintain, and be licensed on all equipment necessary (i.e. MHE, forklifts, pallet jack) within each section of each site, to sustain necessary SSA operations.

B.2.4.3. The military shall provide the necessary STAMIS equipment (SARSS-0), SASSY, STRATIS, workstations and peripherals), to operate the SSA at each site.

B.2.4.4. The contractor shall receive, store, and issue supplies and process into inventory; maintain location accuracy and inventory accuracy IAW Army Regulation 710-2 or applicable military regulation.

B.2.4.5. The contractor shall support the Government in conducting monthly 10% ASL inventory and semi-annually ASL reviews for Army SSAs and monthly ASL/GABF reviews to maximize customer support.

B.2.4.6. The contractor shall operate the SSAs 24 hours per day, as prescribed in the Accountable Officer's SOP.

| REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
| --- | --- | --- |
| CLASS II, III (P), IV, VII, IX SSA | | |

**DAAA09-02-D-0007**                                      **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

| Operate a CL II, III(P), IV, and IX SSA. | Operate a CL II, III(P), IV, IX SSA at the location and capabilities identified above. Process turn-ins/retrogrades. Perform SARSS and SASSY/STRATIS closeouts daily. Perform Trans IN/OUT when directed by the Accountable Officer. | Receive supplies and process into inventory within 24 hours. Maintain a location accuracy of 90%. Maintain an inventory accuracy of 95%. Operate 7 days per week 24 hours a day. |
|---|---|---|

B.2.5.  CENTRAL ISSUE FACILITY (CIF) / SELF SERVICE SUPPLY CENTER (SSSC):

B.2.5.1.  CENTRAL ISSUE FACILITY (CIF):  The contractor shall establish, operate, and maintain a Central Issue Facility (CIF) at site A - LSA Anaconda.

B.2.5.1.1.  The contractor shall recommend Requisition Objectives (RO) and Reorder Points (ROP) for authorized stocked CIF items.

B.2.5.1.2.  The contractor shall develop, execute and provide results for Quarterly Stockage Level (QSL) Review Boards, supported with research on demand history, order ship time, RO, and ROP.

B.2.5.1.3.  The contractor shall conduct CIF inventories IAW DA Pam 710-2-1 and DA Pam 710-2-2.  Inventories include, but are not limited to, Stockage Location Surveys, Monthly 10% Inventories, and Periodic, Semi-annual and Annual Inventories.

B.2.5.1.4.  The contractor shall establish, maintain, and conduct processes for receipt, store, and issue quantities for all CIF stockage items IAW DA Pam 725-50, DA Pam 710-2-2, and DA Pam 725-50.

B.2.5.1.5.  The contractor shall submit special orders when required for uncommon sizes upon unit request.

B.2.5.1.6.  The contractor shall inspect DX and FWT for serviceability.  If the items are unserviceable, stocks shall be dispositioned based on applicable regulations.

B.2.5.1.7.  Contractors shall comply with special projects and fielding initiatives in accordance with military directives, as directed by the ACO.

B.2.5.2.  SELF SERVICE SUPPLY CENTER (SSSC): The contractor shall provide, operate and maintain a Self Service Supply Center (SSSC) at site A – LSA Anaconda.

B.2.5.2.1.  The government shall determine the authorized stockage list using established demand data, estimated ship times, safety stock requirements, based on information from the Government.

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

B.2.5.2.2.  The government shall establish and contract monitor RO and ROP for stocked SSSC items.

B.2.5.2.3.  The contractor is responsible for ordering for replenishment of the SSSC store stocks using government supply channels.

B.2.5.2.4.  The Government Accountable Officer shall certify orders exceeding $75,000 and be responsible for review of the activity's logs monthly.

B.2.5.2.5.  The contractor shall perform daily inspections of stockage area for replenishment actions.

B.2.5.2.6.  The contractor shall perform 100% semi-annual and 10% monthly inventories of SSSC stockage and submit the DA Form 444, Inventory Adjustment Reports to the Government Accountable Officer and the ACO upon completion.  The contractor shall notify the Government Accountable Officer and ACO of any inventory discrepancy exceeding $500.  The contractor shall investigate and resolve all discrepancies IAW Army Regulation 735-5.

B.2.5.2.7. The contractor shall conduct Quarterly Stockage Review Boards to address current data on demand history, order ship time, requisition objectives, and reorder points.

B.2.5.2.8. The contractor shall process documents through Army STAMIS systems provided as GFE/TPE/SBE to order routine replenishment supplies.

B.2.6. CLASS III BULK (B) OPERATIONS:  The bulk fuel mission consists of a Northern Mission.  The contractor shall establish, operate, and maintain GS Class III supply point consisting of fabric collapsible tanks and/or above-ground hard wall storage tanks physically capable of receiving, storing (on the ground) and issuing at the following locations. Storage capacity shall be calculated at a maximum 70% fill. Existing fuel bunkers shall be used for storage at the direction of the ACO after joint inspection by the government and the contractor for viability and condition.

| Site | DF2 (gals) | | | MOGAS (gals) | | | JP8 (gals) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Receive | Store | Issue | Receive | Store | Issue | Receive | Store | Issue |
| A | 100,000 | 700,000 | 100,000 | 16,000 | 150,000 | 16,000 | 450,000 | 3,200,000 | 450,000 |
| B1 | 40,000 | 150,000 | 8,000 | 8,000 | 60,000 | 8,000 | 700,000* | 2,500,000 | 300,000 |
| B6 | 40,000 | 125,000 | 16,000 | 8,000 | 100,000 | 8,000 | 240,000 | 1,500,000 | 240,000 |
| C1 | 20,000 | 350,000 | 20,000 | 8,000 | 100,000 | 8,000 | 100,000 | 1,100,000 | 100,000 |
| C5 | 8,000 | 100,000 | 8,000 | 5,000 | 70,000 | 5,000 | 220,000 | 1,500,000 | 220,000 |
| F2 | 32,000 | 200,000 | 32,000 | 16,000 | 100,000 | 16,000 | 220,000 | 2,000,000 | 220,000 |
| G2 | 1,000 | 100,000 | 1,000 | 500 | 50,000 | 500 | 3,000 | 150,000 | 3,000 |
| G8 | 16,000 | 150,000 | 16,000 | 1,000 | 50,000 | 1,000 | 32,000 | 350,000 | 32,000 |
| H2 | 8,000 | 100,000 | 8,000 | 8,000 | 50,000 | 8,000 | 100,000 | 1,000,000 | 100,000 |
| H3 | 120,000 | 600,000 | 120,000 | 8,000 | 100,000 | 24,000 | 550,000 | 2,500,000 | 550,000 |
| Totals: | 385,000 | 2,575,000 | 329,000 | 78,500 | 830,000 | 94,500 | 1,465,000 | 15,800,000 | 2,215,000 |

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

\* The Contractor shall be capable of receiving JP8 on a four day delivery cycle. The Contractor shall be capable of receiving:

     i.   Day 1: 700,000 gallons
    ii.   Day 2: 700,000 gallons
   iii.   Day 3: 0
   iv.   Day 4: 0

B.2.6.1. Contractor shall plan to incorporate the Fuel Automation System (FAS) into bulk fuel operations.

     a. A-Anaconda
     b. B1-Al Asad
     c. H3- Q West
     d. H2-Diamondback

B.2.6.2.  Deleted.

B.2.6.3.  Deleted.

B.2.6.4.  Deleted.

B.2.6.5. The contractor shall ration fuel in accordance with the schedule developed when necessary at the direction of the ACO in consultation with the COSCOM Support Operations Office.

B.2.6.6. FUEL TESTING FACILITIES: The contractor shall operate and maintain fuel testing facilities at the following sites at the level annotated below:

    a.   A - LSA Anaconda-B2 level testing facility
    b.   B1 – Al Asad-modified C level testing facility
    c.   B6 – Al Taqaddum-modified C level testing facility
    d.   H3 - Q West-modified C level testing facility
    e.   T1 - Tallil AB-modified C level testing facility

B.2.6.6.1. Modified C level testing facilities shall be capable of performing the following tests: C level tests, distillation tests, FSII and FE.

B.2.6.7. The contractor shall perform quality surveillance tests of fuel at the level dictated by MIL-STD-3004A, Table XII from each inbound delivery in accordance with applicable DOD and U.S. Army policies.

B.2.6.7.1 The contractor shall contact the ACO and supported MSC for further disposition instructions if the fuel does not meet adequate surveillance standards.

DAAA09-02-D-0007                                            DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

FOUO

B.2.6.8. The contractor shall sample and gauge inbound fuel tankers using appropriate equipment and methods in accordance with applicable Army regulations and standards.

B.2.6.9. The contractor shall ensure fuel is properly accounted for during receiving and distribution operations as outlined in AR 710-2, Ch 2, Paragraph 2-34.  Daily reports of petroleum products shall be maintained on DA FORM 3643.  Monthly reports shall be maintained on DA FORM 3644 and DA FORM 4702-R.

B.2.6.10.  The contractor shall report three daily status (beginning balance, quantity received, quantity issued, and ending balance) in accordance with the US Army support battalion's MMC's reporting format and schedule to the military accountable officer.

B.2.6.11. The contractor shall conduct 100% inventories of on-hand fuel at the end-of-month or at the direction of the ACO.  Inventories and reconciliations shall be accomplished in accordance with applicable Army regulations and standards.

B.2.6.12. The contractor shall provide results of inventories to the COSCOM Class IIIB manager within 48 hours of inventory completion.

B.2.6.13. The contractor shall develop, publish and coordinate a spill plan in conjunction with the COSCOM Class IIIB manager, as in OEBGD, Chapter 9, Petroleum, Oil and Lubricants. After approval, the contractor shall obtain the fuel spill kits as agreed upon in the plan and shall order within 14 days.

B.2.6.14. The government will ensure that equipment is calibrated (including but not limited to flow meters, lab equipment, and bulk fuel carriers) annually, IAW with applicable Army regulations and industry standards.

B.2.6.15 The ACO will direct the contractor to blend DF2 to make DF1 and or Mix Jet-A-1 with specified chemicals to make JP8 to include specifications at GS Class III supply points when customer mission needs dictate, in accordance with theatre policy in consultation with the COSCOM CL IIIB Manager.

B.2.6.16. Deleted.

| REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|---|---|---|
| CLASS III (B) | | |
| Provide GS and DS Class III (B) storage operations. | Operate a GS and/or DS CL III supply point capable of storing, receiving and issuing JP8, DF2 and MOGAS. | Operate a GS and or DS CL III supply point 24 hours a day, capable of receiving/storing/ issuing JP8 in the quantities per node as stated in above per day. Maintain product accountability. |

| | | |
|---|---|---|
| | | Operate a GS and or DS CL III supply point 24 hours a day, capable of receiving/storing/issuing DF2 in the quantities per node as stated above day.  Maintain product accountability. |
| | | Operate a GS and or DS CL III supply point 24 hours a day, capable of receiving/storing/issuing MOGAS in the quantities per node as stated above per day.  Maintain product accountability. |
| | | Operate a GS/DS CL III supply point 24 hours a day, capable of receiving/storing/issuing standard JP8 in the quantities per node as stated above per day.  Maintain product accountability. Conduct daily visual inspections, API gravity tests, water tests using Aqua-Glo test kits.  Review test results and make recommendations on fuel quality. Report suspect JP8 fuel quality to Accountable Officer/COSCOM CL IIIB Manager immediately. |
| Provide Petroleum Quality Surveillance. | Provide fuel-testing capability to monitor serviceability of fuels to all supported units. | Perform laboratory testing IAW ASTMs |

B.2.7. CLASS V:  The contractor shall provide support to the operation of a Corps Storage Area (CSA)/Ammunition Supply Point (ASP) capable of receiving, storing, issuing, and preparing shipment and retrograding ammunition for multi-service operations at A1 = Anaconda.

B.2.7.1. The contractor shall provide inventory management personnel of Class V conventional ammunition.

B.2.7.2. The government will provide the QASAS for ammunition surveillance, inspection, and classification.

B.2.7.3. The government will provide Explosive Ordnance Disposal (EOD) as required.

DAAA09-02-D-0007                                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

B.2.7.4. The contractor shall use US Citizens only for Class V movement when necessary.

B.2.7.5. The contractor shall conduct ammunition operations in compliance with military regulations regarding the safety, storage, issue, receipt and security of ammunition operations outlined in the applicable US military regulations:

   a. Army Regulation 190-11, Physical Security of Arms, Ammunition and Explosives
   b. Army Regulation 385-64, US Army Explosive Safety Program
   c. Army Regulation 5-13, Training Ammunition Management
   d. Army Regulation 710-2, Inventory Management Supply Policy Below the Wholesale Level
   e. DA PAM 385-64, Ammunition and Explosives Safety Standards
   f. DA PAM 710-2-1, Using Unit Supply System- [Manual Procedures]
   g. DA PAM 710-2-2, Supply Support Activity Supply System- [Manual Procedures]
   h. Field Manual 4-30.13, Ammunition Handbook:  Tactics, Techniques, and Procedures for Munitions Handlers
   i. Standing Operating Procedures (SOP) of the military unit operating the ASP
   j. Field Manual 4-30.1, Munitions Support in the Theater of Operations
   k. Field Manual 55-1, Army Transportation Service in the Theater of Operations

B.2.7.6. The contractor shall assist in managing the ASP inventory using the Standard Army Ammunition System Modernized (SAAS-MOD) and the Training Ammunition Management Information System-Redesigned (TAMIS-R) to record ammunition receipts, issues, shipments, and adjustments; and, then submit reports to the Government Accountable Officer.

B.2.7.7. The government will provide an Accountable Officer and an operations NCO.

B.2.8. The government shall provide a COR for this mission. The contractor and the government will jointly develop a comprehensive COR checklist required to be completed monthly. When the checklist is completely filled out, the COR, the senior contractor representative and the Accountable Officer or Operations NCO will sign and date the form.

B.2.8.  CLASS IX  (AIR) OPERATIONS: The contractor shall operate and maintain operations of a CL IX (Air) SSA as outlined in Army Regulation 710-2, at site A - LSA Anaconda.

B.2.8.1. The contractor shall conduct 24-hours per day, 7-days a week SSA operations in accordance with military regulations regarding the storage, issue, receipt and security of SRA (Stock Record Account) operations outlined in the following regulations:

   a. Army Regulation 735-5, Policies and Procedures for Property Accountability
   b. Army Regulation 725-50, Requisitioning, Receipt, and Issuing System
   c. Army Regulation 710-2, Inventory Management Supply Policy Below the Wholesale Level
   d. DA PAM 710-2-1, Using Unit Supply System- [Manual Procedures]
   e. DA PAM 710-2-2, Supply Support Activity Supply System- [Manual Procedures]

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

B.2.8.2.  All contractor personnel working in the section containing classified parts of the Class IX (Air) SSA, shall have a current DOD SECRET clearance. The Government will provide the necessary STAMIS equipment (SARSS-1, workstations, and peripherals) to operate the SSA. The contractor shall manage and operate the sections within the Class IX (Air) SSA (i.e. receiving, issuing, stock control, storage, and retrograde). The contractor shall conduct semi-annually ASL reviews to maximize customer support.

B.2.8.3. The contractor shall receive, store, and issue RX lines.

B.2.8.4. The contractor shall process turn in/retrogrades.

B.2.8.5. The contractor shall have the capability to store 11,000 lines with a surge capacity of 17,000 lines.

| REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|---|---|---|
| CLASS IX OPERATIONS | | |
| Operate a CL IX Air SSA | Operate a CL IX Air SSA supporting approximately 50 customers with the capability of storing 11,000 lines with a surge capacity of 17,000 lines; receiving 700 requisitions per day; issuing 700 per day of CL IX Air. Pickup, receive, pack/crate, store and issue CL IX(A) and RX lines. Process, pack and crate turn-ins /retrogrades. Perform SARSS closeouts daily, Trans IN/OUT. Operate SARSS in accordance with DA and theater standards.  Provide 24- hour AOG coverage processing. Provide pick-up and delivery service for AOG parts. Provide overhead coverage to protect parts from adverse weather conditions such as heat or rain.  Maintain ability to prepare CL IX (A) for movement by air or ground. Prepare items necessary for air shipment as required. Conduct movement for air shipment of turn-in/retrograde parts. | Complete all transactions (requests, issues, turn-ins) NLT 12 hours after receipt.  Maintain ASL zero balance to less than 8%.  AOG standards are 2 hours.  Trans IN/OUT, conducted at a minimum. All Class IX (A) stored in shaded or air conditioned environment. Maintain 98% location accuracy. Maintain an inventory accuracy of 95%.  Provide coverage for AOGs issuing within 1 hour. Operated 24 hours a day, 7 days a week. |

B.2.8.6. The contractor shall operate the Class IX (air) warehouse 24 hours per day, as prescribed in the Accountable Officer's SOP.

**DAAA09-02-D-0007**        **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

B.2.9.  REDISTRIBUTION POINT:  The contractor shall operate a Class VII and IX Forward Redistribution Point (FRP) at the following locations  IAW Army Regulation 710-2:

| Site | Receiving Lines | Storing Lines | Retrograding Lines |
|------|-----------------|---------------|--------------------|
| A1 – Anaconda | 3,000 | 10,000 | 3,000 |

The contractor shall conduct FRP operations in accordance with military regulations regarding the storage, issue, receipt and security of SRA (Stock Record Account) operations outlined in the following regulations:

    a.  AR 735-5 (Policies and Procedures for Property Accountability)
    b.  AR 725-50 (Requisitioning, Receipt, and Issuing System)
    c.  AR 710-2 (Inventory Management Supply Policy Below the Wholesale Level)
    d.  DA PAM 710-2-1 (Using Unit Supply System- [Manual Procedures])
    e.  DA PAM 710-2-2 (Supply Support Activity Supply System- [Manual Procedures])

B.2.9.1.  The contractor shall provide, maintain, and be licensed on all equipment necessary (i.e. MHE, forklifts, pallet jack) within each section of each site, to sustain necessary FRP operations.

B.2.9.2.  The military shall provide the necessary STAMIS equipment (SARSS-0, ATLASS, SASSY, STRATIS, workstations and peripherals), to operate the FRP at each site.

B.2.9.3.  The contractor shall receive, store, and issue supplies and process into inventory; maintain location accuracy and inventory accuracy IAW Army Regulation 710-2.

B.2.9.4.  The contractor shall support the Government in conducting monthly 10% ASL inventory and semi-annually ASL reviews for Army FRPs and monthly ASL/GABF reviews to maximize customer support.

B.2.9.5.   The contractor shall operate the FRPs 24 hours per day, as prescribed in the Accountable Officer's SOP

| REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|--------------------|------------------------|----------------------|
| **CLASS VII and IX SSA** | | |
| Operate a multi-class SSA for retention and retrograde stocks excluding CL IX (Air). | Operate a VII and IX SSA at the locations and capabilities specified in above. Process turn-ins/retrogrades.  Perform SARSS closeouts daily, Trans IN/OUT. Perform Trans IN/OUT when directed, currently 10 times daily. | Receive supplies and process into inventory within 24 hours.  Maintain a location accuracy of 90%.  Maintain an inventory accuracy of 95%. Operate 7 days per week 24 hours a day. |

B.3. CORPS LEVEL LOGISTICS SUPPORT:

**DAAA09-02-D-0007**                                                    **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
                              **FOUO**

B.3.1. JOINT DISTRIBUTION CENTER (JDC): The contractor shall operate and maintain a central receiving point at the following sites. <mark>All incoming cargo (less Class IIIB) shall have an associated RFID tag with content level of detail.</mark>

    a.  A – LSA Anaconda
    b.  B1 – Al Asad
    c.  H3 – Q West; H2 – Diamondback; C1 – Speicher (split function)
    d.  T1 – Tallil AB

B.3.1.2. The contractor shall receive and store multi-class shipments on platforms to include but not limited to 463L pallets, flatbed trucks, PLS flat racks, <mark>rolling stock</mark> and containers.

B.3.1.3. The contractor shall organize shipments into unit sets and issue to customer units by multiple methods to include, but not limited to: DODAAC, Class of supply, UIC, Routing Identification Code (RIC), unit name, and/or supplementary address.

B.3.1.4. The contractor shall pack and crate shipments for onward movement in accordance with <mark>US military</mark> regulations.  This includes, but not limited to providing all packing material and preparing all written correspondence to accompany the shipment.

B.3.1.5. The contractor shall operate a container transload yard at capable of transloading up to 500 containers per month.  Transload operations shall include receiving mainly 40' and limited 20' commercial containers and unpacking the containers and repacking the contents into 20' military owned containers.

B.3.1.6. Inbound commercial containers must be unpacked and repacked into military outbound containers for onward movement within one week of receipt into the transload yard.

B.3.1.7. The contractor shall coordinate transportation to units on and off the sites identified above.

B.3.1.8. CARGO AIR: Coordinate with air MCT for onward movement at A1 – LSA Anaconda, H3 – Q West, and T1 – Tallil.  Prep pallets for air shipment and move to and from air cargo staging area.

B.3.1.8.1. The contractor shall be capable of receiving, processing, building, transporting, tracking, and unloading the quantity of 200 pallets per day at the sites listed above in B.3.1.7 to the Joint Distribution Centers (JDC).

B.3.1.8.2. The contractor shall coordinate with MCT or similar unit for scheduled arrivals of pallets.

B.3.1.8.3. The contractor shall provide MHE and transportation support to units on the airfield in support of unit requirements.

DAAA09-02-D-0007                                    DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

B.3.1.9. CARGO DOCUMENTATION: The contractor shall provide cargo documentation for all cargo arriving and leaving the JDC CRP. This includes, but is not limited to, automated tools that perform interactive cargo documentation such as DAVs, SARSS, and TC-AIMS.

B.3.1.9.1. The contractor shall properly document items that do not have complete documentation either by manual method using existing standard army regulation or by automated means, such as but not limited to (portable hand held interrogators, AMS-TAC system, Deployable Asset Visibility (DAVs), TC-AIMS II, etc.)

B.3.1.9.2. The contractor shall be able to accurately identify by military shipping labels (MSL), and material release orders (MRO) where items need to be directed and properly prepare and ship all items.

B.3.1.9.3. The government shall escort all trucks carrying all classes of supply from the gates of the identified above to the JDC, and back to those gates. The contractor shall remain on-site with the trucks while they unload, load or transverse the JDC yard. The contractor shall provide, operate, and maintain all necessary MHE (forklifts, pallet jacks) within each section, vital to sustaining JDC operations.

B.3.1.9.4. The government will provide the communications/automation architecture to support in transit visibility. This includes but not limited to BCS3, VSAT, CAISI and various US military STAMIS systems that work in conjunction with BCS3, VSAT and CAISI. The government will provide "train the trainer" training upon receipt of the equipment.

B.3.1.9.5. The government will provide automation tools for distribution, this includes but not limited to TC-AIMS, DAVS or AMS-TAC.

B.3.1.9.6. The contractor shall run a yard tractor capability operation in the JDC.

B.3.1.9.7. The contractor shall provide coordination for the trailers to stage in the JDC yard and onward movement yard to allow for pre-loading of trailers for sustainer missions.

B.3.1.9.8. The contractor shall meet the quality standards for movement and management of logistics assets IAW the Defense Transportation Regulation, Volume VI, Technical Manuals TO35D33-2-2-2 and TO35D33-2-3-1; and the Air Mobility Command Instruction 24-101.

| REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|---|---|---|
| Operate a Joint Distribution Center. | Operate a JDC. Receive and distribute cargo. Receive and store multi-class shipments on platforms to include but not limited to 463L pallets, flatbed trucks, PLS flat racks, and containers. Organize the shipments into unit sets and issue to | Receive, temporarily store and distribute cargo to all MNC-I units. Operate 24-hrs per day. Receive/Issue 1,000 STONS per day for site A - Anaconda. 200 inbound and outbound pallets for site A - Anaconda. Receive/Issue |

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

| | customer units. Pack and crate shipments for onward movement. Coordinate for transportation to units not on Anaconda per guidance by the responsible SPO Officer. Provide cargo documentation for all cargo arriving and leaving Anaconda. Escort all trucks carrying all classes of supply while at the JDC. | 500 STONS per day for sites B1 - Al Asad, and T1 - Tallil AB. Receive/issue 133 STONS at H3 – Q West, 133 STONS at H2 – Diamondback and 134 STONS at C1-Speicher. 100 inbound and outbound pallets for sites B1 - Al Asad, and T1 - Tallil AB. 33 in/outbound pallets for H3 – Q West, H2 – Diamondback and 34 for C1- Speicher. |
|---|---|---|
| Provide forklift and transportation support to move cargo from Strategic/Tactical airlift at airfield ramp to support locations on post. | Provide forklift and transportation support to move cargo from Strategic/Tactical airlift at airfield ramp to support locations on post. Be prepared to receive and transport to the JDC up to 200 pallets per day.  Coordinate with TALCE or similar unit for scheduled arrivals of pallets. | All cargo must be logged in and out of JDC.  Reports provided daily. All Cargo must be transferred and cleared from airfield daily. 100% of outbound cargo must be prepared for shipment 4 hours prior to call forward time. |

DAAA09-02-D-0007 **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

**FOUO**

APPENDIX C – AIRFIELD OPERATIONS - DEFERRED

**DAAA09-02-D-0007**                                           **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

APPENDIX D – CONTINGENCY OPERATIONS SUPPORT


D.  CONTINGENCY OPERATIONS SUPPORT: The contractor shall plan, develop, provide, execute and maintain the ability for the Multi-National Corps to "flex" and "surge" forces to support Iraq contingency operations.  The contractor shall develop, provide, maintain, and operate three (3) 600-man battalion-sized contingency operations support packages.

D.1.  The contractor shall develop, provide, operate and maintain three battalion-sized contingency operations support packages containing everything required by US forces to establish, operate, and provide basic life support requirements for a 600- man headcount for a period of 60 days.  Each battalion sized support package shall be deployed 4 times each year.

D.2.  The contractor shall provide, at a minimum, per package the following:

>        Tier II tents (GP medium or large equivalent) with ECUs and light sets
>        power generation services
>        cots
>        latrines
>        showers
>        hot meal support
>        potable ice
>        bottled potable water
>        potable water distribution services
>        black and gray water removal services
>        waste management services

D.3.  The contractor shall provide the materials for the contingency support packages in ISO containers for rapid deployment and set up.

D.4.  The contractor shall deploy and establish a base camp within 15 days of notification within the Iraq theater, and operate and maintain the camp for a period of up to 60 days.  Operation and maintenance of contingency base camps in excess of 60 days shall also be directed by the ACO in coordination with the combat commander.

D.5.  The contractor shall survey, clean, repair, restock, and repack the contingency base camp and redeploy it to the designated site, upon completion of the contingency operation.

**DAAA09-02-D-0007**                                                    **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
                                  **FOUO**

APPENDIX E – THEATER TRANSPORTATION MISSION (TTM)

E.1.  CORPS TRANSPORTATION SUPPORT:  The contractor shall provide, operate and
maintain Transportation Operations at the following locations

  a.  A - LSA Anaconda
  b.  B1 - Al Asad
  c.  B6 - Al Taqqadum
  d.  C1 - Camp Speicher
  e.  C5 - Taji
  f.  F2 - Log Base Seitz
  g.  H2 - LSA Diamondback
  h.  H3 - Q West
  i.  T1 - Tallil AB
  j.  T2 - Cedar II

E.1.1.  The government will provide escorts and secured routes for all convoys per the current
FRAGO and as dictated by the current threat level.

E.1.2.  The contractor shall provide all equipment, operators, and services to transport all classes
of supply, with the exception of Class VIII (blood, pharmaceuticals, refrigerated materials or
other materials with special handling requirements), from the above locations to logistic support
areas within the Iraqi Zone at a distance NTE 400 kms from each location.

E.1.3.  The contractor shall provide the equipment, operators, and services to transport and
deliver Class III (B) of JP8, DF2, and MOGAS in the quantities listed in the class III Bulk (B)
operations paragraph B 2.6 to supported units at a distance NTE 400 kms from each location
listed in the table below.

| Site | JP8 | DF2 | MOGAS |
|------|-----|-----|-------|
| A1 – Anaconda | 450,000 | 63,000 | 15,000 |
| B1 - Al Asad | 300,000 | 8,000 | 8,000 |
| H3 - Q West | 550,000 | 120,000 | 24,000 |
| C1 - Camp Speicher | 100,000 | 17,000 | 5,000 |
| C5 – Taji | 220,000 | 7000 | 5,000 |
| F2 - Log Base Seitz | 200,000 | 13,000 | 9,000 |
| B6 – Taqqadum | 240,000 | 15,000 | 8,000 |
| T1/T2 – Tallil/Cedar | 100,000 | 50,000 | 20,000 |

E.1.4 DELETE

E.1.4.1.  DELETE

**DAAA09-02-D-0007**                                          **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

E.2.  CONVOY LOAD SECURITY: The contractor shall ensure that all loads are secured and sealed to preclude tampering and theft.

E.2.1.  The contractor shall report all load discrepancies to government security personnel.

E.2.2.  The contractor shall maintain positive control of convoys at all times using contractor personnel, communications assets and direct supervision.

E.2.3.  The contractor shall operate in a commonly accepted safe manner and IAW with control measures established to maintain control on Main Supply Routes (MSRs) and Alternate Supply Routes (ASRs).

E.3.  IN-TRANSIT VISIBILITY (ITV):  The contractor shall provide ITV for all vehicles during convoy movement.  The contractor shall ensure the ITV is compatible with Army ITV tracking systems or maintain tracking through internal systems.

E.4.  TRANSPORTATION TASKING AUTHORITY:  The contractor shall coordinate with the MCTs or MCB to receive their movement requirements.

E.4.1.  Deleted.

E.4.2.  The contractor shall ensure convoy transportation requirements are input into the COSCOM daily movement tracker program.

E.4.3.  The contractor shall ensure all civilian and military assets are reported according to Corps Movement Program.

| | REQUIRED FUNCTIONS | PERFORMANCE OBJECTIVE | PERFORMANCE STANDARD |
|---|---|---|---|
| CORPS TRANS FUNCTIONS | | | |
| Area Support | Provide 4K, 6K and 10K forklift with retractable boom, 50K crane and RTCH support to units on post in support of unit requirements.  All equipment must have lights for night operations | Provide 4K, 6K and 10K forklift and RTCH support to units on post in support of unit requirements. Crane Support up to 50 Tons; 15K, 25-35k forklift. All equipment shall have working lights so that they can be employed at night or hours of low visibility. | All cargo must be logged in and out of JDC.  Reports provided daily. All cargo must be transferred or staged for onward movement daily. Provide enough equipment for 24 hour continuous operations |
| Transportation Support | Transport all classes of supply from LSAA less Class VIII to supported units as far as 400 KM | Provide 250 platforms in 72 hours to transport Class I, general supplies, and CL IX from the ANACONDA JDC to CSG (F) GS/DS points | 100% of required/available classes of supply transported and delivered. All available retrograde brought back to |

DAAA09-02-D-0007                                        DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                                FOUO

|  |  |  |  |
|---|---|---|---|
|  | from Anaconda. | located as far as 400 KM from ANACONDA. Trucks may be expected to RON at site and return with retrograde containers and supplies. | Anaconda. |
| Transportation Support | Transport all classes of supply from Site B6, Al Taqaddum, and Site B1, Al Asad to supported units within 400 KM. | Provide flatbed trucks or equivalents DAILY (100 in a 72 hour period) to transport all classes of supply, except CL VIII from Site B6, Al Taqaddum, and Site B1, Al Asad to supported units within 400 KM. Trucks may be expected to RON at site and return with retrograde containers and supplies. This is a total of 100 systems to be shared between B1 & B6. | 100% of required/available classes of supply transported and delivered. All available retrograde brought back to Site B6 or B1. |
| Transportation Support | Transport all classes of supply and CL IX from Speicher to supported units as far as 400 KM from Speicher. | Provide 50 platforms within a 72 hour period at Speicher to transport Class I, general supplies, and CL IX from Speicher to DS points located as far as 400 KM from Speicher. Trucks may be expected to RON at site and return with retrograde containers and supplies. | 100% of required/available class of supply transported and delivered. All available retrograde brought back to Speicher. |
| Transportation Support | Transport all classes of supply from Taji to supported units as far as 400 KM. | Provide 20 platforms at Taji within a 72 hour period to transport Class I, general supplies, and CL IX from Taji to DS points located as far as 400 KM from Taji. Trucks may be expected to RON at site and return with retrograde containers and supplies. | 100% of required/available classes of supply transported and delivered. All available retrograde brought back to Taji. |
| Transportation Support | Transport all classes of supply (except CL VIII) from Diamondback and/or Q West to supported units as far as 400 KM. | Provide flatbed trucks or equivalents DAILY (20 ea/location in a 72 hour period) to transport Class I, general supplies, and CL IX from Q West and Diamondback to CSG GS/DS points as far as 400 KM. Trucks may be expected to RON at site and return with retrograde containers and supplies. | 100% of required/available classes of supply transported and delivered. All available retrograde brought back to Q West or Diamondback. |
| Class III Tanker Transportation Support | Provide GS Class III(B) distribution from A1, B1, H3, T1/T2 to supported Units. | Daily, provide JP8, DF2, and MOGAS POL tankers to safely transport fuel from GS fuel points to supported units in Iraq on time and on grade as far as 400 KM. Trucks may be expected to RON at site. | Ensure timely delivery to receiving unit and maintain cleanliness of product. Track deliveries and maintain accurate transportation accountability paperwork. Maintain cleanliness and operability of equipment. |

DAAA09-02-D-0007                                        DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                                     FOUO

E.4.4 DELETE

E.4.5.  The contractor shall provide, operate, and maintain the automation support and communications support to ensure command and control is accomplished to support 24-hour operations, this includes the ability to dispatch and track trailers and cargo documentation.

E.4.6.  The contractor shall have the ability to support retrograde operations of 463L pallets, tie down device, nets, containers (TEU and FEU) while returning these items for the central fleet use.

E.4.7.  The contractor shall provide the ability to safeguard sensitive cargo with a controlled, fenced, and lighted area to ensure limited access.  The government will be responsible for security and safeguarding the sensitive cargo.

E.4.8.  CONVOY SUPPORT CENTER (CSC): Convoy support centers are areas that provide drivers and passengers an opportunity to rest, refuel and subsist. The contractor shall manage and maintain Convoy Support Centers (CSC) centers at the following sites with the capability to accommodate the following quantity of trucks and personnel per day.

| Location | Trucks | Personnel |
|---|---|---|
| Habur Gate (Turkish border) | 900 | 1300 |
| A- LSA Anaconda | 500 | 800 |
| B1- Al Asad | 125 | 250 |
| B6- Al Taqaddum | 125 | 250 |
| B8- Korean Village | 30 | 50 |
| C1 – Camp Speicher | 270 | 500 |
| C5- Taji | 125 | 250 |
| F2 – Liberty | 250 | 400 |
| H2 – LSA Diamondback | 900 | 1200 |
| H3 – Q West | 900 | 1200 |
| T2 – Cedar II | 700 | 1400 |
| T3 – Scania | 700 | 1400 |

The contractor shall provide life support to all drivers; military, KBR, and all contracted international drivers delayed at all CSCs.  Following is the level of support to be provided at each CSC:

**TCN/LN Support Services:**                **Military/Contractor Support Services:**
Level I: B8, H2, Habur Gate                 Level I:  B8, H2
MREs                                        MREs
Water                                       Water
Latrine                                     Latrine

Level II: C5, F2, T2, C1, B6,               Level II: A, B1, B6, C1, C5, F2, H3, T2, T3
                                            Sleep Tents

                                     79

DAAA09-02-D-0007                                                        DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
                                         FOUO

| | |
|---|---|
| Sleep Tents | Showers |
| MREs | DFAC (Emergency MREs) |
| Water | Water |
| Latrine | Latrines |
| | Maintenance |


Level III: A, B1, H3, T3
Showers
Sleep Tents
TCN Café (24 Hour)
Water
Latrines


E.4.8.1.  The contractor shall provide and operate the Movement Control Operations at the CSCs listed in the above chart.

E.4.8.2.  The contractor shall assist mode operators with obtaining fuel, food service, maintenance, and billeting according to matrix above.  This includes the following functions:

     i.    Provide Convoy Commanders with MSR/ASR status and any significant activities along their programmed route prior to convoy departure from the CSC

     j.    Provide Positive Inbound Clearances to the MCB, MSCs, and other selected MCTs on all convoys entering the CSC as per MCB required scheduled times

     k.    Schedule onward movement times for convoys Resting Over Night (RON)

     l.    Recommend and set up convoy staging yard for onward movement

     m.    Provide Mode Operators with a CSC map in order to facilitate the acquisition of "life support."

     n.    Complete the CSC status report and submit to the MCT Manager

     o.    Communicate all significant events to the MCB Battle Captain

     p.    Assist in research and trouble-shooting of issues

     q.    Submit yard and backlog report every six hours to the MCT Manager and MCT Battle Captain.


E.4.9.  RECOVERY OPERATIONS : The contractor shall recover all military and commercial transportation assets, to include  U.S. Government contractors' transportation assets and transported commodities, in the event of a breakdown or disablement along the MSRs/ASRs within Iraq from Baghdad north to the Turkish border and Baghdad west to the Jordanian border.

E.4.9.1.  The contractor shall pre-position Bobtails/Wreckers/Lowboys/GFE/TPE/SBE HET Systems as primary, on-call recovery equipment at US Military facilities, including, but not limited to: Anaconda, Liberty, Speicher, Marez, Q West, Al Taqaddum, Fallujah, Korean Village, Ar Ramadi, Al Asad, LSA Adder (Cedar II) and all other areas as directed by ACO to recover disabled, broken or otherwise inoperable transportation assets and cargo within the Northern and Western Iraqi Zone area of operation.

DAAA09-02-D-0007                                      DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final

E.4.9.2.  Delete.

E.4.9.3.  The contracted recovery assets and personnel at pre-positioned sites shall be able to respond within 2 hours of notification of a recovery mission from the COSCOM Tasking Authority.  In the event of a breakdown, the recovery operation sites shall immediately request security escort for the closest military base.  The contractor shall request EOD support for that vehicle location as required.

E.4.9.4.  Recovery operation sites shall be capable of communicating with the convoy escorts and the convoy vehicles.  The recovery mission shall have this communication capability from their pre-position sites and enroute.

E.4.9.5 Recovered civilian equipment shall be consolidated at the nearest US military base camp and the contractor shall coordinate arrangements for further movement to the contractor repair location as soon as possible. Recovered military equipment shall be consolidated at the nearest US military base camp and the government will coordinate arrangements for further movement to the nearest US military facility as soon as possible.

E.4.9.6.  The contractor and GFE/TPE/SBE Bobtails/recovery vehicles shall accompany the contractor convoys in sufficient numbers for self-recovery and shall have the ability to communicate with the military convoy escorts as well as with their organic communications centers.

E.5.  AUTOMATED ITV:  The contractor shall manage and operate  Movement Tracking System (MTS) and the Battle Command and Sustainment Support System I(BCS3)  The contractor shall operate and maintain these current and subsequent transportation support automated systems and shall perform necessary functions as they evolve, including asset tracking.

E.6.  DELETE

E.6.1.  DELETE

E.6.2.  DELETE.

E.7.  AERIAL PORT OPERATIONS:

E.7.1.  AIRFIELD OPERATIONS: The contractor shall provide and operate an Airfield Operations section responsible for providing In-Transit Visibility to customers and the MCB Air Operations Cell. Additionally, this section is responsible for necessary  Additionally, this section is responsible for necessary airfield activity reporting at the airfield to include the Air Flow report, backlog and pallet report.  The cell is also responsible for resolution of issues and receives the 96 hour flight visibility window from AMD.

E.7.1.1.  Deleted.

**DAAA09-02-D-0007**                                      **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
FOUO

E.7.1.2.  The contractor shall operate and maintain Arrival/Departure Air Control Group (A/DACG) and movement control operations at sites B1-Al Asad, B6-Al Taqaddum, D5-BIAP West, H3-Q West, C1-Speicher, C5-Taji, T1-Tallil, C7 Warrior, H2/H4 – LSA Diamondback/Marez and A - LSA Anaconda, in accordance with applicable US military standards. This includes coordinating the clearance of cargo or personnel arriving at Air Ports of Debarkation (APOD) as well as providing Reception, Staging, Onward Movement and Integration (RSO&I) functions for all personnel and cargo through the APOD.

E.7.2.  AIR CARGO/DOCUMENTATION:  The contractor shall provide and operate a Cargo Documentation Team responsible for processing all inbound and outbound cargo for air travel, to include but not limited to MHE support, QC all cargo documentations, and perform pre-JI IAW applicable US military regulations and local procedures

E.7.3.  ROTARY WING OPERATIONS:  The contractor shall provide and operate Rotary Wing Operations section responsible for the processing of all PAX and Cargo that enter and exit the airfield on Rotary Wing and Sherpa (Army Fixed Wing) aircraft.  This includes the following functions:

      a.  Create Passenger Manifests
      b.  Validate all necessary cargo shipment documentation
      c.  Provide transportation for all PAX in and out the aircraft
      d.  Complete Joint Inspections of all cargo
      e.  Load and off-load cargo
      f.  Mark and affix/provide all required Military Shipping Labels, as required
      g.  Provide all Radio Frequency Tags, as required
      h.  Communicate all significant events to the Battalion Air Ops Cell Chief

E.7.4.  FIXED WING OPERATIONS:  The contractor shall provide and operate a Fixed Wing Pax section responsible for the processing of all fixed wing passengers at the airfield, to include all passengers moving via inter/intra-theater airlift, Joint Movement Center missions, R&R, FMPP, and Space Available.  This includes the following functions: create flight manifests, supervise construction of baggage pallets and build them if necessary, de-conflict passenger priorities, load and offload passengers.

E.8.  REPORTS:  MCT's will submit reports IAW the Corps Movement Control Battalion SOP.

E.9.  MOVEMENT CONTROL OPERATIONS: The contractor shall provide equipment and personnel required to establish, operate, and maintain movement control teams (MCTs) at all locations designated by the COSCOM CDC and directed by the ACO.

E.9.1.  Contractor Provided Commercial Off the Shelf (COTS) Automation Specifications (CAGO Requirements). Equipment shall conform to requirements as specified in Appendix C, FM 4-01.30.

E.9.1.1.  Laptops. Laser Printer capability where not provided.

FOUO

E.9.1.2.  DELETE

E.9.1.2.1  Hardware.

E.9.1.2.2.  Software.

E.9.1.2.3.  Maintenance.

E.9.2.1.  Customer Service. Assist Units with Movement Control issues and tasks performed on a 24-hour basis, 7 days per week until nodal mission dictates reduced manning.  Will provide convoy clearance coordination with the MCB and the destination Node insuring Positive Inbound Clearance (PIC). Task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB as mission dictates.

E.9.2.2.  Convoy Briefings. Provide convoy briefings to convoys transiting Iraq.  MCTs will provide a convoy briefing to all convoys moving within the Country of Iraq and preparing to cross the border from Jordan, Turkey or CSC Navistar to Iraq require a convoy brief on a 24-hour basis, 7 days per week until nodal mission dictates reduced manning.  The briefing shall follow the latest version of the "Convoy Handbook for Operation Iraqi Freedom". The briefing shall include approved routes and weapon stance while in country of origin and when passing through or to Iraq. In addition, KBR representatives shall brief every convoy commander crossing into Iraq from CSC Navistar, Jordan and Turkey on Security updates, route status and go through the convoy commander's checklist.  Deficiencies are the convoy commander's responsibility to work off before continuing to cross the border. This task shall be performed for every convoy that traverses or enters Iraq from any point of origin. It may be given in conjunction with Military Police or not. Intel Information shall be provided to KBR and Military convoy commanders from the G2 and the MCB S2 section daily, and updated as needed during the day. Personnel working in this task area require a secret security clearance.  1/100,000 Scale Military Maps shall be utilized for Route Briefings. Route detail shall be coordinated with the MCB daily.  The MCB shall provide convoy commander's briefing format. Task shall be performed IAW the MCB/CTO procedures. Procedures may be adjusted by the MCB/CTO as the mission dictates.

E.9.2.3.  Staging Area Management. Provide Staging Area Management for vehicles preparing for movement IAW the MCB Procedures and directives. Task shall be performed by node on a 24-hour basis, 7 days per week until nodal mission dictates reduced manning.  Convoys shall be staged in accordance with current doctrine outlined in FM 4-01.30 and 55-30. Yard Management shall be IAW manuals listed above and guidance from the MCB. The Contractor shall provide a proposal for a consolidated staging area in the BIAP and Tallil areas as directed by the ACO. Convoys shall be staged in appropriate lane, per their follow on destination, in a manner that the equipment may be inventoried and reported, operator maintenance performed, and maintaining security of unit commanders equipment. Equipment in sterile areas

FOUO

shall be lined up IAW MCB guidance and procedures. Procedures may be adjusted by the MCB as the mission dictates.

E.9.2.4.  Task: HAZMAT Certification Assistance.

    a.    Required US Military HAZMAT Certification for unit equipment or specified cargo shall be provided by a HAZMAT certified A/DACG APOD MCT representative on a 24-hour basis, 7 day per week until nodal mission dictates reduced manning.

    a.    Assist all units transiting the APOD/E with the proper processing of HAZMAT Certification paperwork, verify certification documentation from units that have already filled out their paperwork, and certify shipments of Hazardous cargo materials and dangerous goods destined for shipment by air. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB as mission dictates.

**E.9.2.5.  Task: Task Common-User Land Transport (CULT) Assets.**

    a.   Task CULT assets per FM 4-01.30 and 55-30 in accordance with the theater commander's movement priorities, theater transportation allocation board, and/or guidance on specific CULT assets tasked to support a critical node. Report to customers the status of their requests. This task shall be performed IAW the MCB/procedures. Procedures may be adjusted by the MCB as the mission dictates.

    a.b. Transportation assets are designated as CULT assets based on MCB theater guidance. CULT assets can include (but are not limited to) the various transportation assets (vehicles, trucks, HETs, buses, vessels, helicopters, and intra-theater airlift).  There are various sources for CULT assets: US or other military, regardless of service; host nation assets; Logistics Civilian Augmentation Program (LOGCAP); or other commercial sources (to include contractors and their sub-contractors). All CULT assets are managed to provide the most streamlined and economical support to the theater. When required, CULT assets and tasking authority may be delegated to a node to task CULT assets. Given at least daily reports from mode operators, TMR requests from customers, guidance from the MCB and theater movement priorities the task shall be performed by nodes on a 24-hour basis, 7 days per week until the nodal mission dictates reduced manning.

E.9.2.6.  Provide Movement Control Reports. Provide Movement Control Reporting to the MCB.

    a.   Provide reporting within established time period from nodes to the MCB by established suspense. Communicate completed TMR's and movements within four hours of completion. Report exceptions as needed. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB as the mission dictates.  The reports shall be prepared and submitted on time and to the appropriate locations per guidance from the MCB. Task shall be performed by node on a 24-hour basis, 7 day per week until nodal mission dictates reduced manning.

    b.   The Contractor shall perform this validation and submission of changes on a daily basis.  Additionally, certain operational activities require that specific movements

**DAAA09-02-D-0007**                                    **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

receive particular attention as "High Priority." Activities pertaining to these High Priority movements must be communicated to the MCB Battle Captain (and others to be designated at that time) in Real Time in a manner to be designated at that time (usually via a telephone call). "Real Time" is defined as reporting the activity as it is happening, with no delays.

c.   The contractor shall coordinate for necessary customs management and documentation necessary to ensure traffic is not frustrated at Border Crossing Points (BCPs). BCPs include "free zones" and other ports of entry or exit as designated by the host countries.

E.9.2.7.  RFID Management. Provide RFID Management for cargo originating from Jordan, Turkey, Kuwait and all APOD/E in the Theater of operations. All borders and air operations nodes Burn all standard data on to RF Tags at each node as required (see Attachment 1) on a 24-hour basis, 7 days per week until nodal mission dictates reduced manning. Have the capability to burn up to 200 RF Tags at each site daily. Order RF Tags and batteries as needed. Follow standard theater RF Tag Polices. Perform RF Interrogator PMCS and Report DS Maintenance requirements. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB as the mission dictates. All RFID tags will be reused and recycled in support of ITV by removing and inverting the battery immediately upon reaching destination. Any receiving entity will remove the RFID tag from items and turn in to the CDC Support Operations Center in Iraq or to the TDC in Kuwait wherever applicable.

E.9.2.7.1.  License plate essential data written to sustainment and retrograde shipment RF tags:

   a.   Container number (or pallet number)
   b.   Lead Transportation Control Number (TCN)
   c.   Consignee Department of Defense Activity Address Code (DODAAC) (receiver)
   d.   Hazardous material code (J=hazardous or dangerous; E=ammunition; X=GENNOS)
   e.   Consignor DODAAC (shipper)

E.9.2.7.2.  Commodity/single data item essential data written to sustainment and retrograde shipment RF tags:

   a.   Nomenclature
   b.   Document Number
   c.   National Stock Number (NSN)
   d.   Unit of issue (UI)
   e.   Quantity (QTY)
   f.   Intermediate (TCN)
   g.   Military Service (Branch)
   h.   Container Number
   i.   Commodity / Commodity class (I, II, III, IV, V, VI, VII, VII, IX, X)
   j.   Lead TCN
   k.   Name of Operation, Exercise, Contingency
   l.   Consignee DODAAC

**DAAA09-02-D-0007**                                              **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

**FOUO**

E.9.2.7.3.  License Plate Essential Data Written to Ammunition RF tags:

      a.  Container Number (use last 5 digits of container/truck/trailer/railcar number)
      b.  Lead TCN
      c.  Consignee (DODAAC) (Receiver)
      d.  Hazardous Material Code (J=hazardous or dangerous; E=ammunition; X=GENNOS)
      e.  Consignor DODAAC (Shipper)

E.9.2.7.4.  Commodity/single data item essential data written to ammunition RF tags:

      a.  Nomenclature
      b.  Document Number
      c.  DOD Identification Code (DODIC)
      d.  NSN
      e.  ICP / Routing Identifier Code (RIC)
      f.  Unit of  Issue (UI)
      g.  Quantity (QTY)
      h.  Intermediate TCN
      i.  Lot Number (AMMO)
      j.  Lead TCN
      k.  Container Number
      l.  Hazardous Material Code (J=hazardous or dangerous; E=ammunition; X=GENNOS)
      m.  Consignee (DODAAC) (Receiver)
      n.  POE
      o.  POD
      p.  Hazard Class (HAZCLASS)
      q.  Net Explosive Weight (NEW) (AMMO)
      r.  Name of Operation, Exercise, Contingency (enter preposition if applicable)
      s.  Military Service (Branch)
      t.  Commodity / Commodity Class (CL V).

E.9.2.8.  Document Cargo. Provide Cargo Documentation.  Document all pallets, containers, and equipment originating at each node IAW current theater and US Army doctrine and policies. For vehicles/equipment to be moved by air, obtain/verify axle weights and calculate center of balance using a blank TCMD, DD Form 1384 (automated or manual), a DA Form 3161, applicable form(s) for documenting/certifying cargo for air movement, applicable formulas, portable scales, pertinent vehicle/ equipment/pallet measurements, and current theater cargo documentation policy. The contractor shall be able to accurately identify by military shipping labels (MSLs) and material release orders (MRO) where items need to be directed, properly prepared and ship all items. Task performed by node on a 24-hour basis, 7 day per week.  Provide the capability to document up to 200 pieces of equipment a day at each node, with the exception of the APOD/E, which must document up to 300 pieces of equipment a day. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB/CTO as the mission dictates.

86

**DAAA09-02-D-0007**                                               **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**
                              **FOUO**

E.9.2.9.   Coordinate with LNOs to ensure Deployment/ Redeployment Cycle Support (DCS) requirements are completed. Provide contractor MCT LNOs in Military MCTs to provide In-Transit Visibility and coordination. Task shall be performed for Military MCT nodes on a 24-hour basis, 7 days per week until mission dictates reduced manning. The Contractor LNO coordination shall include internal movement's coordination, Positive Inbound Clearance, coordination with contractor TOA'd MCTs and TTM POCs and others issues or requirements as directed. This task shall be performed IAW the MCB/CTO procedures.

E.9.2.10.  Ensure air mission number and passenger ("PAX") count is correct as approved. Perform updates within established time periods.  Report exceptions as needed. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB/CTO as the mission dictates.  Task shall be performed for the A/DACG and APOD/E on a 24-hour basis, 7 days per week until mission dictates reduced manning.

E.9.2.11.  Obtain and disseminate information on number of personnel expected to transit the A/DACG APOD/E to the designated life support provider. The information shall be used to facilitate meal head count, tentage space (temporary holding area and overnight billets), and other personnel support. Task shall be performed for the A/DACG APOD/E on a 24-hour basis, 7 days per week until A/DACG APOD/E mission dictates reduced manning.  Perform updates within established time periods reporting exceptions as needed. Life support provider may be one or several entities. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB as the mission dictates.

E.9.2.12.  Brief troop/chalk commanders and passengers on the current situation and procedures to clear the A/DACG APOD/E.  A/DACG APOD/E  will perform briefings on a 24-hour basis, 7 days per week until mission dictates reduced manning within established time periods reporting exceptions as needed. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB as the mission dictates.

E.9.2.13.  Identify/confirm baggage counts and/or cargo to support movement requirements for loading, unloading, and/or ground transportation. A/DACG APOD/E will build, inspect and receive baggage pallets built and certified by units and other customers. Once the baggage pallets are accepted, the contractor shall be responsible for transportation and any further certification requirements.  Perform count and update within established time periods. As APOE for outbound cargo coordinate for upload, transport, and download from origin through APOE. As APOD for inbound cargo coordinate for download, transport, and upload from APOD through destination. Report exceptions as needed. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB as the mission dictates.

E.9.2.14.  Coordinate and deconflict passenger and cargo movements with appropriate agencies/activities. Coordinate and deconflict passenger and cargo

movements with appropriate agencies/ activities during air operations. A/DACG APOD/E will Coordination may include, but not limited to, the following: redeploying unit, major commands (those with units/ PAX transiting the APOD/E), Joint Movement Center (JMC), US Air Force [for military flights], carrier representatives of any airlines contracted to move government cargo and/or personnel, and Personnel Processing on a 24-hour basis, 7 days per week until mission dictates reduced manning.  Coordination prior to units/PAX/cargo arrival at APOD/E would include identifying and rectifying over booking of flights. Coordination upon units/PAX/cargo arrival at APOD/E would address; pre-inspect outbound cargo; assist units in the Joint Inspection (JI)(DD Form 2133, Joint Airlift Inspection Record)of cargo with representatives of the US Air Force; flight manifests; assigning "space available" [Space "A"] passenger(s) to scheduled flights; tracking PAX flow, allowable cabin load (ACL) for scheduled flights on SMS (Strategic Movement System); and coordinate with JMC, LNOs, US Air Force, and carrier representatives to deconflict PAX/cargo movements. This task shall be performed IAW the MCB/CTO procedures.  Procedures may be adjusted by the MCB as the mission dictates.

E.9.2.15.  Operate the Border Crossing Customs Inspection Station (BCIS). Operate the Border Crossing Customs Inspection Station (BCIS)to include the Borders of Jordan, Turkey and Kuwait. The contractor shall provide personnel, use GFE/TPE/SBE detection equipment, provide maintenance, and all other necessary support for contraband detection technology on a 24-hour basis, 7 days per week until mission dictates reduced manning.. This task includes the use of the personnel identification system and the contraband detection system. This task shall be performed IAW the MCB procedures. Procedures may be adjusted by the MCB as the mission dictates.

E.9.2.16.  Issue TMRs.  Assist the customer with processing the transportation movement request for buses, cargo trucks, and common user logistics transportation (CULT) assets. Record all activity in the TMR tracker system and submit it to the MCT Manager within the S-3 section of the MCB.  Insure TMR's that cannot be met are submitted to the highway traffic Division of the MCB for resolution. Task shall be performed by node on a 24-hour basis, 7 days per week until mission dictates reduced manning.

E.9.2.17.  Issue March Credits/ Trip Tickets IAW the MCB procedure on a 24 hour basis, 7 days a week.  Procedures may be adjusted by the MCB as mission dictates.

E.10.  CONTAINER MANAGEMENT:  The contractor shall provide all personnel required to perform the Container Management function.  This function consolidates all CDT container accounting reports as required by the MCB S-3.  All container management tasks are covered in Enclosure 1 (Movement Control Teams).

E.10.0.1.  The contractor shall have the ability to support retrograde operations of 463L pallets, tie down device, nets, containers (TEU and FEU) while returning these items for the central fleet use.

**DAAA09-02-D-0007**                                        **DATE: 30 NOV 2005**
**TASK ORDER: 89.00 Ch 1 final**

FOUO

E.10.0.2.  The contractor shall safeguard sensitive cargo with a controlled, fenced, lighted area to ensure limited access.  The Government will be responsible for security and safeguarding the sensitive cargo.

E.10.0.3.  The contractor shall maintain and service the fleet IAW the attached analysis spreadsheet utilizing currently owned property, leased property, and reallocation of TO43 and TO59 assets into Theater to ensure assets are positioned correctly for flexibility.

E.10.0.4.  The contractor shall conduct scheduled services on the military trailers, to include purchasing of an authorized stockage list for these services.

E.10.0.5.  The contractor shall perform Preventative Maintenance Checks and Services (PMCS) in accordance with the applicable Technical Manuals (TMs). The contractor shall document required records in accordance with the Army Maintenance Management (TAMMS).

E.10.0.6.  The contractor shall execute battle damage repair on both the military and contractor trailer.

E.10.1.  Augmentation:

E.10.1.1.  Nodal Container Management. Establish, coordinate, and maintain container collection points (including PLS flat racks, 463L pallets, and RF Tags) on a 24-hour basis, 7 days per week until nodal mission (container activity) dictates reduced manning. Conduct inventories, report container status, enforce policies, and adhere to Theater MCB procedures. Complete TMR for empty containers for onward movement. Provide Container trans-load yard (Tallil Only) capable of trans-loading up to 500 containers per month. Trans-load operations shall include reception of mainly 20' and limited 40' commercial containers, unloading the received container and stuffing the contents into 20' military owned containers, Government will provide software for CMST (Container Management Support Tool). Onward movements' within one week of the receipt into the trans-load yard. Maintain accountability of containers on hand to include all incoming and outgoing containers. Accountability shall include container contents (by supply class), DODAACS, origin, destination, container size, container owner, unit owning/ requesting supplies w/in the container, mode by which the container arrived and / or departed and container number  (Task shall be performed in accordance with (IAW) published CMS database container management policy and the MCB procedures. Procedures may be adjusted by MCB as mission dictates. Audit and validate al accounting reports in order to provide 100 percent accuracy. Maintain continual communication with the Corps Container facilities to ensure all containers are being accounted for and onward movements are scheduled.

E.10.1.2.  Manage the Theater Container Database. Manage the Theater container database. The Contractor shall account for containers transiting the movement control node on a 24-hour basis, 7 day per week until mission dictates reduced manning.. Report the transit of containers utilizing GFE/TPE/SBE Container Management Support Tool

DAAA09-02-D-0007                                          DATE: 30 NOV 2005
TASK ORDER: 89.00 Ch 1 final
FOUO

(CMST).Provide ITV of containers. Designate Container collection points. TMR all empty containers for onward movement. Read and write RFID tags. Collect, Store and onward move 463L pallets and PLS flat racks. Operate a container trans load yard at Cedar capable of trans loading up to 500 containers per month. Trans load operations shall include receiving mainly 20' and limited 40' commercial containers, unpacking the containers and repacking the contents into 20' government owned containers. Must be able to export necessary data, as well as provide/create reports. This task shall be performed IAW published theater container management policy and the MCB procedures.  Procedures may be adjusted by the MCB as the mission dictates.

DAAA09-02-D-0007

TASK ORDER: 89.00 Ch 1 final

DATE: 30 NOV 2005

FOUO

| | Q-West H3 | Al Asad B1 | LSAA A | TQ B6 | Speicher C1 | Taji C5 | Seitz/BIAP/Liberty D5/F2 | DB H2/H4 | Talill/Cedar T1/T2 | Habur Gate | Jordan | KV B8 | Scania T3 | Ad Diwaniyah G6 | Navistar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 2a | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 2b | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3a | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3b | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3c | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3d | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3e | X | X | X | X | X | X | X | X | X | | | | | | |
| 3f | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3g | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3h | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3i | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3k | X | X | X | X | X | X | X | X | X | | | | | | |
| 3l | X | X | X | X | X | X | X | X | X | | | | | | |
| 3m | X | X | X | X | X | X | X | X | X | | | | | | |
| 3n | X | X | X | X | X | X | X | X | X | | | | | | |
| 3o | X | X | X | X | X | X | X | X | X | | | | | | |
| 3 | X | X | X | X | X | X | X | X | X | | | | | | |
| 3r | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3s | | | | | | | | | | X | X | | | | |
| 3t | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 3u | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**DAAA09-02-D-0007**                                          **DATE: 02 APR 2005**
**TASK ORDER: 89.00V14**                                      **DRAFT/BASIC**
                              **FOUO**

E.11.  Locations for specified MCT and container management required tasks and equipment.


E.11.1.  The following sites:


     a.  A - LSA Anaconda
     b.  B1 - Al Asad
     c.  B6 - Al Taqqadum
     d.  B8 - Korean Village
     e.  C1 - Camp Speicher
     f.  C5 - Taji
     g.  C7 - Warrior
     h.  D5/F2 - Log Base Seitz/BIAP/Liberty
     i.  Ad Diwaniya
     j.  H2/H4 - LSA Diamondback/ FOB Marez
     k.  H3 - Q West
     l.  T1/T2 - Tallil AB/Cedar II
     m.  T3 - Scania
     n.  Habur Gate
     o.  Jordanian Boarder
     p.  Navistar


E.11.1.1.  Tasks:


     a.  (3a) E.10.1.1.  Nodal Container Management
     b.  (3b) E.9.2.1.  Customer Service
     c.  (3c) E.9.2.2.  Convoy Briefings
     d.  (3d) E.9.2.3.  Staging Area Management
     e.  (3e) E.9.2.4.  HAZMAT Certification Assistance
     f.  (3f) E.9.2.5.  Task Common User Land Transport Assets (CULT)
     g.  (3g) E.9.2.6.  Provide Movement Control Reports
     h.  (3h) E.9.2.7.  RFID Management
     i.  (3i) E.9.2.8.  Document Cargo at all Nodes
     j.  (3k) E.9.2.9.  Coordinate with LNO's to ensure Deployment/Redeployment Cycle
        Support (DCS) requirements are completed
     k.  (3l) E.9.2.10.  Ensure air mission number and passenger ("PAX") count are correct as
        approved
     l.  (3m) E.9.2.11.  Obtain and disseminate information on number of personnel expected
        to transit the APOD/APOE to the designated life support provider.
     m.  (3n) E.9.2.12.  Brief troop/chalk commanders and passengers on the current situation
        and procedures to clear the APOD/APOE.
     n.  (3o) E.9.2.13.  Identify/confirm baggage counts and/or cargo to support movement
        requirements for loading, unloading, and/or ground transportation.
     o.  (3p) E.9.2.14.  Coordinate and de-conflict passenger and cargo movements with
        appropriate agencies/activities.
     p.  (3r) E.10.1.2.  Manage the Theater Container Database
     q.  (3t) E.9.2.16.  Issue TMR's.

FOUO

    r.   (3u) E.9.2.17.  Issue March Credits/ Trip Tickets

E.11.1.2.  In Transit Visibility (ITV)

    j.l.  MTS
    m.  DAVS
    n.  GATES
    k.o. BCS3:
    l.p. RFID INTERROGATORS
    m.q.  NIPR Access
    n.r. SIPR Access
    o.s. Portable scales: 6
    p.t. Number COTS:
    q.u. Laptops:
    r.v. Server:

E.12.  Deleted.

E.13.  Deleted.

E.14.  Security Clearances:

E.14.1.  All MCTs will need a minimum of 2 personnel with Secret level security clearances.

E.14.2.  All A/DACG personnel will need airfield access badges.

DAAA09-02-D-0007                                    DATE: 02 APR 2005
TASK ORDER: 89.00V14                               DRAFT/BASIC

APPENDIX F- LIST OF FACILITIES REQUIRING O&M

See attached spreadsheets.

DAAA09-02-D-0007                                    DATE: 02 APR 2005
TASK ORDER: 89.00V14                               DRAFT/BASIC
FOUO

APPENDIX G- GENERATOR LISTING REQUIRING O&M

G.1 The Contractor shall provide services to the generator type according to the chart detailed
below:

| Generator maintenance determination process for THE CONTRACTOR | | | | | |
|---|---|---|---|---|---|
| property book owner | equipment type | Contractor doing O&M? | operator level | organizational level | DS level |
| US military | commercial | yes | The Contractor under contract | The Contractor under contract | The Contractor under contract |
| US military | military | yes | The Contractor under contract-military must provide parts | The Contractor under contract-military must provide parts | The Contractor under contract-military must provide parts |
| US military | commercial | no | military must do all maintenance if the Contractor is not conducting O&M | | |
| US military | military | no | military-operator, PMCS | military-org | military-DS |
| US military-on hand receipt to The Contractor | commercial/ military | yes | The Contractor under contract-military must provide parts | The Contractor under contract-military must provide parts | The Contractor under contract-military must provide parts |

G.2 The Contractor shall provide services to the generators on the attached spreadsheets.

DAAA09-02-D-0007                                    DATE: 02 APR 2005
TASK ORDER: 89.00V14                               DRAFT/BASIC

FOUO

## APPENDIX H– BASE CONSOLIDATIONS, CLOSURES AND RELOCATION

H.1 CONCEPT OF OPERATIONS:  This is a conditions-based strategy that allows MNF-I to withdraw gradually from Forward Operating Bases, Contingency Operational Locations, and Contingency Operational Sites to an enduring Contingency Operational Base.  Because of the difficulty of establishing fixed timelines, the contractor shall strive to create plans with the greatest amount of built in flexibility as practicable.  The principle objective of planning and execution is to close and relocate bases, locations and sites in an environmentally responsible manner while adhering to sound property accountability principles.

H.1.1 PLANNING AND COORDINATION:  The contractor shall, within the scope of the base camp consolidation, closure and relocation, develop and partner with the applicable engineering and transportation personnel to provide an integrated strategy. The contractor shall, in coordination with the responsible Major Subordinate Command, provide an integrated strategy and plan for camp/base consolidations, closures and relocations at the best possible cost to the Government, as required in response to MNF-I direction(s) that are agreed upon by the Supported Unit(s) and the Team LOGCAP representatives.

H.2 IMPLEMENTATION: The contractor shall provide the necessary resources, equipment and labor required to remove, transport and relocate any and all Government Furnished Property/Equipment,   Supported Unit property and equipment identified by representatives of the Major Subordinate Command of the Supported Unit and as directed by the ACO.

H.2.1. The government will provide the contractor with specific information that identifies equipment, supplies, and structures that shall 1) remain in place; 2) be removed, relocated (the government provides the new location or requirement for equipment that is to be removed) or scrapped; and 3) the environmental mitigation requirements of each camp. This information shall be provided to the contractor through the directions of the ACO.