# Exhibit M

## ORDER FOR SUPPLIES OR SERVICES

| | | | Page 1 Of 8 |
|---|---|---|---|
| | | | 5. Priority |

| 1. Contract/Purch Order/Agreement No. | 2. Delivery Order/Call No. | 3. Date Of Order/Call (YYYYMMDD) | 4. Requisition/Purch Request No. |
|---|---|---|---|
| DAAA09-02-D-0007 | 0013 | 2002 AUG 19 | SEE SCHEDULE    DOO9 |

| 6. Issued By | Code W52P1J |
|---|---|
| HQ CECC<br>AMSCC-CCF<br>DICK TERRONE (309) 782-8589<br>ROCK ISLAND, IL 61299-6000<br><br>BLDG 350<br>EMAIL: TERRONED@OSC.ARMY.MIL | |

| 7. Administered By (If other than 6) | Code S44404A |
|---|---|
| DCMC SAN ANTONIO<br>615 EAST HOUSTON STREET<br>P O BOX 1040<br>SAN ANTONIO TX 78294-1040<br><br>SCD A        PAS NONE        ADP PT W52P1J | |

**8. Delivery FOB**
- [ ] Destination
- [X] Other

(See Schedule If other)

| 9. Contractor | Code 1YK37 | Facility |
|---|---|---|
| Name and Address | BROWN & ROOT SERVICES<br>A DIV OF KELLOGG BROWN & ROOT INC,<br>4100 CLINTON DRIVE<br>HOUSTON, TX 77020-0009<br><br>TYPE BUSINESS: Large Business Performing in U.S. | |

| 10. Deliver To FOB Point By (Date) (YYYYMMDD) |
|---|
| SEE SCHEDULE |

**11. X If Business Is**
- [ ] Small
- [ ] Small Disadvantaged
- [ ] Woman-Owned

**12. Discount Terms**

**13. Mail Invoices To the Address In Block** See Block 15

| 14. Ship To | Code |
|---|---|
| SEE SCHEDULE | |

| 15. Payment Will Be Made By | Code HQ0339 |
|---|---|
| DFAS COLUMBUS CENTER<br>DFAS-CO/WEST ENTITLEMENT OPERATIONS<br>P.O. BOX 182361<br>COLUMBUS, OH 43218-2317 | |

Mark all Packages and Papers with Identification Numbers in Blocks 1 and 2

| 16. Type of Order | Delivery/Call | X | This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | Purchase | | Reference your [ ] Oral; [ ] Written Quotation _____, Dated _____<br>furnish the following on terms specified herein.<br>Acceptance. The Contractor Hereby Accepts The Offer Represented By The Numbered Purchase Order As It May Previously Have Been Or Is Now Modified, Subject To All Of The Terms And Conditions Set Forth, And Agrees To Perform The Same. |

| Brown & Root Services | Mary Lubole | Mary Lubole | 02 09 28 |
|---|---|---|---|
| Name Of Contractor | Signature | Contracts Manager<br>Typed Name And Title | Date Signed (YYYYMMDD) |

[X] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**   SEE SCHEDULE

| 18. Item No. | 19. Schedule Of Supplies/Service | 20. Quantity Ordered/ Accepted* | 21. Unit | 22. Unit Price | 23. Amount |
|---|---|---|---|---|---|
| | SEE SCHEDULE<br>CONTRACT TYPE:<br>Cost-Plus-Award-Fee<br><br>KIND OF CONTRACT:<br>Service Contract | | | | |

| | | | | 25. Total | $22,829,747.00 |
|---|---|---|---|---|---|

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. United States Of America<br>By: Mary Beth Watkins   29 SEP 02<br>MARY BETH WATKINS (309) 782-606<br>WATKINSM@OSC.ARMY.MIL | Contracting/Ordering Officer | 29. Differences |
|---|---|---|---|

| 26. Quantity In Column 20 Has Been | 27. Ship. No. | 28. D.O. Voucher No. | 30. Initials |
|---|---|---|---|
| [ ] Inspected  [ ] Received  [ ] Accepted And Conforms To Contract Except As Noted | [ ] Partial<br>[ ] Final | 32. Paid By | 33. Amount Verified Correct For |
| _____   _____<br>Date   Signature Of Authorized Govt Representative | 31. Payment | | 34. Check Number |
| 36. I certify this account is correct and proper for payment | [ ] Complete<br>[ ] Partial<br>[ ] Final | | 35. Bill Of Lading No. |
| _____   _____<br>Date   Signature And Title Of Certifying Officer | | | |

| 37. Received At | 38. Received By | 39. Date Received | 40. Total Containers | 41. S/R Account Number | 42. S/R Voucher No. |
|---|---|---|---|---|---|

| DD Form 1155, Jan 1998 | Previous edition may be used |
|---|---|

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 2 of 8 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0013        **MOD/AMD** | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

SUPPLEMENTAL INFORMATION

1.  The Scope of Work (SOW) entitled Revised, Change 1, ARCENT Force Provider LOGCAP SOW-Site 2, dated 28 Aug 2002 (attachment 001) and a seperate SOW entitled ARCENT Force Provider LOGCAP SOW-Site 2, Site Visit, dated 7 Sep 2002 (attachment 002) are both hereby incorporated into this Task Order.

2.  Brown and Root Services' (BRS) Task Execution Plan (TEP) for Site 2, dated 12 August 2002, is hereby incorporated into this Task Order. (attachment 003).

3.  This task order confirms written Limited Notices To Proceed (LNTP) dated 19 August 02 for Site 2; LNTP dated 18 September 2002 for the site visit to Site 2A; and LNTP dated 22 September 2002 for the North DFAC.  These efforts have a cummulative Not To Exceed (NTE) amount of $10,000,000.00.

4.  This is a Cost Plus Award Fee Task Order.

5.  This task order supersedes the above NTP letters and funds this task order for $10,000,000.00 of which the contractor is allowed to incur costs of Not To Exceed (NTE) ceiling amount of $9,708,740.00. The remaining $291,260.00 is the fee as follows: $97,087.00 for base fee and $194,173.00 for award fee. Funding of $9,805,827.00 (cost and base fee) is hereby provided for the estimated funded period of performance of 19 August 2002 through 31 December 2002.

6.  The Government shall not be obligated to reimburse the contractor for costs incurred in excess of the estimated cost set forth above and funded, and the contractor shall not be obligated to incur costs in excess of this amount, unless and until the contracting officer has notified the contractor in writing that such amount has been increased. If the contractor has reason to believe that such costs which they expect to incur in the performance of this SOW (when added to all costs previously incurred for same) will exceed 75% of the estimated funded costs shown above, they shall notify the contracting officer to that effect.

7.  The total Award Fee for this effort shall be established at time of definitization. Award Fee will be determined in accordance with the Award Fee Evaluation Criteria included in Section H, Special Contract Clauses of the basic contract. The key activities include but are not limited to: activation, subcontracting, transportation mobilization/demobilization, logistical support, surveying, site visits, timely completion and distribution of reports. Specific activities may be established when Contractor provides the government the Project Schedule for the event per Basic Contract SOW paragraph 1.15.

8. This is an "undefinitized contract action" as defined in DFARS 217.7401. As such, the contractor must submit his qualifying proposal in accordance with contract clause 252.217-7027 except for the timelines which are established below for this task order.  Definitization shall be consistent with DFARS 217.74.

        The schedule for definitizing this Task Order is as follows:
              Target Date for Definitization: 30 December 02
              Date for Submission of Proposal: 08 November 02
              Date for Beginning of Negotiations: 15 December 02

9.  BRS will seek PCO approval for other than surface transportation for shipment of supplies and equipment.

10.  BRS is permitted to deploy its own personnel with prior approval from the government and will comply with all deployment requirements for the specific Area of Operations.

11.  For the purpose of purchasing supplies/non-durable goods, the contractor shall obtain approval from the on-site ACO for those items exceeding the micro purchase threshold of $2,500.00 on either a unit or cumulative effort.

12.  For the purpose of purchasing equipment/durable goods the contractor shall obtain approval from the on-site ACO for those items that exceed a unit cost of $5,000.00 or cumulative cost of $25,000.00.

13. The following List of Assumptions for Site 2 are hereby incorporated:

    a. The number of heaters required is estimated at two heaters per one tent for a total of 350. If BRS is unable to place heaters, fuel tanks and duct work in the most efficient locations, the number of heaters and corresponding cost will increase.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page  3  of 8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0013      MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

b. 100 each, H 82 heaters will be made available from inventory at K2. BRS will commercially procure 250 heaters to meet the total requirement of 350 (700 tents / 2 tents per heater).

c. The military has the responsibility to tighten tents, place liners & install doors to enhance winterization.

d. That the military is installing MDPs in the LSAs.

e. BRS will be allowed to utilize MILAIR for personnel and equipment moves. BRS will mobilize personnel via commercial air to Site 1 and MILAIR from Site 1 to Site 2.

f. If MILAIR is unavailable, a commercial carrier subcontracted by BRS will be authorized to fly into Site 2. Contracting Officer approval will be received prior to implementing these arrangements.

g. The military will provide appropriate escorts for all required BRS missions off of Site 2. Especially for equipment transports between Kabul and Site 2.

h. All construction sites are clear and free of all UXO & mines and contains no hazardous material.

i. All land and building permits are the responsibility of the military.

j. The military is responsible for Force Protection for BRS employees. This shall include, but not limited to, ballistic barriers, fencing, bunkers, and lighting at BRS areas.

k. All BRS personnel, subcontractors, and vehicles will have unimpeded access to all worksites upon meeting force protection/camp entry requirements.  Whenever a hostile threat is encountered by BRS personnel or subcontractors, it is assumed military security personnel will intervene without delay.

l. BRS HCN laborers/cleaners will be authorized to work in MWR facilities if escorted and supervised by BRS expats.

m. BRS is responsible for cabling and computer connections inside the MWR building only.

n. BRS will take over existing food service mission in two DFACs. The military will provide all food service equipment and facilities to support the mission.

o. The existing HCN Food Service work force will be retained in current positions. There will be no HCN workers utilized for food preparation/serving line.

p. The military engineers will resolve all water drainage issues, to include the situation impacting the Laundry mission.

q. BRS expat personnel are paid straight time for hours worked over 40 per week. No overtime uplifts or overtime premiums are paid for hours beyond the first 40 per week.

r. U.S. Government will ensure that goods and services provided to the Task Force will not have value-added tax (VAT) added. Hence, no costs for VAT are included in the ROM.

s. No cost for "Be Prepared" missions are included in the ROM.

t. The cost for the Heater / HVAC upgrade can be found in WBS 27 - Camp Upgrades.

u. Cost for operating two Dining Facilities is included.

v. All Property Books will have been reconciled with shortages/overages annotated and proper Reports of Surveys initiated by the Government before the joint inventory conducted by appropriate BRS and Government Representatives takes place and prior to BRS assuming responsibility for accountability of the property.

w. Force Protection for BRS employees will be provided by the US military. Whenever a hostile threat is encountered by BRS personnel, vehicles and subcontractors, it is assumed U.S. military personnel will intervene without delay.

x. Adequate access to aerial ports of debarkation (APODs)/sea ports of debarkation (SPODs) and lines of communications will be made available to BRS for movement of material, equipment and supplies necessary to accomplish assigned missions within the allotted time.  Commercial aircraft subcontracted by BRS will have access to the airbase Site 2 and/or other ports in the region used by the military. BRS will

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 4 of 8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0013     MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

coordinate with appropriate personnel regarding any commercial aircraft.

y. The current location of the base camp will require minimal site preparation in order to continue effective operations and maintenance activities.

z. The Federal Supply System will be available to the contractor for supply of required parts, supplies, material and equipment.

aa. U.S. Government will ensure that goods and services provided to the Task Force will not have value-added tax (VAT) added. Hence, no costs have been included in the ROM for foreign value added taxes.

bb. All BRS personnel (both Expat and properly screened host country employees) and vehicles will have unimpeded access to the work sites upon meeting proper force protection/camp entry requirements.

cc. Only limited administrative facilities for BRS have been included in this ROM as it is assumed that BRS will occupy base camp facilities.

dd. BRS personnel will assume missions and/or tasks currently being accomplished by military personnel based on a supportable timeline agreed to by the command and BRS. If necessary, and depending on the complexity of the task, the timeline will include a "right-seating" process.

ee. Army will provide all STAMIS support hardware/software, systems repair and desktop support.

ff. Government provided Strategic lift will not be available to BRS.

gg. BRS will be allowed to process its employees for overseas movement through its corporate offices/medical facilities in Houston, Texas.

hh. APO services will be available to BRS Expat employees.

ii. The existing Host Nation Governments and their militaries will not be actively hostile to BRS employees, allowing participation by their citizenry as local hire labor, eventual access to public utilities, and open transit of goods and supplies.

jj. BRS will be considered as members of the force, protected under a Status of Forces Agreement (SOFA), or a similar agreement, to the same degree as US/Coalition military personnel participating in the operation and as currently afforded coalition partners. This will include protection from corporate and personal tax obligations to the host nations.

kk. Year-round water source for potable (or to-be-made-potable) water is available in required quantities per day, and in close proximity to the camp sites.

ll. BRS DODAAC for access to the Federal supply System will be established prior to deployment.

mm. BRS publication account will be established prior to deployment.

nn. Military will perform counterintelligence screening on Host Country National employees prior to granting access to camps.

oo. The U.S. Army will provide as GFE, vehicles and equipment for BRS use in performing the mission requirements of this task order for the Base Camp. BRS will not ROM vehicles, tools or equipment.

pp. The U.S Army will provide all consumable supplies required to operate the base camp (toilet paper, food service items, etc.)

qq. The U.S. Army will provide as GFE, all office equipment required for BRS to execute the base camp mission.

14. The following List of Assumptions for Site 2A, SITE VISIT, are hereby incorporated:
   a. BRS EXPAT personnel are estimated at 12 hours a day for the 4 day site survey , however the actual schedule may vary depending on mission requirements.

   b. BRS EXPAT personnel are paid straight time for hours worked over 40 per week. No overtime uplifts or overtime premiums are paid for hours beyond the first 40 per week.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 5 of 8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0013       MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

c.  It is assumed that the BRS EXPAT site survey team will travel from/return to Site 2 daily.

d.  Force Protection for BRS employees will be provided. Whenever a hostile threat is encountered by BRS personnel or subcontractors, it is assumed security personnel will intervene without delay.

15. The list of GFP is listed at SOW paragraph 4.1.1 - 4.1.13 and is hereby modified by the following BRS' Assumptions for Site 2.  There were no GFP assumptions for Site 2A.

a. 4.5 MEG of power will be provided by the military for heaters for tents and split (AC/HEAT) units in hardened buildings. No cost for Power generation equipment is included.

b. The military will provide Tier III tents and utilities for the BRS LSA and office areas.

c. The military will provide office space for BRS to perform the MWR mission.

d. BRS will take over existing food service mission in two DFACs. The military will provide all food service equipment and facilities to support the mission.

e. The military will provide trucks for trash and ration delivery in support of Food Service Operations.

f. The military will provide all equipment and facilities required for the laundry mission

16. The government reserves the option to take title to contractor acquired property at the time disposition instructions are provided.

17. Deliverables shall be in accordance with the paragraphs of the SOWs 6.1-6.4 and 6.1-6.2 for this Task Order and with all applicable documents required by the SOW in the basic contract.

    Basic Contract Requirements:
    Project Schedules, frequency once a month: paragraph 3.17.2.11
    CLIN 0007AF Daily SITREPS: paragraph 6.1
    CLIN 0007AD Briefings: paragraph 6.2
    CLIN 0007AD Minutes: paragraph 6.2
    CLIN 0007AD Trip Reports: paragraph 6.2
    CLIN 0007AL CSSR Report: frequency bi-weekly: paragraph 6.3
    CLIN 0007AG Progress Reviews: frequency once a month: paragraph 6.4
    CLIN 0007AJ Event Lessons Learned Report: paragraph 6.6
    CLIN 0007AK Events After Action Report: paragraph 6.5
    Project Schedule for the event per Basic Contract SOW paragraph 1.15.

18. All travel shall be in accordance with the Joint Travel Regulations (JTR).

19. Clause Matrix (attachment 004) is for reference and information purposes specific to this task order; however, all other applicable terms and conditions set forth in the basic contract apply.

                    *** END OF NARRATIVE A 001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 6 of 8 |
|---|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0013 MOD/AMD | | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0005 | Supplies or Services and Prices/Costs | | | | |
| | ARCENT  FORCE PROVIDER-SITE 2 | 1 | LO | | $    10,000,000.00 |
| | | | | NOT TO EXCEED | $     9,708,740.00 |
| | NOUN: LOGCAP CONTRACT | | | | |
| | SECURITY CLASS: Unclassified | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| |     Cost-Plus-Award-Fee | | | | |
| | PRON: M22QP021M2    PRON AMD: 01    ACRN: AA | | | | |
| | AMS CD: P040100.0000 | | | | |
| | CUSTOMER ORDER NO: MIPR2LV4BP0039 | | | | |

Inspection and Acceptance
INSPECTION: Origin     ACCEPTANCE: Origin

Deliveries or Performance

| DLVR SCH | | PERF COMPL |
|---|---|---|
| REL CD | QUANTITY | DATE |
| 001 | 1 | 31-DEC-2002 |

$   10,000,000.00

HVAC Camp Upgrade:
Cost          $4,854,370.00
Base Fee      $   48,544.00
Award Fee     $   97,086.00


Laundry and Bath Services:
Cost          $4,854,370.00
Base Fee      $   48,544.00
Award Fee     $   97,086.00



(End of narrative F001)

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 7 **of** 8 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0013        **MOD/AMD** | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD | ACRN | OBLG STAT | ACCOUNTING CLASSIFICATION | | JOB ORDER NUMBER | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0005 | M22QP021M2 P040100.0000 | AA | 2 | 97 | X083301002762084P0401002540  S09076 | | S09076 | $ | 10,000,000.00 |
| | | | | | | | TOTAL | $ | 10,000,000.00 |

| SERVICE NAME | TOTAL BY ACRN | ACCOUNTING CLASSIFICATION | | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|
| Army | AA | 97 | X083301002762084P0401002540  S09076 | S09076 | $ | 10,000,000.00 |
| | | | | TOTAL | $ | 10,000,000.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 8 of 8 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0013        **MOD/AMD** | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment 001 | REVISED, CHANGE 1-ARCENT FORCE PROVIDER LOGCAP SOW-SITE 2 | 28-AUG-02 | 022 | EMAIL |
| Attachment 002 | SOW-SITE 2A SITE VISIT | 07-SEP-02 | 002 | EMAIL |
| Attachment 003 | BROWN & ROOT SERVICES, TASK EXECUTION PLAN (TEP) | 12-AUG-02 | 009 | EMAIL |
| Attachment 004 | CLAUSE MATRIX (INCLUDING SPECIAL H CLAUSES WITH AWARD FEE EVALUATION CRITERIA) | 22-SEP-02 | 023 | EMAIL |

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**CHANGE 15**
**6 March 2004**
**CJTF-180 FORCE PROVIDER**
**LOGCAP STATEMENT OF WORK**
**Task Order 0013**
**Site 2**

**Table of Contents**

1.0    Scope of Work
2.0    Applicable Documents
3.0    Requirements
3.1    Base Camp Maintenance
3.2    Cleaning
3.3    Laundry Service
3.4    Food Service Operations
3.5    Morale, Welfare, and Recreation
3.6    Property Accountability and Supply Operations
3.7    Class I Operations
3.8    Heat for Tents and Buildings
3.9    Badge/Screening/Biometric and Mobile Mounted Vehicle Cargo Inspection Operations
3.10   Airfield Ice and Snow Removal
3.11   Pest Control
3.12   Water Production/Storage/Distribution Services
3.13   Automotive Ground Support Equipment (GSE) Augmentation for Tactical Vehicles
3.14   Class III (Bulk) Operations
3.15   Air Conditioning/Cooling
3.16   Fire, Crash and Rescue
3.17   Incinerator Management
3.18   Trash Removal
3.19   Bath Services
3.20   Security
3.21   Hazardous Waste Collection
3.22   Supply Support Activity (SSA)
3.23   PBO/OCIE Operations
3.24   Non-Tactical Vehicle (NTV) Maintenance Support
3.25   TMP Operations
3.26   DS Maintenance
3.27   Directorate of Public Works (DPW)
3.28   Movement Control and Arrival/Departure Control Group
3.29   Class V Operations (ASP)
3.30   Waste Water Management and Sewage Management

1

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.31**   **Flight Line Debris Removal and Sweeping Operations**
**3.32**   **Road Debris, Dust, Snow and Ice Removal and Clearance**
**3.33**    **POL Fuel Lab**
**3.34**   **Help Desk-Network, Hardware and Software**
**3.35**   **Transportation and Shuttle Bus Service**
**4.0**    **Government Furnished Equipment**
**5.0**    **Period of Performance**
**6.0**    **Deliverables**
**7.0**    **New and/or Additional Work and Construction**
**8.0**    **Contractors Personnel Requirements**
**9.0**    **Team LOGCAP Support**

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**1.0**      **SCOPE OF WORK**. The contractor is to assume the mission of providing base camp operations support at Site 2. The contractor shall provide all resources and management necessary to assume designated support functions. The contractor shall perform a (RSO&I) Reception, Staging, On-Ward Movement and Integration mission for up to 13,000 personnel from 1 March 2004 to 1 July 2004 or at direction the (ACO) Administrative Contracting Officer and during the one-year period of performance for Task Order 13, site 2. After conclusion of the RSO&I mission the contractor shall resume services at or above levels that existed prior to the RSO&I mission and/or at the direction of the ACO. Major functional areas include, but are not limited to a full range of support services as follows: Base camp maintenance; cleaning services; laundry services; food service operations; MWR Services; Class I Operations; heat for tents and buildings; badge operations; airfield ice/snow removal; pest control; water services; automotive augmentation support; Class III operations; air conditioning services; gray water, trash, landfill, and security services; SSA operations; PBO/OCIE operations; HAZMAT services; RSO&I; and Team LOGCAP support. The contractor also assumes the mission of providing Fire Fighting services (General), Fire Prevention Program, Fire Suppression (Structural and Crash), and Rescue Operations for US Forces at site 2. It is possible that continuous need for the services described herein may not exist. The Government gives no assurance of a continuous need for these services or future requirements.

**1.1**      Troop Rotation. The contractor shall be prepared to respond to changes in locations, numbers, and flow of troops through the Area of Operations based on changing operational assessments, deployments and redeployment plans.

**1.2**      The contractor shall ensure compliance with all applicable local laws, regulatory guidance, and all applicable Army environmental regulatory guidance during performance of this SOW.

**1.3**      All work shall be accomplished IAW Army regulations and guidelines and to Army standards unless otherwise stated in this SOW. The initial period of performance is 365 days.

**1.4**      The contractor shall provide all tools, equipment for operation, (including light and heavy construction equipment with the exception of the Government Furnished Equipment [GFE] and materials), materials, consumable/non-consumable, repair parts and test equipment required to conduct repairs and maintenance that is not readily available from the government. For the purpose of purchasing supplies/non-durable goods, the contractor shall obtain approval from the ACO for those purchases exceeding the micro-purchase threshold of $2,500.00 on either a unit or cumulative effort and prior to procurement. For the purpose of purchasing equipment/durable goods, the contractor shall obtain approval from the ACO for those items that exceed a unit cost of $5,000.00 or cumulative cost of $25,000.00.

**1.5**      Fully Mission Capable (FMC) status is defined, as "the equipment must be capable of performing its intended function, in a serviceable condition, and in a safe state of operation".

**2.0**      **APPLICABLE DOCUMENTS.** The following documents are provided for reference only.

**2.1**      Logistics Civil Augmentation Program (LOGCAP) Contract, DAAA09-02-D-0007, dated 14 December 2001.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**2.2**       Logistics Civil Augmentation Program (LOGCAP) Worldwide Management and Staffing Plan, Option Year 2, dated 28 January 2000.

**2.3**       Logistics Civil Augmentation Program (LOGCAP) Region 27 Management Plan dated 9 October 1998.

**2.4**       Logistics Civil Augmentation Program (LOGCAP) Force Provider Management Plan dated November 1998.

**2.5**       AR 715-9 Contractors Accompanying the Force dated 29 October 1999.

**2.6**       DA PAM 715-16 Contractor Deployment Guide dated 27 February 1998.

**3.0**       <u>**REQUIREMENTS**</u>

**3.1**       <u>**Base Camp Maintenance**</u>  Any reference to maintenance within this Statement of Work (SOW) constitutes maintenance and repair.

**3.1.1**       The contractor shall assume the mission of specified Operations and Maintenance (O&M) tasks to support a base camp composed of the Force Provider module (-) / Harvest Eagle (FP/HE), tents (Tier III/IV) and facilities.  The contractor shall erect, repair, adjust and maintain existing, new and those Large Area Maintenance Shelters (LAMS) aka Clamshells to be used in support of the RSO&I mission.  The Large Area Maintenance shelters will be of the type used for aircraft and vehicle maintenance and as described in US Army technical manuals to include but not limited to TM 10-5410-232-14 & P.  The contractor shall erect, repair, adjust and maintain other large area tents as directed by the ACO.  The contractor shall provide heating, air conditioning, electrical wiring, lighting and power generation to all tents and shelters or as directed by the ACO.  Specifically, the contractor shall site 13 each "fest" type tents measuring 40 feet x 120 feet; 14 each "fest" type tents measuring 60 feet x 90 feet and 3 each Clamshells measuring 65 feet x 143 feet.  The bulk of expanded services shall be performed in those areas known as "Foxtrot Sod" and "Alpha Sod".  "Foxtrot Sod" is that area on the west side of the existing airfield next to the container storage area and adjacent to the perimeter road.  "Alpha Sod" is that area adjacent to the northwest corner of the airfield and adjacent to the perimeter road and western most taxi way.  The government shall perform site preparation.  The contractor shall dis-establish the site and disassemble, reconstitute, clean, store and retrograde all tentage and shelters at the conclusion of the RSO&I mission and/or at the direction of the ACO.

**3.1.1.1**       The contractor shall not maintain or repair any wooden structures that have been added to the FP/HE or Tier III/IV billeting or administrative tents.

**3.1.2**       The contractor shall provide the management, personnel, vehicles, equipment, tools, spare parts and materials, unless otherwise stated in this SOW to perform the requirements in the SOW.

**3.1.3**       The contractor shall install (as required), operate and maintain existing Force Provider/Harvest Eagle, tactical, containerized and fixed showers.

**3.1.4**       Duty Hours.  The contractor shall provide support or be ready to respond 24 hours daily, 7 days a week including official holidays.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.1.4.1**      Work Orders.  The contractor shall establish work order procedures and response capabilities in support of US Military facilities.

**3.1.5**      Repair Status Reporting.  The contractor shall report to the ACO and base camp DPW in the event repairs cannot be completed on time.  Report shall include the problem, reason for delay and the estimated time of completion.  The contractor shall coordinate follow-up with the ACO and Base Camp Engineer on all emergency repairs.

**3.1.6**      Emergency Repair Response Time.  The contractor shall respond to emergency repair request within two (2) hours of notification.  Emergency repairs include, but are not limited to heating and air-conditioner repair; power disconnection; plumbing water leaks and stoppage; and sewage backup and stoppage.

**3.1.7**      Normal Repairs.  The contractor shall initiate repairs within twenty-four (24) hours after failure of the equipment and/or component items.

**3.1.7.1**      Local Authorities.  The contractor shall coordinate follow-up with the ACO and Base Camp Engineer on all repairs.

**3.1.8**      Worksite Safety.  The contractor is responsible for the safety of employees and base camp residents when conducting repairs IAW the Army and OSHA's safety regulations.

**3.1.8.1**      Work Area Cleanup.  The contractor shall clean all work areas daily and upon completion of repairs.

**3.1.8.2.1**      Facilities Engineering.  Contractor shall augment the duties normally associated with a Facility Engineers mission.  Anticipated requirements are: assisting with base master planning, associated administrative support, surveying (when applicable), and design.

**3.1.8.2.2**      Construction.  The contractor shall execute major, new, renovation, and earth-moving projects as directed by the (ACO) Administrative Contracting Officer.  Any such direction from the ACO will be executed in accordance with the PCO Delegation dated 27 March 2003 (SUBJECT:  Delegation of Administrative Contracting Officer (ACO) Functions for Contract DAAA09-02-D-0007), and include a subsequent and specific delineation of the requirement.

**3.1.9**      **Force Provider/Harvest Eagle Modules Maintenance.**

**3.1.9.1**      The contractor shall perform functionality operational checks and a joint technical inspection of FP/HE showers, latrines and ECUs with the Army/Air Force personnel.  DA Form 2404 shall be used for documenting the joint technical inspection results.  Initial failures of equipment shall be coordinated with the appropriate Army Materiel Command Logistics Assistance Representative for completion of a Quality Deficiency Report.  All work performed shall be to and IAW applicable government/Army regulation.

**3.1.9.2**      The contractor shall maintain the FP/HE showers, latrines and heaters in a Fully Mission Capable (FMC) status and will report the current readiness rate and detailed equipment deadline information using the DA Form 2406 format.  The contractor shall obtain or procure latrine and shower facilities in support of the RSO&I mission.  The contractor shall maintain, repair and clean those latrine and showers as well.  Latrine and shower facilities include water and septic systems to remove both gray and black water.  Quality surveillance checks on all the

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

systems will be performed.  The contractor shall perform all levels of maintenance to retain the showers and heaters in a FMC condition.  The contractor shall have overall responsibility for the care and maintenance of the FP/HE showers, latrines and ECUs and will be the primary contact for this equipment.

**3.1.9.3**     The contractor shall inspect, repair, and perform preventive maintenance checks and services IAW applicable technical manuals and manufacture specifications on one Force Provider (-)/Harvest Eagle module.  Repairs include, but are not limited to the following:

**3.1.9.3.1**     The contractor shall perform safety inspections on electrical systems for containerized showers and associated equipment to ensure circuits are not overloaded.

**3.1.9.3.2**     The contractor shall wire/re-wiring equipment for proper phase alignment and operation as required.  The contractor shall provide wiring both exterior and interior and provide lighting to all tents and structures used for the RSO&I mission.

**3.1.9.3.3**     The contractor shall maintain, replace and install containerized and existing shower systems.

**3.1.9.3.4**     The contractor shall perform preventive maintenance IAW the applicable technical manual and manufacture's specifications and shall inspect, install and repair/replace parts as required on the FP/HE shower systems to retain the systems in a FMC status.

**3.1.10**     **Power Generation.**

**3.1.10.1**     The contractor shall operate and maintain the existing power generation equipment to support currently directed missions IAW applicable technical manuals and manufacture specifications.  The contractor shall provide power generation in support of the RSO&I mission and as directed by the ACO.

**3.1.10.2**     The contractor shall conduct Preventive Maintenance Checks and Services, organizational and Direct Support IAW the applicable technical manuals.

**3.1.10.3**     The contractor shall install/de-install power generation equipment as required in paragraph 3.1.10.1 or as directed by the PCO/ACO.

**3.1.10.4**     The contractor shall test, adjust, repair or replace components and assemblies IAW the applicable technical manual and manufacture's specifications.

**3.1.10.5**     The contractor shall monitor equipment for proper load and phase balancing.

**3.1.11**     **Plumbing.**

**3.1.11.1**     The contractor shall install (as required) and maintain hose and pipe systems, plumbing fixtures and equipment in support of currently directed missions.  The contractor shall establish and maintain exterior and interior plumbing and piping in support of the RSO&I mission and as directed by the ACO.

**3.1.11.2**     The contractor shall determine location and proper routing of systems and equipment for any new installation as directed by the PCO/ACO.

6

Contract No. DAAA09-02-D-0007
Task Order: 0013
As of: 6 March 2004

**3.1.11.3**     The contractor shall immediately respond to work request for leaks.  If repairs can't be accomplished, action should be taken to contain the problem to ensure water damage is kept to a minimum.

**3.1.11.4**     The contractor shall fabricate hose/pipe sections and assemblies as required.

**3.1.12**     Maintenance Scheduling.  The contractor shall set maintenance schedules, allocate workloads and part substitutions IAW the applicable manufacturer's specifications.

**3.1.12.1**     The contractor shall requisition, store, and inventory shop stocks, materials, and special tools IAW applicable FAR, DFAR and Army Regulations.

**3.1.13**     Publications.  The contractor shall maintain a library of all applicable publications associated with the requirements of this SOW.

**3.1.13.1**     The contractor shall identify to the PCO/ACO any additional required publications not available to the public.

**3.2**     <u>Cleaning</u>

**3.2.1**     The contractor shall provide the supervision, manpower, materials, equipment, supplies, and consumables to carry out cleaning services not only at existing locations but also at those locations in support of the RSO&I mission.

**3.2.1.1**     The contractor shall prepare a schedule and provide it to the PCO/ACO within a reasonable period of time from notice to proceed to ensure daily, weekly and periodic cleaning work when work is performed.  The contractor shall update the schedules as required.

**3.2.2**     The contractor shall clean the recreation center facilities.

**3.2.3**     Cleaning of Latrines and Showers

**3.2.3.1**     The contractor shall manage cleaning of Force Provider/Harvest Eagle latrines, and future containerized latrines.  The contractor shall use disinfectant to wipe down toilets and floors and sink areas.  The contractor shall replace toilet paper, soap for hand washing, and paper towels for hand drying.

**3.2.3.2**     The contractor shall clean the FP/HE latrines and showers or future showers and other existing shower facilities.  The contractor shall also have overall responsibility for the care, cleaning and maintenance of showers, latrines located in fixed buildings at the direction of the ACO.  Those fixed buildings with latrine and showers include: Aviation Headquarters (4 sinks/4toilets); LNO Building (4 sinks/4 toilets); Joint Logistics Command Headquarters (4 sinks/4 toilets).  The contractor shall clean future latrines and showers that exist in fixed buildings, and future structures at the direction of the ACO.  The frequency of cleaning shall be based on usage and at the direction of the ACO.  Any such direction from the ACO (relating to future structures) will be executed in accordance with the PCO Delegation dated 27 March 2003 (SUBJECT:  Delegation of Administrative Contracting Officer (ACO) Functions for Contract DAAA09-02-D-0007), and include a subsequent and specific delineation of the requirement.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

3.2.3.3     The contractor shall clean shower (existing and future) facilities, latrines, shower stalls, floors and sinks areas using disinfectant, and repair/replace shower curtains as necessary.

**3.2.3.3**     The contractor shall maintain hand wash stations associated with latrine areas and Dining Facilities (DFACs).

**3.3**        **Laundry Service**

**3.3.1**        The contractor shall assume the mission of providing laundry services with a three-day (72 hours) turn around.  The laundry operating hours will be 0700 - 1700 Monday – Sunday prior to and after the RSO&I mission.  The contractor shall provide laundry services in support of the RSO&I and as directed by the ACO.  Personnel are authorized one 14-piece bundle twice per week.  Laundry will be processed by the following priorities:

> Medical Treatment Facilities
> Military/Work/ Detainee uniforms
> Organization property to include sleeping bags
> Civilian Clothing

**3.3.1.1**     Laundry service shall include washing and drying of uniforms and clothing items and folding and return to laundry bag for each individual.

**3.3.2**        Medical Laundry.  The contractor will ensure medical laundry is processed separately from all other laundry.

**3.3.2.2**     When directed by the ACO, medical laundry containing blood or body fluids, shall be washed with a detergent in water at least 71 degrees Celsius (150 degrees Fahrenheit) for at least 25 minutes.

**3.3.3**        The contractor shall launder and repair Organizational Clothing and Individual Equipment (OCIE), including sleeping bags.

**3.3.4**        Clothing Repair.  The contractor shall provide clothing repair and sewing services on a limited basis to organizations.

**3.3.4.1**     These services are limited to repairing military items to a serviceable condition.

**3.3.4.2**     These services shall include sewing insignia on military uniforms.

**3.3.5**        The contractor shall develop an external standing operating procedure (SOP) and provide to the on-site ACO for approval within a reasonable period of time from notice to proceed.

**3.3.5.1**     The contractor shall provide a copy of their internal operating procedure to the ACO.

**3.3.6**        The contractor shall separately clean the detainees' uniforms.

**3.3.7**     The contractor shall maintain all laundry equipment including commercial washers and dryers (except self-service laundry facilities that are being maintained by individual units

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

according to applicable TO's.

### 3.4        Food Service Operations

**3.4.1**        The contractor shall prepare three hot meals per day utilizing Government furnished food in three separate (DFACs) dining facilities.  A fourth hot meal shall be served in two dining facilities at times and locations and as directed by the ACO.  The contractor shall provide food service to up to 300 confined or detained persons.  Food service for confined or detained persons shall consist of at least one hot meal.  All meals served to confined or detained persons shall take into account, as much as possible, any religious and ethnic dietary restrictions.  All such meals will be government furnished.  In support of the RSO&I mission the contractor shall establish a dining facility at that area known as Foxtrot Sod.  The dining facility shall consist of two "fest" tents joined together.  The contractor shall obtain or otherwise procure all dining facility equipment to include tables and chairs.

**3.4.1.1**        The ACO, in conjunction with the Base Camp Commander, shall approve any requests for food service support that are outside the normal mission of the garrison dining facility.

**3.4.2**        The contractor shall prepare production schedules and food ration requests.

**3.4.3**        The contractor shall assign and inspect food service personnel.

**3.4.4**        The contractor shall develop, coordinate, and publish a food service standard operating procedure (SOP) for food service personnel, including instruction sheets for headcounters.

**3.4.5**        The contractor shall inspect and record equipment shortages and malfunctions and maintain a logbook of inspections.  The contractor shall present the logbook to the ACO or designated government representative upon request.

**3.4.6**        The contractor shall prepare, cook and serve meals according to recipes, cooking times, and temperatures, and kitchen SOP.

**3.4.7**        The contractor shall ensure cold serving lines are prepared and replenished as required during each meal.

**3.4.8**        The contractor shall prepare and serve special event and holiday meals as required.

**3.4.9**        The contractor shall ensure kitchen and dining facilities are kept clean and in proper order before, during and after meals.

**3.4.10**        The contractor shall inspect and perform PMCS on refrigerators, freezers and food service equipment for cleanliness, serviceability and proper temperature.

**3.4.11**        The contractor shall ensure proper removal and disposal of grease and food waste from the dining facility and the base camp.

**3.4.12**        The contractor shall ensure food service equipment is properly cleaned and sanitized.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.4.13**  The contractor shall prepare and containerize mermite meals as required by the Base Camp Commander and approved by the ACO.

**3.4.14**  **Kitchen Police.**

**3.4.14.1**  The contractor shall provide personnel to perform day and night shift kitchen police duties to include, but not limited to the following:

**3.4.14.1.1**  Wash, rinse, sanitize and air-dry all cooking equipment, utensils and appliances.

**3.4.14.1.2**  Remove refuse from vestibules and trash receptacles during and after all meals.

**3.4.14.1.3**  Provide and replenish hand-washing stations with hand towels, soap, and warm water at all DFACs and latrine locations to include the DFAC and latrine locations in support of the RSOI mission.

**3.4.14.1.4**  Perform duties as headcount IAW directions from the Government.

**3.4.14.1.5**  Assist with downloading and storing of rations.

**3.4.14.1.6**  Clean dining facility floors, walls, tables, benches, and outside areas.

**3.5**  **Morale, Welfare, and Recreation (MWR)**

**3.5.1**  The contractor shall assume the mission of operating and maintaining all MWR equipment and support programs at three locations and repairing existing equipment at other locations as directed by the ACO.  Any such direction from the ACO (to increase MWR services) will be executed in accordance with the PCO Delegation dated 27 March 2003 (SUBJECT: Delegation of Administrative Contracting Officer (ACO) Functions for Contract DAAA09-02-D-0007), and include a subsequent and specific delineation of the requirement.  MWR facilities include but are not to be limited to: internet café computers, movie theater, game room, library, weight room, and aerobic/cardiovascular workout facility (includes maintenance of treadmills/stair master machines, etc.  The government will procure all MWR and satellite communication equipment and cabling associated with MWR activities.  The contractor shall repair and maintain existing gym equipment to include, but not limited to, those items known as: weight equipment; "treadmills", "stair master", "stationary bikes", and  "elliptical" machines.  The contractor shall periodically sweep and clean those individual unit areas where gym equipment is located.  The additional locations of equipment to be repaired and maintained includes those areas known as: Air Force Village; Aviation Village; LTF 129; Joint Logistics Command (JLC); CJTF 180 JOC and all other areas at the direction of the ACO.  The contractor shall maintain a stock of exercise equipment repair parts needed to maintain such equipment in a (FMC) Fully Mission Capable status.

**3.5.2.1**  Special Events.  The Government MWR representative will coordinate all MWR activities/events.  The contractor shall assist in the preparation of the activities/events as directed by the ACO.  The contractor shall provide support to and labor for MWR events and activities including but limited to: concerts, sporting and social events, setting up and removing stages and associated equipment, and setting up and removing boxing rings; basketball courts volleyball areas, etc., as directed by the ACO.

10

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.6**      **Property Accountability and Supply Operations** - Property accountability is applicable to all government furnished and contractor procured durable and non-expendable equipment.

**3.6.1**      **Government Furnished Equipment (GFE).**

**3.6.2**      The contractor shall perform a joint inventory of the GFE with the Army's property accountable officer.  Damaged items and shortage items shall be documented.  The contractor shall perform monthly cyclic inventories to maintain 100% property accountability of equipment IAW the applicable Army regulations.

**3.6.2.1**      The contactor shall manage and be responsible for the FP Modules that the contractor hand-receipts from the Base Property Book Officer.

**3.6.3**      Lost/Damage Items.  The contractor shall report lost or damaged pieces of equipment to the Government.

**3.6.4**      **Contractor Procured Equipment.**

**3.6.4.1**      Property Accountability.  The contractor shall record all durable and non-expendable equipment on their property book records.  The contractor shall perform monthly cyclic inventories of the equipment and maintain 100% property accountability IAW the applicable Army regulations.

**3.6.4.2**      Lost/Damaged Items.  The contractor shall report lost or damaged pieces of equipment to the government.

**3.6.4.3**      Supply Operations.  The contractor shall use the Unit Level Logistics System, furnished by the government, for their supply and maintenance operations.

**3.7**      **Class I Operations**

**3.7.1**      The contractor shall assume the mission of receiving, storing, inventorying, and issuing of subsistence items.

**3.7.2**      The contractor will conduct a 100% physical inventory of all subsistence at least monthly IAW applicable Army regulations.

**3.7.3**      The inventory will be recorded on a DA Form 3234-R (Inventory Record), or machine print out if available in two copies.  The inventory will act as a management tool to develop menus, control excess, and reduce inventories of on-hand stocks.

**3.7.4**      The contractor shall provide the daily LOGSTAT report to the LTF SPO via electronic mail.

**3.8**      **Heat for Tents and Buildings**

**3.8.1**      The contractor shall provide, install, operate and maintain heating and air conditioning equipment for tents, maintenance and vehicle temporary shelters, office buildings

11

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

and all US Military manned guard shack locations at Site 2.  The types of heaters include: WILMS, split unit heater/AC units, H-120 and H-82 heaters.

**3.8.2**      The contractor shall procure, install and maintain heaters in support of US-only living and office spaces at Site 2 or as directed by the ACO.  The contractor shall provide all other resources and management necessary to support the heating mission.  The contractor shall use existing commercial power as the primary power source with GFE generator back up.

**3.8.3**      The contractor shall provide the management, personnel, vehicles, equipment, tools, spare parts and materials unless otherwise stated in this SOW to perform the heating mission requirements.

**3.8.4**      The contractor shall maintain the heating units in a FMC status and will report the readiness rate and detailed equipment deadline information using the DA Form 2406 format. Quality surveillance checks on all heating systems will be performed.

**3.8.5**      Work Orders.  The contractor shall establish work order procedures and response capabilities in support of installed heating plans.

**3.8.6**      Repair Status Reporting.  The contractor shall report to the ACO and base camp DPW in the event repairs can't be completed on time.  Report will include the problem, reason for delay and estimated time of completion.

**3.8.7**      Emergency Repair Response Time.  The contractor shall respond to emergency repair requests within two (2) hours of notification.

**3.8.8**      Worksite Safety.  The contractor is responsible for the safety of employees and base camp residents when conducting repairs IAW the Army's and OSHA's safety regulations and guidance.

**3.8.9**      The contractor shall inspect repair and perform preventive maintenance checks IAW the applicable manufacturer's specifications in order to retain the systems in an FMC status.

**3.8.10**      Duty Hours.  The contractor shall provide support or be ready to respond 24 hours daily, 7 days a week, including official holidays.

**3.8.11**      Work Area Cleanup.  The contractor shall clean all work areas daily and upon completion of repairs.

**3.8.12**      The contractor shall perform safety inspections on electrical systems and equipment to ensure circuits are not overloaded.

**3.8.13**      The contractor shall wire equipment for proper phase alignment and operation as required.

**3.8.14**      Maintenance Scheduling.  The contractor shall set maintenance schedules allocate workloads IAW the applicable manufacturer's specifications.

**3.8.15**      The contractor shall requisition, store, and inventory shop stocks, materials, and special tools IAW applicable Army Regulations.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.8.16**     Publications.  The contractor shall maintain a library of all applicable publications associated with the requirements of this SOW.

**3.8.17**     The contractor shall identify to the PCO/ACO any additional required publications not available to the public.

**3.9**     <u>**Badge/Screening/Biometric and Cargo Inspection Operations**</u>

**3.9.1**   The contractor shall assume the mission of Badge Production and issue for all Local National and other designated persons requiring access to the base camp.

**3.9.2**     Badges shall be of a design that shall preclude duplication and shall be serial numbered.  Badging stock shall be secured in a safe with sufficient access safeguards to preclude unauthorized personnel from gaining access to the badging stock.

**3.9.2.1**     Badges shall identify, as a minimum the following information:
Recipients Nationality
Recipients National Identification
Recipients First and Last Name
A color photo of the individual
A unique Badge Number; no badge number will be issued twice
Company & Department working for
Area employee will have access to
A description on the back of the badge describing escort requirements/privileges
Expiration Dates (Based on contract expected duration)

**3.9.3**     The contractor shall issue the following categories of badges.  Each category shall have a different color of badge stock.  Colors will indicate escort requirements.  Badges, which are to be issued to Local Nationals, shall be issued in duplicate.  A separate color shall be used to facilitate badge exchange.  Badge shall be retained by the US Army at the access control point and exchanged on a Local Nationals' entry or departure.  The contractor shall operate the Identification Card office 7 days a week for a minimum of 10 hours per day; hours TBD as directed by the Government.

**3.9.4**     The following are estimated badging requirements:

Local National Commanders or Dignitaries: (no escort required) approximately 300/year.
Local National Employees/Vendors: (escort required) approximately 10,000 required annually.
Vendors/Interpreters/ Local National Employees: (no-escort required) approximately 600/ year.
Temporary badges: (no photo, escort required) approximately 800-1000 / year.

**3.9.5**     The contractor shall establish a database that records all of the above for all badges issued and shall provide an updated report to the Base CDR or the CDR's designee on a monthly basis.  The report shall identify, as a minimum, the total number of badges issued, lost, and all of the information on the badge for all badges.  The report shall be submitted in a spreadsheet format approved by the ACO in coordination with the CDR.  The contractor shall provide weekly reports to the PMO and CI offices in a format and with content coordinated and specified by the ACO.

**3.9.6**     The contractor shall issue badges only on the authorization of the Base (CDR)

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

Commander, or his designee's approval.  The request procedures and badge issue procedures shall be established and mutually agreed to prior to BRS assuming the Identification Card production mission.

**3.9.7**      The contractor shall maintain a badging stock to re-badge all persons with a different badge in the event that the Base CDR directs a change due to excessive losses of badges or evidence that the current stock/badge has been compromised.

**3.9.8**      No badge will be issued without proof of identification from the recipient, and all documentation as identified by the Base CDR or his designee.

**3.9.9**      The contractor shall provide all badging equipment, stock and laminate and have a reserve equipment to ensure continuous operations in the event that the primary system breaks down.

**3.9.10**      The contractor shall take initial photos of candidates digitally.  At the completion of medical and CI screening, those personnel to be hired shall have their photograph taken with the film camera and a badge prepared.  This is to reduce the requirements for film; approximately 75% of applicants are rejected for medical/CI screening.

**3.9.11**      The contractor shall design an application form to collect required information.  This application form shall be completed in both English and one (1) local language agreed upon by the contractor and the CI screening cell.

**3.9.12.**      **Screening/Biometrics Operations**. The contractor shall assume the mission of Security screening for all local national and government employees and requiring access to Bagram Air Base (Site2).

**3.9.12.1**  The contractor shall be capable of screening no less than 800 (eight hundred) local nationals per month, based on screening 7 days per week.

**3.9.12.2**  The contractor shall utilize all necessary material and biometrics equipment, which will be provided and installed by the Government.  The contractor shall be responsible for maintenance and repair of all hardware and software systems.  All contract employees working on Screening Cell mission shall be a US Citizen and hold a Secret Security Clearance.

**3.9.12.3**  The security screening shall be conducted with the government oversight of no less than an OIC (Officer In Charge) or NCOIC (Non-commissioned Officer In Charge).  The Contractor shall work under its own established procedures, however the Government shall be informed when derogatory information is exposed during the screening and at which point the NCOIC/OIC will either take over the screening, or participate as necessary at his/her discretion.

**3.9.12.4**  The Government will provide the contractor with a list of questions to be included in all screening.  The government as needed may change the questions.  The government will record all answers in a database format.  The government will compile pertinent information for reports as required.  The contractor shall not produce classified reports.

14

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.9.12.5**. The Contractor shall incorporate Biometrics operations to include gathering personal identification information to include but not limited to fingerprint scans, pictures and production of new badges. The Biometric system will be utilized to track the status of personnel on/off post.

**3.9.12.6** The database that the contractor utilizes to record data will be an unclassified system and shall be utilized to provide a weekly report to the government as required. The report will identify the number of persons screened and the number of persons failed with short descriptions explaining the failure.

**3.9.12.7**. The contractor shall employ all persons in accordance with base commander guidance and ACO direction. The primary language spoken in the area of operations is Dari; however, there is a small population of Pashtu speakers. The contractor shall provide all linguist support required to accomplish the screening and the contractor shall be capable of screening in both languages.

**3.9.12.8** The contractor shall establish and maintain a stand-alone computer network with all computer assets with those utilized by the KBR badge office, ECP's and other biometric users. KBR shall restrict access to the Screening Mission Data to only authorized personnel.

**3.9.12.9** All local national employees shall be re-screened badged every 12 months or as directed by the ACO.

**3.9.12.10 The following table is for reference only and is not a requirement over and above GFE listed in paragraph 4.0.**

**BIOMETRICS AUTOMATED TOOL EQUIPMENT-GOV. FURNISHED EQUIP.**

| QUANTITY | NOUN NOMENCLATURE |
|----------|-------------------|
| 18 EACH | Biometric Laptops |
| 6 EACH | Digital Cameras |
| 25 EACH | Finger Print (FP) Readers |
| 8 EACH | Iris Readers |
| 6 EACH | Badge Printers |
| 20 EACH | Barcode Readers |
| 10 EACH | Signature Pads |
| 10 EACH | Cross Match FP |

**3.9.13   Mobile Mounted Vehicle and Cargo Inspection System (MMVACIS).**

The contractor shall employ a Mobile Mounted Vehicle and Cargo Inspection System in order to conduct imaging analysis of all vehicles and cargo entering Bagram Air Field. The MMVACIS shall be employed in conjunction with access control operations. The MMVACIS shall be employed by the contractor form 0100Z to 1300Z daily or at the direction of the ACO/PCO. Contractor personnel shall attend an approved "Radiation Workers Course". The contractor shall be trained on the system, BASEOPS Standard Operating Procedures and shall follow "operator manual" instructions. The contractor shall perform preventive maintenance checks

15

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

and services as required. The contractor shall follow all safety procedures to include but not limited to requiring personnel to wear a dosimeter while working with the MMVACIS.  The MMVACIS and dosimeters will be Government Furnished Equipment.

**3.10** <u>**Airfield Ice and Snow Removal**</u>

**3.10.1** The contractor shall keep the airfield fully mission capable by providing ice and snow removal for the runway, taxiways and aircraft parking areas using contractor-acquired, government-owned ice and snow removal equipment. The contractor shall procure all supplies to keep the runway free of ice and snow and shall maintain government provided equipment IAW at a fully mission capable (FMC) standard.

**3.11** <u>**Pest Control**</u>

**3.11.1** The contractor shall provide all pest control services and management IAW Army and DOD regulations.

**3.11.2** The contractor shall perform all pest control services in coordination with the Base Preventive Medicine Detachment.

**3.12** <u>**Water Production /Storage/ Distribution Services**</u>

**3.12.1** Potable/ Non-Potable Water.  The contactor shall produce, distribute, and store potable/non-potable water for supported units and any existing and future facilities.  The contractor shall also provide sufficient potable/non-potable and hot water to support the RSO&I mission and at the direction of the ACO.

**3.12.1.2** The contractor shall operate, maintain and perform preventive maintenance on all water system supporting Site 2 operations.

**3.12.1.3** The contractor shall assume the water supply consumption and distribution rate of 25 gallons per person per day.

**3.12.1.4** The contractor will provide a total production capacity and distribute water as needed per day and store a minimum of 3 days of water supply on hand.

**3.12.2** The contractor shall produce water in compliance with the Maximum Contaminant Levels (MCL's) allowed IAW TB MED/577.

**3.12.3** The contractor shall furnish all equipment required (less bags and hoses) for the mission.  In addition, the contractor will maintain the equipment.  Existing ROWPU's will remain on site until replacement equipment arrives.

**3.12.4** The contractor shall assume the Army's current mission of water delivery.

**3.13** <u>**Automotive Ground Support Equipment (GSE) Augmentation for Tactical Vehicles**</u>

**3.13.1** The contractor shall provide base support for Automotive/GSE Augmentation tactical vehicles and vehicle electric repair.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.13.2**     The contractor shall provide welding and machining operations (to include canvas repair) to supported units.

**3.13.3**     The contractor shall provide power generation, air conditioning, heating, heavy equipment repairs and hose fabrication.

**3.13.4**     The contractor shall provide all necessary tools, equipment, and personnel.

**3.13.4.1**     The contractor shall provide personnel augment for the following positions; for Automotive augmentation (2) wheel vehicles mechanics, for GSE augmentation (1) Air Condition Repair, (2) Generator Mechanics, (1) Chemical Repair, (1) Engineer Repair, (2) Welders, and (1) Machinist.

**3.14**     <u>Class III Operations</u>

**3.14.1**  The contractor shall receive, account, store, issue aviation and ground fuel at Site 2 as required 24 hrs and 7 days a week.  The contractor shall augment the (FARP) Forward Area Refueling Point (-) at that area known as Alpha sod in support of the RSO&I mission upon ACO direction. Once the Fuel Automated System (FAS) is fielded the contractor will use this system in the accounting process.

**3.14.2**  The contractor shall ensure all refueling is conducted in a safe manner and IAW all applicable US Army regulations.

**3.14.3.**  The contractor shall be required to conduct cold refuel/defuel on all fixed wing and rotary aircraft.

**3.14.4**  The contractor shall operate bulk storage facilities, retail facilities, assault fuel hose line(s), and receiving point.

**3.14.5**  The contractor shall record all receipts, issues of fuels, and maintain historical records as required.

**3.14.6**  The contractor shall submit all required accountability reports and documents in a timely manner to the Accountable Officer.  All reports (automated and manual) shall be submitted to the accountable officer or designated representative and IAW established procedures.

**3.14.7**  The contractor shall conduct all necessary fuel testing to ensure the quality of the fuel prior to receiving.  The following test will be performed: Electric conductivity reading, tank density reading, tank lorry density reading at a set temperature of 15 degrees Celsius, API gravity reading at 60 degrees Fahrenheit, quantity reading at 15 degrees Celsius in liters, and a product dip test.

**3.14.8**  The contractor shall conduct a milipore test of each fuel storage bag and fuel filter effectiveness test for each fuel filter separator IAW established SOP (monthly).  The contractor shall ensure that samples are sent to the servicing fuel testing facility.

**3.15**  <u>Air Conditioning/Cooling</u>

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.15.1** The contractor shall procure, install, operate, and maintain air conditioning/cooling systems and any tools/materials/ancillary equipment necessary to operate and maintain these systems for Site 2.  Increases in the scope at Site 2, including outlying areas/forward operating bases may be included upon ACO direction with a revised ROM request.

**3.15.2** The contractor shall ensure all services provided conform to best industry and safety practices.

### 3.16    Fire, Crash and Rescue

**3.16.1**  The contractor shall provide Fire Fighting Operations at or above existing levels.  The services include but are not limited to: Providing General Fire Fighting Services, Fire Prevention Programs, Fire Suppression (Structural and Crash), Rescue Operations (Structural and Crash), and Respond to HAZMAT Incident.

**3.16.2**   The contractor shall assume the Fire Fighting Operations. Government furnished vehicles will be provided until contractor acquired government owned vehicles are secured. Contractor shall ensure fire department personnel meet qualification standards identified in DoD Instruction (DoDI) 6055.6, DoD Fire and Emergency Services Program, AFI 32-2001, AFMAN 32-2003, The Fire Fighter Certification Program, and NFPA standards, including any ACC supplements.

**3.16.3**  The contractor shall advise personnel of all environmental compliance and HAZMAT handling requirements to standards identified in the Fire Protection, and Health (AFOSH) Program, and OSHA requirements.  Maintain Material Safety Data Sheets (MSDS) for all materials used IAW federal and local laws and/or regulations.

### 3.17    Incinerator Management

**3.17.1**  The contractor shall install, maintain, and operate incinerators to handle both medical waste and general rubbish in accordance with the manufacturer's instructions/Base Camp guidance.

**3.17.2** The contractor shall be responsible for the maintenance of generators provided for incinerator support.

**3.17.3** The contractor shall provide all equipment repair/spare parts as required.

**3.17.4** The contractor is responsible for transportation and disposal of all medical waste and general rubbish.  The US government will ensure that medical waste is properly packaged prior to contractor transport.

### 3.18    Trash Removal

**3.18.1** The contractor shall perform trash removal and landfill operations.  Trash burning at the landfill shall cease at 1130Z, so as not to interfere with airfield operations.  There shall be two contractors posted on evening guard shift at the landfill.

### 3.19    Bath Services

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.19.1** The contractor shall maintain existing and future shower systems and install systems provided by the government to augment or replace current systems.

**3.19.2** The contractor shall perform gray water and black water operations in the Area of Operations.  The contractor shall dump water at government-approved sites.

## 3.20     Security

**3.20.1**  The contractor shall provide escorts for all subcontract services outlined in this section. Escort soldier guards will no longer be used.

## 3.21     Hazardous Waste Collection.

**3.21.1** The contractor shall be responsible for clean-up, collection, transport and storage of Hazardous Material (HAZMAT) releases over 5 gallons occurring or found within the Bagram Airfield perimeter.  For releases of less than 5 gallons, the units shall clean up and prepare the material for collection.  For budgetary and supply planning purposes, the contractor shall maintain materials to respond to releases of up to 5,000 gallons.

**3.21.2** The contractor's spill response shall include stopping the spill/leak, confining the spill to the smallest area possible and removal of the Hazmat and Hazmat saturated soil/debris.  The contaminated soil/debris shall be transported to an on-site contaminated soil storage area designated by the CJ 7 Environmental Officer.  Any additional soil removal shall be at the request of the CJ 7 Environmental Officer or person designated by him and as directed by the ACO.  For all responses after removing 50 cubic yards of waste the clean-up goals shall be re-assessed by the CJ 7, ACO and the Contractor.  If significant additional quantities of waste require removal, the clean up shall be considered a major construction effort whose costs must be estimated separately.  Excavation of contaminated soil shall be conducted only after receiving a Dig Permit prepared by the Base Engineers.  Final disposal from the collection point shall be the responsibility of the government.

**3.21.3** This work shall include responses to releases of "common" hazardous materials which are considered to be building and vehicle maintenance related materials such as paint, POL products, antifreeze and battery acid. This work does not include removal of asbestos from buildings or structures. Response to releases of materials not considered to be "common" hazardous materials and/or asbestos removal shall be considered a major construction effort whose costs must be estimated separately.

## 3.22     Supply Support Activity Operations (SSA).

**3.22.1** The contractor shall operate a Direct Support Class II, III (P), and IV Supply Support Activity (SSA) at a government provided building on Bagram Airfield for U.S. military units and a General Support Class VII and IX SSA for all currently supported customers.  The contractor shall identify, sort and transport those supplies, materials and equipment that are obtained for or through the Contingency Contracting Office. The intent is for the contractor to receive and store non-Federal Supply Schedule items until such time as the Contingency Contracting Office can arrange for the pick-up and distribution of those items.  The contractor must also support an estimated 385 active customers and maintain an ASL of over 2300 lines.

19

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.22.2** The contractor shall provide SSA personnel augmentation services to include, at a minimum, identifying, cataloging, receiving, storing, issuing, packing/crating, shipping of supplies, material and equipment for all classes of supply, Direct Support (DS) and General Support (GS), as stated herein or as directed by the ACO.

**3.22.3** Equipment during Augmentation. During the augmentation phases, the government shall provide equipment to be operated by contractor personnel until such time as contractor acquired equipment is available. The contractor shall obtain equipment as required to perform the functions designated by the ACO. Upon assuming full responsibility for operation, the contractor shall have procured all necessary equipment unless otherwise specified.

**3.22.4** The contractor shall accomplish SSA Operations using the Government supplied SARSS-1, STAMIS and shall be in accordance with AR 710-2, DAPAM 710-2-1, DA PAM 710-2-2, and TM 743-220-1.

**3.22.5** The contractor shall operate a government provide Storage Section to receive, check-in, inspect, classify, store or warehouse, safeguard and issue non-expendable, durable, expendable, supplies and equipment to include Small Arms Repair Parts System (SARPS) IAW AR 710-2 and DA Pam 710-2-2.

**3.22.6** The contractor shall off-load all materials, supplies and equipment IAW AR 710-2.

**3.22.7** Contractor personnel operating MHE shall be licensed to operate the equipment.

**3.22.8** Receipts and turn-ins of all material, supplies and equipment will be accompanied by a complete set of documents IAW DA PAM 710-2-2 and that insure all receipts and turn-ins have a legible signature on the receipt document.

**3.22.9** The contractor shall notify the Army Accountable Officer /Property Book Officer of all receipts and turn-ins IAW AR 710-2.

**3.22.10** The contractor shall manage the ASL based on supported unit demands in accordance with applicable DOD Regulations.

**3.22.11** The contractor shall operate a turn-in point for unserviceable and non-repairable items.

**3.22.12** The contractor shall be capable of rigging, loading, palletizing and delivering equipment to the airfield for air movement forward of retrogrades and referrals during daylight shift hours

**3.23** **PBO Operations.**

**3.23.1** The contractor shall provide both organizational and installation property book support to Bagram U.S. Forces.

**3.23.2** The contractor shall provide unit assistance in establishing property book accounts and transfer to home station upon completion of tour.

**3.23.3** The contractor shall supervise the local purchase and report of survey systems, with the government appointing a government report of survey officer, as well as initiating and adjudicating all investigative actions and reports of survey.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**3.23.4** The contractor shall provide direct exchange support for OCIE to US forces personnel at Bagram Airfield.

### 3.24   Non-Tactical Vehicle (NTV) Maintenance Support.

**3.24.1.** The contractor shall provide organizational, direct support and general support level maintenance and repair services for Non-Tactical Vehicles (NTV's).  NTV's include but are not limited to, all terrain vehicles and both light and heavy commercial vehicles.

**3.24.2.** The contractor shall prepare and maintain automated maintenance records and provide reports as required.  The contractor shall prepare daily, weekly, and monthly reports as prescribed by regulations and higher headquarters.

**3.24.3.** The contractor shall support NTV operations with contact teams.

**3.24.4.** The contractor shall provide allied trade shops to include welding, fabrication, body, fender repair and auto-glass.

**3.24.5.** The contractor contact teams shall support the current requirement at fourteen (14) separate forward locations within 24-48 hour notice using government provided transportation assets (primarily helicopters).

**3.24.6.** The government will provide a vehicle density list by VIN/Serial with number/type of vehicles to be supported. Additions/deletions to this list will be made with ACO approval.

**3.24.7.** The contractor shall establish Parts Load Listing (PLL) for NTV's and ATV's IAW with the vehicle density listing.

**3.24.8** The government shall provide the contractor access to forward locations and use of existing maintenance equipment and facilities at forward locations.

**3.24.9** The government will provide Force Protection/Security for the contractor.

**3.24.10** HCN workers are not allowed at forward operating locations.

**3.24.11** The Contractor shall report NTV's that are not operational, or evaluated as non-economical to repair to the government immediately.

### 3.25        TMP Operations

**3.25.1** The contractor shall provide Transportation Motor Pool (TMP) operations and maintenance. The contractor shall provide all resources and management necessary to operate and maintain a TMP.  The contractor shall perform body repair and painting shop for all TMP vehicles.  All work shall be accomplished in accordance with Army regulations and standard business practices.  The government shall maintain authority for assigning allocation/distribution of TMP vehicles.

**3.25.2** These services are to be provided for the government provided density list. The number of vehicles may increase or decrease IAW Base Camp CDR/ACO direction and appropriate funding available. Services provided are dispatching and those activities that maintain the

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

vehicle in safe operating condition and maintaining its mechanical efficiency.

**3.25.3** Wash Rack Operations.  The contractor shall construct, operate and maintain a wash rack for both tactical and non-tactical vehicles.  The wash rack shall be open 12 hours per day, 7 days per week, and capable of providing 24 hours per day, 7 days per week as directed by the ACO. Drainage and cleanliness must be maintained.  The wash rack shall be available to all authorized users during regular working hours.  The contractor shall furnish cleaning supplies to include rags and cleaning solutions.  The contractor shall maintain all equipment associated with the wash rack to include but limited to: hard stands, steam cleaners, generators, pumps, water tanks and hoses.

**3.26**        **DS Maintenance**

**3.26.1**     The contractor shall perform direct support (DS) maintenance and back-up organizational maintenance to 130-145 units stationed at Site 2 IAW applicable Army Regulations (i.e. DA-PAM 738-750, AR 750-1, AR 710-2, DA-PAM 710-2-1). These services shall be provided for the unit-owned non-tactical and tactical vehicles and equipment to support the government density list.

**3.26.2**     The contractor shall repair power generation equipment, engineer equipment, and automotive components to include heating vacuum and air conditioning per government provided density list.

**3.26.3**     The contractor shall obtain the tools, materials and provide the labor necessary to perform tasks/missions (recover vehicles, repair/replace tires) not provided by the government as GFE.

**3.26.4**     The contractor shall be capable of providing allied trade services such as fabrication, metalworking, machining, welding, and cutting.

**3.26.5**   The contractor shall produce utilization reports and provide other reports currently provided to higher headquarters via ULLS-G and the SAMS 1 STAMIS system.

**3.26.6**     The contractor shall be provided with adequate facilities for the proper repair of non-tactical and tactical vehicles.

**3.26.7**     The contractor shall perform scheduled maintenance and unscheduled repair support.

**3.26.8**   The contractor shall order and manage the delivery of all required repair parts using standard Army automated requisitioning systems where possible and using non-standard PR&C processes, within applicable regulations, when not.

**3.26.9**   The contractor shall provide Tire Repair/Balancing and alignment capability.

**3.26.10**    The contractor shall meet all HAZMAT requirements associated with these services IAW current regulations.

**3.26.11**    The contractor shall provide means to recover disabled Tactical and Non-Tactical vehicles. The contractor shall only respond to emergencies off camp if directed by ACO and

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

escorted by military personnel for the protection of U.S. personnel and equipment.

**3.26.12**   The contractor shall provide lift capability (i.e. to replace engines) of at least 5000lbs.

**3.26.13**       The contractor shall be prepared to provide organizational level maintenance to units that did not deploy with this capability.

**3.26.14**   The contractor shall provide maintenance for appliance items to include but not limited to: installation owned DFAC equipment, washers and dryers belonging to the installation and other installation owned appliances as directed by the ACO.

**3.26.15**   The contractor shall provide maintenance to countermine equipment to include but not limited to: DOKING; BOZENA; CASIPERS; Interim Vehicle Mounted Mine Detector (IVMMD); Buffalo Mine Protected Vehicle; Aardvark Joint Service Flail Unit; RG-31 Mine Protected Vehicle; Berm Sifter; Hydrema Medium Flail; Mini-Flail; Matilda; F1A4 Minelab, Handheld Standoff Mine Detection System (HSTAMIDS) and MineCat-Heavy Tiller.  Please note that when Non-Mission Capable (NMC) that the HSTAMIDS; F1A4 Minelab, and Matilda shall be retrograded by the contractor to CONUS per ACO instructions.

Supplementary information on some specific countermine equipment is provided below:

a.       Interim Vehicle Mounted Mine Detector (IVMMD):
Description: The IVMMD system consists of a Meerkat, Husky, Redpack trailer and mine detonation trailer (MDT).  The Meerkat locates the mines buried under the road surface and marks them with ink.  The Husky then pulls A MDT trailer over it to detonate the buried mine. The Redpack Trailer is a parts trailer that is pulled in tandem and has the needed replacement parts for equipment damaged by mines.
Special Maintenance Equipment Needed:  Basic issue items, general mechanics box.
Special Instructions: It is made in South Africa by Dorbyl Limited and they are the
sole source of most parts; engine parts are made by Mercedes.

b.       Buffalo Mine Protected Vehicle:
Description:  The Buffalo is a hardened vehicle with mine lifting ability. It has a
hydraulic arm that lifts buried mines from the roads surface. The cab has a monitor and the arm is equipped with a camera to carefully lift mines and place them off of the roads surface.
Special Maintenance Equipment Needed: General mechanics tool kit, ¾-1 inch drive socket set, 600lb torque wrench.
Special Instructions: Manufactured by TSG industries Canada/ US. TSG is the sole source of body parts, Engine parts are manufactured by MACK
Address:       TSG
                  1360 Truxton Ave.Suite 100
                  S. Charleston, NC 29405
                  Tele.  (843) 740-7015

c.       Aardvark Joint Service Flail Unit:
Description:  The Aardvark is a mine-clearing flail on a tracked chassis. It has wheels for transportation but the tracks must be put on prior to mine clearance.

Special Maintenance Equipment Need:  Basic Issue Items.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

Special Instructions: Made by Aardvark Clear Mine Ltd. of Scotland, they are the sole source of parts; Engine is manufactured by Ford / New Holland

Address:       Aardvark Clear Mine Ltd.
               Shevock Estate
               Insch, Aberdeenshire
               Scotland AB52 6XQ

               Tele. (01464) 820122
               e-mail:  aardmine@netcomuk.co.uk

d.      RG-31 Mine Protected Vehicle:
Description:  The RG-31 is an armored vehicle. It is manufactured by Alvis.
Special Maintenance Equipment Needed: Basic Issue Items.
Special Instructions: Manufactured by Alvis OMC in South Africa; Alvis is the sole source of most parts; specialty engine is made by Mercedes and stocked by Alvis.

Address:       Alvis OMC
               Barnsley Road, Private Bag X049
               Benoni 1500
               Gauteng, RSA

               Tele.  2711 747-3300

e.      Berm Sifter (ROTAR):
Description:  The Rotar is a built on a standard military MW-24C. The rotary bucket and air conditioning and ballistic glass are the only additions.  The rotary bucket spins or sifts dirt and debris and is meant to separate mines from piles of dirt.
Special Maintenance Equipment Needed: General mechanics toolbox
Special Instructions: Parts for the loader are procured through normal military supply. The A/C, Glass and rotar are procured individually from applicable suppliers.

f.      Matilda:
Description: The Matilda is a remote control robot. It has a camera mounted to view unclear/unknown areas (i.e., caves, bunkers).
Special Maintenance Equipment Needed: Not authorized repairs at this level.
Special Instructions: Unit must be sent to Redstone Arsenal for repairs.

Address:       Ground Vehicles/Systems Joint Project Office
               Bldg 3221
               Redstone Arsenal, AL 35898

g.      H-STAMIDS:
Description: Handheld mine detector
Special Maintenance Equipment Needed: Not authorized repairs at this level
Special Instructions: Units must be sent to Cyterra for all repairs

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

h.    DOKING:
Description: Medium mine clearing flail, not yet fielded.
Special Maintenance Equipment Needed: Unknown at his time/unit not yet fielded.
Special Instructions: To be fielded by Redstone Arsenal in the future.

**3.26.15.1**    Operator level maintenance shall be performed by the government. Service manuals and parts manuals will be provided as GFE. The procurement of any repair parts that requires approval or routing through a government project office (e.g. Redstone Arsenal, PM Countermine, Robotics Project Office, etc.) remains the responsibility of the government. Operator through DS level training for Contactor maintenance personnel will be made available from each Original Equipment Manufacturer (OEM).  Contractor shall coordinate said training with the ACO.

**3.27    Directorate of Public Works (DPW).**

**3.27.1**    The contractor shall provide the following administrative and Civil Engineering functions for Bagram Air Base.

**3.27.2**    The contractor shall operate and perform functions as a Help Desk/Service Order/Work Order office. These functions include but are not limited to:

**3.27.2.1**    Maintain the AUTOCAD electronic map database for Bagram Air Base. The contractor shall accept customer map requests, process the requests and produce maps. They shall update the map database as new facilities are added to the base or existing facilities/infrastructure become known.

**3.27.2.2**    Accept and process all dig permits to ensure excavations are managed so as to avoid damage to any operational communication or electric power networks.

**3.27.2.3**    Accept Class IV material requests, place orders Class IV materials through the Installation DODAAC and manage the community self-help program. Contractor shall stock, control and distribute construction materials to support approved self-help type projects or any other approved repair, maintenance, alteration, retrofit, remodel or renovation action.

**3.27.2.4**    Accept, process and execute approved work orders.  Work orders are defined as minor repair, maintenance, alteration, retrofit, and remodel or renovation actions. They are distinguished from major projects because they do not include cost estimates, design, drawings or a detailed statement of work.

**3.27.3**    The contractor shall provide all tools and equipment for this effort with the exception of the GFE identified under section 4.0 of this SOW; and all sets-kits-outfits to conduct plumbing, masonry, carpentry and electrical maintenance, repair, renovation, remodeling, retrofit that supports 3.27.2.4 above.

**3.28    Movement Control and Arrival/Departure Control Group.**

25

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

The contractor shall perform the mission of Movement Control Team (MCT), Arrival /Departure Airfield Control Group (A/DACG), Cargo Documentation Team (CDT), and Material Handling Equipment (MHE) to include Container Handling Equipment Operation (CHE) at or above existing levels.  The MCT services include but are not limited to: providing qualified and HAZMAT certified load planners with a proper security clearance.  The A/DACG services include but are not limited to: processing of vehicles, cargo, pallets, and other request from units departing or arriving.  The CDT services include but are not limited to: receiving, accounting, inventorying, distributing, consolidating and preparing for shipment of Class II, IIIP, IV, VI (S), VII and IX, miscellaneous US Army cargo, commercial cargo and unit equipment.  The MHE/CHE services include but are not limited to: RTCH operation, post container support and organizing container yard.  All of the major equipment moving vehicles will be Government Furnished Equipment (GFE).  The contractor shall coordinate with the Joint Logistics Command for available Government Furnished Equipment.

**3.28.1   General -** The contractor shall operate within the Joint Logistics Command Movement Control Center and shall perform on 24/7-day basis.  The contractor shall prepare and submit daily reports and attend daily meetings as required. All MCT personnel must have a security clearance.

**3.28.2  Equipment** - Brown and Root shall procure 6 ea Laptop Computers.  Computers shall be used for NIPR connections.  The US government will provide necessary SIPR computer assets with Internet hookup in a secure US government location.  Also the contractor shall be able to query internet to gain In-Transit Visibility (ITV) through systems such as the Global Transportation Network (GTN), the Global Decision Support System (GDSS), Single Mobility System (SMS) and Joint Total Asset Visibility (JTAV) and Global Air Transportation Execution System (GATES).  Also, be able extract data, i.e. Time Phased Force Deployment Data (TPFDD), from various classified sites.

The government will provide for use the following equipment:

1. 4 each -10k Extended Reach Forklift.

2. 1 each- Rough Terrain Container Handler (RTCH)

3. 2 each -Truck Tractors with 40 ft flatbed trailers

**Note: items 1, 2, and 3 are listed for reference and are not an additional requirements to GFE listed in paragraph 4.0.**

**3.28.3   Organization**

3.28.3.1  Within Movement Control Team/Arrival Departure Control Group the contractor establish a Surface Section whose duties include but are not limited to:

3.28.3.2       Using classified and non-classified automation systems to track containers through the Defense Transportation System.

3.28.3.3       Maintain capability for ITV of containers and equipment being shipped via surface to and from locations within the area of operations of Uzbekistan, Kyrgyzstan, Afghanistan, and Pakistan.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

3.28.3.3.1  Coordinate with the Class I Section of the JLC MCC to ensure:

3.28.3.3.2  The priority of containers dispatched matches the needs and storage capability of the individual base camps.

3.28.3.3.3  The management of refrigerated and dry containers and generators held on each post.

3.28.3.3.4  Maintain and Monitor designated container yard.

3.28.3.3.5  The contractor shall offload inbound containers and upload empty container for retrograde.

3.28.3.3.6  Escort to designated areas all host country or third country national trucks, truck drivers and their occupants for safety and security purposes.

3.28.3.3.7  Maintain visibility of all government owned or leased containers on Bagram Air Field (BAF).

3.28.3.3.8  Maintain a serial number list of all government owned or leased containers on BAF and supported firebases.

3.28.3.3.9  Maintain visibility of Refrigerated Vans (REEFER) and Generator Sets.

3.28.3.3.10    The contractor shall establish an Air Section within the MCT/ADACG organization whose duties include but are not limited to:

3.28.4   The contractor shall establish an Air Section within the MCT/ADACG organization whose duties include but not limited to:

3.28.4.1    Use classified and non-classified automation systems such as GDSS, GATES, GTN, and SMS to track aircraft through the Defense Transportation System.

3.28.4.2    Maintain visibility all intra-theater and strategic air movements.

3.28.4.3    Process and maintain visibility of all Joint Movements Center (JMC) requests for airlift originating in the CJTF-180 area of responsibility.

3.28.4.4    Request to move cargo and passengers for air movement IAW MCC SOP.

3.28.4.5    Assist units in the preparation of shipment documentation of shipment documentation and cargo preparation.

3.28.4.6    Validate all US Army air movements through the Deployment Support Team (DST)/J4.

3.28.4.7    Manifest passengers.

3.28.4.8    Provide flight information.

27

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

3.28.4.9        Expedite high priority cargo at various nodes.

3.28.5   The contractor shall establish a Arrival/Departure Control Group (A/DACG) Section whose duties include but are not limited to:

3.28.5.1        The A/DACG section shall generate load plans for all flights leaving (BAF) Bagram Air Field.

3.28.5.2        The A/DACG section shall generate Radio Frequency (RF) tags for all cargo leaving BAF.

3.28.5.3        The A/DACG section shall generate military shipping labels that include (TCNs) Transportation Control Numbers and ensure that all cargo is labeled.

3.28.5.4        The contractor shall ensure that the appropriate A/DACG person(s) are trained and qualified to prepare the HAZMAT shippers declaration form(s) used for HAZMAT shipments.

3.28.5.5        The contractor shall weigh and mark all cargo leaving BAF.

3.28.5.6        The contractor shall monitor and inventory all cargo in the designated outbound yard.

3.28.5.7        The contractor shall maintain close coordination with the US Air Force Air Terminal Operations Center (ATOC) to ensure that joint inspections are completed and cargo/equipment is properly prepared for shipment and that cargo/equipment is moved onto the (TRIPLE R) Rapid Runway Repair i.e. the ATOC outbound cargo yard for onward movement

3.28.6   Cargo Documentation Section:

3.28.6.1   Document all air inbound and outbound cargo by the Transportation Control Number.

3.28.6.2 Document all cargo leaving the inbound yard.

3.28.6.3        Transport and deliver cargo to the customer and retrieve pallets IAW supply, property and standard operating procedures.

**3.29        Class V Operations (ASP)**

The contractor shall operate and maintain the Ammunition Storage Point (ASP) providing appropriate storage and security of ammunition.  The contractor shall receive, store, pack/crate, ship retrograde, inspect, re-warehouse and ensure that contractor personnel are certified IAW AF MAN 24-204 in order to sign off on a shipper's declaration of dangerous good, perform aforementioned duties and issue all Class V as needed.  The contractor shall support maintain the number of DODICs at 164 or as directed by the ACO and support US and Coalition forces in the vicinity of Bagram Airfield (BAF) or as directed by the ACO/PCO.  The contractor shall perform operations on a 24/7 basis.  The contractor shall perform quarterly ammunition inventories and required inspections in accordance with DOD and DA regulations.  The

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

contractor shall maintain munitions and explosive safety standards IAW US Army Regulation 385-64.  The contractor shall also warehouse, pack, re-pack, crate, handle, move and ship ammunition IAW with directives from the JLC.  Also, the contractor shall keep all appropriate records and perform minor maintenance in support of ammunition surveillance personnel.  The Accountable Officer shall be either a US government employee or US military personnel.

The following table is for reference only and is not a requirement over and above GFE listed in paragraph 4.0.

The US government will provide the following as government furnished equipment (GFE):

| GOVERNMENT FURNISHED EQUIPMENT | |
|---|---|
| QUANTITY | NOUN NOMENCLATURE |
| 1 EACH | PLS WITH TRAILOR&12 Flat Racks |
| 1 EACH | SAAS-MOD |
| 1 EACH | CAISI - |
| 1 EACH | Ordnance Took Kit |

### 3.30    Waste Water Management and Sewage Management.

**3.30.1**  The contractor shall operate and maintain a US government constructed sewage lagoon to treat an affluent flow of 600,000 gallons per day for Bagram Air Field.  The US government will provide the location, site preparation, construct lagoon and erect a 10-foot perimeter fence.  The contractor shall line the lagoon with a plastic liner and shall procure and set up the automatic aerators, controls, portable generators, the electrical items necessary and 10 foot overflow pipe.

**3.30.2**  The contractor shall furnish all labor, supervision, tools, materials, equipment, incidental engineering, and transportation necessary for the operation, maintenance, and repair of the waster water collection systems, pumping stations, and treatment facilities in accordance US Army and US government regulations. The work shall include collection and treatment of wastes to include black and gray water, corrective and preventive maintenance, minor maintenance and repair, operation of wastewater treatment facilities.

### 3.31    Flight Line Debris Removal and Sweeping Operations.

The contractor shall remove debris and conduct sweeping operations at Bagram Air Field.  The contractor shall use a Tymco Sweeper or like equipment that has brushes and vacuum pump and nozzles that remove dirt, rocks and debris from airfield surfaces. The contractor shall receive Government Furnished Equipment to include two Tymco Sweepers until such time as the contractor is able to procure such equipment.  The contractor shall operate between 0700 to 1600 HRS daily and be on call 24 hours per day.  Areas of responsibility shall be: Entry Control Points; Taxiways; Ramps; Parking Lots; Emergency Access Roads; and Parallel and Active Runways.  The contractor shall be responsible for operator preventive maintenance checks and services (PMCS) to include: checking all fluid levels daily; checking tire pressure monthly or as needed; change hood/broom curtains; change skid plates and inspection of hopper door seals, suction/discharge tubes and maintenance and cleaning of all pickup hood adjustments including sprinkler nozzle.

### 3.32    Road Debris, Dust, Snow and Ice Removal and Clearance.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

The contractor shall provide all management, tools, supplies, equipment and labor necessary to ensure that snow/ice removal services are performed at Bagram Airfield in a manner that shall maintain a safe environment.  The contractor shall remove snow and ice from all paved surfaces to include but not limited to those roads and areas named: Disney Road, Echo Way and Four Corners.  Other roads and areas are to be cleared at the direction of the ACO/PCO.  The contractor shall remove ice to provide secure footing or safe driving conditions by  snow removal operation, or by sanding and/or salting.  The contractor shall provide a dust suppression and debris removal service on paved surfaces by which debris, dust and/or dirt shall become neither a driving hazard nor nuisance.  The base commander will establish priorities for snow and ice removal and the contractor shall proceed at the direction of the ACO.  Priorities might include: airfield, airfield taxi way, airfield access roads, paved roads and other areas as directed by the ACO.  The contractor shall provide, maintain and place sand barrels in areas directed by the ACO/PCO.  The contractor shall keep the barrels full of sand throughout the winter season or as directed by the ACO/PCO.  The contractor shall replace or repair any damaged barrels or lids.  The contractor shall be available 24/7 to respond to emergencies.  The contractor shall respond to emergencies outside of Bagram Air Field base camp at the direction of the ACO/PCO.


**3.33    POL Quality Surveillance/Testing Operations Laboratory.** The contractor shall establish, operate, and maintain a quality surveillance and quality assurance program, including the testing of, all petroleum, oils, and lubricants (POL) in support of the Joint Logistics Command and CJTF-180's mission and as directed by ACO in accordance with Military Standard 3004, FM 10-67-1, and FM 10-67-2.  The contractor shall be available to perform operations on a 24/7 basis.  The contractor shall perform correlation testing upon establishment of operations and annually thereafter.  Operations include, but are not limited to: determining quality surveillance requirements as per DOD; Department of Army (DA), and Air Force (AF) regulations, receiving samples, obtaining samples from procurement sources, directing laboratory operations in testing procedures, reporting findings in accordance with the most up-to-date American Society for Testing and Materials (ASTM) annual test methods, identify sources and types of contamination and deterioration and make recommendations for reclamation and disposition, furnish required quality surveillance reports as directed by the ACO or base commander, perform organizational and preventive maintenance and calibration on laboratory equipment, ensure adherence to laboratory fire and safety procedures applying principles of Occupational Health and Safety Act (OSHA) and EPA regulations.  Additionally, the contractor shall plan, coordinate, and inject required additives into fuel as directed by the ACO or base commander; the contractor shall maintain a stockage level of 60 days-of-supply (DOS) of all additives to be injected and all chemicals used for testing.  The contractor must store all hazardous materials in accordance with host nation and base commander's guidance and at directions of the ACO.  The government will provide the following equipment that is currently installation property.  Contractor shall coordinate with the ACO and LSU Planner to ensure that any work herein is not a duplication of work that the contractor is required to perform under another task order.  The following table is for reference only and is not intended to be an additional requirement to table 3.33 listed in para 4.0:

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

## Table 3.33 Government Furnished Equipment for POL Quality Surveillance/Testing

| NOUN NOMENCLATURE | Quantity | LIN/NSN |
|---|---|---|
| M923A2 (5-TON CARGO) | 1 | X40794/2320-01-230-03007 |
| M998 (HMMWV CARGO) | 1 | T61494/2320-01-107-7155 |
| LAB, POL SEMI-TRAILER | 1 | L33800/6640-00-538-2736 |
| ADDITIVE INJECTOR | 2 | PP0003/4930-01-418-2694 |
| GENERATOR SET, 60KW | 1 | G78306/6115-01-317-2134 |
| COMPUTER, DESKTOP | 1 | 70209N/7022-01-Z01-0350 |
| COMPUTER, DESKTOP | 1 | 70209N/7022-01-Z03-0003 |
| MONITOR, COMPUTER | 2 | MM0000/7025-01-Z04-0004 |
| PRINTER, LASER | 1 | 70236N/7025-01-Z96-0889 |

**3.34**   **Help Desk-Network, Hardware and Software**.  The contractor shall operate and maintain a help desk that operates 24 hours/7 days per week, providing troubleshooting processes to customers for NIPR and SIPR computer software issues.  This shall include base lining the systems by applying software and software patches as needed.  The Contractor shall operate and maintain the work order/line of service database process for both telephone and computer networks.  Any work orders generated will be provided to a designated government representative who will determine/notify the appropriate repair service.

3.34.1 Contractor personnel shall require a clearance of "Secret" and must be U.S. Nationals.  They shall work in a Government secured and furnished facility using government provided software and hardware to accomplish the mission.

3.34.2 Contractor personnel must be capable of providing software assistance in the following software applications: Outlook; Word, Excel; Access; FrontPage; Form Flow and Info Work Space.

**3.35**   **Transportation and Shuttle Bus Service.**  The contractor shall provide a troop shuttle bus service and transportation service at site 2 in support of the RSO&I mission. The shuttle bus routes and schedule will be operated 12 hours daily.  The contractor shall be responsible for transportation of troops and equipment to and from both Alpha and Foxtrot sod to other site 2 locations on a scheduled and non-scheduled basis and at the direction of the ACO.  This includes but is not limited to, movements to and from the ADACG; hospital, post exchange, DS Maintenance, Supply Support Activity, OCIE, and BASEOPS.  The contractor shall transport all cots, tables, chairs, and all other items and equipment needed to establish and maintain both Alpha sod and Foxtrot sod during the RSO&I mission.

**4.0**    **Government Furnished Equipment**
**The government will furnish the following equipment:**

**4.1**  The government will provide the following: STORES Hardware and Software; FAS Hardware and Software; All rations and meals; All fuels; Force Provider Module (minus); Bags,

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

hoses, fittings and all 350 GPM water pumps to support ROWPU and water distribution mission; All equipment necessary to store a minimum of 8-day supply of fuel; Fuel Bags, hoses, fittings, pumps and filter sep.; Fire fighting vehicles; Field showers; Internet Café with computers and NIPR net connections.

**4.2** The government will provide all ice snow removal equipment until arrival of contractor procured equipment.

**4.3** The following tables are a summary of Government Furnished Equipment in addition to paragraphs 4.1 and 4.2.

**Table 4.1**  **SUMMARY OF GOVERNMENT FURNISHED EQUIPMENT**

| NUMBER | PARAGRAPH | NOUN / NOMENCLATURE | QUANTITY |
|--------|-----------|---------------------|----------|
| 1 | 3.1 | Large Area Maintenance Shelters | 3 each |
| 2 | 3.1 | "Fest" tents | 27 each |
| 3 | 3.7 | Commercial Forklifts for CL 1 | 4 each |
| 4 | 3.9.12.9 | Biometric Laptops | 18 each |
| 5 | 3.9.12.9 | Digital Cameras | 6 each |
| 6 | 3.9.12.9 | Finger Print (FP) Readers | 25 each |
| 7 | 3.9.12.9 | Iris Readers | 8 each |
| 8 | 3.9.12.9 | Badge Printers | 6 each |
| 9 | 3.9.12.9 | Barcode Readers | 20 each |
| 10 | 3.9.12.9 | Signature Pads | 10 each |
| 11 | 3.9.12.9 | Cross Match FP | 10 each |
| 12 | 3.12 | Bed Mercedes Truck – Water | 3 each |
| 13 | 3.12 | 3k Reverse Osmosis Water Purification Units | 2 each |
| 14 | 3.12 | 150 Reverse Osmosis Water Purification Unit | 1 each |
| 15 | 3.14 | Fuel Bags | 2 each |
| 16 | 3.26 | SAMS 1 Box | 1 each |
| 17 | 3.26 | ULLS Computers with Software | 2 each |
| 18 | 3.28.2 | 10k Extended Reach Forklift | 4 each |
| 19 | 3.28.2 | Rough Terrain Container Handler (RTCH) | 1 each |
| 20 | 3.28.2 | Truck Tractor with 40 ft Flatbed Trailers | 2 each |
| 21 | 3.29 | PLS with Trailer and 12 Flat Racks | 1 each |
| 22 | 3.29 | SAAS-MOD | 1 each |
| 23 | 3.29 | CAISI- | 1 each |
| 24 | 3.29 | Ordnance Tool kit | 1 each |
| 25 | 3.30 | Force Provider SST Trailers | 2 each |
| 26 | 3.30 | Non-Potable Water Distribution Tanks | 3 each |
| 27 | 3.33 | M923A2 (5-TON CARGO) | 1 each |
| 28 | 3.33 | M998 (HMMWV CARGO) | 1 each |
| 29 | 3.33 | LAB, POL SEMI-TRAILER | 1 each |
| 30 | 3.33 | ADDITIVE INJECTOR | 2 each |
| 31 | 3.33 | GENERATOR SET, 60KW | 1 each |
| 32 | 3.33 | COMPUTER, DESKTOP | 1 each |
| 33 | 3.33 | COMPUTER, DESKTOP | 1 each |

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

| 34 | 3.33 | MONITOR, COMPUTER | 2 each |
| 35 | 3.33 | PRINTER, LASER | 1 each |

**Table 4.2   SUMMARY OF GOVERNMENT FURNISHED EQUIPMENT PROVIDED UNTIL CONTRACTOR CAN AQUIRE**

| NUMBER | PARAGRAPH | NOUN / NOMENCLATURE | QUANTITY |
|--------|-----------|---------------------|----------|
| 1 | 3.14 | Tank and Pump Unit (TPU) | 2 each |
| 2 | 3.14 | 5k Tankers | 3 each |
| 3 | 3.26 | HEMTT Wrecker | 1 each |

## 5.0   PERIOD OF PERFORMANCE

**5.1**   The contractor shall begin performance upon receipt of the Notice to Proceed from the PCO.  The period of performance shall be for an initial period of 365 days.  The actual dates of the period of performance are as stated in the task order (or subsequent modification).

## 6.0   DELIVERABLES.

**6.1**   Daily Situation Reporting.  The contractor shall provide Daily Situation Reports in electronic format (e-mail/FTP) to the PM LOGCAP, PCO, ACO and the Base Camp Commander.  These reports shall state areas of concern, updated schedules, or other information needed to identify work progress.  An Equipment Deadline Report (DA Form 2406 format), a summary of all VIP visits and/or briefings, maintenance actions, and any other significant activities impacting current or future operations of the equipment.

**6.1.1**   The contractors shall present all Standard Operation Procedures (SOP's) for review to the ACO or designated government representative upon request.

**6.2**   Briefings, Minutes and Trip Reports.  The contractor shall electronically provide by (e-mail/FTP) to the LOGCAP PM, PCO/ACO a copy of all briefings given by or to the Contractor.  Slides and items prepared by the contractor shall be approved by the PCO/ACO prior to presentation.  Minutes of meetings, conferences, or trip reports related to the SOW shall be forwarded to the PCO/ACO within seven (7) calendar days of completing the meeting, conference or trip.  Those minutes or trip reports shall be in sufficient detail to identify dates, locations, points of contact, attendees, directions received, areas of concern and items of interest identified at the meeting or on the trip.  The contractor shall attend and participate in meetings and conference on Force Provider and Airfield Operations and actions conducted at the base camp and at higher headquarters as directed by the PCO/ACO.  Travel cost in excess of those items included in the proposal for this effort will be identified to the PCO/ACO and a Cost Proposal submitted for approval prior to executing any travel.

**6.3**   **Cost Reporting.**   The contractor shall perform all cost reporting in accordance with the basic task order.

**6.4**   **Reviews.**   Progress and performance reviews will be conducted on a monthly basis at the site.  The reviews will be conducted by the ACO and attended by the LOGCAP Planner/ representative, and be presented to the Task Force/Base Camp Commander and tenant units.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**7.0**   **NEW AND/OR ADDITIONAL WORK**

**7.1**      Contract Cost Control.

**7.1.1**   All costs in excess of those items included in the proposal for this effort will be identified to the PCO/ACO and a cost proposal submitted, by the contractor, for approval prior to executing any additional work requirements.

**7.1.2**   All new work requirements will be detailed in a SOW from the LOGCAP LNO to the PCO/ACO.  A cost proposal will be submitted, by the contractor, and approved prior to execution.

**8.0**   **CONTRACTOR PERSONNEL REQUIREMENTS**

**8.1**      Security Clearance Requirement.  Secret clearance is required for the site manager.

**8.2**      Allowances.  Contractor's personnel that are authorized by the Task Force Commander will reside in the Army's base camp.  The Government will furnish rations, water, ice, laundry and bath, and medical support.  The contractor's personnel shall have access to the AAFES and MWR facilities.  These personnel will live under field conditions.

**8.3**      Compliance.  The contractor shall ensure compliance with any applicable regulations, security and force protection requirements.

**8.4**      Personnel Screening.  The contractor shall screen all employees to ensure they do not have criminal records with their home country.

**8.4.1**   Prior US military personnel shall be screened for military service criminal offenses.

**8.4.2**   Medical Screening.  Personnel shall receive appropriate medical screening prior to employment.

**8.4.2.1**   This screening shall include infectious diseases, at a minimum but not limited to, tuberculosis, typhoid fever and hepatitis A.

**8.4.3**   The contractor shall, to the maximum extent possible but consistent with force protection requirements, hire the local national personnel that are currently employed by the government at site 2.  These personnel are subject to the same screening requirements as stated in paragraph 8.4 of this SOW.

**9.0**   **Team LOGCAP Support**

**9.1**      The contractor shall provide administrative and life support to all Team LOGCAP members that are not being supplied by an AMC Logistics Support Element.

**9.1.1**   Team LOGCAP includes all of the following personnel in support of the LOGCAP mission relating to this task order:  Army Materiel Command, Army Corps of Engineers, and Defense Contracting Management Agency.  Also included are contractor personnel in support of the LOGCAP mission.

**Contract No. DAAA09-02-D-0007**
**Task Order: 0013**
**As of: 6 March 2004**

**9.1.2**      The contractor shall obtain approval for all support requirements from the ACO in coordination with the senior LOGCAP representative at the site.

**9.1.3.**      The contractor shall provide one (1) non-tactical vehicle to support LOGCAP Planners.  The contractor shall service and maintain the vehicle.

**9.1.4**      The contractor shall issue items procured for Team LOGCAP to either the ACO or the senior LOGCAP representative at the site.