# Exhibit N

## ORDER FOR SUPPLIES OR SERVICES

| | | | | Page 1 Of 6 |
|---|---|---|---|---|
| | | | | **5. Priority** |

| 1. Contract/Purch Order/Agreement No. | 2. Delivery Order/Call No. | 3. Date Of Order/Call (YYYYMMDD) 2002 SEP 29 | 4. Requisition/Purch Request No. SEE SCHEDULE DOC9 | |
| DAAA09-02-D-0007 | 0014 | | | **8. Delivery FOB** |

**6. Issued By**    Code  W52P1J
HQ OSC
AMSOS-CCF
DICK TERENE (309) 782-8582
ROCK ISLAND, IL 61299-6000
BLDG 350
EMAIL: TERENEDOSC.ARMY.MIL

**7. Administered By (If other than 6)**  Code  E4404A
DCMC SAN ANTONIO
615 EAST HOUSTON STREET
P O BOX 1040
SAN ANTONIO TX 78296-1040

SCD A    PAS NONE    ADP PT W52P1J

☐ Destination
☒ Other
(See Schedule If other)

**9. Contractor**  Code  1YY37    Facility
Name and Address
BROWN & ROOT SERVICES
A DIV OF KELLOGG BROWN & ROOT INC.
4100 CLINTON DRIVE
HOUSTON, TX 77020-0000

TYPE BUSINESS: Large Business Performing in U.S.

**10. Deliver To FOB Point By (Date)** (YYYYMMDD)
SEE SCHEDULE
**12. Discount Terms**

**11. X If Business Is**
☐ Small
☐ Small Disadvantaged
☐ Woman-Owned

**13. Mail Invoices To the Address In Block** See Block 15

**14. Ship To**  Code
SEE SCHEDULE

**15. Payment Will Be Made By**  Code  HQ0339
DFAS COLUMBUS CENTER
DFAS-CO/WEST ENTITLEMENT OPERATIONS
P.O. BOX 182261
COLUMBUS, OH 43218-2317

Mark all Packages and Papers with Identification Numbers in Blocks 1 and 2

**16. Type of Order**

| Delivery/Call | X | This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|
| Purchase | | Reference your ☐ Oral; ☐ Written Quotation _____ , Dated _____ furnish the following on terms specified herein. Acceptance. The Contractor Hereby Accepts The Offer Represented By The Numbered Purchase Order As It May Previously Have Been Or Is Now Modified, Subject To All Of The Terms And Conditions Set Forth, And Agrees To Perform The Same. |

Brown & Root Services          Mary L Wade          Mary L Wade          02 09 28
**Name Of Contractor**    **Signature**    **Typed Name And Title** Contracts Manager    **Date Signed** (YYYYMMDD)

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**    SEE SCHEDULE

| 18. Item No. | 19. Schedule Of Supplies/Service SEE SCHEDULE CONTRACT TYPE: Cost-Plus-Award-Fee | 20. Quantity Ordered/ Accepted* | 21. Unit | 22. Unit Price | 23. Amount |
|---|---|---|---|---|---|
| | KIND OF CONTRACT: Service Contracts | | | | |
| | | | | **25. Total** | $400,000.00 |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

**24. United States Of America**
By: Mary Beth Watkins   29 SEP 02
MARY BETH WATKINS
WATKINSMEOSC.ARMY.MIL (309) 782-6061
**Contracting/Ordering Officer**

**29. Differences**

| 26. Quantity In Column 20 Has Been | | | | 27. Ship. No. | 28. D.O. Voucher No. | 30. Initials |
|---|---|---|---|---|---|---|
| ☐ Inspected  ☐ Received  ☐ Accepted And Conforms To Contract Except As Noted | | | | ☐ Partial ☐ Final | **32. Paid By** | **33. Amount Verified Correct For** |
| _____ Date    Signature Of Authorized Govt Representative | | | | **31. Payment** | | **34. Check Number** |
| 36. I certify this account is correct and proper for payment | | | | ☐ Complete ☐ Partial ☐ Final | | **35. Bill Of Lading No.** |
| _____ Date    Signature And Title Of Certifying Officer | | | | | | |
| **37. Received At** | **38. Received By** | **39. Date Received** | | **40. Total Containers** | **41. S/R Account Number** | **42. S/R Voucher No.** |

DD Form 1155, Jan 1998                     Previous edition may be used

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 2 **of** 6 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0014       **MOD/AMD** | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

SUPPLEMENTAL INFORMATION

1.  The SOW entitled "SOW For Transition of Authority For Water Packaging System/Consolidated Ice Plant (WPS/CIP), Government Furnished Equipment (GFE), and Contractor Acquired Items at Fort Polk, LA" dated 17 September 2002 is hereby incorporated (attachment 001).

2.  The Period of Performance for Site 3 WPS/CIP effort is to be 90 days (approximately 30 Sept 02 through 31 Dec 02).  Full funding is provided for this effort.

3.  This is a Cost Plus Award Fee Task Order.

4.  This task order funds this effort for $400,000.00 of which the contractor is allowed to incur costs Not To Exceed (NTE), a ceiling amount of $388,350.00.  The remaining $11,650.00 is set aside as follows:  $3,884.00 for base fee and $7,766.00 for award fee.

5. The total Award Fee for this effort shall be established at time of definitization. Award Fee will be determined in accordance with the Award Fee Evaluation Criteria included in Section H, Special Contract Clauses of the basic contract. The key activities include but are not limited to: activation, subcontracting, transportation mobilization/demobilization, logistical support, surveying, site visits, timely completion and distribution of reports. Specific activities may be established when Contractor provides the government the Project Schedule for the event per Basic Contract SOW paragraph 1.15.

6. The Government shall not be obligated to reimburse the contractor for costs incurred in excess of the estimated cost set forth above and funded, and the contractor shall not be obligated to incur costs in excess of this amount, unless and until the contracting officer has notified the contractor in writing that such amount has been increased. If the contractor has reason to believe that such costs which they expect to incur in the performance of this SOW (when added to all costs previously incurred for same) will exceed 75% of the estimated funded costs shown above, they shall notify the contracting officer to that effect.

7.  This is an "undefinitized contract action" as defined in DFARS 217.7401. As such, the contractor must submit his qualifying proposal in accordance with contract clause 252.217-7027, except for the timelines which are established below for this task order.  Definitization shall be consistent with DFARS 217.74.

8. The schedule for definitizing this Task Order is as follows:
        Target Date for Definitization: 03 Dec 02
        Date for Submission of Proposal: 08 Nov 02
        Date for Beginning of Negotiations: 15 Nov 02

9.  BRS will obtain PCO approval for other than surface transportation for shipment of supplies and equipment.

10. BRS is permitted to deploy its own personnel with prior approval from the government and will comply with all deployment requirements for the specific Area of Operations.

11.  For the purpose of purchasing supplies/non-durable goods, the contractor shall obtain approval from the on-site ACO/COR for those items exceeding the micro purchase threshold of $2,500.00 on either a unit or cumulative effort.

12.  For the purpose of purchasing equipment/durable goods the contractor shall obtain approval from the on-site ACO/COR for those items that exceed a unit cost of $5,000.00 or cumulative cost of $25,000.00.

13.  The following BRS assumptions are hereby incorporated.  As such, the GFE listed at SOW paragraph 4.3.1 - 4.3.4 is modified by the applicable assumptions.

a. GFE/M, as stated SOW 4.3.1 -.2 is the WPS/CIP complete system, to include all spares and consumables. BRS also assumes the complete set includes the trailer to which it is mounted.

b.  Adequate support equipment (REEFER van, tractor, RT forklift, 12 pax van, etc.) is not available GFE. SOW 4.3.3 is not well clarified ("4.3.3. All Army procured or leased equipment currently in process of being acquired in support of the operations in this SOW").

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 3 **of** 6 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0014          **MOD/AMD** | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

c.  Any GFE provided is fully mission-capable and always available for BRS use in performing mission.

d.  Government provides all life support. SOW 4.3.4 for contractor-provided transport, commo, and MHE is costed in ROM, but contractor-provided tentage, life support, and ECUs as per SOW 4.3.4 is not costed in the ROM because it is considered OBE due to force protection issues, a ROM for TO#14/Site3, and remote location issues.

e.  Government will ensure the contractor personnel are afforded all the same rights and privileges as military personnel (SOFA, force protection, VAT exemption, etc.).

f.  The WPS/CIP system arrives in tact and functional, as does the 45-day spares push package.

g.  Government provides a DODAAC and a "re-order POC" for spares/ consumables resupply, and re-order, shipment, and final delivery of stock occurs though military supply channels in timely fashion.

h.  Most equipment repairs will be minor in nature.

i.  Overhead cover for operations and maintenance of equipment and storage of product is available at SITE.

j.  The Train-the-Trainer for fifteen (15) days and the thirty (30) days for inventory occur concurrently at forty (40) hours/week, and both are considered part of the 92 day period of performance. Sixty (60) days are computed for deployment operations.

k.  Transportation/shipping time is not considered as time against the days of performance.

l.  Government WILL also transport WPS/CIP system, including trailer (SOW 3.4.2 states "government will deploy all WPS/CIP equipment repair parts and consumables.").

m.  Operations may extend indefinitely beyond the 92 days at the direction of the PCO/ACO.

14. The following List of deliverables are unique to this task order.  The reporting frequency shall be as agreed to by the Administrative Contracting Officer (ACO) and BRS.

        Basic Contract Requirements:
        CLIN 0007AF Daily SITREPS (SOW 6.6)
        CLIN 0007AD Briefings    (SOW 6.7)
        CLIN 0007AD Minutes      (SOW 6.7)
        CLIN 0007AD Trip Reports  (SOW 6.7)
        CLIN 0007AL CSSR Report: frequency bi-weekly (SOW 6.8.2)
        CLIN 0007AG Progress Reviews: frequency once a month (SOW 6.9)
        CLIN 0007AJ Event Lessons Learned Report (SOW 6.3)
        CLIN 0007AK Events After Action Report (SOW 6.2)
        Project Schedule for the event per Basic Contract SOW paragraph 1.15.
        Copy of the 100% Joint inventory (DA Form 2062) and Joint Technical Inspection (DA Form 2404)
        of the WPS/CIP system at Ft. Polk, LA. (SOW 6.1)

15. All travel shall be in accordance with the Joint Travel Regulations (JTR).

16. Clause Matrix (attachment 003) is for reference and information purposes specific to this task order; however, all other applicable terms and conditions set forth in the basic contract apply.

*** END OF NARRATIVE A 001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 4 of 6 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0014   MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0005 | Supplies or Services and Prices/Costs | | | | |
| | WATER PACKAGING SYST/CONSOLIDATED ICE PLANT | 1 | LO | | $ 400,000.00 |
| | | | | NOT TO EXCEED | $ 388,350.00 |
| | NOUN: LOGCAP CONTRACT | | | | |
| | SECURITY CLASS: Unclassified | | | | |
| | CLIN CONTRACT TYPE: | | | | |
| | Cost-Plus-Award-Fee | | | | |
| | PRON: M22QP036M2     PRON AMD: 01     ACRN: AA | | | | |
| | AMS CD: 135197.00000 | | | | |
| | CUSTOMER ORDER NO: MIPR2MHJHCG153 | | | | |
| | Inspection and Acceptance | | | | |
| | INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance | | | | |

```
          DLVR SCH                 PERF COMPL
          REL CD      QUANTITY        DATE
           001           1         31-DEC-2002

                  $      400,000.00
```

```
Cost      $388,350.00
Fix Fee   $  3,884.00
Award Fee $  7,766.00
```

(End of narrative F001)

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 5 of 6 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0014      MOD/AMD | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD | ACRN | OBLG STAT | ACCOUNTING CLASSIFICATION | | JOB ORDER NUMBER | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0005 | M22QP036M2 135197.00000 | AA | 2 | 21 | 22020000027620021351970025FB  S09177 | | W52P1J | $ | 400,000.00 |
| | | | | | | | TOTAL | $ | 400,000.00 |

| SERVICE NAME | TOTAL BY ACRN | ACCOUNTING CLASSIFICATION | | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|
| Army | AA | 21 | 22020000027620021351970025FB  S09177 | W52P1J | $ | 400,000.00 |
| | | | | TOTAL | $ | 400,000.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page  6 of 6 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0014     **MOD/AMD** | |

**Name of Offeror or Contractor:** BROWN & ROOT SERVICES

LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment 001 | SOW -WATER PACKAGING SYSTEM/CONSOLIDATED ICE PLANT | 17-SEP-02 | 007 | EMAIL |
| Attachment 002 | BROWN & ROOT SERVICES, TASK EXECUTION PLAN (TEP) | 18-SEP-02 | 006 | EMAIL |
| Attachment 003 | CLAUSE MATRIX (INCLUDING SPECIAL H CLAUSE WITH AWARD FEE EVALUATION CRITERIA) | | 023 | EMAIL |

*Change 8*

*TO # 14*
*26 August 2003*

*ARCENT FORCE PROVIDER*
*LOGCAP STATEMENT OF WORK*
**Site 3**

## Table of Contents

**1.0 Scope of Work.**
**2.0 Applicable Documents.**
**3.0 Requirements.**
**3.1 Work Breakdown Structure.**

**Site 3:**

**3.2 S3 - Base Camp Maintenance**
**3.3 S3 – Water Supply/System Maintenance**
**3.4 S3-** Laundry Service
**3.5 S3 - Food Service Operation/Equipment/Facilities Maintenance**
**3.6 S3 - Morale, Welfare, and Recreation**
**3.7 S3 - Property Accountability and Supply Operations**


**3.8 S3 – Aircraft Service Operations**
**3.9 S3 – Fuel Lab**
**3.10 S3 – Wash Rack Maintenance and Operation**
**3.11 S3 – Crash Fire and Rescue**
**3.12 S3 – Vector Control**
**3.13  S3  - Class I Operations**
**3.14  S3- Water Packaging System**
**3.15 S3 - Class III Operation**
**3.16 S3  - Installation PBO**
**3.17  S3  -  Direct Support Automotive**
**3.18  S3  -  Supply Support Activity**
**3.19 S3  -  Transportation Motor Pool**
**3.20 S3-  Class  IV**
**3.21.S3- Class V**
**3.22 S3  -  Postal Service**
**3.23 S3- Movement Control Team**
**3.24 S3- Cashier**

1

## *CHANGE 8*

### *26 August 2003*
### *ARCENT FORCE PROVIDER*
### *LOGCAP SCOPE OF RESPONSIBILITY*

**1.0. <u>SCOPE OF WORK.</u>** The purpose of this statement of work (SOW) is to have the contractor assume the mission of providing operation and maintenance (O&M) of five (5) Force Provider and two (2) Force Provider minus modules, augmented tents and existing facilities and utilities. The contractor shall provide all resources and management necessary to assume the Force Provider operation and maintenance, planning and execution, logistic services, as required services and other designated support services for work at Site 3.  Major functional areas for Site 3 include, but are not limited to, a full range of support services as follows, base camp maintenance, facilities management, laundry service, food service maintenance, MWR services, property accountability and supply operations, and installation vehicle maintenance. It is possible that continuous need for the services described herein may not exist.  The Government gives no assurance of a continuous need for these service or future requirements.  All work will be accomplished in accordance with Army regulations and guidelines and to Army standards unless otherwise stated in this Statement of Work.

**2.0. <u>APPLICABLE DOCUMENTS.</u>**  See Basic Contract

3.0. <u>REQUIREMENTS</u>.  The contractor shall use best commercial practices and abide by all applicable technical orders, U.S. Government, and Host Nation laws and regulations when performing requirements in accordance with the sub-paragraphs listed below.  Performance shall comply with U.S. Army Regulatory standards at a minimum.  The contractor shall also obtain approval from the on-site ACO when requisitioning items that exceed the micro-purchase threshold for supplies/non-durable goods either for a unit or cumulative effort and a unit cost of $5000.00 or cumulative cost of $25,000 for equipment/durable goods.

3.1. <u>Work Breakdown Structures</u>.  The recurring services listed below are shown, as they will be issued on the Task Order and categorized into work breakdown structures.

3.1.1. <u>Site 3 Support Services</u>.  Operate and maintain five (5) Force Provider and two (2) Force Provider minus modules, augmented tents and existing facilities and utilities including labor, parts, materials, transportation, and supervision that includes but are not limited to: base camp maintenance, facilities management, laundry service, food service equipment/facility maintenance, Morale, Welfare and Recreation (MWR) services, black/gray water removal, tent repair, electrical heating, air conditioning, plumbing, water heaters, waste management and disposal, and vehicle maintenance.

3.1.2. The contractor shall not maintain nor repair any wood structures that have been added to the Force Provider billeting or administrative tents, other than the floors.

3.1.3.  <u>Duty Hours</u>.  The contractor shall provide support or be ready to respond 24 hours daily, 7 days a week including official holidays.

3.1.4. <u>Work Orders</u>.  The contractor shall establish work order procedures and response capabilities in support of US Military facilities.

3.1.5.  <u>Emergency Repairs</u>.   The contractor shall immediately contact the ACO and/or Base Operations in the event of any failure in water, sewage, electric, or general utility networks.  The contractor shall respond to emergency repair requests within two (2) hours of notification. Emergency repairs include, but are not limited to heating and air-conditioner repair, power disconnection, water leaks and stoppage, and sewage backup and stoppage.  This statement does not include Emergency Repairs at outlying areas.

3.1.6.  <u>Normal Repairs</u>.  The contractor shall initiate repairs within twenty-four (24) hours after notification of failure of the equipment and/or component items.  This statement does not include normal repairs at outlying areas.

3.1.7.  <u>Worksite Safety</u>.  The contractor is responsible for safety of employees and base camp residents when conducting repairs in accordance with the Army's and OSHA's safety regulations and guidance.

3.1.8.  <u>Security and Transportation to Remote Sites</u>.  The U.S. Government is responsible for providing necessary security and transportation to and from outlying sites.

3.2. **Base Camp Maintenance**.  Any reference to maintenance within this Statement of Work constitutes maintenance and repair.

The contractor shall provide Operations and Maintenance(O&M) tasks to initially support a 5000 person base camp composed of five (5) Force Provider and two (2) Force provider minus modules, augmented tents, existing facilities US Army engineer built buildings and associated utilities.

3.2.1.  <u>FOB Sites</u>.  Maintain tents, facilities, utilities and perform construction as approved for Forward Operating Bases at Site 3, Salerno, Orgun E, and Sites A, B, C, and D.

3.2.2.  <u>Facilities Engineering</u>.  Contractor shall assume mission of Facility Engineer with responsibilities to include but not limited to base master planning, design, and performance of quality control functions for all construction and base camp maintenance.  Funding for new projects construction will be provided by the government.

3.2.3.  <u>Construction</u>.  Contractor shall provide a heavy construction team to assume the mission of construction of all new facilities at KAF and Firebases as outlined in paragraph 3.2.2. Contractor will construct or contract requirements for new facilities as required by customer and permitted with respect to force protection issues.

3.2.4.  <u>Facility Management.</u>  The contractor shall maintain accountability of tents, cots, furniture, heaters, VIP quarters, transient quarters, and environmental control units (ECU) assigned to the installation.  Contractor will provide a Directorate of Logistics.

3.2.5.  <u>Signs</u>.  The contractor will provide or maintain existing standardized signs as necessary for the base camp and the US military facilities to designate operational sections and services (e.g. SSA, Laundry, Task Force Headquarters, road signs, direction signs, no smoking signs, etc). These signs shall not contain any specific military unit designation, crest or colors.  Any change in signs will be coordinated with the ACO prior to initiating the requested change.  There will be no renaming of facilities, sections, places or streets once the first sets of signs are provided.

3.2.6  <u>Heating Ventilation and Air Conditioning (HVAC)</u>.  The contractor shall inspect, repair, and perform preventive maintenance checks and services IAW applicable technical manuals and manufacture's specifications on the Force Provider Modules, environmental control units (ECU), Westinghouse commercial ECUs (in the AF village) and all tentage with associated ECUs, and electrical systems.  The contractor shall provide maintenance for up to ___ evaporative cooling units and split-units.

3.2.7.  <u>Power Generation</u>.  The contractor shall operate and maintain power generation equipment that is installation property in accordance with applicable technical manuals and manufacture's specifications.  The contractor shall install/de-install installation owned power generation equipment as required or as directed by the ACO.  The contractor shall maintain installation generator light sets.  The government shall provide/order parts to bring equipment to FMC status.

3.2.8.  <u>Latrines, showers, and hand wash stations</u>.  The contractor shall remove wastewater from Force Provider latrines, port-a-potties, fixed latrines and showers not connected to the camp sewer system.  The contractor shall maintain up to 5 fixed Tier III shower/latrine facilities and one of each AF modular latrine and shower facilities.  The contractor shall maintain AF modular latrine and shower facilities.  The contractor shall install and maintain hand wash stations at designated locations. .  Upon notification from the ACO, the contractor shall perform emergency or special event cleaning of the fixed shower/latrine.  Contractor shall begin emergency work, as determined by the contracting officer, within one hour of notification, which may be verbal.

3.2.9.  <u>Waste Management and Disposal</u>.  The contractor shall provide trash pick up and disposal service for KAF.  This requirement includes but is not limited to:  the operation of a hazardous waste storage area, operation of a medical waste incinerator, and the operation of a burn pit and trash segregation area.  The contractor shall operate and maintain a refuse collection point system and disposal service.  The contractor shall ensure compliance with the Army's environmental regulatory guidance.  The contractor shall ensure DFAC trash is disposed of off site.  The contractor shall operate and maintain existing operational sewage networks to avoid blockages and repair any damaged system between all sewage entry points and sewage lagoon. Requirement does not include maintenance or improvement of abandoned sewage system.

3.2.10.  <u>Water Well Maintenance.</u>  The contractor shall operate and maintain three water wells designated by Base Ops and applicable auxiliary equipment that support the wells.  The

4

contractor shall perform adjustments, service or repair required to return the well water system and equipment to proper operation. The water well system includes but is not limited to:  water pump and motor, piping and fitting inside the well, electrical power source to operate the pump.

3.2.11.  Fuel Distribution. The contractor shall receive, and distribute fuel to equipment used to support services contained in this Statement of Work.  The contractor shall properly account for issued fuel.

3.3.  Water Supply/ System Maintenance.  The contractor shall produce, distribute, and dispose of potable and non-potable water as required.  The contractor shall provide, operate and maintain water production and distribution equipment supporting the Base Camp operations and existing buildings in the area of operation in accordance with the applicable technical manuals and manufacture's specifications.  The contractor shall ensure the well water is potable and conforms to U.S. Military Preventative Medicine standards in accordance with TB MED 577.  The contractor shall maintain at least 30 day supplies of all applicable chemicals used in potable water production.

3.4.  Laundry Service.  The contractor shall assume the mission of providing laundry services using Force Provider Containerized Batch Laundry (CBL) System with a two-day (48 hours) turn around. Personnel are authorized one bag of 20 pieces two times per week.  The contractor shall launder up to 400 laundry bags per day.  Laundry service shall include washing, drying, and folding of uniforms and clothing items and returned to laundry bag for each individual.  Laundry will be processed by the following priorities:
> Medical Treatment Facilities
> Military or work uniforms
> Organization property to include sleeping bags
> Civilian Clothing

3.4.1  Medical Laundry.  The contractor will process medical laundry separately from all other laundry.  Linen soiled with blood or body fluids shall be deposited and transported in bags that prevent leakage.  Medical laundry, containing blood or body fluids, shall be washed with a detergent in water at least 71 degrees Celsius (160 degrees Fahrenheit) for at least 25 minutes.

3.4.2.  Self Service Laundry.  The contractor shall provide maintenance and cleaning of commercial self-service laundry (Laundromat) facilities that consist of total of 40 washers and 40 dryers.

3.5.  Food Service Operations.  The contractor shall operate and maintain two base camp dining facilities. The contractor shall prepare four meals per day including a midnight meal.  All food will be Government provided.  The Base Camp Commander, in conjunction with the ACO, shall approve any requests for food service support that are outside the normal mission of the garrison dining facilities.  The contractor shall prepare and serve special event and holiday meals as required.

3.6.  Morale, Welfare, and Recreation (MWR).  The contractor shall operate and maintain (includes maintenance of treadmills/stair master and other machines) the MWR operations and

5

equipment to include but not limited to the following: Internet and phone café, movie theater, game room, library, weight room, and aerobic/cardiovascular workout facility.  The contractor shall maintain the existing video and paperbound book libraries.  The contractor shall provide Internet Café type services NIPRnet connections for up to 20 computer workstations.  The government shall furnish satellite communications.  The contractor shall maintain a government furnished satellite TV with an AFN-capable receiver, DVD player, and VHS player.

3.7.  <u>Property Accountability and Supply Operations</u>. The contractor shall record all durable and non-expendable equipment on their property book records.  The contractor shall perform monthly cyclic inventories of the equipment and maintain 100% property accountability in accordance with the applicable Army regulations.  The contractor shall perform a joint inventory of the base camp equipment with the Army's current property accountable officer.  Damaged items and shortage items shall be documented.  The contractor will repair or replace the damaged items and acquire the shortage items to bring the modules to a Fully Mission Capable operational status.

3.8.  <u>Aircraft/Airfield Services</u>. The contractor shall maintain and operate the airfield lighting systems.  Contractor shall provide maintenance for the Tactical Navigation (TACAN) System.  The contractor will coordinate with the Airfield manager and ATC daily to illuminate active runways, taxiways, and Hazards.  The contractor shall respond to airfield emergencies within 20 minutes.  The contractor shall provide sanitary services for military aircraft.  The contractor shall perform transient alert for required aircraft.  Contractor shall perform limited aircraft maintenance and troubleshooting for military aircraft.

3.9.  <u>Fuel Lab.</u>  The contractor shall furnish, operate and maintain a mobile fuel lab.  The contractor shall perform the following five tests as required:  American Petroleum Institute Gravity Test, Electrical Conductivity Test, Flashpoint Test, Fuel System Icing Inhibitor Test, and Millipore Test.  The contractor shall establish and maintain a fuel quality surveillance program for operation of ground vehicles, fixed wings, and rotary aircrafts.  The contractor shall develop, publish and coordinate spill plan, as in the Overseas Environmental Baseline Guidance Document (OEBGD).

3.10.  <u>Wash Rack maintenance and operation.</u>   The contractor shall maintain and operate the installation wash rack facility.  Contractor will construct and operate a new ground vehicle wash rack facility and a new aviation wash rack.  The contractor shall comply with Army and Federal environment protection regulations and guidance.

3.11.  <u>Crash Fire and Rescue</u>. The contractor shall furnish, maintain, and operate the Crash Fire and Rescue services (Fire Fighting Services, Fire Prevention Program, Fire Suppression, and Rescue Operations).  Contractor shall ensure fire fighting personnel meet the requirement of DoD Instruction (DoDI) 6055.6, DoD Fire and Emergency Services Program, AFI 32-2001, AFMAN 32-2003, The Fire Fighter Certification Program, and NFPA standards, including any ACC supplements.

3.11.1.  The contractor shall advise personnel of all environmental compliance and HAZMAT handling requirements to standards identified in the Fire Protection, and Health (AFOSH)

Program, and OSHA requirements.  Maintain Material Safety Data Sheets (MSDS) for all materials used IAW federal and local laws and/or regulations.

3.12.  Vector Control.  The contractor shall perform all pest management functions under the supervision of the Site 3 PM and direction of ACO, and will follow all guidance and directives provided by PM with the approval of Site 3 ACO.  The use of pesticides must be coordinated with PM.

3.13.  Class I Operations.  The contractor shall be responsible for the operations and maintenance of a Class I and an Inventory Control Point.  This requirement includes but is not limited to receiving, storing, inventorying and issuing subsistence items.

3.14.  Water Packaging System and Ice Plant.  The contractor shall provide equipment to operate, and maintain a potable water packaging system and a potable ice producing facility.  Contractor shall store and distribute potable bottled water and ice produced.  Contractor shall provide storage for and maintain 30 DOS of bottled water and three DOS of ice.

3.15.  Class III Operations:  The contractor shall furnish, maintain and operate and account for all bulk and retail fuel operations.  The contractor shall receive, store, account for and issue JP8 fuel, Jet A1,  MOGAS and Kerosene. The contractor shall convert Jet A-1 into JP-8 as required by the customer.  The contractor shall maintain at least a 60 day supply of additives to convert Jet A-1 into JP-8.

3.16.  Installation PBO:  The contractor shall maintain 100% property accountability for all installation assets controlled by the KAF-IPBO.  The contractor shall request, receive, catalog, store, maintain, and issue major assets, all assets requisitioned by the KAF Contingency Contracting Office, and keep all property accountability requirements IAW AR 710-2, AR 735-5 and DA Pam 710-2-1.  The contractor shall maintain the document register on installation property.  The contractor shall maintain accountability for all class V issued from the KAF Ammunition Supply Point on the Installation Property Book.

3.17.  Direct Support Automotive:  The contractor shall perform, and Direct Support Maintenance for non-tactical and tactical vehicles and equipment (to include but not restricted to High Mobility Mulit-Purpose Wheeled Vehicles (HMMWVs), Family of Medium Tactical Vehicles (FMTVs), MGATORs, ATVs, civilian vehicles, power-generation and other base support equipment and MHE to include 4K, 6K, 10K, and RTCH) for all units assigned to KAF.  The contractor shall enroll equipment in the Army Oil Analysis Program.

3.18.  Supply Support Activity (SSA).  The contractor shall receive, store, issue, redistribute, and account for all classes of supply managed by the SSA.  The contractor shall provide storage of sensitive items IAW AR 190-11.  The contractor shall manage an authorized Stockage List (ASL) base on supported unit demands IAW AR 710-2.  The contractor shall operate a turn-in point for serviceable, unserviceable, and repairable.

3.18.1  The contractor shall rig, palletize and load military and commercial transportation assets for trasportation to forward locations.

3.18.2.  The contractor shall make arrangements with the Installation Contracting Office to have empty Oxygen, Acetylene, Argon, Propylene, Helium, and Propane cylinders filled monthly.

3.18.3.  Contractor shall operate and maintain a Self Service Supply Center (SSSC) for units supported by the SSA.  Initial ASL will be directed by the government, adjustments will be made as directed by demand data.

3.18.4.  The contractor shall operate a Central Issuing Facility (CIF) with direct exchange service for designated Organization Clothing and Individual Equipment (OCIE).

3.18.5.  The contractor shall have readily available one HAZMAT certified contractor to assist with the Joint Inspection (JI) of CARGO being shipped, and the certifying of Shippers Declaration of Dangerous Goods (SDDGs).

3.19.  <u>Transportation Motor Pool.</u>  The contractor shall provide commercial vehicles for base camp operation as required.  The contractor shall provide maintenance, support and dispatch services for these vehicles.  The purchase of additional vehicles will be approved by installation commander through JARB process.

3.20.  <u>Class IV</u>.  The contractor shall operate the Class IV materials yard.  The contractor shall request, receive, store and issue Class IV materials IAW approved procedures.

3.21.  <u>Class V</u>.  The contractor shall receive, store, and issue all Class V.  The contractor shall operate and maintain a Basic Load Ammunition Holding Area (BLAHA) providing appropriate storage and security of ammunition IAW DOD REG 6055.9, NAVSEA OP 5 VOL 1, MCO P8020.10A, MCO P 4400.150E, NASEA SWO20-AC-SAF-010.  The contractor shall maintain dunnage and backhaul residue.  This includes current and acquired residue.

3.21.1.  The contractor shall maintain accountability for all class V issued from the KAF Ammunition Supply Point on the Installation Property Book.

3.22.  <u>Postal Services</u>.  Contractor shall operate a military post office supporting KAF and outlying firebases.  Contractor shall operate the military post office in accordance with applicable regulations including but not limited to DoD 4525.6-M, Chapters 3 and 5.

3.23.  <u>Movement Control Team</u>.  The contractor shall perform the mission of Movement Control Team (MCT), Arrival/Departure Airfield Control Group (A/DACG), and the Central Receiving Point (CRP).  The MCT services include but are not limited to:  Providing qualified load planners with proper security clearance.  A/DACG services include but are not limited to processing of vehicles, cargo, pallets, heavy-drop rigged equipment and other requests from units departing or arriving.  Contractor will receive, account for, and distribute all equipment and supplies processed through the CRP.  Contractor account for all maintain and operate all equipment associated with movement of cargo processed through the CRP including trailers and the Rough Terrain Cargo Handler (RTCH).  Contractor will provide container yard and support installation container movement.

3.24.  <u>Cashier</u>.  The contractor shall provide bonded cashiers to perform all receipts and disbursements associated with operating a military cashier's cage as directed by the Soldier Service Branch (SSB).  Contractor's duties shall include but are not limited to processing casual pays, processing negotiable instruments, AAFES collections, processing savings deposit program requests.

**SECTION F**
**DELIVERIES OR PERFORMANCE**

Performance Completion date:  29 September 2003

## SECTION J
## LIST OF ATTACHMENTS

| List of Addenda | Title | Date | | # of pages |
|---|---|---|---|---|
| Attachment 001 | CDRL's | 27 Mar 03 | | 4 |
| Attachment 002 | Government Furnished Equipment | 27 Mar 03 | ` | 1 |

**ATTACHMENT 1**
**CDRL's**


**INDEX**


| Title | Frequency | Attachment 1 Page # |
|---|---|---|
| Progress Reviews | Monthly | 1 |
| Cost Reports | Bi-Weekly | 1 |
| Projected Spend Plan | As Required | 2 |
| Daily Situation Report (SITREP) | Daily | 2 |
| Force Provider Management Plan | Weekly | 3 |
| Briefings, Minutes, & Trip Reports | As Required | 3 |

**INSERT CDRLS HERE!!!!!!!!!!!!**

**ATTACHMENT 2**
**GOVERNMENT FURNISHED EQUIPMENT**

**4.0. <u>Government Furnished Equipment</u>**

The contractor shall perform a joint inventory of the base camp equipment with the Army's current property accountable officer.  Damaged items and shortage items shall be documented. The contractor will repair or replace the damaged items and acquire the shortage items to bring the modules to a Fully Mission Capable operational status.  The contractor shall perform monthly cyclic inventories of the equipment and maintain 100% property accountability of equipment in accordance with the applicable Army regulations.

4.1. The government will furnish the following equipment:

4.1.1.   All rations for meals.

4.1.2.   Seven (7) each Force Provider Modules (5 modules + 2 modules minus)

4.1.3.   Two (2) each Commercial SSTs

4.1.4.   Self-service washers and dryers, including spares

4.1.5.   Internet café with computers and NIPRnet connections

4.1.6.   Unit Level Logistics Computer with software

4.1.7.   One (1) each fork lift

4.1.8   One (1) each Hydrosite

4.1.9.   Five (5) each Pressure washer (Big)

4.1.10. Three (3) each Pressure washer (small)

4.1.11. One (1) each Ultrasorb filtration system (Be Prepared mission)

4.1.12. One (1) each hydroblaster (Be Prepared mission)

4.1.13. Two (2) each hydro foamer (Be Prepared mission)

~~4.1.14. MWR~~

**4.1.15.  Three (3) R9 Fuel Trucks**

**5.0. <u>PERIOD OF PERFORMANCE</u>.**

5.1. The contractor shall begin performance upon Notice to Proceed.  Period of performance shall be for an initial period of 365 days with a potential with possible follow-on operations of up to 2 or more 180-day periods.  The period of performance for the advance party shall commence upon Notice to Proceed. Date of full performance shall be determined by the PCO.

## 6.0. DELIVERABLES.

6.1. <u>Daily Situation Reporting</u>.  The contractor shall provide Daily Situation Reports in electronic format (e-mail/FTP) to the PM LOGCAP, PCO, ACO, LOGCAP Planner and the Base Camp Commander.  These reports will state areas of concern, updated schedules, or other information needed to identify work progress.  An Equipment Deadline Report (DA Form 2136 format), a summary of all VIP visits and/or briefings, maintenance actions, and any other significant activities impacting current or future operations of the equipment.

6.2. <u>Briefings, Minutes and Trip Reports</u>.  The contractor will electronically provide by (e-mail/FTP) to the LOGCAP PM, PCO/ACO/LOGCAP Planner a copy of all briefings given by or to the Contractor.  Slides and items prepared by the contractor will be approved by the PCO/ACO prior to presentation.  Minutes of meetings, conferences, or trip reports related to the SOW will be forwarded to the PCO/ACO/LOGCAP Planner within seven (7) calendar days of completing the meeting, conference or trip.  Those minutes or trip reports will be in sufficient detail to identify dates, locations, points of contact, attendees, directions received, areas of concern and items of interest identified at the meeting or on the trip.  The contractor shall attend and participate in meetings and conference on Force Provider and Airfield Operations and actions conducted at the base camp and at higher headquarters as directed by the PCO/ACO.  Travel cost in excess of those items included in the proposal for this effort will be identified to the PCO/ACO and a Cost Proposal submitted for approval prior to executing any travel.

6.3. <u>Cost Reporting/Review</u>.

6.3.1. The contractor will provide their projected spend plan at the start of the event and organize it in the same categories as listed in the ROM and/or cost proposal to the PCO/ACO within 30 days of the Notice to Proceed.

6.3.1.1.  The cost shall be broken out by Site.

6.3.2.   The contractor shall capture and report actual cost vs. projected cost on a bi-weekly basis on the onset of the event and on a monthly basis during the sustainment phase of the event in an electronic format. The cost expenditure data will be incorporated into the monthly progress reviews.

6.3.3.   The contractor shall provide a cost report on a bi-weekly basis to the PCO/ACO.  Data will be provided in categories listed on the ROM and will be in sufficient detail to keep the customer apprised of the rate of spending.

6.3.4.   The contractor will provide cost data for subcontractors in the same detail as required for

the reports in sub paragraphs 6.3.1 and 6.3.2

6.3.5.   The contractor may provide expenditure estimates, which may be used until actual billing has been received.

6.4. Reviews.  The contractor shall provide progress and performance reviews on a monthly basis.  These reviews will be conducted on site, by the contractor, will be attended by PM LOGCAP representatives, and be presented to the Task Force base camp commander or designated representative.

## 7.0. NEW AND/OR ADDITIONAL WORK.

7.1. Contract Cost Control.

7.1.1. All costs in excess of those items included in the proposal for this effort will be identified to the PCO/ACO and a cost proposal submitted, by the contractor, for approval prior to executing any additional work requirements.  All new work requirements will be detailed in a Statement of Work to the PCO/ACO.  A cost proposal will be submitted, by the contractor, and approved prior to execution.

## 8.0. CONTRACTOR PERSONNEL REQUIREMENTS.

8.1. Security Clearance Requirement. Secret clearance is required for the site manager.

8.2. Allowances.  Contractor's personnel that are authorized by the Task Force Commander will reside in the Army's base camp.  The Government will furnish rations, water, ice, laundry and bath, and medical support.  The contractor's personnel shall have access to the AAFES and MWR facilities.  These personnel will live under field conditions.

8.3. Compliance.  The contractor shall ensure compliance with any applicable regulations, security and force protection requirements.

8.4. Personnel Screening.  The contractor shall screen all employees to ensure they do not have criminal records with their home country.

8.4.1. Prior US military personnel shall be screened for military service criminal offenses.

8.4.2. Medical Screening.  Personnel shall receive appropriate medical screening prior to employment.

8.4.2.1.  This screening shall include infectious diseases, at a minimum but not limited to, tuberculosis, typhoid fever and hepatitis A.

8.4.3. The contractor shall, within force protection constraints, hire the local national personnel that are currently employed by the government at all the base camps.  These personnel are subject to the same screening requirements as stated in paragraph 8.4 of this statement of work.