# Exhibit Q

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 8

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0113 | 2005/09/8/ | SEE SCHEDULE | DOC9 |

| 6. ISSUED BY | CODE | W52P1J |
|---|---|---|
| HQ AFSC<br>AMSFS-CCF<br>BRETT LUCHSINGER (309)782-3869<br>ROCK ISLAND, IL 61299-6500<br>EMAIL: BRETT.LUCHSINGER@US.ARMY.MIL<br>BLDG8 350 & 390 | | |

| 7. ADMINISTERED BY (If other than 6) | CODE | S4402A |
|---|---|---|
| DCMA DALLAS<br>1200 MAIN STREET<br>DALLAS  TX  75250-4399 | | |
| SCD: A    PAS: NONE    ADP PT: HQ0338 | | |

8. DELIVERY FOB

☐ DESTINATION

☒ OTHER (See Schedule if other)

| 9. CONTRACTOR | CODE | 3GJU9 | FACILITY |
|---|---|---|---|
| NAME AND ADDRESS | KELLOGG,BROWN & ROOT SERVICES INC<br>4100 CLINTON DRIVE<br>HOUSTON, TX 77020 | | |
| TYPE BUSINESS: Domestic Firm Performing Outside U.S. | | | |

| 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) |
|---|
| SEE SCHEDULE |
| 12. DISCOUNT TERMS |
| 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Block 15 |

11. X IF BUSINESS IS

☐ SMALL

☐ SMALL DISADVANTAGED

☐ WOMAN-OWNED

| 14. SHIP TO | CODE |
|---|---|
| SEE SCHEDULE | |

| 15. PAYMENT WILL BE MADE BY | CODE | HQ0339 |
|---|---|---|
| DFAS COLUMBUS CENTER<br>DFAS-CO/WEST ENTITLEMENT OPERATIONS<br>P.O. BOX 182381<br>COLUMBUS, OH  43218-2317 | | |

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your ☐ Oral ☐ Written  Quotation _____ , Dated _____<br>furnish the following on terms specified herein. |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE<br>CONTRACT TYPE:<br>  Cost-Plus-Award-Fee<br><br>KIND OF CONTRACT:<br>  Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>GREGORY W. TETTER<br>GREGORY W. TETTER/US.ARMY.MIL/309/782-5724<br>BY: _Gregory Tetter_ 9 Sep 2005<br>CONTRACTING/ORDERING OFFICER | 25. TOTAL | $78,406,375.00 |
|---|---|---|---|
| | | 26. DIFFERENCES | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN |
|---|
| ☐ INSPECTED  ☐ RECEIVED  ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED |

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|---|
| | | ☐ PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | ☐ FINAL | | |
| | | 31. PAYMENT | | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | ☐ COMPLETE | | |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ PARTIAL | | 35. BILL OF LADING NO. |
| | | ☐ FINAL | | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD FORM 1155, DEC 2001                    PREVIOUS EDITION IS OBSOLETE.

## ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0113 | 2005SEP01 | SEE SCHEDULE | DOC9 |

| 6. ISSUED BY | CODE | W52P1J | 7. ADMINISTERED BY (If other than 6) | CODE | S4402A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|

**6. ISSUED BY**
HQ AFSC
AMSFS-CCF
BRETT LUCHSINGER (309)782-3869
ROCK ISLAND, IL 61299-6500
EMAIL: BRETT.LUCHSINGER@US.ARMY.MIL
BLDGS 350 & 390

**7. ADMINISTERED BY**
DCMA DALLAS
1200 MAIN STREET
DALLAS TX  75250-4399

SCD: A       PAS: NONE          ADP PT: HQ0338

**8. DELIVERY FOB**
☐ DESTINATION
☒ OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | 3GJU9 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|

**9. CONTRACTOR**
NAME AND ADDRESS
KELLOGG,BROWN & ROOT SERVICES INC
4100 CLINTON DRIVE
HOUSTON, TX 77020

TYPE BUSINESS: Domestic Firm Performing Outside U.S.

**10. DELIVER TO FOB POINT BY (Date)**
SEE SCHEDULE

**12. DISCOUNT TERMS**

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Block 15

**11. X IF BUSINESS IS**
☐ SMALL
☐ SMALL DISADVANTAGED
☐ WOMAN-OWNED

| 14. SHIP TO | CODE | | 15. PAYMENT WILL BE MADE BY | CODE | HQ0339 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|---|

**14. SHIP TO**
SEE SCHEDULE

**15. PAYMENT WILL BE MADE BY**
DFAS COLUMBUS CENTER
DFAS-CO/WEST ENTITLEMENT OPERATIONS
P.O. BOX 182381
COLUMBUS, OH  43218-2317

**16. TYPE OF ORDER**

**DELIVERY/CALL** ☒ THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT.

**PURCHASE** Reference your ☐ Oral ☐ Written Quotation _____, Dated _____. furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE<br>CONTRACT TYPE:<br>  Cost-Plus-Award-Fee<br><br>KIND OF CONTRACT:<br>  Service Contracts | | | | |

\* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

**24. UNITED STATES OF AMERICA**
GREGORY J. TETTER /SIGNED/
GREGORY.TETTER@US.ARMY.MIL (309)782-5724
BY: _____  CONTRACTING/ORDERING OFFICER

| 25. TOTAL | $78,406,375.00 |
|---|---|
| **26. DIFFERENCES** | |

**27a. QUANTITY IN COLUMN 20 HAS BEEN**
☐ INSPECTED ☐ RECEIVED ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

**e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE**

| 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|
| ☐ PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| ☐ FINAL | | |

| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | 31. PAYMENT | 34. CHECK NUMBER |
|---|---|---|---|
| | | ☐ COMPLETE | |

**36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.**

| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ PARTIAL ☐ FINAL | 35. BILL OF LADING NO. |
|---|---|---|---|

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON- TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD FORM 1155, DEC 2001**          PREVIOUS EDITION IS OBSOLETE.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page   2  of  8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0113      MOD/AMD | |

**Name of Offeror or Contractor:**  KELLOGG, BROWN & ROOT SERVICES INC

SUPPLEMENTAL INFORMATION

1. The purpose of this Cost Plus Award-Fee Task Order #0113 is to award all services necessary to augment and support the Firebase Salerno Year 2 in support of Operation Enduring Freedom, and as reflected in the accompanying Statement of Work (SOW).

2. Firebase Salerno Year 2:

a. The SOW entitled "Firebase Salerno Yr 2, LOGCAP Statement of Work", dated 28 June 2005 (att. 001), is hereby incorporated into this Task Order as attachment 001. The Period of Performance is 365 days, from 01 September 2005 to 31 August 2006.

b. Kellog, Brown & Root Services' ROM titled: "TO113, Site 3A Salerno", dated 10 July 2005. The ceiling is $78,406,375.00 reductions/adjustments to KBR's origional ROM were coordinated with the KBR site staff and are documented in the NTP Letter.

c. Contractor's official Letter Contract for "Firebase Salerno Yr 2, is NTP Letter", dated 26 August 2005." (att. 002)

d. Performance shall be sufficient to meet the mission needs consistent with the SOW. Any deviation or change to the SOW requirements shall require prior approval from the PCO (unless specifically stated otherwise in the contract). Any material deviation from the TEP requires prior approval from the PCO.

e. Current Funding. This Task Order is funded for a total of $3,630,000.00 of which the Contractor is allowed to incur costs of the funded Not To Exceed (NTE) ceiling amount of $3,524,273.00 under CLIN 3005AA. The remaining $105,727.00 is set aside as the Base Fee of $35,243.00 under CLIN 3009AA, Award Fee Pool of $70,484.00 under CLIN 3011AA. Actual Base Fee and Award Fee Pool to be determined at time of definitization.

f. The total Award Fee Pool for this effort shall be established at time of definitization. Award Fee will be paid in accordance with the Award Fee Evaluation Criteria included in Section H, Special Contract Clauses.(att 002) The key activities include but are not limited to: activation, subcontracting, transportation mobilization/demobilization, logistical support, site visits, timely completion, cost control, and distribution of reports. Specific activities may be established when Contractor provides the Government the Project Schedule for the event per Basic Contract SOW paragraph 1.0. The cost of acquisition of facilities for the Government is not included in the development of the Award Fee Pool per FAR 45.302-3(c).

g. This is an "Undefinitized Contract Action (UCA)" as defined in DFARS 217.7401. As such, the contractor must submit his qualifying proposal in accordance with contract clause 252.217-7027, except for the timelines which are established below for this Task Order. Definitization shall be consistent with DFARS 217.74. The definitive contract resulting from this undefinitized contract action will include a negotiated price that in no event will exceed the ceiling amount of $78,406,375.00 as stated in Block 25 of this Task Order (see DD Form 1155).

h. KBRS will seek PCO approval for other than surface transportation for shipment of supplies and equipment.

i. KBRS is permitted to deploy its own personnel with prior approval from the Government and will comply with all deployment requirements for the specific Area of Operations. All travel shall be in accordance with the Joint Travel Regulations (JTR).

    The Fiscal Year 2005 per diem rates can be found at:

    http://www.gsa.gov/Portal/gsa/ep/contentView.do?programId=9704&channelId=-15943&ooid=16365&contentId=17943&pageTypeId =8203&contentType=GSA_BASIC&programPage=%2Fep%2Fprogram%2FgsaBasic.jsp&P=MTT

    Note:  Travel per diem will be 75% for first and last travel day.

    The JTR regulations can be found at:

    http://www.dtic.mil/perdiem/trvlregs.html

j. For the purpose of purchasing supplies/non-durable goods, the Contractor shall obtain approval from the on-site ACO/COR for those items exceeding the micro purchase threshold of $5,000.00 on either a unit or cumulative effort.  For the purpose of purchasing equipment/durable goods the Contractor shall obtain approval from the on-site ACO/COR for those items that exceed a unit cost of $10,000.00 or cumulative cost of $25,000.00 and lease agreements over $50,000.00.  NOTE: These thresholds are to be reviewed by DCAA for appropriatenell and applicability every six months from incorporation.

k. The Government shall not be obligated to reimburse the Contractor for costs incurred in excess of the estimated cost set forth above and funded, and the Contractor shall not be obligated to incur costs in excess of this amount, unless and until the Contracting Officer has notified the contractor in writing that such amount has been increased. If the contractor has reason to believe that such costs which they expect to incur in the performance of this SOW (when added to all costs previously incurred for same) will exceed 75% of the estimated funded costs shown above, they shall notify the Contracting Officer to that effect.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 3 of 8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0113          MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

l. The Government Furnished Equipment for this Task Order is listed at SOW paragraph 4.0 - 4.3.12.

m. Deliverables shall be in accordance with the paragraphs 6.0-6.2 of the SOW and with all applicable documents required by the SOW in the basic contract as follows:

    Basic Contract Requirements:
    CLIN 3007AB Project Schedules, IAW Basic Contract SOW Paragraph 1.15
    CLIN 3007AD Report, Record of Meeting/Minutes, Trip Reports IAW Basic Contract SOW Paragraph 9.3.4
    CLIN 3007AE Program Management Cost Report IAW Basic Contract SOW 9.2.2
    CLIN 3007AF Daily Event Sitrep IAW Basic Contract SOW Paragraph 9.3.1
    CLIN 3007AJ Event Lessons Learned Report IAW Basic Contract SOW Paragraph 9.3.6
    CLIN 3007AK Events After Action Report IAW Basic Contract SOW Paragraph 9.3.2
    CLIN 3007AM Advance Travel Reports IAW Basic Contract SOW Paragraph 9.3.7
    CLIN 3007AN Cost Status Report IAW Basic Contract SOW Paragraph 9.2.1
    CLIN 3007AP Spending Plan IAW Basic Contract SOW Paragraph 9.2.2.1
    CLIN 3007AQ Material Condition Status Report (DA Form 2406) IAW Basic Contract SOW Paragraph 2.2.6.18
    CLIN 3007AR Accident Report IAW Basic Contract SOW 1.17.2

n. The Government reserves the option, at any time, to take title to Contractor Acquired Property at the time disposition instructions are provided.

o. FAR Clause 52.217-8, titled "Option to Extend Services", is hereby incorporated into this Task Order revised as follows:

    "The Government may require continued performance of any services specified by the contract. The option provision may be
    exercised more than once. The Contracting Officer may exercise the option by written notice to the Contractor within
    30 days from the Task Order expiration date."

p. The Contractor shall provide the Project Schedule for the event per Basic Contract SOW paragraph 1.15.

3. Clause Matrix (att. 003) is for reference and information purposes specific to this Task Order, however, all other applicable terms and conditions set forth in the basic contract apply.

4. Full text Undefinitized Contract Action Clauses:

52.216-24 -- Limitation of Government Liability.

Limitation of Government Liability (Apr 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $3,524,273.00 dollars.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $3,630,000.00 dollars.

(End of Clause)

252.217-7027 Contract Definitization.

CONTRACT DEFINITIZATION (OCT 1998)

(a) A Cost Plus Award Fee Task Order is contemplated. The Contractor agrees to begin promptly negotiating with
    the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by
    the Federal Acquisition Regulation (FAR) on the date of execution of the undefinitized contract action,
    (2) all clauses required by law on the date of execution of the definitive contract action, and (3) any other
    mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a Cost Plus Award Fee
    proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract action is as follows

    Date of Submission of Qualifying Proposal: 15 October 2005
    Date of DCAA Audit - 15 November 2005
    Date of AFSC Cost/Price Review - 15 December 2005
    Date for Beginning of Negotiations: 01 January 2005

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 4 of 8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0113          MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

Target Date for Definitization: 15 January 2005

It is the Procuring Contracting Officer's intent to accellerate the definitization timeline described above as much as possible.

(c) If agreement on a definitive contract action to supersede this undefinitized contract action is not reached by the target date in paragraph (b) of this clause, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.4 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by-
   (i) All clauses required by the FAR on the date of execution of this undefinitized contract action for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);
   (ii) All clauses required by law as of the date of the Contracting Officer's determination; and
   (iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with paragraph (c)(1) of this clause, all clauses, terms, and conditions included in this undefinitized contract action shall continue in effect, except those that by their nature apply only to an undefinitized contract action.

(d) The definitive contract resulting from this undefinitized contract action will include a negotiated Price Ceiling in no event to exceed $78,406,375.00.

(End of clause)

*** END OF NARRATIVE A 001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>**PIIN/SIIN** DAAA09-02-D-0007/0113   **MOD/AMD** | **Page** 5 **of** 8 |
| --- | --- | --- |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 3005 | SECURITY CLASS: Unclassified | | | | |
| 3005AA | SITE 3A - NOT TO EXCEED COSTS | 1 | LO | | $       3,524,273.00 |
| | NOUN: LOGCAP CONTRACT<br>PRON: M25ZY031WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR5L3SLC0018 | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DLVR SCH                          PERF COMPL<br>  REL CD          QUANTITY          DATE<br>   001              1          31-AUG-2006 | | | | |
| | $       3,524,273.00 | | | | |
| 3009 | SECURITY CLASS: Unclassified | | | | |
| 3009AA | SITE 3A - BASE FEE SET-ASIDE | 1 | LO | | $         35,243.00 |
| | NOUN: LOGCAP CONTRACT<br>PRON: M25ZY031WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR5L3SLC0018 | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DLVR SCH                          PERF COMPL<br>  REL CD          QUANTITY          DATE<br>   001              1          31-AUG-2006 | | | | |
| | $         35,243.00 | | | | |
| 3011 | SECURITY CLASS: Unclassified | | | | |
| 3011AA | SITE 3A - AWARD FEE POOL SET-ASIDE | 1 | LO | | $         70,484.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>**PIIN/SIIN** DAAA09-02-D-0007/0113 **MOD/AMD** | **Page** 6 **of** 8 |
|---|---|---|

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | NOUN: LOGCAP CONTRACT<br>PRON: M25ZY031WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR5L3SLC0018<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br><br>Deliveries or Performance<br>DLVR SCH                         PERF COMPL<br>REL CD          QUANTITY          DATE<br>001                1           31-AUG-2006<br><br>              $       70,484.00 | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 7 of 8 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0113    **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD/ MIPR | ACRN | OBLG STAT | ACCOUNTING CLASSIFICATION | | JOB ORDER NUMBER | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3005AA | M25ZY031WR 135197.00000 MIPR5L3SLC0018 | AA | 1 | 21 | 5202000005762084135197 02540 | S09076 | 3SLC83 | S09076 | $ | 3,524,273.00 |
| 3009AA | M25ZY031WR 135197.00000 MIPR5L3SLC0018 | AA | 1 | 21 | 5202000005762084135197 02540 | S09076 | 3SLC83 | S09076 | $ | 35,243.00 |
| 3011AA | M25ZY031WR 135197.00000 MIPR5L3SLC0018 | AA | 1 | 21 | 5202000005762084135197 02540 | S09076 | 3SLC83 | S09076 | $ | 70,484.00 |
| | | | | | | | TOTAL | $ | 3,630,000.00 |

| SERVICE NAME | TOTAL BY ACRN | ACCOUNTING CLASSIFICATION | | ACCOUNTING STATION | OBLIGATED AMOUNT |
|---|---|---|---|---|---|
| Army | AA | 21 | 5202000005762084135197 02540 | S09076 | S09076 | $ | 3,630,000.00 |
| | | | | TOTAL | $ | 3,630,000.00 |

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page**  8  **of** 8 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0113          **MOD/AMD** | |

**Name of Offeror or Contractor:**  KELLOGG,BROWN & ROOT SERVICES INC

LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment 001 | LOGCAP STATEMENT OF WORK FOR FOB SALERNO | 28-JUN-2005 | 024 | DATA |
| Attachment 002 | NTP LETTER FOR TASK ORDER 0113 | 26-AUG-2005 | 002 | DATA |
| Attachment 003 | CLAUSE MATRIX | 26-AUG-2005 | 006 | DATA |

**Forward Operating Base (FOB) Salerno and**
**Provisional Reconstruction Team (PRT) Chapman**
**Combined Joint Task Force (CJTF)-76**
**Task Order #0113~~Change 2~~ (2ⁿᵈ ~~Year~~ 2)**
~~28~~17 June 2005

LOGCAP STATEMENT OF WORK

1.0 Scope of Work
2.0 Applicable Documents
3.0 Requirements
    3.1   Base Camp Maintenance
    3.2   Facilities Engineer Technician(FET) & Non-Permanent Construction Projects
    3.3   Water Production/Storage/Distribution Services
    3.4   Laundry Service
    3.5   Food Service Operations
    3.6   Morale, Welfare and Recreation
    3.7   Vector Control
    3.8   Fire, Crash and Rescue
    3.9   Aircraft Service Operations- Paragraph not used.
    3.10   Transportation Motor Pool
    3.11   Organizational and Direct Support Maintenance
    3.12   Wash Rack Operations
    3.13   Class I Operations- Paragraph not used.
    3.14   Class III Operations
    3.15   Class IV Operations
    3.16   Class V Operations- Paragraph not used.
    3.17   Class VIII Operations- Paragraph not used.
    3.18   Class IX Operations- Paragraph not used.
    3.19   Installation Property Book
    3.20   Supply Support Activity-Paragraph not used.
    3.21   Movement Control Operations
    3.22   Security Screening and Badging
    3.23   HAZWASTE
4.0 Government Furnished Equipment
5.0 Period of Performance
6.0 Deliverables
7.0 New and/or Additional Work
8.0 Contractor Personnel Requirements
9.0 Team LOGCAP Support

DAAA09-02D-0007                    FOUO                    2817 June 2005
Task Order-011384
————————————Basic SOW  Change 2 (Year 2 Option)————

# 1.0  SCOPE OF WORK.

The contractor shall provide and/or sustain base camp services, accommodations, life support services, and selected Combat Support/Combat Service Support (CS/CSS) functions to the Salerno base camp.  The contractor will also maintain the minimum current basic life support to the Chapman Firebase and Khowst Provisional Reconstruction Team (PRT) and tenant units – to include HVAC, power generation, minor NTV support, electric and emergency plumbing as required.  These support activities do not include any construction and/or major renovation projects at Chapman.  The contractor shall provide all resources and management necessary to assume the mission in accordance with Basic Contract No. DAAA09-02-D-0007 and Attachments 001 Statement of Work, 002 Special H Clauses and 003 Contract Data Requirements List - 1423 unless otherwise specified within this SOW or by the ACO.   The contractor shall provide all resources and management necessary to assume designated support functions for a base camp population of *1500 2500* personnel and be capable to surge the full spectrum of support for an additional *57500 personnel* .  The Government gives no assurance of a continuous need for these services or that these requirements will remain unchanged.     The government will provide Force Protection/Security for the contractor.

1.1  The contractor shall ensure quality through regular contractor audits of all required missions, and the contractor shall develop, coordinate, and publish a standard operating procedure (SOP) for all associated requirements within the SOW.

1.2  All work shall be accomplished IAW DOD, US Army, and other military service regulations and guidelines to US Army standards unless otherwise stated in this Statement of Work.  The initial period of performance is 365 days.

1.3  Notwithstanding any higher provision of the basic contract, the contractor shall comply with all U.S. and Host Nation laws and regulatory guidelines in the performance of these requirements.  In the case of conflict, the contractor shall identify the conflict to the Contracting Officer.  In the absence of specific direction from the contracting officer the contractor shall comply with the more stringent requirement.

1.4  The contractor shall adhere to the Overseas Environmental Baseline Guidance Document and Host Nation environmental regulatory guidelines in the performance of this SOW

1.5  For the purpose of purchasing supplies/non-durable goods, the contractor shall obtain approval from the on-site ACO for those purchases exceeding the micro-purchase threshold of $2,500.00 on either a unit or cumulative effort. For the purpose of purchasing equipment/durable goods and services, the contractor shall obtain approval from the on-site ACO for those items that exceed a unit cost of $5,000.00 or cumulative cost of $25,000.00.  The contractor will do a lease vs. purchase (break-even) analysis on all requested rentals/leases to determine if the procurement action is in the best interest of the government.

2

1.6  Government Furnished Equipment (GFE), services and supplies will be utilized to the maximum extent possible unless otherwise directed by the ACO or PCO.

1.7  The contractor shall report lost, damaged or destroyed GFE or Government procured property or equipment to the government (ACO) IAW the guidelines delineated in the FAR 45.504.

1.8  The contractor shall clean all work areas daily and upon completion of repairs.

1.9  The contractor is responsible for the safety of employees and base camp residents when conducting all operations and repairs IAW US Army and OSHA safety standards/regulations.

1.10  The contractor shall be available to perform all services and support 24 hours a day, 7 days a week including official holidays, unless otherwise specified within this SOW.

1.11  The government will provide Force Protection/Security for the contractor.

1.12  All tasks within this SOW are expected to be at full performance as soon as the contractor can mobilized all the required resources, but NLT 90 days after the NTP is issued unless coordinated with the ACO.

1.13  <u>Definitions</u>:
   a)  *Maintenance* is defined as: Custodial cleaning, sanitization, repair and lubricating IAW applicable safety regulations, maintenance regulations, handbooks and/or Army food service, billeting and administrative standards.
   b)  *Fully Mission Capable* status is defined as: The equipment must be capable of performing its intended function, in a serviceable condition, and in a safe state of operation.
   c)  *Facility* is defined as:  The structure and all equipment included within that structure.
   d)  *Procurement Plan* is defined as:  The plan that will include the purchase of materials, spare parts and supplies stored on hand.  The contractor shall maintain records for in/out stock spare parts on site, shall ensure sufficient quantities of all materials are available to meet ordinary demands to avoid delays in work execution and shall procure all necessary emergency supplies and parts to ensure uninterrupted service.
   e)  *Base Camps* is defined as: The supported soldier camps to include basic support at Chapman Forward Operating Base and Khowst PRT site.
   f)  *Emergency Repairs* is defined as: KBR responding within two hours.
   g)  *Normal Repairs* is defined as: KBR responds in a normal order of business based upon the sequence of when the work order was published.

**2.0 APPLICABLE DOCUMENTS**.   See Basic Contract and paragraph 1.2 of this Statement of Work.

DAAA09-02D-0007                     FOUO                        28~~17~~ June 2005
Task Order-0~~11~~384
———————————————Basic SOW   ~~Change 2 (Year 2 Option)~~

4

## 3.0 REQUIREMENTS

**3.1  Base Camp Maintenance and General Support Service for Salerno Base Camp and a minimal level of support for Chapman FOB and Khowst PRT as identified in  paragraph 1.**
The contractor shall provide Operations and Maintenance (O&M) programs, and work order/repair procedures to maximize the life expectancy of all the base camps facilities and provide base camp services at minimum cost to the government  The contractor shall repair and maintain the tentage, facilities and all other equipment and components in all the base camps.  In addition, the contractor will be responsible for the custodial cleaning of self – service laundry facilities, shower facilities, toilet facilities, porta-johns and MWR facilities.  The contractor shall maintain all common areas in the base camps, to include dumpsters/trash receptacles.

3.1.1  Facility PMCS & O&M.  The contractor shall perform the required Preventive Maintenance Checks and Services (PMCS) and Operations and Maintenance (O&M) tasks to maintain all base facilities and equipment in a Fully Mission Capable (FMC) status.  The contractor shall develop a Maintenance Standard Operating Procedure (SOP), Procurement Plan and Logistics SOP that is auditable.  This task includes maintenance on existing facilities and buildings within the Salerno base camp wire and at a minimal support level at Chapman FOB and Khowst PRT AOR.

3.1.1.1  *Force Provider/Harvest Eagle Modules/Building/Modular and Non-Permanent Structure Maintenance*.  The contractor shall perform functional/operational checks and an initial joint technical inspection of FP/HE/Building/Modular and non-permanent structure showers, latrines and environmental control units (ECUs) with the Army/Air Force personnel.  DA Form 2404 shall be used for documenting the joint technical inspection results.  All work performed shall be to and IAW applicable government/Army regulations.

3.1.1.2  The contractor shall maintain the FP/HE/Building/Modular and non-permanent showers, latrines and Environmental Control Units (ECUs) heaters in a Fully Mission Capable (FMC) status and shall report the current readiness rate and detailed equipment deadline information using the DA Form 2406 format.  These reports shall be provided at the end of the month to the ACO (QAR).

3.1.2  Work Orders and Repairs.  The contractor shall <del>establish</del> <ins>maintain</ins> a work order and service order desk at Salerno to receive and route all work requests for Salerno PRT.  Chapman requests will be routed through the Salerno WO/SO desk.  The contractor shall establish procedures and a response capabilities for all associated base camp responsibilities to respond to and begin emergency repairs within 2 hours of notification (e.g.: failure in water, sewage, electric, heating, air conditioning, flooding or general utility networks) and normal repairs within 24 hours.  The contractor shall report to the Base Operations Commander and the ACO if repairs cannot be affected within those time periods.  The report will include the problem, reason for delay and the estimated time of completion.  Any equipment that cannot be made operational within 48 hours must be identified and communicated to the QA or ACO. This status report shall include the problem, reason for delay and estimated time of completion.

DAAA09-02D-0007                    FOUO                    28<del>17</del> June 2005
Task Order-0<ins>11</ins>3<del>8</del>4
                    <del>Basic SOW</del>  <del>Change 2 (Year 2 Option)</del>

3.1.2.1  *Emergency Repair Response Time*.  The contractor shall respond to and begin <del>to</del> emergency repairs request within 2 hours after notification.  Emergency repairs include: heating and air-conditioner repair; power disconnection; plumbing (water leaks and stoppage); and sewage backup and stoppage – functions that may endanger camp inhabitants and or property or effect combat missions/operational capabilities will be considered emergency or as determined by the ACO.

3.1.2.2  *Normal Repairs*.  The contractor shall initiate repairs within ***2412***

~~3.1.2.2  *Normal Repairs.  The contractor shall initiate repairs within*~~*Hrs* ~~at appropriate time~~ after notification of failure of the equipment and/or component items *(provided needed repair parts are available)*.~~.~~

3.1.2.3  *POCs*  The contractor shall designate Points-of- Contact (Position and Phone Number) who shall manage and receive requests for repair and maintenance of the buildings and equipment.

3.1.2.4  *Maintenance Scheduling*.  The contractor shall adhere to the guidance in the QASP.

3.1.3  Local Authorities.  The contractor shall coordinate and follow-up with the Base Operations Commander, Base Camp Engineer and FET on any activity that involves permanent infrastructure or real property.

3.1.4  Latrines and Showers.  The contractor shall place in location latrine and shower facilities in support of the base camp mission and as directed by the ACO.  The contractor shall maintain, repair and clean those latrine and showers.  Latrine and shower facilities include water and septic systems to remove both gray and black water.

3.1.5  Plumbing.  The contractor shall install (as required), repair and maintain hose and pipe systems, plumbing fixtures and equipment in all tents, buildings and structures and as directed by the ACO.

3.1.6  Power Generation Operations  The contractor shall provide all resources to operate and maintain all power generation equipment and related functions and safety requirements on Salerno, Chapman and Khowst  PRT.

3.1.6.1  *Redundant Power*.  The contractor shall provide redundant emergency and secondary power and assist in all secondary electrical installation for the facilities identified on a density list provided by Base Operations within 21 days of th*is* ***task order's*** *e* ~~Change 1~~ *NTP*.  Modifications to the density list will be made through the ACO.  All new power generation equipment purchases/ procurements shall be coordinated through the CJTF CJ7 and directed by the ACO.

6

3.1.6.1.1  Guard Towers. The contractor shall supply the guard towers with secondary power distribution system capabilities.

3.1.6.2  *Power Generation Equipment*. The contractor shall acquire, operate and upgrade alternate/standby power generation equipment as directed by the ACO.

3.1.6.2.1  The contractor shall maintain installation generator light sets.

3.1.6.2.2  The contractor **shall *provide adequate power*** ~~procure additional generation~~ ***n capability to meet increased power service for surge and***~~s~~ as directed by the ACO.

> Formatted: Highlight
> Formatted: Font: Bold, Italic, Highlight
> Formatted: Font: Bold, Italic, Highlight
> Formatted: Font: Bold, Italic, Highlight

3.1.6.3 *Safety Inspections* The contractor shall perform safety inspections on all electrical systems for containerized showers and associated power generated equipment to ensure circuits are not overloaded and all base structures and systems are properly grounded and shielded.

3.1.6.4 *Wiring*  The contractor shall wire/re-wire equipment for proper phase alignment and operation as required.  The contractor shall provide both exterior and interior wiring for facilities and provide lighting to all tents and structures, and establish power lines, power distribution boxes and like equipment as required to provide power generation at both camps.

3.1.7  Heating and Air Conditioning (HVAC) for Tents and Buildings.  The contractor shall provide all resources and management necessary to support the HVAC mission.  The contractor will procure, install, operate and maintain heating and air conditioning (HVAC) equipment for all base camp work and billeting facilities.

3.1.8  Surge Support. The Contractor shall support RSOI operations upon notification by the Base Camp Commander and as directed by the ACO.  The contractor shall install or erect billeting for RSOI movements of up to 500 additional personnel.  Upon conclusion of the RSOI operation the contractor shall restore the Base Camp facilities to the level desired by the Base Camp Commander and as directed by the ACO.

3.1.9  Billeting Management

3.1.9.1  *Accountability*.  The contractor shall maintain accountability of Salerno Base Camp Housing areas, as identified in the Base Master Plan, including tents, brick and mortar "quads" VIP Quarters, and transient quarters.  The contractor shall account for furnishings such as cots, furniture, wall lockers, heaters, and ECUs assigned to Salerno Base Camp.  The Government will maintain authority for allocation/distribution of spaces and will assign an appropriate representative to resolving conflicting requirements for resources.

3.1.9.2  *Key Control*. The contractor shall assume responsibility for billeting key control, issuing, and maintaining accountability of keys and locks IAW AR 190-51, AR 380-5, and FM 3-19.30. The contractor shall furnish and operate a key replacement capability.

DAAA09-02D-0007                    FOUO                    2817 June 2005
Task Order-011384
                        Basic SOW  Change 2 (Year 2 Option)

3.1.9.3  *DVQ/VIP Quarters*.  The contractor shall maintain Distinguished Visitor Quarters/transient VIP quarters to include cleaning, maintenance, and linen provision.  The Government will manage the VIP schedule and will provide the contractor with sufficient notice to prepare the quarters.

3.1.10  Trash Removal. The contractor shall perform trash removal on a daily basis.  The contractor shall provide all the resources require to conduct trash removal operations to include placing trash receptacles where appropriate and at the direction of the ACO.  The contractor shall establish, operate and maintain a refuse collection point system and disposal service.

3.1.10.1  *Burn Pit Operations*.   The contractor shall operate and maintain the burn pit in the Salerno AOR IAW applicable Army and safety regulations until provision of a GFE incinerator.  The contractor shall install, operate and maintain the incinerator upon receipt from the government.

3.1.11  Signs for the Base Camps and Supporting Facilities.  The contractor shall provide or maintain existing standardized signs as necessary for the Base camp and the US military facilities to designate operational sections and services (e.g. Laundry, MWR, and Dining Facility).  All facilities will be generically titled without the use of contractor logos.  There will be no renaming of facilities, sections, places or streets once the first set of signs is provided.  Any change in signs will be coordinated with the Base Operations Commander in conjunction with the ACO prior to initiating the requested change.  The contractor shall paint and repair signs, as required, retaining them in a serviceable condition.  Signs shall not be repainted to specific commanders or unit's designation and/or desire.

3.1.12  Sandbags. The contractor shall procure, maintain, provide, fill, and emplace approximately 500 sandbags per day or as required by the Base Commander and approved by the ACO, for reasons to include but not limited to force protection, weather protection and noise reduction.  The Government, through the ACO, will ensure that the performance of this mission will not interfere with the contractor's performance of higher priority requirements.

3.1.13  Dust Management.  The contractor shall minimize the dispersal of airborne dust on roads in billeting areas, work areas and constructions sites and exercise areas within Salerno Base Camp by spraying water or other approved methods.  Water used for this purpose must be approved by Preventive Medicine.  The contractor shall at minimum treat the designated areas twice a day, water production and weather permitting.  The Base Operations Commander will provide a list of designated areas.  Changes to this list will be made through the ACO.

3.1.14  Self Help Tool Room The contractor shall establish and operate a self help tool room that provides construction and basic tools for hand receipt issue to tenant units of Salerno and Chapman.  The government will ensure all Self Help Tool Room hand receipts are cleared before allowing tenants to depart Salerno Base Camp.

**3.2  Facilities Engineering and Construction**.

8

3.2.1 <u>Facilities Engineering</u>.  The contractor shall assume the Facility Engineer mission with responsibilities that include, but are not limited to, base master planning, associated administrative support, surveying (when applicable), and design. They will perform Facilities Engineering functions that require scoping, managing and monitoring quality assurance for projects that duplicate the functions of a FET/FED (-) (Facilities Engineering Team/Facilities Engineering Detachment minus). The contractor shall submit Contingency 1391(s) and shall scope major projects.  The contractor functions include, but are not limited to, the design, improvement, and updating of the sewer system, roads and ground surfaces, the secondary electrical system, the water/water distribution system, communication related systems, additional utilities, Research and Design (R&D) for non-permanent construction, and construction management including selection, application and monitoring of construction techniques that agree with the guidance identified in "The Sand Book."  The contractor shall submit "As Built" drawings of existing facilities.  The government would prefer that the contractor FET team leader posses a secret security clearance, however, the position should be filled regardless of the candidate's clearance. The government will designate a military accountable officer to establish construction priorities.  The military accountable officer will maintain control and have overall responsibility for the security of classified materials, documents, equipment, and facilities.  ***Projects estimating/costing over $750,000 must have MILCON approval before proceeding.***

> **Formatted:** Font: Bold, Italic, Font color: Auto, Highlight

3.2.2 <u>Non-Permanent Construction</u>.  Contractor shall provide a heavy construction team to assume the mission of construction of all facilities at Base Camp Salerno as permitted with respect to force protection issues.  All materials for construction and Class IV will be government furnished materials (GFM) unless otherwise directed by the ACO.

3.2.2.1  The contractor shall construct (build), improve/update and maintain Salerno Base Camp structures (including force protection structures) that are classified as Expeditionary, Initial Standard and Temporary as described in the USCENTCOM Contingency and Long Term Base Camp Facilities Standards, "The Sand Book", and the (OEBGD) Overseas Environmental Baseline Guidance Document that pertains to Afghanistan.

3.2.2.2  The standards of construction and modification/improvement of structures, as described in "The Sand Book" paragraph 3 b (1) on page 2, shall be up to, but not including, 'Warm Base' with one exception: concrete and masonry block structures are allowed in Afghanistan.  The contractor shall replace (relocating and reinstalling if necessary) Expeditionary and Initial Standard level structures with semi-permanent facilities that are identified as Temporary Facilities in "The Sand Book" ( NOT to include construction of MILCON projects).

3.2.2.3  *Horizontal Construction*.  The contractor shall provide the resources, personnel and equipment to assume the horizontal construction mission, provide trenching capability, and maintain the base camp roads, airfield and drainage systems.

DAAA09-02D-0007      FOUO      28~~17~~ June 2005
Task Order-0~~11~~384

—————————— Basic SOW ~~Change 2 (Year 2 Option)~~

3.2.2.4  *Project List*.  The contractor shall construct non-permanent structures to include but not limited to those structures listed in Table 3.1.2- Salerno Non-Permanent Structure Projects.
***(Projects estimated/costing over $750,000 must have MILCON approval before proceeding.)***

TABLE 3.1.2-Salerno Non-Permanent Structure Projects

| Project Title | Est. Duration | Est. Start | Est. Completion | Scope of Work | Facility Standard |
|---|---|---|---|---|---|
| ***BLAHA Completion***~~ASP~~ | TBD | As Directed | TBD | | |
| ~~Heliport Landing Pads~~ | ~~TBD~~ | ~~As Directed~~ | ~~TBD~~ | ~~22 Pads~~ | |
| ~~Festival Tents for Surge~~ ***Clam Shell Tent-f/Surge***~~Billeting~~ | 30 days | As Directed | TBD | 900 pax | ~~Festival//Force Provider~~ |
| ~~Construct KBR work shops~~ | ~~45 days~~ | ~~As Directed~~ | ~~TBD~~ | ~~8 each x 1,280sf~~ | ~~B-Hut~~ |
| Water System ***Phase II*** | 90 days | As Directed | TBD | | |
| Improve Sewage Plant | 90 days | As Directed | TBD | LS | Grinder//Aerators |
| Construct New DFAC | 90 days | As Directed | TBD | 25,000sf | B&M |
| Construct Fuel & ASP Control Points | 3 days | As Directed | TBD | 2560sf each | Quad B&M |
| (Deleted)~~Billeting, Ph2~~ | ~~80 days~~ | ~~Project sched~~ | ~~TBD~~ | ~~10~~ | ~~Quad B&M~~ |
| KBR Bath/Latrine~~Billeting, Ph3~~ | TBD~~80 days~~ | As Directed ~~Project sched~~ | TBD~~TBD~~ | 101 ea | B&M~~Quad B&M~~ |
| Billeting, Ph4 | 80 days | Project sched | TBD | ***64ea***~~10~~ | Quad B&M |
| Construct ~~CO HQs~~Admin Bld'ing x ~~47~~*ea* each x 2560sf | 30 days | Project sched | TBD | *4 7*x 2560sf w/10ft ceilings | Quad B&M |
| Billeting, Ph5 | 80 days | Project sched | TBD | 10 | Quad B&M |
| Billeting, Ph6 | 80 days | Project sched | TBD | 10 | Quad B&M |
| Billeting, Ph7 | 80 days | Project sched | TBD | 10 | Quad B&M |
| Renovate ***Old PUC***~~Base Ops~~ | 80 days | Project sched | TBD | ~5,000sf | Existing 1/501 Bldg |
| Construct 15k sq ft Hospital | TBD | Project sched | TBD | 16,000sf | HFPA |
| Construct KBR Laundry Facility | TBD | Project sched | TBD | 2560sf | B&M |
| KBR B & M Billeting~~Construct PX~~ | TBD  60 days | As Directed~~Proj et sched~~ | TBD~~30 Dec 04~~ | 5 ea~~5,000sf~~ | B&M~~Wood on concrete slab~~ |

10

3.2.2.5  Airfield ~~Airfield~~ support,  **_Deleted_**~~The contractor shall design, construct, improve/update and maintain aircraft landing, taxi and parking areas.  The contractor shall recondition the runway surface when required.~~

**3.3 Water Production /Storage/ Distribution Services**.  The contractor shall operate and maintain all camp water systems.  The contractor will maintain produce, provide, distribute, and store potable and non-potable water and ice IAW applicable Army standards.  The contractor shall assume that the total water supply consumption and distribution rate of 30 gallons per person per day.  The contractor shall provide a total production capacity and distribute potable water as needed per day to the Salerno DFACs and the AAFES vendors; and non-potable water for the latrines and showers.  The contractor shall ensure that a minimum of three days of supply of potable water is on hand at all times.  The contractor shall produce water in compliance with the Maximum Contaminant Levels (MCL's) allowed IAW TB MED/577

3.3.1  Water Treatment/Purification System.  The contractor shall provide, operate and maintain a water treatment system that is capable of providing potable water IAW TB MED/577 for the Salerno base camp.  The contractor shall operate and maintain GFE Reverse Osmosis Water Purification Units (ROWPUs) until the **_contractor can provide_** **_commercial units_** **_and they become_** ~~are~~ **_operational._**

3.3.2  Water Wells.  The contractor shall operate, maintain, ~~and~~ improve **_and relocate_** (as directed by the ACO) wells designated by Base Operations and the FET.   The contractor shall be responsible for testing chlorination levels in water from various well points.

3.3.3  Bottled Water Distribution.  The contractor shall ensure that adequate supplies of GFE bottled water are delivered and regularly stationed at easily accessible locations in the TOC's, primary work areas, Hospital, Airfield, DFAC, LSAs, MWR and Gym facilities.

3.3.4  Augmentation  The contractor shall augment and then assume the Army's current mission of water purification/delivery at the direction of the ACO.  (Contractor has already assumed the mission)

**3.4 Laundry Service**.  The contractor shall provide laundry services with a two-day (48 hours) turn around time.  Laundry service shall include washing, drying, and folding, and returning clothing (including towels and bedding items) to the laundry bag for each individual.  Personnel are authorized one bag of 20 pieces two times per week. Laundry shall be processed by the following priorities:

Medical Treatment Facilities
Military or work uniforms
Organization property to include sleeping bags
Civilian Clothing
Personnel Under US Confinement

11

3.4.1 <u>Self Service Laundry</u>.  At the direction of the ACO; the contractor shall establish, obtain equipment for and maintain a self-service laundry with washers, dryers, interior and exterior plumbing and non-potable water and gray water storage and removal.

3.4.2 <u>Medical Laundry</u>.  The contractor shall process medical laundry separately from all other laundry.  Medical laundry, containing blood or body fluids, shall be washed with a detergent in water at least 71 degrees Celsius (160 degrees Fahrenheit) for at least 25 minutes.

3.4.3 <u>Sewing Services</u>.  The contractor shall provide clothing repair, sewing services for insignia, minor repairs on sleeping bags and Organizational Clothing and Individual Equipment (OCIE).

**3.5 Food Service Operations**.    The contractor shall operate, upgrade (within Sandbook standards) and maintain the Salerno dining facility.  The contractor shall prepare four hot meals at the Salerno DFAC.  All rations will be government provided.  The contractor shall prepare, cook and serve all meals, foods, supplements, and cold condiments according to recipes, cooking times, and temperatures, and IAW the contractor's kitchen SOP supplement to TB MED 530 Food Sanitation Standards.  Meals will be prepared based upon headcount

3.5.1 <u>Hours of Operation</u>.  Hours of operation shall be at the direction of the ACO and posted at the entrance of the facility along with daily menus.

3.5.2 <u>Surge Operations</u>.  During surge periods, the Contractor shall maintain the capability to meet surge feeding for the Salerno population at 4 meals per day.  Surge capacity can reach a maximum of 2000 personnel.  .

3.5.3 <u>Supplementary Food Requests</u>.  The Salerno Base Camp designated logistics representative, in conjunction with the ACO, shall approve any requests for food service support for outside the confines of the DFAC and not during the regularly scheduled meal times.

3.5.4 <u>Special Event and Holiday Meals</u>.  The contractor shall prepare and serve special event, and holiday meals as required/directed by the ACO.

3.5.5 <u>Reporting Requirements</u>.  The contractor shall prepare production schedules, food ration requests and report on hand inventory IAW appropriate US Army regulations.

3.5.6 <u>Headcount</u> The contractor shall perform headcount IAW US Army regulations.

3.5.7 <u>Ration Delivery</u>.  The contractor shall unload rations from delivery vehicles and store rations in the appropriate cold or dry storage facility.

3.5.8 <u>Hand-wash Stations</u>.  The contractor shall establish and maintain hand-washing stations within the DFAC.  The contractor shall ensure that the stations have adequate water, soap and paper towels.

**3.6 Morale, Welfare, and Recreation (MWR) Services**.  The contractor shall procure, operate and maintain all MWR facilities to include fitness centers on a *24/7 basis*.  The contractor shall procure in close coordination with the ACO and maintain all MWR equipment.

> **Formatted:** Font: Bold, Italic, Highlight

> **Comment [OMG1]:** MWR operations to go to 24/7 (doubled KBR manning requirements?)  Also includes a "fest" tent.

3.6.1  <u>Internet Café and Phone Bank</u>  The contractor shall operate an Internet Café with associated services for up to 25 computer workstations and 25 commercial telephone lines.  The contractor shall furnish computer workstations not provided by the government or a third party contractor.

3.6.2  The contractor shall assist in the preparation of the activities/events scheduled by the government MWR coordinator.

**3.7 Vector Control**.  The contractor shall comply fully with the requirements of AR 200-5 (Pest Control) and internal standard operating procedures for the control of insects and animals and as directed by the ACO.  Food storage areas, common areas and dining facilities shall be regularly inspected and appropriate actions taken to keep them pest and vector free.  Contractor shall maintain adequate records of all pest management operations performed.  Pesticide application and surveillance records shall be maintained to provide a permanent historical record of activities. Such records shall be made available to the ACO/QAR upon request.

**3.8 Firefighting Operations**.  The contractor shall furnish, maintain, and operate the full spectrum of Fire Fighting Operations to include Fire Fighting Services, a Fire Prevention Program, Fire Suppression and Rescue Operations to support the Salerno Airfield and base camp. Contractor shall ensure that fire fighting personnel meet the requirement of DOD Instruction (DODI) 6055.6, DOD Fire and Emergency Services Program, AFI 32-2001, AFMAN 32-2003, The Fire Fighter Certification Program, and NFPA standards, including any ACC supplements.

3.8.1  The contractor shall advise personnel of all environmental compliance and HAZMAT handling requirements to standards identified in the Fire Protection, and Health (AFOSH) Program, and OSHA requirements.  The contractor shall maintain Material Safety Data Sheets (MSDS) for all materials used IAW federal and local laws and/or regulations.

**3.9 Aircraft Services.  Paragraph Not Used**

**3.10 TMP and Transportation Operations**.  The contractor shall establish a Transportation Motor Pool (TMP) at Salerno Base Camp.  The contractor shall provide a commercial NTV capability to support dispatch of vehicles to tenant units in accordance with the government established vehicle density list.  The purchase of additional vehicles will be coordinated through the CJ4 and directed by the ACO.   The TMP shall provide the following services: Vehicle dispatch services 12 hours a day, seven days per week or as directed to meet mission requirements.  The contractor shall perform maintenance on TMP dispatched vehicles.

> **Formatted:** Font: Bold, Italic

3.10.1 <u>HCNs</u>.  HCN workers will not operate government owned NTVs at forward operating locations

**3.11 Organizational and DS Maintenance**.  The contractor shall perform Organizational and Direct Support maintenance for non tactical and tactical vehicles; ATVs and Gators; power generation and other base support equipment; and MHE for all units assigned to Salerno Base Camp and Chapman PRT and as identified by the government provided density list *(see attachments A/B&C)*.  Tenant units include US Army, US Marine Corps, US Air Force, US Navy and other US government organizations.  The contractor shall repair and maintain all other equipment and vehicles at the direction of the ACO.  The contractor shall be capable of providing all facets of an Army DS maintenance shop including allied trade services such as fabrication, metalworking, machining, welding, and cutting. The contractor shall perform scheduled maintenance and unscheduled repair support, and tire repair/balancing and alignment capabilities.

3.11.1 <u>Augmentation</u>.  The contractor shall augment current government operations.  It is intended for the contractor to augment by taking full responsibility for the Org/ DS Maintenance Support functions as directed by the ACO.  *(Main intention is to cover Stay Behind Equipment (SBE) and equipment associated with slice elements.)*

3.11.2 <u>Lift/Hoist</u>.  The contractor shall provide lift capability (i.e. to replace engines) of at least *10,000lbs*.

3.11.3 <u>Contact Teams</u>.  The contractor shall support NTV operations, organizational, and DS maintenance with contact teams for Chapman and Salerno.

3.11.4 <u>Repair Parts</u>.  The contractor will order and manage the delivery of all required repair parts using standard Army automated requisitioning systems where possible and using non-standard PR&C processes, within applicable regulations, when not.

3.11.5 <u>PLL</u>.  The contractor shall establish a Prescribed Load Listing (PLL) and Shop Stock for NTVs, ATVs, and equipment IAW the vehicle density listing.

3.11.6 <u>Reports</u>.  The contractor shall produce utilization reports and provide other reports currently provided to higher headquarters via ULLS-G and the SAMS-1 STAMIS system.  The contractor shall report the operational readiness of NTVs to Base Operations and the ACO in the format and frequency determined by the Base Operations commander or designated logistical representative.  NTVs that the contractor evaluates as non-economically repairable will be reported to the ACO immediately.

3.11.7 <u>Recovery</u>.  The contractor shall be required to recover any government furnished leased or purchased, tactical or non-tactical vehicle.   The government will provide adequate force protection with armed escorts for all recovery operations outside the perimeter.

14

**Formatted:** Font: Bold, Italic, Highlight

**Formatted:** Font: Bold, Italic, Highlight

**Formatted:** Font: Bold, Italic, Highlight

**Formatted:** Font: Bold, Italic, Highlight

DAAA09-02D-0007                          FOUO                          28<del>17</del> June 2005
Task Order-0<u>11</u><del>38</del>4
                    ────────── Basic SOW  <del>Change 2 (Year 2 Option)</del>

3.11.8  <u>Maintenance Facilities</u>.  The contractor will be provided with adequate facilities for the
performance of maintenance services.  If and when facilities cannot be Government Furnished
for this operation, guidance and instructions will be provided by the ACO.

3.11.9  <u>Density List</u>.  The government will provide a vehicle density list by VIN/Serial with
number/type of vehicles to be supported. Additions/deletions to this list will be made with ACO
approval. <u>The Gov't will verify the Density list every 6 months to verify accountability. All
additions to the density list will be made by the ACO.</u>

**3.12  Wash Rack Operations.** The contractor shall provide all the resources required to
establish, manage and maintain a customer operated vehicle wash rack.  The contractor shall
ensure that the wash rack is accessible 12 hours a day, 7 days a week with the provision to surge
to 24 hours a day upon direction from the ACO.

**3.13  Class I Operations.  Paragraph Not Used**.

**3.14 Class III Operations.**  The contractor shall receive, account for, operate and maintain
metered retail fuel distribution.  Fire extinguishers shall be present at all fueling locations.  All
fuel shall be provided by the government.

3.14.1  <u>Power Generation and HVAC Refuel</u>. The contractor shall refuel all power generation
and HVAC systems daily.

**3.15  Class IV Operations**.  The contractor shall operate and manage the installation Class IV
(FSB/ENG) yard under a military accountable officer.  The contractor shall store and issue to
customer units as approved by the accountable officer.  The contractor shall perform weekly
inventories and those inventories as required.  All construction materials and Class IV materials
are Government Furnished Materials (GFM) unless otherwise directed by the ACO.  The
contractor shall obtain or procure construction materials at the direction of the ACO.

3.15.1  <u>STAMIS</u>.  The contractor shall maintain accountability of Class IV transactions and
operations through the appropriate Standard Army Management Information System (STAMIS).
The government will furnish the appropriate STAMIS.

**3.16 Class V Operations.  Paragraph Not Used.**

**3.17 Class VIII Operations.  Paragraph Not Used.**

**3.18 Class IX Operations.  Paragraph Not Used.**

**3.19 Installation Property Book Office.**  The contractor (Installation Accounts Manager) shall
manage property book accountability for all installation assets controlled by the Salerno-IPBO.
The contractor shall request, receive, catalog, store, maintain, and issue major assets, all assets
requisitioned by the Salerno Contingency Contracting Office, and keep all property

15

accountability requirements IAW AR 710-2, AR 735-5 and DA Pam 710-2-1.  The contractor shall maintain the document register on installation property.  The contractor shall manage property book accountability for all class V issued from the Salerno Ammunition Supply Point on the Installation Property Book.  The Government will provide an Accountable officer.

**3.20 Supply Support Activity.  Paragraph Not Used.**

**3.21 Movement Control Team. (Container Handling)**

3.21.1  <u>Container Handling</u>.  The contractor shall furnish, operate and maintain Material Handling Equipment (MHE) capable of handling 20 and 40 foot MILVANs and commercial containers.  The contractor shall be able to download containers from vehicles, upload containers to vehicles, and move containers within the perimeter of Salerno Base Camp.  The contractor shall be able to move a minimum of 160 twenty foot containers and 10 forty foot containers per week.

**3.22  Security Screening and Issuing of Badges**.  The contractor shall conduct and perform all the duties and functions of security screening Third Country Nationals (TCNs) and Host Country Nationals requiring access to the installation.  The military accountable officer will provide the contractor with force protection screening criteria and changes to the screening criteria as required. The contractor shall produce and issue badges, in accordance with the directives of the military accountable officer, and IAW the policies and authority of the Task Force Commander, or his designated representative.  Badges shall be of a design that shall preclude duplication and shall be serial numbered.  Identification Badge stock shall be secured in a safe with sufficient safeguards to preclude unauthorized personnel from gaining access to them.

3.22.1  <u>Badges shall identify, at a minimum, the following information</u>:
      a)  Recipients Nationality
      b)  Recipients National Identification
      c)  Recipients First and Last Name
      d)  A color photo of the individual
      e)  A unique Badge Number; no badge number will be issued twice
      f)  Company & Department working for
      g)  Area employee will have access to
      h)  A color description for the badge that identifies escort requirements/privileges
      i)  Expiration Dates (Based on contract expected duration)

3.22.2  <u>Badge Categories</u>.  The contractor shall issue different categories of badges that will indicate escort requirements.  Badges which are to be issued to local nationals shall be issued in duplicate.  A separate color shall be used to facilitate badge exchange.  Badges shall be retained by the US Army at the access control point and exchanged during a Local Nationals' entry or departure of the camp.

3.22.3  <u>The following are estimated for identification badge requirements</u>:

16

DAAA09-02D-0007                 FOUO                 28~~17~~ June 2005
Task Order-0~~11~~384
—————————————Basic SOW  ~~Change 2 (Year 2 Option)~~

o        Local National Commanders or Dignitaries: (no escort required) approximately 100/year.
o        Local National Employees/Vendors: (escort required) approximately 3,000 required
         annually.
o        Vendors/Interpreters/ Local Employees: (no-escort required) approximately 200/ year.
o        Temporary badges: (no photo, escort required) approximately 300 / year.

3.22.4  <u>Authorization</u>.  The contractor shall issue badges only on the authorization of the Base
Operations CDR, or his designee's approval.  The screening and identification procedures shall
be agreed to prior to the contractor assuming the Identification Card production mission.

3.22.5  <u>Issue/re-issue</u>.  The contractor shall maintain a sufficient stock of identifications stock to
re-issue to all persons in the event that the Base CDR directs a change due to force protection
issues.  No badge will be issued without proof of identification from the recipient, and all
required documentation completed screened and approved.

3.22.6  <u>Materials and Equipment</u>.  The contractor shall provide all identification materials (e.g.
stock of IDs and laminate), and have reserve equipment to ensure continuous operations in the
event that the primary system breaks down.

3.22.7  <u>Photos</u>.  The contractor shall take initial photos of candidates digitally.  At the completion
of medical and CI screening, those personnel to be hired shall have their photograph taken with
the digital or film camera and a badge prepared.

3.22.8  <u>Application Form</u>.  The contractor shall design an application form to collect required
information.  This application form shall be completed in both English and one (1) local
language agreed upon by the contractor and the CI screening cell.

3.22.9  <u>Screening/Biometrics Operations</u>.  The contractor shall utilize all necessary material and
biometrics equipment, which will be provided and installed by the Government, and will be
utilized to capture personal identification information to include but not limited to fingerprint or
retinal scans, pictures and production of new badges.  The Biometric system will be utilized to
track the status of personnel on/off post.  The contractor shall be responsible for maintenance and
repair of all hardware and software systems. The Biometric system will be utilized to track the
status of personnel on/off post.

3.22.10  <u>Clearances</u>. All contract employees working on Screening Cell mission shall be a US
Citizen and hold a Secret Security Clearance.

3.22.11 <u>Screening Capacity</u>.  The contractor shall be capable of screening no less than 200 (two
hundred) local nationals per month, based on screening 7 days per week

3.22.12 <u>Government Oversight</u>.  The security screening shall be conducted with the government
oversight of no less than an OIC (Officer in Charge) or NCOIC (Non-commissioned Officer in

17

Charge).  The Contractor shall work under its own established procedures, however the Government shall be informed when derogatory or suspicious information is exposed during the screening process.

3.22.13  Questions. The Government will provide the contractor with a list of questions to be included in all screening. The government will record all answers in a database format.  The government will compile pertinent information for reports as required.  The contractor shall not produce classified reports.

3.22.14  Contractor Report.  The database that the contractor utilizes to record data will be an unclassified system and shall be used to provide a weekly report to the government as required. The report will identify the number of persons screened and the number of persons who failed, with short descriptions explaining why they failed the selection. .

3.22.15  Linguist Support. The contractor shall provide all linguist support required to accomplish the screening , and the contractor shall be capable of screening in languages designated as practical by the Base Operations Commander and as directed by the ACO.

3.22.16  Screening Computer Security.  The contractor shall establish and maintain a stand-alone computer network with all computer assets with those utilized by the KBR badge office, ECPs and other biometric users.  KBR shall restrict access to the Screening Mission Data to only authorized personnel with secret clearances.

3.22.17  Issue Frequency.  All local national employees shall be re-screened and issued a new ID every 12 months or as directed by the ACO.

**3.23 HAZWASTE Services**.  The contractor shall provide, operate and maintain waste management systems and programs, to include HAZMAT/HAZWASTE removal and medical waste disposal, to meet applicable Army regulatory guidance and support the population and function of the base camp. The Task Force will provide specific guidelines as to the particular type of incinerator to purchase.  *If this (or any other single) equipment cost exceeds $250,000. OPA funding must be approved before purchase can be made and authorized by the ACO.*

3.23.1  HAZMAT. The contractor shall be responsible for clean-up, collection, transport and storage of Hazardous Material (HAZMAT) releases over 5 gallons occurring or found within the Salerno Base Camp or perimeters.  For planning purposes, the contractor shall maintain materials to respond to releases of up to 5,000 gallons.

3.23.2  Spill Response. IAW OEBGD requirements, host nation laws and regulations, the contractor will manage all hazardous spill response and clean up on the bases that are greater than five (5) gallons or exceed the capacity of the unit's capability to individually handle the spill. Final disposal of hazardous materiel and waste from the collection point shall be the responsibility of the government.  Any additional requirements shall be at the direction of the ACO.

18

3.23.3  <u>Materials Covered</u>.  This work shall include responses to releases of "common" hazardous materials which are considered to be building and vehicle maintenance related materials such as paint, POL products, antifreeze and battery acid.  This work does not include removal of asbestos from buildings or structures.  Response to releases of materials not considered as "common" hazardous materials and/or asbestos removal shall be considered a major construction effort whose costs must be estimated separately.

## 4.0 GOVERNMENT FURNISHED EQUIPMENT/PROPERTY.

Property accountability is applicable to all government furnished and contractor procured durable and non-expendable equipment.

### 4.1 Government Furnished Property (GFP)

4.1.1  The contractor shall perform an initial joint inventory of the base camp equipment with the US Army's current property accountable officer.  Damaged items and shortages shall be documented.  The contractor shall repair or replace damaged items and acquire the list of shortages to bring FP/HE modules to a Fully Mission Capable and operational status.  The contractor shall perform monthly cyclic inventories of equipment and maintain 100% property accountability in accordance with applicable US Army regulations.

4.1.2  <u>Lost/Damaged Items</u>.  The contractor shall report lost, damaged, or destroyed GFE or government procured property to the Government IAW the guidelines delineated in the FAR 45.504.

### 4.2 Contractor Procured Equipment

4.2.1  The contractor shall record all durable and non expendable equipment on their property book records.  The contractor shall conduct periodic physical inventories of all equipment and property and maintain 100 % property accountability IAW FAR 45.508 and applicable Army regulations.  The type and frequency of the inventory should be based on the contractor's established practices, the type and use of the Government property involved, the amount of government property involved and it's monetary value, and the reliability of the contractor's property control system.

### 4.3 The government will furnish the following equipment:

4.3.1  Class IV Materials.

***4.3.1.1 CENTCOM Approved Trash Incinerator.***

4.3.2  All rations for meals.

19

> **Formatted:** Font: Bold, Italic, Highlight

DAAA09-02D-0007                        FOUO                          28~~17~~ June 2005
Task Order-0~~11~~3~~84~~
                          ──Basic SOW   ~~Change 2 (Year 2 Option)~~

4.3.3  DSN communications

4.3.4  Satellite Dish for MWR, AFN, and ATLAS

4.3.5  Unit Level Logistics System Computer and software

4.3.6  SARRS Computer and software

4.3.7  4 each- 50K Fuel Bags

4.3.8  1 each – 3K~~000~~ gallon Reverse Osmosis Water Purification Units (ROWPU) and water storage bladders.

4.3.9  2 each – Tank Pump Unit (TPU) fuelers

4.3.10  Fuels for base operations support

**_4.3.11 1 each – HEMMT Fueler_**

**_4.3.12 1 each -  ORG/DS Maintenance Facility_**

**5.0 PERIOD OF PERFORMANCE**.     The contractor shall begin performance upon Notice to Proceed or an approved TO and ROM.  Period of performance shall be from 1 September 2005 to 31 August 2006 period of 365 days.  The date of the contractor's full performance shall be NLT 90 days from the receipt of the notice to proceed, with the exception of tasks identified as not turned on by an Administrative Change Letter issued by the ACO. Tasks turned on by the ACO at a later date shall have contractor full performance NLT 90 days, or a number of days mutually agreed to by the contractor and the ACO.

**6.0 Contractor Deliverable Requirements List (CDRLs)**.
The contractor shall provide CDRLs as outlined in the Basic Contract.

**6.1 Cost Reporting**.  The contractor shall perform all cost reporting in accordance with the basic task order.

**6.2  Reviews**.  Progress and performance reviews will be conducted on a monthly basis at the site.  The reviews will be conducted by the ACO and attended by the LOGCAP Planner/ representative, and be presented to the Task Force/Base Camp Commander and tenant units.

**7.0  NEW AND/OR ADDITIONAL WORK**

**7.1 Contract Cost Control**.

20

7.1.1  Excess Costs.  All costs in excess of those items included in the proposal for this effort will be identified to the PCO/ACO and a cost proposal submitted, by the contractor, for approval prior to executing any additional work requirements.

7.1.2  New Work.  All new work requirements will be detailed in a Statement of Work to the PCO/ACO.  A cost proposal will be submitted, by the contractor, and approved prior to execution.

## 8.0  CONTRACTOR PERSONNEL REQUIREMENTS

**8.1  Security Clearance Requirement**. Secret clearance is required for the site manager, the security screening personnel, and those whose job requires use of the DNTV phones.

**8.2  Allowances**.  Contractor's personnel that are authorized by the Task Force Commander will reside in the Army's base camp.  The Government will furnish rations, water, ice, laundry and bath, and medical support.  The contractor's personnel shall have access to the AAFES (when available) and MWR facilities.  These personnel will live under field conditions.

**8.3  Compliance**.  The contractor shall ensure compliance with any applicable regulations, security and force protection requirements prescribed by the Base Operations Commander.

**8.4  Personnel Screening**.  The contractor shall screen all employees to ensure they do not have criminal records with their home country.

8.4.1  Prior Service US Military.  Personnel with prior U.S. Military service shall be screened for military service criminal offenses.

8.4.2  Medical Screening. Personnel shall receive appropriate medical screening prior to employment.

8.4.2.1 This screening shall include infectious diseases, at a minimum but not limited to tuberculosis.

**8.5 Local Nationals**. The contractor shall, within force protection constraints, hire the local national personnel for new work or projects, and those that are currently employed by the government at the base camps.  These personnel are subject to the same screening requirements as stated in paragraph 8.4 of this statement of work.

## 9.0  Team LOGCAP Support

**9.1**  The contractor shall provide administrative and life support to all Team LOGCAP members that are not being supplied by an AMC Logistics Support Element.  Required office and

DAAA09-02D-0007                    FOUO                    28<del>17</del> June 2005
Task Order-0<ins>113</ins><del>84</del>
                    <ins>Basic SOW</ins> <del>Change 2 (Year 2 Option)</del>

voice/data communications equipment shall also be provided.    The contractor shall provide one
(1) non-tactical vehicle to support LOGCAP Planners.  The contractor shall service and maintain
the vehicle.

**9.2**  Members of Team LOGCAP include all Army Materiel Command and Defense Contracting
Management Agency personnel deployed in support of this Task Order.

**9.3**  The contractor shall obtain approval for all support requirements from the on-site ACO .

22