# Exhibit R

SO-06-0264

| | PAGE 1 OF 7 |
|---|---|

## ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0116 | 2006/01/19 | SEE SCHEDULE | DOC9 |

| 6. ISSUED BY | CODE | W52P1J | 7. ADMINISTERED BY (if other than 6) | CODE | S4402A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| HQ AFSC<br>AMSFS-CCF<br>BRETT LUCHSINGER (309)782-3869<br>ROCK ISLAND, IL 61299-6500<br>EMAIL: BRETT.LUCHSINGER@US.ARMY.MIL<br>BLDGS 350 & 390 | | | DCMA DALLAS<br>600 NORTH PEARL STREET<br>SUITE 1630<br>DALLAS, TX 75201-2843 | | | ☐ DESTINATION<br><br>☒ OTHER<br>(See Schedule if other) |
| | | | SCD: A      PAS: NONE      ADP PT: HQ0338 | | | |

| 9. CONTRACTOR | CODE | 3GJU9 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|
| NAME AND ADDRESS | KELLOGG, BROWN & ROOT SERVICES INC<br>4100 CLINTON DRIVE<br>HOUSTON, TX 77020 | | | SEE SCHEDULE | ☒ SMALL<br><br>☐ SMALL DISADVANTAGED<br><br>☐ WOMAN-OWNED |
| | | | | 12. DISCOUNT TERMS | |
| TYPE BUSINESS: Domestic Firm Performing Outside U.S. | | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Block 15 | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | HQ0339 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|
| SEE SCHEDULE | | DFAS COLUMBUS CENTER<br>DFAS-CO/WEST ENTITLEMENT OPERATIONS<br>P.O. BOX 182381<br>COLUMBUS, OH  43218-2317 | | | |

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your ☐ Oral ☐ Written  Quotation _____ , Dated _____<br>furnish the following on terms specified herein.<br>ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE:<br>CONTRACT TYPE:<br>  Cost Contract<br>  Cost-Plus-Award-Fee<br>KIND OF CONTRACT:<br>  Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>GREGORY J. TETTER<br>GREGORY.TETTER@US.ARMY.MIL (309)782-5724<br>BY: _Gregory J. Tetter_   17 Jan 2006 | | 25. TOTAL | $253,633,002.00 |
|---|---|---|---|---|
| | CONTRACTING/ORDERING OFFICER | 26. DIFFERENCES | | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN | | | |
|---|---|---|---|
| ☐ INSPECTED ☐ RECEIVED ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED | | | |

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | ☐ PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | ☐ FINAL | |
| | | 31. PAYMENT | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | ☐ COMPLETE | |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ PARTIAL<br>☐ FINAL | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD FORM 1155, DEC 2001                     PREVIOUS EDITION IS OBSOLETE.

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0116 | 2006JAN19 | SEE SCHEDULE | DOC9 |

| 6. ISSUED BY | CODE | W52P1J | 7. ADMINISTERED BY (If other than 6) | CODE | S4402A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|

**6. ISSUED BY** CODE W52P1J
HQ AFSC
AMSFS-CCF
BRETT LUCHSINGER (309)782-3869
ROCK ISLAND, IL 61299-6500
EMAIL: BRETT.LUCHSINGER@US.ARMY.MIL
BLDGS 350 & 390

**7. ADMINISTERED BY (If other than 6)** CODE S4402A
DCMA DALLAS
600 NORTH PEARL STREET
SUITE 1630
DALLAS, TX 75201-2843

SCD: A        PAS: NONE        ADP PT: HQ0338

**8. DELIVERY FOB**
☐ DESTINATION
☒ OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | 3GJU9 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|

**9. CONTRACTOR** CODE 3GJU9   FACILITY
KELLOGG,BROWN & ROOT SERVICES INC
4100 CLINTON DRIVE
HOUSTON, TX 77020

NAME AND ADDRESS

TYPE BUSINESS: Domestic Firm Performing Outside U.S.

**10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD)**
SEE SCHEDULE

**12. DISCOUNT TERMS**

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Block 15

**11. X IF BUSINESS IS**
☐ SMALL
☐ SMALL DISADVANTAGED
☐ WOMAN-OWNED

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | HQ0339 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|

**14. SHIP TO** CODE
SEE SCHEDULE

**15. PAYMENT WILL BE MADE BY** CODE HQ0339
DFAS COLUMBUS CENTER
DFAS-CO/WEST ENTITLEMENT OPERATIONS
P.O. BOX 182381
COLUMBUS, OH 43218-2317

**16. TYPE OF ORDER**

**DELIVERY/CALL** ☒
THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT.

**PURCHASE**
Reference your ☐ Oral ☐ Written Quotation _____ , Dated _____ .
furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE CONTRACT TYPE: Cost Contract Cost-Plus-Award-Fee KIND OF CONTRACT: Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA GREGORY J. TETTER /SIGNED/ GREGORY.TETTER@US.ARMY.MIL (309)782-5724 BY: | | 25. TOTAL | $253,633,002.00 |
|---|---|---|---|---|
| | | | 26. DIFFERENCES | |
| | CONTRACTING/ORDERING OFFICER | | | |

**27a. QUANTITY IN COLUMN 20 HAS BEEN**
☐ INSPECTED   ☐ RECEIVED   ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | ☐ PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER    g. E-MAIL ADDRESS | ☐ FINAL | | |
| | 31. PAYMENT | | 34. CHECK NUMBER |

**36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.**

| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | 35. BILL OF LADING NO. |
|---|---|---|---|

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD FORM 1155, DEC 2001**                    PREVIOUS EDITION IS OBSOLETE.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page   2   of   7 |
|---|---|---|
| | PIIN/SIIN   DAAA09-02-D-0007/0116          MOD/AMD | |

**Name of Offeror or Contractor:**   KELLOGG, BROWN & ROOT SERVICES INC

SUPPLEMENTAL INFORMATION

1. The purpose of this Cost Plus Award Fee Task Order is to award all services necessary to support, operate and maintain Bagram Air Field, Afghanistan as reflected in the accompanying Statement of Work (SOW).

2. Bagram Air Field, Site 2, Afghanistan:

a. The SOW entitled "Bagram Air Field, Site 2, Afghanistan - Support To US Forces In Bagram, Afghanistan, LOGCAP Statement of Work," dated 12 October 2004, is hereby incorporated into this Task Order.  The services described herein the SOW are deemed mission essential per DODI 3020.37 paragraphs E2.1.3, E2.1.3.1 and E2.1.3.2.  The estimated Period of Performance is 365 days, from 19 January 2006 to 18 January 2007.  The estimated funded Period of Performance is from 19 January 2006 to 19 February 2006.

        Note:  The above referenced SOW is all-inclusive of previously submitted SOWs.

b. Kellogg Brown & Root Services' (KBRS) ROM Titled: "Bagram Air Field, Site 2, Afghanistan.", dated 14 December 2005, (to include their assumptions), are hereby referenced in this Task Order.  (Any reference to the TEP or ROM in this Task Order does not constitute acceptance of the assumptions set forth in those documents. Such assumptions shall be considered for cost estimating purposes only).

c. Performance shall be sufficient to meet the mission needs consistent with the SOW, pertaining to the Afghanistan site. Any deviation or change to the SOW requirements shall require prior approval from the Contracting Officer (unless specifically stated otherwise in the contract). Any material deviation from the TEP requires prior approval from the Contracting Officer.

d. Current Funding. This task order funds this Task Order for a total of $25,000,000.00 of which KBRS is allowed to incur costs of the funded Not To Exceed (NTE) amount of $24,271,850.00, Clin 4005AA. The remaining $728,150.00 is broken down as two parts, one set aside for the Base Fee Pool of $242,719.00, Clin 4009AA and the second set aside for the Award Fee Pool of $485,431.00, Clin 4011AA. The total Ceiling Price is $253,633,002.00. Actual Award & Base Fee to be determined at time of definitization.

e. This is an "undefinitized contract action" as defined in DFARS 217.7401. As such, the Contractor must submit his qualifying proposal in accordance with contract clause 252.217-7027, except for the timelines which are established below for this Task Order. Definitization shall be consistent with DFARS 217.74. The definitive contract resulting from this undefinitized contract action will include a negotiated price that in no event will exceed the Ceiling Price amount of $253,633,002.00 as stated in Block 25 of this Task Order (see DD Form 1155).

f. The target schedule for definitizing this Task Order is as follows:

        Date of Qualifying Proposal  06 March 2006
        Date of DCAA Audit  06 April 2006
        Date of AFSC Cost/Price Review  20 April 2006
        Negotiations  4 May 2006
        Definitization  18 May 2006


g. KBRS will seek Contracting Officer approval for other than surface transportation for shipment of supplies and equipment.

h. KBRS is permitted to deploy its own personnel with prior approval from the Government and will comply with all deployment requirements for the specific Area of Operations. The contractor shall be responsible for compliance with all requirements and guidance found in DA PAM 715-16, "Contractor Deployment Guide." All travel shall be in accordance with the Joint Travel Regulations (JTR).

        The Fiscal Year 2006 per diem rates can be found at:
        http://www.policyworks.gov/org/main/mt/homepage/mtt/perdiem/perd04d.html

        Note:  Travel per diem will be 75% for first and last travel day.

        The JTR regulations can be found at:
        http://www.dtic.mil/perdiem/trvlregs.html

        Travel outside the scope of the Contract Task Order must have prior approval by the Contracting Officer.

i. For the purpose of purchasing supplies/non-durable goods, KBRS shall obtain approval from the on-site ACO/COR for those items exceeding the micro purchase threshold of $2,500.00 on either a unit or cumulative effort. For the purpose of purchasing equipment/durable goods the Contractor shall obtain approval from the on-site ACO/COR for those items that exceed a unit cost of $5,000.00 or cumulative cost of $25,000.00.

j. The Government shall not be obligated to reimburse the Contractor for costs incurred in excess of the Not to Exceed cost

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 3 **of** 7 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0116    **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

set forth above and funded, and the Contractor shall not be obligated to incur costs in excess of this amount, unless and until the Contracting Officer has notified the Contractor in writing that such amount has been increased. If the Contractor has reason to believe that such costs which they expect to incur in the performance of this SOW (when added to all costs previously incurred for same) will exceed 75% of the estimated funded costs shown above, they shall notify the contracting officer 60 days ahead to that effect.

k. The Government Furnished Equipment will be provided for this Task Order in accordance with instructions at SOW, paragraph 3.0.

l. Deliverables shall be in accordance with the paragraphs of the SOW and with all applicable documents required by the SOW in the basic contract as follow:

    Basic Contract Requirements:
    Project Schedules, frequency once a month
    CLIN 4007AF Daily SITREPS
    CLIN 4007AD Briefings
    CLIN 4007AD Minutes
    CLIN 4007AD Trip Reports
    CLIN 4007AG Progress Reviews: frequency once a month
    CLIN 4007AJ Event Lessons Learned Report
    CLIN 4007AK Events After Action Report
    DA Form 2406 Weekly

m. FAR Clause 52.217-8, titled "Option to Extend Services" is hereby incorporated into this Task Order revised as follows:

    "The Government may require continued performance of any services specified the contract. The option provision may be exercised more than once. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days from the Task Order expiration date."

n. The Contractor shall provide the Project Schedule for the event per Basic Contract SOW paragraph 1.0.

3. Clause Matrix (attachment 001) is for reference and information purposes specific to this Task Order, however, all other applicable terms and conditions set forth in the basic contract apply.

*** END OF NARRATIVE A 001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 4 of 7 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0116   MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 4005 | SECURITY CLASS: Unclassified | | | | |
| 4005AA | SITE 2 - NOT TO EXCEED COSTS | 1 | LO | | $    24,271,850.00 |
| | NOUN: LOGCAP CONTRACT<br>PRON: M26ZY034WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR6D34LC0059 | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DLVR SCH                    PERF COMPL<br>REL CD        QUANTITY        DATE<br>001            1            18-JAN-2007 | | | | |
| | $    24,271,850.00 | | | | |
| 4009 | SECURITY CLASS: Unclassified | | | | |
| 4009AA | SITE 2 - BASE FEE SET-ASIDE | 1 | LO | | $      242,719.00 |
| | NOUN: LOGCAP CONTRACT<br>PRON: M26ZY034WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR6D34LC0059 | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin    ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DLVR SCH                    PERF COMPL<br>REL CD        QUANTITY        DATE<br>001            1            18-JAN-2007 | | | | |
| | $      242,719.00 | | | | |
| 4011 | SECURITY CLASS: Unclassified | | | | |
| 4011AA | SITE 2 - AWARD FEE POOL SET-ASIDE | 1 | LO | | $      485,431.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 5 of 7 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0116 MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | NOUN: LOGCAP CONTRACT<br>PRON: M26ZY034WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR6D34LC0059<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br><br>Deliveries or Performance<br>DLVR SCH                    PERF COMPL<br>REL CD          QUANTITY          DATE<br>001               1          18-JAN-2007<br><br>          $      485,431.00 | | | | |

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 6 **of** 7 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0116      **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD/ MIPR | ACRN | OBLG STAT | ACCOUNTING CLASSIFICATION | | JOB ORDER NUMBER | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4005AA | M26ZY034WR 135197.00000 MIPR6D34LC0059 | AA | 1 | 21 | 62020000067620841351 9702540 | S09076 | 34LC83 | S09076 | $ 24,271,850.00 |
| 4009AA | M26ZY034WR 135197.00000 MIPR6D34LC0059 | AA | 1 | 21 | 62020000067620841351 9702540 | S09076 | 34LC83 | S09076 | $ 242,719.00 |
| 4011AA | M26ZY034WR 135197.00000 MIPR6D34LC0059 | AA | 1 | 21 | 62020000067620841351 9702540 | S09076 | 34LC83 | S09076 | $ 485,431.00 |
| | | | | | | | TOTAL | $ | 25,000,000.00 |

| SERVICE NAME | TOTAL BY ACRN | ACCOUNTING CLASSIFICATION | | ACCOUNTING STATION | OBLIGATED AMOUNT |
|---|---|---|---|---|---|
| Army | AA | 21 | 62020000067620841351 9702540  S09076 | S09076 | $ 25,000,000.00 |
| | | | | TOTAL | $ 25,000,000.00 |

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page**  7  **of**  7 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0116          **MOD/AMD** | |

**Name of Offeror or Contractor:**  KELLOGG,BROWN & ROOT SERVICES INC

LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment 001 | CLAUSE MATRIX | 01-JAN-2006 | 006 | DATA |

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
FOUO

**LOGCAP STATEMENT OF WORK (V1.4)**
**Updated as of 20 March 2009**
**Period of Performance:  1 Apr 09 – 31 Mar 10**
**CJTF SITES**

TABLE OF CONTENTS

Paragraph
1.0.    Scope of Work
2.0.    Applicable Documents
3.0.    Government Furnished Equipment/Property
4.0.    Period of Performance
5.0.    Deliverables/Reports
6.0.    Contractor Personnel Requirements
7.0.    Team LOGCAP Support
8.0.    Requirements for Base Life Support
8.1.    Facilities Management and Operations & Maintenance Services
8.2.    Other Construction/Engineering Services
8.3.    Power Generation
8.4.    Electrical Distribution
8.5.    Latrines
8.6.    Ablution Units
8.7.    Port-a-Potties
8.8.    Non-Hazardous Solid and Liquid Waste Management and Disposal
8.9.    Hazardous Waste Management
8.10.   Laundry Service Operations
8.11.   Water Works Systems
8.12.   Pest Management
8.13.   Morale, Welfare, and Recreation (MWR) Services
8.14.   Class III Retail Operations
8.15.   Billeting Management
8.16.   Signs
8.17.   Dining Facility (DFAC) Operations
8.18.   Fire Fighting Services
8.19.   Fire Protection Services
8.20.   Non-Tactical Vehicle (NTV) Maintenance Facility Operation
8.21.   TMP Shuttle Bus Service
8.22.   Oxygen Generation – Paragraph Not Used
8.23.   Convoy Support Center (CSC) – Paragraph Not Used
8.24.   Project Planning

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**

**FOUO**

8.25.   Equipment Collection Point (ECP) – Paragraph Not Used
8.26.   Trans Load Yard Operations – Paragraph Not Used
8.27.   Class IV Yard Operations
8.28.   Transportation Motor Pool (TMP)
8.29.   Badging & Screening
8.30.   Base Openings/Relocations and Closures
8.31.   Force Protection
8.32.   Airfield Lighting
8.33.   Giant Voice-Paragraph Not Used
8.34.   Pre-Planned Project List (PPL)
8.35.   Project Build List
8.36.   Separately Priced Options (SPO) – Paragraph Not Used
9.0.    Corps Logistics Service Support (CLSS)
9.1.    Organizational Maintenance – Paragraph Not Used
9.2.    Combined Direct Support/Organizational Maintenance Services
9.3.    Combined Support/ Combat Service Support – Paragraph Not Used
9.3.1.  Class I Operations
9.4.    Class II, III (P), and IX SSA
9.5.    Central Issue Facility (CIF)
9.6.    Self Service Supply Center (SSSC) – Paragraph Not Used
9.7.    Class III Bulk (B) Operations
9.8.    Fuel Testing Facilities  – Paragraph Not Used
9.9.    Class V – Paragraph Not Used
9.10.   Forward Redistribution Point – Paragraph Not Used
9.11.   Corps Level Logistics Support – Paragraph Not Used
10.0.   Theater Transportation Mission (TTM) – Paragraph Not Used
10.1.   Common User Land Transport (CULT) Fleet Operations – Paragraph Not Used
10.2.   Maintenance - Paragraph Not Used
10.3.   Recovery Operations – Paragraph Not Used
10.4.   Movement Control
10.6.   Material Handling Equipment (MHE) and Transportation Support
11.0.   Container Management
12.0.   Support for Marine Expeditionary Forces – Paragraph Not Used
13.0.   Tactical Petroleum Terminal – Paragraph Not Used
14.0.   Afghanistan First Program
15.0.   Class VIII Medical Supply Support – Paragraph Not Used
16.0.   Class IX (Air) Operations – Paragraph Not Used
17.0.   Central Issue Facility Hub (CIF) Paragraph Not Used
18.0.   Self Service Supply Center (SSSC) – Paragraph Not Used
19.0.   Central Receiving Shipping Point (CRSP)  – Paragraph Not Used

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
                                      **FOUO**

<u>APPENDICES</u>

Appendix A    - Base Life Support Headcount
Appendix B    - Acronyms
Appendix C    - Definitions
Appendix D    - Base Life Support Services Matrix & Tabs
Appendix E    - Roads, Grounds and Airfield Maintenance Service Matrix
Appendix F    - O&M Facilities Matrix
Appendix G    - O&M Generator Matrix
Appendix H    - Reference Documents
Appendix I    - Deliverables/Reports Matrix
Appendix J    - Movement Control Matrix
Appendix K    - Base Consolidations, Closures and Relocations
Appendix L    - Master Schedule of Work (MSOW)
Appendix M    - Augmentation Recommended Staffing Levels
Appendix N    - NTV and Equipment List
Appendix O    - Paragraph Not Used
Appendix P    - Paragraph Not Used
Appendix Q    - Pre-Planned Project List (PPL)
Appendix R    - Project Build List (PBL)
Appendix S    - Paragraph Not Used
Appendix T    - Afghanistan Regional Management Coordination Element

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
                                        **FOUO**

1.0. SCOPE OF WORK. The contractor shall provide Base Life Support (BLS) and selected
CS/CSS services for Combined Joint Task Forces-Afghanistan (CJTF DIVISION). The
contractor shall provide all resources and management necessary to perform the mission in
accordance with basic Contract No. DAAA09-02-D-0007 and the Task Order (TO) Statement of
Work (SOW) described herein.  The ACO will notify the contractor as soon as possible when the
designated mission requirements defined in this SOW are scheduled to surge and the estimated
surge requirement and duration.  The contractor shall be prepared to support a surge requirement
of 4,000 additional headcount for up to 30 days at all times. Surges, or decrements, exceeding 30
days will be at the direction of the Administrative Contracting Officer (ACO).

1.0.1. AFGHANISTAN REGIONAL MANAGEMENT COORDINATION ELEMENT.  This
task order will serve as the regional coordination and oversight of Afghanistan Task Orders
0116, 0117, 0118, 0142, 0145, 0152 and Republic of Georgia LOGCAP task order.   The
contractor's regional management staff will coordinate, provide oversight and implement the
contractor's corporate accepted business practices for the necessary resources and labor of each
task order as missions dictate. The regional management staff will coordinate and liaise with
Team LOGCAP to proactively react to the government's mission in Afghanistan (Appendix T).

1.1. GENERAL. Notwithstanding any other provisions of this SOW, the contractor shall comply
with all U.S. laws applicable to contractors supporting United States Government (USG)
operations overseas.

1.1.1. CJTF ENVIRONMENTAL STANDARD OPERATING PROCEDURE (SOP). The
contractor shall adhere to the CJTF Environmental Standard Operating Procedure (SOP) in the
performance of this SOW.  If no such standard is established for the performance required, then
the contractor shall comply with the local environmental standards as directed by the ACO.
Other environmental regulations that the contractor shall adhere to are EO 12088, Federal
Compliance with Pollution Control Standards, Department of Defense Instruction (DODI)
4715.5 Management of Environmental Compliance at Overseas Installations, DODI 4715.8
Environmental Remediation for DoD Activities Overseas and DODI 4715.4, Pollution
Prevention. Unless otherwise stated, all performance shall meet Army regulatory standards.

1.1.2. WORK-SITE SAFETY. The contractor shall be responsible for safety of employees and
base camp residents during all contractor operations conducted in accordance with this Statement
of Work and the Army safety regulations and Occupational Safety and Health Administration
(OSHA) safety regulations and guidance as they apply to the Afghanistan Theater of Operations.

1.1.3. INCONSISTENCIES. In the case of an inconsistency, the contractor shall contact the
Administrative Contracting Officer (ACO), identify the inconsistency, and seek guidance.

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

1.2. CONTRACTOR DIRECTION. All increases, decreases or modifications to requirements specified in this SOW are at the direction of the ACO in coordination with the Procuring Contracting Officer (PCO).

1.3. GOVERNMENT FURNISHED EQUIPMENT (GFE). Government Furnished Equipment (GFE), Government Furnished Property (GFP), Government Furnished Material (GFM) and services shall be utilized to the maximum extent possible.

1.4. WORK DAY AND WEEK. The contractor shall be available to perform all services 24 hours a day, 7 days a week in accordance with all applicable Army regulations and with the USCENTCOM Regulation 415-1, Contingency and Long Term Base Camp Facilities Standards, "The Sandbook" unless specific hours of operations have been specified herein per the mission (Appendix D-Tab A).

1.4.1. WORKING HOURS. The contractor employees' standard work shift will be 12 hours per day, 7 days a week, unless otherwise specified within this SOW.

1.5. CONTRACTOR FORCE PROTECTION. The Government will provide adequate force protection and security of Contractor personnel in convoys and on site, commensurate with the threat, and in accordance with FM 3-100.21 and applicable Theater Anti-Terrorism/Force Protection (AT/FP) guidelines.

1.6. WORK AREAS. The contractor shall clean all contractor work areas daily and upon completion of services.

1.7. CONSTRUCTION. Construction includes all work necessary to produce a complete and usable facility, or a complete and usable improvement to an existing facility, and includes any site preparation, building, structure, or other improvement to real property to be used by the LOGCAP customer, regardless of whether such use is anticipated to be of a temporary or longer duration. Construction includes, but is not limited to, those projects defined as military construction by Army Regulation (AR) 415-15. For the purpose of this task order execution, a "complete and usable facility" includes multiple buildings or structures that are clearly interrelated, meaning that they are mutually dependent and cannot be used for their intended purpose of the project if constructed separately.  Electrical standards shall meet the requirements as defined in Contract DAAA09-02-D-0007 - Letter Modification dated 2 Mar 09 (Appendix H).

1.7.1. All construction projects shall be performed in accordance with the United States Central Command (USCENTCOM) Regulation 415-1, Contingency and Long Term Base Camp Facilities Standards, "The Sandbook" and the facility's Base Camp Master Plan.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**

1.7.2. All services performed in support of this task order that involve construction and all operational leases shall be processed in accordance with LOGCAP Support Unit (LSU) Procedure 1, dated 1 August 2006.  The LOGCAP Support Officer (LSO), in coordination with the CJ7, will ensure Contractor construction projects and operational leases required in conjunction with services performed by this Statement of Work (SOW) are reviewed and approved by the Joint Facilities Utilization Board (JFUB) in accordance with applicable CJTF DIVISION and CJTF/CSTC-A Fragmentary Orders (FRAGOs).

1.8. STANDARD ARMY MANAGEMENT INFORMATION SYSTEMS (STAMIS). The Government will provide Combat Service Support Automation Management Officer (CSSAMO) support to the contractor that is equivalent to CSSAMO support provided to other units.

1.9. AUGMENTATION SUPPORT. Augmentation in the context of this SOW is defined as the Contractor providing supplemental support for the function, service or capability specified by the Government.  The level of support is situational dependent; and will be defined by the responsible or Accountable Officer. The overall service requirement remains the responsibility of the Government. The contractor shall report performance outcomes, as appropriate for the supplemental support provided, to the responsible or accountable government official in charge. The contractor shall maintain supervisory control over all contractor employees and ensure its subcontractors maintain supervisory control over its subcontract employees.

1.10. OPERATIONAL CONTROL. Operational Control (OPCON) is defined as follows:  the Contractor is fully responsible for performing the functions, services or capabilities specified by the Government.  The Contractor shall report performance outcomes to the responsible or accountable Government official in charge.  The Contractor shall maintain supervisory control over all Contractor employees.

1.11. SPECIAL PROJECT CODING: The contractor shall maintain the ability to assign Special Project Codes (SPCs) for the capability of providing the Government a SPC Cost Report on Government designated projects within this task order.  The SPC Cost Report will only provide the cost directly associated with the SPCs for Labor, Equipment, Materials, Subcontracts, and Other Direct Costs (ODCs) where such costs are readily segregable and identifiable.  For example, the Cost Report will not separate Program Management, life support, or other direct costs where such costs are not readily segregable.  The Government must request Special Project Coding with a project's Notice to Proceed (NTP).  The assignment of SPCs will not be available retroactively after the contractor has received NTP for a project.  The contractor shall assign SPCs and maintain the capability of producing SPC Cost Reports on all construction projects $650,000 or greater plus five (5) additional projects upon request from the LOGCAP Support Office and as directed by the ACO in accordance with the deliverable listed in Appendix I.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

2.0. APPLICABLE DOCUMENTS. The contractor shall maintain a current library of all applicable publications associated with the requirements of this SOW. A list of regulations, SOPs, policies, and memorandums can be found in Appendix H to this SOW.

3.0. GOVERNMENT FURNISHED EQUIPMENT AND PROPERTY. Prior to procurement of equipment to support all efforts described in this task order, the Contractor shall exercise due diligence in verifying that the required items cannot be satisfied from existing stock available from other sites, or as Government Furnished Property (GFP).

3.1. HOST COUNTRY PURCHASES.  The Contractor shall, to the maximum extent practicable, purchase durable and non-durable commodities, subcontract services and enter into leases for equipment items from the Host Country (HC) sources. A monthly report (AFGHAN First) that captures the percentage of purchase orders and subcontracts awarded to HC sources shall be provided to the ACO in accordance with Deliverables in Appendix I.

3.1.1. HOST COUNTRY PURCHASES AND THE FEDERAL SUPPLY SYSTEM. For purchases that cannot be obtained from the HC sources, the Contractor shall make maximum use of the Federal Supply System (FSS).  This includes all classes of supply except for CLV, all accounting requirement codes (expendable, durable and non-expendable).

3.2. ACO DOLLAR THRESHOLD FOR APPROVAL ON MATERIAL REQUISITIONS. When purchasing supplies and non-durable goods, the Contractor shall obtain approval from the on-site ACO for each line item on the material requisition exceeding the threshold of $25,000.00 on either a unit or cumulative effort. For the purpose of purchasing equipment/durable goods the Contractor shall obtain approval from the on-site ACO for each line item on the material requisition exceeding the threshold of $25,000.00 on either a unit or cumulative effort and lease agreements over $50,000.00.

3.2.1 INVESTMENT EQUIPMENT PURCHASES.  Investment equipment purchases in excess of $250,000 shall be funded with Other Procurement Army (OPA) funding.  Additionally, purchases of non-tactical vehicles (NTV) and other passenger carrying vehicles must be purchased with OPA funds.  If NTVs are to be provided for use by government personnel, the NTVs must be either leased by the contractor or purchased with OPA funds.  Contractor proposals and project estimates shall include the identification of all investment equipment requirements. The LOGCAP Support Officer will be responsible for coordinating requests for adequate and proper funding for these requirements with the ASC PCO. The ACO will not approve contractor purchases for investment equipment until proper funding is assigned by the CJTF Resource Manager. All Investment equipment purchases shall be processed in accordance with LOGCAP Requirement Validation and Request Process dated 30 May 07.

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

3.2.2.  LIMITATIONS OF SERVICES BASED ON EQUIPMENT CAPACITIES.  The
contractor shall establish, operate, and maintain the requirements defined in this Statement of
Work with the resources the contractor is able to procure commercially and through FSS and
with the Government Furnished Equipment/Materials/Resources.  When OPA limitations
disallow the contractor from procuring the equipment required to operate these missions, the
Government will be responsible for coordinating requests for adequate and proper funding for
these requirements with the ASC PCO.  The contractor's capacity will be contingent on the
availability of the resources available to meet mission requirements.  Services will be to scale
within the capabilities of the Contractor Acquired Property (CAP), GFE and Government
Furnished Resources (GFR) authorized and assigned, to include personnel staffed.

3.3. SUBCONTRACT APPROVAL. Approval of subcontracts for leases for current value and
extension options that exceed $50,000.00, and all subcontract actions estimated at $500,000.00
or greater are subject to review and consent by the on-site ACO in accordance with Federal
Acquisition Regulation (FAR) 52.244-2.

3.4. GOVERNMENT FURNISHED EQUIPMENT (GFE).  When Government Furnished
Equipment (GFE) is provided to the contractor, the contractor shall perform a joint inventory and
a joint technical inspection of the GFE with the losing unit in coordination with the Defense
Contract Management Agency's (DCMA) Property Administrator when available and the
Government's current Property Accountable Officer. GFE will be in serviceable or economically
repairable condition before transfer to the contractor. Damaged items and shortage items shall be
documented. The Contractor shall repair or replace the damaged items and acquire the shortage
items to bring the GFE to a fully mission capable operational status. The Contractor shall
perform monthly cyclic inventories of the equipment in accordance with the applicable Army
regulations and the contractor's approved property control procedures.

3.4.1. The Contractor shall ensure that the receipt, maintenance, replacement and other processes
associated with GFE is in accordance with Federal Acquisition Regulation (FAR) part 45,
applicable supplements and contract clauses relating to property.

3.5. The Government will furnish the following equipment or material as GFE/GFM/GFP.

3.5.1. FUEL. (JP8, Jet-A1, TS1, Diesel and MOGAS)-other types of fuel purchases in CJTF.

3.5.1.1. Fuel Bags and associated fuel handling equipment will be provided when available.

3.5.2. Paragraph Not Used

3.5.3. FORCE PROVIDER MODULES.  Force Provider Modules will be provided when
available.  The Contractor shall provide O&M to the modules and ensure they are maintained at

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
FOUO

Fully Mission Capable (FMC) standards. Maintenance of the modules shall be planned using the Master Schedule of Work (MSOW).

3.5.4. Paragraph Not Used
3.5.5. Paragraph Not Used.
3.5.6. Paragraph Not Used

3.5.7. DENSITY LISTING. The Government will provide a density listing, by Vehicle Identification Number (VIN), Serial Number and License Plate (if applicable) of all Non-tactical vehicles (NTVs) and equipment including commercial all-terrain vehicles (ATVs), Material Handling Equipment (MHE), Construction Equipment to the contractor and the ACO prior to the assumption of services.  The ACO will update listings on a periodic basis.

3.5.8. Paragraph Not Used.
3.5.9. Paragraph Not Used.

3.5.10. Standard Army Management Information Systems (STAMIS). If, after the Combat Service Support Automation Management Officer (CSSAMO) evaluates malfunctioning STAMIS and determines that evacuation to a higher level is required, the contractor shall only be responsible for turning STAMIS equipment into CSSAMO. If CSSAMO cannot repair the STAMIS in a reasonable time, a float STAMIS box will be issued until the unit's STAMIS is repaired by CSSAMO.

3.5.10.1. The contractor shall use appropriate STAMIS in conjunction with performing Combat Support/Combat Service Support (CS/CSS) mission. The contractor shall ensure personnel are trained to operate required STAMIS. The contractor shall conduct user level Preventive Maintenance Checks and Services (PMCS) on STAMIS.

3.5.10.2. The government will provide STAMIS and Department of Defense Address Activity Code (DODAACs) as GFE. The government will provide refresher training to the contractor when the software is upgraded. The Contractor is responsible for coordinating with the Government to procure DODAAC, as mission dictates.

3.5.11. The Contractor shall process documents through Army STAMIS systems provided as GFE to order routine replenishment supplies.

3.5.12. Paragraph Not Used

3.5.13. EXPLOSIVE ORDNANCE DISPOSAL (EOD).  Explosive ordnance disposal will be provided as required by the military.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

3.5.14. Paragraph Not Used
3.5.15. Paragraph Not Used.

3.5.15.1. PORTABLE SCALES.  Portable scales for Movement Control Team (MCT) operations will be GFE.

3.5.15.2. Automated Air Load Planning System (AALPS) software (current version).

3.5.16. Non-secure Internet Protocol Router Network (NIPRNET) Access. The Government will provide and maintain computer systems and NIPRNET access at all MCT (Movement Control Team) and Supply Support Activity (SSA) locations.

3.5.17. Secure Internet Protocol Router Network (SIPRNET) Access: At locations where access is available.

3.5.18. Paragraph Not Used.

3.5.19. LOGISTICS AUTOMATION SYSTEMS. The Government will sponsor the Contractor to gain access to appropriate logistics automation systems, including but not limited to: online STAMIS upgrade training, Web Virtual Logistics and Information Processing System (WEBVLIPS) and Integrated Logistics Analysis Program (ILAP). Personnel who may require access are maintenance managers, warehouse managers, Standards Army Maintenance System/Standard Army Retail Supply System/Marine Corps Integrated Maintenance Management System/Supported Activities Supply System (SAMS/SARSS/MIMMS/SASSY) operators and maintenance inspectors.

3.5.20. Paragraph Not Used.

3.6. CONTRACTOR LIFE AND LOGISTICS SUPPORT.

3.6.1. The Government will provide life and logistics support to the Contractor in accordance with Special Contract Provisions specified in Section H of the basic contract and the following:

3.6.1.1. Base life support includes Government-controlled working and living space and accommodations, material, equipment, and services, which the Government determines can be made available at, or through, any site where LOGCAP support services are performed. All Government property in the possession of the Contractor, provided through this base life support clause, shall be used and managed in accordance with the Government Property clause applicable to this SOW.

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

3.6.1.2. CONTRACTOR LIFE AND LOGISTICS SUPPORT. The Government will provide the following life and logistics support consistent with the level of service available at each contractor assigned location, as follows:

| Life and Logistics Support | |
|---|---|
| Billeting | Water works |
| Food Service | Vector control |
| Mail Services (US resident only) | MWR |
| Electrical | Fire Protection |
| Power Generation | Physical security |
| Waste Management/Disposal | Transportation support |
| Black/grey water removal and disposal | Laundry |
| Office support to include, but not limited to, office space, furniture, and supplies | Post Exchange/Base Exchange |
| Adequate Force Protection | Gymnasium |
| Emergency  Medical | |
| TABLE 3.6.1.2. | |

3.6.1.3. Contractor life support areas shall be designed using the following living and accommodations standards.

| Pay/Position Equivalent | Square Feet/Per Person |
|---|---|
| E-1 Thru E-4, GS-1 Thru GS-4, and WG–8 Thru WG–1 | 50 NSF/Person |
| | 50 NSF/Person |
| E-5 AND E-6, GS-5, WS–7, WS–6, WS–5. WL–5, WS–4, WL–4, WS–3, WL–3, WS–2, WL–2, WS–1, and WL–1 | 50 NSF/Person |
| E-7 Thru E-8, GS-6, WG–11, WG–10, WG–9, | 80 NSF/Person |
| E-9 | 100 NSF/Person |
| O-1, CW2, CW1, GS-7, WS–13, WG–12, WL–11, WS–11, WL–10, WS–10, WL–9, WL–8, WS–8, WL–7, and WL–6, | 80 NSF/Person |
| O-2, CW4, CW3, GS-8 & 9, WG–13, and WL–13 | 100 NSF/Person |
| O-3, CW5, GS-10 & 11, WG–15,WG–14, and WL–14, | 100 NSF/Person |
| O-4, GS-12 | 100 NSF/Person |
| O-5, GS/GM-13 & 14, WS–14 Thru WS–19, and WL–15 | 100 NSF/Person |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| | |
|---|---|
| O-6, GS/GM–15, WS–19, WS–17, WS–16, WS–15, WL–15, and WS–14 | 160 NSF/Person |
| O-7 Thru O-10, SES-1 Thru SES-6 | 256 NSF/Person |
| TABLE 3.4.1.3. | |

O5, E9, GS13+, Upper level white collar – individual rooms, dry units
O6+, Bde+ CSMs, CW5, GS15+, Company Executives – individual rooms, wet units
MSCs can exceed standards when economically justified

3.6.1.4. LIVING ACCOMMODATIONS.

3.6.1.4.1. CONTRACTOR LIVING ACCOMMODATIONS.  The standard contractor living accommodations for direct hire employees (excluding Local Nationals) will be containerized living units or hardstand structures such as B-Huts.

3.6.1.5. The contractor agrees to immediately report to the cognizant ACO inadequacies, defective Government-Furnished Property (GFP), or non-availability of support stipulated herein. The Government agrees to determine the validity and extent of the requirement and the method by which it shall be fulfilled (e.g., purchase, rental, lease, GFP, etc.). Unless otherwise stipulated in the task order, support shall be provided on a no-charge-for-use basis and the value shall be a part of the Government's contract consideration.

4.0. PERIOD OF PERFORMANCE (POP). The contractor shall begin performance upon Contract execution on 1 April 2009 through 31 March 2010, for a period of 365 days.

5.0. DELIVERABLES/REPORTS. The contractor shall prepare and submit reports in accordance with the Contract No. DAAA09-02-D-0007 and Attachments Numbered 001, Statement of Work (SOW) and 003, Contract Data Requirements List (CDRL) – DD Form 1423, within the required CJTF DIVISION names called out in the basic contract as listed in Appendix I (Deliverables/Reports).  The contractor will provide government special reports as required to include audits and Requests For Information (RFI) when directed by the ACO.

5.1. ACQUISITION CROSS SERVICING AGREEMENTS (ACSA).  The Contractor shall maintain accountability of services provided to each National Element for the purpose of establishing the cost data in accordance with applicable ACSAs, and provide ACSA data to the designated Forward Liaison Officer or Government representative.  The contractor shall maintain and record ACSA cost data and report cost data as directed by the ACO.  The government will prepare the CC35.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
                                    **FOUO**

6.0. CONTRACTOR PERSONNEL REQUIREMENTS. The contractor shall maximize opportunities to use host country national personnel. The contractor shall, to the maximum extent practicable, hire host country national (HCN) personnel. The contractor shall have exclusive supervisory authority and responsibility over employees. Compliance with this paragraph does not relieve the contractor from its other obligations under this contract relating to delivery, quality, or cost.

6.1. BADGING POLICIES. The contractor shall comply with CENTCOM directed vetting/badging policies for all personnel. The contractor shall provide personnel information in accordance with CJTF DIVISION policies on host and foreign country national personnel to the local badging authority as required by the PCO/ACO and in accordance with the deliverable in Appendix I.

6.1.1. MEDICAL SCREENING. Contractor personnel shall receive medical screening, appropriate for their position, prior to employment. This screening shall include infectious diseases, at a minimum but not limited to tuberculosis. Contractor will comply with the Base Contract and Division Surgeon's Requirements.

7.0. TEAM LOGCAP SUPPORT. The contractor shall provide administrative and life support to forward deployed Team LOGCAP personnel that is not being supplied by other means. Team LOGCAP members consist of Army Materiel Command LOGCAP Representatives, Defense Contract Auditing Agency (DCAA), Defense Contract Management Agency (DCMA), LOGCAP Support Contractor personnel and DOD Civilians deployed forward in support of this task order. This often includes, but is not limited to, office facilities and equipment, billeting, communications support and transportation or as directed by the ACO. Calculations for office space are based on the space required to perform the mission. New design or refurbishment for office space will follow Sandbook guidelines. CJTF Division will provide additional guidance, as required.

7.1.1. BILLETING. Billeting includes living space and accommodations that are made available at, or through, any site where LOGCAP support services are performed. All Government Property (GP) in the possession of Team LOGCAP, provided through this Base Life Support clause, shall be used and managed in accordance with the GP clause applicable to this task order.

7.1.1.1. Team LOGCAP life support areas will be designed using the following living and accommodations standards:

| Pay/Position Equivalent | Square Feet/Per Person |
|---|---|
| E-1 Thru E-4, GS-1 Thru GS-4, and WG–8 Thru WG–1 | 50 NSF/Person |
| E-5 AND E-6, GS-5, WS–7, WS–6, WS–5. WL–5, WS–4, WL–4, | 50 NSF/Person |

**DAAA09-02-D-0007**                                  **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| | |
|---|---|
| WS–3, WL–3, WS–2, WL–2, WS–1, and WL–1 | |
| E-7 Thru E-8, GS-6, WG–11, WG–10, WG–9, | 80 NSF/Person |
| E-9 | 100 NSF/Person |
| O-1, CW2, CW1, GS-7, WS–13, WG–12, WL–11, WS–11, WL–10, WS–10, WL–9, WL–8, WS–8, WL–7, and WL–6, | 80 NSF/Person |
| O-2, CW4, CW3, GS-8 & 9, WG–13, and WL–13 | 100 NSF/Person |
| O-3, CW5, GS-10 & 11, WG–15,WG–14, and WL–14, | 100 NSF/Person |
| O-4, GS-12 | 100 NSF/Person |
| O-5, GS/GM-13 & 14, WS–14 Thru WS–19, and WL–15 | 100 NSF/Person |
| O-6, GS/GM-15, WS–19, WS–17, WS–16, WS–15, WL–15, and WS–14 | 160 NSF/Person |
| O-7 Thru O-10, SES-1 Thru SES-6 | 256 NSF/Person |
| TABLE 7.1.1.1. | |

a.  O5, E9, GS13+, Upper level white collar – individual rooms, dry units
b.  O6+, Bde+ CSMs, CW5, GS15+, Company Executives – individual rooms, wet units
c.  MSCs can exceed standards when economically justified


7.1.2. Team LOGCAP agrees to immediately report to the contractor inadequacies, defective Government-Furnished Property (GFP), or non-availability of support stipulated herein.


7.2. AWARD FEE EVALUATION BOARD (AFEB) SUPPORT. The contractor shall support the scheduled AFEBs to include LOGCAP Award Fee Board (AFEB) support for temporary billeting and office resources for up to twelve (12) personnel.


8.0. REQUIREMENTS FOR BASE LIFE SUPPORT. The contractor shall establish the following services at all base camps as annotated in Appendix D (Base Life-CS/CSS Support Matrix). All headcounts listed in Appendix A are estimates for planning factors and are subject to fluctuation. TEAM LOGCAP will notify the contractor as soon as possible when the headcount fluctuates as defined in paragraph 1.0.  The contractor should consult with the Base Camp Mayor for anticipated assignment of personnel at each base camp. A list of the facilities and generators referenced in the paragraphs below can be found in Appendices F (Facilities) and G (Generators).  All work shall be conducted according to pertinent U.S. and Coalition Military regulations.


8.0.1. MASTER SCHEDULE OF WORK (MSOW). The MSOW is a planning document used to synchronize maintenance across the base camp and common areas. The MSOW is used to plan for Preventive Maintenance of facilities along with common areas and utilities. The MSOW shall

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
<strong>FOUO</strong>

be developed in conjunction with Team LOGCAP, the Base Camp Mayor, Anti-Terror/Force-Protection (AT/FP) personnel, and the Contractor. The contractor's MSOW shall be submitted IAW Appendix I (Data Requirements and Reports Matrix)**.** All base camps will have a MSOW and be in accordance with Appendices D (Base Life Support Matrix) and L (Master Schedule of Work). Estimated quantities in the MSOW shall not limit the work performed under this SOW. The parties recognize that work quantity may fluctuate and such fluctuations will not constitute a change under this SOW.  The contractor shall develop, maintain and update the Consolidated MSOW, noting changes by ACLs.

8.0.1.1. Maintenance shall be planned using the Master Schedule of Work (MSOW), Appendix L, in coordination with the Base Camp Mayor, LSO and ACO.

8.1. FACILITIES MANAGEMENT AND OPERATIONS & MAINTENANCE (O&M) SERVICES. The contractor shall provide O&M Services and establish a preventative maintenance program to maximize life expectancy of base camp facilities at a reasonable cost to the Government. O&M consists of maintenance and repair of facilities listed in Appendix F (Facilities)  as defined by Department of the Army Pamphlet 420-11 and Appendix C (Definitions).  Contractor taskings will not be issued in facilities that are known to have friable asbestos.  However, if at any time during the conduct of work or work assessment associated with any facility repair, renovation or improvement, the contractor has reason to believe that friable asbestos is present within the workspace, contractor shall stop the work for assessment and report the site conditions to the ACO.

8.1.1. Operations & Maintenance also includes the repair and/or replacement of equipment and major electrical appliances such as electrical heating, air-conditioning, refrigeration systems, freezer systems, kitchen systems and plumbing used to provide services to facilities listed in Appendix F (Facilities).  All equipment shall be maintained according to manufacturer's standards.  Military equipment shall be maintained according to military standard.

8.1.1.1. REEFER O&M.  The contractor shall perform O&M on Government-owned refrigerated containers (aka "reefers") listed in Appendix N. O&M shall include, but is not limited to electrical, refrigeration, and minor structural repair and maintenance.  Examples of minor structural repairs shall include, but are not limited to, the repair of small punctures in exterior/interior walls via the use of patches, repair panels, or similar items.  Structural repairs to repair damage caused by accident, neglect, or abuse shall be accompanied by an Estimated Cost of Damage (ECOD) report and shall be approved by the ACO prior to commencing work. Reefer maintenance service will be in accordance with the MSOW.

8.1.1.2.  CLAMSHELL, TENT AND CANVAS REPAIR.  The contractor shall provide Clamshell, LAMS-A, Fest Tent, Temper Tent, Creative Tent, GP and tent facilities services and support including installation, frame repair, door winch, canvas sewing, maintenance, retro-fit,

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

and storage services.  The contractor will provide services and support outside BAF for the
theater of operations.

8.1.1.3. FIRE ALARM AND SUPPRESSION SYSTEMS.  Contractor shall provide
maintenance on fire alarm and suppression systems on AB-1 Bagram identified in Appendix F
and as directed by the ACO.  Contractor shall maintain an ASL of parts to support this
requirement.

8.1.1.4.  APPLIANCE REPAIR SERVICE.  The contractor shall provide maintenance and repair
of installation owned equipment to include: small appliances of various types, DFAC equipment,
washers and dryers (Appendix N). When directed by the ACO, the contractor shall provide small
appliance repair services at designated locations in the theater of operations.

8.1.2.TECHNICAL INSPECTIONS. Technical Inspection of all facilities not initially designated
as "Level A" in Appendix F (Facilities), and all other facilities, shall be completed before the
Contractor assumes O&M responsibilities. A copy of the TI will be given to the LSO, and ACO,
Appendix I (Data Requirements and Reports Matrix). Upon conclusion of the technical
inspection, if a facility requires repairs, then those repairs will be completed in coordination with
the LSO and the Base Camp Mayor and at the direction of the ACO, prior to assuming O&M.
Upon completion of Technical Inspection and correction of deficiencies, the ACO will direct the
contractor to assume O&M and amend the MSOW. If at any time during the period of
performance contractor or contractor employees notice unsafe conditions that threaten life, safety
or health, these conditions shall be immediately brought to the attention of the Administrative
Contracting Officer and QAR.

8.1.3. SERVICE/WORK ORDER.  A Service Order will initiate services, repairs, O&M
Maintenance, replacement and small construction work on existing facilities listed in Appendix
F. Maintenance is preventive in nature. Repair/replacement refers to methods used to prolong the
life cycle of an item. Work orders for new work will be signed by the ACO and may be initiated
up to Five Thousand Dollars ($5,000). Service Orders may be initiated up to Five Thousand
Dollars ($5,000). The contractor shall manage and operate a Service Desk and a database for
service orders and response times and provide the status of the O&M program IAW Appendix I.
The contractor will follow the procedures of the Help Desk/Service Desk SOP approved by the
DPW Responsible Officer and directed by the ACO.    Situations which present immediate
danger to occupants will be immediately reported to the ACO for direction. Situations that
present imminent danger shall be halted, ceased or blocked as necessary until remedial action is
taken.

8.1.3.1. EMERGENCY SERVICE ORDERS.  Emergency Services Orders (P1) shall be
responded to within 2 hours. At a minimum, emergency repairs consist of failure in water,
sewage, electric, general utility networks, ground fault and those functions pertaining to force

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

protection and operational considerations. Emergency repairs are situations that affect life, health, safety and force protection. The contractor shall notify the ACO and the Base Camp Mayor if repairs cannot be affected within the 2 hour time period. The initial response from the contractor back to the mayor's cell shall be made via telephone, followed up in writing, and will provide a mitigation plan.

8.1.3.2. URGENT/ROUTINE SERVICE ORDERS.  The Contractor shall respond to urgent (P2) and/or routine (P3) service order requests as indicated in Appendix F (Facilities). See Table 8.0.

8.1.4. SERVICE INTERRUPTION NOTIFICATION. The contractor shall coordinate with the Base Camp Mayor and the ACO at a minimum of 72 hours in advance of any planned service interruptions due to maintenance or repairs.

8.1.5. Paragraph Not Used.
8.1.6. Paragraph Not Used

| Facilities Management and Operations & Maintenance (O&M) Services Table 8.0. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| Para 8.1 Plan and execute Facilities Management and Operations & Maintenance (O&M) Services | Establish O&M Programs and schedule preventive maintenance inspections to maximize life expectancy of facilities | All preventive maintenance inspections and repairs are accomplished on schedule at least 90% of the time. |
| 8.1.1. Perform O&M on facilities listed in Appendix F | IAW service order requests (SOs) for Level A & B facilities. | IAW SOs timeline. |
| 8.1.2. Conduct Technical Inspection on facilities listed in Appendix F that are not listed as Level A. | As coordinated with the Base Camp and directed by the ACO, perform facility technical inspection on designated facilities in preparation for full O&M. | Coordinate technical inspection scope with Base Camp Mayor, LSO and ACO to determine facilities requiring inspection, conduct inspection, provide inspection report NLT 72 hours after completion of inspection. |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| | | |
|---|---|---|
| 8.0.1. Plan and conduct Master Schedule of Work in conjunction with Base Camp Mayor and TEAM LOGCAP | In conjunction with Team LOGCAP, plan, prepare and provide MSOW for each BASE. Include all services planned for and performed for the BASE. | Submit MSOW monthly in accordance with Appendix I. |
| Para 8.1.3. Perform O&M | O&M maintenance, repair and/or replacement on facilities listed in Appendix F shall be initiated by a customer service order. | |
| | Emergency Service Order (P1) | Respond within 2 hours 95% of the time. Notify ACO & Base Camp Mayor if repairs cannot be affected within a 2 hour time period and provide a mitigation plan |
| | Urgent Service Order (P2) | Respond within 24 hours 95% of the time and complete repairs within 72 hours 75% of the time. |
| | Routine Service Order (P3) | Respond within 24 hours 95% of the time and complete repairs within 30 days 95% of the time. |
| 8.1.4. Coordinate pre-planned O&M service interruptions. | Plan, organize, and communicate pre-planned service interruptions for O&M services affecting the customer and client. | NLT 72 hours prior to the planned service interruption. Coordinate with Base Camp Mayor, LSO and ACO to mitigate impact on customer and client daily operation. |
| TABLE 8.0. | | |

**DAAA09-02-D-0007**                                **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**

8.1.7. ROADS, GROUNDS AND AIRFIELD SERVICES. In coordination with the LSO, Base Camp Mayor and at the direction of the ACO, the contractor shall provide roads, grounds and airfield services in accordance with Appendix E.  Roads, Grounds and Air Field services will be in accordance with the MSOW. MSOW will list the name, location, and other quantifiable information (mileage/square feet) of all roads, grounds, and airfield area IAW Appendix I (Data Requirements and Reports Matrix. The contractor shall be available 24 hours a day, 7 days a week to respond to emergency services for base roads, airfield services and ground service.

8.1.7.1. DRAINAGE. The contractor shall pay particular concern to high traffic areas during the rainy season to ensure removal of standing water as directed in Appendix E or as directed by the ACO.  Airfield drainage requirements are identified in Appendix E.  Water drained will be pumped into the existing camp drainage ditch.  Alternate drainage locations will be at the direction of the ACO.  All black water trucks used for water removal must be super chlorinated prior to use.

8.1.7.2.  DUST ABATEMENT.  The contractor shall apply water to roads and grounds to abate dust in coordination with the Base Camp Mayor when directed by the ACO.

8.1.7.3. AIR FIELD SERVICES**.**  The contractor shall remove debris and conduct sweeping operations at Bagram Air Field.  The contractor shall use a Tymco Sweeper or like equipment that has brushes, vacuum pump, and nozzles that removes foreign object debris (FOD) (dirt and rocks) from airfield surfaces.  The contractor shall receive Government Furnished Equipment to perform this requirement. The contractor shall operate daily and be on call 24 hours per day, 7 days a week.  Areas of responsibility shall be Entry Control Points; Taxiways; Ramps; Parking Lots; Emergency Access Roads; and Parallel and Active Runways. (Appendix E)  The contractor shall be responsible for operator preventive maintenance checks and services (PMCS) to include: checking all fluid levels daily; checking tire pressure monthly or as needed; change hood/broom curtains; change skid plates and inspection of hopper door seals, suction/discharge tubes and maintenance and cleaning of all pickup hood adjustments including sprinkler nozzle IAW standard commercial practices.  The Base Commander and the Air Field Manager will establish priorities for snow, ice removal and drainage (Appendix E).  The Air Field Manager will provide adequate facilities for the operations, maintenance, of storage supplies of contractor. The contractor shall procure all supplies to keep the runway free of ice and snow for up to a CAT 10 air field and shall maintain with government provided equipment according to the latest, updated, and appropriate fully mission capable (FMC) standards (Appendix E).

8.1.7.4. SAND BARRELS. The contractor shall provide, maintain and place sand barrels in areas directed by the ACO.  The contractor shall keep the barrels full of sand throughout the winter season.  The contractor shall replace or repair any damaged barrels or lids (Appendix E).

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
                              **FOUO**

| Roads, Grounds and Air Field Services | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.1.7. Provide roads, grounds, airfield and drainage services. | Maintain the standards in accordance with Appendix E. | Ensure that all services are scheduled and performed on schedule at least 95% of the time. |
| TABLE 8.1.7. | | |

8.2. OTHER CONSTRUCTION/ENGINEERING SERVICES. In coordination with the LSO, Base Camp Mayor and at the direction of the ACO, the contractor shall provide equipment, supplies, personnel, administration and management required for construction and/or repair of roads, bridges, runways, pipeline, barriers, towers, walls, gates, fences, perimeter lighting, walkways, trenching, culverts, hard stands, covered storage and power generation.

8.2.1. REFURBISHMENT. The contractor, in coordination with the LSO, Base Camp Mayor and at the direction of the ACO, shall evaluate, upgrade or refurbish hardstand buildings to a safe and livable condition. This new work may include refurbishment, construction, alterations and upgrades. All new work shall be in accordance with International Building Code (IBC) and National Electric Code (NEC).  Electrical standards shall meet the requirements as defined in Contract DAAA09-02-D-0007 - Letter Modification dated 2 Mar 09 (Appendix H).

8.2.2.  CONSTRUCTION  MANAGEMENT  TECHNICAL  SERVICES. The contractor shall provide, in coordination with the LSO, Base Camp Mayor at the direction of the ACO, phased technical inspections to determine if in-progress construction in support of military construction direct contracts meets the standards required for the contractor to accept construction for LOGCAP O&M. The Technical Inspections are to occur at key milestones in the construction/refurbishment process. These milestone assessments (e.g. site preparation, concrete, plumbing, electrical, and structural) will be coordinated with the ACO and the contracting office responsible for the work.

8.2.3. DIRECTORATE OF PUBLIC WORKS.  The contractor shall provide the Directorate of Public Works mission for the Camp, the capability to provide professional services to include base master planning, utilities maps and records, associated administrative support, surveying (when applicable), and design for LOGCAP projects. The contractor shall maintain drawings of utility, communication, and other lines. The government will provide a Responsible Officer to prioritize work and approve all design.  The contractor shall provide technical assistance to Bagram DPW.  As a professional service, the contractor shall maintain Engineering staff whose senior engineer must have an engineering degree and a secret clearance or interim equivalent. These professional services are available by request via the standard Service Order process as defined in paragraph 8.1.3.

**FOUO**

8.2.3.1  INSTALLATION MAPPING.  Maintain geo-referenced electronic map database.  The contractor shall accept customer map requests, process the requests and produce maps at the direction of the ACO.  All requests are to be processed and completed within a mutually agreed upon amount of time.  The contractor shall update the map database as new facilities/ infrastructures are added to the installation (FOS, CSL, BASE, etc). The contractor shall develop a geo-referenced installation map common installation picture (CIP) and maintain mission data set (MDS) geographic information services (GIS) support for engineering and other functions on the installation.  This support must be in compliance with OSD guidance, Spatial Data Standards for Installations and Environment (SDSFIE) nomenclature, and relevant joint service instructions.  Standard commercial practices will be used when specific government guidance is not mandated. In addition, all base maps must be in Universal Transverse Mercator (UTM) projection. The contractor will develop and produce standard military grid maps when directed by the ACO.  The grid maps will comply with applicable military standards.  All electronic data developed and stored on this database is the property of the U.S. Government.

8.2.3.2.  INSTALLATION SURVEYING.  The contractor shall provide horizontal and vertical control surveys to consist of, but are not limited to, the precise location of primary survey points, field data acquisition of detailed topographic, planimetric and infrastructure feature data for use in engineering site planning, cost estimating, design, as-builts, and construction layouts, situational awareness, master planning, construction, real estate projects, GIS applications, or facility management, and will be requested on a Service Order and approved by the ACO.  All geodetic data shall be collected using the coordinate and projection system of the installation imagery, WGS84, appropriate UTM Zone, except where modified by the government.  The contractor shall use survey grade GPS, at an accuracy level of +/- 2cm.  All Survey data collected shall be provided to the Government in a digital format with an attached Survey Report identifying survey method, equipment list, calibration documentation, survey layout, description of control points, control diagrams, and field survey data.  Best commercial practices will be used when specific government guidance is not mandated.

8.2.3.3.  COMPUTER-AIDED DRAFTING AND DESIGN (CADD) DIGITAL DRAWINGS. These deliverables include (but are not limited to): roof plans, interior designs or layouts, floor plans, blueprints, engineering drawings or details, architectural drawings or details, construction drawings or details, cross-sections, wall sections, stair details, elevations, and other schematics generally used in the design, repair, construction, or maintenance of Government installations will be provided at the direction of the ACO.  Standard commercial practices will be used when specific government guidance is not mandated.

8.2.3.4. Accept and process all dig permits to ensure excavations are sufficiently managed to avoid damage to underground utilities. The government is responsible for all mine and UXO validations.

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| Other Civil Construction / Engineering Services Table 8.2. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.2.1. Plan and perform facility refurbishment. | In coordination with the Base Camp Mayor, LSO and at the direction of the ACO, evaluate and plan for the upgrade or refurbishment of hardstand buildings to a safe and livable condition. | When requested by the LSO and directed by the ACO, the contractor shall prepare a PPR in anticipation of new work.

When directed by the ACO, the contractor shall execute new work IAW the NTP and schedule.
All new work shall be in accordance with International Building Code and National Electric Code (NEC). |
| 8.2.2. Plan and perform Construction Management Technical Services. | In coordination with the Base Camp Mayor, LSO and at the direction of the ACO, evaluate, plan for, and provide phased technical support of military construction direct contracts where O&M is expected to be performed by LOGCAP | All construction management technical service support shall be in accordance with International Building Code and National Electric Code (NEC). Provide phased technical services on designated military direct contracts programmed for LOGCAP O&M as directed by the ACO. |
| 8.2.3.1. Provide installation mapping services. | Develop a geo-referenced installation map common installation picture (CIP) and maintain mission data set (MDS) geographic information services (GIS) support for engineering and other functions on the installation. | Compliance with OSD guidance, Spatial Data Standards for Installations and Environment (SDSFIE) nomenclature, and relevant joint service instructions. Standard commercial practices will be used when specific government guidance is not mandated. In addition, all base maps must be in Universal Transverse Mercator (UTM) projection. |

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| 8.2.4. Provide installation surveying. | Provide horizontal and vertical control surveys. | The contractor shall use survey grade GPS, at an accuracy level of +/- 2cm. |
|---|---|---|
| TABLE 8.2. | | |

8.3. POWER GENERATION. The contractor shall operate and maintain power production and distribution for those camp facilities identified in Appendix F and monitor equipment.  The contractor shall provide service for all government property (GP) identified generators listed in Appendix G (Generators). Service is defined as operating, maintaining, repairing, replacing, relocating, and procurement of necessary repair parts.  Non-GP generators in Appendix G will be serviced in the same manner as GP identified generators except replacement of non-GP generators will not be responsibility of contractor.  This service to non-GP generators will be on condition that the government does not relocate equipment without notice.  Generators that have been moved and are not locatable will be the responsibility of the government to locate and notify the contractor of the new location.  Generators moved outside of current TO 116 area of operations will not be serviced unless returned to current TO 116 area of operations by the government.  Contractor will ensure an operational readiness rate (ORR) of 90%.  The generator count for the ORR will include NMC units being serviced, as well as stock units.

8.3.1. POWER GENERATOR TECHNICAL INSPECTION.   Technical inspection if not already done, for all generators non-GP identified in Appendix G (Generators) shall be completed before the contractor assumes O&M responsibilities. If an inspection discovers that substantial repairs are required including basic push packages, manuals, and parts ordering processes, these deficiencies will be addressed by the Government prior to starting of O&M by the contractor.  Any repairs will be completed at the direction of the ACO with an ACL. Following the repairs to bring equipment to standard, normal O&M will begin.  This process will be the same for any new generator additions to TO 116; as GP or non-GP status to Appendix G following POP start date.

8.3.1.1. POWER DISTRIBUTION. The contractor shall provide distribution and monitoring of equipment for proper load and phase on low voltage systems (600 volts and below), and maintenance of low voltage distribution equipment. The contractor shall wire/re-wire equipment for proper phase alignment and operation as necessary.

8.3.1.2. KILO-VOLT-AMPERES. The contractor shall monitor the power production and distribution user load and generation capacity in units of Kilo-Volt-Amperes. The contractor shall coordinate all power generation requirement and plans with the appropriate Government authority for the area receiving contractor services to include, but not limited to, the CJ-7 within

**DAAA09-02-D-0007**          **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

the CJTF and USCENTCOM Contingency and Long Term Base Camp Facilities Standards
(Sand Book).

8.3.2. BACKUP POWER GENERATION In coordination with the LSO, C7 COR and at the
direction of the ACO, the contractor shall provide appropriate back up power generation.

8.3.3. Power generation assets and distribution systems are listed in Appendix G (Generators)
and F (Facilities).

| Other Construction / Engineering Services Table 8.3. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.3.1. Conduct inspection of all generators listed in Appendix G prior to assuming O&M responsibilities. | As coordinated with the C7 COR and directed by the ACO, perform technical inspections on designated generators in preparation for full O&M. | Coordinate technical inspection scope with C7 COR, LSO and ACO to determine which generators require inspection, conduct inspection, provide inspection report NLT 72 hours after completion of inspection.<br><br>Contractor will ensure an operational readiness rate (ORR) of 90%. The Generator count for the ORR will include NMC units being repaired, as well as stock units. |
| 8.3.1.1. Plan, monitor and distribute low voltage power within a designated BASE. Wire/re-wire equipment for proper alignment and operation as necessary. | Given existing BASE low voltage power generation systems, monitor and distribute power as coordinated with the C7 COR, LSO and as directed by the ACO. | Provide 95% low power reliability across the BASE as directed by the ACO and in coordination with the C7 COR and LSO.<br><br>Perform system maintenance as scheduled on MSOW and as directed by the ACO in coordination with the C7 COR and LSO. |
| 8.3.2. Provide Backup low voltage power. | Within existing low voltage power capabilities and in coordination with the C7 | Coordinate with the C7 COR, LSO and the ACO to determine backup power |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
FOUO

| | | |
|---|---|---|
| | COR, LSO and at the direction of the ACO, provide appropriate back up power generation to prioritized locations and facilities. | priorities.<br><br>As directed by the ACO, provide backup power to designated locations and facilities within 72 hours of notification. |
| TABLE 8.3. | | |

8.3.4. PRIME POWER. As the application of Prime Power comes online, the contractor shall review and recommend modifications to existing low voltage systems with the intent of reducing the overall need for spot generation.

8.4. ELECTRICAL DISTRIBUTION SYSTEMS. The contractor shall replace, maintain, and repair electrical distribution systems and equipment including switchgear (as directed by ACO), distribution panels, lighting, and electrical outlets. Appendix F (Facilities) identifies those facilities that will receive full service.

8.4.1. POWER SYSTEM OPTIMIZATION. The contractor shall maintain power systems. The contractor shall be capable of analyzing and designing low voltage power systems and make adjustments to power distribution systems (including size and location of generators) in order to optimize efficiency. All such adjustments will be coordinated with the C7 COR and ACO.

8.4.2.  Paragraph Not Used.

| Electrical Distribution Table 8.4. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.4.1. Plan for and conduct BASE Power System Design Optimization. | Within the existing BASEs electrical and power generation capability, the contractor shall analyze and design low power systems, make adjustments to power distribution systems, and strive to optimize efficiency. | The contractor shall be capable of analyzing and designing low voltage power distribution systems (including size and location of generators) in order to optimize efficiency. All such adjustments will be coordinated with the C7 COR and ACO. |

8.5. LATRINES. The Contractor shall provide, emplace in Life Support Areas (LSAs), and maintain environmentally controlled latrines (1 toilet per 20 males and 1 toilet per 20 females) in

FOUO

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

accordance with CENTCOM's Sandbook and base camp populations.  The latrine locations shall
be coordinated with the Base Camp Mayor and the LSO, and directed of the ACO. The
contractor shall provide, operate and maintain hand-cleaning capability at all latrine locations.

| Latrines Table  8.5 | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.5. Plan, emplace, maintain and remove latrines within a BASE's LSA and other locations as directed. | Within each designated Life Support Area (LSA), plan, emplace, maintain and remove (as needed) latrines. | Latrine planning, emplacement and removal will be in coordination with Base Camp Mayor, LSO and directed by the ACO.<br><br>95% of the latrines across the BASE will be cleaned in accordance with the MSOW.<br><br>Latrines PMCS will be IAW Base MSOW. |
| TABLE 8.5. | | |

8.6. ABLUTION UNITS. The contractor shall provide, emplace in Life Support Areas and
maintain ablution units equipped with environmental control units, showers, mirrors and sinks
(one showerhead per 20 males and one showerhead per 20 females) in accordance with
CENTCOM's Sandbook and base camp populations. The ablution locations shall be coordinated
with the Base Camp Mayor and the LSO and directed of the ACO.

| Ablution Units   Table 8.6. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.6. Plan, emplace, maintain and remove Ablution Units within a BASE's LSA and other locations as directed. | Within each designated Life Support Area (LSA), plan, emplace, maintain and remove (as needed) Ablution Units. | Ablution Unit planning, emplacement, maintenance and removal will be in coordination Base Camp Mayor, LSO and directed by the ACO.<br><br>95% of the Ablution Units |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

|  |  | across the BASE will be cleaned in accordance with the MSOW.<br>Ablution Unit PMCS will be IAW BASE MSOW. |
|--|--|--|

8.7. PORT-A-POTTIES.  The contractor shall provide, emplace and maintain portable toilets with hand cleaning capabilities (1 toilet per 20 males and 1 toilet per 20 females) in accordance with CENTCOM's Sandbook and work and living area populations in coordination with the LSO and Base Camp Mayor and directed by the ACO. These requirements are in addition to the latrine requirements above and the MSOW (Appendix L).

| Port-a-Potties | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.7. Plan, emplace, maintain and remove Port-a-Potties within a BASEs LSA and other locations as needed. | Within each designated Life Support Area (LSA), plan, emplace, maintain and remove (as needed) Port-a-Potties. | Port-a-Potties planning, emplacement, maintenance and removal will be in coordination with Base Camp Mayor, LSO and directed by the ACO.<br><br>95% of the Port-a-Potties across the BASE will be cleaned IAW the MSOW<br><br>Port-a-Potties PMCS will be IAW Base MSOW. |
| TABLE 8.7. | | |

8.8. NON-HAZARDOUS SOLID AND LIQUID WASTE MANAGEMENT AND DISPOSAL. The contractor shall operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray and black water to meet applicable Army regulatory guidance and the MSOW. The contractor shall allow government recycling contractor's access to the waste stream as required for the recycler's operation.

8.8.0.1. AIRCRAFT FLEET SERVICES. The contractor shall remove black water from designated aircraft and refill with blue water, using Government Furnished Equipment (GFE) if provided, up to fifteen (15) times per day, in coordination with the Base Camp Mayor when directed by the ACO.  The contractor shall perform cleaning on interior surface debris from the passenger compartment of all designated transport aircraft and provide lavatory and water

servicing to transport aircraft as outlined in AMCI24-101V10 or directed by the ACO. (Appendix D-Tab B)

8.8.0.1.1. The contractor shall empty all aircraft trash containers and replace with new (plastic) liners. The contractor shall remove all trash from airline-type seat pockets and floor, sweep and mop as required in the aircraft's latrines, floors, bulkheads, mirrors, sinks, toilet area, overhead water containers and cabinets. The contractor shall report spills that cannot be completely cleansed to the Accountable Officer. Lavatory and water servicing equipment will be provided water and cleansed in accordance with governing Technical Orders and applicable directives. Lavatory and water system malfunctions shall be recorded by the contractor on AFTO Form 781A (Maintenance Discrepancy and Work Document) identifying the deficiency. The contractor shall ensure the assembly/donut seal and waste drain cap are secured after servicing in accordance with applicable Technical Orders for the type of lavatory servicing truck used and applicable aircraft. The contractor shall stock the aircraft with toilet paper and paper towels after each servicing. Expendable materials will be GFM.

| Solid Waste Management and Disposal Programs | | | | |
|---|---|---|---|---|
| Recycling | Incineration | Landfills | Surface Burning | Medical Waste Incineration |
| N/A | Yes | Yes | Yes | Yes |
|  |  |  |  |  |
| Table 8.8A | | | | |

8.8.1.  8.8.1.MEDICAL WASTE DISPOSAL. The contractor shall remove and dispose of all medical waste from the locations designated in Table 8.8.1. The contractor will collect medical waste compiled at these locations and dispose of in accordance with applicable Army regulations.

| Medical Waste Disposal Locations | |
|---|---|
| Location | Site Number |
| Korean Hospital | AB-1 |
| Craig Hospital |  |
| Egyptian Hospital |  |
| Table 8.8.1. | |

8.8.1.1. The Contractor shall pick up medical waste at a central collection point at the above sites no less than once every three (3) days.

**DAAA09-02-D-0007**                               **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**


8.8.1.2. The Contractor shall transport and dispose of all medical waste in accordance with applicable AR 40-61, Medical Command (MEDCOM) Regulation 40-35, and the Title 49 of the Code of Federal Regulations, Transportation for medical waste disposal operations on US installations OCONUS.

8.8.1.3. For the purposes of this contract, medical waste is defined as any waste generated by a hospital and/or facility capable of producing infectious disease. The seven (7) types of medical waste to be removed and disposed are, (1) Isolation Waste, (2) Microbiological Waste, (3) Blood and Blood Products, (4) Contaminated Sharps, (5) Surgical Waste, (6) Pathological Waste and (7) Medications and/or supplies (consumables) no longer considered viable.

8.8.1.3.1. PARAGRAPH NOT USED

8.8.1.3.2. The contractor shall incinerate all materials provided at the nearest medical waste incinerator and document them on the control log to verify destruction.

8.8.1.3.3. In the event of the incinerator being inoperable for more than 30 days, back up medical waste incineration shall be coordinated with the LSO, Base Camp Mayor and at the direction of the ACO.

8.8.2. SEWAGE SYSTEMS. The contractor shall operate and maintain existing sewage networks within base camp boundaries and additional connections to the sewage network in coordination with the LSO, Base Camp Mayor and at the direction of the ACO. Where necessary, the contractor shall operate and maintain waste water treatment systems for generated waste water streams prior to release into the local drainage systems or agricultural (irrigation, dust abatement) system.


| Non-Hazardous Solid Waste Management and Disposal Table 8.8.B. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.8.  Surface Burning and Incineration | In coordination with the Base Camp Mayor, and at the direction of the ACO, new or utilized uncontaminated existing burn sites shall be provided, installed, operated and maintained to meet applicable Army regulatory and USG policies. | At the direction of the ACO, the contractor shall provide and operate uncontaminated existing burn sites.<br><br>The contractor shall ensure the products of combustion are reduced to become ash and non-combustible components.<br><br>The contractor shall minimize |

**DAAA09-02-D-0007**                     **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**

**FOUO**

| | | any type of smoke exposures to the camp population. |
|---|---|---|
| | | Operation of burn pits and incineration shall be annotated on the Base's MSOW. |
| 8.8.1. Removal and disposal of Medical Waste | In coordination with the Base Camp Mayor and the removal and disposal of medical waste from the locations defined in Table 8.8.1. | In coordination with CJTF Surgeon, the Base Camp Mayor and ACO, the disposal of Level III medical waste from the locations defined in Table 8.8.1. shall be done using a Regulated Medical Waste incinerator. |
| | | Transport and disposal of all medical waste shall be in accordance with applicable AR 40-61, Medical Command (MEDCOM) Regulation 40-35, and the Title 49 of the Code of Federal Regulations, Transportation for the disposal of medical waste at US installations OCONUS. |
| | | Level III medical waste shall be picked up no less than once every three (3) days from the locations identified in Table 8.8.1.. |
| | | In the event of the incinerator being inoperable for more than 30 days, back up medical waste incineration shall be coordinated with the Base Camp Mayor, LSO and at the direction of the ACO. |

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| | | |
|---|---|---|
| | | Incineration shall be annotated on the BASE's MSOW. |
| 8.8.2. Sewage Systems | Within base camp boundaries and additional connections to the sewage network and in coordination with the Base Camp Mayor, LSO and at the direction of the ACO, the base sewage systems shall be maintained. | Existing sewage networks within the base camp boundaries shall be maintained and the schedule listed on the MSOW. |
| | | Additional connections to the existing sewage network shall be added and maintained in coordination with the Base Camp Mayor, LSO and at the direction of the ACO. Additions shall be accomplished IAW the NTP and schedule. |
| | | As directed, waste water treatment systems shall be operated and maintained and generated waste water will be cleaned to applicable Army regulatory standards and CJTF policy prior to release into the local drainage systems or agricultural (irrigation, dust abatement) system. |
| TABLE 8.8.B. | | |

8.9. HAZARDOUS WASTE (HW) MANAGEMENT. The contractor is not responsible for the remediation or the disposal of HW. If HW is discovered mixed with any scrap item, the Government will coordinate to have it removed and disposed of under the appropriate Defense Reutilization and Marketing Service (DRMS) contract.

8.9.1.  The contractor shall operate and maintain a hazardous waste storage area to receive, store, account for, and prepare for shipment HAZMAT/HAZWASTE generated by internal and military operations. The contractor shall plan for, accept and store HAZMAT and HAZWASTE products that include waste POL, lead acid batteries, lithium batteries, oil filters, gas or

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

antifreeze can/bottles, flammable liquids and gases, oxidizers, DOD vector control pesticides, corrosives and US DOT Class IX.

8.9.1.1 The following HAZARDOUS WASTE materials will not be accepted:
1. DOT Class 1 Explosives
2. DOT Class 2.3 Poison Gas
3. DOT Class 4 Flammable Solid, Spontaneously Combustible, Dangerous When Wet, PKG I
4. DOT Class 5.1 Oxidizer PKG I
5. DOT Class 5.2 Organic Peroxides
6. DOT Class 6.1 Poison PKG I
7. DOT Class 6.2 Infectious
8. DOT Class 7 Radioactive
9. DOT Class 8 Corrosive PKG I
10. PCBs and Asbestos
11. Nuclear, biological and chemical warfare substances
12. Waste generated from any source other than that waste which was generated by U.S. Forces or Coalition Forces in Afghanistan.

8.9.1.2. HAZWASTE SERVICES. The contractor shall be responsible for clean up, collection, transport and storage of POL releases over five (5) gallons up to and including five hundred (500) gallons that occur within Bagram Airfield perimeter. In the event of a spill, the Military Unit that is responsible will notify the ACO. For releases less than five (5) gallons, the military units shall be responsible for the clean up and preparing material for collection. The contractor shall respond to POL releases above five hundred (500) gallons up to five thousand (5,000) gallons, at customer request and ACO direction. The contractor shall maintain sufficient materials on hand to respond to release of up to five thousand (5,000) gallons.

8.9.2. STORAGE OF SOIL AFFECTED BY PETROLEUM, OIL AND LUBRICANTS (POL). The contractor shall receive and store any POL affected soils generated by internal and military operations in authorized containers or lined cells at the repository. The contractor will excavate and transport any affected soils to the local soil repository. Volume per incident at AB1 Bagram is limited to fifty (50) cubic yards of POL affected soil and up to five thousand (5,000) gallons of liquid. The Environmental Compliance Officer (ECO) is the primary coordinator for POL affected soil removal on each base in coordination with the LSO, Base Camp Mayor and at the direction of the ACO. Affected soil repository storage sites are listed below. Generator status of all soils remains with the Government.

| Soil Repository Locations | | |
|---|---|---|
| Location | Site Number | AOR |
| Bagram | AB1 | Up to 5000 gallons and 50 cubic yard per spill. |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
FOUO

| Table 8.9.A. |
|---|

| Hazardous Waste Repository Location | | | |
|---|---|---|---|
| Location | Site Number | Site Number | AOR |
| Bagram | AB1 | 2 | AOR |
| Table 8.9.B. | | | |

| Hazardous Waste (HW) Management Table 8.9.C. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.9.1. Management of the HAZMAT/HAZWASTE Storage Area (HWSA). | Within the terrain provided by the Base Camp Mayor, the contractor shall operate and maintain a HWSA in order to receive and store HAZMAT and HAZWASTE generated by internal and military operations. | Plan for, accept and store HAZMAT and HAZWASTE products that includes waste POL, lead acid batteries, lithium batteries, oil filters, antifreeze, empty oil cans, gas or antifreeze cans/bottles, flammable liquids and gases, oxidizers, corrosives and U.S. DOT Class IX.

In coordination with the Base Camp Mayor, LSO and as directed by the ACO, plan for, accept and store other hazardous waste NLT 30 days after receipt of NTP or IAW coordinated schedule. |
| 8.9.2. Storage of Soil Affected by Petroleum, Oil and Lubricants (POL). | Within the terrain provided by the Base Camp Mayor AB1 Bagram and ICW the BASE Environmental Compliance Officer (ECO), the contractor shall operate and maintain a HWSA for storage of soil affected by POL. | ICW the Base Camp Mayor, LSO, ECO and at the direction of the ACO, plan for, accept, store and maintain any POL affected soils generated by internal and military operations within 30 days after contract award.

Provided storage area shall be of sufficient size as a repository. |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| | | Coordination with the Government is required in order to excavate and transport any affected soils to soil repository. |
|---|---|---|
| TABLE 8.9.C | | |

8.9.3 Paragraph Not Used

8.10. LAUNDRY SERVICE OPERATIONS. Full service from the contractor is defined as the contractor shall provide 72-hour turn-around laundry service at the central laundry facility at the maximum rate of 20 pieces of laundry per soldier per 72-hour period in accordance with Army regulations. This service includes sleeping bags and blankets.  RSOI personnel will receive 24 hour turn-around laundry up to 150 bags per day. Contractor will pickup and return laundry to RSOI locations and schedule as identified in Appendix D-Tab C.  24-hour laundry service will be suspended during periods when surge requirements exceed 2,000+ headcount. Base billeting shall be authorized to turn in bulk linen for laundry service. The contractor shall use fresh non-potable water to perform laundry services as defined in TB Med 577.  Temperature range for soldier's laundry will not exceed 150 degrees Fahrenheit.

8.10.1. Laundry services shall include washing, drying, folding of uniforms and clothing items, and return to laundry bag for each individual.

8.10.2. Paragraph Not Used
8.10.3. Paragraph Not Used.

8.10.3. Specialized Laundry Service. The contractor shall segregate clothing or linen soiled with industrial and pesticide products. Detainee laundry shall be included as specialized laundry. Laundry staff shall wear gloves and wash hands after all contact with soiled laundry. Soiled linen shall be washed with approved detergent in water at least 71 degrees Celsius (160 degrees Fahrenheit).

8.10.4. MEDICAL LAUNDRY SERVICE. The Contractor shall segregate clothing or linen soiled with contaminants. The Contractor shall provide two different colored bags clearly labeling one for clean and one for soiled. Contaminated linens will be kept segregated and readily identified. The government will provide transportation of dirty linen and clean linen. Soiled linen shall be washed with approved detergent in water at least 80 degrees Celsius (176 degrees Fahrenheit). Laundry staff shall wear gloves and wash hands after all contact with soiled laundry.

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.10.5. Paragraph Not Used.

8.10.6. SEWING SERVICES.  The contractor shall provide clothing repair, sewing service for
insignia and minor repairs on sleeping bags and Organizational Clothing and Individual
Equipment (OCIE).  The monthly workload is estimated at five hundred (500) pieces with an
average of four (4) sewing requirements per piece.  All work shall be completed within 72 hours
of drop-off.

| Table 8.10.B   Laundry Service Operations | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.10.1. Provide full service laundry. | Laundry services shall include washing, drying, folding of uniforms and clothing items, and return to laundry bag for each individual. | 98% of full laundry shall be provided within a 72-hour turn-around at the maximum rate of 20 pieces of laundry per soldier IAW Army regulations.<br><br>Laundry staff shall wear gloves and wash hands after all contact with soiled laundry.<br><br>Fresh non-potable water shall be used to perform laundry services as defined in TB Med 577. |
| 8.10.3. Provide specialized laundry service. | | Specialized laundry shall be segregated from clothing or linen soiled with industrial, pesticide products or detainee laundry.<br><br>Laundry staff shall wear gloves and wash hands after all contact with soiled laundry.<br><br>Fresh non-potable water shall be used to perform laundry services as defined in TB Med 577. |
| 8.10.4. Provide medical laundry service. | Medical laundry services shall include washing, drying, folding of uniforms and clothing items, and return to laundry bag. | Medical laundry shall be segregated from normal clothing and clothing or linen soiled with contaminants.<br><br>Contractor shall provide two |

| | | different colored bags clearly labeling one for clean and one for soiled. Contaminated linens will be kept segregated and readily identified. |
| --- | --- | --- |
| | | The government will provide transportation of dirty linen and clean linen. |
| | | Medical laundry shall be washed with approved detergent in water at least 80 degrees Celsius (176 degrees Fahrenheit). |
| | | Medical laundry shall be provided within a 72-hour turn-around. |
| | | Laundry staff shall wear gloves and wash hands after all contact with soiled laundry. |
| | | Fresh non-potable water shall be used to perform laundry services as defined in TB Med 577. |
| | | 98% of Sewing Services provided within 72 hours. |
| 8.10.6. Provide repair and sewing of OCIE. | Provide clothing repair, sewing service for insignia and minor repairs on sleeping bags and Organizational Clothing and Individual Equipment (OCIE). | |

Table 8.10.B.

8.11. WATER WORKS SYSTEM. The contractor shall install, operate and maintain potable and non-potable water systems.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.11.1. The Contractor shall ensure potable water production standards comply with TB MED 577. These standards set water production classification based on population (Appendix A). and the number of service connections. The contractor shall ensure that the water it produces, stores and distributes is purified and tested in accordance with all applicable DOD and U.S. Army water purification and preventive medicine regulations and technical manuals. All disinfection requirements will be based on CT inactivation (CT=Product of Free Chlorine Residual and Time required) for bacteria, viruses and Giardia. The contractor shall not be responsible for water that they do not produce or water commingled with municipal water sources. Coliform or Color Testing of water is performed by Preventive Medicine during the Base Camp Assessments.

8.11.2 The contractor shall provide to the Base Camp Mayor a Point of Contact (POC) to coordinate water production and storage capacity issues as referenced in Appendix I. In the event of a compliance violation, the contractor shall notify the Contracting Officer's Representative (COR), Quality Assurance Representative (QAR), ACO and the CJTF Division Preventive Medicine Officer immediately or within 2 hours of discovering the compliance violation. Contractor is exempt from three (3) Days of Supply (DOS) storage requirement due to limited storage capacity and multiple wells.

8.11.3. WATER PRODUCTION AND STORAGE.  The Contractor shall provide the production and storage capacity identified in Table 8.11.3. Nominal variations are authorized for scheduled ROWPU maintenance, and temperature variations.

| Water Works Capacity per BASE Table 8.11.3. | | | |
|---|---|---|---|
| Location | Gallons Produced Per/day | Maximum Storage Capacity | |
| AB1-Bagram | 880,000 | 1,100,000 | Planning Factor - 50 Gallons per person per day. |
| TABLE 8.11.3. | | | |

8.11.4. The contractor shall operate and maintain Reverse Osmosis Water Purification Units (ROWPUs) at water production locations or other water processing equipment as applicable when directed by the ACO.

8.11.4.1. The contractor shall provide potable water to base camp dining facilities, medical facilities and food vendors per standards as specified in this SOW. Water provided to base camp medical facilities, dining facilities, and food vendors shall conform to standards, monitoring and testing requirements in accordance with TB MED 577. Contractor support shall be coordinated with the LSO and Base Camp Mayor and at the direction of the ACO and included in the MSOW. (Appendix D-Tab I)

8.11.4.2. The contractor shall adjust storage and production capability and ration water in accordance with the schedule developed by the LSO, Base Camp Mayor and at the direction of the ACO.

8.11.4.2.1. The contractor shall ensure adequate supplies of GFM bottled water are delivered and regularly stationed at covered distribution locations specified by the Base Camp Mayor and directed by the ACO.  Bottled water shall be ordered by the appropriate government official and delivered to AB1 Bagram.

8.11.4.3. The contractor shall report daily status (beginning quantity, quantity produced, quantity issued and ending balance) to MSC in accordance with ESC Class I Manager's reporting format and schedule as referenced in Appendix I.

8.11.5.  Paragraph Not Used.

8.11.5.1 WATER WELL CHLORINATION INJECTORS/TESTING. The contractor will only be responsible for testing chlorination of the water from various well points, so that the water drawn from systems meets US Army health and TB Med 577 requirements for bathing purposes.  The Government (Preventative Med) will conduct all other testing.  The CJTF is responsible to ensure that Preventive Medicine is an active participant in the testing process. The contractor shall maintain a chlorination injector on wells where raw water supplied is not processed by a ROWPU and shall be prepared to install additional chlorination injectors as directed by the ACO. The contractor shall procure and replace (if needed) the pressure pumps, pressure regulators, pressure tanks, water tanks and distribution pipes at all ACO directed well locations.

8.11.6. Paragraph Not Used.

| Water Works System Table 8.11. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.11.1. Provide potable and non-potable water. | The contractor shall install, operate and maintain potable and non-potable water systems IAW Table 8.11.3. | All potable water produced, stored and distributed shall comply with standards listed in TB MED 577 applicable regulations.<br><br>The Base Camp Mayor shall provide a POC to coordinate water production and storage capacity issues.<br><br>In the event of a compliance |

**DAAA09-02-D-0007**                                         **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

|  |  | violation, the COR, QAR, ACO and the CJTF Division Preventive Medicine Officer shall be notified immediately or within 2 hours of discovering the compliance violation. Potable water support shall be coordinated with the Base Camp Mayor, LSO and at the direction of the ACO.<br><br>Potable water support shall be included within the MSOW. |
|---|---|---|
| 8.11.4.1. Potable Water Support to Medical Facilities, Dining Facilities and Food Vendors. | The contractor shall provide potable water to base camp medical facilities, dining facilities, and food vendors per standards as specified in this SOW. | Water provided to base camp dining facilities, medical facilities and food vendors shall conform to standards, monitoring and testing requirements specified for human consumption IAW TB MED 577, and applicable regulations.<br><br>Potable water support shall be coordinated with the Base Camp Mayor, LSO and at the direction of the ACO.<br><br>Potable water support shall be included within the MSOW. |
| | TABLE 8.11. | |

8.12. PEST MANAGEMENT. The Contractor shall operate and perform all pest management functions (to include pest surveillance and control, and animal control and removal) to mitigate pests in all base camps and contractor-maintained facilities in accordance with AR 200-5 and CJTF Integrated Pest Management Plan. Integrated pest management will be included in all pest management operations.  The Contractor shall ensure that all chemicals and pesticides used in pest management operations are in accordance with DoD Armed Forces Pest Management Board (AFPMB) recommendations, and will be approved, prior to use, by the CJTF Pest Management Coordinator. For emergencies or unique situations, pest management materiel not approved by

**DAAA09-02-D-0007**                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

the AFPMB may be purchased locally if approved by the CJTF Pest Management Coordinator (Entomologist).

8.12.1. PEST MANAGEMENT COORDINATION.  DoD Preventive Medicine Detachments/Units have pest management responsibilities in their respective areas of operations. The Contractor shall ensure that pest management personnel coordinate/communicate pest surveillance and control efforts with their respective Preventive Medicine Detachments/Units. The purpose of this coordination is to ensure that pest management efforts are complimentary and not duplicated, which could result in overexposing personnel to pesticides.

8.12.2. PESTICIDE APPLICATORS CERTIFICATION FOR RESTRICTED PESTICIDES. The Contractor shall meet DoD competency requirements for all pest management personnel who apply restricted pesticides. All restricted pesticide applicators shall be (U.S.) state-certified in appropriate categories (appropriate in the types of pest control work required). The contractor shall submit pesticide applicator certification documentation as referenced in Appendix I to the CJTF Pest Management Coordinator/Certifying Official to ensure DoD competency/certification standards are met.

8.12.3. All pesticide applicators without DoD Pesticide Applicator Certification shall be, at a minimum, (U.S.) state-certified in appropriate categories with the exception that non-certified personnel may apply non-restricted use pesticides under the direct supervision of a DOD or State licensed/certified Applicator.

8.12.4. The contractor shall humanely trap feral animals. All traps that have captured feral animals shall be secured and humanely transported to veterinary personnel or other veterinary-designated personnel for euthanasia. If no local veterinarian is available, then trapping efforts shall be coordinated with the Base Camp Mayor for a time when veterinary support is available to euthanize trapped animals. Contractor personnel shall not euthanize animals.

8.12.4.1. The contractor shall not be responsible for the mitigation or control of birds.

| Pest Management Table 8.12.A. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.12. Provide pest management services | ICW with the Base Camp Mayor, and ACO, pest management functions that include pest surveillance and control, and animal control and removal when available, shall be performed to mitigate pests in all base camps and | The contractor shall perform all pest management functions IAW the CJTF Integrated Pest Management Plan.

All chemicals and pesticides used in pest management operations shall be IAW DoD |

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
                              **FOUO**

| | contractor-maintained facilities. | Armed Forces Pest Management Board (AFPMB) recommendations, and will be approved, prior to use, by the CJTF Pest Management Coordinator. All pest management programs shall be communicated and coordinated with the respective Preventive Medicine Detachments/Units. The contractor shall meet DoD competency requirements for all pest management personnel who apply pesticides. All restricted pesticide applicators shall be state-certified and the certification documentation submitted to the CJTF Pest Management Coordinator/Certifying Official with the exception that non-certified personnel may apply non-restricted use pesticides under the direct supervision of a DOD or State and certified Applicator. |
|---|---|---|
| TABLE 8.12.A. | | |

8.13. MORALE, WELFARE AND RECREATION (MWR) SERVICES. Full service from the contractor is defined as the contractor shall operate and maintain MWR facilities in accordance with Army Regulation 215-1 and the MSOW.

8.13.1. MWR Support Plan. Contractor shall develop and maintain an MWR Support Plan as referenced in Appendix I and coordinated through the LSO, Base Camp Mayor, and at the direction of the ACO. The plan will incorporate GFE to the maximum extent possible.

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.13.1.1. The Contractor shall provide the ACO and CJTF C-1 MWR Coordinator a quarterly inventory report identifying all MWR equipment within each facility as referenced in Appendix I.

8.13.2. MWR operations shall include, but are not limited to Athletic Centers, Internet Cafe and Community Recreation Centers.

8.13.2.1. ATHLETIC CENTER.  Contractor shall provide athletic equipment (e.g. weight lifting and cardio-vascular equipment). At a minimum, contractor shall provide for general equipment maintenance, equipment checkout, towel service and chilled bottled water.

8.13.2.2. COMMUNITY RECREATION CENTER. Contractor shall operate and maintain at a minimum, movie room, quiet area, book exchange and game table area.

8.13.2.2.1. Contractor shall operate and maintain a checkout service and sign out government provided items such as board games, and sports kits (examples; softballs, flag footballs, soccer balls) at areas designated by the Base Camp Mayor.

8.13.2.2.2. INTERNET CAFÉ.  The contractor shall operate customer service and administrative oversight of Internet Cafés with associated services for up to 20 computer workstations and up to 10 telephones stations.  Computer workstations and telephone stations will be provided and maintained by the government.

8.13.2.3 SPECIAL EVENTS.  The Government MWR representative will coordinate all MWR activities/events.  The Contractor shall set-up, execute and break-down athletic, sports, social, recreational, holiday and cultural diversity programs such as concerts, sporting, tournaments, races, competition and social events.  Direct support includes but is not limited to setting up and removing stages and associated equipment, and setting up and removing boxing rings, basketball courts and volleyball areas.

8.13.2.4. Paragraph Not Used.

8.13.2.5. ATHLETIC FIELD AND COURTS. The contractor shall maintain sand volleyball courts, horseshoe pits and basketball courts at the Four Corners Clamshell.

8.13.3. LIMITED SERVICE. Limited service from the contractor is defined as the contractor shall maintain kits (sports, games and pastimes) and establish a program of O&M for these kits.

8.13.4. MWR EQUIPMENT REPAIR SERVICES. The contractor shall provide repair and maintenance support for the MWR fitness equipment at AB-1 Bagram based on the equipment density list (Appendix N). The contractor will be provided a density list of GFE equipment to be

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

maintained from the government. Maintenance schedules on GFE and CAP equipment will be included in the MSOW and additional repair requirements will be based on an as required basis. Contractor response to repairs will follow the standards under the Service Order process.

8.13.4.1. Contractor will maintain an ASL of parts to support MWR equipment listed on the equipment density list.

8.13.5. LIVE ENTERTAINMENT EQUIPMENT.  The contractor shall provide live entertainment equipment services at the locations listed below (public address equipment/amp) for use by live entertainment and/or other events that require amplified communication. The equipment includes, but is not limited to, microphones, speakers, cables, power drops and podiums.

8.13.6. Paragraph Not Used.

| MWR Staffed Facilities Table 8.13.A. | | | | |
|---|---|---|---|---|
| Site | Athletic Center | Rec. Center | Movie Center | Internet Café and Phone Service |
| Bagram | 4 | 2 | 1 | 2 |
| | (1) Four Corners (2) Northside Gym (3) JOC Main | Dragon Koele | Dragon | Dragon Koele |

| Morale, Welfare, and Recreation (MWR) Services | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.13. Manage MWR facilitates. | In coordination with the Base Camp Mayor, and at the direction of the ACO, manage Athletic Centers, Internet Cafe and Community Recreation Centers. | MWR facilities shall be managed IAW Army Regulation 215-1. |
| Table 8.13.A. | | |

8.14. CLASS III RETAIL OPERATIONS. The contractor shall receive, store, account for and issue JP8, Diesel, and MOGAS fuel in accordance with applicable Army Regulations to support the following site as listed below.  This requirement shall be operated from 0700 – 1900 hrs daily, but will be available 24 hours a day 7 days a week as directed by the ACO.

**DAAA09-02-D-0007**                                **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| Class III Retail Operations Table 8.14.A. | | | |
|---|---|---|---|
| Locations | Fuels Storage Capacity | | |
| Site | JP8 (gal) | Diesel (gal) | MOGAS (gal) |
| AB1-Bagram | 900 | 20,000 | 40,000 |

8.14.1. The contractor shall ensure fuel is properly accounted for during receiving and distribution operations as outlined in AR 710-2, Chapter 2, Paragraph 2-37 at non-capitalized sites and DESC-I11 at capitalized sites. Daily delivery reports of petroleum products shall be maintained on Department of the Army (DA) Form 3643 and monthly reports in accordance with AR 710-2 at non-capitalized sites and DESC 1-11 at capitalized sites.  All reports will be maintained in accordance with Paragraph 5 and Appendix I (Reports).

| Class III Retail Operations Table 8.14.B. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.14. Receive, store, account for and issue JP8, Diesel, MOGAS at AB-1 Bagram. | Within Class III Retail Fuel Points, manage Class III Retail Fuel operations. | Ensure retail fuel is properly accounted for during receiving and distribution operations IAW AR 710-2, Chapter 2, Paragraph 2-37. Provide daily accountability of petroleum products using DA Form 3643. Provide monthly reports IAW AR 710-2. Manage storage capacity IAW Table 8.14.A |
| TABLE 8.14.B. | | |

8.15. BILLETING MANAGEMENT. The contractor shall augment the Customer Service Desk of Base Operations in the assignment of billeting facilities (Appendix M). Billeting services include the operation of check-in and checkout services. The government shall maintain authority for allocation/distribution of spaces and shall assign an appropriate representative for resolving conflicting requirements for resources. The contractor will follow the Base Operations SOP for billeting services. The contractor shall maintain base operation housing areas, VIP quarters, transient quarters and RSOI sites.

8.15.1 CLEANING.  The contractor shall provide the supervision, work force, materials, equipment, supplies, and consumables to carry out cleaning services (Appendix D-Tab D). The contractor shall sweep, mop, dust, conduct trash removal and restock latrines with paper towels,

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
FOUO

soap, and toilet paper.  The contractor shall provide cleaning services for port-a-potties, latrines, showers, and recreation facilities.  The contractor shall also have responsibility for the cleaning of showers and latrines located in the Joint Operations Center (JOC) and designated surge RSOI sites.  The contractor shall clean designated latrines and showers in accordance with the KBR cleaning matrix approved by the ACO. Other additional buildings and future structures may be added when directed by the ACO.  The contractor shall also maintain hand wash stations associated with latrine areas.  The contractor shall ensure that the stations have adequate water, soap and paper towels.  Supply facilities shall be established to support this function and materials will be supplied as GFM to the contractor.

8.15.2. The contractor shall be prepared to provide on-call janitorial cleaning services for the two Mosque buildings located on BAF.

8.15.3. The contractor shall be prepared to provide on-call janitorial cleaning services for the Commanding General Conference Center facility.

8.16. SIGNS. The contractor shall provide, install and maintain standardized signs as required to designate facilities, operational sections and services (e.g. SSA, Laundry and Base Headquarters) at designated sites (see Paragraph 8.16.1). These signs shall not contain any specific military unit designation, crest or colors. The signs will not reference the contractor or any other contractor. The contractor shall provide sign services through a service request form system and shall maintain complete documentation, by request for services, sufficient to reflect adherence to the above restrictions.  The Regional Contracting Office is responsible for any personalized or unit designated production.

8.16.1. Sign services designated sites as listed below.

| Sign Services Table 8.16.1. | | |
|---|---|---|
| Site | Design | Fabrication |
| AB-1 Bagram | Yes | Yes |

8.17. DINING FACILITY (DFAC) OPERATIONS PLANNING. All headcounts listed in 8.17.12. are estimates for planning. The Government will notify the Contractor when the headcount fluctuates as defined in paragraph 1.0.

8.17.1. DFAC OPERATIONS AND MAINTENANCE.   The contractor shall operate and maintain food service operations (in accordance with Paragraph 8.17.12.) to accommodate the permanent and transient base camp populations, serving up to four (4) meals per day (Table 8.17.12) as per the command's meal cycle for the area and in accordance with applicable Army regulations. The contractor shall comply with all requirements of TB MED 530, including food safety. Food Sanitation training shall include personal hygiene, proper hand washing methods,

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

maintaining proper food holding temperatures, proper use of disposable gloves, and cross-contamination of food items during meal preparation. Procurement of decorations and any electronic equipment (such as stereos and TVs) are the responsibility of the supporting units, however they shall be installed and operator level maintenance conducted by the contractor to ensure there is no disruption of DFAC operations. Each DFAC shall be able to support limited fresh baked products, existing special menu bars and existing dessert storage areas, existing working meal areas (Hours of Operation, Appendix D-Tab E).

8.17.2. The Contractor shall order and prepare meals in accordance with the published 28-Day menu and the Department of the Army 28 Day Contingency Operations Menu. Deviations from the menu are authorized in order to use food in danger of spoiling.

8.17.2.1. The Government will provide uniformed service members from supported units to serve as headcount personnel in accordance with CJTF Military Oversight Responsibilities to Contractor Dining Facilities SOP and applicable Army regulations.

8.17.2.2. The Contractor shall maintain a government approved automated account system using this system as a tool to monitor the inventory and spending per month using the existing spreadsheet (financial management sheet) and continue to forward the report for the military to review. The contractor will stay within the monetary constraints of the Basic Daily Food Allowance (BDFA) in accordance with AR 30-22.

8.17.2.3. The Contractor shall serve the correct serving size per Army TM 10-412 or the recommended serving size on the item packing. The contractor shall alter the serving size at the request of the individual diner.

8.17.2.4. The Contractor shall not offer "high dollar food items" on self-service bars unless authorized by the ACO for special occasions. The Government will determine what constitutes high dollar food items.

8.17.2.5. The Contractor shall use progressive cooking as defined in Army FM 10-23-2. When feasible and without interrupting service or inconveniencing diners, the contractor shall reduce the number of serving lines toward the end of the serving periods to keep leftover/discarded food items to a minimum.

8.17.2.6. The Contractor shall conduct 100% quantity and quality checks at the DFAC receiving point and adjust the receiving documents with the subsistence prime vendor to reflect the actual quantity received.

8.17.3. HAND WASH STATIONS. The Contractor shall provide sufficient hand wash stations using either Chlorinated Non-Potable water or hand sanitizer accommodating the base camp

**DAAA09-02-D-0007**                                  **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

population, preferably inside the entrance to the DFAC, but at a minimum outside the entrance to DFAC.

8.17.4. SOUP AND SANDWICH BAR-24 HOURS. The contractor shall maintain a Soup and Sandwich Bar available 24 hours a day at each site identified in Appendix D-TAB E. This Soup and Sandwich Bar shall include condiment, assorted lunchmeats, bread, and at least one type of soup. The food for the Soup and Sandwich Bar will be dependent upon government rations. All food will be government furnished.

8.17.5. Paragraph Not Used.

8.17.6. MERMITE SITES. The ACO, for the site dining facility, will authorize (after approval through proper channels) the mermite meal request.

8.17.7. SPECIAL MEAL REQUESTS. The Contractor shall prepare and serve holiday and Service birthday meals as required in the DFAC. The Theater Food Service Advisor and ACO will approve requests for food service support (Special Meal Requests) that are outside the normal mission of the dining facility. Headcount for meal requests shall be added to the Daily Headcount Register.

8.17.7.1. Paragraph Not Used.

8.17.7.2. The Contractor shall prepare Distinguished Visitor (DV) meals (CJTF CSM, 0-7 and above or equivalent) as approved by Theater Food Service Advisor and directed by the ACO. The Government will provide the contractor DV meal requests at least 72 hours in advance.

8.17.8. The Contractor shall maintain at least seven (7) days storage of rations (including chilled storage) and shall maintain storage capacity to accommodate surges in population and up to one (1) additional day's storage capability for rations. The Government will notify the contractor through the ACO of any population surges 14 days in advance.

8.17.9. The contractor shall have the capability to download Prime Vendor trucks within 24 hours of arrival to the greatest extent possible based on local events, policy and force protection measures.

8.17.10. AIR CURTAINS. Air curtains shall be installed at all entrances and exits of dining facilities.

8.17.11. Dining Facility Operations are defined as follows:

8.17.11.1. DFAC

                                    **FOUO**

| DFAC Operations |
| --- |
| Prime Vendor Provides Food |
| Contractor performs all DFAC services |
| Government provides Headcount. |
| Government provides the facility |
| Contractor provides required DFAC equipment |
| TABLE 8.17.11.1. |

8.17.11.2. Paragraph Not Used.
8.17.11.3. Paragraph Not Used.

8.17.11.4. MERMITE SITE

| Mermite Site Operations Table 8.17.11.4. |
| --- |
| Food is prepared at nearest DFAC |
| Government transports prepared food |
| Headcount is preformed at DFAC |
| Government performs all DFAC services |
| Government provides the facility and all required equipment |
| Government provides Mermite Containers |
| Contractor shall maintain the Mermite Containers for sanitation purposes |
| Table 8.17.11.4. |

8.17.12. DINING FACILITY (DFAC) OPERATIONS.

| DFAC Operations Table 8.17.12. | | | |
| --- | --- | --- | --- |
| Code | Location | DFAC# | Headcount Capacity Per Meal |
| AB1 | Koele - 4 Meals Daily | 1 of 5 | 4764 |
| | Lion - 4 Meals Daily | 2 of 5 | 1752 |
| | West (Dragon) - 4 Meals Daily | 3 of 5 | 2774 |
| | North – 3 Meals Daily | 4 of 5 | 2631 |
| | RSOI - 2 Meals Daily | 5 of 5 | 1914 |
| DFAC Operations Table 8.17.12. | | | |

**DAAA09-02-D-0007**  **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| Dining Facility Operations Table 8.17.1. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.17. Establish and manage DFAC operations. | In coordination with the Base Camp Mayor, and at the direction of the ACO, establish, operate and maintain food service operations IAW Para 8.17.12. of this SOW. | Meals shall be ordered and prepared IAW published 28 Day menu, the Department of the Army 28 Day Contingency Operations Menu; plan for deviations in order to avoid food spoilage.<br><br>Accommodate permanent, transient and surge base camp populations, serving four (4) meals per day as per the command's meal cycle for the area and in accordance with applicable Army regulations.<br><br>Maintain any decorations and any electronic equipment (such as stereos and TVs) provided by the USG.<br><br>Provide limited fresh baked products, special menu and dessert bars, storage areas, and work meal areas.<br><br>Provide food sanitation training that includes personal hygiene, proper hand washing methods, maintaining proper food holding temperatures, proper use of disposable gloves, and cross-contamination of food items during meal preparation |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**

**FOUO**

| | | |
|---|---|---|
| | | The government approved automated account system shall be maintained to monitor the inventory and spending per month.<br><br>The Basic Daily Food Allowance (BDFA) shall be followed IAW AR 30-22. Correct serving size, per Army TM 10-412, shall be provided or altered at the request of the individual diner.<br><br>Manage "high dollar food items" on self-service bars. Use progressive cooking methods as defined in Army FM 10-23-2.<br><br>Conduct a 100% quantity and quality check and adjust the receiving documents with the subsistence prime vendor.<br><br>Provide hand wash stations using either Chlorinated Non-Potable water or hand sanitizer accommodating the base camp population inside or outside the entrance to the DFAC.<br><br>Provide Special Meals as approved by the Theater Food Service Advisor and at the direction of the ACO.<br><br>Distinguished Visitor (DV) meals (CJTF CSM, 0-7 and above) shall be prepared as approved by the Theater Food |

**FOUO**

| | | |
|---|---|---|
| | | Service Advisor and at the direction of the ACO. |
| | | At least seven (7) days rations shall be stored (including chilled storage) at each DFAC. |
| | | Storage capacity to accommodate surges in population up to an additional one (1) day shall be accommodated for. |
| | | Download Prime Vendor trucks within 24 hours of arrival. |
| | | Air curtains shall be provided for all entrances and exits. |
| | | Headcount totals indicated in table 8.17.12. are approximate numbers to be used for planning purposes only. |
| Dining Facility Operations Table 8.17.1. | | |

8.18. FIRE FIGHTING SERVICES. The contractor shall establish fire fighting services in accordance with the standards identified in DoD Instruction (DoDI) 6055.06, DoD Fire and Emergency Services (F&ES) Program December 21, 2006,  AR 420-1, Army Facilities Management Chapter 25, 13 February 2008, Local CJTF Protection and Prevention SOP (BAF Fire Prevention Guide),  NFPA standards and in coordination with the Base Camp Mayor. These services include fire protection support, emergency response, equipment and vehicle management, fire prevention, education and training. The contractor shall provide Fire, Crash and Rescue services to support a modified Category 10 airfield with a corrected gallonage of 12,626 to support C-5 aircraft operations as determined by Air Force HQ Fire Protection. The contractor shall provide medical emergency medical response to the medical emergency first responder level.  Fire Fighting services will be to scale within the capabilities of the GFE and Government Furnished Resources (GFR) authorized and assigned, to include personnel staffed.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.18.1. The contractor shall ensure fire department personnel meet qualification standards identified in DoD Instruction (DoDI) 6055.06 and NFPA standards.

8.18.1.1 Firefighters shall respond, extinguish, protect lives and property and perform salvage and overhaul for the following types of emergencies on the indicated sites (paragraphs 8.18.1.2., 8.18.1.3., 8.18.1.4., 8.18.1.5., 8.18.1.6.).

8.18.1.2. STRUCTURES. Structural alarms and emergencies.

8.18.1.3. RANGE FIRES. Wild-land or brush fires that may threaten the loss of life or Government property.  The contractor shall perform fire fighting of range fires except for any mined areas that have not been cleared.

8.18.1.4. VEHICLE FIRES. Automotive or vehicle fire or accident.

8.18.1.5. MEDICAL EMERGENCY LIMITATIONS.  Medical emergencies limited to those skills of a First Responder.

8.18.1.6. POL FIRES AND SPILLS.

8.18.1.7. Aircraft crash rescue emergencies or standby during operations such as hot refueling operations, refueling of aircraft loaded with munitions and medical evacuations. (Airfields only).

8.18.2. COMMUNICATIONS. The contractor will provide the communications equipment, unless GFE is provided by the Government necessary to operate and maintain all fire fighting communications services at the designated sites and airfields (see paragraph 8.18.3.). All emergency response affiliated agencies are required to be in communication with each other for all emergency incidents.

8.18.3. The contractor shall provide fire-fighting services at the following designated sites and airfields:

| Fire Fighting Services Table 8.18.1.1A | |
|---|---|
| Location Structural | Airfield Operations (P-19 Fire Trucks or equivalent) |
| AB1 Bagram | AB1 – Bagram CAT 10 Support |
| AB1 Bagram | Base Structural |

8.18.4. INCIDENT REPORTS. The Contractor shall provide a detailed report, pertaining to all fire incidents per Appendix I (Deliverables) with 24 hours of the incident.

| Fire Fighting Services Performance Table 8.18.1.1.A. |
|---|

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| Required Function | Performance Objective | Performance Standard |
|---|---|---|
| 8.18. Establish and maintain fire fighting services for structures and airfields | IAW Base Camp Mayor, LSO and as directed by the ACO, provide fire fighting services for structures and airfields. | Provide fire fighting services IAW DoD Instruction (DoDI) 6055.06, DoD Fire and Emergency Services Program, AR 420-1, CJTF Fire Protection and Prevention SOP and NFPA standards.

Respond to and extinguish fires IAW 8.18.1.1 through 8.18.1.5.

Provide immediate response for all in-flight and ground emergencies at AB1-Bagram.

Provide fire-fighting services for structures at AB1-Bagram.

Provide modified CAT 10 fire fighting services for airfield at AB1-Bagram.

The Contractor shall provide within 24 hours a detailed report, pertaining to all fire incidents per Appendix I (Deliverables/Reports). |
| Table 8.18.1.1.A. | | |

8.19. FIRE PROTECTION SERVICES.   The contractor shall provide fire protection services throughout base camps, facilities and tents.  These services include conducting fire inspections, providing fire fighting support devices such as fire extinguishers, smoke detectors, carbon monoxide detectors and lighted exit signs. Inspection frequency and fire prevention inspections shall be conducted in accordance with AR-420-1. These services include an exchange program for fire extinguishers IAW GFE and GFR. Inspection frequency and fire prevention inspections shall be conducted in accordance with AR 420-1.  The Base Camp Mayor and the ACO will provide specific fire protection site requirements and technical direction. Fire protection services will be annotated in the MSOW.

**DAAA09-02-D-0007**        **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.19.1.  EXCHANGE PROGRAM.  The contractor shall establish an exchange program for handheld dry chemical ABC and BC type fire extinguisher holders and signage.

8.19.2. DRY CHEMICAL and COMPRESSED AIR FOAM FIRE EXTINGUISHERS. Recharging service will apply to dry chemical and compressed air foam fire extinguishers and be in accordance with National Fire Protection Association 10. Contractor shall operate and maintain a fire extinguisher recharging service at locations IAW Appendix D - Base Life Support Services Matrix**.** Recharging service for TO117, TO118, TO142, TO145 and TO152 task orders will be provided by AB1-Bagram. Recharge services at AB-1 Bagram were included within each task order.  The contractor is authorized to charge the following branded and marked fire extinguishers:

| Authorized Fire Extinguishers to Charge |
|---|
| Underwriters Laboratories (UL) |
| Factory Mutual (FM) |
| TABLE  8.19.2. |

8.19.3.  FIRE PREVENTION INSPECTIONS.   The contractor shall perform base wide fire inspections in facilities listed in Appendix F in accordance with AR 420-1. The contractor shall develop pre-incident fire plans for all major and mission-critical facilities and those having a highlife safety factor and develop probably fire risk assessments based on fire inspection results throughout Bagram Airfield, base camps, facilities and tents (Appendix D-Tab F). The contractor shall provide reports of fire inspection results to the Base Camp Mayor and Team LOGCAP per Appendix I (Deliverables/Reports).

| Fire Protection Services Table 18.19.3. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.19. Provide, manage and maintain fire protection services and train personnel. | Provide fire protection services throughout base camps, facilities and tents. These services include conducting at a minimum semi-annual fire inspection, providing oversight for installation of fire fighting | Fire inspection frequency and fire prevention shall be IAW AR-420-1.<br><br>The Base Camp fire protection program shall be annotated on the MSOW. |

**DAAA09-02-D-0007**                         **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
                            **FOUO**

|  |  |  |
|---|---|---|
|  | support devices such as fire extinguishers and smoke detectors, carbon monoxide, and lighted exit signs. Installation requires a work order request. | A fire extinguisher exchange program shall be established for dry chemical ABC, BC type fire extinguishers and include fire extinguisher holders and signage. A fire extinguisher dry chemical and compressed air foam chemical recharge service shall be provided and be IAW National Fire Protection Association (NFPA) 10 standards; recharge service shall be available at AB1-Bagram. |
| 8.19.3.  Perform fire prevention inspections. | Perform inspections and develop pre-incident fire plans for all major and mission-critical facilities and those having a highlife safety factor and probability fire risk assessments based on fire inspection results throughout base camps, facilities and tents. | Perform base wide fire prevention inspection service IAW AR 420-1 and USG theater policies. Develop pre-incident fire plans, for all major and mission-critical facilities and those having a highlife safety factor, risk assessments based on fire inspection results throughout base camps, facilities and tents, and provide fire inspection reports to the Base Camp Mayor and Team LOGCAP per Appendix I. |
| TABLE 8.19.3. | | |

8.20 VEHICLE MAINTENANCE FACILITY. The contractor shall operate and maintain a Maintenance Facility for all vehicles and equipment on the density list (Appendix N). The contractor shall treat all vehicles designated as part of the facility for maintenance as Government-Owned Property, which includes providing all repair parts. Maintenance Facility operations will be managed by the approved contractor management system. A list of vehicles maintained at all sites available at Appendix N.

**DAAA09-02-D-0007**                                     **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.20.1. Paragraph Not Used.
8.20.2. Paragraph Not Used.

8.20.3. Maintenance Facility Operations (Appendix D).

| NTV Maintenance Operations Table 8.20.3. |
| --- |
| AB1 Bagram  (10/20/30 level) |
|  |
| TABLE  8.20.3. |

8.20.4. Paragraph Not Used.

8.20.5. The contractor shall provide operator Level 10 services, oil/filter change and tire rotation for Government-owned vehicles at the Maintenance Facility in Appendix D.

8.20.6. Paragraph Not Used.

8.20.6.1. Level 20/30 maintenance will be performed at the Maintenance Facility in Appendix D.

8.20.6.2. Level 20 maintenance (limited) on Up-armored Vehicles will be performed at AB1-Bagram.  The following 20 maintenance services WILL NOT be performed on unit Up-armored Vehicles: (1) suspension, (2) ballistic protection, (3) frame modification or repair, (4) doors, (5) windows, (6) windshields, (7) transmission repair/replacement, (8) differential, (9) axle, (10) spindle assembly, (11) wheel and tire replacement.

| Level 20/30 Maintenance Location |
| --- |
| AB1-Bagram- NTV |
| AB1-Bagram (Up-armored Vehicles will receive limited 20 service) |
| TABLE 8.20.6.1. |

8.20.7.  The contractor shall maintain the capability to issue a semi-permanent vehicle identification marker (sticker) for all vehicles for the purposes of dispatch and fuel issue procedures compliance. Identification markers shall comply with Base Commander Policies.

8.20.8.  ON-BASE VEHICLE RECOVERY OPERATIONS.   In coordination with the Base Camp Mayor and the ACO, the contractor shall provide on base recovery operations for non-tactical vehicles.

**FOUO**

8.20.9. NTV & TACTICAL VEHICLE WASH RACK OPERATIONS.  The contractor shall provide all the resources required to maintain a vehicle wash rack for both tactical and non-tactical vehicles. The contractor shall ensure the wash rack is accessible 12 hours daily, 7 days a week. When directed by the ACO, the contractor shall support a surge requirement to operate up to 24 hours a day

| Vehicle Maintenance Operations Table 8.20. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.20. Manage and maintain Maintenance Facility operations. | Manage and maintain a Maintenance Facility for vehicles and equipment listed in Appendix N. | Manage and maintain Maintenance Facility. Provide Maintenance Facility operations at AB-1 Bagram. Provide 10/20/30 level vehicle maintenance. Retain the capability to issue a semi-permanent vehicle identification marker (sticker) for all vehicles and equipment IAW Base Provost Marshall policies. |
| TABLE 8.20. | | |

8.21. TMP SHUTTLE BUS SERVICE. The contractor shall operate and maintain a capability for a TMP Shuttle Bus Service at AB-1 Bagram.  The Government will provide operators for all Detainee Activities.

8.21.1. TMP Shuttle Bus Service designated sites.

| TMP Shuttle Bus Service Locations |
|---|
| AB1 – BAGRAM |
| TABLE 8.21.1. |

8.21.1.1. Paragraph Not Used.

8.21.2. In coordination with the Base Camp Mayor and directed by the ACO, the contractor shall establish bus stops on each camp's authorized shuttle bus service route (Appendix D-Tab G).

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

The bus routes and schedules will be coordinated with the Base Camp Mayor and directed by the ACO.  The contractor shall be responsible for establishing, maintaining and cleaning bus stop areas**.**  The contractor will capture and provide to the government on a monthly basis the patronage of the shuttle service by route, IAW Appendix I (Data Requirements and Reports Matrix).  Peak hours are 0600 to 0800, 1130 to 1400, and 1800 to 2000 hours.

8.21.3. The contractor shall provide at a minimum during 24-hour operations, one (1) bus every twenty minutes per route during peak hours, one bus every 30 minutes per route for all other times until 2200 hours, and a minimum of one bus per hour during the period 2200 hours to 0600 hours unless otherwise coordinated by the Base Camp Mayor and the ACO.  Contractor will add additional buses to any route that passenger requirements exceed the capacity of the shuttle bus service.  Contractor will be provided a Disney Pass for shuttle bus service during the period this road is closed for regular traffic.

8.21.4. The contractor shall provide maintenance, in accordance with paragraph 8.20. to support Government owned or Government leased buses, maintenance will be performed at least to minimum Manufacturer's service Standards and IAW the lease agreement. The Government will provide the lease agreements, number of buses and data plate information of the buses to the contractor prior to implementing any maintenance support.

8.21.5. The contractor shall support bus and baggage operations to and from the flight line on a 24/7 basis as per the Transportation Movement Request (TMR).

| TMP Shuttle Bus Service | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.21. Setup, operate and maintain a TMP Shuttle Bus Service | Maintain the capability for a 24-hour operation at locations listed in Table 8.21.1. | Contractor shall ensure with 95% accuracy that a minimum of one (1) bus arrives at each stop every twenty minutes per route during peak hours, minimum one bus every thirty minutes per route for all other times up to 2200 hours and minimum of one bus per hour between 2200 and 0600 daily. |
| 8.21.2. Establish bus stops on authorized shuttle bus service routes. | Maintain bus stops | Ensure bus stops are clean and free of trash and debris 95% of the time.<br><br>Ensure that each bus stop has a schedule posted 100% of the |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| | | time. |
|---|---|---|
| 8.21.4. Provide maintenance | Provide operator and organization level (10/20) services. | Ensure a minimum operational readiness rate of 90% |
| TABLE 8.21.4. | | |

8.22. Paragraph Not Used.
8.23. Paragraph Not Used.

8.24.  PROJECT PLANNING. The contractor shall have staff available for estimating, planning and scheduling of projects, facilities and services as requested by the LOGCAP Support Officer and directed by the Administrative Contracting Officer. Planning shall consist of site assessments, technical risk assessments, alternative analysis, environmental impact assessments, project schedules and project planning estimates for labor, equipment, materials and subcontract requirements.  Project planning estimates involving construction shall be prepared in accordance with DA PAM 420-11, Project Definition and Work Classification, dated 7 Oct 1994. Contractor acceptance or return of the PPE requests must be completed within two days (48 hours) of submission to the contractor.

| Project Planning  Table 8.24. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.24. Provide assistance for project and facility planning and scheduling | Conduct site assessments, technical risk assessments, alternative analyses, environmental impact assessments, project schedules and project planning estimates as requested by the LOGCAP Support Officer and directed by the Administrative Contracting Officer. | Assist as required 95% of the time. Contractor acceptance or return of the PPE requests must be completed within two days (48 hours) of submission to the contractor.<br><br>Unless an extension is granted, routine Project Planning Estimates are required within 14 days from contractor acceptance from the ACO. |
| TABLE 8.24. | | |

8.25. Paragraph Not Used.
8.26. Paragraph Not Used

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.27. CLASS IV YARD OPERATIONS.  The contractor shall operate and provide services and equipment at AB1 Bagram necessary to maintain the Class IV operation and site including, but not limited to, providing all relevant labor, equipment maintenance, supplies, and supervision under guidance of the CJTF and the direction of the ACO.  The Class IV yard hours of operation are 24 hours per day, seven (7) days a week. The government shall appoint an Accountable Officer for the Class IV operations.

8.27.1. The Accountable Officer will provide guidance over the functions of the yard.  The CJ7 shall prioritize and approve the issue of construction material based on the assessment of pending planned projects and current inventory.

8.27.2. The contractor shall receive material through the SARSS system. The contractor will account for material as it is received and report receipt and any discrepancies to the Accountable Officer.

8.27.3. The contractor will store materials in the Class IV yard in such manner as to secure them from pilferage and protect them from the elements.  The contractor will track inventory of construction materials and report status as directed by the Accountable Officer.

8.27.4. The contractor will issue material to approved customers at the direction of the Accountable Officer.  The contractor will stage materials, by project, as directed by the Accountable Officer.  The contractor shall order, receive, store, issue and track on-hand balances for all Class IV materials using Government Furnished STAMIS (SARSS) in accordance with approved US Government accounting practices and procedures.

8.27.5. The government will provide MHE to operate the Class IV yard. The contractor is responsible for the maintenance and services of the equipment required to operate the Class IV yard.  At a minimum, the contractor must perform weekly maintenance of the equipment to ensure all equipment is operational and has no safety violations.

8.27.6. The contractor shall support, at a minimum one thousand six hundred (1,600) line items of Class IV materials.

8.28 TRANSPORTATION MOTOR POOL (TMP). The contractor shall maintain and operate a TMP with a fleet of GFE vehicles at AB1 Bagram in accordance with the density list in Appendix N. The contractor will check for proper operator licensing/certification. The contractor is not responsible for licensing drivers/operators. The government shall maintain authority for allocation/distribution of TMP vehicles and shall assign an appropriate representative for resolving conflicting requirements for resources. Vehicle Maintenance will include 10/20/30 Level maintenance.

**DAAA09-02-D-0007**                                                 **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.29. BADGE/SCREENING/BIOMETRICS OPERATIONS. The contractor shall operate and manage the Military Force Protection Screening Cell (FPSC) Mission. (8.29.2.3.) The FPSC Mission shall be conducted with the government oversight of no fewer than one OIC (Officer In Charge) and one NCOIC (Non Commissioned Officer in Charge).  The government shall maintain authority for badge issuance / denial.  The Government shall assign an appropriate representative for resolving badging issues. The contractor shall work under its own established procedures; however, the Government shall be informed when derogatory information is exposed during the screening at which point the OIC/NCOIC will take steps as necessary.  The contractor shall follow the Bagram Local National (LN) and Third Country National (TCN) Personnel Base Access and Privileges Standard Operating Procedure (SOP).

8.29.0.1. This mission will be conducted in three steps: Initial Screening, Biometric Collection and Badging for all Locally Employed Personnel (LEP) and other designated personnel requiring access to the base camp.

8.29.0.2. All contractor employees working on Screening Cell mission shall be a US Citizen and hold a valid Secret or interim security clearance. Mission will be conducted in reference to USCENTCOM Identify Dominance Concept.

8.29.0.3. The following language capabilities are required to support to support the mission; Dari, Pashtu, Arabic, Urdu, Turkish, Russian.  The contractor shall provide contracted linguist support required to accomplish the screening and badging and shall provide employees who are capable of screening in the above stated languages or as required or directed by the ACO.

8.29.0.4. The contractor shall populate an unclassified Government database that records screening and biometric collection information for all individuals screened and badges issued. The contractor shall provide an updated report to the Base Commander or designee on a weekly basis.  The report will, at a minimum, identify the number of persons screened and the number of persons who have failed screenings with short descriptions explaining the failure, and the total number of badges issued and lost.  Reports shall be submitted to and in a format approved by the Screening Cell OIC/NCOIC.

8.29.0.5. The contractor shall establish and maintain a stand-alone computer network within a 350-foot radius of computers utilized by the Badging Office, ECP's and other biometric users. Contractor shall restrict access to the Screening Mission Data to authorized personnel.

8.29.0.6. All Locally Employed Personnel shall be re-screened and re-badged every 9 months per Base Commander policy or as directed by the ACO.

8.29.1. SCREENING.   The Government will design an application form to collect required information.  This application form shall be completed in English.  The Government will provide

**FOUO**

the contractor with a list of questions (GFE: Biometric Automated Toolset dossier) to be included in all screenings. FPSC screeners can formulate questions based on USG Priority Information Requirements (PIRs), information obtained during the LEP screening and other information obtained through closed/open source channels.  The government as needed may change the questions (dossier) or provide a specific questionnaire.  The contractor shall record all answers in a database format.  The government will compile pertinent information for reports as required.  The contractor shall not produce classified reports.

8.29.2. BIOMETRICS.  The Government will provide all necessary material and biometrics equipment for the contractor's utilization.

8.29.2.1. The contractor shall incorporate Biometrics operations to include gathering personal identification information to include but not limited to fingerprint scans, iris scans pictures and production of new badges.  The Biometric system will be utilized to verify the identity of the badged personnel.  The badge will be the method used to track the status of personnel on and off post.

8.29.3. BADGING.  Badges shall be of a design that shall not be easily duplicated and shall be randomly numbered in Alpha Numeric's by the USG provided numbered system.  Badge stock shall be secured in a safe place with sufficient safeguards to limit the possibilities of unauthorized personnel gaining access to the badge stock.  The contractor shall review the access ID application, and if complete, shall issue the badge.

8.29.3.1.  At a minimum, badges shall identify the following information: Recipients Nationality; Recipients National Identification (Tazkara/Passport); Recipients First and Last Name (if applicable); A color photo of the individual; A unique Badge Number; no badge number will be issued twice; Company working for; Expiration Dates (Based on expected contract duration and/or 9 months whichever comes first or per Base Commander policy) and other information as requested by the Base Commander or the Base Commander's representative and approved by the ACO

8.29.3.2. The contractor shall issue different categories of badges.  Each category shall have a different color background.  Colors will indicate escort requirements.  The contractor shall operate the Identification Card office (12) twelve hours per day, seven (7) days a week unless coordinated by the Base Commander and directed by the ACO.  The contractor will follow the Force Protection SOP for Bagram.

8.29.3.3. The following annual estimates for badges are given:

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

8.29.3.3.1. Up to 18,000 Permanent Access Badges annually based on 1,500 screenings per month.  Additionally, 8,000 Permanent Access Badges annually based on upgrades and reprints due to lost, faded and/or damaged badges.

8.29.3.3.2. Up to 1,000 Temporary badges (no photo, escort required) annually.

8.29.3.4. The contractor shall issue badges only on the authorization of the Base Commander (CDR) or his designee.

8.29.3.5. The contractor shall maintain a badge stock with capabilities to re-badge all persons with an active FPSC office issued access badge in the event that the Base Commander directs a change due to excessive loss of badges or evidence that the current stock/badge has been compromised. New badge design will be provided and/or approved by the OIC.

8.29.3.6. No badge will be issued without proof of identification (Tazkara or passport and visa) from the recipient, proof of the contract the prospective employee will be working under, and a badge application completed and signed by the Contingency Contracting Officer or other OIC approved hiring authority.  Minimum grade of the individual signing the application is E7, or civilian equivalent (company HR representative).  Day Laborers will require a military sponsor. The contractor shall review the access ID application, and if complete, shall issue the badge.

8.29.3.7. The Government will provide all badge equipment, and have reserve equipment to ensure continuous operations in the event that the primary system breaks down.  The Government shall be responsible for maintenance and repair of all hardware and software systems.  Contractor will provide computer server, printer, scanner and phone.

8.29.4.0. Paragraph Not Used.

8.29.5. ENTRY CONTROL POINT (ECP). The contractor will provide ECP screening personnel at ECP 1, POL ECP, and ECP 3 (Appendix D-Tab H).  Contractor personnel will be responsible for Authorized Access ID Card verification and identification using biometrics. Screening procedures at all ECPs will be in accordance with the Base Commander's guidance, Access Control Policies and Force Protection Guidelines.  Government furnished Biometric Automated Toolset (BAT) equipment and software will be utilized to perform this requirement.

8.29.5.1.  Entry Control Point (ECP 1 and POL ECP) Operations. Contractor personnel will be responsible for Authorized Access ID Card verification and identification using biometrics. Operations shall be performed at the existing turnstile on a 24 hour, seven-day week basis.

8.29.5.2.  Entry Control Point (ECP 3) Operations. Contractor will provide ECP screening of personnel 12 hours daily, seven days a week between 0600 and 1800 hours.  Contractor shall be

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

prepared to screen up to 350 personnel daily with a 10% surge capacity if required.  Screening procedures will be in accordance with the Base Commander's guidance, Access Control Policies and Force Protection Guidelines.  Government furnished Biometric Automated Toolset (BAT) equipment and software shall be utilized to perform this requirement.  Biometric collection and verification of identification using biometrics will be used.

8.30. BASE OPENINGS/RELOCATIONS AND CLOSURES. This is a conditions-based strategy that allows CJTF to withdraw gradually from Forward Operating Bases, Contingency Operational Locations, and Contingency Operational Sites to an enduring Contingency Operational Base. Because of the difficulty of establishing fixed timelines, the contractor shall strive to create plans with the greatest amount of built in flexibility as practicable. The principal objective of planning and execution is to close and relocate bases, locations and sites in an environmentally responsible manner while adhering to sound property accountability principles. Closing, opening and relocating bases will follow "Sandbook" standards and Appendix K.  This requirement will be at the direction of the ACO.

8.31. FORCE PROTECTION O&M. The contractor shall maintain turnstiles, concrete barriers, stonewalls, concertina wire, fencing, HESCO barriers (GFE), vehicle/pedestrian control gates, hydraulic gates, bunkers, guard towers, and sandbags pursuant to the level of repair in the MSOW.

8.32. AIRFIELD LIGHTING. The contractor shall maintain ballpark lighting on Bagram Airfield listed in Appendix F as directed by the ACO. The government will furnish the high-lift equipment required for service and repair by the contractor.

8.33. Paragraph Not Used.

8.34. PRE-PLANNED PROJECT LIST (PPL). Contractor shall use the PPL as a guide to aid in project planning and to expedite PPEs per Appendix Q.

8.35. PROJECT BUILD LIST (PBL). The projects listed in Appendix R include projects that have been negotiated within this TO Statement of Work. All labor, materials and equipment have been included in the negotiated BOE to complete these projects.

8.36. Paragraph Not Used.
9.0.   Paragraph Not Used.
9.1.   Paragraph Not Used
9.2.   Paragraph Not Used.

9.3. COMBAT SUPPORT / COMBAT SUPPORT SERVICE.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

9.3.1. CLASS I WAREHOUSE.  The contractor shall manage and operate a Class I supply point to support outlying bases.  The term "operate" includes performing all tasks required to order, receive, store, account for, and issue Class I and bottled water, as well as performing all required tasks to maintain the Class I supply points' storage facilities IAW applicable command policies, Army regulations, Department of Defense (DOD) regulations and related publications.   Each site will receive, store, account for, and issue operational rations, approved substitutes for specified operational ration types, approved supplements for specified operational ration types, approved warming and cooling beverages, and bottled water.  Operational rations are defined as Meals Ready to Eat (MRE), Meals Religious Kosher/Halal (Halal Meals and Kosher Meals), Meals Religious Kosher for Passover, Meals Alternative Regionally Customized (MARC), Humanitarian Daily Ration, Unitized Group Ration-A Option (UGR-A), Unitized Group Ration-B Option (UGR-B), Unitized Group Ration-Heat and Serve (UGR-H/S), Unitized Group Ration-Express (UGR-E), and future CENTCOM authorized operational rations.  Unless otherwise specified, the term operational rations will be used throughout the task order to refer collectively to all operational ration types, CENTCOM authorized substitutes for specified operational rations, CENTCOM approved supplements to specified operational rations, and CENTCOM approved warming and cooling beverages.

9.3.1.0. CLASS I TRANSLOAD. The contractor shall operate and maintain a separate Class I transload site at the Class I Warehouse.  Class I carrier-owned containers (dry and REEFER) transported to this site shall be downloaded and/or transloaded into Government-owned containers.

9.3.1.1. The contractor shall maintain adequate MHE in order to accomplish the tasks required to receive, store, and issue operational rations and bottled water.

9.3.1.2. HOURS OF OPERATION.  The contractor shall manage and operate the Class I supply point twenty-four (24) hours per day, seven (7) days per week, as determined by the Class I supply point's Accountable Officer.

9.3.1.3. CLASS I VEHICLE ESCORT.  The contractor shall provide escort service (personnel and equipment) for Class I Prime Vendor deliveries to the Class I yard/warehouse as appropriate. The contractor shall meet, escort, and marshal Class I vehicles, and download deliveries at appropriate locations.  The Government will provide the contractor with 24 hours advance notice of all scheduled Prime Vendor food deliveries.

9.3.1.4. Paragraph Not Used.

9.3.1.5. The contractor shall transport air-delivered Class I shipments from the Bagram "inbound yard" to the Class I yard and cold storage warehouse as required.

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

9.3.2. RECEIPT. The contractor shall be capable of receiving operational rations and bottled water delivered to the Class I supply points on theater Subsistence Prime Vendor vehicles, military vehicles, military contracted civilian vehicles, military aircraft, and civilian aircraft. Loads delivered on these conveyances will be configured in a manner conducive to safe delivery on the given conveyance, which will include, but not be limited to wooden pallets, 463L pallets, 20-foot MILVANs, and 40-foot MILVANs.

9.3.2.1. The contractor shall receive, inventory, place into location, and record the receipts for all operational ration shipments within 24 hours of the shipment's arrival, unless repackaging is required.  In the event operational rations and bottled water received are within 100 days of their inspection test dates (ITD) or expiration dates, as applicable, the contractor shall document and report the condition to the Class I supply point's Accountable Officer and facilitate the coordination of veterinary inspections of the products. If operational rations received are found to be expired IAW with their ITD or expiration date, as applicable, and have no accompanying veterinary documentation extending the product's shelf life, the contractor shall segregate the affected quantity from the rest of the shipment and notify the Class I supply point's Accountable Officer immediately for guidance.

9.3.3. STORAGE. The Government will provide the facility at the Class I supply points that the contractor shall maintain and operate as an appropriate temperature controlled storage facility for operational rations. Operational rations will be stored in appropriate temperature controlled facilities.

9.3.3.1. The Government will provide environmentally controlled storage at the Class I supply points for Halal meals, Kosher meals, MARC meals, UGR-H/S, UGR-E, UGR-A rations, MREs their CENTCOM approved substitutes and supplements, and CENTCOM approved warming and cooling beverages.  The contractor shall maintain the controlled climate storage facilities' temperatures appropriate to the types of rations stored, but will not exceed 80 degrees Fahrenheit.  The contractor shall operate and maintain these facilities.

9.3.3.2. The Government will provide overhead cover for storage of MREs and bottled water.

9.3.3.2.1. BOTTLED WATER DISTRIBUTION. The contractor shall distribute bottled water at locations coordinated with the Base Camp Mayor and directed by the ACO (Appendix D-Tab O).  Contractor shall be capable of increasing the number of distribution points up to 25% when coordinated with the Base Camp Mayor and directed by the ACO.  Each bottled water distribution point will be a covered area, container or wooden box.

9.3.3.3. The contractor shall maintain all facilities used in support of Class I operations in accordance with applicable DOD and Army regulations and policies, and preventive medicine regulatory guidance, including but not limited to TB Med 530 and TB Med 577.

**FOUO**

9.3.3.4. The contractor shall be capable of storing MREs, Halal meals, Kosher meals, MARC meals, HDRs, UGR-H/S modules, UGR-E modules, their CENTCOM approved substitutes, and bottled water as stocked lines in quantities specified by the government.  The contractor shall also be capable of storing UGR-A modules, their CENTCOM approved substitutes and supplements, and warming and cooling beverages IAW AR 30-22 to facilitate building loads for pick-up by field kitchens, convoy support centers, ration break points, and other authorized customers.

9.3.3.5. The contractor shall store the operational rations and bottled water in a manner that facilitates the issue of the oldest stocks, first, based on the expiration date or ITD identified on the product's packaging, IAW TM 1-15.  In the event that a product has no expiration date or ITD listed on its packaging, the item's production date will be used.

9.3.3.6. The contractor shall maintain a stock locator system to record the storage locations of all stock.  The contractor shall also develop and use a standard signage/placard system for all containers and storage locations to clearly indicate each container or storage location's contents, to include the stored product's ITD, expiration date, or production date, as applicable.  The sign or placard must be clearly visible from a distance of 20 feet from the container or storage location.  The stock locator system and signage/placard system shall be mutually supporting.

9.3.3.7. The contractor shall inspect all on-hand operational ration and bottled water stocks, monthly, to identify and document all operational ration stocks which are 100 days from their ITD, expiration or production dates, as applicable, and submit the documentation to the Class I supply point's Accountable Officer to facilitate the coordination of veterinary inspections.

9.3.3.8. The contractor shall be capable of repackaging operational rations and bottled water for storage.

9.3.3.9.  Populations supported and Days of Supply (DOS) for MREs and bottled water is as directed in Appendix A (A.2.)  Changes in population and bottle water consumption factors, and/or DOS, will be as directed by the Joint Logistics Command (JLC) and the ACO.

9.3.4. ISSUE. Issues from the Class I supply points may be made directly to authorized customers who will pick up their rations from the Class I supply points, or by preparing the issues for the authorized customer by ground or air transport by loading 20 foot and 40 foot MILVANs, loading product palletized on standard wooden pallets onto trucks and trailers, or loading product onto 463L pallets.  As such, the contractor shall organize operational rations and bottled water into customer breaks, and prepare the customer breaks for customer pick-up or preparing the shipments for delivery to the customer by ground or air transport IAW the issue matrix provided by the Class I supply point's Accountable Officer.  All customer breaks will be prepared within 72 hours of receipt of the issue matrix.  The contractor shall also load the breaks

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
FOUO

onto customer vehicles, or military or contracted civilian trucks tasked to deliver the breaks to the authorized customers.

9.3.5. INVENTORY ACCOUNTING.  The contractor shall post all daily receipt, issue, product suspense and condemnation transactions to the Class I stock record account on the day the transactions occur, and file associated paper documents as directed by the Accountable Officer.

9.3.5.1. The contractor shall conduct a 100 percent physical inventory of all on-hand operational rations and bottled water, monthly and when directed by the Class I supply point's Accountable Officer, IAW applicable Army regulations.  The performance standard for all inventories shall be 95% accuracy or higher, as calculated in AR 710-2.  The contractor shall submit the inventory results to the Class I supply point's Accountable Officer NLT 24 hours after completing the inventory.

| Required Function CL I | Performance Objective | Performance Standard |
|---|---|---|
| (Receive) Operate a Class I  warehouse | Capable of receiving 20' and 40' MILVANS and flatbed vehicles of CL-1 operational rations and or bottled water. | Receive, download, and place into inventory, within 24 hours, unless repackaging is required. |
| (Store) Conduct a monthly 100% inventory of Class I rations and bottled water | Within the Class I warehouse, given Class I rations and bottled water with expiration dates | Complete the monthly inventory with a minimum of 95% accuracy and identify all rations within 100 days of expiration |
| (Issue) Prepare Class I commodities into Field Ration Breaks for Customer issue. | Using customer headcounts on file and daily issue matrix from supporting military element | Prepare the field ration break within 72 hours after receipt of issue matrix. |
| TABLE 9.3.5.2. | | |

9.4. CLASS II, III (P) and IX SSA SUPPLY SUPPORT ACTIVITY (SSA). The contractor shall have management and operational control of Multi-Class SSA as identified in table 9.4, in accordance with applicable military regulations.

| Site | RIC | Receipts up to | Storing Lines up to | Issue up to |
|---|---|---|---|---|
| AB1 Bagram | W8G | 900 | 12,500 | 900 |

**DAAA09-02-D-0007**                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| TABLE 9.4 |
| --- |

9.4.1. Paragraph Not Used

9.4.2. The contractor shall conduct SSA operations and maintain the appropriate Authorized Stockage List (ASL) in accordance with military regulations regarding the storage, issue, receipt and security of Stock Record Account (SRA) operations as outlined in Appendix H and as listed below.

9.4.2.1. Army Regulation 735-5 (Policies and Procedures for Property Accountability)

9.4.2.2. Army Regulation 725-50 (Requisition, Receipt, and Issue System)

9.4.2.3. Army Regulation 710-2 (Supply Policy below the National Level)
9.4.2.4. DA PAM 710-2-1 (Using Unit Supply System- Manual Procedures)

9.4.2.5. DA PAM 710-2-2 (Supply Support Activity Supply System- Manual Procedures)

9.4.3. The contractor shall provide, maintain, and be licensed to operate all equipment necessary (e.g. MHE and forklifts) within each section of each site, to sustain necessary SSA operations.

9.4.4. The Government will provide software, manuals, workstations and peripherals, to operate the SSA at each site, as applicable, except for internal contractor support equipment. The contractor will also operate and must be proficient in the Standard Army Retail Supply System 1 (SARSS-1) and will perform all tasks IAW ADSM 18-L1Y-AJT-ZZZ-UM and ADSM 18-L1Y-AJT-ZZZ-EM (SARSS operational manuals).

9.4.5. The contractor shall receive, store, and issue supplies, to include turn-ins; maintain location accuracy and inventory accuracy in accordance with AR 710-2 or applicable military regulation. Contractor will also perform stock control functions including SARSS closeouts and back-ups, daily, and Trans IN/OUT when directed by the Accountable Officer. It is not the responsibility of the contractor to provide customer escorts.

9.4.6. The contractor shall support the Government in conducting all inventories and preparing quarterly ASL reviews for Army SSAs.

9.4.7. The contractor shall operate the SSA 24 hours per day, 7 days a week.

9.4.8.  All outgoing cargo shall have an associated Government provided RFID tag with content level six data detail.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**

**FOUO**

| Required Functions Multi-Class SSA | Performance Objective | Performance Standard |
|---|---|---|
| Operate Multi-Class SSA at AB1 Bagram. | Operate in accordance with regulations and procedures indicated in paragraph 9.4 through 9.4.7 and appendix H. | Receive supplies and process into SARSS within 24 hours; maintain a location accuracy of 98%; maintain an inventory accuracy of 95%; maintain a denial rate of 1% or less; are in accordance with AR 710-2. All shipments will have Government Provided RFID tags in accordance with all applicable policies. |
| TABLE 9.4.7. | | |

9.5. CENTRAL ISSUE FACILITY (CIF).  The contractor shall manage and operate a Central Issuing Facility (CIF) with direct exchange service for designated Organization Clothing and Individual Equipment (OCIE). The CIF Accountable Officer will have approval authority for all DX (direct exchange) requests.

| Site | RIC | Receipts up to | Storing Lines up to | Issue up to |
|---|---|---|---|---|
| AB1 Bagram | W8G | 900 | 1,600 | 900 |
| TABLE 9.5 | | | | |

9.5.1. The government will determine Requisition Objectives (RO) and Reorder Points (ROP) for authorized stocked CIF items.

9.5.2. The contractor shall prepare and provide results for Quarterly Stockage Level (QSL) Review Boards, supported with research on demand history, order ship time, RO, and ROP.

9.5.3. The contractor shall conduct CIF inventories in accordance with DA Pam 710-2-1 and DA Pam 710-2-2. Inventories include, but are not limited to, Stockade Location Surveys, Monthly 10% Inventories, and perform 100% semi-annual inventories of CIF stockage and submit the DA Form 444, Inventory Adjustment Reports to the Government Accountable Officer and the ACO, as referenced in Appendix I.

9.5.4. The contractor shall establish, maintain, and conduct processes for receipt, store, and issue quantities utilizing the Army Information Management System for all CIF stockage items in accordance with DA Pam 725-50 and DA Pam 710-2-2.  The Government will provide software,

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**

FOUO

manuals, workstations and peripherals, to operate the CIF at each site, as applicable, except for internal contractor support equipment. The government will provide contractor training on government software systems.

9.5.5. The contractor shall submit special orders when required for uncommon sizes upon unit request.

9.5.6. The contractor shall inspect Direct Exchange (DX) and Fair Wear and Tear (FWT) for serviceability. If the items are unserviceable, stocks shall be dispositioned based on applicable regulations.

9.5.7. Contractors shall comply with special projects and fielding initiatives in accordance with military directives as directed by the ACO.

9.6. Paragraph Not Used.

9.7. CLASS III BULK (B) OPERATIONS. The contractor shall install, operate, and maintain a Class III (B) supply point consisting of fabric collapsible tanks, underground or above-ground hard wall storage tanks physically capable of receiving, storing (on the ground) and issuing at the locations listed in the table below. Existing fuel bunkers and/or hard wall storage tanks shall be used for storage in coordination with the LSO and at the direction of the ACO after joint inspection by the Government and the contractor for viability and condition. For planning purposes, storage capacity shall be calculated at a maximum 100% fill. The contractor shall provide the services, resources and operational oversight necessary to perform Fuel Support at Bagram Air Field, Afghanistan.  Except as otherwise set forth in the contract, the contractor shall meet all of the requirements set forth in DOD 4140.25M, Vols. 1, 2, and3, DoD Management of Bulk Petroleum Products, Natural Gas, and Coal, Fuels manager Defense Business System Modernization –Energy (BSM-E) Interim Guidance, applicable BSM-E Application Guidance, and MIL STD 3004B, Quality Surveillance for Fuels, Lubricants and Related Products and military service specific quality guidance.  Notwithstanding any other provision of this contract, the contractor shall comply with all applicable U.S. and Host Nation laws in the performance of this requirement, and in accordance with (IAW) the applicable clauses within the basic contract and this Statement of Work (SOW). The contractor shall prepare all documentation and systemically process related transactions in accordance with information and instructions provided herein, DOD 4140.25M, Business Systems Modernization Energy (BSM-E) formally known as Fuels Automated System (FAS) interim guidance and applicable BSM-E application guidance.  The contractor shall follow the rules, regulation and guidance outlined in Defense Energy Support Center (DESC I-11), (DESC I-7). In the event of a conflict or dispute, the contractor shall request clarification or interpretation by the designated ACO or Procuring Contracting Officer (PCO).  Locations storing Defense Working Capital Fund (DWCF) owned products will follow product accountability, documentation, and documentation/data retention

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

guidance contained in DOD 4140.25-M, applicable BSM-E Interim Guidance and BSM-E Application Guidance, industry standards, and standard commercial practices.

| AB1-Bagram | AvGas (gals) | Diesel (gals) | MOGAS (gals) | JP8 (gals) | TS1 (gals) |
|---|---|---|---|---|---|
| Capacity | 3,000 | 876,000 | 80,000 | 3,000,000 | 6,000,000 |
| Requirement | 2,000 | 414,000 | 72,000 | 2,457,000 | 4,914,000 |

| Site | Diesel (gals) | | | MOGAS (gals) | | | JP8 (gals) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Receive | Store | Issue | Receive | Store | Issue | Receive | Store | Issue |
| AB1 | 45,000 Day | 876,000 | 45,000 Day | 12,000 Day | 80,000 | 3,000 Week | 250,000 Day | 3,000,000 | 130,000 Day |

| TS1 (gals) | | |
|---|---|---|
| Receive | Store | Issue |
| 300,000 | 6,000,000 | 200,000 |

9.7.1. RECEIVE/ACCOUNT/STORE/ISSUE FUEL. The contractor shall provide service to receive, account for, store, and issue government furnished aviation and ground fuel 24 hours a day, 7 days a week during the current task order period of performance.  The contractor shall use the government provided Fuel Manager Defense Program (FMD) system or other approved government accountability system as determined by the Defense Energy Supply Center (DESC). The contractor shall provide the necessary labor, material, and equipment to operate by accomplishing the government's requirements as specified in this Statement of Work paragraphs 9.7 – 9.7.10 inclusive, except in a situation where the requirement would cause unnecessary duplication of existing services. The contractor shall ensure the availability of a minimum of four (4) 210K capacity fuel bags are ready for immediate issue at all times, including during cyclic fuel bag recirculation and fuel testing. The contractor shall monitor the life cycle of fuel bags and ensure that fuel bags are removed from service when required based on the BRAG (Black, Red, Amber, Green) report. The government will provide all 210K capacity and any other required fuel bags.

9.7.1.1 The contractor shall operate designated bulk fuel storage facilities, retail facilities, skid mount pump operations, assault fuel hose line(s), receiving point and retail facilities fuel off-loading points, 6 inch Government Pipeline, skid mounted pump operation including maintenance and refueling equipment and shall record all receipts, issues of fuels, and maintain historical records for data. The contractor shall provide necessary maintenance, testing and required protection to the 6 inch Government Pipeline within Base Camp boundaries. The

**FOUO**

contractor shall transition to operate the Tanker Truck Offload Facility(TTOF)  when complete. The contractor shall inject the necessary additives (e.g. Fuel System Icing Inhibitor (FSII), Corrosion Inhibitor (CI) and Static Dissipater Additive (SDA)) as required to prepare aviation fuels for their intended use. The contractor shall receive, additize, account for, store and issue bulk and retail aviation and ground fuel as required 24 hours a day, 7 days a week.

9.7.1.2. FUEL DOCUMENTATION/RECORDS/REPORTS/ACCOUNTABILITY. The contractor shall create and maintain complete and accurate required files of documentation, records. The contractor shall submit the required accountability reports and documents described in this Statement of Work to the designated JLC Accountable Officer. When necessary and only when directed by the ACO, the government may require additional reports. The contractor shall prepare daily accountability reports on the DA Form 3643 and electronic spreadsheets provided by the government through the JLC SPO. The contractor shall document all information on DA Form 3643 including the total amount of downloaded or uploaded fuel received from government contracted trucks, fuel received from download points named: south fuel farm; north fuel farm; ECP 3; and pump house; and daily aviation fuel issued. The electronic spreadsheet information shall also contain a record of fuel bag gauging per bag in inches of fuel. The contractor shall perform daily close out actions by midnight local Afghan time by recording activity into the FMD system or other government approved accountability system for the previous 24 hour period. The contractor will retain responsibility for data input and integrity into FMD/FAS.  The Responsible Officer (RO) will only be responsible for quality assurance and quality surveillance over the process. The contractor shall provide the Responsible Officer with the original report copies and printouts by 0630L daily.

9.7.1.3. The contractor shall conduct all necessary fuel testing to ensure the quality of the fuel. Unless otherwise specified or directed, the following tests will be performed: B1, B2 or C level tests will be performed in accordance with MIL/DTL/83133F (dated 11 April 2008) and MIL-STD-3004B, Table IX, X, XII, XIV and XV and FM 10-67-1(2) appendix B, table B-1. Electric conductivity reading, tank density reading, tank lorry density reading at a set temperature of 15 degrees Celsius, API gravity reading at 60 degrees Fahrenheit, quantity reading at 15 degrees Celsius in liters, and a product dip test.  The contractor shall perform a Millipore test of each fuel storage bag and fuel filter effectiveness test for each fuel filter separator in accordance with standard commercial practices and the contractor's quality control plan.  The contractor shall ensure that required fuel lab samples are sent to the government provided servicing fuel testing facility.  The contractor will follow guidance outlined in DOD 4140.25M, FM 10-67-2, MIL-STD 3004B unless specified by the DESC-Quality Assurance Manager for fuel receipts limits and directed by the ACO.

9.7.2. The Government shall provide Government Furnished fuel distribution equipment.  The contractor shall operate and maintain the fuel distribution equipment, ensuring all refueling work is safely accomplished in accordance with standard commercial practices and the contractor's

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

quality control plan. The contractor shall also maintain the facilities and grounds including the government furnished fuel bags, liners, and surrounding berms in accordance with commercial practices, U.S. Army standards, and the contractor's quality control plan. The contractor will remove accumulated surface water and ice to ensure continuous uninterrupted fuel availability and operation. Additional upload/download points may be required when directed by the ACO. The contractor shall maximize the utilization of the existing infrastructure and resources and make use of government provided replacement fuel bags as necessary by using the best effort to the maximum extent practical with an ultimate goal of replacing unserviceable fuel bags within 48 hours.

9.7.3. The contractor shall conduct hot/cold re-fuel/de-fuel operations on fixed wing (military and civilian) aircraft. The contractor shall conduct hot/cold refuel/de-fuel operations (military and civilian) on rotary aircraft.  Contractor shall conduct wet wing operations as required and directed by the ACO.  The government will furnish the contractor a density list by type of aircraft, by service component, authorized to receive fuel and de-fueled (Appendix D-Tab B). The government will also provide a density list of GFE to be used during operations and an estimated amount of fuel required (Appendix D-Tab I).  The government will provide specific re-fuel/de-fuel response time requirements, by service component and type of aircraft, to the contractor.  The contractor shall meet all response time requirements. The government will provide a density list of commercial aircraft authorized to receive fuel. The contractor shall provide the government with daily reports that include the amount of fuel dispersed by aircraft. Operations involving US Air Force aircraft shall be accomplished according to the latest, updated and appropriate AF Flight line Fuel servicing TO 00-25-172 and Rotary Wing Hot Pitting according to AFI 21-101, TO 00-25-172 and 37A-1-101.

9.7.4. The contractor shall maintain all government provided equipment according to standard commercial practices and the contractor's quality plan. Daily fuel capabilities will be reported in accordance with CENTCOM guidance using electronic means.

9.7.5. FUEL TESTING FACILITIES.  The contractor shall provide, operate and maintain a fuel laboratory that is capable of performing B-1 testing on ground and aviation fuels (reference paragraph 4 tables 1 and 2 for testing requirements).  The contractor shall perform the following five tests as required:  American Petroleum Institute Gravity Test, Electrical Conductivity Test, Flashpoint Test, Fuel System Icing Inhibitor Test, and Millipore Test.  The contractor shall provide Internet capability within the lab to notify and distribute (email) fuel sample results in a timely manner.  The contractor operated fuel lab shall be certified by the Army Petroleum Center, Fort Belvoir, VA.  Once initial certification is granted, validation of certification will be conducted in 12-month periods by submitting a B1 sample to Al Udeid Area Fuels Lab for correlation.  Results will then be sent to Fort Belvoir for documentation and lab notification.

| Table 9.7.5.    Fuel Testing Facilities |
| --- |

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| Site | A Level | B1/B2 Level | C Level |
|------|---------|-------------|---------|
| AB1-Bagram | Al Udeid | Bagram | Bagram(Unit Testing) |
|  |  |  |  |

9.7.5.1. The contractor shall establish and maintain a fuel quality surveillance program for the operation of ground vehicles.  The contractor shall develop, publish and coordinate the spill plan, as described DOD 4715.05-G, Overseas Environmental Baseline Guidance Document (OEBGD).

9.7.5.2. QUALITY ASSURANCE/SURVEILLANCE. The contractor shall take responsible quality assurance (QA) and quality surveillance (QS) measures to ensure that the fuel quality is not degraded prior to issue. See MIL-STD 3004B, and DOD 4140.25M, Vol II, Chapters 3 and 7 for additional information concerning the QA and QS programs.

9.7.5.3.  MINIMUM SAMPLING AND TESTING REQUIREMENTS. For Truck Receipt JP-8, TS-1, DF-1 and 2, and MOGAS, before off-loading conduct all level sampling from each compartment and test for appearance, visual color, density, conductivity (jet fuel only), FSII (jet fuel only).  Diesel Fuel will be tested for appearance, visual color, API gravity, specific gravity, density, conductivity (jet fuel only), FSII (jet fuel only). Diesel fuel and other tests required and outlined in FM-10-67-2, Table B1.  For the Manifold sample, test for appearance and visual color, white bucket sample. The contractor shall ensure all samples from fuel trucks are pulled at all designated download points.

9.7.5.4.  TANK/TACTICAL FUEL BAG SAMPLE/TEST. On initial fill of new tank/tactical bag, or if product drops below 15 inches for retail issue, or if contractor transitions conduct B1 or B2 or C level test as required. When topping off bags daily perform a C level test and check for additives (jet fuel only). For Tank/tactical fuel bag sample, after filling, conduct all-level or tank composite sample and test for appearance, density, flash point (jet and diesel fuel only), conductivity (jet fuel only), FSII (jet fuel only), particulate matter (jet and diesel fuel only), filtration time (jet fuel only), distillation, and vapor pressure (gasoline only).

9.7.5.5.  TRUCK LOADING SAMPLE/TEST. For Truck Loading, after filling, conduct all level samples from each compartment and test for appearance and visual color

9.7.6.  MILLIPORE TEST. Monthly, the contractor shall conduct a Millipore test of each fuel storage bag and fuel filter effectiveness test for each fuel filter separator according to the latest approved Quality Control Plan (QCP).

9.7.6.1.  CORRELATION SAMPLE. For the Correlation sample, conduct all level or composite sample from one tank/tactical fuel bag and send to area lab for type B2 series test.

**FOUO**

9.7.6.2. Paragraph not used.

9.7.7.  FUEL SAMPLE TEST COMMUNICATION REQUIREMENTS. The contractor shall provide commercial telephone and internet capability within the fuels laboratory and notify and distribute (email) fuel sample results in a timely manner as directed by the ACO. The government will provide the contractor DSN capability.

9.7.8. ISSUE. The contractor shall issue fuel in quantities to FOBs IAW guidance as specified by the JLC.

9.7.8.1. In the event that fuel constraints are imposed on the military or contractor, the contractor shall ration fuel in accordance with the schedule developed by the CJTF and at the direction of the ACO.

9.7.8.2. The contractor shall report daily status at 0600L, 1500L and 1800L (beginning balance, quantity received, and quantity issued, and ending balance) to the Responsible Officer (RO) or designated representative.

9.7.9. FUEL STORAGE SITE SAFETY.

9.7.9.1. The contractor shall provide emergency shower and eyewash stations.

9.7.9.2. The contractor shall maintain limited fire fighting capability with GFE-provided/FSS procured BC Dry Chemical type fire extinguishers on site.

9.7.9.3. The contractor shall maintain internal and external communications with spark resistant type hand held radios and limit cell phone use around fuel points.

9.7.9.4. The contractor shall develop, publish and coordinate a spill plan in conjunction with the JLC Safety Manager, in accordance with Combined Joint Task Force/Combined Security Transition Command – Afghanistan (CJTF) Standard Operating Procedures (SOP), Annex AA (CJTF Environmental SOP), POL, as referenced in Appendix I. After approval by the JLC Safety Manager, the contractor shall obtain the fuel spill kits as agreed upon in the plan and/or order within 14 days.

9.7.10. Modified C level testing facilities shall be capable of performing the following tests: C level tests, distillation tests, FSII and FE.

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

| Required Functions CLASS III (B) | Performance Objective | Performance Standard |
|---|---|---|
| Provide GS and DS Class III (B) storage operations. | Operate a GS and/or DS Class III supply point capable of storing, receiving and issuing JP8, Diesel and MOGAS. | Operate a CL III supply point 24 hours a day, capable of receiving/storing/ issuing JP8, Diesel, AvGas, Mogas, and TS1 in the quantities per noted as stated in above per day. Maintain product accountability. |
| | | Conduct daily visual inspections, API gravity tests, water tests using Aqua-Glo test kits. Review test results and make recommendations on fuel quality. Report suspect Diesel fuel quality to Responsible Officer immediately. For capitalized petroleum sites, notify the responsible officer and DESC |
| Provide Petroleum Quality Surveillance. | Provide fuel-testing capability to monitor serviceability of fuels to all supported units. | Perform laboratory testing in accordance with American Society for Testing and Material Standards (ASTMs). |
| TABLE 9.8.7.3. | | |

9.8. Paragraph Not Used.
9.9. Paragraph Not Used.
9.10. Paragraph Not used.
10.0. Paragraph Not Used.
10.1. Paragraph Not Used.
10.2. Paragraph Not Used.
10.3. Paragraph Not Used.

10.4. MOVEMENT CONTROL. The contractor shall augment with equipment and personnel required to establish, operate, and maintain movement control teams (MCTs) in accordance with the current missions listed in Table 10.4.  Additions or changes to the locations will be submitted by the MCB to the ACO for approval. (Government's initial staffing requirements are referenced in Appendix M) The contractor shall perform the missions of container management, commercial truck movement control, and augment the mission of fixed wing air movement

**DAAA09-02-D-0007**                                **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
                                **FOUO**

control within the Movement Control Battalion (MCB) S2/3 section at Bagram Airfield,
Afghanistan.  Augmentation will include all functions necessary to manage MCT operations
excluding command and control.  The contractor shall provide services 24 hours a day, seven
days a week.  The contractor shall also provide sufficient personnel with current secret security
clearances. The contractor shall provide equipment necessary for its employees to perform their
work.  The MCB will provide US military computer programs and Time Phased Force
Deployment Data (TPFDD) necessary for the contractor to perform its mission.  The contractor
shall prepare and submit all required reports to the MCB S2/3.  The contractor shall also
coordinate all actions to move cargo and passengers according priorities determined by the MCB
S2/3 and as directed by the ACO.  The contractor shall comply with the US CENTCOM Aerial
Port LOI dated 1 May 2008 when performing services under aerial port operations.

| SITE | AIR OPS | | | GROUND OPS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Passenger Service | CARGO Service | MCT AIR OPS SECTION | AREA MCT | Documentation Service Air/Ground | | |
| AB1- Bagram | X | X | X | X | X | | |
| | | | | | | | |
| Table 10.4 | | | | | | | |

10.4.1.  COMMERCIAL TRUCK MOVEMENT CONTROL.

10.4.1.1. The contractor shall provide commercial truck movement control services at Bagram
Airfield within MCT Bagram.  The contractor shall provide all functions necessary to manage
the Commercial Truck Movement Control team except Command and Control. The MCB will
provide the commercial truck movement section OIC and NCOIC who will coordinate the
actions of the contractor.  The contractor then shall coordinate the commercial truck movements
between customers and the commercial truck companies.   The commercial truck movement
control augmentation services will be provided at the MCB and MCT levels based on Appendix

M (Recommended Augmentation Staffing Plan).  Contractor will follow the CJTF
Transportation Handbook (SOP).

10.4.1.2.  The contractor shall create and submit the required documentation for commercial
truck movements.   The contractor shall verify the destination point of contact to prevent trucks
from being sent back because the point of contact was erroneous. The contractor shall provide
information on all LMRs to assist HNT trucking in assigning the best possible type of
transportation to the customers.  The contractor shall maintain the MCT approved record keeping
system for all commercial truck movements. The contractors shall use ITV devices such as RFID
tags for all commercial truck movement.  MCB will provide RFID devices to the contractor.

10.4.2. FIXED WING AIR MOVEMENT CONTROL OPERATIONS.

10.4.2.1.  The contractor shall provide and operate fixed wing air movement control services at
Bagram Airfield within MCT Bagram.  The contractor shall support inbound and outbound fixed
wing air USAF and DOD commercially contracted movements with passengers and cargo.  The
contractor shall coordinate fixed wing air movements between customers and the USAF and
commercial contractors.  The contractor shall track and report all USAF and DOD commercially
contracted flights and their cargo as they arrive at and depart Bagram Airfield.  All air movement
services provided by the contractor will follow the established procedures in the Bagram Airfield
MOU dated 6 February 2008 unless coordinated with the MCB and directed by the ACO.

10.4.2.2. A/DACG Outbound Cargo Handling personnel shall assist customers in building cargo
pallets to ensure they meet air movement specifications. Once built, cargo pallets shall be
weighed, measured and amounts noted on customer documentation.  The CDT shall use GATES
to complete DD Form 1384, Transportation Control Movement Documents and issue (a)
Transportation Control Number(s) (TCN) for the cargo.  The CDT shall verify documentation
and shipping labels are correct.  The customer is responsible for attaching shipping labels to loose
cargo.  The contractor shall burn RFID tags for cargo identified to go by ground from the Aerial
Yard or MCT utilizing the government provided Total In transit Processing System (TIPS)
system for ground RFID tagging.  With the exception of Signature Service (SIG SERVE) and
other Special Handling Cargo, the CDT shall "burn" RFID tags with TCNs and shipping data,
and attach RFID tags to the pallet(s).   A/DACG CDT shall receipt special handling services
outbound cargo and transfer it to the designated special handling pallet location.  The contractor
will notify special handling of the requirement to in-check special handling cargo when it arrives
in the in-bound yard.  Only Special Handling personnel shall process, handle and transport Sig
Serve and other Special Handling Cargo.

10.4.2.3. The contractor shall provide container, pallet, and cargo handling services to facilitate
the loading, offloading, and positioning of containers, pallets, and cargo in conjunction and
coordination with the USAF Air Terminal Operations Center at Bagram Airfield.

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

10.4.3. OUTBOUND CARGO PROCESSING.  Once palletized cargo has been accepted into the air movement system, USAF Aerial Port Joint Inspectors will promptly pass TCMDs and DD Form 2133, Airlift Inspection Record, Joint, if applicable, to the CDT who shall make necessary data entries into the GATES system, and print shipping labels for the cargo. The customer will attach shipping labels to cargo. The CDT shall "burn" RFID tags with TCNs and other appropriate shipping data relating to the palletized cargo. The CDT shall attach RFID tags to cargo pallets.

10.4.3.1. Once cargo pallets have appropriate documentation and RFID tags attached, A/DACG Outbound Cargo Handlers shall move pallets to designated grid or bay locations in the Outbound Cargo Yard while pallets await load planning for airlift.  It is at this time that cargo pallets are considered transferred to USAF Aerial Port control.

10.4.3.2. All general cargo shall be prepared, inspected and capped at least 12 hours prior to scheduled flights.  Once cargo is capped by the CDT, it becomes cargo on-hand awaiting air movement.

10.4.3.3. The contractor shall generate an RFID tag for each originating pallet as it is capped. The RFID tag is "burned" as the pallet is capped and the pallet placard is printed. The contractor shall then attach two copies of the pallet placards (88 side and 108 side) and the RFID tag to the appropriate pallet.  Copies of each pallet placard and associated paperwork will be maintained in a station file in the load planning section.

10.4.3.4. Except for Signature Service and other Special Handling cargo, the CDT is responsible for inputting all general cargo into GATES processing and TIPS up to, and including, entering the cargo data and shipping information into the in-transit visibility system via GATES/TIPS.

10.4.4. INBOUND CARGO PROCESSING. All inbound cargo will be off-loaded from the aircraft by the USAF crews.  The USAF crews will deliver the inbound cargo to the inbound cargo yard.  The contractor shall have a representative ready to meet all inbound cargo at the cargo yard and shall direct placement of the cargo in the proper position.  All efforts will be made by the A/DACG CDT to ensure cargo is receipted by customers within 48 hours, but no later than 72 hours. Cargo not picked-up within 72 hours may be processed for shipment back to the shipper.  For terminating USAF cargo, the Aerial Port shall notify USAF TMO to receipt for cargo. It is imperative that coordination take place to ensure USAF TMO makes data entries to appropriate In-Transit Visibility systems. The A/DACG CDT shall ensure GATES is populated and updated with cargo data for Outbound OEF theater and OEF theater In-Transit cargo (not including the USAF Aerial Port Special Handling Secure Yard).  Close coordination between the A/DACG CDT and the USAF Aerial Port is imperative to ensure accuracy of Inbound/Terminating cargo information and In-Transit Visibility.

**FOUO**

10.4.4.1. Once pallets have been properly terminated at the Bagram AF APOD and in-processed into GATES, RFID tags shall be removed, the battery turned around (this turns off tags), and tags delivered to approved collection points located in cargo Storage yards.  All other pallets, straps, chains, devices, etc., must be immediately returned to approved collection points in the yards as pallets are broken down.

10.4.4.2. The contractor shall ensure that all weather sensitive inbound, outbound and transient cargo is protected from the elements utilizing pallet covers at a minimum during rainy weather or when cargo is destined outside the AOR.  The contractor shall ensure that straps, pallets, dunnage, plastic sheeting, devices, chains, and any other materials used in the processing of cargo and passengers shall be stored in approved locations.  A/DACG CDT shall receipt special handling services in-bound cargo and transfer it to the designated special handling pallet location.  The contractor will notify special handling of the requirement to in-check special handling cargo. The USAF is responsible for special handling services such as Class V, mail and items deemed sensitive in nature.

10.4.4.3. The contractor shall provide sufficient container, pallet, and cargo handling equipment if GFE is not available.  Contractor personnel shall be competent and knowledgeable in the use of the government provided Global Decision Support System (GDSS), the Global Air Transportation Execution System (GATES), the Global Transportation Network (GTN), and the Automated Air Load Planning System (AALPS).

10.4.5 PASSENGER TERMINAL AUGMENTATION.  The contractor shall assist USAF personnel in the passenger terminal with manifesting passengers, maintaining the flight schedule display board, conducting roll calls, providing baggage pallet placards and escorting passengers to the baggage pallet build up area. The contractor shall not transport/drive passengers to/from aircraft.  The contractor shall provide personnel to operate and operate two positions at the passenger terminal counter for 24 hours, seven days a week based on Appendix M.  Contractor personnel must complete all passenger-processing services in accordance with applicable documents.

10.4.5.1. BAGGAGE PALLET BUILD REQUIREMENTS. The contractor Cargo Handlers shall build, weigh, and mark baggage pallets in accordance with posted directives. Baggage pallets shall be provided to USAF Aerial Port Ramp Services personnel for aircraft upload no later than one (1) hour after Customs completes its inspection, and releases passengers back to the passenger terminal personnel. USAF Aerial Port Ramp Operations personnel will deliver baggage pallets to aircraft.

10.4.5.1.1. LOAD PLANNING.  USAF Aerial Port Load-Planners or contractor's function are responsible for planning, selecting, sequencing, and monitoring each AMC-controlled

**FOUO**

TRANSCOM aircraft (except STOL missions) cargo load.  Load planning is responsible for obtaining maximum utilization, based upon available airlift and existing port backlogs. Qualified Load planning personnel assigned to the load planning function must attend AMC affiliation course(s) to include ALPC, AALP, and HAZMAT inspector certification.  The Government will provide coordination and training to keep certifications current. Current knowledge of aircraft design, configuration, and limitations is essential. Qualified USAF Aerial Port Load-Planners or qualified contractors shall load-plan cargo and passengers IAW US CENTCOM and CJTF priorities, as published.

10.4.5.1.1.1. USAF Aerial Port Load-Planners or contractors shall create load-plans based on cargo identified in GATES, available airlift identified in the daily hard FRAG produced by AFCENT AMD, and opportune airlift as available and/or coordinated.  USAF Aerial Port Load-Planning or contractor personnel shall alter load-plans as necessary due to line changes published by AFCENT AMD. USAF Aerial Port Load-Planners or contractors shall validate load-plans. USAF Aerial Port Load-Planning or contractor personnel shall inspect all load-planned cargo pallets and verify pallet location to ensure cargo remains airworthy and ready for movement (a.k.a. walking the load).

10.4.5.1.1.2. USAF Aerial Port Load-Planners or contractors will pass the manifest to the Aerial Port's Air Terminal Operations Center (ATOC) to place in the flight commander's information packet with all appropriate documentation.  The ATOC will provide Aerial Port Ramp Services personnel (a.k.a. USAF Load Team) with copies of manifests in order to ensure the cargo load is correctly sequenced, transported and staged for upload to outbound aircraft as planned.

10.4.5.1.2. LOAD PLANS SUSPENSE. Once cargo has been verified as airworthy, load-plans shall get validated by qualified USAF Aerial Port Load-Planning or contractor personnel and manifested in GATES no later than six (6) hours prior to aircraft scheduled departure times, unless AFCENT AMD/CDDOC issue line changes redirecting cargo. USAF Aerial Port Load-Planners or contractors shall manifest validated loads.

10.4.5.1.3.  LOAD PLANNER INSPECTION REQUIREMENTS. USAF Aerial Port Load-Planners or contractors must physically inspect the load to ensure it is airworthy and will fit the aircraft configuration it is planned for (e.g. tie-down, overhang, center of balance, markings, weight, height, cleanliness, shoring requirements, contact points, etc).  The AF load planner will validate the load plan and ensure the pallets are still ready for airlift and will pass it onto the ramp for staging.  Cargo is pulled from the appropriate grid locations, staged and loaded by the AF ramp personnel.

10.4.5.1.4. In the event cargo is bumped or airlift is cancelled, the cargo will be returned to its previously assigned grid location.  The USAF Aerial Port Load-Planners or contractors shall ensure bumped or cancelled cargo is placed back on the backlog as cargo awaiting movement.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

Cargo that departs will be processed in GATES as departed by the ATOC.  Special handling, ATOC, and the contractor shall maintain a backlog with all applicable and accurate data for all cargo in the inbound and outbound cargo yard.

10.4.5.1.6. The USAF Aerial Port Load-Planners or contractors shall forward the load-planning package to USAF ATOC for review and approval. The final load plan shall be forwarded to USAF ATOC NLT six hours prior to scheduled aircraft departure. USAF ATOC will review the load plan for correctness and then walk the cargo to ensure proper grid location and airworthiness. In addition, the USAF Aerial Port Load-Planners or contractors and USAF ATOC will monitor the loose cargo bays and manifest loose items as missions permit.

10.4.5.2.  Paragraph Not Used.

10.4.5.3.  FIXED WING AIR MOVEMENT CONTROL.   The contractor shall augment the fixed wing air section with fixed wing movement control activities for the CJTF CJOA within the MCB S2/3 section (Appendix M).  The contractor shall report the activities of all military and commercially contracted flights and their cargo as they enter, transit, or depart the Afghanistan Theater of Operations.

10.4.5.3.1 The contractor shall provide input to MCB staff on fixed wing air movement control for all subordinate Movement Control Teams (MCTs), whether military or contractor.  The contractor shall provide input to the air chief of the fixed wing air section on fixed wing air movement control policy.

10.4.5.3.2. The contractor shall operate and use the Global Decision Support System (GDSS), the Global Air Transportation Execution System (GATES), the Global Transportation Network (GTN), and create and process the appropriate documentation required of commercially contracted fixed wing air movements and US military. The government will provide the contractor the required training on these systems.

10.4.5.4.  Paragraph Not Used.
10.5. Paragraph Not Used.

10.6. MHE, VHE and TRANSPORTATION REQUIREMENTS. The contractor shall operate and maintain Material Handling Equipment (MHE) capable of handling 20 and 40 foot MILVANs, TRICONS, QUADCONS, commercial containers, pallets or materials up to 10,000 pounds on AB1 Bagram.  The contractor shall provide flatbeds and Vertical Handling Equipment (VHE) for movement per the Transportation Movement Request (TMR), on a required basis.

10.6.1. TASKING AUTHORITY.  The contractor shall request, receive, acknowledge receipt of, and respond to Transportation Movement Requests (TMRs).

**FOUO**

10.6.2. OPERATOR CERTIFICATIONS.  The contractor shall provide, maintain and be licensed on all MHE equipment that requires an operator license.  The contractor shall be responsible for certifying all operators of the MHE, VHE and flatbed equipment. All certification will be in accordance with OSHA standards.  All subcontracted operators operating sub-contracted equipment will be certified in accordance with local certification guidelines.

10.6.3. EQUIPMENT CERTIFICATIONS.  The contractor shall centrally maintain and upon request provide annual inspection documentation on all MHE and VHE equipment but not limited to, Contractor Acquired Property, and Sub Contracted equipment to meet Army Corp of Engineer, OSHA and ANSI standards. This is in accordance with approved contractors SOP. The government will provide load certificates and the proper certification documentation from USG for all GFE when GFE equipment is transferred to the contractor. The contractor shall centrally maintain and upon request provide load certification for all cranes and operational safety inspection status of contractor and subcontractor owned and/or operated equipment to include, but not limited to, GFE, Contractor Acquired Property, Material Handling Equipment, and construction equipment.  The contractor will record Operational Readiness data for MHE Equipment to include the following:

      a. Identify each type of equipment
      b. Identify the location of each piece of equipment
      c. Identify the equipment by GP/ID number
      d. Identify if equipment is fully mission capable
      e. Identify if equipment is not fully mission capable and why
      f. Track equipment not fully mission capable until fully mission capable
      g. Monitor equipment usage

11.0. CONTAINER MANAGEMENT. The contractor shall provide services required to perform the Container Management function to include yard management, database management, and Radio Frequency Identification (RFID) Management for the CRP, CCP, CRSP, and contractor container operated yards. The contractor shall conduct container management in accordance with CJTF DIVISION policies and procedures. The contractor shall retain the capability to geographically re-distribute support as the tactical situation changes. The contractor shall provide disposition of all containers under its control, both storage and transit (ingate/outgate), for all contract locations within Afghanistan.

11.1 The government will appoint container managers to ensure accountability and proper documentation of all containers under the contractor's control.

11.1.1. PHYSICAL INVENTORIES. The contractor shall conduct physical inventories as outlined below.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**

11.1.1.1. INITIAL INVENTORY. The contractor shall provide an initial 100% physical inventory of containers at all locations - by container number, size, condition, and type at all sites within 30 days of the contract.  The completed initial inventory data shall be entered into Integrated Booking System-Container Management Module (IBS-CMM) as the baseline data for that pertinent location.

11.1.1.2. RECORDS REVIEW INVENTORY. The contractor shall provide an accurate accounting of all containers under its control in direct support of the LOGCAP Mission.  The contractor shall conduct monthly records review inventories of containers at all locations. Contractor shall verify on-hand quantities of containers, to include recording container numbers, in each location to constitute a records review inventory.  Container data within the IBS-CMM shall be updated to reflect any changes at each location and any discrepancy resulting from the update shall be corrected using IBS-CMM protocols.  Monthly records review inventories for all locations shall be done and completed as required by the CENTCOM LOI, and a written report shall be sent to the CJTF DIVISION Container Manager as required by the CENTCOM LOI.  At a minimum, this report will confirm that each location has been inventoried, report any discrepancies in quantities and container numbers, and report the resolution of such discrepancies.
11.1.2. Paragraph Not Used.

11.1.3.  The contractor shall maintain container accountability in accordance with CJTF DIVISION/CJTF/CSTC-A/SDDC/Army Intermodal and Distribution Platform Management Office (AIDPMO) policies.

11.1.4. Per contract (USC 05), commercial carrier containers will not be held past the contracted 10-day free time. If a commercial carrier container does fall into detention, the contractor shall provide a plan of action for the timely release of the container.

11.1.5. The contractor shall prepare commercial leased containers used for transport for onward movement within one week of their receipt. The contractor shall ensure that a TMR is submitted for all containers and an RFID tag is affixed with content level detail for each shipment.

11.2. YARD MANAGEMENT. Yard management is defined as the management of containers under the contractor's control found in storage facilities, Central Receiving Shipping Point (CRSP), Container Collection Point (CCP), and truck staging areas.

11.2.1. Paragraph Not Used.

11.2.2. The CCP location Container Management will be capable of performing container data entry functions for in-gating and out-gating, performing inventory management, updating

**DAAA09-02-D-0007**                                **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
FOUO

container and cargo data records, and assisting with resolving ownership of frustrated containers and cargo.

11.3.  CONTAINER DATA MANAGEMENT. Container Data management is defined as the collection, input, and analysis of the data in the IBS-CMM database. Contractor shall work in close collaboration with the SDDC Container Management Element (CME)].

11.3.1. The contractor shall provide container data management services for all contractor controlled containers within CJTF DIVISION AOR to establish internal controls and procedures for the collection and input of the data, reconcile data within the theater, provide analysis, and to provide ad-hoc reports upon request.

11.3.1.1. The database manager coordinates with CJTF and MCB and is responsible for the data collection of all contractor-controlled containers, updates and reconciles the data into IBS-CMM and ensuring the collection and input of the data is in compliance with established internal controls and procedures.

11.3.1.2. The database manager shall input all available data for all inbound and outbound container traffic at each location into IBS-CMM or its successor and follow up on all out-gated containers, if not in-gated within 14 days. The contractor shall provide a plan of action for reconciling containers out-gated and not in-gated for all out-gated containers over 30 days.

11.3.1.3. The Government shall provide all necessary training, access, updates, and certifications to enable the contractor to perform container data management functions in IBS-CMM or future systems.

11.3.1.4 Paragraph Not Used.

11.4.  RFID MANAGEMENT. The contractor shall follow standard CJTF DIVISION RFID tag polices.

11.4.1. Contractor shall write and affix RFID tags to containers and break bulk cargo arriving in Afghanistan without tags, in support of OEF as well as containers and break bulk cargo at air operations nodes as required on a 24-hour basis, 7 days per week until nodal mission dictates reduced staffing.

11.4.2. The RFID shall be written with Transportation Control and Movement Document (TCMD) information – "content level detail."

11.4.3. The contractor shall have the capability to, on a daily basis, write up to 200 RFID tags at each site listed in table 11.2.2.

**FOUO**

11.4.4. The contractor shall order RFID tags and batteries as required. RFID tags and batteries will be provided as GFE.

11.4.5. All RFID tags will be reused and recycled in support of ITV by inverting the battery immediately upon reaching final destination. The contractor will retain these tags for future use or disposition as directed by the Government.

11.4.6. The contractor shall perform RF Interrogator Preventive Maintenance Checks and Services (PMCS) at all locations staffed or augmented by the contractor and report Direct Support (DS) Maintenance requirements. This task shall be performed in accordance with the MCB procedures. Number and location of Interrogators to be maintained will be provided by the MCB.

11.4.7. RFID REQUIREMENT. The contractor shall provide RFID capability at each CRP/CCP yard. The contractor shall tag containers, pallets and rolling stock by documenting, burning, posting and using all other procedures as identified by applicable regulations, and policies. Contractor shall provide RFID tagging for unit movements that do not have internal tagging capabilities when directed by the ACO.

11.4.8. The contractor shall operate the GFE RFID equipment to read, write and interrogate at each location as applicable.

12.0. Paragraph Not Used.
12.1. Paragraph Not Used.

12.2. SECURITY CLEARANCES.

12.3. Contractors who operate systems requiring clearances shall possess and maintain the appropriate Secret-level security clearances.

13.0. Paragraph Not Used.
13.1. Paragraph Not Used.

14.0. AFGHAN FIRST PROGRAM.  The Afghan First policy encourages, to the maximum extent practicable, the use of contracts that utilize Afghan workers and Afghan businesses to meet requirements.  The contractor shall, to the maximum extent practicable, hire Afghan personnel, subcontract with Afghan owned business, and purchase from Afghan suppliers in order to meet the requirements of this SOW.  The contractor, consistent with efficient business practices, may establish skills training programs and personnel management plans to increase the potential pool of qualified workers and provide for future opportunities.

**DAAA09-02-D-0007**                                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0116 Bagram, V1.4**
**FOUO**


14.1 AFGHAN FIRST REPORTS/PARTICIPATION.  The contractor shall describe any existing or planned activities that directly relate to these efforts.  The contractor shall provide monthly reports that, at a minimum, identify the number of Afghan personnel currently employed; number of Afghan owned subcontracts and award amount; and dollar amount of purchases made with Afghan businesses.  The contractor will provide an Annual Summary Report.  The contractor shall participate in meetings and working groups to discuss efforts regarding this program initiative, and provide for future opportunities of local employees.


15.0. Paragraph Not Used.
16.0. Paragraph Not Used
18.0. Paragraph Not Used
19.0. Paragraph Not Used.