# Exhibit S

| ORDER FOR SUPPLIES OR SERVICES | PAGE 1 OF 7 |
|---|---|

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0118 | 2006FEB02 | SEE SCHEDULE | DOC9 |

**6. ISSUED BY**     CODE W52P1J

HQ AFSC
AMSFS-CCF-L
KEN FLOWERS (309)782-1029
ROCK ISLAND, IL 61299-6500
EMAIL: KENNETH.E.FLOWERS@US.ARMY.MIL
BLDGS 350 & 390

**7. ADMINISTERED BY (If other than 6)**     CODE S4402A

DCMA DALLAS
600 NORTH PEARL STREET
SUITE 1630
DALLAS, TX 75201-2843

**8. DELIVERY FOB**

☐ DESTINATION

☒ OTHER
(See Schedule if other)

SCD: A    PAS: NONE    ADP PT: HQ0338

**9. CONTRACTOR**     CODE 3GJU9     FACILITY

KELLOGG,BROWN & ROOT SERVICES INC
4100 CLINTON DRIVE
HOUSTON, TX 77020

**NAME AND ADDRESS**

TYPE BUSINESS: Domestic Firm Performing Outside U.S.

**10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD)**

SEE SCHEDULE

**12. DISCOUNT TERMS**

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**

See Block 15

**11. X IF BUSINESS IS**

☐ SMALL

☐ SMALL DISADVANTAGED

☐ WOMAN-OWNED

| 14. SHIP TO   CODE | 15. PAYMENT WILL BE MADE BY   CODE HQ0339 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|
| SEE SCHEDULE | DFAS COLUMBUS CENTER DFAS-CO/WEST ENTITLEMENT OPERATIONS P.O. BOX 182381 COLUMBUS, OH 43218-2317 | |

**16. TYPE OF ORDER**

**DELIVERY/CALL** ☒ THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT.

**PURCHASE**   Reference your ☐ Oral ☐ Written Quotation _____, Dated _____.
furnish the following on terms specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| KBRSI | _(signature)_ | Travis D. Jennings | 2006 FEB 14 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |

☒ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE CONTRACT TYPE:   Cost Contract   Cost-Plus-Award-Fee KIND OF CONTRACT:   Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA GREGORY J. TETTER /SIGNED/ GREGORY.TETTER@US.ARMY.MIL (309)782-5724 BY:     CONTRACTING/ORDERING OFFICER | 25. TOTAL   $56,107,166.00 |
|---|---|---|
| | | 26. DIFFERENCES |

**27a. QUANTITY IN COLUMN 20 HAS BEEN**

☐ INSPECTED ☐ RECEIVED ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | ☐ PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER    g. E-MAIL ADDRESS | ☐ FINAL | | |
| | 31. PAYMENT | | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | ☐ COMPLETE | | |
| a. DATE (YYYYMMMDD)    b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ PARTIAL | 35. BILL OF LADING NO. | |
| | ☐ FINAL | | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON- TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

**DD FORM 1155, DEC 2001**      PREVIOUS EDITION IS OBSOLETE.

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0118 | 2006FEB02 | SEE SCHEDULE | DOC9 |

| 6. ISSUED BY | CODE | W52P1J | 7. ADMINISTERED BY (If other than 6) | CODE | S4402A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| HQ AFSC<br>AMSFS-CCF-L<br>KEN FLOWERS (309)782-1029<br>ROCK ISLAND, IL 61299-6500<br>EMAIL: KENNETH.E.FLOWERS@US.ARMY.MIL<br>BLDGS 350 & 390 | | | DCMA DALLAS<br>600 NORTH PEARL STREET<br>SUITE 1630<br>DALLAS, TX 75201-2843<br><br>SCD: A    PAS: NONE    ADP PT: HQ0338 | | | ☐ DESTINATION<br>☒ OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR | CODE | 3GJU9 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|
| NAME AND ADDRESS | KELLOGG,BROWN & ROOT SERVICES INC<br>4100 CLINTON DRIVE<br>HOUSTON, TX 77020<br><br>TYPE BUSINESS: Domestic Firm Performing Outside U.S. | | | | SEE SCHEDULE | ☐ SMALL<br>☐ SMALL DISADVANTAGED<br>☐ WOMAN-OWNED |
| | | | | | 12. DISCOUNT TERMS | |
| | | | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Block 15 | |

| 14. SHIP TO | CODE | | 15. PAYMENT WILL BE MADE BY | CODE | HQ0339 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|---|
| SEE SCHEDULE | | | DFAS COLUMBUS CENTER<br>DFAS-CO/WEST ENTITLEMENT OPERATIONS<br>P.O. BOX 182381<br>COLUMBUS, OH  43218-2317 | | | |

| 16. TYPE OF ORDER | DELIVERY/ CALL | ☒ | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your ☐ Oral ☐ Written  Quotation _____ , Dated _____ . furnish the following on terms specified herein.<br>ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|
| | | | |

☒ If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE<br>CONTRACT TYPE:<br>  Cost Contract<br>  Cost-Plus-Award-Fee<br>KIND OF CONTRACT:<br>  Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>  GREGORY J. TETTER /SIGNED/<br>  GREGORY.TETTER@US.ARMY.MIL (309)782-5724<br>BY:                                CONTRACTING/ORDERING OFFICER | | | 25. TOTAL | $56,107,166.00 |
|---|---|---|---|---|---|
| | | | | 26. DIFFERENCES | |

**27a. QUANTITY IN COLUMN 20 HAS BEEN**  ☐ INSPECTED  ☐ RECEIVED  ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | ☐ PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER      g. E-MAIL ADDRESS | ☐ FINAL | | |
| | 31. PAYMENT | | 34. CHECK NUMBER |
| **36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.** | ☐ COMPLETE | | |
| a. DATE (YYYYMMMDD)      b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ PARTIAL | | 35. BILL OF LADING NO. |
| | ☐ FINAL | | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON- TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

**DD FORM 1155, DEC 2001**          PREVIOUS EDITION IS OBSOLETE.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 2 of 7 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0118          MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG, BROWN & ROOT SERVICES INC

SUPPLEMENTAL INFORMATION

1. The purpose of this Cost Plus Award Fee Task Order DAAA09-002-D0007-0118 is:

    a. To award all services necessary to support, operate and maintain Combined Joint Operational Area, Afghanistan as reflected in the accompanying Statement of Work (SOW) dated 23 December 2005.

    b. To incorporate the NTP letter issued 27 January 2006, with an effective date of 02 February 2006 for Combined Joint Operational Area, Afghanistan TO#0118.

2. Combined Joint Operational Area, Afghanistan :

a. The SOW entitled LOGCAP SOW COMBINED JOINT OPERATIONAL AREA-AFGHANISTAN MISSION LOGCAP STATEMENT OF WORK, TaskOrder #0118  dated 23 December 2005. is hereby incorporated into this Task Order.  The services described herein the SOW are deemed mission essential per DODI 3020.37 paragraphs E2.1.3, E2.1.3.1 and E2.1.3.2. The estimated Period of Performance is 365 days, from 02 February 2006 to 02 Fegruary 2007. The estimated funded Period of Performance is from 02 February 2006 to 01 March 2006.

    Note:  The above referenced SOW is all-inclusive of previously submitted SOWs.

b. Kellogg Brown & Root Services' KBRS Rough Order Of Magnitude (ROM) for COMBINED JOINT OPERATIONAL AREA-AFGHANISTAN MISSION LOGCAP STATEMENT OF WORK, Task Order #0118 dated 06 January 2007 for $56,107,166.00.
is hereby referenced in this Task Order.  (Any reference to the TEP or ROM in this Task Order does not constitute acceptance of the assumptions set forth in those documents. Such assumptions shall be considered for cost estimating purposes only).

c. Performance shall be sufficient to meet the mission needs consistent with the SOW, pertaining to the Afghanistan site. Any deviation or change to the SOW requirements shall require prior approval from the Contracting Officer (unless specifically stated otherwise in the contract). Any material deviation from the TEP requires prior approval from the Contracting Officer.

d. Current Funding. This task order funds this Task Order for a total of $5,000,000.00 of which KBRS is allowed to incur costs of the funded Not To Exceed (NTE) amount of $4,854,370.00, Clin 4005AA. The remaining $145,630.00 is broken down as two parts, one for the Base Fee Pool of $458,544.00, Clin 4009AA and the second for the Award Fee Pool of $97,086.00, Clin 4011AA. The total Ceiling Price is $56,107,166.00. Actual Award & Base Fee to be determined at time of definitization.

e. This is an "undefinitized contract action" as defined in DFARS 217.7401. As such, the Contractor must submit his qualifying proposal in accordance with contract clause 252.217-7027, except for the timelines which are established below for this Task Order. Definitization shall be consistent with DFARS 217.74. The definitive contract resulting from this undefinitized contract action will include a negotiated price that in no event will exceed the Ceiling Price amount of $56,107,166.00 as stated in Block 25 of this Task Order (see DD Form 1155).

f. The target schedule for definitizing this Task Order is as follows:

        Date of Qualifying Proposal  18 March 2006
        Date of DCAA Audit  17 April 2006
        Date of AFSC Cost/Price Review  02 April 2006
        Negotiations 01 May 2006
        Definitization  15 May 2006

g. KBRS will seek Contracting Officer approval for other than surface transportation for shipment of supplies and equipment.

h. KBRS is permitted to deploy its own personnel with prior approval from the Government and will comply with all deployment requirements for the specific Area of Operations. The contractor shall be responsible for compliance with all requirements and guidance found in DA PAM 715-16, "Contractor Deployment Guide." All travel shall be in accordance with the Joint Travel Regulations (JTR).

    The Fiscal Year 2006 per diem rates can be found at:

        http://www.gsa.gov/Portal/gsa/ep/contentView.do?programId=9704&channelId=-
15943&ooid=16365&contentId=17943&pageTypeId=8203&contentType=GSA_BASIC&programPage=%2Fep%2Fprogram%2FgsaBasic.jsp&P=MTT

    Note:  Travel per diem will be 75% for first and last travel day.

    The JTR regulations can be found at:
    www.gsa.gov/federaltravelregulation
    Travel outside the scope of the Contract Task Order must have prior approval by the Contracting Officer.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 3 of 7 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0118    MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

i. For the purpose of purchasing supplies/non-durable goods, the Contractor shall obtain approval from the on-site ACO/COR for those items exceeding the threshold of $5,000.00 on either a unit or cumulative effort. For the purpose of purchasing equipment/durable goods the Contractor shall obtain approval from the on-site ACO/COR for those items that exceed a unit cost of $10,000.00 or cumulative cost of $25,000.00 and lease agreements over $50,000.00.

Note: These thresholds are to be reviewed by DCAA for appropriateness and applicability every six months from incorporation.


j. The Government shall not be obligated to reimburse the Contractor for costs incurred in excess of the Not to Exceed cost set forth above and funded, and the Contractor shall not be obligated to incur costs in excess of this amount, unless and until the Contracting Officer has notified the Contractor in writing that such amount has been increased. If the Contractor has reason to believe that such costs which they expect to incur in the performance of this SOW (when added to all costs previously incurred for same) will exceed 75% of the estimated funded costs shown above, they shall notify the contracting officer 60 days ahead to that effect.

k. The Government Furnished Equipment will be provided for this Task Order in accordance with instructions at SOW, paragraph 3.0.

l. Deliverables shall be in accordance with the paragraph 5.0 of the SOW (the SOW deliverables were erroneously numbered 300X and should be changed to read 400X) and with all applicable documents required by the SOW in the basic contract and Yr 4 Option as follow:

| | | | | |
|---|---|---|---|---|
| 4007 | Reports (NSP-Not Separately Priced) | $ NSP | | $ NSP |
| 4007AA | Operations Security Plan SOW paragraph 1.6 | $ NSP | | $ NSP |
| 4007AB | Project Schedules SOW paragraphs 1.15.5.1.2.2 | $ NSP | | $ NSP |
| 4007AC | Force Provider Management Plan SOW paragraph 5.1.2.1 | | $ NSP | $ NSP |
| 4007AD | Trip/Minutes Reports SOW paragraphs 9.3.4 | $ NSP | | $ NSP |
| 4007AE | Program Management Cost Report SOW paragraph 9.2.2 | | $ NSP | $ NSP |
| 4007AF | Daily EVENT SITREP SOW Paragraph 9.3.1 | $ NSP | | $ NSP |
| 4007AG | Deleted SOW paragraph 9.3.3 | $ NSP | | $ NSP |
| 4007AH | Exercise Reports SOW paragraph 9.3.5 | $ NSP | | $ NSP |
| 4007AJ | Event Lessons Learned Reports SOW paragraph 9.3.6 | $ NSP | | $ NSP |
| 4007AK | Event After Action Reports SOW Paragraph 9.3.2 | $ NSP | | $ NSP |
| 4007AL | Cost/Schedule/Performance Status Report SOW paragraph 9.2.1 | $ NSP | | $ NSP |
| 4007AM | Advance Travel Reports SOW paragraph 9.3.7 | $ NSP | | $ NSP |
| 4007AN | Cost Status Report SOW paragraph 9.2.1 | $ NSP | | $ NSP |
| 4007AP | Spending Plan SOW paragraph 9.2.2.1 | $ NSP | | $ NSP |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 4 of 7 |
|---|---|---|
| | PIIN/SIIN  DAAA09-02-D-0007/0118          MOD/AMD | |

**Name of Offeror or Contractor:**  KELLOGG,BROWN & ROOT SERVICES INC

```
4007AQ Material Condition Status Report              $ NSP                    $ NSP
       (DA Form 2406)
       SOW paragraph 2.2.6.18

4007AR Accident Report                               $ NSP                    $ NSP
       SOW paragraph 1.17.2, 1.17.3

4007AS Quality Control Plan                          $ NSP                    $ NSP
       SOW paragraph 1.14

4007AT Safety and Health Plan                        $ NSP                    $ NSP
       SOW paragraph 1.17
```

m. FAR Clause 52.217-8, titled "Option to Extend Services" is hereby incorporated into this Task Order revised as follows:

"The Government may require continued performance of any services specified the contract. The option provision may be exercised more than once. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days from the Task Order expiration date."

n. The Contractor shall provide the Project Schedule for the event per Basic Contract SOW paragraph 1.0.

3. Full Text Clause:

52.216-24 -- Limitation of Government Liability.

Limitation of Government Liability (Apr 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $4,854,370.00 dollars.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $5,000,000.00 dollars.

(End of Clause)

*** END OF NARRATIVE A 001 ***

| | | | | |
|---|---|---|---|---|
| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>**PIIN/SIIN** DAAA09-02-D-0007/0118 **MOD/AMD** | | **Page** 5 **of** 7 | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 4005 | SECURITY CLASS: Unclassified | | | | |
| 4005AA | NOT TO EXCEED (NTE) | 1 | LO | | $ 4,854,370.00 |
| | NOUN: LOGCAP CONTRACT<br>PRON: M26ZY032WR   PRON AMD: 02   ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR6D34LC0060 | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DLVR SCH                         PERF COMPL<br>REL CD          QUANTITY          DATE<br>001                1            02-FEB-2007 | | | | |
| | $     4,854,370.00 | | | | |
| 4009 | SECURITY CLASS: Unclassified | | | | |
| 4009AA | BASE FEE POOL | 1 | LO | | $ 48,544.00 |
| | NOUN: LOGCAP CONTRACT<br>PRON: M26ZY032WR   PRON AMD: 02   ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR6D34LC0060 | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DLVR SCH                         PERF COMPL<br>REL CD          QUANTITY          DATE<br>001                1            02-FEB-2007 | | | | |
| | $     48,544.00 | | | | |
| 4011 | SECURITY CLASS: Unclassified | | | | |
| 4011AA | AWARD FEE POOL | 1 | LO | | $ 97,086.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-02-D-0007/0118  MOD/AMD | Page   6 of 7 |
|---|---|---|

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | NOUN: LOGCAP CONTRACT<br>PRON: M26ZY032WR    PRON AMD: 02    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR6D34LC0060<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br><br>Deliveries or Performance | | | | |

```
                       Deliveries or Performance
                       DLVR SCH                 PERF COMPL
                        REL CD        QUANTITY      DATE
                         001             1       02-FEB-2007

                              $        97,086.00
```

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 7 **of** 7 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0118   **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD/ MIPR | ACRN | OBLG STAT | ACCOUNTING CLASSIFICATION | | JOB ORDER NUMBER | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4005AA | M26ZY032WR 135197.00000 MIPR6D34LC0060 | AA | 1 | 21 | 6202000006762084135197 02540 | S09076 | 34LC83 | S09076 $ | 4,854,370.00 |
| 4009AA | M26ZY032WR 135197.00000 MIPR6D34LC0060 | AA | 1 | 21 | 6202000006762084135197 02540 | S09076 | 34LC83 | S09076 $ | 48,544.00 |
| 4011AA | M26ZY032WR 135197.00000 MIPR6D34LC0060 | AA | 1 | 21 | 6202000006762084135197 02540 | S09076 | 34LC83 | S09076 $ | 97,086.00 |
| | | | | | | | TOTAL $ | | 5,000,000.00 |

| SERVICE NAME | TOTAL BY ACRN | | ACCOUNTING CLASSIFICATION | | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|
| Army | AA | 21 | 6202000006762084135197 02540 | S09076 | S09076 $ | | 5,000,000.00 |
| | | | | | TOTAL $ | | 5,000,000.00 |

**DAAA09-02-D-0007**                  **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

FOUO

**LOGCAP STATEMENT OF WORK (V1.4)**
**Updated as of 20 MAR 09**
**Period of Performance:  1 Apr 09 – 31 Mar 10**
**CJTF FOBs/PRTs**

TABLE OF CONTENTS

Paragraph
1.0.     Scope of Work
2.0.     Applicable Documents
3.0.     Government Furnished Equipment/Property
4.0.     Period of Performance
5.0.     Deliverables/Reports
6.0.     Contractor Personnel Requirements
7.0.     Team LOGCAP Support
8.0.     Requirements for Base Life Support
8.1.     Facilities Management and Operations & Maintenance Services
8.2.     Other Construction/Engineering Services
8.3.     Power Generation
8.4.     Electrical Distribution
8.5.     Latrines
8.6.     Ablution Units
8.7.     Port-a-Potties
8.8.     Non-Hazardous Solid and Liquid Waste Management and Disposal
8.9.     Hazardous Waste Management
8.10.    Laundry Service Operations
8.11.    Water Works Systems
8.12.    Pest Management
8.13.    Morale, Welfare, and Recreation (MWR) Services
8.14.    Class III Retail Operations
8.15.    Billeting Management (for RSOI Operations)
8.16.    Signs
8.17.    Dining Facility (DFAC) Operations
8.18.    Fire Fighting Services
8.19.    Fire Protection Services
8.20.    Non-Tactical Vehicle (NTV) Maintenance Facility Operation
8.21.    TMP Shuttle Bus Service - Paragraph Not Used
8.22.    Oxygen Generation - Paragraph Not Used
8.23.    Convoy Support Center (CSC) - Paragraph Not Used
8.24.    Project Planning
8.25.    Equipment Collection Point (ECP) – Paragraph Not Used
8.26.    Trans Load Yard Operations - Paragraph Not Used
8.27.    Class IV Yard Operations
8.28.    Transportation Motor Pool (TMP) - Paragraph Not Used

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                   **FOUO**

8.29.   Badging & Screening/Biometrics Operations
8.30.   Base Openings/Relocations and Closures
8.31.   Force Protection – Paragraph Not Used
8.32.   Airfield Lighting-– Paragraph Not Used
8.33.   Giant Voice – Paragraph Not Used
8.34.   Pre-Planned Project List (PPL)
8.35.   Project Build List (PBL)
8.36.   Separately Priced Options (SPO) – Paragraph Not Used
9.0.    Corps Logistics Service Support (CLSS) - Paragraph Not Used
9.1.    Organizational Maintenance - Paragraph Not Used
9.2.    Combined Direct Support/Organizational Maintenance Services - Paragraph Not Used
9.3.    Combined Support/ Combat Service Support - Paragraph Not Used
9.3.1   Class I Operations
9.4.    Class II, III (P), and IX SSA
9.5.    Central Issue Facility (CIF) - Paragraph Not Used
9.6.    Self Service Supply Center (SSSC) - Paragraph Not Used
9.7.    Class III Bulk (B) Operations
9.8.    Fuel Testing Facilities
9.9.    Class V - Paragraph Not Used
9.10.   Forward Redistribution Point - Paragraph Not Used
9.11.   Corps Level Logistics Support - Paragraph Not Used
10.0.   Theater Transportation Mission (TTM) - Paragraph Not Used
10.1.   Common User Land Transport (CULT) - Paragraph Not Used
10.2.   Maintenance - Paragraph Not Used
10.3.   Recovery Operations - Paragraph Not Used
10.4.   Movement Control
10.6.   Material Handling Equipment (MHE) Support (MCT)
11.0.   Container Management
12.0.   Support for Marine Expeditionary Forces - Paragraph Not Used
13.0.   Tactical Petroleum Terminal - Paragraph Not Used
14.0.   Afghanistan First Program
15.0.   Class VIII Medical Supply Support - Paragraph Not Used
16.0.   Class IX (Air) Operations - Paragraph Not Used
17.0.   Central Issue Facility (CIF) Hub Complex - Paragraph Not Used
18.0.   Self Service Supply Center (SSSC) - Paragraph Not Used
19.0.   Central Receiving Shipping Point (CRSP) - Paragraph Not Used

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                    **FOUO**

<u>APPENDICES</u>

Appendix A    - Base Life Support Headcount
Appendix B    - Acronyms
Appendix C    - Definitions
Appendix D    - Base Life Support Services Matrix & Tabs
Appendix E    - Roads and Grounds Maintenance Service Matrix - Paragraph Not Used
Appendix F    - O&M Facilities Matrix
                        Tab 1 – CJOA
Appendix G    - O&M Generator Matrix
                        Tab 1 – CJOA
Appendix H    - Reference Documents
Appendix I    - Deliverables/Reports Matrix
Appendix J    - Movement Control Matrix
Appendix K    - Base Consolidations, Closures and Relocation
Appendix L    - Master Statement of Work (MSOW)
Appendix M    - Recommended Staffing Levels
Appendix N    - NTV and Equipment List
Appendix O    – Internment Facility – Paragraph Not Used
Appendix P    - Paragraph Not Used
Appendix Q    - Pre-Planned Project List (PPL)
Appendix R    - Project Build List (PBL)
Appendix S    - Paragraph Not Used

**DAAA09-02-D-0007**                                                        **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

1.0. SCOPE OF WORK. The contractor shall provide Base Life Support (BLS) and selected CS/CSS services, for Combined Joint Task Forces-Afghanistan (CJTF-A). The contractor shall provide all resources and management necessary to perform the mission in accordance with basic Contract No. DAAA09-02-D-0007 and the Task Order (TO) Statement of Work (SOW) described herein. This scope of work is specifically for the Forward Operation Bases (FOBs) and Provincial Reconstruction Teams (PRTs) in support of US Conventional (CJTF), Combined Joint Special Operations Task Force-Afghanistan, US Coalition Partners in the Combined Joint Operations Area (CJOA), and Other Government Agencies (OGA). The Concept of Operations for this AOR is a hub-and-spoke methodology utilizing government fixed and rotary transportation assets to On-Site Residence Sites and Ring Route Sites (Temporary Presence sites). The Ring Route Sites are on a 21-day rotation for specific critical life support services outlined in paragraph 8.01.

1.1. GENERAL. Notwithstanding any other provisions of this SOW, the contractor shall comply with all U.S. laws applicable to contractors supporting United States Government (USG) operations overseas.

1.1.1. CJTF ENVIRONMENTAL STANDARD OPERATING PROCEDURE (SOP). The contractor shall adhere to the CJTF Environmental Standard Operating Procedure (SOP) in the performance of this SOW. If no such standard is established for the performance required, then the contractor shall comply with the local environmental standards. Other environmental regulations that the contractor shall adhere to are EO 12088, Federal Compliance with Pollution Control Standards, Department of Defense Instruction (DODI) 4715.5 Management of Environmental Compliance at Overseas Installations, DODI 4715.8 Environmental Remediation for DoD Activities Overseas and DODI 4715.4, Pollution Prevention. Unless otherwise stated, all performance shall meet Army regulatory standards.

1.1.2. WORK-SITE SAFETY. The contractor shall be responsible for safety of employees and base camp residents during all contractor operations conducted in accordance with this Statement of Work and the Army and Occupational Safety and Health Administration (OSHA) safety regulations and guidance as it applies to the Afghanistan Theater of Operations.

1.1.3. INCONSISTENCIES. In the case of inconsistencies, the contractor shall contact the Administrative Contracting Officer (ACO), identify the inconsistency, and seek guidance.

1.2. CONTRACTOR DIRECTION. All increases, decreases or modifications to requirements specified in this SOW are at the direction of the ACO in coordination with the Procuring Contracting Officer (PCO).

1.3. GOVERNMENT FURNISHED EQUIPMENT (GFE). Government Furnished Equipment (GFE), Government Furnished Property (GFP); Government Furnished Material (GFM) and services shall be utilized to the maximum extent possible.

1.4. WORK DAY AND WEEK. The contractor shall be available to perform all services 24 hours a day, 7 days a week in accordance with all applicable Army regulations and with the

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

USCENTCOM Regulation 415-1, Contingency and Long Term Base Camp Facilities Standards, "The Sandbook" unless specific hours of operations have been specified herein per the mission (Appendix D-Tab A).

1.4.1. WORKING HOURS. Contractor Standard Work shift will be 12 hours a day, 7 days a week, unless otherwise specified within this SOW.

1.5. CONTRACTOR FORCE PROTECTION. The Government will provide adequate force protection and security of Contractor personnel in convoys and on site, commensurate with the threat, and in accordance with FM 3-100.21 and applicable Theater Anti-Terrorism/Force Protection (AT/FP) guidelines.

1.6. WORK AREAS. The contractor shall clean all contractor work areas daily and upon completion of services.

1.7. CONSTRUCTION. Construction includes all work necessary to produce a complete and usable facility, or a complete and usable improvement to an existing facility, and includes any site preparation, building, structure, or other improvement to real property to be used by the LOGCAP Customer, regardless of whether such use is anticipated to be of a temporary or longer duration. Construction includes, but is not limited to, those projects defined as military construction by Army Regulation (AR) 415-15. For the purpose of this task order execution, a complete and usable facility includes multiple buildings or structures where they are clearly interrelated, meaning that they are mutually dependent and cannot be used for their intended purpose if constructed separately. Electrical standards shall meet the requirements as defined in Contract DAAA09-02-D-0007 - Letter Modification dated 2 Mar 09 (Appendix H).

1.7.1. All construction projects shall be performed in accordance with the United States Central Command (USCENTCOM) Regulation 415-1, Contingency and Long Term Base Camp Facilities Standards, "The Sandbook" and the facility's Base Camp Master Plan.

1.7.2. All services performed in support of this task order that involve construction, or operational leases shall be processed in accordance with LOGCAP Support Unit (LSU) Procedure 1, dated 1 August 06. The LOGCAP Support Officer (LSO), in coordination with the CJ7, will ensure Contractor construction projects and operational leases required in conjunction with services performed by this Statement of Work (SOW) are reviewed and approved by the Joint Facilities Utilization Board (JFUB) in accordance with applicable CJTF DIVISION and CJTF Fragmentary Orders (FRAGOs).

1.8. STANDARD ARMY MANAGEMENT INFORMATION SYSTEMS (STAMIS). The Government will provide Combat Service Support Automation Management Officer (CSSAMO) support to the contractor commensurate with CSSAMO support provided to other units.

1.9. AUGMENTATION SUPPORT. Augmentation in the context of this SOW is defined as the Contractor providing supplemental support for the function, service or capability specified by the Government. The level of support is situational dependent; and will be defined by the

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

responsible or Accountable Officer. The overall service requirement remains the responsibility of the Government. The contractor shall report performance outcomes, as appropriate for the supplemental support provided, to the responsible or accountable government official in charge. The contractor shall maintain supervisory control over all contractor employees and ensure its subcontractors maintain supervisory control over its subcontract employees.

1.10. OPERATIONAL CONTROL. Operational Control (OPCON) is defined as follows:  the Contractor is fully responsible for performing the function, service or capability specified by the Government.  The Contractor shall report performance outcomes to the responsible or accountable Government official in charge.  The Contractor shall maintain supervisory control over all Contractor employees.

1.11. SPECIAL PROJECT CODING: The contractor shall maintain the ability to assign Special Project Codes (SPCs) for the capability of providing the Government a SPC Cost Report on Government designated projects within this task order.  The SPC Cost Report will only provide the cost directly associated with the SPCs for Labor, Equipment, Materials, Subcontracts, and Other Direct Costs (ODCs) where such costs are readily segregable and identifiable.  For example, the Cost Report will not separate Program Management, life support, or other direct costs where such costs are not readily segregable.  The Government must request Special Project Coding with a project's Notice to Proceed (NTP).  The assignment of SPCs will not be available retroactively after the contractor has received NTP for a project.  The contractor shall assign SPCs and maintain the capability to produce SPC Cost Reports on all construction projects $650,000 or greater plus five (5) additional projects upon request from the LOGCAP Support Office and as directed by the ACO in accordance with the deliverable listed in Appendix I.

2.0. APPLICABLE DOCUMENTS. The contractor shall maintain a current library of all applicable publications associated with the requirements of this SOW. A list of regulations, SOPs, policies, and memorandums can be found in Appendix H to this SOW.

3.0. GOVERNMENT FURNISHED EQUIPMENT AND PROPERTY. Prior to procurement of equipment to support all efforts described in this task order, the Contractor shall exercise due diligence in verifying that the required items cannot be satisfied from existing stock available from other sites, or as Government Furnished Property (GFP).

3.1. HOST COUNTRY PURCHASES.  The Contractor shall, to the maximum extent practicable, purchase durable and non-durable commodities, subcontract services and enter into leases for equipment items from the Host Country (HC) sources. A monthly report (AFGHAN First) that captures the percentage of purchase orders and subcontracts awarded to HC sources shall be provided to the ACO in accordance with Deliverables/Reports in Appendix I.

3.1.1. HOST COUNTRY PURCHASES AND THE FEDERAL SUPPLY SYSTEM. For purchases that cannot be obtained from the HC sources, the Contractor shall make maximum use of the Federal Supply System (FSS).  This includes all classes of supply except for CLV, all accounting requirement codes (expendable, durable, non-expendable).

**DAAA09-02-D-0007**                                              **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

3.2. ACO DOLLAR THRESHOLD FOR APPROVAL ON MATERIAL REQUISITIONS. For the purpose of purchasing supplies/non-durable goods, the Contractor shall obtain approval from the on-site ACO for each line item on the material requisition exceeding the threshold of $25,000.00 on either a unit or cumulative effort. For the purpose of purchasing equipment/durable goods the Contractor shall obtain approval from the on-site ACO for each line item on the material requisition exceeding the threshold of $25,000.00 on either a unit or cumulative effort and lease agreements over $50,000.00.

3.2.1 INVESTMENT EQUIPMENT PURCHASES. Investment equipment purchases in excess of $250,000 shall be funded with Other Procurement Army (OPA) funding. Additionally, purchases of non-tactical vehicles (NTV) and other passenger carrying vehicles must be purchased with OPA funds. If NTVs are to be provided for use by government personnel, the NTVs must be either leased by the contractor or purchased with OPA funds. Contractor proposals and project estimates shall include the identification of all investment equipment requirements. The LOGCAP Support Officer will be responsible for coordinating requests for adequate and proper funding for these requirements with the ASC PCO. The ACO will not approve contractor purchases for investment equipment until proper funding is assigned by the CJTF Resource Manager. All Investment equipment purchases shall be processed in accordance with LOGCAP Requirement Validation and Request Process dated 30 May 07.

3.2.2. LIMITATIONS OF SERVICES BASED ON EQUIPMENT CAPACITIES. The contractor shall establish, operate, and maintain the requirements defined in this Statement of Work with the resources the contractor is able to procure commercially and through FSS and with the Government Furnished Equipment/Materials/Resources. When OPA limitations disallow the contractor from procuring the equipment required to operate these missions, the Government will be responsible for coordinating requests for adequate and proper funding for these requirements with the ASC PCO. The contractor's capacity will be contingent on the availability of the resources available to meet mission requirements. Services will be to scale within the capabilities of the Contractor Acquired Property (CAP), GFE and Government Furnished Resources (GFR) authorized and assigned, to include personnel staffed.

3.3. SUBCONTRACT APPROVAL. Approval of subcontracts for leases for current value and extension options that exceed $50,000.00, and all subcontract actions estimated at $500,000.00 or greater are subject to review and consent by the on-site ACO in accordance with FAR 52.244-2.

3.4. GOVERNMENT FURNISHED EQUIPMENT (GFE).  When Government Furnished Equipment (GFE) is provided to the contractor, the contractor shall perform a joint inventory and a joint technical inspection of the GFE with the losing unit in coordination with the Defense Contract Management Agency's (DCMA) Property Administrator when available and the Government's current Property Accountable Officer. GFE will be in serviceable or economically repairable condition before transfer to the contractor. Damaged items and shortage items shall be documented. The Contractor shall repair or replace the damaged items and acquire the shortage items to bring the GFE to a fully mission capable operational status. The Contractor shall

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

perform monthly cyclic inventories of the equipment in accordance with the applicable Army regulations and the contractor's approved property control procedures.

3.4.1. The Contractor shall ensure that the receipt, maintenance, replacement and other processes associated with GFE is in accordance with Federal Acquisition Regulation (FAR) part 45, applicable supplements and the contract clauses relating to property.

3.5. The Government will furnish the following equipment or material as GFE/GFM/GFP.

3.5.1. FUEL. (JP8, Jet-A1, TS1, DF2 and MOGAS)-other types of fuel purchases in CJTF.

3.5.1.1. Fuel Bags and associated fuel handling equipment will be provided when available.

3.5.2. Paragraph Not Used

3.5.3. FORCE PROVIDER MODULES.  Force Provider Modules will be provided when available. The Contractor shall provide O&M to the modules and ensure they are maintained at Fully Mission Capable (FMC) standards. Maintenance of the modules shall be planned using the Master Schedule of Work (MSOW).

3.5.4. Paragraph Not Used
3.5.5. Paragraph Not Used.
3.5.6. Paragraph Not Used

3.5.7. DENSITY LISTING. The Government will provide a density listing, by Vehicle Identification Number (VIN), Serial Number and License Plate (if applicable) of all Non-tactical vehicles (NTVs) and equipment including commercial all-terrain vehicles (ATVs), MHE, Construction Equipment to the contractor and the ACO prior to the assumption of services. ACO will update listings on a periodic basis.

3.5.8. Paragraph Not Used.
3.5.9. Paragraph Not Used.

3.5.10. Standard Army Management Information Systems (STAMIS). If, after the Combat Service Support Automation Management Officer (CSSAMO) evaluates malfunctioning STAMIS and determines that evacuation to a higher level is required, the contractor shall only be responsible for turning STAMIS equipment into CSSAMO. If CSSAMO cannot repair the STAMIS in a reasonable time, a float STAMIS box will be issued until the unit's STAMIS is repaired by CSSAMO.

3.5.10.1. The contractor shall use appropriate STAMIS in conjunction with performing Combat Support/Combat Service Support (CS/CSS) mission. The contractor shall ensure personnel are trained to operate required STAMIS. The contractor shall conduct user level Preventive Maintenance Checks and Services (PMCS) on STAMIS.

**FOUO**

3.5.10.2. The government will provide as GFE appropriate STAMIS' and Department of Defense Address Activity Code (DODAACs). The government will provide refresher training to the contractor when the software is upgraded. The Contractor is responsible for coordinating with the Government to procure DODAAC, as mission dictates.

3.5.11. The Contractor shall process documents through Army STAMIS systems provided as GFE to order routine replenishment supplies.

3.5.12. Paragraph Not Used

3.5.13. EXPLOSIVE ORDNANCE DISPOSAL (EOD).  Explosive ordinance disposal will be provided as required by the military.

3.5.14. Paragraph Not Used.
3.5.15. Paragraph Not Used.

3.5.15.1. PORTABLE SCALES. Portable scales for Movement Control Team (MCT) operations will be GFE.

3.5.15.2. Automated Air Load Planning System (AALPS) software (current version).

3.5.16. Non-secure Internet Protocol Router Network (NIPRNET) Access: The Government will provide and maintain computer systems and NIPRNET access at all MCT (Movement Control Team) and Supply Support Activity (SSA) locations.

3.5.17. Secure Internet Protocol Router Network (SIPRNET) Access: At locations where access is available.

3.5.18. Paragraph Not Used.

3.5.19. The Government will sponsor the Contractor to gain access to appropriate logistics automation systems, including but not limited to: On line, STAMIS upgrade training, Web Virtual Logistics and Information Processing System (WEBVLIPS) and Integrated Logistics Analysis Program (ILAP). Personnel who may require access are maintenance managers, warehouse managers, Standards Army Maintenance System/Standard Army Retail Supply System/Marine Corps Integrated Maintenance Management System/Supported Activities Supply System (SAMS/SARSS/MIMMS/SASSY) operators and maintenance inspectors.

3.5.20. Paragraph Not Used.

3.6. CONTRACTOR LIFE AND LOGISTICS SUPPORT.

3.6.1. The Government will provide contractor life and logistics support to the Contractor in accordance with Special Contract Provisions specified in Section H of the basic contract and the following:

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                    **FOUO**


3.6.1.1. Base life support includes Government-controlled working and living space and accommodations, material, equipment, and services, which the Government determines can be made available at, or through, any site where LOGCAP support services are performed. All Government property in the possession of the Contractor, provided through this base life support clause, shall be used and managed in accordance with the Government Property clause applicable to this (SOW) task order.

3.6.1.2. CONTRACTOR LIFE AND LOGISITICS SUPPORT. The Government will provide the following life and logistics support consistent with the level of service available at each contractor assigned location, as follows:

| Life and Logistics Support | |
|---|---|
| Billeting | Water works |
| Food Service | Vector control |
| Mail Services (US resident only) | MWR |
| Electrical | Fire Protection |
| Power Generation | Physical security |
| Waste Management/Disposal | Transportation support |
| Black/grey water removal and disposal | Laundry |
| Office support to include, but not limited to, office space, furniture, and supplies | Post Exchange/Base Exchange |
| Adequate Force Protection | Gymnasium |
| Emergency  Medical | |
| TABLE 3.6.1.2. | |

3.6.1.3. Contractor life support areas shall be designed using the following living and accommodation standards.

| Pay/Position Equivalent | Square Feet/Per Person |
|---|---|
| E-1 Thru E-4, GS-1 Thru GS-4, and WG–8 Thru WG–1 | 50 NSF/Person |
| E-5 AND E-6, GS-5, WS–7, WS–6, WS–5. WL–5, WS–4, WL–4, WS–3, WL–3, WS–2, WL–2, WS–1, and WL–1 | 50 NSF/Person |
| E-7 Thru E-8, GS-6, WG–11, WG–10, WG–9, | 80 NSF/Person |
| E-9 | 100 NSF/Person |
| O-1, CW2, CW1, GS-7, WS–13, WG–12, WL–11, WS–11, WL–10, WS–10, WL–9, WL–8, WS–8, WL–7, and WL–6, | 80 NSF/Person |
| O-2, CW4, CW3, GS-8 & 9, WG–13, and WL–13 | 100 NSF/Person |

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                    **FOUO**

| O-3, CW5, GS-10 & 11, WG–15,WG–14, and WL–14, | 100 NSF/Person |
|---|---|
| O-4, GS-12 | 100 NSF/Person |
| O-5, GS/GM-13 & 14, WS–14 Thru WS–19, and WL–15 | 100 NSF/Person |
| O-6, GS/GM-15, WS–19, WS–17, WS–16, WS–15, WL–15, and WS–14 | 160 NSF/Person |
| O-7 Thru O-10, SES-1 Thru SES-6 | 256 NSF/Person |
| TABLE 3.4.1.3. | |

O5, E9, GS13+, Upper level white collar – individual rooms, dry units
O6+, Bde+ CSMs, CW5, GS15+, Company Executives – individual rooms, wet units
MSCs can exceed standards when economically justified

3.6.1.4. LIVING ACCOMMODATIONS.

3.6.1.4.1. CONTRACTOR LIVING ACCOMMODATIONS.  The standard contractor living accommodations for direct hire employees (excluding Local Nationals) will be containerized living units or hardstand structures such as B-Huts.

3.6.1.5. The contractor agrees to immediately report to the cognizant ACO inadequacies, defective Government-Furnished Property (GFP), or non-availability of support stipulated herein. The Government agrees to determine the validity and extent of the requirement and the method by which it shall be fulfilled (e.g., purchase, rental, lease, GFP, etc.). Unless otherwise stipulated in the task order, support shall be provided on a no-charge-for-use basis and the value shall be a part of the Government's contract consideration.

4.0. PERIOD OF PERFORMANCE (POP).  The contractor shall begin performance upon contract execution on 1 April 2009 through 31 March 2010, for a period of 365 days.

5.0. DELIVERABLES/REPORTS. The contractor shall prepare and submit reports in accordance with the Contract No. DAAA09-02-D-0007 and Attachments Numbered 001, Statement of Work (SOW) and 003, Contract Data Requirements List (CDRL) – DD Form 1423, within the required CJTF DIVISION names called out in the basic contract as listed in Appendix I (Deliverables/Reports).  The contractor will provide government special reports as required to include audits and Requests For Information (RFI) when directed by the ACO.

5.1. ACQUISITION CROSS SERVICING AGREEMENTS (ACSA).  The Contractor shall maintain accountability of services provided to each National Element for the purpose of establishing the cost data in accordance with applicable ACSAs, and provide ACSA data to the designated Forward Liaison Officer or Government representative.  The contractor shall maintain and record ACSA cost data and report cost data as directed by the ACO.  The government will prepare the CC35.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

6.0. CONTRACTOR PERSONNEL REQUIREMENTS. The contractor shall maximize opportunities to use host country national personnel. The contractor shall, to the maximum extent practicable, hire host country national (HCN) personnel. The contractor shall have exclusive supervisory authority and responsibility over employees.

6.1. BADGING POLICIES.  The contractor shall comply with CENTCOM directed vetting/badging policies for all personnel. The contractor shall provide personnel information in accordance with CJTF DIVISION policies on host and foreign country national personnel to the local badging authority as required by the PCO/ACO and in accordance with the deliverable in Appendix I.

6.1.1. MEDICAL SCREENING.  Contractor personnel shall receive medical screening, appropriate for their position, prior to employment.   This screening shall include infectious diseases, at a minimum but not limited to tuberculosis.  Contractor will comply with the Base Contract and Division Surgeon's Requirements.

7.0. TEAM LOGCAP SUPPORT. The contractor shall provide administrative and life support to forward deployed Team LOGCAP personnel that is not being supplied by other means. Team LOGCAP members consist of Army Materiel Command LOGCAP Representatives, Defense Contract Auditing Agency (DCAA), Defense Contract Management Agency (DCMA), LOGCAP Support Contractor personnel and DOD Civilians that are deployed forward in support of this task order. This often includes, but is not limited to, office facilities and equipment, billeting, communications support including internet, commercial phone/service, cell phones/service and transportation or as directed by the ACO . Calculations for office space will be based on the space required to perform the mission. New design or refurbishment for office space will follow Sandbook guidelines. CJTF Division will provide additional guidance, as required.

7.1.1. BILLETING. Billeting includes living space and accommodations that are made available at, or through, any site where LOGCAP support services are performed. All Government Property (GP) in the possession of Team LOGCAP, provided through this Base Life Support clause, shall be used and managed in accordance with the GP clause applicable to this task order.

7.1.1.1. Team LOGCAP life support areas will be designed using the following living and accommodations standards:

| Pay/Position Equivalent | Square Feet/Per Person |
|---|---|
| E-1 Thru E-4, GS-1 Thru GS-4, and WG–8 Thru WG–1 | 50 NSF/Person |
| E-5 AND E-6, GS-5, WS–7, WS–6, WS–5. WL–5, WS–4, WL–4, WS–3, WL–3, WS–2, WL–2, WS–1, and WL–1 | 50 NSF/Person |
| E-7 Thru E-8, GS-6, WG–11, WG–10, WG–9, | 80 NSF/Person |
| E-9 | 100 NSF/Person |

**DAAA09-02-D-0007**                                 **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                    **FOUO**

| O-1, CW2, CW1, GS-7, WS–13, WG–12, WL–11, WS–11, WL–10, WS–10, WL–9, WL–8, WS–8, WL–7, and WL–6, | 80 NSF/Person |
|---|---|
| O-2, CW4, CW3, GS-8 & 9, WG–13, and WL–13 | 100 NSF/Person |
| O-3, CW5, GS-10 & 11, WG–15,WG–14, and WL–14, | 100 NSF/Person |
| O-4, GS-12 | 100 NSF/Person |
| O-5, GS/GM-13 & 14, WS–14 Thru WS–19, and WL–15 | 100 NSF/Person |
| O-6, GS/GM-15, WS–19, WS–17, WS–16, WS–15, WL–15, and WS–14 | 160 NSF/Person |
| O-7 Thru O-10, SES-1 Thru SES-6 | 256 NSF/Person |
| TABLE 7.1.1.1. | |

a.  O5, E9, GS13+, Upper level white collar – individual rooms, dry units
b.  O6+, Bde+ CSMs, CW5, GS15+, Company Executives – individual rooms, wet units
c.  MSCs can exceed standards when economically justified


7.1.2. Team LOGCAP agrees to immediately report to the contractor inadequacies, defective Government-Furnished Property (GFP), or non-availability of support stipulated herein.


7.2. Paragraph Not Used


8.0. REQUIREMENTS FOR BASE LIFE SUPPORT. The contractor shall establish the following services at all base camps as annotated in Appendix D (Base Life-CS/CSS Support Matrix and applicable subparagraphs). All headcounts listed in Appendix A are estimates for planning factors and are subject to fluctuation. TEAM LOGCAP will notify the contractor as soon as possible when the headcount fluctuates beyond +/- 10%.  The contractor shall be prepared to support this headcount and the possible 10% fluctuation at all times. Fluctuations up to 10% shall be supported for up to 30 days.  The contractor should consult with the Base Camp Mayor for anticipated assignment of personnel at each base camp. A list of the facilities and generators referenced in the paragraphs below can be found in Appendices F (Facilities) and G (Generators).  All work shall be conducted according to pertinent U.S. and Coalition Military regulations.


8.0.1. MASTER SCHEDULE OF WORK (MSOW). The MSOW is a planning document used to synchronize maintenance across the base camp and common areas. The MSOW is used to plan for Preventive Maintenance of facilities along with common areas and utilities. The MSOW shall be developed in conjunction with Team LOGCAP, the Base Camp Mayor, Anti-Terror/Force-Protection (AT/FP) personnel, and the Contractor. The contractor's MSOW shall be submitted IAW Appendix I (Data Requirements and Reports Matrix). All base camps will have a MSOW and be in accordance with Appendices D (Base Life Support Matrix) and L (Master Schedule of Work). Estimated quantities in the MSOW shall not limit the work performed under this SOW. The parties recognize that work quantity may fluctuate and such fluctuations will not constitute a change under this SOW.  The contractor shall develop, maintain and update the Consolidated MSOW, noting changes by ACLs.

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.01.1. Maintenance shall be planned using the Master Schedule of Work (MSOW), Appendix L, in coordination with the Base Camp Mayor, LSO and ACO.8.0.2. The contractor shall provide teams of personnel (contact teams) to provide selected services both on site and on a twenty-one (21) day rotating schedule (referred to as Ring Routes in Appendix D – CJOA Base Life Support Matrix). The government will provide transportation, ground or air, and force protection while deploying, redeploying and during the time spent at the FOBs/PRT's. Successful execution of the required services is dependent upon government transportation availability in a timely manner.

8.0.3. The contractor shall provide a combination of rotating and resident maintenance teams to support service requirements at the FOBs/PRT's. The contractor shall provide a recommended staffing plan as a separate part of the PPE submission.

8.0.4. RING ROUTE (RR) CORE CONTACT TEAMS (CCT). The Core Contact Teams (CCT) will provide maintenance and repair to Ring Routes bases on a twenty-one (21) day rotational schedule. The Core Contact Teams shall include the following mandatory skill sets: HVAC, Plumbing, Electrical, Carpenter and Generator Mechanic.

8.0.3.1. ANCILLARY CONTACT TEAM (ACT). The Ancillary Contact Team (ACT) members supporting Ring Route (RR) and On Site Resident (OSR) locations where resident support is not available shall include the following skill sets: Pest Management, NTV Maintenance, Force Provider Maintenance, Refrigeration Maintenance, MWR Equipment Maintenance, Fire Protection Services and Environmental Assessment. Ancillary Contact Team personnel will function independently and provide support schedules based on the MSOW and/or through the Service Order process.

8.0.3.2. RING ROUTE/ON-SITE RESIDENT DESIGNATED HUB SUPPORT HUBS. The contractor will support Ring Route (RR) and On-Site Resident (OSR) locations utilizing geographical location "hubs" to support outlying Ring Route and On-Site Resident locations where permanent qualified personnel are not assigned. The "hubs" will support the outlying RR bases and OSR bases with required Core (CCT) and Ancillary (ACT) work force, O&M materials and NTV repair parts.

8.0.3.3. RING ROUTE DESIGNATED HUB LOCATIONS.

| | HUB AND SPOKE METHODOLOGY FOR ANCILLARY SERVICES AND MATERIAL MANAGEMENT | | | | |
|---|---|---|---|---|---|
| | CJOA HUBS | | | | |
| | 1 | 2 | 3 | 4 | 5 |
| Camp Name | CJ1 JAF - Fenty | CJ5 Asadabad | CO1 Orgun-E | CS1 Sharana Airfield | CL1 Lagman |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                      **FOUO**

| Ancillary Services | JAF | JAF | OE | Sharana | Lagman |
|---|---|---|---|---|---|
| **Facilities Management and O&M** | X | X | X | X | X |
| **Pest Management** | X | X | X | X | X |
| **MWR Equipment Repair Services** | X | X | X | X | X |
| **Refrigerated Container Maintenance Services** | X | X | X | X | X |
| **Fire Protection Services** | X | X | X | X | X |
| **Non Tactical Vehicle (NTV) Maintenance** | X | X | X | X | X |

8.0.4.  SITE MONTHLY PLANNING SCHEDULE. The contractor shall provide a monthly planning schedule at the end of each month for the following month's schedule to the ACO of how often each site is to receive support and a status on how well those schedules are being met. Government provided transportation assets are critical to this mission's success. Sites may be added or deleted based on mission requirements. Updates will be given to the contractor by the ACO.   Air/ground transportation will be coordinated by the requesting unit and the Regional Command.

8.1. FACILITIES MANAGEMENT AND OPERATIONS & MAINTENANCE (O&M) SERVICES. The contractor shall provide O&M Services and establish a preventative maintenance program to maximize life expectancy of base camp facilities at a reasonable cost to the Government. O&M consists of maintenance and repair of facilities listed in Appendix F (Facilities)  as defined by Department of the Army Pamphlet 420-11 and Appendix C. Contractor tasking will not be issued in facilities that are known to have friable asbestos. However, if, at any time during the conduct of work or work assessment associated with any facility repair, renovation or improvement, the contractor has reason to believe that friable asbestos is present within the workspace, contractor shall stop the work for assessment and report the site conditions to the ACO.

8.1.1.  OPERATIONS & MAINTENANCE (O&M).   O&M also includes the repair and/or replacement of equipment and major electrical appliances such as electrical heating, air-conditioning, refrigeration systems, plumbing, freezer systems, and kitchen systems used to provide services to facilities listed in Appendix F (Facilities). All equipment shall be maintained according to manufacturer's standards.   Military equipment shall be maintained according to military standards.

8.1.1.1. RING ROUTE/ON-SITE RESIDENT REEFER MAINTENANCE. The contractor shall provide maintenance and repair services where resident support is not available for reefers to the

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

Ring Route and On-Site Resident locations from OSR Hub locations.  The contractor will be provided a density list of GFE equipment to be maintained from the government.  The contractor shall perform reefer maintenance and repair on units in the Appendix N reefer density and up to two (2) additional units for repair each month from the surrounding bases not listed in Appendix N and directed by the ACO. Ring Route and On-Side Resident maintenance schedules on GFE and CAP equipment will be included in the MSOW and additional repair requirements will be based on an as required basis.  Contractor response to repairs will follow the requirements under the work order process. Contractor shall not be required to travel to sites designated as non OSR/RR locations for maintenance or repair of reefer units.  Reefer units outside the Ring Route (RR) or On-Site Resident (OSR) locations will be transported by the military to the nearest OSR/RR for repair.

8.1.2. TECHNICAL INSPECTION.  Technical inspection of all facilities not initially designated as "Level A" in Appendix F (Facilities), or pre-existing other facilities, shall be completed before the Contractor assumes O&M responsibilities. Upon conclusion of the technical inspection, if a facility requires substantial repairs, then those repairs shall be completed in coordination with the LSO and the Base Camp Mayor and at the direction of the ACO, prior to assuming O&M. Upon completion of Technical Inspection and correction of any deficiencies, the ACO will direct the contractor to assume O&M and amend Appendix F (Facilities).

8.1.3. SERVICE/WORK ORDER.  A Service Order will initiate services, repairs, O&M Maintenance, replacement and small construction work on existing facilities listed in Appendix F. Maintenance is preventive in nature. Repair/replacement refers to methods used to prolong the life cycle of an item. Work orders for new work will be signed by the ACO and may be initiated up to Five Thousand Dollars ($5,000). Service Orders may be initiated up to Five Thousand Dollars ($5,000). The contractor shall manage and operate a Service Desk and a database for service orders and response times and provide the status of the O&M program IAW Appendix I. The contractor will follow the procedures of the Help Desk/Service Desk SOP approved by the DPW Responsible Officer and directed by the ACO.    Situations which present immediate danger to occupants will be immediately reported to the ACO for direction. Situations that present imminent danger shall be halted, ceased or blocked as necessary until remedial action is taken.

8.1.3.1. EMERGENCY SEVICE ORDER (P1).  Emergency Services Orders shall be responded to within 2 hours at On-Site Residence FOBs. Emergency Orders at Ring Route (RR) sites must be responded to within 2 hours if support is on site at the time of contractor notification or the response team must be ready to deploy within 24 hours of contractor notification.  At a minimum, emergency repairs consist of failure in water, sewage, electric, general utility networks and those functions pertaining to force protection and operational considerations. Emergency repairs are situations that affect life, safety and force protection. The contractor shall notify the ACO and the Base Camp Mayor if repairs cannot be affected within a 2 hour time period (OSR or RR on-site support) or within 24 hours if support is off site on Ring Routes. The initial response from the contractor back to the mayor's cell and ACO shall be made via telephone, followed up in writing, and will provide a mitigation plan. The contractor shall coordinate follow-up with the ACO on all delayed repairs.

**DAAA09-02-D-0007**                                  **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                    **FOUO**


8.1.3.2. URGENT SERVICE ORDER (P2).Urgent Service Requests shall be responded to within twenty-four (24) hours at OSR sites and complete repairs within seventy-two (72) hours. Urgent repairs are non-life threatening situations such as water leak vs. water break, (except for critical facilities as identified by Base Camp Mayor), etc.   The contractor shall have a response team ready to deploy within 72 hours of notification of an Urgent Service Order on RR sites and within twenty-four (24) hours if the support is on-site at time of contractor notification. The contractor shall notify the ACO and the Base Camp Mayor if repairs cannot be affected within a 24 hour time period (OSR or RR on-site support) or within seventy-two (72) hours if support is off site on Ring Routes.   Repairs on Urgent Service Orders at Ring Route sites shall be completed within fourteen (14) days after the arrival of the response team. The contractor shall coordinate follow-up with the ACO on all delayed repairs.


8.1.3.3. ROUTINE SERVICE ORDER (P3).  Routine Service Orders shall be responded to within twenty-four (24) hours at OSR sites and repairs completed within fourteen (14) days.  The contractor shall respond to Routine Service Orders at Ring Route (RR) sites during on-site rotational maintenance schedules.  Rotational maintenance schedules at Ring Routes (RR) shall be no less than once every twenty-one (21) days, dependent on availability of government provided transportation, force protection, and security conditions accepted by KBR management. Repairs on Routine Service Orders at Ring Route sites shall be completed within twenty-one (21) days after the arrival of the response team. The contractor shall coordinate follow-up with the ACO on all delayed repairs.


8.1.3.4. The Contractor shall respond to Urgent and/or Routine Service Orders as indicated in Appendix F (Facilities).


8.1.4. SERVICE INTERRUPTION.  The contractor shall coordinate with the Base Camp Mayor and the ACO at a minimum of seventy-two (72) hours in advance of any planned service interruptions due to maintenance or repairs.


8.1.5. Paragraph Not Used


8.1.6. SUPPORT TO RING ROUTE (RR) LOCATIONS.  O&M Support to Ring Routes (RR) will be provided with a twenty-one day rotational maintenance plan. The contractor shall only provide base life support in coordination with the CJTF C-4, LSO, Base Camp Mayor and at the direction of the ACO.  Certain situations may dictate extended support on a resident basis due to seasonal impact, emergency situation or the only available expertise in the AOR. U.S or Coalition military supported units will maintain responsibility for continued security at all times for contractors.


| Facilities Management and Operations & Maintenance (O&M) Services Table 8.1. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| Para 8.1.<br>Plan and execute Facilities | Establish O&M Programs and<br>schedule preventive | All preventive maintenance<br>inspections and repairs are |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

**FOUO**

| Management and Operations & Maintenance (O&M) Services | maintenance inspections to maximize life expectancy of facilities | accomplished on schedule at least 90% of the time. |
|---|---|---|
| 8.1.1 Perform O&M on facilities listed in Appendix F | IAW service order requests (SROs) for Level A & B facilities. | IAW SROs timeline. |
| 8.1.2. Conduct Technical Inspection on facilities listed in Appendix F that are not listed as Level A. | As coordinated with the Base Camp and directed by the ACO, perform facility technical inspection on designated facilities in preparation for full O&M. | Coordinate technical inspection scope with Base Camp Mayor, LSO and ACO to determine facilities requiring inspection. |
| 8.0.1. Plan and conduct Master Schedule of Work in conjunction with TEAM LOGCAP | In conjunction with Team LOGCAP, plan, prepare and provide MSOW for each FOB. Include all services planned for and performed for the FOB. | Submit MSOW in accordance with Appendix I. |
| Para 8.1.3. Perform O&M at On-Site Residence (OSR) Sites | Emergency Service Order (P1) | Respond within two (2) hours 95% of the time. Notify ACO & Base Camp Mayor if repairs cannot be affected within a two (2) hour time period and provide a mitigation plan Base Camp Mayor and ACO. |
| | Urgent Service Order (P2) | Respond within twenty-four (24) hours 95% of the time and complete repairs within seventy-two (72) hours 75% of the time or provide a mitigation plan Base Camp Mayor and ACO. |
| | Routine Service Order (P3) O&M maintenance, repair and/or replacement on facilities listed in Appendix F shall be initiated by a customer service request. | Respond within 24 hours 95% of the time and complete repairs within seven (7) days 75% of the time or provide a mitigation plan Base Camp Mayor and ACO. |
| 8.1.4. Coordinate pre-planned O&M service interruptions. | Plan, organize, and communicate pre-planned service interruptions for O&M | NLT 72 hours prior to the planned service interruption. Coordinate with Base Camp |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

|  |  |  |
|---|---|---|
|  | services affecting the customer and client. | Mayor, LSO and ACO to mitigate impact on customer and client daily operation. |
| Para 8.1.3. Perform O&M at Ring Route Sites (RR) | Emergency Service Order (P1) | Response team ready to deploy within 24 hours 95% of the time and complete repairs within 72 hours 75% of the time or provide a mitigation plan to Base Camp Mayor and ACO. |
|  | Urgent Service Order (P2) | Response team ready to deploy within 72 hours 95% of the time and complete repairs within 7 days 75% of the time or provide a mitigation plan Base Camp Mayor and ACO. |
|  | Routine Service Order (P3) | Response during rotation maintenance plan 95% of the time. |
|  | O&M maintenance, repair and/or replacement on facilities listed in Appendix F shall be initiated by a customer service order. | Rotational time shall be no less than once every twenty-one (21) days, dependent on availability of government provided transportation and force protection. |
| Table 8.1. Facilities Management and Operations & Maintenance (O&M) Services | | |

8.1.7. Paragraph Not Used.


8.1.8. WINTERIZATION PROGRAM FOR CJTF.  The Contractor shall submit a Winterization Plan for the support facilities in the CJOA.  The Contractor's plan shall include, but is not limited to, a winterization checklist used to evaluate the FOB, a BOM of required materials and equipment, a tracking system that will be used to determine status of winterization preparation and a milestone schedule for executing the plan.  Priority of effort will be focused on FOBs above 5,000 ft elevation.  Winterization will be complete NLT 01 November  annually. The focus for this reporting is between May 1 – December 31 annually during the preparation for the winter months.  For the purpose of planning "Winter" is defined as the time period beginning 1 October and ending on 1 March (6 months).

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.1.8.1. The Contractor shall notify the ACO and coordinate with the LSO for the following Winterization Planning and Execution phases:

8.1.8.1.1 Phase I (Preparatory Phase – AOR Managers).  Inventory, Equipment Preventive Maintenance, Material Shipment (O&M and Funded Projects) Material/Equipment Requisitions and Follow-Up

8.1.8.1.2. Phase II (Assessment Phase – AOR Managers / FOB Site Leads / Technicians).  Site Leads Complete CJOA Winterization Checklist, Equipment Preparation, CO Testing Equipment Calibrated, and Material/Equipment Requisition and Follow-Up

8.1.8.1.3. Phase III (Logistics Phase – Log / AOR Log/Material).  Prepare, Stage, and Ship Material/Equipment to Supported Locations, and Verify Delivery.

8.1.8.1.4. Phase IV (Installation and Documentation Phase – AOR Managers / Site Leads / Technicians).  Installation of Winterization Material/Equipment IAW CJOA Winterization Checklist, Document Progress on Daily SITREP to ACO.

8.1.8.1.5. Phase V (Sustainment and O&M Phase – Site Leads / Technicians).  Conduct O&M of Equipment, Request Resupply, and Conduct Daily Validation of Winterization Efforts.  Report Weekly to the ACO.

| Winterization 8.1.8. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.1.8. Winterization will include Base Assessment, Materials and Equipment Tracking, Delivery, and Installation, Operation and Maintenance of HVAC, Plumbing, Electrical, Facility Maintenance, and Power Generation. Winterization will be complete and Sustainment Operations will begin no later than 01 November, annually. | Inspect all facilities for initial assessment in order to procure required materials to repair, maintain and prepare for the harsh winters at High elevation FOBs. | Report on a weekly basis starting in mid-June to December the status of Winterization.  Identify Winterization shortfalls in material and coordinate with ACO to correct issues with facilities.  Notify ACO risks and solutions as part of risk management and the overall Winterization Plan. |

| Area of Work | Key Tasks |
|---|---|
| Assessment complete IAW Contractor Checklist | Conduct Assessment Utilizing Contractor Winterization Checklist; Consolidate at AO level, and Forward Copy to BAF Operations/ACO |
| Materials/Equipment Delivery Complete | Materials/Equipment Ordered, Shipped, and Received on Site per FOB Assessment Checklist |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

**FOUO**

| | |
|---|---|
| HVAC | Utilize Checklist.  Focus Areas:  Adequate Heat Supplied to TOC, Billets, DFAC, Showers, Latrines, Medical, Laundry; Tent have liners, Repairs are On-Hand; and Adequate Operational Float (10-15%) |
| Plumbing | Utilize Checklist.  Focus Areas:  Heat trace on Dedicated Circuit; Inspect Heat Trace Splice Kits; and Electrical Panel and Dead Fronts Installed |
| Facilities | Utilize Checklist.  Focus Areas:  Exterior Doors in good condition and door closures installed; Roof Conditions; and Building Skirting Installed |
| Power Generation | Utilize Checklist.  Focus Areas:  90 DOS Oil, Air and Fuel Filters; CL III (P) on hand; Supply Parts Inventory |
| Camp Operations | Up Channels Issues Relating to Quality of Fuel; Fuel Availability, and Fuel Operations on Site (Running Equipment Out of Fuel) |
| Generation Shelter | All generators have a shelter to protect from weather damage |
| Well Houses | Wells have shelter to protect from freezing temperature |
| Winterization Key Tasks Table 8.1.8.1. | |

8.1.9.  WEEKLY CJOA MATERIAL, MANNING, EQUIPMENT, STATUS BRIEFS.   The Contractor shall establish the following reports for the ACO in preparation for weekly updates to the CJ7/CJ4.

8.1.9.1. ACL_LOTD_NPL TRACKER

8.1.9.2. CJOA MANNING

8.1.9.3. KBR ON-SITE SCHEDULE/ON SITE RESIDENCE TRACKER (OSR-RR)

8.1.9.4. OPEN SERVICE ORDER TRACKER

8.1.9.5. TO118 CJOA ACL & LOTD PRODUCTION SCHEDULE

8.1.9.6.  POWER GENERATION UPDATE – FMC/NMC

8.1.9.7. CJOA NORTH & SOUTH SERVICES (NTV DENSITY)

8.1.9.8. EQUIPMENT STATUS BOARD (AVAILABLITY OF BED-DOWN ASSETS)

**FOUO**

8.1.9.9.  FORCE PROVIDER REPORT (AVAILABILITY OF ASSETS)

8.1.10.  O&M ON SELF-SERVICE LAUNDRY.  The contractor shall maintain containerized self-service washers and dryers.  Washer and dryers will be GFE.

8.2. OTHER CONSTRUCTION/ENGINEERING SERVICES. In coordination with the LSO, Base Camp Mayor and at the direction of the ACO, the contractor shall provide equipment, supplies, personnel, administration and management required for construction and/or repair of roads, bridges, runways, pipeline, barriers, towers, walls, gates, fences, perimeter lighting, walkways, trenching, culverts, hard stands, covered storage and power generation.

8.2.1. REFURBISHMENT. The contractor, in coordination with the LSO, Base Camp Mayor and at the direction of the ACO, shall evaluate, upgrade or refurbish hardstand buildings to a safe and livable condition. This new work may include refurbishment, construction, alterations and upgrades. All new work shall be in accordance with International Building Code (IBC) and National Electric Code (NEC).   Electrical standards shall meet the requirements as defined in Contract DAAA09-02-D-0007 - Letter Modification dated 2 Mar 09 (Appendix H).

8.2.2. CONSTRUCTION MANAGEMENT TECHNICAL SERVICES. The contractor shall provide, in coordination with the LSO, Base Camp Mayor at the direction of the ACO, phased technical inspections to determine if in-progress construction in support of military construction direct contracts meets the standards required for the contractor to accept construction for LOGCAP O&M. The Technical Inspections are to occur at key milestones in the construction/refurbishment process. These milestone assessments (e.g. site preparation, concrete, plumbing, electrical, and structural) will be coordinated with the ACO and the contracting office responsible for the work.

8.2.3. CLAMSHELL AND FEST TENT.  In coordination with the LSO, Base Camp Mayor and at the direction of the ACO, the contractor shall provide Clamshell and fest-tent facilities services and support including installation, repair, maintenance, retro-fit, and storage services.  If directed by the ACO, the contractor may provide additional services and support throughout the CJOA.

8.2.4. FORCE PROVIDER/HARVEST EAGLE (FP/HE) MODULES MAINTENANCE.  The contractor shall install, maintain and store the government provided FP/HE modules in a Fully Mission Capable (FMC) status and will report the current readiness rate and equipment deadline information using the PM Force Provider modified DA Form 2406 format.  The contractor shall not maintain or repair any wooden structures that have been used for FP/HE or Tier III/IV billeting or administrative tents (The contractor when directed by the ACO may sub-divide the FP/HE modules).

8.2.5. SURVEYING TEAM.  The contractor shall provide two (2) survey teams consisting of four (4) personnel each (one (1) Surveyor, two (2) Rod/Chainman, and one (1) CADD Designer). The contractor shall provide horizontal and vertical control surveys to consist of, but are not limited to, the precise location of primary survey points, field data acquisition of detailed

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                    **FOUO**

topographic, planimetric and infrastructure feature data for use in engineering site planning, cost estimating, design, as-builts, construction layouts, situational awareness, master planning, construction, real estate projects, GIS applications, or facility management. All geodetic data shall be collected using the coordinate and projection system of the installation imagery, WGS84, appropriate UTM Zone, except where modified by the government.  The contractor shall use survey grade GPS, at an accuracy level of +/- 2cm.  All Survey data collected shall be provided to the Government in a digital format with an attached Survey Report identifying survey method, equipment list, calibration documentation, survey layout, description of control points, control diagrams, and field survey data.  Best commercial practices will be used when specific government guidance is not mandated.

8.2.5.1. COMPUTER-AIDED DRAFTING AND DESIGN (CADD) DIGITAL DRAWINGS. The contractor will provide to the government all CADD Designer generated documents to include, roof plans, interior designs or layouts, floor plans, blueprints, engineering drawings or details, architectural drawings or details, construction drawings or details, cross-sections, wall sections, stair details, elevations, and other schematics generally used in the surveying, design, repair, construction, or maintenance of Government installations.  Standard commercial practices will be used when specific government guidance is not mandated.

| Other Civil Construction / Engineering Services  Table 8.2. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.2.1. Plan and perform facility refurbishment. | In coordination with the Base Camp Mayor, LSO and at the direction of the ACO, evaluate and plan for the upgrade or refurbishment of hardstand buildings to a safe and livable condition. | When requested by the LSO, and directed by the ACO, the contractor shall prepare a PPR in anticipation of new work.<br><br>When directed by the ACO, the contractor shall execute new work IAW the NTP and schedule.<br><br>All new work shall be in accordance with International Building Code and National Electric Code (NEC). |
| 8.2.2. Plan and perform Construction Management Technical Services. | In coordination with the Base Camp Mayor, LSO and at the direction of the ACO, evaluate, plan for, and provide phased technical support of military construction direct contracts where O&M is expected to be performed by LOGCAP | All construction management technical service support shall be in accordance with International Building Code and National Electric Code (NEC). Provide phased technical services on designated military direct contracts that LOGCAP is |

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

**FOUO**

| | | |
|---|---|---|
| | | expected to perform O&M as directed by the ACO. |
| 8.2.3. Provide Clamshell and fest-tent facilities services and support. | In coordination with the LSO, Base Camp Mayor and at the direction of the ACO, the contractor shall provide Clamshell and fest-tent facilities services and support including installation, repair, maintenance, retrofit, and storage services. | Provide Clamshell and fest-tent facilities services and support including installation, repair, maintenance, retrofit, and storage services. |
| 8.2.4. Install, maintain and store the government provided FP/HE modules. | Install, maintain and store the government provided FP/HE modules in a Fully Mission Capable (FMC) status. | The contractor shall install, maintain and store the government provided FP/HE modules in a Fully Mission Capable (FMC) status and will report the current readiness rate and equipment deadline information using the PM Force Provider modified DA Form 2406 format. |
| 8.2.5. Provide two (2) survey teams consisting of four (4) personnel each (1- Surveyor, 2-Rod/Chainman, 1 – CADD Designer). | Provide horizontal and vertical control surveys to consist of, but are not limited to, the precise location of primary survey points, field data acquisition of detailed topographic, planimetric and infrastructure feature data.  Provide requested CADD Designer generated documents to include, roof plans, interior designs or layouts, floor plans, blueprints, engineering drawings or details, architectural drawings or details, construction drawings or details, cross-sections, wall sections, stair details, elevations, and other | Provide two (2) survey teams consisting of four (4) personnel each, (1- Surveyor, 2-Rod/Chainman, 1 - CADD Designer).  Provide horizontal and vertical control surveys to consist of, but are not limited to, the precise location of primary survey points, field data acquisition of detailed topographic, planimetric and infrastructure feature data for use in engineering site planning, cost estimating, design, as-builts, and construction layouts, situational awareness, master planning, construction, real |

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

FOUO

| | | |
|---|---|---|
| | schematics generally used in the surveying, design, repair, construction, or maintenance of Government installations. | estate projects, GIS applications, or facility management when requested by the LSO and directed by ACO.<br><br>Provide requested CADD Designer generated documents to include, roof plans, interior designs or layouts, floor plans, blueprints, engineering drawings or details, architectural drawings or details, construction drawings or details, cross-sections, wall sections, stair details, elevations, and other schematics generally used in the surveying, design, repair, construction, or maintenance of Government installations. |
| Other Civil Construction / Engineering Services Table 8.2. | | |

8.3. POWER GENERATION. The contractor shall provide, operate and maintain power production and distribution for those camp facilities identified in Appendix F and monitor equipment.  The contractor shall provide service for all government property (GP) identified generators listed in Appendix G (Generators). Service is defined as operating, maintaining, repairing, replacing, relocating, and procurement of necessary repair parts.  Non-GP generators in Appendix G will be serviced in the same manner as GP identified generators except replacement of non-GP generators will not be responsibility of contractor.  This service to non-GP generators will be on condition that the government does not relocate equipment without notice.  Generators that have been moved and are not locatable will be the responsibility of the government to locate and notify the contractor of the new location.  Generators moved outside of current TO 118 area of operations will not be serviced unless returned to current TO 118 area of operations by the government. The contractor shall notify the ACO, CJ7 Prime Power, and FOB Mayor if a OSR/RR generator becomes unserviceable within 12 hours.  The contractor shall notify the ACO if the situation is life-support critical at RR sites within 2 hours after contractor notification.  Notification of generator failure at RR sites must be relayed from the Military personnel at the site to the contractor POC for the site.  Contractor will ensure a minimum operational readiness rate (ORR) of 90% for generators listed in Appendix G. The generator count for the ORR will include NMC units being serviced, as well as stock units.   It shall be the customer's responsibility to transport Non-GP NMC generators to the HUB facility for repair.

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.3.1. POWER GENERATOR TECHNICAL INSPECTION.   Technical inspection if not already done, for all generators non-GP identified in Appendix G (Generators) shall be completed before the contractor assumes O&M responsibilities. If an inspection discovers substantial repairs are required including basic push packages, manuals and parts ordering processes, these deficiencies will be addressed by the Government prior to starting of O&M by the contractor.  Any repairs will be completed at the direction of the ACO with an ACL. Following the repairs to bring equipment to standard, normal O&M will begin.  This process will be the same for any new generator additions to TO 118; as GP or non-GP status to Appendix G following POP start date.

8.3.1.1. LOW VOLTAGE.  The contractor shall maintain power production and distribution for all camp facilities, and monitor equipment for proper load and phase on low (600V or less) voltage systems. The contractor shall be capable of analyzing the power grid and making adjustments to optimize power production and distribution systems for efficiency including, but not limited to, installation/removal of government provided power generation assets, reconstruction and maintenance of low voltage distribution equipment.  The Contractor shall maintain a 90% low voltage power Operational Readiness Rate (ORR Rate) across the Task Order as directed by the ACO and in coordination with the Base Camp Mayor, CJ7 Prime Power, and LSO.

8.3.1.2. KILO-VOLT-AMPERES. The contractor shall monitor the power production and distribution user load and generation capacity in units of Kilo-Volt- Amperes. The contractor shall coordinate all power generation requirement and plans with the appropriate Government authority for the area receiving contractor services to include, but not limited to, the CJ-7 within the CJTF and USCENTCOM Contingency and Long Term Base Camp Facilities Standards (Sand Book).

8.3.1.3.  TECHNICAL SPECIFICATIONS. The contractor shall test, adjust, and repair assemblies in accordance with the applicable technical manual and manufacturers' specifications.

| Power Generation Table 8.3. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.3.1. Conduct  Inspection of all generators listed in Appendix G prior to assuming O&M responsibilities. | As coordinated with the Base Camp Mayor and directed by the ACO, CJ7 Prime Power, perform technical inspections on designated generators in preparation for full O&M. | Coordinate technical inspection scope with Base Camp Mayor, LSO, CJ7 Prime Power, and ACO to determine which generators require inspection, conduct inspection, provide inspection report NLT 72 hours after completion of inspection. |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

| | | |
|---|---|---|
| 8.3.1.1. Plan, monitor and distribute low voltage power within a designated FOB. | Given existing FOB low voltage power generation systems, monitor and distribute power as coordinated with the Base Camp Mayor, CJ7 Prime Power, LSO and as directed by the ACO. | Maintain a minimum 90% low voltage power Operational Readiness Rate (OR Rate) across the Task Order as directed by the ACO and in coordination with the Base Camp Mayor, CJ7 Prime Power, and LSO. |
| | | Perform system maintenance 95% as scheduled on MSOW and as directed by the ACO in coordination with the Base Camp Mayor, CJ7 Prime Power, and LSO. |
| 8.3.4. Provide Backup low voltage power. | Within existing low voltage power capabilities and in coordination with the Base Camp Mayor, LSO, CJ7 Prime Power and at the direction of the ACO, provide appropriate back up power generation to prioritized locations and facilities. | Coordinate with the Base Camp Mayor, LSO, CJ7 Prime Power, and the ACO to determine backup power priorities. |
| | | As directed by the ACO and CJ7 Prime Power to provide backup power to designated locations and facilities within 72 hours of notification. |
| 8.3. Maintain generators sited in Appendix G & F if the equipment becomes unserviceable. | Notify the ACO, CJ7 Prime Power, and FOB Mayor if a OSR/RR generator becomes unserviceable within 12 hours. Notify the ACO if the situation is life-support critical at RR sites within 2 hours. Note: This notification must be relayed from the Military personnel at the Ring Route to the Contractor. | Repair/remedy the unserviceable generator by utilizing on-hand repair parts within 24 hours for OSR sites and 48 hours for RR sites after response team arrival or provide a migration plan to the Base Camp Mayor and ACO. |
| Power Generation Table 8.3. | | |

8.3.1.4. CLASS III (P) FOR GENERATORS.  The contractor shall provide Class III(P) for all FOBs in the CJOA designated on the Service Matrix.  The contractor will provide storage facilities for the Class III(P) at both the Ring Route FOBs and the On Site Representation sites in

**DAAA09-02-D-0007**                                  **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

Appendix D (CJOA Base Camp Life Support Matrix).  The contractor will make adequate
storage capacity and Days of Supply of Class III (P) in preparation for the 21 Day Ring Route
cycle and for Winterization.

8.3.2. POWER SYSTEM OPTIMIZATION.  The contractor shall maintain power systems. The
contractor shall be capable of analyzing and designing low voltage power systems and make
adjustments to power distribution systems (including size and location of generators) in order to
optimize efficiency. All such adjustments will be coordinated with the C7 COR and ACO.

8.3.3.  POWER DISTRIBUTION.  The contractor shall provide distribution and monitoring of
equipment for proper load and phase on low voltage systems (600 volts and below) and
maintenance of low voltage distribution equipment.

8.3.4.  BACKUP POWER GENERATION.  In coordination with the LSO, Base Camp Mayor
and at the direction of the ACO, the contractor shall provide appropriate back up power
generation.

8.3.4.1  Power generation assets and distribution systems are listed in Appendix G (Generators)
and F (Facilities).

8.3.5.  PRIME POWER. As the application of Prime Power comes online, the contractor shall
review and recommend modifications to existing low voltage systems with the intent on reducing
the overall need for spot generation.  As directed by the ACO, the contractor shall conduct
Operations and Maintenance on Prime Power systems.

8.3.6. Paragraph Not Used.

8.4. ELECTRICAL DISTRIBUTION. The contractor shall replace, maintain, and repair
electrical distribution systems and equipment including switchgear (as directed by ACO),,
distribution panels, lighting, and electrical outlets. Appendix F (Facilities) identifies those
facilities that will receive full service.

| Electrical Distribution Table 8.4. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.3.2. Plan for and conduct FOB Power System Design Optimization. | Within the existing FOBs electrical and power generation capability, the contractor shall analyze and design low voltage power systems, make adjustments to power distribution systems, and strive to optimize efficiency. | The contractor shall be capable of analyzing and designing low voltage power distribution systems (including size and location of generators) in order to optimize efficiency. All such adjustments will be coordinated with the Base Camp Mayor, CJ7 Prime Power and ACO. |

**DAAA09-02-D-0007**                              **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.4.1. Power System Optimization. The contractor shall maintain power systems. The contractor shall be capable of analyzing and designing low and/or medium voltage power systems and make adjustments to power distribution systems (including size and location of generators) in order to optimize efficiency. All such adjustments will be coordinated with the Base Camp Mayor and ACO.

8.5. LATRINES. The Contractor, at the direction of the ACO, shall provide, emplace in Life Support Areas (LSA), and maintain environmentally controlled latrines in accordance with CENTCOM's Sandbook and base camp populations. The contractor shall provide, operate and maintain hand-cleaning capability at all latrine locations.

| Latrines Table  8.5. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.5. Plan, emplace, maintain and remove Latrines within a FOB's LSA and other locations as directed. | Within each designated Life Support Areas (LSA), plan, emplace, maintain and remove (as needed) latrines. | Latrine planning, emplacement and removal will be in coordination with Base Camp Mayor, and contract modifications executed by the ACO.<br><br>95% of the latrines across the FOB will be cleaned in accordance with the MSOW.<br><br>Holding tanks will be provided, filled, re-filled and maintained with disinfected fresh non-potable water sufficient to store a three (3) day supply.<br><br>Water supplied to holding tanks will be in accordance with Technical Bulletin (TB) Medical (Med) 577.<br><br>Latrines PMCS will be IAW MSOW. |
| TABLE 8.5. Latrines | | |

**DAAA09-02-D-0007**                                     **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

**FOUO**

8.6. ABLUTION UNITS. The contractor, at the direction of the ACO, shall provide, emplace in Life Support Areas and maintain ablution units equipped with environmental control units, showers, mirrors and sinks (one showerhead per 20 males and one showerhead per 20 females) in accordance with CENTCOM's Sandbook and base camp populations. The ablution locations shall be coordinated with the Base Camp Mayor and the LSO and directed of the ACO.

| Ablution Units Table 8.6. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.6. Plan, emplace, maintain, and remove Ablution Units within a FOB's LSA and other locations as directed. | Within each designated Life Support Areas (LSA), plan, emplace, maintain and remove (as needed) Ablution Units. | Ablution Unit planning, emplacement and removal will be in coordination Base Camp Mayor, and at the direction of the ACO.<br><br>95% of the Ablution Units across the FOB will be cleaned in accordance with the MSOW.<br><br>Holding tanks will be provided, filled, re-filled and maintained with disinfected fresh non-potable water sufficient to store a three (3) day supply.<br><br>Water supplied to holding tanks will be in accordance with Technical Bulletin (TB) Medical (Med) 577.<br><br>Ablution Unit PMCS will be IAW FOB MSOW. |
| Ablution Units Table 8.6. | | |

8.7. PORT-A-POTTIES. The contractor, at the direction of the ACO, shall provide, emplace and maintain portable toilets with hand cleaning capabilities in accordance with CENTCOM's Sandbook and work area populations in coordination with the LSO, Base Camp Mayor/COR and the ACO. These requirements are in addition to the latrine requirements above and the MSOW (Appendix L).

| Port-a-Potties Table 8.7. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.7. Plan, emplace, maintain | Within each designated Life | Port-a-Potties planning, |

**DAAA09-02-D-0007**                                 **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                        **FOUO**

| | | |
|---|---|---|
| and remove Port-a-Potties within a FOBs LSA and other locations as needed. | Support Areas (LSA), plan, emplace, maintain and remove (as needed) Port-a-Potties. | emplacement and removal will be in coordination with Base Camp Mayor, and at the direction of the ACO.<br><br>95% of the Port-a-Potties across the FOB will be cleaned IAW the MSOW<br><br>Port-a-Potties PMCS will be IAW FOB MSOW. |
| Table 8.7. | | |

8.8. NON-HAZARDOUS SOLID AND LIQUID WASTE MANAGEMENT AND DISPOSAL. The contractor shall operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray and black water to meet applicable Army regulatory guidance and the MSOW. The contractor shall allow government recycling contractors access to the waste stream as required for the recycler's operation.

| Non-Hazardous Solid Waste Management and Disposal Programs TABLE 8.8.A. |
|---|
| Surface Burning. In coordination with the LSO and at the direction of the ACO, the contractor shall provide new or operate uncontaminated existing burn site while minimizing the environmental effects on the base camp.  The contractor shall ensure the products of combustion are reduced to become ash and non-combustible components. The contractor shall minimize any type of smoke exposures to the camp population. |
| Recycling. The contractor shall conduct recycling established by CJTF  in coordination with the LSO and at the direction of the ACO. |
| Incineration. The contractor shall install, operate and maintain Government furnished incinerators in coordination with the LSO and at the direction of the ACO. |
| Leach Fields.  The contractor shall construct and maintain Leach Fields in expeditionary operations where Waste Water Treatment Facilities/Sewers are not available. |
| Lagoons.  The contractor shall construct and maintain Lagoons in expeditionary environments where Municipal Waste Systems are not locally available. |

8.8.1. SEWAGE SYSTEMS. The contractor shall operate and maintain existing sewage networks within base camp boundaries and additional connections to the sewage network in coordination with the LSO, Base Camp Mayor and at the direction of the ACO. Where necessary, the contractor shall provide, operate and maintain waste water treatment systems for generated waste water streams prior to release into the local drainage systems or agricultural (irrigation, dust abatement) system.

**DAAA09-02-D-0007**                              **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                    **FOUO**

| Non-Hazardous Solid Waste Management and Disposal Table 8.8.B. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| Recycling programs established by CJTF. | In coordination with the Base Camp Mayor, and at the direction of the ACO, recycling systems and programs shall be provided, installed, operated and maintained to meet applicable Army regulatory and CJTF guidance. | In coordination with the Base Camp Mayor and at the direction of the ACO, recycling systems and program establishment will be planned and executed within the NTP and recycling performance annotated on the FOB's MSOW. |
| Incineration | In coordination with the Base Camp Mayor,  and at the direction of the ACO, incineration systems and programs shall be provided, installed, operated and maintained to meet applicable Army regulatory and CJTF guidance. | In coordination with CJTF C-7, the Base Camp Mayor, and at the direction of the ACO, incineration systems and program establishment will be planned and executed within the NTP and incineration performance annotated on the FOB's MSOW. |
| Landfills. | In coordination with the Base Camp Mayor, and at the direction of the ACO, new or utilized uncontaminated existing landfills shall be provided, installed, operated and maintained to meet applicable Army regulatory and CJTF C7 environmental guidance. | In coordination with CJTF C-7, the Base Camp Mayor, and at the direction of the ACO, new or utilized landfills shall be planned and executed within the NTP and landfill performance annotated on the FOB's MSOW. |
| Surface Burning. | In coordination with the Base Camp Mayor, and at the direction of the ACO, new or utilized uncontaminated existing burn sites shall be provided, installed, operated and maintained to meet applicable Army regulatory and CJTF guidance | At the direction of the ACO, the contractor shall provide new or operate uncontaminated existing burn sites.<br><br>The contractor shall ensure the products of combustion are reduced to become ash and non-combustible components. The contractor shall minimize any type of smoke exposures |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

**FOUO**

| | | |
|---|---|---|
| | | to the camp population. New burn pits shall be planned and executed within the NTP and schedule. Operation of burn pits shall be annotated on the FOB's MSOW. |
| Sewage Systems. | Within base camp boundaries and additional connections to the sewage network and in coordination with the Base Camp Mayor and at the direction of the ACO, FOBs sewage systems shall be maintained. | Existing sewage networks within the base camp boundaries shall be maintained and the schedule listed on the FOB MSOW.<br><br>Additional connections to the existing sewage network shall be added and maintained in coordination with the Base Camp Mayor and at the direction of the ACO. Additions shall be accomplished IAW the NTP and schedule.<br><br>As directed, waste water treatment systems shall be operated and maintained and generated waste water cleaned to applicable Army regulatory standards and CJTF policy prior to release into the local drainage systems or agricultural (irrigation, dust abatement) system. |

| TABLE 8.8.B. |
|---|

8.8.2. WASTE WATER TREATMENT FACILITIES (WWTF). The contractor shall install, operate and maintain modular waste water treatment systems for generated waste water treatment. prior to release into the local drainage systems or agricultural (irrigation, dust abatement) system at the direction of the ACO. The modular WWTF systems will be provided by the government.

| Non-Hazardous Solid Waste Management and Disposal Table 8.8.2.A | | | | | |
|---|---|---|---|---|---|
| Incineration | Leach Fields | Lagoon | Sewer System | Surface Burning | Waste Water Treatment Facilities |
| N/A | Wazi Kwha | | | | Tillman |
| N/A | | Sharana | Sharana | Sharana | Sharana |
| N/A | | | Maywand | Maywand | Asadabad Jalalabad PRT Blessing Maywand |

| Waste Water Treatment Facilities (WWTF) Table 8.8.2.B | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| Waste Water Treatment Facilities | In coordination with the Base Camp Mayor,  and at the direction of the ACO, Waste Water Treatment Systems shall be provided, installed, operated and maintained to meet applicable Army regulatory and CJTF guidance. | As directed, waste water treatment systems shall be operated and maintained and generated waste water cleaned to applicable Army regulatory standards and CJTF policy prior to release into the local drainage systems or agricultural system. |

8.8.3. Paragraph Not Used.

8.9. HAZARDOUS WASTE (HW) MANAGEMENT. The contractor is not responsible for the remediation or the disposal of HW. If HW is discovered mixed with any scrap item, the Government will coordinate to have it removed and disposed of under the appropriate Defense Reutilization and Marketing Service (DRMS) contract.

8.9.1. HAZARDOUS WASTE STORAGE AREA.  The contractor shall operate and maintain a temporary hazardous waste storage area to receive, store, account for, and prepare for shipment HAZMAT/HAZWASTE generated by internal and military operations. Prior to contractor acceptance of any government-operated Hazardous Waste Storage Facility, the government must remediate the facility. When government-operated facilities cannot meet the environmental acceptance by the contractor, the government must provide a new site location prior to operational acceptance. The contractor shall plan for, accept and store HAZMAT and HAZWASTE products that include waste POL, lead acid batteries, lithium batteries, oil filters, gas or antifreeze can/bottles, flammable liquids and gases, oxidizers, DOD vector control pesticides, corrosives and US DOT Class IX.

**DAAA09-02-D-0007**                          **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
FOUO

8.9.1.1 The following /HAZARDOUS WASTE materials will not be accepted:
1. Organic Peroxides
2. DOC Poison Gases
3. PCB's
4. Class 1 Explosives
5. Nuclear and biological substances and waste, and
6. Waste generated from any source other than waste, which has been generated by US and Coalition Forces or direct contractors for the USG in Afghanistan.

| Hazardous Waste (HW) Management Table 8.9. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.9.1. Management of the HAZMAT/HAZWASTE Storage Area (HWSA). | Within the terrain provided by the Base Camp Mayor, the contractor shall operate and maintain a HWSA in order to receive and store HAZMAT and HAZWASTE generated by internal and military operations. | Plan for, accept and store HAZMAT and HAZWASTE products that includes waste POL, lead acid batteries, lithium batteries, oil filters, antifreeze, empty oil cans, gas or antifreeze cans/bottles, flammable liquids and gases, oxidizers, corrosives and US DOT Class IX.<br><br>In coordination with the Base Camp Mayor, LSO and as directed by the ACO, plan for, accept and store other hazardous waste NLT 30 days after receipt of NTP or IAW coordinated schedule. |
| TABLE 8.9. | | |

8.9.2. Paragraph Not Used.
8.9.3 Paragraph Not Used.

8.10. O&M ON SELF-SERVICE LAUNDRY. The contractor shall maintain containerized self-service washers and dryers. Washer and dryers will be GFE.

8.10.1. Paragraph Not Used.
8.10.2. Paragraph Not Used.
8.10.3. Paragraph Not Used.
8.10.4. Paragraph Not Used.

8.10.5. SELF-SERVICE LAUNDRY FACILITY.  The contractor shall maintain the self-service washers and dryers and the facilities housing the self-service laundry at locations listed in

**DAAA09-02-D-0007**                                     **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

Appendix D. The contractor shall replace washers or dryers as needed if the cost of repair exceeds 50% of the cost of the unit. Any contractor disposal of equipment follow provisions IAW FAR Part 45.

8.11.WATER WORKS SYSTEM. The contractor shall provide, install, operate and maintain potable and non-potable water systems.

8.11.1. The Contractor shall ensure potable water production standards comply with TB MED 577. These standards set water production classification based on population and the number of service connections in the water distribution system. The contractor shall ensure that the water they produce, stored and distribute is purified and tested in accordance with all applicable DOD and U.S. Army water purification and preventive medicine regulations and technical manuals. All disinfection requirements will be based on CT inactivation (CT=Product of Free Chlorine Residual and Time required) for bacteria, viruses and Giardia. The contractor shall not be responsible for water that they do not produce or water commingled with municipal water sources. Coliform or Color Testing of water is performed by Preventive Medicine during the Base Camp Assessments.

8.11.2 WATER ISSUE NOTIFICATION. The contractor shall provide to the Base Camp Mayor a Point of Contact (POC) to coordinate water production and storage capacity issues as referenced in Appendix I. In the event of a compliance violation, the contractor shall notify the Contracting Officer's Representative (COR), Quality Assurance Representative (QAR), ACO and the CJTF Division Preventive Medicine Officer within 2 hours of discovering the compliance violation.

8.11.3. WATER PRODUCTION AND STORAGE.  The Contractor shall provide the production and storage capacity identified in the table below.  The contractor shall assume that the total water supply consumption and distribution is at a rate of 50 gallons per person per day.  The contractor shall provide a total production capacity and distribute potable water as needed per day to the DFAC and AAFES vendors and non-potable water for the latrines and showers.  The contractor shall ensure that a minimum of three days of supply of potable water is on hand at all times.  The contractor shall produce water in compliance with the Maximum Contaminant Levels (MCL's) allowed according to the latest, updated, and appropriate version of Technical Bulletin, TB MED 577.

| Water Works Capacity per FOB Table 8.11.3. | | |
|---|---|---|
| Site | Gallons Produced per/day | Maximum Storage Capacity in Gallons |
| Lagman, CL1 | 2,450 | 9,828 |
| Jalalabad CJ1 | 12,000 | 36,500 |
| Maywand CK12 | 60,000 | 180,000 |

8.11.4. Where required, the contractor shall operate Reverse Osmosis Water Purification Units (ROWPUs) at the direction of the ACO.

**DAAA09-02-D-0007**                                            **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.11.5. WATER TESTING. The contractor shall ensure that the water they produce, stored and distribute is purified and tested in accordance with all applicable DOD and U.S. Army water purification and preventive medicine regulations and technical manuals.

8.11.6. WATER CAPABILITY/RATIONING. The contractor shall adjust storage, production capability and ration water in accordance with the schedule developed by the LSO, Base Camp Mayor and at the direction of the ACO.

8.11.7. POTABLE WATER SUPPORT TO FACILITIES.  The contractor shall provide potable water to base camp medical facilities, dining facilities, and food vendors per standards as specified in this SOW. Water provided to base camp medical facilities, dining facilities, and food vendors shall conform to standards, monitoring and testing requirements specified for human consumption in accordance with TB MED 577. Contractor support shall be coordinated with the LSO and Base Camp Mayor and at the direction of the ACO and included in the MSOW.
8.11.8. Paragraph not used.
8.11.9. Paragraph not used.

8.11.10. DAILY STATUS REPORT. The contractor shall report daily status (beginning quantity, quantity produced, quantity issued and ending balance) to MSC in accordance with ESC Class I Manager's reporting format and schedule as referenced in Appendix I.

| Water Works System Table 8.11.9.4 | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.11.1. Provide potable and non-potable water. | The contractor shall operate and maintain potable and non-potable water systems IAW Table 8.11.3.<br><br>Systems listed in Table 8.11.3. shall include plumbing, sewage, gray/black water separation, and gray/black water disposal. | All potable water produced, stored and distributed shall comply with standards listed in TB MED 577, applicable regulations.<br><br>The Base Camp Mayor is the POC to coordinate water production and storage capacity issues.<br><br>In the event of a compliance violation, the COR, QAR, ACO and the CJTF Division Preventive Medicine Officer shall be notified within 2 hours of discovering the compliance violation.<br>Potable water support shall be coordinated with the Base |

37

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

**FOUO**

| | | |
|---|---|---|
| | | Camp Mayor, LSO and at the direction of the ACO.<br><br>Potable water support shall be included within the MSOW. |
| 8.11.7. Potable Water Support to Medical Facilities, Dining Facilities and Food Vendors. | The contractor shall provide potable water to base camp medical facilities, dining facilities, and food vendors per standards as specified in this SOW. | Water provided to base camp medical facilities, dining facilities, and food vendors shall conform to standards, monitoring and testing requirements specified for human consumption IAW TB MED 577, applicable regulations.<br><br>Potable water support shall be coordinated with the Base Camp Mayor, LSO and at the direction of the ACO.<br><br>Potable water support shall be included within the MSOW. |
| Water Works System Tabled 8.11.9.4 | | |

8.12. PEST MANAGEMENT. The Contractor shall perform limited pest management functions (to include pest surveillance and control) to mitigate insects and rodents in all OSR base camps and contractor-maintained facilities in accordance with the CJTF Integrated Pest Management Plan (Paragraph 8.12.2. and 8.12.2.1.). The Contractor shall ensure that all chemicals and pesticides used in pest management operations are in accordance with DoD Armed Forces Pest Management Board (AFPMB) recommendations, and will be approved, prior to use, by the CJTF Pest Management Coordinator.

8.12.1. PREVENTATIVE MED COORDINATION.  DoD Preventive Medicine Detachments/Units have pest management responsibilities in their respective areas of operations. The Contractor shall ensure that pest management personnel coordinate/communicate pest surveillance and control efforts with their respective Preventive Medicine Detachments/Units. The purpose of this coordination is to ensure that pest management efforts are complimentary and not duplicated, which could result in overexposing personnel to pesticides.

8.12.2. At On-Site Residence (OSR) locations, the contractor services will only include the eradication of insects and small rodents and venomous snakes in accordance with CJTF Integrated Pest Management Plan.  At the direction of the ACO, the contractor shall control feral animals.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.12.2.1.  RING ROUTE/ON-SITE RESIDENT PEST MANAGEMENT SUPPORT.  Pest
Management to Ring Route and On-Site Resident locations where the contractor does not have a
permanent pest management presence will include eradication of insects, rodents and venomous
snakes in accordance with CJTF Integrated Pest Management Plan.  These OSR/Ring Route
locations will be serviced by the contractor based on a monthly schedule.

8.12.3. PESTICIDE APPLICATOR CERTIFICATION. All restricted pesticide applicators
without DoD Pesticide Applicator Certification shall be, at minimum, (U.S.) state-certified in
appropriate categories with the exception that non-certified personnel may apply non-restricted
use pesticides under the direct supervision of a DOD or State licensed/certified Applicator..

8.12.4. Paragraph Not Used.

| Pest Management Table 8.12. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.12. Provide pest management services | ICW with the Base Camp Mayor, and ACO, pest management functions that include pest surveillance and control, shall be performed to mitigate pests in all base camps and contractor-maintained facilities. | The contractor shall perform all pest management functions IAW the CJTF Integrated Pest Management Plan.<br><br>All chemicals and pesticides used in pest management operations shall be IAW DoD Armed Forces Pest Management Board (AFPMB) recommendations, and will be approved, prior to use, by the CJTF Pest Management Coordinator.<br><br>All pest management programs shall be communicated and coordinated with the respective Preventive Medicine Detachments/Units.<br><br>The contractor shall meet DoD competency requirements for all pest management personnel who apply pesticides.<br><br>All pesticide applicators shall be DOD or state-certified and |

**DAAA09-02-D-0007**                                 **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

| | | the certification documentation submitted to the CJTF Pest Management Coordinator/Certifying Official. . |
|---|---|---|
| Table 8.12  Pest Management Table 8.12. | | |

| Pest Management   Table 8.12.4. | | |
|---|---|---|
| Site | Facility | All Sites |
| CJOA | Appendix F | See Appendices A & D |

8.13. MORALE, WELFARE, AND RECREATION (MWR) SERVICES. Full service from the contractor is defined as the contractor shall operate and maintain MWR facilities in accordance with Army Regulation 215-1 and the MSOW.

8.13.1. MWR Support Plan. Contractor shall develop and maintain a MWR Support Plan as referenced in Appendix I (Data Requirements and Reports Matrix), for each base/camp, coordinated through the LSO, Base Camp Mayor, and at the direction of the ACO. The plan will incorporate GFE to the maximum extent possible.

8.13.1.1. Paragraph Not Used.

8.13.2. MWR operations shall include, but are not limited to, the following: Athletic Centers, Community Recreation Centers, and Activity Programming.

8.13.2.1. ATHLETIC CENTER.  Contractor shall provide athletic equipment (e.g. weight lifting and cardio-vascular equipment). At a minimum, contractor shall provide for general equipment maintenance, equipment checkout, towel service and chilled bottled water.

8.13.2.2. COMMUNITY RECREATION CENTER. Contractor shall provide at a minimum, movie room, TV room, quiet area, book exchange and game table area.
8.13.2.2.1. Contractor shall operate and maintain a checkout service and sign out government provided items such as board games, videos, and sports kits (examples; softball, flag football, soccer) at areas designated by the Base Camp Mayor.

8.13.2.2.2. INTERNET CAFÉ. Contractor shall provide customer service and administrative oversight of Internet Cafés collocated in community centers. Contractor shall not provide or repair communications and network equipment.

8.13.2.3. Paragraph Not Used.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.13.3. LIMITED SERVICE SUPPORT. Limited service from the contractor is defined as the contractor shall maintain kits (sports, games and pastimes) and establish a program of O&M for these kits.

8.13.4. MWR EQUIPMENT REPAIR SERVICES. The contractor shall provide repair and maintenance support for the MWR fitness equipment throughout CJOA. The contractor shall provide maintenance and repair services where resident support is not available to the Ring Route and On-Site Resident locations from OSR Hub locations. The contractor will be provided a density list of GFE equipment to be maintained from the government. Ring Route maintenance schedules on GFE and CAP equipment will be included in the MSOW and additional repair requirements will be based on an as required basis. Contractor response to repairs will follow the standards under the work order process.

8.13.4.1. Contractor will maintain an ASL of parts at Hub locations to support MWR equipment listed on the equipment density list.

8.13.5. AMERICAN FORCES NETWORK (AFN). Contractor shall ensure sufficient power generation required to support existing AFN TV and AFN Radio transmission systems at bases as identified through the AFN team and in coordination with the LSO Base Camp Mayor and at the direction of the ACO. Where the contractor provides power generation, the contractor shall ensure each of the AFN transmission locations have sufficient dedicated Amp Breakers.

| Morale, Welfare, and Recreation (MWR) Services | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.13. Manage MWR facilitates. | In coordination with the Base Camp Mayor, and at the direction of the ACO, manage Athletic Centers, Community Recreation Centers and Athletic Fields. | MWR facilities shall be managed IAW Army Regulation 215-1 and annotated to the FOB's |
| TABLE 8.13. | | |

8.14. CLASS III RETAIL OPERATIONS. The contractor shall receive, store, account for and issue JP8, Diesel and MOGAS fuel in accordance with applicable Army Regulations to support the following site as listed below. This requirement will be operated from 0700 – 1900 hrs daily, but will be available 24 hours a day 7 days a week as directed by the ACO.

| CLASS III Retail Operations Table 8.14.A. | | | |
|---|---|---|---|
| Locations | Fuel Storage Capacity | | |
| Site | JP8 (gal) | Diesel (gal) | MOGAS (gal) |
| CJ1 - Fenty | 610,000 | 0 | 10,000 |

**DAAA09-02-D-0007**                                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.14.1. The contractor shall ensure fuel is properly accounted for during receiving and distribution operations as outlined in AR 710-2, Chapter 2, Paragraph 2-37 and DESC-I11. Daily delivery reports of petroleum products shall be maintained on Department of the Army (DA) Form 3643 and monthly reports in accordance with Army Regulations. All reports will be maintained in accordance with Paragraph 5 and Appendix I (Reports).

| Class III Retail Operations Table 8.14.B. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.14. Receive, store, account for and issue JP8, Diesel, MOGAS. | Within Class III Retail Fuel Points, manage Class III Retail Fuel operations. | Ensure retail fuel is properly accounted for during receiving and distribution operations IAW AR 710-2, Chapter 2, Paragraph 2-37. Provide daily accountability of petroleum products using DA Form 3643. Provide monthly reports IAW AR 710-2. Manage storage capacity IAW Table 8.14. |
| TABLE 8.14.B. | | |

8.15.  BILLETING MANAGEMENT. Contractor shall provide billeting management for the RSOI-Reception Staging, and Onward Integration (RSOI) Yard Operations.  Reception, Staging, Onward movement, and Integration (RSOI), is a process by which combat power is generated in an Area of Operations (AO). For the purposes of this requirement, it is a logistics function and relies on the logistical infrastructure. RSOI operations are the critical link between strategic / intra-theater movement and tactical maneuver in RC East or locations otherwise designated by the Commander.

8.15.1.  RECEPTION. The contractor will receive personnel and equipment from strategic or operational transport locations (LZ/HLZ), and provide life support (excluding DFAC operations). This sub-task involves accepting the release of passengers at designated locations for arriving flights, receiving unit resources (personnel, equipment and supplies) at the airfield and transporting to the RSOI.

8.15.2.  STAGING. The contractor assembles, temporarily holds, and organizes arriving personnel, equipment, and materiel.  The goal is to maintain unit and force integrity, and prepare them for onward movement and facilitate the integration into the various commands. Facilitate the process of assembling, holding, and organizing arriving personnel and equipment (loose and palletized) into the RSOI yard.

8.15.2.1. RSOI TRANSPORTATION. Providing transportation to and from the unloading area (inbound/outbound) to the holding area.  Record each flight number, movement, numbers of PAX, equipment and supplies, and other pertinent information on a tracking sheet and maintain this data in the RSOI Mayor cell.

8.15.2.2.  BRIEFINGS. Providing appropriate briefings in order to orient and inform PAX as to Force Protection Base Defense Condition (FPBDCON) procedures, safety, RSOI administration, operational flow, administrative procedures and points of contact for personal/operational issues. 8.15.2.3. ACCOUNTABILITY. Accountability of passengers at designated locations for departing flights.

8.15.3.  ONWARD MOVEMENT**.** Facilitate the process of moving units and accompanying material from the RSOI yard or holding area to airfield staging areas for loading preparation and execution.

8.15.4.  INTEGRATION. At the direction of the ACO the contractor shall facilitate unit-to-unit interface as required to provide seamless transfer of forces, through the management of information pertinent to the particular unit or individual.  The contractor shall notify parent units via phone, email or other available means.

8.15.5.  OTHER DELINEATED RSOI RESPONSIBILIITES.

8.15.5.1.  Operate the RSOI Yard Mayor Cell RSOI Administration.

8.15.5.2  Coordinate with Unit POC and Mayor Cell to facilitate status, movement and accountability.

8.15.5.3.  Report to Mayor's Cell on the # of flights, # of PAX, issues with transportation, information garnered in the course of routine business that could have an impact on arrivals, departures, frustrated cargo or PAX using phone, email and internet tracking reports.

8.15.5.4. Assign billeting of all incoming personnel, address transient personnel's issues, answer phones, and reply to emails.

8.15.5.5. Maintain a DA Form 1594 to log issues/occurrences.
8.15.5.6. Coordinate with the Aerial Port Movement Control Team (Air Terminal) and rotary wing management POCs as needed to disseminate and collect information for RSOI operations.

8.15.6.  SUPPORT FOR BILLETING OPERATIONS.

8.15.6.1. Provide necessary services to operate the FOB RSOI Yard 24/7.

8.15.6.2. Conduct a personnel inventory twice daily by scheduled assemblies as briefed and posted at the administration facility.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
FOUO

8.15.6.3. Conduct daily inspections of equipment, tentage, clamshell, structures, offices and facilities for serviceability and cleanliness.

8.15.6.4.Request appropriate work order and service repairs through the established request system.

8.15.6.5. Establish and maintain an accountability tracker of all personnel, unit, POC.

8.15.6.6. Maintain accountability of the equipment, tentage, clamshell, structures and facilities IAW Army regulation and local policy and report this to the designated military POC.

8.15.7.   SUPPORT FOR RSOI MAYOR CELL OPERATIONS.

8.15.7.1.  Establish and maintain procedures that facilitate the maintenance, safety, welfare and customer service for the RSOI staff personnel and passengers. Develop a SOP for RSOI operations and submit to the ACO within 30 days of award of the contract by the ACO.

8.15.7.2. Ensure all Staff are knowledgeable of their specific job requirements and operational taskings.

8.15.7.3.  Maintain accurate counts of current personnel capacity of RSOI and report this information on a daily basis using the aforementioned reporting systems.

8.15.7.4.  Provide a RSOI staff member for Mayor Cell meetings, coordinate Day 2 briefs as needed, and coordinate with MCT and Air Traffic Control Team for flight times and schedules.

8.15.7.5.  Provide augmentation support for all operations, coordination, flight information, and issues concerning the RSOI Yard to the Base Camp Mayor.

8.15.8.  DEMAND RSOI SURGE CAPABILITY.  Contractor shall be able be able support a surge of up to 600 additional personnel to support RSOI upon a 15 day notice.  Surge will consist of additional billeting and life support services for a period of 2-3 months.  Staging space for up to 600 personnel with carry-on bags that provide protection from sun and inclement weather.

| Table 8.15. Billeting for RSOI Operations | |
| --- | --- |
| Site | RSOI |
| CJ1-Jalalabad Air Field | X |
| CS1 Sharana Air Field | X |

8.16. SIGNS. The contractor shall provide, install and maintain standardized signs as required to designate facilities, operational sections and services (e.g. SSA, Laundry, Base Headquarters) at designated sites (see Paragraph 8.16.1). These signs shall not contain any specific military unit designation, crest or colors. The signs will not reference the contractor or any other contractor.

44

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

The contractor shall provide sign services through a service request form system and shall maintain complete documentation, by request for services, sufficient to reflect adherence to the above restrictions.

8.16.1. Sign services designated sites as listed below.

| Sign Services | | | | | |
|---|---|---|---|---|---|
| Site | Design | Nameplate Capability | Silk Screening | Fabrication | TO118 Signs Produced at AB1 - Bagram |
| AB1-Bagram | YES | NO | NO | Yes Wood Only | Estimated 200 Signs Common Size |
| TABLE 8.16.1. | | | | | |

8.17. DINING FACILITY (DFAC) OPERATIONS. All headcounts listed in 8.17.12. are estimates for planning. The Government will notify the Contractor when the headcount fluctuates beyond +/- 10%. Contractor will receive 15 day notice in order for contractor to meet DFAC requirements during surge periods at RSOI locations.

8.17.1. DFAC OPERATIONS AND MAINTENANCE.  The contractor shall establish, operate and maintain food service operations (in accordance with Paragraph 8.17.12.) to accommodate the permanent and transient base camp populations, serving (4) meals per day as per the command's meal cycle for the area and in accordance with applicable Army regulations. The contractor shall comply with all requirements of TB MED 530, including food safety. Food Sanitation training shall include personal hygiene, proper hand washing methods, maintaining proper food holding temperatures, proper use of disposable gloves, and cross-contamination of food items during meal preparation. Procurement of decorations and any electronic equipment (such as stereos and TVs) are the responsibility of the supporting units, however they shall be installed and operator level maintenance conducted by the contractor to ensure there is no disruption of DFAC operations. Each DFAC shall be able to support limited fresh baked products, existing special menu bars and existing dessert storage areas, existing working meal areas.

8.17.2. The Contractor shall order and prepare meals in accordance with our published 28-Day menu, the Department of the Army 28 Day Contingency Operations Menu and the Utilized Group Ration-A Menu. Deviations from the menu are authorized to use food in danger of spoiling.

8.17.2.1. DFAC HEADCOUNT. The contractor will provide a headcount in accordance with CJTF Military Oversight Responsibilities to Contractor Dining Facilities SOP and applicable Army regulations.

8.17.2.2. The Contractor shall maintain accounting procedures IAW AR 30-22 and DA PAM 30-22 using this system as a tool to monitor the inventory and spending per month using the existing spreadsheet (financial management sheet) and continue to forward the report for the military to

**DAAA09-02-D-0007**                                 **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

review. The contractor will stay within the monetary constraints of the Basic Daily Food Allowance (BDFA) in accordance with AR 30-22.

8.17.2.3. The Contractor shall serve the correct serving size per Army TM 10-412 or the recommended serving size on the item packing. The contractor shall alter the serving size at the request of the individual diner.

8.17.2.4. The Contractor shall not offer "high dollar food items" on self-service bars unless authorized by the ACO for special occasions. The Government will determine high dollar food items.

8.17.2.5. The Contractor shall use progressive cooking as defined in Army FM 10-23-2. When feasible and without interrupting service or inconveniencing diners, the contractor shall reduce the number of serving lines toward the end of the serving periods to keep leftover/discarded food items to a minimum.

8.17.2.6. The Contractor shall conduct 100% quantity and quality checks at the DFAC receiving point and adjust the receiving documents with the subsistence prime vendor to reflect the actual quantity received.

8.17.3. HAND WASH STATIONS. The Contractor shall provide sufficient hand wash stations using either Chlorinated Non-potable water or hand sanitizer accommodating the base camp population, preferably inside the entrance to the DFAC, but at a minimum outside the entrance to DFAC.

8.17.4. SOUP AND SANDWICH BAR-24 HOURS. The contractor shall maintain a Soup and Sandwich Bar available 24 hours a day at each site identified in Appendix D-TAB E. This Soup and Sandwich Bar shall include condiment, assorted lunchmeats, bread, and at least one type of soup. The food for the Soup and Sandwich Bar will be dependent upon government rations. All food will be government furnished.

8.17.5. MERMITE SITES. The ACO, upon recommendation from the Food Service Officer, for the site dining facility, will authorize (after approval through proper channels) the mermite meal request.

8.17.6. Paragraph Not Used.

8.17.7. SPECIAL MEALS REQUESTS. The Contractor shall prepare and serve holiday and Service birthday meals as required in the DFAC. The Major Subordinate Command (MSC) Food Services Officer and ACO will approve requests for food service support (Special Meal Requests) that are outside the normal mission of the dining facility. Headcount for meal requests shall be added to the Daily Headcount Register.

8.17.7.1. Paragraph Not Used.

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.17.7.2. DISTINGUISHED VISITOR (DV) MEALS. The Contractor shall prepare
Distinguished Visitor (DV) meals (0-7 and above) as approved by Major Subordinate Command
(MSC) Food Service Officer and directed by the ACO. The Government will provide the
contractor DV meal requests at least 72 hours in advance.

8.17.8. RATION STORAGE REQUIREMENT. The Contractor shall maintain a least seven (7)
days storage of rations (including chilled storage) and shall maintain storage capacity to
accommodate surges in population and up to four (4) additional day's storage capability for
rations or directed by the ACO in coordination with the CJ4/JLC.

8.17.9. The contractor shall have the capability to download Prime Vendor trucks within 24
hours of arrival to the greatest extent possible based on local events, policy and force protection
measures.

8.17.10. AIR CURTAINS. Air curtains shall be installed at all entrances and exits of dining
facilities except at Force Provider DFAC Facilities.

8.17.11. Dining Facility Operations are defined as follows:

8.17.11.1. DFAC

| DFAC Operations |
| --- |
| Prime vendor provides food as preferred choice. |
| Contractor performs all DFAC services |
| Government provides the facility |
| Contractor will provide required equipment |
| TABLE 8.17.11.1. |

8.17.11.2. Paragraph not used

8.17.11.3. MERMITE SITE

| Mermite Site Operations Table 8.17.11.4. |
| --- |
| Food is prepared at nearest DFAC. |
| Government transports prepared food. |
| Headcount is performed at DFAC. |
| Government performs all DFAC services. |
| Government provides the facility and all required equipment. |
| Government provides Mermite Containers. |
| Contractor shall maintain the Mermite Containers for sanitation purposes. |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.17.12. DINING FACILITY (DFAC) OPERATIONS.

| DFAC Operations Table 8.17.12. | | | | |
|---|---|---|---|---|
| Code | Location | DFAC # | Feed Capacity Per Meal | Surge Capacity Per Meal |
| CJ1 | Jalalabad DFAC | Main | 2000 | 3000 |
| CJ1 | Jalalabad DFAC | Duffman | 70 | 150 |
| CJ2 | Jalalabad DFAC | PRT | 300 | 400 |
| CJ5 | Asalabad | Main | 400 | 550 |
| CJ9 | Mehtar Lam | Main | 450 | 600 |
| CJ10 | Blessing | Main | 200 | 300 |
| CJ11 | Kalagush DFAC | Main | 275 | 400 |
| CJ12 | Bostick | Main | 500 | 600 |
| CK12 | Maywand | Main | 1000 | 2100 |
| CL1 | Lagman DFAC | Main | 1000 | 1500 |
| CO1 | Orgun-E | Main | 800 | 1400 |
| CS1 | Sharana DFAC | Main | 2000 | 3000 |
| CS1 | Sharana DFAC | RSOI | 700 | 800 |
| CS2 | Ghazni DFAC | FP/Main | 1300 | 1500 |
| CS6 | Gardez | Main | 500 | 900 |
| CS6 | Gardez | PRT | 300 | 500 |
| CS10 | Warrior | Main | 500 | 900 |

| Dining Facility Operations Table 8.17. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.17. Establish and manage DFAC operations. | In coordination with the Base Camp Mayor, CJ4, and at the direction of the ACO, establish, operate and maintain food service operations IAW para 8.17.12. of this SOW. | Meals shall be ordered and prepared IAW published 28 Day menu, the Department of the Army 28 Day Contingency Operations Menu and the Utilized Group Ration-A Menu<br><br>Accommodate permanent, transient and surge base camp populations, serving four (4) meals per day as per the command's meal cycle for the area and in accordance with applicable Army regulations. |

**DAAA09-02-D-0007**                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                        **FOUO**

| | | |
|---|---|---|
| | | Maintain any decorations and any electronic equipment (such as stereos and TVs) provided by the USG.

Provide limited fresh baked products, special menu and dessert bars, storage areas, and work meal areas.

Provide food sanitation training that includes personal hygiene, proper hand washing methods, maintaining proper food holding temperatures, proper use of disposable gloves, and cross-contamination of food items during meal preparation

Accounting procedures IAW AR 30-22 and DA PAM 30-22 shall be maintained to monitor the inventory and spending per month.

The Basic Daily Food Allowance (BDFA) shall be followed IAW AR 30-22 without taking anything from the diners unless on the published UGR-A Menu.

Correct serving size, per Army TM 10-412, shall be provided or altered at the request of the individual diner.

Manage "high dollar food items" on self-service bars. Use progressive cooking methods as defined in Army FM 10-23-2. |

| | | |
|---|---|---|
| | | Conduct a 100% quantity and quality check and adjust the receiving documents with the subsistence prime vendor. Provide hand wash stations using either Chlorinated non-potable water or hand sanitizer accommodating the base camp population inside or outside the entrance to the DFAC. |
| | | Provide Mermite meals at the direction of the ACO. |
| | | Provide Special Meals as approved by the MSC Food Service Officer and at the direction of the ACO. |
| | | Distinguished Visitor (DV) meals (0-7 and above) shall be prepared as approved by the MSC Food Service Officer and at the direction of the ACO. |
| | | Seven (7) days rations shall be stored (including chilled storage) at each DFAC or directed by the ACO in coordination with the CJ4/JLC. |
| | | Storage capacity to accommodate surges in population up to an additional four (4) days shall be accommodated for. |
| | | Download Prime Vendor trucks within 24 hours of arrival. |
| | | Air curtains shall be provided |

DAAA09-02-D-0007                                  **EFFECTIVE DATE: 1 April 2009**
TASK ORDER: 0118 CJOA, V1.4
                                      **FOUO**

| | | |
|---|---|---|
| | | for all entrances and exits. Headcount totals indicated in table 8.17.12. are approximate numbers to be used for planning purposes only. |
| TABLE 8.17. | | |

8.18. FIRE FIGHTING SERVICES. The contractor shall maintain and operate Crash, Fire and Rescue services at CK1-Farah Airfield in accordance with AMCI 11-208 and in coordination with the Base Camp Mayor and ACO.  The contractor shall ensure fire-fighting personnel meet the requirement of DOD Instruction (DODI) 6055.06M, DOD Fire and Emergency Services Certification Program. The contractor shall perform the services at a level capable of supporting Farah Airfield. These services include Aircraft crash rescue emergencies or standby during abnormal operations, emergency response, equipment and vehicle management, fire prevention, education and training.

8.18.1. The Firefighters shall respond to, extinguish, protect and salvage for the following types of emergencies within US controlled areas of Farah Airfield.

8.18.1.1. Aircraft crash and rescue emergencies or standby during abnormal operations such as hot refueling operations, refueling of aircraft loaded with munitions, medical evacuations, etc. The contractor shall plan to support fixed wing C130 and smaller and rotary wing CH47 and smaller. The contractor shall assume the mission to support the following:  12-hour day operations capable of flexing for short periods for short durations, utilization of CAP equipment consisting of (2) P-19 vehicles or equivalent.

8.18.2. Communications. The contractor will provide the communications equipment necessary to operate and maintain all fire fighting communications services at the designated site and airfield (see paragraph 8.18.3.). All emergency response affiliated agencies are required to be in communication with each other for all emergency incidents.

8.18.3. The contractor shall provide fire-fighting services at the following designated airfield:

| Fire Fighting Services Table 8.18.A | |
|---|---|
| Location | Airfield Operations |
| CK1- Farah | Aircraft crash and rescue emergencies or standby during abnormal operations. |
| Table 8.18.A | |

8.18.4. FIRE INCIDENT REPORTS. The Contractor shall provide within 24 hours a detailed report, pertaining to all fire incidents per Appendix I (Deliverables/Reports).

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**

**FOUO**

| Fire Fighting Services Table 8.18.B. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.18. Establish and maintain fire fighting services for crash, fire and rescue services. | IAW Base Camp Mayor, LSO and as directed by the ACO, provide crash, fire fighting and rescue services for Farah airfield. | Provide airfield fire fighting services IAW AMCI-11-208. Provide standby during abnormal operations such as hot refueling operations, refueling of aircraft loaded with munitions, medical evacuations and respond to and extinguish fires IAW 8.18.1.1. The Contractor shall provide within 24 hours a detailed report, pertaining to all fire incidents per Appendix I (Deliverables/Reports). |
| TABLE 8.18.B. | | |

8.19. FIRE PROTECTION SERVICES. The contractor shall provide fire protection services throughout base camps, facilities and tents.  These services include conducting fire inspections, providing fire fighting support devices such as fire extinguishers, smoke detectors, carbon monoxide detectors and lighted exit signs IAW National Fire Protection Association (NFPA) Codes.. Inspection frequency and fire prevention inspections shall be conducted in accordance with AR-420-1. These services include an exchange program for fire extinguishers IAW GFE and GFR. Inspection frequency and fire prevention inspections shall be conducted in accordance with AR 420-1.  The Base Camp Mayor and the ACO will provide specific fire protection site requirements and technical direction. Fire protection services will be annotated in the MSOW.

8.19.1. EXCHANGE PROGRAM. The contractor shall establish an exchange program for dry chemical ABC and BC type fire extinguisher holders and signage.

8.19.2. DRY CHEMICAL FIRE EXTINGUISHERS. Recharging service will apply to dry chemical and compressed air foam fire extinguishers and be in accordance with National Fire Protection Association 10. Contractor fire extinguisher recharging service for all CJOA sites will be supported from AB1-Bagram.

8.19.3. FIRE PREVENTION INSPECTIONS.  The contractor shall perform facilities fire inspections in facilities listed in Appendix F in accordance with AR 420-1 and USG theater policies. The contractor shall develop pre-incident fire plans and develop risk assessments throughout base camps, facilities and tents. The contractor shall provide reports of fire inspection results to the Base Camp Mayor.

**FOUO**

8.19.3.1. RING ROUTE (RR) AND ON-SITE RESIDENT (OSR) FIRE PROTECTION
SUPPORT.  At Ring Route (RR) and On-Site Resident (OSR) locations where the contractor has
no permanent Fire Protection personnel, the contractor shall conduct at minimum semi-annual
fire inspections or in accordance with AR 420-1 and USG theater policies. At the discretion of
the contractor, such inspections will be performed after a threat assessment has been performed
and security conditions have been found to be acceptable by the contractor.  Contractor will
provide Ring Route and On-Site Resident locations with smoke detectors and fire extinguishers
for all facilities listed in Appendix F (Facilities).  Fire extinguishers will be replaced when
required under the contractor Exchange Program. The Ring Route (RR) and On-Site Resident
(OSR) locations where the contractor has no qualified fire protection personnel assigned for Fire
Protection Services is identified as augmentation support and the overall service requirement
remains the responsibility of the government.  The contractor will provide training of on-site
designated individuals in fire prevention measures and insure the personnel are provided copies
of fire inspections, pre-incident fire plans and risk assessments.  The Base Camp Mayor has the
responsibility to provide a list of designated personnel to the contractor.

8.19.3.2. ON-SITE RESIDENT (OSR) FIRE PROTECTION SUPPORT.  At On-Site Resident
(OSR) locations, the contractor shall conduct at minimum semi-annual fire inspections or in
accordance with AR 420-1 and USG theater policies.  Contractor will provide OSR locations
with smoke detectors, fire extinguishers and services identified in paragraph 8.19. for all
facilities listed in Appendix F (Facilities).  Fire extinguishers will be replaced when required
under the contractor Exchange Program. The OSR Fire Protection Service is identified as
operational control support and the overall service requirement remains the responsibility of the
contractor when no on-site fire protection personnel are assigned to the OSR location.

| Fire Protection Services Table 18.19.3. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.19. Provide, manage and maintain fire protection services. | Provide fire protection services throughout base camps, facilities and tents. These services include but are not limited to conducting semi-annual fire inspection, providing fire fighting support devices such as fire extinguishers and smoke detectors. | Fire inspection frequency and fire prevention shall be IAW AR-420-1 and USG theater policies. The Base Camp fire protection program shall be annotated on the MSOW. A fire extinguisher exchange program shall be established for dry chemical fire extinguishers and include fire extinguisher holders and signage. |

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                   **FOUO**

| | | |
|---|---|---|
| | | A fire extinguisher dry chemical service shall be provided and be IAW National Fire Protection Association (NFPA) 10 standards; recharge service shall be available at AB1-Bagram. Perform base wide fire prevention inspection service IAW AR 420-1 and USG theater policies. Develop pre-incident fire plans and risk assessments throughout base facilities listen in Appendix F and provide fire inspection reports to the Base Camp Mayor.<br><br>At Ring Route (RR) locations conduct as a minimum a semi-annual fire inspections or in accordance with applicable regulations or SOP. At the discretion of the contractor, such inspections will be performed after a threat assessment has been performed and security conditions have been found to be acceptable by the contractor. |
| Fire Protection Services Table 18.19.3. | | |

8.20 VEHICLE (NTV) MAINTENANCE FACILITY. The contractor shall operate and maintain a Maintenance Facility for all vehicles and equipment on the density list (Appendix N). The contractor shall treat all vehicles designated as part of the facility for maintenance as Government - Owned Property, which includes providing all repair parts. Maintenance Facility operations will be managed by the approved contractor management system. A list of vehicles maintained at all sites available at Appendix N.

8.20.1. Paragraph Not Used.

8.20.2. A common pool fleet of vehicles or equipment is not authorized.

**DAAA09-02-D-0007**                                  **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.20.3. Maintenance Facility Level 10, 20 or 30 operations.

| Level 1/2 Maintenance Locations Table 8.20.A. |
| --- |
| CJ1 JAF-Fenty |
| CO1 Orgun-E |
| CS1 Sharana Airfield |

8.20.4. Paragraph Not Used.

8.20.5. The contractor shall provide operator and organization level (10/20) services for vehicle listed in Appendix N at the NTV Maintenance Facility.

8.20.5.1. RING ROUTE (RR) AND ON-SITE RESDIENT (OSR) NTV MAINTENANCE SUPPORT. The contractor shall provide level 1 plus oil change/lubrication on a periodic basis on vehicles listed on Appendix N at all Ring Route (RR) and On-Site Resident locations where the contractor has no permanent NTV Maintenance personnel assigned.  Service will be provided at a minimum of a 90 day rotational schedule.  Contractor will provide level 20 repairs where required tools and facilities are available at a Ring Route (RR) and On-Site Resident (OSR) locations.  Level 20 repair parts will be supported from NTV Maintenance (Hub) locations.

8.20.5.2. RING ROUTE/ON-SITE RESIDENT NTV MAINTENANCE PARTS/SUPPLIES. The contractor shall maintain an ASL of parts at NTV Maintenance (Hub) locations (Table 8.20.3.) required for 10/20 level service to support the maintenance of vehicles listed in Appendix N at Ring Route (RR) and On-Site Resident locations.

8.20.6. The contractor shall maintain the capability at Hub locations to dispatch Government Services Administration (GSA) leased and Government owned vehicles at the direction of the ACO. Vehicles will be provided by the Government, except those procured for the contractor's internal operations.

8.20.6.1. LEVEL 30 MAINTENANCE. Level 30 maintenance on Task Order 118 vehicles will be performed at the nearest 30 level maintenance facility.

8.20.6.2. Level 20 maintenance (limited) on Up-armored Vehicles will be performed at AB1-Bagram.  The following 20 maintenance services WILL NOT be performed on unit Up-armored Vehicles: (1) suspension, (2) ballistic protection, (3) frame modification or repair, (4) doors, (5) windows, (6) windshields, (7) transmission repair/replacement, (8) differential, (9) axle, (10) spindle assembly, (11) wheel and tire replacement. (12) brakes.

8.20.7. The contractor shall maintain the capability to issue a semi-permanent vehicle identification marker (sticker) for all vehicles for the purposes of dispatch and fuel issue procedures compliance. Identification markers shall comply with Base Provost Marshall policies.

8.20.8. Paragraph Not Used.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

| Maintenance Facility Operations Table 8.20.B. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.20. Manage and maintain Maintenance Facility operations. | Manage and maintain a Maintenance Facility for all vehicles and equipment listed in Appendix N. | Manage and maintain NTV Maintenance Facilities at designated locations.<br><br>Provide operator and organization level (10/20) services at bases listed in Appendix D.<br><br>Level 3 maintenance will be performed at the nearest 3 level maintenance facility.<br><br>Retain the capability to issue a semi-permanent vehicle identification marker (sticker) for all vehicles and equipment IAW Base Provost Marshall policies. |
| Vehicle Maintenance Operations Table 8.20.B. | | |

8.21. Paragraph Not Used.
8.22. Paragraph Not Used.
8.23. Paragraph Not Used.

8.24. PROJECT PLANNING. The contractor shall have staff available for estimating, planning and scheduling of projects, facilities and services as requested by the LOGCAP Support Officer and directed by the Administrative Contracting Officer. Planning shall consist of site assessments, technical risk assessments, alternative analysis, environmental impact assessments, project schedules and project planning estimates for labor, equipment, materials and subcontract requirements.  Project planning estimates involving construction shall be prepared in accordance with DA PAM 420-11, Project Definition and Work Classification, dated 7 Oct 1994. Contractor acceptance or return of the PPE requests must be completed within two days (48 hours) of submission to the contractor.

| Project Planning Table 8.24. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                    **FOUO**

| 8.24. Provide assistance for project and facility planning and scheduling | Conduct site assessments, technical risk assessments, alternative analyses, environmental impact assessments, project schedules and project planning estimates as requested by the LOGCAP Support Officer and directed by the Administrative Contracting Officer. | Assist as required within the CJTF DIVISION name requested 95% of the time. Contractor acceptance or return of the PPE requests must be completed within two days (48 hours) of submission to the contractor.<br><br>Unless an extension is granted, routine Project Planning Estimates are required within 14 days from contractor acceptance from the ACO. |
|---|---|---|
| Project Planning TABLE 8.24.. | | |

8.25. Paragraph Not Used.
8.26. Paragraph Not Used

8.27. CLASS IV YARD OPERATIONS. The contractor shall operate and provide services and equipment necessary to maintain the Class IV operation and site including, but not limited to, providing all relevant labor, equipment maintenance, supplies, and supervision under guidance of the CJTF and the direction of the ACO. The Class IV yard hours of operation are 12 hours per day, seven (7) days a week. The government shall appoint an Accountable Officer for the Class IV operations.

8.27.1. The Accountable Officer will provide guidance over the functions of the yard. The CJ7 shall prioritize and approve the issue of construction material based on the assessment of pending planned projects and current inventory.

8.27.2. The contractor shall receive material through the SARSS system. The contractor will account for material as it is received and report receipt and any discrepancies to the Accountable Officer.

8.27.3. The contractor will store materials in the Class IV yard in such manner as to secure them from pilferage and protect them from the elements. The contractor will track inventory of construction materials and report status as directed by the Accountable Officer.

8.27.4. The contractor will issue material to approved customers at the direction of the Accountable Officer. The contractor will stage materials, by project, as directed by the Accountable Officer. The contractor shall order, receive, store, issue and track on-hand balances for all Class IV materials using Government Furnished STAMIS (SARSS) in accordance with approved US Government accounting practices and procedures.

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
FOUO

8.27.5. The government will provide MHE to operate the Class IV yard. The contractor is responsible for the maintenance and services of the equipment required to operate the Class IV yard. At a minimum, the contractor must perform weekly maintenance of the equipment to ensure all equipment is operational and has no safety violations.

8.27.6. The contractor shall support, up to one thousand six hundred (1,600) line items of Class IV materials.

8.28. Paragraph Not Used.

8.29. BADGE/SCREENING/BIOMETRICS OPERATIONS. The contractor shall operate and manage the Military Force Protection Screening Cell (FPSC) Mission. (8.29.2.3.) The FPSC Mission shall be conducted with the government oversight of no less than an OIC (Officer In Charge) and NCOIC (Non Commissioned Officer in Charge). The government shall maintain authority for badge issuance / denial. The Government shall assign an appropriate representative for resolving badging issues. The contractor shall work under its own established procedures, however the Government shall be informed when derogatory information is exposed during the screening and at which point the OIC/NCOIC will take steps as necessary.

8.29.0.1. This mission will be conducted in three steps: Initial Screening, Biometric Collection and Badging for all Locally Employed Personnel (LEP) and other designated personnel requiring access to the base camp.

8.29.0.3. All contractor employees working on Screening Cell mission shall be a US Citizen and hold a valid Secret or interim Security Clearance. Mission will be conducted in reference to USCENTCOM Identify Dominance Concept.

8.29.0.4. The following language capabilities are required to support to support the mission; Dari, Pashtu. The contractor shall provide contracted linguist support required to accomplish the screening and badging and shall be capable of screening in the above stated languages or as required or directed by the ACO.

8.29.0.5. The contractor shall populate an unclassified Government database that records screening and biometric collection information for all individuals screened and badges issued. The contractor shall provide an updated report to the Base Commander or designee on a weekly basis. The report will, at a minimum, identify the number of persons screened and the number of persons failed with short descriptions explaining the failure, and the total number of badges issued and lost. Reports shall be submitted to and in a format approved by the Screening Cell OIC/NCOIC.

8.29.0.6. The contractor shall establish and maintain a stand-alone computer network within a 350-foot radius of those utilized by the Badging Office, ECP's and other biometric users. Contractor shall restrict access to the Screening Mission Data to only authorized personnel.

**FOUO**

8.29.0.7. All Locally Employed Personnel shall be re-screened and re-badged every 6 months or as directed by the ACO.

8.29.1. SCREENING.   The Government will design an application form to collect required information.  This application form shall be completed in English.  The Government will provide the contractor with a list of questions (GFE: Biometric Automated Toolset dossier) to be included in all screening. FPSC screeners can formulate questions based on USG Priority Information Requirements (PIRs), information obtained during the LEP screening and other information obtained through closed/open source channels.  The government as needed may change the questions (dossier) or provide a specific questionnaire.  The contractor shall record all answers in a database format.  The government will compile pertinent information for reports as required.  The contractor shall not produce classified reports.

8.29.2.BIOMETRICS.The Government will provide all necessary material and biometrics equipment for the contractor's utilization.

8.29.2.1. The contractor shall incorporate Biometrics operations to include gathering personal identification information to include but not limited to fingerprint scans, iris scans pictures and production of new badges.  The Biometric system will be utilized to verify the identity of the badged personnel.  The badge will be the method used to track the status of personnel on/off post.

8.29.3. BADGING.  Badges shall be of a design that shall not be easily duplicated and shall be randomly numbered in Alpha Numeric's by the USG provided system numbered.  Badge stock shall be secured in a safe place with sufficient access safeguards to limit the possibilities of unauthorized personnel from gaining access to the badge stock.  The contractor shall review the access ID application, and if complete, shall issue the badge.

8.29.3.1.  At a minimum, badges shall identify the following information: Recipients Nationality; Recipients National Identification (Tazkara/Passport); Recipients First and Last Name (if applicable); A color photo of the individual; A unique Badge Number; no badge number will be issued twice; Company working for; Expiration Dates (Based on contract expected duration and/or 6 months whichever comes first) and other information as requested by the Base Commander or the Base Commander's representative and approved by the ACO

8.29.3.2. The contractor shall issue different categories of badges.  Each category shall have a different color background.  Colors will indicate escort requirements.  The contractor shall operate the Identification Card office seven (7) days a week for a minimum of 10 hours per day; hours TBD as directed by the Government.

8.29.3.3. The following annual estimates for badges are given:

8.29.3.3.1. Up to 3,300 Permanent Access Badges annually based on 375 screenings per month. Plus 1,000 Permanent Access Badges annually based on upgrades and reprints due to lost, faded and/or damaged badges.

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

8.29.3.3.2. Up to 300 Temporary badges (no photo, escort required) annually.

8.29.3.4. The contractor shall issue badges only on the authorization of the Base Commander (CDR), or his designee's approval.

8.29.3.5. The contractor shall maintain a badge stock with capabilities to re-badge all persons with an active FPSC office issued access badge in the event that the Base Commander directs a change due to excessive losses of badges or evidence that the current stock/badge has been compromised. New badge design will be provided and/or approved by the OIC.

8.29.3.6. No badge will be issued without proof of identification (Tazkara or Passport) from the recipient, proof of the contract the prospective employee will be working under, and a badge application completed and signed by the Contingency Contracting Officer or other OIC approved hiring authority. Minimum rank of individual signing the application is E7, or civilian equivalent (company HR representative), or above. Day Laborers will require a military sponsor. The contractor shall review the access ID application, and if complete, shall issue the badge.

8.29.3.7. The Government will provide all badge equipment, and have reserve equipment to ensure continuous operations in the event that the primary system breaks down. The Government shall be responsible for maintenance and repair of all hardware and software systems. Contractor will provide computer server, printer, scanner and phone.

8.30. BASE OPENINGS AND CLOSURES. This is a conditions-based strategy that allows CJTF to withdraw gradually from Forward Operating Bases, Contingency Operational Locations, and Contingency Operational Sites to an enduring Contingency Operational Base. Because of the difficulty of establishing fixed timelines, the contractor shall strive to create plans with the greatest amount of built in flexibility as practicable. The principle objective of planning and execution is to close and relocate bases, locations and sites in an environmentally responsible manner while adhering to sound property accountability principles. Closing, opening and relocating bases will follow "Sandbook" standard and Appendix K. This requirement will be at the direction of the ACO.

8.31. Paragraph Not Used.
8.32. Paragraph Not Used.
8.33. Paragraph Not Used.
8.34. Paragraph Not Used.
8.35. Paragraph Not Used.
8.36. Paragraph Not Used.

9.0. CORPS LOGISTICS SERVICES SUPPORT (CLSS). The contractor shall support CLSS in specified services in accordance with CJTF policies and procedures. The contractor shall provide the designated services in Appendix D.

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

9.1. Paragraph not used
9.2. Paragraph not used

9.3. COMBAT SUPPORT / COMBAT SUPPORT SERVICE.

9.3.1. CLASS I OPERATIONS (RAW FOOD BREAKPOINT).  The contractor shall receive, inventory, and issue seven (7) DOS of subsistence items on a 24 hours a day, seven (7) days a week basis.  The contractor shall not store UGR-A, nor Bottled Water nor MRE's unless directed by the ACO.

9.3.2.  The contractor shall conduct physical inventories of all subsistence according to the latest and updated appropriate Army regulations.  An agreed upon method of tracking the transactions pertaining to Class I operations will be used until the contractor is provided an approved automated system for operations and accountability by the U.S. Army.  The contractor shall provide input to the daily LOGSTAT report. This daily report is filed electronically with the designated JLC Responsible Officer (RO).

9.3.3.  The Contractor shall provide the required POWERGEN/HVAC/ELEC and storage/office facilities for the (7) DOS Class I Storage.  The Government will provide the Refrigerated Storage (Joint Logistics Command) unless otherwise directed by the ACO.

9.3.4.  The contractor shall receive, store, inventory, issue, and assist in ordering subsistence items for Operational Rations which consist of orders for designated Forward Operating Base (FOBs) and Provincial Reconstruction Teams (PRTs) and contingency bases use as required.

9.3.5.  The contractor shall retain responsibility for ordering rations to Forward Operating Bases (FOBs) and Provincial Reconstruction Teams (PRTs).

9.3.6.  The Government  will provide movement of the Mermite Containers and return empty containers to the respective CRPs.

9.3.7.  The contractor shall conduct physical inventories of all subsistence according to the latest and updated appropriate applicable army regulations to include tracking and reporting food expiration dates.

9.3.8. The government is responsible for providing an approved method of automated accountability, and the contractor and government will use an agreed upon method of tracking the transactions pertaining to Class I operations until this system of record is provided.  The government will assign a Responsible Officer (RO) to oversee accountability issues within the operation.

| Class I Operations (Raw Food Breakpoint) 9.3.1. | | |
|---|---|---|
| Required Function CL I | Performance Objective | Performance Standard |

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

| | | |
|---|---|---|
| (Receive) Operate a Class I  Break Point | Within the theater of operations, capable of receiving 20' and 40' MILVANS and flatbed vehicles of CL-1 operational rations and or bottled water. | Receive, download, and place into inventory, within 24 hours, unless repackaging is required. |

9.4.  CLASS II, III (P) and IX SSA SUPPLY SUPPORT ACTIVITY (SSA). The contractor shall have management and operational control of Multi-Class SSA as identified in table 9.4, in accordance with applicable military regulations.

| Site | RIC | Receipts up to | Storing Lines up to | Issue up to |
|---|---|---|---|---|
| CJ1 – JAF/Fenty | | 600 | 7,000 | 600 |
| Table 9.4 | | | | |

9.4.1. Paragraph Not Used

9.4.2. The contractor shall conduct SSA operations and maintain the appropriate Authorized Stockage List (ASL) in accordance with military regulations regarding the storage, issue, receipt and security of Stock Record Account (SRA) operations as outlined in Appendix H and as listed below.

9.4.2.1. Army Regulation 735-5 (Policies and Procedures for Property Accountability)
9.4.2.2. Army Regulation 725-50 (Requisition, Receipt, and Issue System)
9.4.2.3. Army Regulation 710-2 (Supply Policy below the National Level)
9.4.2.4. DA PAM 710-2-1 (Using Unit Supply System- Manual Procedures)
9.4.2.5. DA PAM 710-2-2 (Supply Support Activity Supply System- Manual Procedures)

9.4.3. The contractor shall provide, maintain, and be licensed to operate all equipment necessary (e.g. MHE and forklifts) within each section of each site, to sustain necessary SSA operations.

9.4.4. The Government will provide software, manuals, workstations and peripherals, to operate the SSA at each site, as applicable, except for internal contractor support equipment. The contractor will also operate and must be proficient in the Standard Army Retail Supply System 1 (SARSS-1) and will perform all tasks IAW ADSM 18-L1Y-AJT-ZZZ-UM and ADSM 18-L1Y-AJT-ZZZ-EM (SARSS operational manuals).

9.4.5. The contractor shall receive, store, and issue supplies, to include turn-ins; maintain location accuracy and inventory accuracy in accordance with AR 710-2 or applicable military regulation. Contractor will also perform stock control functions including SARSS closeouts and back-ups, daily, and Trans IN/OUT when directed by the Accountable Officer.  It is not the responsibility of the contractor to provide customer escorts.

**DAAA09-02-D-0007**                                     **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
                                         **FOUO**


9.4.6. The contractor shall support the Government in conducting all inventories and preparing quarterly ASL reviews for Army SSAs.

9.4.7. The contractor shall operate the SSA 24 hours per day, 7 days a week.

9.4.8. All outgoing cargo shall have an associated Government provided RFID tag with content level six data detail.

| Required Functions Multi-Class SSA | Performance Objective | Performance Standard |
|---|---|---|
| Operate Multi-Class SSA at CJ1 Fenty. | Operate in accordance with regulations and procedures indicated in paragraph 9.4 through 9.4.7 and appendix H. | Receive supplies and process into SARSS within 24 hours; maintain a location accuracy of 98%; maintain an inventory accuracy of 95%; maintain a denial rate of 1% or less; are in accordance with AR 710-2. All shipments will have Government Provided RFID tags in accordance with all applicable policies. |
| TABLE 9.4.7. | | |

9.5. Paragraph Not Used.
9.6. Paragraph Not Used.


9.7. CLASS III BULK (B) OPERATIONS  The contractor shall install, operate, and maintain a Class III (B) supply point consisting of fabric collapsible tanks, underground or above-ground hard wall storage tanks physically capable of receiving, storing (on the ground) and issuing at the locations listed in the table below. Existing fuel bunkers and/or hard wall storage tanks shall be used for storage in coordination with the LSO and at the direction of the ACO after joint inspection by the Government and the contractor for viability and condition. For planning purposes, storage capacity shall be calculated at a maximum 100% fill. The contractor shall provide the services, resources and operational oversight necessary to perform Fuel Support Except as otherwise set forth in the contract, the contractor shall meet all of the requirements set forth in DOD 4140.25M, Vols. 1, 2, and3, DoD Management of Bulk Petroleum Products, Natural Gas, and Coal, and MIL STD 3004A, Quality Surveillance for Fuels, Lubricants and Related Products and military service specific quality guidance. Notwithstanding any other provision of this contract, the contractor shall comply with all applicable U.S. and Host Nation laws in the performance of this requirement, and in accordance with (IAW) the applicable clauses within the basic contract and this Statement of Work (SOW). The contractor shall follow

**FOUO**

the rules, regulation and guidance outlined in Defense Energy Support Center (DESC I-11), (DESC I-7). In the event of a conflict or dispute, the contractor shall request clarification or interpretation by the designated ACO or Procuring Contracting Officer (PCO). Locations storing Defense Working Capital Fund (DWCF) owned products will follow product accountability, documentation, and documentation/data retention guidance contained in DOD 4140.25-M, industry standards, and standard commercial practices.

The Contractor shall prepare all documentation for all fuel IAW the Army's FM 10-67-1, AR 710-2 Chapter 2 paragraph 2-37 and Defense Energy Support Center (DESC) I-11 for Non-Capitalized sites or other approved government accountability system as determined by the Army Accountable Officer and the Defense Energy Supply Center (DESC).

9.7.1.1 The contractor shall operate designated bulk fuel storage facilities, retail facilities; pump operations, assault fuel hose line(s), receiving point and retail facilities fuel off-loading points, pump operation including maintenance and refueling equipment and shall record all receipts, issues of fuels, and maintain historical records for data. The contractor shall receive, account for, store and issue bulk and retail aviation and ground fuel as required 24 hours a day, 7 days a week.

9.7.1.2. FUEL DOCUMENTATION/RECORDS/REPORTS/ACCOUNTABILITY. The contractor shall create and maintain complete and accurate required files of documentation, records. The contractor shall submit the required accountability reports and documents described in this Statement of Work to the designated Responsible Officer. When necessary and only when directed by the ACO, the government may require additional reports. The contractor shall prepare daily accountability reports on the DA Form 3643 and electronic spreadsheets provided by the government through the ACO. The contractor shall document all information on DA Form 3643 including the total amount of downloaded or uploaded fuel received from government contracted trucks, fuel received from download points and daily aviation fuel issued. The electronic spreadsheet information shall also contain a record of fuel bag gauging per bag in inches of fuel. The contractor shall perform daily close out actions by midnight local Afghan time by recording activity or other government approved accountability system for the previous 24 hour period. The contractor will retain responsibility for accurate accountability and record management.  The Responsible Officer (RO) will only be responsible for quality assurance and quality surveillance over the process. The contractor shall provide the Responsible Officer with the original report copies and printouts by 0630L daily.


9.8. Paragraph Not Used.
9.9. Paragraph Not Used.
9.10. Paragraph Not used.
9.11. Paragraph Not Used.
10.0. Paragraph Not Used.
10.1. Paragraph Not Used.
10.2. Paragraph Not Used.
10.3. Paragraph Not Used

10.4. MOVEMENT CONTROL. The contractor shall augment the MCT with equipment and personnel required to establish, operate, and maintain movement control (MCTs) in accordance with the current missions.  Contractor augmentation of personnel is based on the staffing

**FOUO**

recommendations in Appendix M.  Additions or changes to the locations and personnel staffing will be submitted by the MCB to the ACO for approval.

10.4.1. MOVEMENT CONTROL REPORTS. The contractor shall provide Movement Control Reporting to the MCB. MCTs will submit reports in accordance with the MCT SOP. The contractor shall provide reporting within established CJTF nodes to the MCB. Certain operational activities require that specific movements receive particular attention as "high priority". The contractor shall communicate all activities pertaining to these high priority movements to the Air Cell Battle Captain.

10.4.2. Paragraph Not Used.

10.4.2.1. TRANSPORTATION MOVEMENT REQUEST (TMR) MANAGEMENT. The contractor shall augment existing MCT's. Functions shall include accepting, validating, and the processing of TMR's. The contractor shall assist the customer with the processing of transportation assets per the MCB SOP.

10.4.2.2. CUSTOMER SERVICE. The contractor shall provide customer service and assist units with movement control issues.  Designated personnel working in Area MCT missions shall possess and maintain a Secret security clearance.

10.4.4. MCT AIR OPERATIONS SECTION. Operations shall be conducted in accordance with DTR 4500.9R, CJTF procedures and Theater Commander's movement priorities. Procedures may be adjusted by the MCB as the mission dictates. The contractor shall augment the designated MCT and support the Airfield Operations section responsible for providing In-Transit Visibility to customers and the MCB Air Operations Cell in accordance with MCB SOP. MCT Air Operations consist of cargo processing (10.4.4.7.), and ramp operations (10.4.4.8.) as listed below.

10.4.4.1 Paragraph Not Used.

10.4.4.2 MILITARY, USG CHARTER OR DOD SPONSORED FIX WING AIRCRAFT.  MCT Air Operations for fixed wing will consist of cargo processing.  Processing will include validation for airworthiness, cargo documentation, and quality control.  Haz Mat validation will be provided as required per air movement. Cargo processing will include validating cargo for air preparation and quality control of cargo documentation.

10.4.4.3. NON DOD Sponsored Aircraft are excluded in this statement of work.

10.4.4.4. Paragraph Not Used.
10.4.4.5. Paragraph Not Used.
10.4.4.6. Paragraph Not Used.

10.4.4.7. CARGO PROCESSING. Cargo processing shall consist of inspecting and validating cargo for airworthiness, and validating appropriate cargo documentation. Cargo processing will

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

operate both originating / terminating cargo sections. In-transiting cargo from Central Receiving Shipping Points (CRSP), or unit moves will be offered for opportune airlift or terminated for onward surface movement coordination to include surface distribution to appropriate cosigner.

10.4.4.7.1. CARGO DOCUMENTATION. The contractor shall provide and operate a Cargo Documentation Team responsible for inspecting and validating cargo for air worthiness, and validating appropriate cargo documentation. In coordination with the unit the contractor shall pre-inspect outbound cargo in preparation for conducting a joint inspection.

10.4.4.7.2. HAZMAT CERTIFICATION ASSISTANCE. The contractor shall assist all units transiting the APOD/E with the proper processing of HAZMAT Certification paperwork, verify certification documentation from units that have already filled out their paperwork, and validating shipments of Hazardous cargo materials and dangerous goods destined for shipment by air. This task shall be performed in accordance with the MCB Standing Operating Procedures. Standing Operating Procedures may be adjusted by the MCB as mission dictates. The Government will provide the contractor the appropriate HAZMAT certification training.

10.4.4.8. RAMP OPERATIONS. Ramp operations shall involve the marshalling of cargo from the staging area to the aircraft and uploading aircraft.

10.4.4.8.1. MARSHALLING OF CARGO. The contractor shall provide personnel and equipment and coordinate transportation of cargo to and from the aircraft.

10.4.4.8.2. Paragraph Not Used.

10.4.4.8.3. The contractor shall coordinate with MCT or similar unit for scheduled arrival of pallets. The contractor shall provide exclusive MHE and transportation support assets for APO operations in direct support of both, aircraft loading, offloading and truck loading, offloading IAW Airfield aircraft maximum operations on ground or working MOG.

10.4.5. The contractor shall provide pallet and cargo handling services to facilitate the loading, offloading, and positioning of pallets and cargo in conjunction with the CJTF Aviation Task Force at the airfield. The contractor shall provide sufficient pallet and cargo handling equipment if US GFE is not available.

10.4.5.1. The contractor shall be proficient in the use of the TADPOLE System (TADPOLE).

10.4.6. Paragraph not used.
10.4.7. Paragraph Not used
10.5. Paragraph Not Used.

10.6. MHE Requirements (MCT). The contractor shall furnish, operate and maintain Material Handling Equipment (MHE) to support MCT operations capable of handling 20 and 40 foot MILVANs and commercial containers. The contractor shall be able to download containers from vehicles, upload containers to vehicles, and move containers. The contractor shall be able

**FOUO**

to move a minimum of 160 twenty-foot containers and 10 forty-foot containers per week. (See Appendix D for locations.)

10.6.1. TASKING AUTHORITY.  The contractor shall request, receive, acknowledge receipt of, and respond to tasking requests from the MCT.

10.6.2. OPERATOR CERTIFICATIONS.  The contractor shall provide, maintain and be licensed on all MHE equipment that requires an operator license.  The contractor shall be responsible for certifying all operators of the MHE equipment. All certification will be in accordance with OSHA standards.  All subcontracted operators operating subcontracted equipment will be certified in accordance with local certification guidelines.

10.6.3. EQUIPMENT CERTIFICATIONS.  The contractor shall centrally maintain and upon request provide annual inspection documentation on all MHE equipment but not limited to, Contractor Acquired Property, and subcontracted equipment to meet Army Corp of Engineer, OSHA and ANSI standards. This is within accordance of the approved contractors SOP. The government will provide load certificates and the proper certification documentation from USG for all GFE when GFE equipment is transferred to the Contractor. The contractor shall centrally maintain and upon request provide load certification for all cranes and operational safety inspection status of contractor and subcontractor owned and/or operated equipment to include, but not limited to, GFE, Contractor Acquired Property, Material Handling Equipment, and construction equipment.  The contractor will record Operational Readiness data for MHE Equipment to include the following:

      a. Identify each type of equipment
      b. Identify the location of each piece of equipment
      c. Identify the equipment by GP/ID number
      d. Identify if equipment is fully mission capable
      e. Identify if equipment is not fully mission capable and why
      f. Track equipment not fully mission capable until fully mission capable.
      g. Monitor equipment usage

11.0. CONTAINER MANAGEMENT.

11.1. YARD MANAGEMENT. Yard management is defined as the management of containers under the contractor's control found in storage facilities, Central Receiving Shipping Point (CRSP), Container Collection Point (CCP).

11.2. The contractor shall provide container data management services for all contractor controlled containers within CJTF AOR to establish internal controls and procedures for the collection and input of the data, reconcile data within the theater, provide analysis, and ad-hoc reports upon request.

12.0. Paragraph Not Used.

**DAAA09-02-D-0007** **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0118 CJOA, V1.4**
**FOUO**

12.13. SECURITY CLEARANCES.

12.13.1. Contractors who operate systems requiring clearances shall possess and maintain the appropriate Secret-level security clearances.

13.0. Paragraph Not Used.

14.0 AFGHAN FIRST PROGRAM.  The Afghan First Policy encourages, to the maximum extent practicable, contracts utilize Afghan Workers and Afghan Businesses to meet requirements.  The contractor, to the maximum extent practicable, shall hire Afghan personnel, subcontract with Afghan owned business, and purchase from Afghan suppliers in order to meet the requirements of this SOW.  The contractor, consistent with efficient business practices, may establish skills training programs and personnel management plans to increase the potential pool of qualified workers and provide for future opportunities.

14.1. AFGHAN FIRST REPORTS/PARTICIPATION.  The contractor shall describe any existing or planned activities that directly relate to these efforts.  The contractor shall provide monthly reports that, at a minimum, identify the number of Afghan personnel currently employed; number of Afghan owned subcontracts and award amount; and dollar amount of purchases made with Afghan Businesses.  The contractor will provide an Annual Summary Report.  The contractor shall participate in meetings, working groups to discuss efforts regarding this program initiative, and provide for future opportunities of local employees.

15.0. Paragraph Not Used.
16.0. Paragraph Not Used.
17.0. Paragraph Not Used.
18.0. Paragraph Not Used.
19.0. Paragraph Not Used.