# Exhibit T

| **ORDER FOR SUPPLIES OR SERVICES** | | | | PAGE 1 OF 8 |
|---|---|---|---|---|

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0145 | | SEE SCHEDULE | DOC9 |

| 6. ISSUED BY CODE W52P1J | 7. ADMINISTERED BY (If other than 6) CODE S0302A | 8. DELIVERY FOB |
|---|---|---|
| HQ ARMY SUSTAINMENT COMMAND<br>AMSAS-ACF-L<br>KEN FLOWERS (309)782-1029<br>ROCK ISLAND, IL 61299-6500<br>EMAIL: KENNETH.E.FLOWERS@US.ARMY.MIL<br>BLDGS 350 & 390 | DCMA PHOENIX<br>TWO RENAISANCE SQUARE<br>40 N CENTRAL AVENUE.  SUITE 400<br>PHOENIX AZ  85004-4400 | ☐ DESTINATION<br><br>☒ OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR CODE 3GJU9 | FACILITY | SCD: A PAS: NONE ADP PT: W52P1J | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|

SCD: A    PAS: NONE    ADP PT: W52P1J

| 9. CONTRACTOR | CODE 3GJU9 | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|
| NAME AND ADDRESS | KELLOGG,BROWN & ROOT SERVICES INC<br>4100 CLINTON DRIVE<br>HOUSTON, TX 77020-6237 | SEE SCHEDULE | ☐ SMALL<br>☐ SMALL DISADVANTAGED<br>☐ WOMAN-OWNED |
| | | 12. DISCOUNT TERMS | |
| | TYPE BUSINESS: Domestic Firm Performing Outside U.S. | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Block 15 | |

| 14. SHIP TO CODE | 15. PAYMENT WILL BE MADE BY CODE HQ0339 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|
| SEE SCHEDULE | DFAS COLUMBUS CENTER<br>DFAS-CO/WEST ENTITLEMENT OPERATIONS<br>P.O. BOX 182381<br>COLUMBUS, OH  43218-2317 | |

| 16. TYPE OF ORDER | DELIVERY/CALL | X | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your ☐ Oral ☐ Written Quotation _____, Dated _____.<br>furnish the following on terms specified herein.<br>ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| Kellogg Brown & Root Svcs *(signature)* | *(signature)* | Philip Wagner<br>Contract Administrator | 2006 NOV 28 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

| 17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE |
|---|
| SEE SCHEDULE |

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE<br>CONTRACT TYPE:<br>  Cost Contract<br>  Cost-Plus-Award-Fee<br>KIND OF CONTRACT:<br>  Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>GREGORY J. TETTER<br>GREGORY.TETTER@US.ARMY.MIL (309)782-5724<br>BY:                      CONTRACTING/ORDERING OFFICER | 25. TOTAL $73,832,513.00 |
|---|---|---|
| | | 26. DIFFERENCES |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN |
|---|
| ☐ INSPECTED ☐ RECEIVED ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____ |

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | ☐ PARTIAL | | |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | ☐ FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| | | 31. PAYMENT | | |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | ☐ COMPLETE | | 34. CHECK NUMBER |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ PARTIAL<br>☐ FINAL | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD FORM 1155, DEC 2001                    PREVIOUS EDITION IS OBSOLETE.

## ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DAAA09-02-D-0007 | 0145 | 2006DEC01 | SEE SCHEDULE | DOC9 |

| 6. ISSUED BY | CODE | W52P1J | 7. ADMINISTERED BY (If other than 6) | CODE | S0302A | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| HQ ARMY SUSTAINMENT COMMAND AMSAS-ACF-L KEN FLOWERS (309)782-1029 ROCK ISLAND, IL 61299-6500 EMAIL: KENNETH.E.FLOWERS@US.ARMY.MIL BLDGS 350 & 390 | | | DCMA PHOENIX TWO RENAISANCE SQUARE 40 N CENTRAL AVENUE.  SUITE 400 PHOENIX AZ  85004-4400 | | | DESTINATION  [X] OTHER (See Schedule if other) |

SCD: A        PAS: NONE        ADP PT: W52P1J

| 9. CONTRACTOR | CODE | 3GJU9 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|
| NAME AND ADDRESS | KELLOGG,BROWN & ROOT SERVICES INC 4100 CLINTON DRIVE HOUSTON, TX 77020-6237 | | | SEE SCHEDULE | SMALL SMALL DISADVANTAGED WOMAN-OWNED |
| | | | | 12. DISCOUNT TERMS | |
| | TYPE BUSINESS: Domestic Firm Performing Outside U.S. | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK  See Block 15 | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | HQ0339 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2 |
|---|---|---|---|---|---|
| SEE SCHEDULE | | DFAS COLUMBUS CENTER DFAS-CO/WEST ENTITLEMENT OPERATIONS P.O. BOX 182381 COLUMBUS, OH  43218-2317 | | | |

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | THIS DELIVERY ORDER IS ISSUED ON ANOTHER GOVERNMENT AGENCY OR IN ACCORDANCE WITH AND SUBJECT TO TERMS AND CONDITIONS OF ABOVE NUMBERED CONTRACT. |
|---|---|---|---|
| | PURCHASE | | Reference your ☐ Oral ☐ Written  Quotation _____ , Dated _____. furnish the following on terms specified herein. |
| | | | ACCEPTANCE.  THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|
| ☐ If this box is marked, supplier must sign Acceptance and return the following number of copies: | | | |

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE CONTRACT TYPE:   Cost Contract   Cost-Plus-Award-Fee KIND OF CONTRACT:   Service Contracts | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA GREGORY J. TETTER /SIGNED/ GREGORY.TETTER@US.ARMY.MIL (309)782-5724 BY:                          CONTRACTING/ORDERING OFFICER | 25. TOTAL | $73,832,513.00 |
|---|---|---|---|
| | | 26. DIFFERENCES | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN | | | |
|---|---|---|---|
| ☐ INSPECTED   ☐ RECEIVED   ☐ ACCEPTED, AND CONFORMS TO CONTRACT EXCEPT AS NOTED _____ | | | |
| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
| | | ☐ PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | ☐ FINAL | | |
| | | 31. PAYMENT | | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | ☐ COMPLETE | | |
| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ PARTIAL | | 35. BILL OF LADING NO. |
| | | ☐ FINAL | | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

**DD FORM 1155, DEC 2001**                    PREVIOUS EDITION IS OBSOLETE.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 2 of 8 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0145     **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

SUPPLEMENTAL INFORMATION

1. The purpose of this Cost Plus Award Fee Task Order #0145 is to award all services necessary to augment and support the LOGCAP Statement of Work, Task Order 145 Salerno Forward Operating Base and Chapman Provincial Reconstruction Team Combined Joint Task Force (CJTF)-76 in support of Operation Enduring Freedom, and as reflected in the accompanying Statement of Work (SOW). The negotiated price agreement is summarized below:

a. Reference telephone and e-mail negotiations begun week of 23 October   2006 with price agreement on 03 November 2006.

b. The total breakout of costs and fees for the Basic Contract period of performance is as follows:

| | |
|---|---|
| Total Negotiated Cost including FCCM of $2,096.00: | $ 71,682,113.00 |
| Total Base Fee Pool: | 716,800.00 |
| Total Award Fee Pool: | 1,433,600.00 |
| Total Definitized Budget: | $ 73,832,513.00 |

The contract will be incrementally funded.

2. LOGCAP Statement of Work, Task Order 145 Salerno Forward Operating Base and Chapman Provincial Reconstruction Team Combined Joint Task Force (CJTF)-76:

a. The SOW entitled LOGCAP Statement of Work, Task Order 145 Salerno Forward Operating Base and Chapman Provincial Reconstruction Team Combined Joint Task Force (CJTF)-76, dated 07 April 2006, is hereby incorporated into this Task Order. The Period of Performance is 365 days, from 01 December 2006 to 30 November 2007.  The Government gives no assurance of a continuous need for these services and the current period of performance may be decreased.

b. Kellog, Brown & Root Services' Alternate Qualifying Proposal "DAAA09-02-D0007 SITE SXX PROPOSAL TASK ORDER 0145", dated 03 November 2006 for $73,832,513.00.  Certificate of Current Cost and Pricing dated 15 November 2006 has been received.

c. Performance shall be sufficient to meet the mission needs consistent with the SOW. Any deviation or change to the SOW requirements shall require prior approval from the PCO (unless specifically stated otherwise in the contract).  Any material deviation from the TEP requires prior approval from the PCO.

d. Contract Funding.  The current funding being obligated at this time is $10,985,139.00 of which the Contractor is allowed to incur Not to Exceed (NTE) costs in the amount of $10,665,186.00 under CLIN 4005AA. The remaining $319,953.00 is for the fee pools; the Base Fee Pool of $106,652.00 is established on CLIN 4009AA and the Award Fee Pool of $213,301.00 is established on CLIN 4011AA. The total negotiated price is $73,832,513.00.

e. KBRS will seek PCO approval for other than surface transportation for shipment of supplies and equipment.

f. KBRS is permitted to deploy its own personnel with prior approval from the Government and will comply with all deployment requirements for the specific Area of Operations. All travel shall be in accordance with the Joint Travel Regulations (JTR).

> The Fiscal Year 2007 per diem rates can be found at:
> http://www.gsa.gov/Portal/gsa/ep/contentView.do?contentId=17943&contentType=GSA_BASIC

> Note:  Travel per diem will be 75% for first and last travel day.

> The JTR regulations can be found at:

> http://www.dtic.mil/perdiem/trvlregs.html

g. For the purpose of purchasing supplies/non-durable goods, the Contractor shall obtain approval from the on-site ACO/COR for those items exceeding the micro purchase threshold of $25,000.00 on either a unit or cumulative effort.  For the purpose of purchasing equipment/durable goods the Contractor shall obtain approval from the on-site ACO/COR for those items that exceeds a unit cost of $25,000.00 or cumulative cost of $25,000.00 and lease agreements over $50,000.00. NOTE: These thresholds are to be reviewed by DCAA for appropriateness and applicability every six months from incorporation.

h. The Government shall not be obligated to reimburse the Contractor for costs incurred in excess of the estimated cost set forth above and funded, and the Contractor shall not be obligated to incur costs in excess of this amount, unless and until the Contracting Officer has notified the contractor in writing that such amount has been increased. If the contractor has reason to believe that such costs which they expect to incur in the performance of this SOW (when added to all costs previously incurred for same) will exceed 75% of the estimated funded costs shown above, they shall notify the Contracting Officer to that effect.

i. The Government Furnished Equipment to be provided for this Task Order is identified at SOW paragraphs 3.0  3.2.

j. Deliverables shall be in accordance with the paragraphs 5.0-5.19 of the SOW included below and with all applicable documents

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 3 **of** 8 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0145     **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

required by the SOW in the basic contract as follows: *Correction to language on SOW is that CLINS are referenced 4007** and not 3007** for the current year of the contract*

5.0 DELIVERABLES: The contractor shall prepare and submit to Program Managers Office (PM) LOGCAP, Procuring Contracting Officer (PCO), ACO and the LOGCAP Support Unit (LSU) Forward Commander, the following reports in accordance with the Basic Contract No. DAAA09-02-D-0007 and Basic Contract Attachments 001, Statement of Work and 003, Contract Data Requirements List 1423 within the required timeframes called out in the basic contract.

5.1. Project Schedules IAW SOW 1.15, CLIN 4007AB

5.2. Report, Record of Meeting/Minutes, Trip Reports IAW Basic Contract SOW Paragraph 9.3.4, CLIN 4007AD. The contractor shall electronically (e-mail/FTP) provide to the LOGCAP PM, PCO/ACO, and LOGCAP Planner a copy of all briefings given by the contractor. Slides and items prepared by the contractor shall be approved by the PCO/ACO prior to presentation. Minutes of meetings, conferences, or trip reports related to the SOW will be forwarded to the PCO/ACO within seven (7) calendar days of completing the meeting, conference or trip. Those minutes or trip reports will be in sufficient detail to identify dates, locations, points of contact, attendees, directions received, and areas of concern and items of interest identified at the meeting or on the trip. The contractor shall attend and participate in meetings and conferences at Bagram Air Field and other actions conducted at Bagram Air Field and at the higher headquarters when directed by the PCO/ACO. Travel cost in excess of those items included in the proposal for this effort will be identified to the PCO/ACO and a cost proposal submitted for approval prior to executing any travel.

5.3. Program Management Cost Report IAW Basic Contract SOW Paragraph 9.2.2, CLIN 4007AE

5.4. Daily Event SITREP IAW Basic Contract SOW Paragraph 9.3.1, CLIN 4007AF

5.5. Cost Status Reports IAW Basic Contract SOW Paragraph 9.3.3, CLIN 4007AN

5.6. Quality Control Plan IAW Basic Contract SOW Paragraph 1.14, CLIN 4007AN

5.7. Events Lessons Learned Report, IAW Basic Contract SOW Paragraph 9.3.6, CDRL/CLIN 4007AJ.

5.8. Accident Report IAW Basic Contract SOW Paragraph 1.17.2, CLIN 4007AR

5.9. The contractor shall maintain pest management records of all pest management operations, to include but not limited to, pest surveillance activities, habitat management, sanitation , consultations, etc. This data will be recorded on DD Form 1532-1 (Pest Management Maintenance Record) or its computer generated equivalent. The DD Form 1532-1, or equivalent, will be submitted monthly to the ACO, and subsequently to the U.S. Army Center for Health Promotion and Preventive Medicine (USACHPPM) for archiving.

5.10. The contractor shall maintain equipment utilization records for each major end item, i.e. non-tactical vehicles, heavy equipment, generators, etc. An equipment deadline report (DA Form 2406 format) submitted weekly to the ACO.

5.11. Water Records. The contractor will provide access to all water records, to include testing and production.

5.12. Monthly Cost Avoidance Measures Report.

5.13. Quarterly Unit Price Cost Report.

5.14. Twelve Month Spend Plan Report.

5.15. The contractor shall present all Standard Operation Procedures (SOPs) for review to the PCO/ACO or designated government representative upon request.

5.16. The contractor shall provide expenditure estimates, which may be used until actual billing has been received.

5.17. Reviews. Progress and performance reviews will be conducted on a monthly basis at the site. The reviews will be conducted by the ACO and be presented to the Task Force/Base Camp Commander and tenant units.

5.18. A quarterly Afghan First report identifying, at a minimum, the number of Afghan personnel employed as direct hires, the number and dollar amount of subcontracts issued to Afghan owned businesses, and the dollar amount of all purchases made through Afghan owned businesses.

5.19. An Afghan First Annual Summary Report concurrent with the end of the Task Order Period of Performance that provides a roll up of, at a minimum, the total number of Afghan personnel employed as direct hires during the POP, the number and dollar amount of subcontracts issued to Afghan owned businesses during the POP, and the dollar amount of all purchases made through Afghan owned businesses for the POP.

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 4 **of** 8 |
|---|---|---|
| | **PIIN/SIIN** DAAA09-02-D-0007/0145          **MOD/AMD** | |

**Name of Offeror or Contractor:** KELLOGG, BROWN & ROOT SERVICES INC

k. The Government reserves the option, at any time, to take title to Contractor Acquired Property at the time disposition instructions are provided.

l. FAR Clause 52.217-8, titled "Option to Extend Services", is hereby incorporated into this Task Order revised as follows:

Option to Extend Services (Nov\~1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6\~months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 Days.

m. The Contractor shall provide the Project Schedule for the event per Basic Contract SOW paragraph 1.15.

3. Full text Contract Clauses:

a. 52.232-22\~\~Limitation of Funds.

Limitation of Funds (Apr\~1984)

(a) The parties estimate that performance of this contract will not cost the Government more than (1)\~the estimated cost specified in the Schedule or, (2)\~if this is a cost-sharing contract, the Governments share of the estimated cost specified in the Schedule. The Contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within the estimated cost, which, if this is a cost-sharing contract, includes both the Governments and the Contractors share of the cost.

(b) The Schedule specifies the amount presently available for payment by the Government and allotted to this contract, the items covered, the Governments share of the cost if this is a cost-sharing contract, and the period of performance it is estimated the allotted amount will cover. The parties contemplate that the Government will allot additional funds incrementally to the contract up to the full estimated cost to the Government specified in the Schedule, exclusive of any fee. The Contractor agrees to perform, or have performed, work on the contract up to the point at which the total amount paid and payable by the Government under the contract approximates but does not exceed the total amount actually allotted by the Government to the contract.

(c) The Contractor shall notify the Contracting Officer in writing whenever it has reason to believe that the costs it expects to incur under this contract in the next 60\~days, when added to all costs previously incurred, will exceed 75\~percent of (1)\~the total amount so far allotted to the contract by the Government or, (2)\~if this is a cost-sharing contract, the amount then allotted to the contract by the Government plus the Contractors corresponding share. The notice shall state the estimated amount of additional funds required to continue performance for the period specified in the Schedule.

(d) Sixty\~days before the end of the period specified in the Schedule, the Contractor shall notify the Contracting Officer in writing of the estimated amount of additional funds, if any, required to continue timely performance under the contract or for any further period specified in the Schedule or otherwise agreed upon, and when the funds will be required.

(e) If, after notification, additional funds are not allotted by the end of the period specified in the Schedule or another agreed-upon date, upon the Contractors written request the Contracting Officer will terminate this contract on that date in accordance with the provisions of the Termination clause of this contract. If the Contractor estimates that the funds available will allow it to continue to discharge its obligations beyond that date, it may specify a later date in its request, and the Contracting Officer may terminate this contract on that later date.

(f) Except as required by other provisions of this contract, specifically citing and stated to be an exception to this clause

(1) The Government is not obligated to reimburse the Contractor for costs incurred in excess of the total amount allotted by the Government to this contract; and

(2) The Contractor is not obligated to continue performance under this contract (including actions under the Termination clause of this contract) or otherwise incur costs in excess of

(i) The amount then allotted to the contract by the Government or;

(ii) If this is a cost-sharing contract, the amount then allotted by the Government to the contract plus the Contractors corresponding share, until the Contracting Officer notifies the Contractor in writing that the amount allotted by the Government has been increased and specifies an increased amount, which shall then constitute the total amount allotted by the Government to this contract.

(g) The estimated cost shall be increased to the extent that (1)\~the amount allotted by the Government or, (2)\~if this is a cost-sharing contract, the amount then allotted by the Government to the contract plus the Contractors corresponding share, exceeds the estimated cost specified in the Schedule. If this is a cost-sharing contract, the increase shall be allocated in accordance with the formula specified in the Schedule.

(h) No notice, communication, or representation in any form other than that specified in paragraph\~(f)(2) of this clause, or from any person other than the Contracting Officer, shall affect the amount allotted by the Government to this contract. In the absence of the specified notice, the Government is not obligated to reimburse the Contractor for any costs in excess of the total amount allotted by the Government to this contract, whether incurred during the course of the contract or as a result of termination.

(i) When and to the extent that the amount allotted by the Government to the contract is increased, any costs the Contractor incurs before the increase that are in excess of

(1) The amount previously allotted by the Government or;

(2) If this is a cost-sharing contract, the amount previously allotted by the Government to the contract plus the Contractors

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page  5  of  8 |
|---|---|---|
| | PIIN/SIIN  DAAA09-02-D-0007/0145          MOD/AMD | |

**Name of Offeror or Contractor:**  KELLOGG,BROWN & ROOT SERVICES INC

corresponding share, shall be allowable to the same extent as if incurred afterward, unless the Contracting Officer issues a termination or other notice and directs that the increase is solely to cover termination or other specified expenses.

(j) Change orders shall not be considered an authorization to exceed the amount allotted by the Government specified in the Schedule, unless they contain a statement increasing the amount allotted.

(k) Nothing in this clause shall affect the right of the Government to terminate this contract. If this contract is terminated, the Government and the Contractor shall negotiate an equitable distribution of all property produced or purchased under the contract, based upon the share of costs incurred by each.

(l) If the Government does not allot sufficient funds to allow completion of the work, the Contractor is entitled to a percentage of the fee specified in the Schedule equalling the percentage of completion of the work contemplated by this contract.

(End of clause)

b. 52.237-3\-\-Continuity of Services.

Continuity of Services (Jan\-1991)

(a) The Contractor recognizes that the services under this contract are vital to the Government and must be continued without interruption and that, upon contract expiration, a successor, either the Government or another contractor, may continue them. The Contractor agrees to

(1) Furnish phase-in training; and

(2) Exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.

(b) The Contractor shall, upon the Contracting Officers written notice, (1)\-furnish phase-in, phase-out services for up to 90\-days after this contract expires and (2)\-negotiate in good faith a plan with a successor to determine the nature and extent of phase-in, phase-out services required. The plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan, and shall be subject to the Contracting Officers approval. The Contractor shall provide sufficient experienced personnel during the phase-in, phase-out period to ensure that the services called for by this contract are maintained at the required level of proficiency.

(c) The Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this contract. The Contractor also shall disclose necessary personnel records and allow the successor to conduct on-site interviews with these employees. If selected employees are agreeable to the change, the Contractor shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor.

(d) The Contractor shall be reimbursed for all reasonable phase-in, phase-out costs (i.e.,\-costs incurred within the agreed period after contract expiration that result from phase-in, phase-out operations) and a fee (profit) not to exceed a pro rata portion of the fee (profit) under this contract.

(End of clause)

4. CURRENT CONTRACT FUNDING: Contractor is allowed to incur Not to Exceed (NTE) costs in the amount of $10,665,186.00 under CLIN 4005AA. The remaining $319,953.00 is for the fee pools; the Base Fee Pool of $106,652.00 is established on CLIN 4009AA and the Award Fee Pool of $213,301.00 is established on CLIN 4011AA. The total negotiated price is $73,832,513.00.

*** END OF NARRATIVE A 0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 6 of 8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0145  MOD/AMD | |

**Name of Offeror or Contractor:**  KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 4005 | SECURITY CLASS: Unclassified | | | | |
| 4005AA | NOT TO EXCEED COSTS | 1 | LO | | $    10,665,186.00 |
| | NOUN: LOGCAP CONTRACT<br>PRON: M27ZY014WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR7B3SLC0003 | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin      ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DLVR SCH                           PERF COMPL<br>REL CD          QUANTITY           DATE<br>  001              1              30-NOV-2007 | | | | |
| | $     10,665,186.00 | | | | |
| 4009 | SECURITY CLASS: Unclassified | | | | |
| 4009AA | BASE FEE SET-ASIDE COSTS | 1 | LO | | $       106,652.00 |
| | NOUN: LOGCAP CONTRACT<br>PRON: M27ZY014WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR7B3SLC0003 | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin      ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DLVR SCH                           PERF COMPL<br>REL CD          QUANTITY           DATE<br>  001              1              30-NOV-2007 | | | | |
| | $       106,652.00 | | | | |
| 4011 | SECURITY CLASS: Unclassified | | | | |
| 4011AA | AWARD FEE POOL SET-ASIDE | 1 | LO | | $       213,301.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page   7 of 8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0145  MOD/AMD | |

**Name of Offeror or Contractor:**  KELLOGG,BROWN & ROOT SERVICES INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | NOUN: LOGCAP CONTRACT<br>PRON: M27ZY014WR    PRON AMD: 01    ACRN: AA<br>AMS CD: 135197.00000<br>CUSTOMER ORDER NO: MIPR7B3SLC0003<br><br><br>Inspection and Acceptance<br>INSPECTION: Origin     ACCEPTANCE: Origin<br><br><br>Deliveries or Performance<br>DLVR SCH                PERF COMPL<br> REL CD          QUANTITY          DATE<br>  001               1          30-NOV-2007<br><br>          $        213,301.00 | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 8 of 8 |
|---|---|---|
| | PIIN/SIIN DAAA09-02-D-0007/0145   MOD/AMD | |

**Name of Offeror or Contractor:** KELLOGG,BROWN & ROOT SERVICES INC

CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD/ MIPR | ACRN | OBLG STAT | ACCOUNTING CLASSIFICATION | JOB ORDER NUMBER | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4005AA | M27ZY014WR 135197.00000 MIPR7B3SLC0003 | AA | 1 | 21 72020000078A208413519702540 S09076 | 3SLC83 | S09076 | $ | 10,665,186.00 |
| 4009AA | M27ZY014WR 135197.00000 MIPR7B3SLC0003 | AA | 1 | 21 72020000078A208413519702540 S09076 | 3SLC83 | S09076 | $ | 106,652.00 |
| 4011AA | M27ZY014WR 135197.00000 MIPR7B3SLC0003 | AA | 1 | 21 72020000078A208413519702540 S09076 | 3SLC83 | S09076 | $ | 213,301.00 |
| | | | | | | TOTAL | $ | 10,985,139.00 |

| SERVICE NAME | | TOTAL BY ACRN | ACCOUNTING CLASSIFICATION | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|
| Army | | AA | 21 72020000078A208413519702540 S09076 | S09076 | $ | 10,985,139.00 |
| | | | | TOTAL | $ | 10,985,139.00 |

| ACRN | EDI ACCOUNTING CLASSIFICATION |
|---|---|
| AA | 21 070720200000 S09076 78A2084135197000002540MIPR7B3SLC00033SLC83S09076 |

DAAA09-02-D-0007                                  **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

**LOGCAP STATEMENT OF WORK (V1.4)**
**Update as of 20 MAR 09**
**Period of Performance:  1 Apr 09 – 31 Mar 10**
**CJTF SITES**

TABLE OF CONTENTS

Paragraph
1.0.    Scope of Work
2.0.    Applicable Documents
3.0.    Government Furnished Equipment/Property
4.0.    Period of Performance
5.0.    Deliverables/Reports
6.0.    Contractor Personnel Requirements
7.0.    Team LOGCAP Support
8.0.    Requirements for Base Life Support
8.1.    Facilities Management and Operations & Maintenance Services
8.2.    Other Construction/Engineering Services
8.3.    Power Generation
8.4.    Electrical Distribution
8.5.    Latrines
8.6.    Ablution Units
8.7.    Port-a-Potties
8.8.    Non-Hazardous Solid and Liquid Waste Management and Disposal
8.9.    Hazardous Waste Management
8.10.   Laundry Service Operations
8.11.   Water Works Systems
8.12.   Pest Management
8.13.   Morale, Welfare, and Recreation (MWR) Services
8.14.   Class III Retail Operations
8.15.   Billeting Management
8.16.   Signs
8.17.   Dining Facility (DFAC) Operations
8.18.   Fire Fighting Services
8.19.   Fire Protection Services
8.20.   Non-Tactical Vehicle (NTV) Maintenance Facility Operation
8.21.   TMP Shuttle Bus Service – Paragraph Not Used
8.22.   Oxygen Generation – Paragraph Not Used
8.23.   Convoy Support Center (CSC) – Paragraph Not Used
8.24.   Project Planning
8.25.   Equipment Collection Point (ECP) – Paragraph Not Used
8.26.   Trans Load Yard Operations – Paragraph Not Used
8.27.   Class IV Yard Operations

### FOUO

| | |
|---|---|
| 8.28. | Transportation Motor Pool (TMP) |
| 8.29. | Badging & Screening |
| 8.30. | Base Openings/Relocations and Closures |
| 8.31. | Force Protection – Paragraph Not Used |
| 8.32. | Perimeter Fencing and Exterior Lighting – Paragraph Not Used |
| 8.33. | Giant Voice |
| 8.34. | Pre-Planned Project List (PPL) |
| 8.35. | Separately Priced Option (SPO) – Not Used |
| 9.0. | Corps Logistics Service Support (CLSS) |
| 9.1. | Organizational Maintenance – Paragraph Not Used |
| 9.2. | Combined Direct Support/Organizational Maintenance Services |
| 9.3. | Combined Support/ Combat Service Support – Paragraph Not Used |
| 9.3.1. | Class I Operations |
| 9.4. | Class II, III (P), IV, and IX SSA. |
| 9.5. | Central Issue Facility (CIF) – Paragraph Not Used |
| 9.6. | Self Service Supply Center (SSSC) – Paragraph Not Used |
| 9.7. | Class III Bulk (B) Operations – Paragraph Not Used |
| 9.8. | Fuel Testing Facilities – Paragraph Not Used |
| 9.9. | Class V |
| 9.10. | Forward Redistribution Point – Paragraph Not Used |
| 9.11. | Corps Level Logistics Support – Paragraph Not Used |
| 10.0. | Theater Transportation Mission (TTM) – Paragraph Not Used |
| 10.1. | Common User Land Transport (CULT) Fleet Operations – Paragraph Not Used. |
| 10.2. | Maintenance - Paragraph Not Used. |
| 10.3. | Recovery Operations. – Paragraph Not Used |
| 10.4. | Movement Control |
| 10.6. | MHE Support |
| 11.0. | Container Management & CRP. |
| 12.0. | Support for Marine Expeditionary Forces – Paragraph Not Used |
| 13.0. | Tactical Petroleum Terminal – Paragraph Not Used |
| 14.0. | Afghanistan First Program |
| 15.0. | Class VIII Medical Supply Support – Paragraph Not Used |
| 16.0. | Class IX (Air) Operations – Paragraph Not Used |
| 17.0. | Central Issue Facility (CIF). Paragraph Not Used |
| 18.0. | Self Service Supply Center (SSSC) – Paragraph Not Used |
| 19.0. | Central Receiving Shipping Point (CRSP) – Paragraph Not Used |

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
                                   **FOUO**


<u>APPENDICES</u>

Appendix A    - Base Life Support Headcount
Appendix B    - Acronyms
Appendix C    - Definitions
Appendix D    - Base Life Support Services Matrix
Appendix E    - Roads and Grounds Maintenance Service Matrix
                         Tab 1 – FS-1 Salerno
                         Tab 2 – FS-2 Chapman
Appendix F    - O&M Facilities Matrix
                         Tab 1 – FS-1 Salerno
                         Tab 2 – FS-2 Chapman
Appendix G    - O&M Generator Matrix
                         Tab 1 – FS-1 Salerno
                         Tab 2 – FS-2 Chapman
Appendix H    - Reference Documents
Appendix I    - Deliverables/Reports Matrix
Appendix J    - Movement Control Matrix
Appendix K    - Base Consolidations, Closures and Relocations
Appendix L    - Master Schedule of Work (MSOW)
Appendix M    - Augmentation Staffing Levels
Appendix N    - NTV and Equipment List
Appendix O    - Paragraph Not Used
Appendix P    - Paragraph Not Used
Appendix Q    - Pre-Planned Project List (PPL)
Appendix R    - Paragraph Not Used
Appendix S    - Paragraph Not Used

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

1.0. SCOPE OF WORK. The contractor shall provide Base Life Support (BLS) and selected CS/CSS services for Combined Joint Task Forces- Afghanistan (CJTF DIVISION). The contractor shall provide all resources and management necessary to perform the mission in accordance with basic Contract No. DAAA09-02-D-0007 and the Task Order (TO) Statement of Work (SOW) described herein.  The ACO will notify the contractor as soon as possible when the designated mission requirements defined in this SOW fluctuates beyond (+/-) 10%.  The contractor shall be prepared to support the requirements increase or decrease at all times. Fluctuations up to (+/-) 10% shall be supported for up to 30 days.  Surges, or decrements, exceeding 30 days will be at the direction of the ACO.

1.1. GENERAL. Notwithstanding any other provisions of this SOW, the contractor shall comply with all U.S. laws applicable to contractors supporting United States Government (USG) operations overseas.

1.1.1. CJTF ENVIRONMENTAL STANDARD OPERATING PROCEDURE (SOP). The contractor shall adhere to the CJTF Environmental Standard Operating Procedure (SOP) in the performance of this SOW.  If no such standard is established for the performance required, then the contractor shall comply with the local environmental standards as directed by the ACO. Other environmental regulations that the contractor shall adhere to are EO 12088, Federal Compliance with Pollution Control Standards, Department of Defense Instruction (DODI) 4715.5 Management of Environmental Compliance at Overseas Installations, DODI 4715.8 Environmental Remediation for DoD Activities Overseas and DODI 4715.4, Pollution Prevention. Unless otherwise stated, all performance shall meet Army regulatory standards.

1.1.2. WORK-SITE SAFETY. The contractor shall be responsible for safety of employees and base camp residents during all contractor operations conducted in accordance with this Statement of Work and the Army and Occupational Safety and Health Administration (OSHA) safety regulations and guidance as it applies to the Afghanistan Theater of Operations.

1.1.3. INCONSISTENCIES. In the case of inconsistencies, the contractor shall contact the Administrative Contracting Officer (ACO), identify the inconsistency, and seek guidance.

1.2. CONTRACTOR DIRECTION. All increases, decreases or modifications to requirements specified in this SOW are at the direction of the ACO in coordination with the Procuring Contracting Officer (PCO).

1.3. GOVERNMENT FURNISHED EQUIPMENT (GFE). Government Furnished Equipment (GFE), Government Furnished Property (GFP); Government Furnished Material (GFM) and services shall be utilized to the maximum extent possible.

1.4. WORK DAY AND WEEK. The contractor shall be available to perform all services 24 hours a day, 7 days a week in accordance with all applicable Army regulations and with the USCENTCOM Regulation 415-1, Contingency and Long Term Base Camp Facilities Standards, "The Sandbook".

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

1.4.1. WORKING HOURS. Contractor Standard Work shift will be 12 hours a day, 7 days a week, unless otherwise specified within this SOW.

1.5. CONTRACTOR FORCE PROTECTION. The Government will provide adequate force protection and security of Contractor personnel in convoys and on site, commensurate with the threat, and in accordance with FM 3-100.21 and applicable Theater Anti-Terrorism/Force Protection (AT/FP) guidelines.

1.6. WORK AREAS. The contractor shall clean all contractor work areas daily and upon completion of services.

1.7. CONSTRUCTION.  Construction includes all work necessary to produce a complete and usable facility, or a complete and usable improvement to an existing facility, and includes any site preparation, building, structure, or other improvement to real property to be used by the LOGCAP Customer, regardless of whether such use is anticipated to be of a temporary or longer duration. Construction includes, but is not limited to, those projects defined as military construction by Army Regulation (AR) 415-15. For the purpose of this task order execution, a complete and usable facility includes multiple buildings or structures where they are clearly interrelated, meaning that they are mutually dependent and cannot be used for their intended purpose if constructed separately.  Electrical standards shall meet the requirements as defined in Contract DAAA09-02-D-0007 - Letter Modification dated 2 Mar 09 (Appendix H).

1.7.1. All construction projects shall be performed in accordance with the United States Central Command (USCENTCOM) Regulation 415-1, Contingency and Long Term Base Camp Facilities Standards, "The Sandbook" and the facility's Base Camp Master Plan.

1.7.2. All services performed in support of this task order that involve construction, or operational leases shall be processed in accordance with LOGCAP Support Unit (LSU) Procedure 1, dated 1 August 06.  The LOGCAP Support Officer (LSO), in coordination with the CJ7, will ensure Contractor construction projects and operational leases required in conjunction with services performed by this Statement of Work (SOW) are reviewed and approved by the Joint Facilities Utilization Board (JFUB) in accordance with applicable CJTF DIVISION and CJTF Fragmentary Orders (FRAGOs).

1.8. STANDARD ARMY MANAGEMENT INFORMATION SYSTEMS (STAMIS). The Government will provide Combat Service Support Automation Management Officer (CSSAMO) support to the contractor commensurate with CSSAMO support provided to other units.

1.9. AUGMENTATION SUPPORT. Augmentation in the context of this SOW is defined as the Contractor providing supplemental support for the function, service or capability specified by the Government.  The level of support is situational dependent; and will be defined by the responsible or Accountable Officer. The overall service requirement remains the responsibility of the Government. The contractor shall report performance outcomes, as appropriate for the supplemental support provided, to the responsible or accountable government official in charge.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

The contractor shall maintain supervisory control over all contractor employees and ensure its subcontractors maintain supervisory control over its subcontract employees.

1.10. OPERATIONAL CONTROL. Operational Control (OPCON) is defined as follows: the Contractor is fully responsible for performing the function, service or capability specified by the Government. The Contractor shall report performance outcomes to the responsible or accountable Government official in charge. The Contractor shall maintain supervisory control over all Contractor employees.

1.11. SPECIAL PROJECT CODING: The contractor shall maintain the ability to assign Special Project Codes (SPCs) for the capability of providing the Government a SPC Cost Report on Government designated projects within this task order. The SPC Cost Report will only provide the cost directly associated with the SPCs for Labor, Equipment, Materials, Subcontracts, and Other Direct Costs (ODCs) where such costs are readily segregable and identifiable. For example, the Cost Report will not separate Program Management, life support, or other direct costs where such costs are not readily segregable. The Government must request Special Project Coding with a project's Notice to Proceed (NTP). The assignment of SPCs will not be available retroactively after the contractor has received NTP for a project. The contractor shall assign SPCs and maintain the capability to produce SPC Cost Reports on all construction projects $650,000 or greater plus five (5) additional projects upon request from the LOGCAP Support Office and as directed by the ACO in accordance with the deliverable listed in Appendix I.

2.0. APPLICABLE DOCUMENTS. The contractor shall maintain a current library of all applicable publications associated with the requirements of this SOW. A list of regulations, SOPs, policies, and memorandums can be found in Appendix H to this SOW.

3.0. GOVERNMENT FURNISHED EQUIPMENT AND PROPERTY. Prior to procurement of equipment to support all efforts described in this task order, the Contractor shall exercise due diligence in verifying that the required items cannot be satisfied from existing stock available from other sites, or as Government Furnished Property (GFP).

3.1. HOST COUNTRY PURCHASES. The Contractor shall, to the maximum extent practicable, purchase durable and non-durable commodities, subcontract services and enter into leases for equipment items from the Host Country (HC) sources. A monthly report (AFGHAN First) that captures the percentage of purchase orders and subcontracts awarded to HC sources shall be provided to the ACO in accordance with Deliverables in Appendix I.

3.1.1. HOST COUNTRY PURCHASES AND THE FEDERAL SUPPLY SYSTEM. For purchases that cannot be obtained from the HC sources, the Contractor shall make maximum use of the Federal Supply System (FSS). This includes all classes of supply except for CLV, all accounting requirement codes (expendable, durable, non-expendable).

3.2. ACO DOLLAR THRESHOLD FOR APPROVAL ON MATERIAL REQUISITIONS. For the purpose of purchasing supplies/non-durable goods, the Contractor shall obtain approval from

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

the on-site ACO for each line item on the material requisition exceeding the threshold of
$25,000.00 on either a unit or cumulative effort. For the purpose of purchasing
equipment/durable goods the Contractor shall obtain approval from the on-site ACO for each
line item on the material requisition exceeding the threshold of $25,000.00 on either a unit or
cumulative effort and lease agreements over $50,000.00.

3.2.1 INVESTMENT EQUIPMENT PURCHASES.  Investment equipment purchases in excess
of $250,000 shall be funded with Other Procurement Army (OPA) funding.  Additionally,
purchases of non-tactical vehicles (NTV) and other passenger carrying vehicles must be
purchased with OPA funds.  If NTVs are to be provided for use by government personnel, the
NTVs must be either leased by the contractor or purchased with OPA funds.  Contractor
proposals and project estimates shall include the identification of all investment equipment
requirements. The LOGCAP Support Officer will be responsible for coordinating requests for
adequate and proper funding for these requirements with the ASC PCO. The ACO will not
approve contractor purchases for investment equipment until proper funding is assigned. All
Investment equipment purchases shall be processed in accordance with LOGCAP Requirement
Validation and Request Process dated 30 May 07.

3.3. SUBCONTRACT APPROVAL. Approval of subcontracts for leases for current value and
extension options that exceed $50,000.00, and all subcontract actions estimated at $500,000.00
or greater are subject to review and consent by the on-site ACO in accordance with FAR 52.244-
2.

3.4. GOVERNMENT FURNISHED EQUIPMENT (GFE).  When Government Furnished
Equipment (GFE) is provided to the contractor, the contractor shall perform a joint inventory and
a joint technical inspection of the GFE with the losing unit in coordination with the Defense
Contract Management Agency's (DCMA) Property Administrator when available and the
Government's current Property Accountable Officer. GFE will be in serviceable or economically
repairable condition before transfer to the contractor. Damaged items and shortage items shall be
documented. The Contractor shall repair or replace the damaged items and acquire the shortage
items to bring the GFE to a fully mission capable operational status. The Contractor shall
perform monthly cyclic inventories of the equipment in accordance with the applicable Army
regulations and the contractor's approved property control procedures.

3.4.1. The Contractor shall ensure that the receipt, maintenance, replacement and other processes
associated with GFE is in accordance with Federal Acquisition Regulation (FAR) part 45,
applicable supplements and the contract clauses relating to property.

3.5. The Government will furnish the following equipment or material as GFE/GFM/GFP.

3.5.1. FUEL. (JP8, Jet-A1, TS1, DF2 and MOGAS)-other types of fuel purchases in CJTF.

3.5.1.1. Fuel Bags and associated fuel handling equipment will be provided when available.

**FOUO**

3.5.2. Paragraph Not Used

3.5.3. FORCE PROVIDER MODULES.  Force Provider Modules will be provided when available.  The Contractor shall provide O&M to the modules and ensure they are maintained at Fully Mission Capable (FMC) standards. Maintenance of the modules shall be planned using the Master Schedule of Work (MSOW).

3.5.4. Paragraph Not Used
3.5.5. Paragraph Not Used.
3.5.6. Paragraph Not Used

3.5.7. DENSITY LISTING. The Government will provide a density listing, by Vehicle Identification Number (VIN), Serial Number and License Plate (if applicable) of all Non-tactical vehicles (NTVs) and equipment including commercial all-terrain vehicles (ATVs), Material Handling Equipment (MHE), Construction Equipment to the contractor and the ACO prior to the assumption of services.  The ACO will update listings on a periodic basis.

3.5.8. Paragraph Not Used.
3.5.9. Paragraph Not Used.

3.5.10. Standard Army Management Information Systems (STAMIS). If, after the Combat Service Support Automation Management Officer (CSSAMO) evaluates malfunctioning STAMIS and determines that evacuation to a higher level is required, the contractor shall only be responsible for turning STAMIS equipment into CSSAMO. If CSSAMO cannot repair the STAMIS in a reasonable time, a float STAMIS box will be issued until the unit's STAMIS is repaired by CSSAMO.

3.5.10.1. The contractor shall use appropriate STAMIS in conjunction with performing CLSS mission. The contractor shall ensure personnel are trained to operate required STAMIS. The contractor shall conduct user level Preventive Maintenance Checks and Services (PMCS) on STAMIS.

3.5.10.2. The government will provide as GFE appropriate STAMIS' and Department of Defense Address Activity Code (DODAACs). The government will provide refresher training to the contractor when the software is upgraded. The Contractor is responsible for coordinating with the Government to procure DODAAC, as mission dictates.

3.5.11. The Contractor shall process documents through Army STAMIS systems provided as GFE to order routine replenishment supplies.

3.5.12. Paragraph Not Used

3.5.13. EXPLOSIVE ORDNANCE DISPOSAL (EOD).  Explosive ordinance disposal will be provided as required by the military.

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

3.5.14. Paragraph Not Used
3.5.15. Paragraph Not Used.

3.5.15.1. PORTABLE SCALES.  Portable scales for Movement Control Team (MCT) operations will be GFE.

3.5.15.2. Automated Air Load Planning System (AALPS) software (current version).

3.5.16. Non-secure Internet Protocol Router Network (NIPRNET) Access. The Government will provide and maintain computer systems and NIPRNET access at all MCT (Movement Control Team) and Supply Support Activity (SSA) locations.

3.5.17. Secure Internet Protocol Router Network (SIPRNET) Access: At locations where access is available.

3.5.18. Paragraph Not Used.

3.5.19. The Government will sponsor the Contractor to gain access to appropriate logistics automation systems, including but not limited to: On line, STAMIS upgrade training, Web Virtual Logistics and Information Processing System (WEBVLIPS) and Integrated Logistics Analysis Program (ILAP). Personnel who may require access are maintenance managers, warehouse managers, Standards Army Maintenance System/Standard Army Retail Supply System/Marine Corps Integrated Maintenance Management System/Supported Activities Supply System (SAMS/SARSS/MIMMS/SASSY) operators and maintenance inspectors.

3.5.20. Paragraph Not Used.

3.6. CONTRACTOR LIFE AND LOGISTICS SUPPORT.

3.6.1. The Government will provide contractor life and logistics support to the Contractor in accordance with Special Contract Provisions specified in Section H of the basic contract and the following:

3.6.1.1. Base life support includes Government-controlled working and living space and accommodations, material, equipment, and services, which the Government determines can be made available at, or through, any site where LOGCAP support services are performed. All Government property in the possession of the Contractor, provided through this base life support clause, shall be used and managed in accordance with the Government Property clause applicable to this task order.

3.6.1.2. CONTRACTOR LIFE AND LOGISITICS SUPPORT. The Government will provide the following life and logistics support consistent with the level of service available at each contractor assigned location, as follows:

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

| Life and Logistics Support | |
|---|---|
| Billeting | Water works |
| Food Service | Vector control |
| Mail Services (US resident only) | MWR |
| Electrical | Fire Protection |
| Power Generation | Physical security |
| Waste Management/Disposal | Transportation support |
| Black/grey water removal and disposal | Laundry |
| Office support to include, but not limited to, office space, furniture, and supplies | Post Exchange/Base Exchange |
| Adequate Force Protection | Gymnasium |
| Emergency  Medical | |
| TABLE 3.6.1.2. | |

3.6.1.3. Contractor life support areas shall be designed using the following living and accommodations standards.

| Pay/Position Equivalent | Square Feet/Per Person |
|---|---|
| E-1 Thru E-4, GS-1 Thru GS-4, and WG–8 Thru WG–1 | 50 NSF/Person |
| E-5 AND E-6, GS-5, WS–7, WS–6, WS–5. WL–5, WS–4, WL–4, WS–3, WL–3, WS–2, WL–2, WS–1, and WL–1 | 50 NSF/Person |
| E-7 Thru E-8, GS-6, WG–11, WG–10, WG–9, | 80 NSF/Person |
| E-9 | 100 NSF/Person |
| O-1, CW2, CW1, GS-7, WS–13, WG–12, WL–11, WS–11, WL–10, WS–10, WL–9, WL–8, WS–8, WL–7, and WL–6, | 80 NSF/Person |
| O-2, CW4, CW3, GS-8 & 9, WG–13, and WL–13 | 100 NSF/Person |
| O-3, CW5, GS-10 & 11, WG–15,WG–14, and WL–14, | 100 NSF/Person |
| O-4, GS-12 | 100 NSF/Person |
| O-5, GS/GM-13 & 14, WS–14 Thru WS–19, and WL–15 | 100 NSF/Person |
| O-6, GS/GM-15, WS–19, WS–17, WS–16, WS–15, WL–15, and WS–14 | 160 NSF/Person |
| O-7 Thru O-10, SES-1 Thru SES-6 | 256 NSF/Person |
| TABLE 3.4.1.3. | |

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
FOUO

O5, E9, GS13+, Upper level white collar – individual rooms, dry units
O6+, Bde+ CSMs, CW5, GS15+, Company Executives – individual rooms, wet units
MSCs can exceed standards when economically justified

3.6.1.4. LIVING ACCOMMODATIONS.

3.6.1.4.1. CONTRACTOR LIVING ACCOMMODATIONS.  The standard contractor living
accommodations for direct hire employees (excluding Local Nationals) will be a containerized
living unit or hardstand structure such as B-Huts.

3.6.1.5. The contractor agrees to immediately report to the cognizant ACO inadequacies,
defective Government-Furnished Property (GFP), or non-availability of support stipulated
herein. The Government agrees to determine the validity and extent of the requirement and the
method by which it shall be fulfilled (e.g., purchase, rental, lease, GFP, etc.). Unless otherwise
stipulated in the task order, support shall be provided on a no-charge-for-use basis and the value
shall be a part of the Government's contract consideration.

4.0. PERIOD OF PERFORMANCE (POP). The contractor shall begin performance upon
Contract execution on 1 April 2009 through 31 March 2010, for an initial period of 365 days.

5.0. DELIVERABLES/REPORTS. The contractor shall prepare and submit reports in
accordance with the Contract No. DAAA09-02-D-0007 and Attachments Numbered 001,
Statement of Work (SOW) and 003, Contract Data Requirements List (CDRL) – DD Form 1423,
within the required CJTF DIVISION names called out in the basic contract as listed in Appendix
I (Deliverables).  The contractor will provide government special reports as required to include
audits and Requests For Information (RFI) when directed by the ACO.   The nature and scope of
requests for additional reports, audits and RFI's will be provide through the LOTD process.

5.1. ACQUISITION CROSS SERVICING AGREEMENTS (ACSA):  The Contractor shall
maintain accountability of services provided to each National Element for the purpose of
establishing the cost data in accordance with applicable ACSAs, and provide ACSA data to the
designated Forward Liaison Officer or Government representative.  The contractor shall maintain
and record ACSA cost data and report cost data as directed by the ACO.  The government will
prepare the CC35.

6.0. CONTRACTOR PERSONNEL REQUIREMENTS. The contractor shall maximize
opportunities to use host country national personnel. The contractor shall, to the maximum extent
practicable, hire host country national (HCN) personnel.  The contractor shall have exclusive
supervisory authority and responsibility over employees.

6.1. BADGING POLICIES.  The contractor shall comply with CENTCOM directed
vetting/badging policies for all personnel. The contractor shall provide personnel information in
accordance with CJTF DIVISION policies on host and foreign country national personnel to the

**FOUO**

local badging authority as required by the PCO/ACO and in accordance with the deliverable in Appendix I.

6.1.1. MEDICAL SCREENING.  Contractor personnel shall receive medical screening, appropriate for their position, prior to employment.   This screening shall include infectious diseases, at a minimum but not limited to tuberculosis.  Contractor will comply with the Base Contract and Division Surgeon's Requirements.

7.0. TEAM LOGCAP SUPPORT. The contractor shall provide administrative and life support to forward deployed Team LOGCAP personnel that is not being supplied by other means. Team LOGCAP members consist of Army Materiel Command LOGCAP Representatives, Defense Contract Auditing Agency (DCAA), Defense Contract Management Agency (DCMA), LOGCAP Support Contractor personnel and DOD Civilians that are deployed forward in support of this task order. This often includes, but is not limited to, office facilities and equipment, billeting, communications support and transportation or as directed by the ACO. Calculations for office space will be based on the space required to perform the mission. New design or refurbishment for office space will follow Sandbook guidelines. CJTF Division will provide additional guidance, as required.

7.1.1. BILLETING. Billeting includes living space and accommodations that are made available at, or through, any site where LOGCAP support services are performed. All Government Property (GP) in the possession of Team LOGCAP, provided through this Base Life Support clause, shall be used and managed in accordance with the GP clause applicable to this task order.

7.1.1.1. Team LOGCAP life support areas will be designed using the following living and accommodations standards:

| Pay/Position Equivalent | Square Feet/Per Person |
|---|---|
| E-1 Thru E-4, GS-1 Thru GS-4, and WG–8 Thru WG–1 | 50 NSF/Person |
| E-5 AND E-6, GS-5, WS–7, WS–6, WS–5. WL–5, WS–4, WL–4, WS–3, WL–3, WS–2, WL–2, WS–1, and WL–1 | 50 NSF/Person |
| E-7 Thru E-8, GS-6, WG–11, WG–10, WG–9, | 80 NSF/Person |
| E-9 | 100 NSF/Person |
| O-1, CW2, CW1, GS-7, WS–13, WG–12, WL–11, WS–11, WL–10, WS–10, WL–9, WL–8, WS–8, WL–7, and WL–6, | 80 NSF/Person |
| O-2, CW4, CW3, GS-8 & 9, WG–13, and WL–13 | 100 NSF/Person |
| O-3, CW5, GS-10 & 11, WG–15,WG–14, and WL–14, | 100 NSF/Person |
| O-4, GS-12 | 100 NSF/Person |
| O-5, GS/GM-13 & 14, WS–14 Thru WS–19, and WL–15 | 100 NSF/Person |
| O-6, GS/GM-15, WS–19, WS–17, WS–16, WS–15, WL–15, and WS–14 | 160 NSF/Person |

**DAAA09-02-D-0007**                                         **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

| O-7 Thru O-10, SES-1 Thru SES-6 | 256 NSF/Person |
| --- | --- |
| TABLE 7.1.1.1. | |

  a.  O5, E9, GS13+, Upper level white collar – individual rooms, dry units
  b.  O6+, Bde+ CSMs, CW5, GS15+, Company Executives – individual rooms, wet units
  c.  MSCs can exceed standards when economically justified
7.1.2. Team LOGCAP agrees to immediately report to the contractor inadequacies, defective
Government-Furnished Property (GFP), or non-availability of support stipulated herein.


7.2. Paragraph Not Used


8.0. REQUIREMENTS FOR BASE LIFE SUPPORT. The contractor shall establish the
following services at all base camps as annotated in Appendix D (Base Life-CS/CSS Support
Matrix). All headcounts listed in Appendix A are estimates for planning factors and are subject
to fluctuation. TEAM LOGCAP will notify the contractor as soon as possible when the
headcount fluctuates beyond +/- 10%.  The contractor shall be prepared to support this headcount
and the possible 10% fluctuation at all times. Fluctuations up to 10% shall be supported for up to
30 days.  The contractor should consult with the Base Camp Mayor for anticipated assignment of
personnel at each base camp. A list of the facilities and generators referenced in the paragraphs
below can be found in Appendices F (Facilities) and G (Generators).  All work shall be
conducted according to pertinent U.S. and Coalition Military regulations.


8.0.1. MASTER SCHEDULE OF WORK (MSOW). The MSOW is a planning document used to
synchronize maintenance across the base camp and common areas. The MSOW is used to plan
for Preventive Maintenance of facilities along with common areas and utilities. The MSOW shall
be developed in conjunction with Team LOGCAP, the Base Camp Mayor, Anti-Terror/Force-
Protection (AT/FP) personnel, and the Contractor. The contractor's draft MSOW shall be
submitted within 30 days after contract award to the ACO. All base camps will have a MSOW
and be in accordance with Appendices D (Base Life Support Matrix) and L (Master Schedule of
Work).


8.01.1. Maintenance shall be planned using the Master Schedule of Work (MSOW), Appendix L,
in coordination with the Base Camp Mayor.


8.1. FACILITIES MANAGEMENT AND OPERATIONS & MAINTENANCE (O&M)
SERVICES. The contractor shall provide O&M Services and establish a preventative
maintenance program to maximize life expectancy of base camp facilities at a reasonable cost to
the Government. O&M consists of maintenance and repair of facilities listed in Appendix F
(Facilities)  as defined by Department of the Army Pamphlet 420-11 and Appendix C.
Contractor Taskings will not be issued in facilities that are known to have friable asbestos.
However, if, at any time during the conduct of work or work assessment associated with any
facility repair, renovation or improvement, the contractor has reason to believe that friable

**FOUO**

asbestos is present within the workspace, contractor shall stop the work for assessment and
report the site conditions to the ACO.

8.1.1. OPERATIONS & MAINTENANCE (O&M).  Operations & Maintenance also includes
the repair and/or replacement of equipment and major electrical appliances such as electrical
heating, air-conditioning, refrigeration systems, freezer systems, kitchen systems and plumbing
used to provide services to facilities listed in Appendix F (Facilities).  All equipment shall be
maintained according to manufacturer's standards.  Military equipment shall be maintained
according to military standards.

8.1.1.1. REEFER O&M.  The contractor shall perform O&M on Government-owned refrigerated
containers (aka, "reefers") listed in Appendix N. O&M shall include, but is not limited to
electrical, refrigeration, and minor structural repair and maintenance.  Examples of minor
structural repairs shall include, but are not limited to, the repair of small punctures in
exterior/interior walls via the use of patches, repair panels, or similar items.  Structural repairs to
repair damage caused by accident, neglect, or abuse shall be accompanied by an Estimated Cost
of Damage (ECOD) report and shall be approved by the ACO prior to commencing work. Reefer
maintenance service will be in accordance with the MSOW.

8.1.1.2. Paragraph Not Used.

8.1.1.3. FIRE ALARM AND SUPPRESSION SYSTEMS.  Contractor shall provide
maintenance on Monaco fire alarm systems identified in Appendix F.  Contractor shall maintain
an ASL of parts to support this requirement.

8.1.2. TECHNICAL INSPECTIONS. Technical Inspection of all facilities not initially
designated as "Level A" in Appendix F (Facilities), and all other facilities, shall be completed
before the Contractor assumes O&M responsibilities. Upon conclusion of the technical
inspection, if a facility requires substantial repairs, then those repairs will be completed in
coordination with the LSO and the Base Camp Mayor and at the direction of the ACO, prior to
assuming O&M. Upon completion of Technical Inspection and correction of any deficiencies,
the ACO will direct the contractor to assume O&M and amend Appendix F (Facilities).

8.1.3. SERVICE/WORK ORDER.  A Service Order will initiate services, repairs, O&M
Maintenance, replacement and small construction work on existing facilities listed in Appendix
F. Maintenance is preventive in nature. Repair/replacement refers to methods used to prolong the
life cycle of an item. Work orders for new work will be signed by the ACO and may be initiated
up to Five Thousand Dollars ($5,000). Service Orders may be initiated up to Five Thousand
Dollars ($5,000). The contractor shall manage and operate a Service Desk and a database for
service orders and response times and provide the status of the O&M program IAW Appendix I.
The contractor will follow the procedures of the Help Desk/Service Desk SOP approved by the
DPW Responsible Officer and directed by the ACO.     Situations which present immediate
danger to occupants will be immediately reported to the ACO for direction. Situations that

**DAAA09-02-D-0007**                                       **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

present imminent danger shall be halted, ceased or blocked as necessary until remedial action is taken.

8.1.3.1. EMERGENCY SERVICE ORDERS.  Emergency Services Orders (P1) shall be responded to within 2 hours. At a minimum, emergency repairs consist of failure in water, sewage, electric, general utility networks, ground fault and those functions pertaining to force protection and operational considerations. Emergency repairs are situations that affect life, health, safety and force protection. The contractor shall notify the ACO and the Base Camp Mayor if repairs cannot be affected within the 2 hour time period. The initial response from the contractor back to the mayor's cell shall be made via telephone, followed up in writing, and will provide a mitigation plan.

8.1.3.2. URGENT/ROUTINE SERVICE ORDERS.  The Contractor shall respond to urgent (P2) and/or routine (P3) service order requests as indicated in Appendix F (Facilities). See Table 8.1.

8.1.4. SERVICE INTERRUPTION NOTIFICATION. The contractor shall coordinate with the Base Camp Mayor and the ACO at a minimum of 72 hours in advance of any planned service interruptions due to maintenance or repairs.

8.1.5. Paragraph Not Used.
8.1.6. Paragraph Not Used

| Facilities Management and Operations & Maintenance (O&M) Services Table 8.0. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| Para 8.1 Plan and execute Facilities Management and Operations & Maintenance (O&M) Services | Establish O&M Programs and schedule preventive maintenance inspections to maximize life expectancy of facilities | All preventive maintenance inspections and repairs are accomplished on schedule at least 90% of the time. |
| 8.1.1. Perform O&M on facilities listed in Appendix F | IAW service order requests (SOs) for Level A & B facilities. | IAW SOs timeline. |
| 8.1.2. Conduct Technical Inspection on facilities listed in Appendix F that are not listed as Level A. | As coordinated with the Base Camp and directed by the ACO, perform facility technical inspection on designated facilities in preparation for full O&M. | Coordinate technical inspection scope with Base Camp Mayor, LSO and ACO to determine facilities requiring inspection, conduct inspection, provide inspection report NLT 72 hours after completion of inspection. |

**DAAA09-02-D-0007**                                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
FOUO

| | | |
|---|---|---|
| 8.0.1. Plan and conduct Master Schedule of Work in conjunction with Base Camp Mayor and TEAM LOGCAP | In conjunction with Team LOGCAP, plan, prepare and provide MSOW for each BASE. Include all services planned for and performed for the BASE. | Submit MSOW within 30 days of contract award or at a time determined by the ACO. |
| Para 8.1.3. Perform O&M | O&M maintenance, repair and/or replacement on facilities listed in Appendix F shall be initiated by a customer service order. | |
| | Emergency Service Order (P1) | Respond within 2 hours 95% of the time. Notify ACO & Base Camp Mayor if repairs cannot be affected within a 2 hour time period and provide a mitigation plan |
| | Urgent Service Order (P2) | Respond within 24 hours 95% of the time and complete repairs within 72 hours 75% of the time. |
| | Routine Service Order (P3) | Respond within 24 hours 95% of the time and complete repairs within 30 days 95% of the time. |
| 8.1.4. Coordinate pre-planned O&M service interruptions. | Plan, organize, and communicate pre-planned service interruptions for O&M services affecting the customer and client. | NLT 72 hours prior to the planned service interruption. Coordinate with Base Camp Mayor, LSO and ACO to mitigate impact on customer and client daily operation. |
| TABLE 8.0. | | |

8.1.7. ROADS, GROUNDS AND AIRFIELD SERVICES. In coordination with the LSO, Base Camp Mayor and at the direction of the ACO, the contractor shall provide roads services in accordance with Appendix E.  Roads, Grounds and Air Field services will be in accordance with the MSOW. MSOW will list the name, location, and other quantifiable information

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

(mileage/square feet) of all roads, grounds, and airfield area IAW Appendix I (Data Requirements and Reports Matrix. The contractor shall be available 24 hours a day, 7 days a week to respond to emergency services for base roads, airfield services and ground service.

8.1.7.1. DRAINAGE. The contractor shall pay particular concern to high traffic areas during the rainy season to ensure removal of standing water as directed in Appendix E or as directed by the ACO.  Water drained will be pumped into the existing camp drainage ditch.  Alternate drainage locations will be at the direction of the ACO.  All black water trucks used for water removal must be super chlorinated prior to use.

8.1.7.1.2.  DUST ABATEMENT.  The contractor shall apply water to roads and grounds to abate dust in coordination with the Base Camp Mayor when directed by the ACO.

8.1.7.3. AIR FIELD SERVICES. Paragraph Not Used

8.1.7.4. SAND BARRELS. Paragraph Not Used

| Roads, Grounds and Air Field Services | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.1.7. Provide roads, grounds, airfield and drainage services. | Maintain the standards in accordance with Appendix E. | Ensure that all services are scheduled and performed on schedule at least 95% of the time. |
| TABLE 8.1.7. | | |

8.2. OTHER CONSTRUCTION/ENGINEERING SERVICES. In coordination with the LSO, Base Camp Mayor and at the direction of the ACO, the contractor shall provide equipment, supplies, personnel, administration and management required for construction and/or repair of roads, bridges, runways, pipeline, barriers, towers, walls, gates, walkways, trenching, culverts, hard stands, covered storage and power generation.

8.2.1. REFURBISHMENT. The contractor, in coordination with the LSO, Base Camp Mayor and at the direction of the ACO, shall evaluate, upgrade or refurbish hardstand buildings to a safe and livable condition. This new work may include refurbishment, construction, alterations and upgrades. All new work shall be in accordance with International Building Code and National Electric Code (NEC).   Electrical standards shall meet the requirements as defined in Contract DAAA09-02-D-0007 - Letter Modification dated 2 Mar 09 (Appendix H).

8.2.2. CONSTRUCTION MANAGEMENT TECHNICAL SERVICES. The contractor shall provide, in coordination with the LSO, Base Camp Mayor at the direction of the ACO, phased technical inspections to determine if in-progress construction in support of military construction

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

direct contracts meets the standards required for the contractor to accept construction for LOGCAP O&M.

8.2.3.2.  INSTALLATION SURVEYING.  The contractor shall provide horizontal and vertical control surveys to consist of, but are not limited to, the precise location of primary survey points, field data acquisition of detailed topographic, planimetric and infrastructure feature data for use in engineering site planning, cost estimating, design, as-builts, and construction layouts, situational awareness, master planning, construction, real estate projects, GIS applications, or facility management, and will be requested on a Service Order and approved by the ACO.  All geodetic data shall be collected using the coordinate and projection system of the installation imagery, WGS84, appropriate UTM Zone, except where modified by the government.  The contractor shall use survey grade GPS, at an accuracy level of +/- 2cm.  All Survey data collected shall be provided to the Government in a digital format with an attached Survey Report identifying survey method, equipment list, calibration documentation, survey layout, description of control points, control diagrams, and field survey data.  Best commercial practices will be used when specific government guidance is not mandated.

8.2.3.3.  COMPUTER-AIDED DRAFTING AND DESIGN (CADD) DIGITAL DRAWINGS. These deliverables include (but are not limited to): roof plans, interior designs or layouts, floor plans, blueprints, engineering drawings or details, architectural drawings or details, construction drawings or details, cross-sections, wall sections, stair details, elevations, and other schematics generally used in the design, repair, construction, or maintenance of Government installations will be provided at the direction of the ACO.  Standard commercial practices will be used when specific government guidance is not mandated.

8.2.3.4. Accept and process all dig permits to ensure excavations are sufficiently managed to avoid damage to underground utilities. The government is responsible for all mine and UXO validations.

| Other Civil Construction / Engineering Services TABLE 8.2. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.2.1. Plan and perform facility refurbishment. | In coordination with the Base Camp Mayor, LSO and at the direction of the ACO, evaluate and plan for the upgrade or refurbishment of hardstand buildings to a safe and livable condition. | When requested by the LSO and directed by the ACO, the contractor shall prepare a PPR in anticipation of new work.<br><br>When directed by the ACO, the contractor shall execute new work IAW the NTP and schedule.<br><br>All new work shall be in accordance with International Building Code and National |

**DAAA09-02-D-0007**                                      **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
FOUO

| | | Electric Code (NEC). |
|---|---|---|
| 8.2.2. Plan and perform Construction Management Technical Services. | In coordination with the Base Camp Mayor, LSO and at the direction of the ACO, evaluate, plan for, and provide phased technical support of military construction direct contracts where O&M is expected to be performed by LOGCAP | All construction management technical service support shall be in accordance with International Building Code and National Electric Code (NEC). Provide phased technical services on designated military direct contracts programmed for LOGCAP O&M as directed by the ACO. The contractor will ensure the work performed does not constitute an Organization Conflict of Interest in the delivery of services. |
| 8.2.3.2. Provide installation surveying. | Provide horizontal and vertical control surveys. | The contractor shall use survey grade GPS, at an accuracy level of +/- 2cm. |
| | TABLE 8.2. | |

8.3. POWER GENERATION. The contractor shall operate and maintain power production and distribution for those camp facilities identified in Appendix F and monitor equipment.  The contractor shall provide service for all government property (GP) identified generators listed in Appendix G (Generators). Service is defined as operating, maintaining, repairing, replacing, relocating, and procurement of necessary repair parts.  Non-GP generators in Appendix G will be serviced in the same manner as GP identified generators except replacement of non-GP generators will not be responsibility of contractor.  This service to non-GP generators will be on condition that the government does not relocate equipment without notice.  Generators that have been moved and are not locatable will be the responsibility of the government to locate and notify the contractor of the new location.  Generators moved outside of current TO 145 area of operations will not be serviced unless returned to current TO 145 area of operations by the government.

8.3.1. POWER GENERATOR TECHNICAL INSPECTION.  Technical inspection if not already done, for all generators non-GP identified in Appendix G (Generators) shall be completed before the contractor assumes O&M responsibilities. If an inspection discovers substantial repairs are required including basic push packages, manuals, and parts ordering processes, these deficiencies will be addressed by the Government prior to starting of O&M by the contractor.  Any repairs will be completed at the direction of the ACO with an ACL. Following the repairs to bring equipment to standard, normal O&M will begin.  This process will

**DAAA09-02-D-0007**                                  **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

be the same for any new generator additions to TO 145; as GP or non-GP status to Appendix G following POP start date.

8.3.1.1. POWER DISTRIBUTION. The contractor shall provide distribution and monitoring of equipment for proper load and phase on low voltage systems (600 volts and below), and maintenance of low voltage distribution equipment. The contractor shall wire/re-wire equipment for proper phase alignment and operation as necessary.

8.3.2. BACKUP POWER GENERATION In coordination with the LSO, FET and at the direction of the ACO, the contractor shall provide appropriate back up power generation.

8.3.3. Power generation assets and distribution systems are listed in Appendix G (Generators) and F (Facilities).

| Other Construction / Engineering Services Table 8.3. | | |
| --- | --- | --- |
| Required Function | Performance Objective | Performance Standard |
| 8.3.1. Conduct inspection of all generators listed in Appendix G prior to assuming O&M responsibilities. | As coordinated with the FET and directed by the ACO, perform technical inspections on designated generators in preparation for full O&M. | Coordinate technical inspection scope with FET, LSO and ACO to determine which generators require inspection, conduct inspection, provide inspection report NLT 72 hours after completion of inspection.

Contractor will ensure an operational readiness rate (ORR) of 90%.  The Generator count for the ORR will include NMC units being repaired, as well as stock units. |
| 8.3.1.1. Plan, monitor and distribute low voltage power within a designated BASE. Wire/re-wire equipment for proper alignment and operation as necessary. | Given existing BASE low voltage power generation systems, monitor and distribute power as coordinated with the FET, LSO and as directed by the ACO. | Provide 95% low power reliability across the BASE as directed by the ACO and in coordination with the FET and LSO.

Perform system maintenance as scheduled on MSOW and as directed by the ACO in coordination with the FET and LSO. |

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
                                        **FOUO**

| 8.3.2. Provide Backup low voltage power. | Within existing low voltage power capabilities and in coordination with the FET, LSO and at the direction of the ACO, provide appropriate back up power generation to prioritized locations and facilities. | Coordinate with the FET, LSO and the ACO to determine backup power priorities.<br><br>As directed by the ACO, provide backup power to designated locations and facilities within 72 hours of notification. |
|---|---|---|
| TABLE 8.3. | | |

8.3.4. PRIME POWER. As the application of Prime Power comes online, the contractor shall review and recommend modifications to existing low voltage systems with the intent of reducing the overall need for spot generation.

8.4. ELECTRICAL DISTRIBUTION SYSTEMS. The contractor shall replace, maintain, and repair electrical distribution systems and equipment including switchgear (as directed by ACO), distribution panels, lighting, and electrical outlets. Appendix F (Facilities) identifies those facilities that will receive full service.

8.4.1. POWER SYSTEM OPTIMIZATION. The contractor shall maintain power systems. The contractor shall be capable of analyzing and designing low voltage power systems and make adjustments to power distribution systems (including size and location of generators) in order to optimize efficiency. All such adjustments will be coordinated with the FET and ACO.

8.4.2.  Paragraph Not Used.

| Electrical Distribution Table 8.4. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.4.1. Plan for and conduct BASE Power System Design Optimization. | Within the existing BASEs electrical and power generation capability, the contractor shall analyze and design low power systems, make adjustments to power distribution systems, and strive to optimize efficiency. | The contractor shall be capable of analyzing and designing low voltage power distribution systems (including size and location of generators) in order to optimize efficiency. All such adjustments will be coordinated with the FET and ACO. |

8.5. LATRINES. The Contractor, at the direction of the ACO, shall provide, emplace in Life Support Areas (LSA), and maintain environmentally controlled latrines (1 toilet per 20 males and

**DAAA09-02-D-0007**                                            **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
FOUO

1 toilet per 20 females) in accordance with CENTCOM's Sandbook and base camp populations. The contractor shall provide, operate and maintain hand-cleaning capability at all latrine locations.

| Latrines TABLE  8.5 | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.5. Plan, emplace, maintain and remove Latrines within a FOB's LSA and other locations as directed. | Within each designated Life Support Areas (LSA), plan, emplace, maintain and remove (as needed) latrines. | Latrine planning, emplacement and removal will be in coordination with Base Camp Mayor/COR as directed by the ACO.<br><br>95% of the latrines across the FOB will be cleaned in accordance with the MSOW.<br><br>Latrines PMCS will be IAW FOB MSOW. |
| TABLE 8.5. | | |

8.6. ABLUTION UNITS. The contractor, at the direction of the ACO, shall provide, emplace in Life Support Areas and maintain ablution units equipped with environmental control units, showers, mirrors and sinks (one showerhead per 20 males and one showerhead per 20 females) in accordance with base camp populations.

| Ablution Units   TABLE 8.6. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.6. Plan, emplace, maintain and remove Ablution Units within a FOB's LSA and other locations as directed. | Within each designated Life Support Areas (LSA), plan, emplace, maintain and remove (as needed) Ablution Units. | Ablution Unit planning, emplacement, maintenance and removal will be in coordination Base Camp Mayor/COR, and at the direction of the ACO.<br><br>95% of the Ablution Units across the FOB will be cleaned in accordance with the MSOW.<br><br>Ablution Unit PMCS will be IAW FOB MSOW. |

**DAAA09-02-D-0007**                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

8.7. PORT-A-POTTIES.  The contractor, at the direction of the ACO, shall provide, emplace and maintain portable toilets with hand cleaning capabilities in accordance with work area populations in coordination with the LSO, Base Camp Mayor/COR and the ACO. These requirements are in addition to the latrine requirements above and the MSOW.

| Port-a-Potties | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.7. Plan, emplace, maintain and remove Port-a-Potties within a FOBs LSA and other locations as needed. | Within each designated Life Support Areas (LSA), plan, emplace, maintain and remove (as needed) Port-a-Potties. | Port-a-Potties planning, emplacement, maintenance and removal will be in coordination with Base Camp Mayor, and at the direction of the ACO.<br><br>95% of the Port-a-Potties across the FOB will be cleaned IAW the MSOW<br><br>Port-a-Potties PMCS will be IAW FOB MSOW. |
| TABLE 8.7. | | |

8.8. NON-HAZARDOUS SOLID AND LIQUID WASTE MANAGEMENT AND DISPOSAL. The contractor shall provide, install, operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray and black water to meet applicable Army regulatory guidance and the MSOW.

| Solid Waste Management and Disposal Programs | | | | |
|---|---|---|---|---|
| Recycling | Incineration | Landfills | Surface Burning | Medical Waste Incineration |
| N/A | N/A | N/A | FS-1 Salerno | FS-1 Salerno |
|  |  |  |  |  |
| TABLE 8.8A | | | | |

8.8.1. MEDICAL WASTE DISPOSAL. The contractor shall remove and dispose of all medical waste from the Level III CSH. The contractor will collect medical waste compiled at this location and dispose of in accordance with Army regulations.

| TABLE 8.8.1  Medical Waste Disposal Locations | | |
|---|---|---|
| Location | Site Number |  |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

| Salerno | FS1 | | |
|---------|-----|--|--|
| | | | |
| | | | |

8.8.1.1. The Contractor shall pick up at a central collection point, medical waste at the above sites no less than once every three (3) days.

8.8.1.2. The Contractor shall transport and dispose of all medical waste in accordance with AR 40-61, Medical Command (MEDCOM) Regulation 40-35, and the Title 49 of the Code of Federal Regulations, Transportation.

8.8.1.3. For the purposes of this contract, medical waste is defined as any waste generated by a hospital and/or facility capable of producing infectious disease. The seven (7) types of medical waste to be removed and disposed are, (1) Isolation Waste, (2) Microbiological Waste, (3) Blood and Blood Products, (4) Contaminated Sharps, (5) Surgical Waste, (6) Pathological Waste and (7) Medications and/or supplies (consumables) no longer considered viable.

8.8.1.3.1. The Government will collect, transport and place controlled substances in accordance with AR 40-61 to include Antidote treatment nerve agent, auto injector (ANTAA) into the incinerator to ensure the destruction for all controlled substances and Medical Chemical Biological Defense Material (MCBDM) in Afghanistan.

8.8.1.3.2. The contractor shall incinerate all materials provided at the nearest medical waste incinerator and document as a witness on the control log to verify destruction. The Government will maintain the destruction records for all controlled substances and MCBDM.

8.8.1.3.3. In the event of the incinerator being inoperable for more than 30 days, back up medical waste incineration shall be coordinated with the LSO, Base Camp Mayor and at the direction of the ACO.

8.8.2. SEWAGE SYSTEMS. The contractor shall operate and maintain existing sewage networks within base camp boundaries and additional connections to the sewage network in coordination with the LSO, Base Camp Mayor and at the direction of the ACO. Where necessary, the contractor shall provide, operate and maintain waste water treatment systems for generated waste water streams prior to release into the local drainage systems or agricultural (irrigation, dust abatement) system.

| Non-Hazardous Solid Waste Management and Disposal TABLE 8.8.B. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| Surface Burning. | In coordination with the Base Camp Mayor, and at the direction of the ACO, new or utilized uncontaminated | At the direction of the ACO, the contractor shall provide new or operate uncontaminated existing burn |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

|  | existing burn sites shall be provided, installed, operated and maintained to meet applicable Army regulatory and USG policies. | sites.

The contractor shall ensure the products of combustion are reduced to become ash and non-combustible components.

The contractor shall minimize any type of smoke exposures to the camp population.

New burn pits shall be planned and executed within the NTP and schedule.

Operation of burn pits shall be annotated on the FOB's MSOW. |
|---|---|---|
| Removal and disposal of Medical Waste. | In coordination with the Base Camp Mayor and the removal and disposal of medical waste from the Level III CSH shall be performed at Salerno. | In coordination with CJTF Surgeon, the Base Camp Mayor and ACO, the disposal of Level III medical waste from the CSH shall be done using a Regulated Medical Waste incinerator.

Transport and disposal of all medical waste shall be in accordance with AR 40-61, Medical Command (MEDCOM) Regulation 40-35, and the Title 49 of the Code of Federal Regulations, Transportation.

Level III CSH medical waste shall be picked up no less than once every three (3) days.

In the event of the incinerator being inoperable for more than 30 days, back up medical waste incineration shall be coordinated with the Base |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

| | | Camp Mayor, LSO and at the direction of the ACO. Incineration shall be annotated on the FOB's MSOW. |
|---|---|---|
| Sewage Systems. | Within base camp boundaries and additional connections to the sewage network and in coordination with the Base Camp Mayor and at the direction of the ACO, FOBs sewage systems shall be maintained. | Existing sewage networks within the base camp boundaries shall be maintained and the schedule listed on the FOB MSOW.<br><br>Additional connections to the existing sewage network shall be added and maintained in coordination with the Base Camp Mayor and at the direction of the ACO. Additions shall be accomplished IAW the NTP and schedule.<br>As directed, waste water treatment systems shall be operated and maintained and generated waste water cleaned to applicable Army regulatory standards and CJTF policy prior to release into the local drainage systems or agricultural (irrigation, dust abatement) system. |
| | TABLE 8.8.B. | |

8.9. HAZARDOUS WASTE (HW) MANAGEMENT. The contractor is not responsible for the remediation or the disposal of HW. If HW is discovered mixed with any scrap item, the Government will coordinate to have it removed and disposed of under the appropriate Defense Reutilization and Marketing Service (DRMS) contract.

8.9.1.  The contractor shall operate and maintain a temporary hazardous waste storage area to receive, store, account for, and prepare for shipment HAZMAT/HAZWASTE generated by internal and military operations. Plan for, accept and store HAZMAT and HAZWASTE products that include waste POL, lead acid batteries, lithium batteries, oil filters, gas or antifreeze can/bottles, flammable liquids and gases, oxidizers, DOD vector control pesticides, corrosives and US DOT Class IX.

8.9.1.1 The following /HAZARDOUS WASTE materials will not be accepted:

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

1. Organic Peroxides
2. DOC Poison Gases
3. PCB's
4. Class 1 Explosives
5. Nuclear and biological substances and waste, and
6. Waste generated from any source other than waste which has been generated by U.S. and Coalition Forces or direct contractors for the USG in Afghanistan.
7. Any acceptable Hazardous Waste not packaged properly will not be accepted

8.9.2. STORAGE OF SOIL AFFECTED BY PETROLEUM, OIL AND LUBRICANTS (POL). The contractor shall receive and temporarily store any POL affected soils generated by internal and military operations in authorized containers or lined cells at temporary repositories. The contractor will excavate and transport any affected soils to the local soil repository. Volume per incident at FS1 Salerno is limited to 50 cubic yards of POL affected soil and up to five thousand (5000) gallons of liquid.  The Environmental Compliance Officer (ECO) is the primary coordinator for POL affected soil removal on each base in coordination with the LSO, Base Camp Mayor and at the direction of the ACO. Affected soil repository storage sites are listed below. Generator status of all soils remains with the Government.

| Soil Repository Locations | | | |
|---|---|---|---|
| Location | Site Number | Type | AOR |
| Salerno | FS1 | Temporary | Up to 5000 gallons and 50 cubic yard per spill. |
| Bagram | AB1 | Repository | Area repository. |
| TABLE 8.9.A. | | | |

| Hazardous Waste Repository Location | | | |
|---|---|---|---|
| Location | Site Number | Site Number | AOR |
| Bagram | AB1 | 2 | AOR |
| TABLE 8.9.B. | | | |

| Hazardous Waste (HW) Management TABLE 8.9.C. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.9.1. Management of the HAZMAT/HAZWASTE Storage Area (HWSA). | Within the terrain provided by the Base Camp Mayor, the contractor shall operate and maintain a temporary HWSA in order to receive and store HAZMAT and HAZWASTE generated by internal and military operations. | Plan for, accept and store HAZMAT and HAZWASTE products that includes waste POL, lead acid batteries, lithium batteries, oil filters, antifreeze, empty oil cans, gas or antifreeze cans/bottles, flammable liquids and gases, oxidizers, corrosives and U.S. |

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

| | | |
|---|---|---|
| | | DOT Class IX.

In coordination with the Base Camp Mayor, LSO and as directed by the ACO, plan for, accept and store other hazardous waste NLT 30 days after receipt of NTP or IAW coordinated schedule. |
| 8.9.2. Temporary storage of Soil Affected by Petroleum, Oil and Lubricants (POL). | Within the terrain provided by the Base Camp Mayor FS-1 Salerno and ICW the FOB Environmental Compliance Officer (ECO), the contractor shall operate and maintain a HWSA for temporary storage of soil affected by POL. | ICW the Base Camp Mayor, LSO, ECO and at the direction of the ACO, plan for, accept, temporarily store and maintain any POL affected soils generated by internal and military operations within 60 days after contract award.

Provided storage area shall be of sufficient size as a temporary repository.

Coordination with the Government is required in order to excavate and transport any affected soils to soil repository. |
| TABLE 8.9.C | | |

8.9.3 Paragraph Not Used

8.10. LAUNDRY SERVICE OPERATIONS. Full service from the contractor is defined as the contractor shall provide 72-hour turn-around laundry service, with drop-off point(s), for the permanent populations, at the maximum rate of 20 pieces of laundry per soldier per 72-hour period in accordance with Army regulations. This service includes sleeping bags and blankets. The contractor shall use fresh non-potable water to perform laundry services as defined in TB Med 577.

| TABLE 8.10B   Laundry Service Operations | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.10.1. Provide full service laundry. | Laundry services shall include washing, drying, folding of uniforms and clothing items, | Full laundry services shall be provided within a 72-hour turn-around at the maximum |

**DAAA09-02-D-0007**                                  **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

| | | |
|---|---|---|
| | and return to laundry bag for each individual. | rate of 20 pieces of laundry per soldier IAW Army regulations.<br><br>Laundry staff shall wear gloves and wash hands after all contact with soiled laundry.<br><br>Fresh non-potable water shall be used to perform laundry services as defined in TB Med 577. |
| | | Laundry staff shall wear gloves and wash hands after all contact with soiled laundry.<br><br>Fresh non-potable water shall be used to perform laundry services as defined in TB Med 577. |
| 8.10.4. Provide medical laundry service. | Medical laundry services shall include washing, drying, folding of uniforms and clothing items, and return to laundry bag. | Medical laundry shall be segregated from normal clothing and clothing or linen soiled with contaminants.<br><br>Two different colored bags clearly labeling one for clean and one for soiled and contaminated linens shall be provided.<br><br>Transportation of dirty linen and clean linen will be provided by the government.<br><br>Soiled linen shall be washed with approved detergent in water at least 80 degrees Celsius (176 degrees Fahrenheit).<br><br>Medical laundry shall be provided within a 72-hour |

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
                              **FOUO**

| | | |
|---|---|---|
| | | turn-around.<br><br>Laundry staff shall wear gloves and wash hands after all contact with soiled laundry.<br><br>Fresh non-potable water shall be used to perform laundry services as defined in TB Med 577. |
| 8.10.6. Provide Sewing Services. | These services shall be limited to repairing military items to a serviceable condition and includes sewing insignia to include nametags, service, and unit patches on military uniforms. | Sewing Service shall be provided within a 72-hour turn-around. All sewing service shall be conducted IAW applicable military regulations. |
| TABLE 8.10B   Laundry Service Operations | | |

8.10.1. Laundry services shall include washing, drying, folding of uniforms and clothing items, and return to laundry bag for each individual.

8.10.2. Paragraph Not Used
8.10.3. Paragraph Not Used.

8.10.4.  MEDICAL LAUNDRY SERVICE. The Contractor shall segregate clothing or linen soiled with contaminants. The Contractor shall provide two different colored bags clearly labeling one for clean and one for soiled and contaminated linens. The government will provide transportation of dirty linen and clean linen. Soiled linen shall be washed with approved detergent in water at least 80 degrees Celsius (176 degrees Fahrenheit). Laundry staff shall wear gloves and wash hands after all contact with soiled laundry.

8.10.5. SELF-SERVICE LAUNDRY FACILITY.  The contractor shall maintain a self-service laundry with a minimum of six washers and six dryers, interior and exterior plumbing and non-potable water and gray water storage and removal at FS1 Salerno.  The contractor shall maintain the self-service washers and dryers and the facilities housing the self-service laundry. The contractor shall replace washers or dryers as needed if the cost of repair exceeds 50% of the cost of the unit. Any contractor disposal of equipment follow provisions IAW FAR Part 45.

8.10.6. SEWING SERVICES.  The contractor shall provide clothing repair, sewing service for insignia and minor repairs on sleeping bags and Organizational Clothing and Individual Equipment (OCIE).  The monthly workload is estimated at five hundred (500) pieces with an average of four (4) sewing requirements per piece.  All work shall be completed within 72 hours of drop-off.

**FOUO**

8.11. WATER WORKS SYSTEM. The contractor shall provide, install, operate and maintain potable and non-potable water systems.

8.11.1. The Contractor shall ensure potable water production standards comply with TB MED 577. These standards set water production classification based on population and the number of service connections in the water distribution system. The contractor shall ensure that the water they produce, stored and distribute is purified and tested in accordance with all applicable DOD and U.S. Army water purification and preventive medicine regulations and technical manuals. All disinfection requirements will be based on CT inactivation (CT=Product of Free Chlorine Residual and Time required) for bacteria, viruses and Giardia. The contractor shall not be responsible for water that they do not produce or water commingled with municipal water sources. Coliform or Color Testing of water is performed by Preventive Medicine during the Base Camp Assessments.

8.11.2 The contractor shall provide to the Base Camp Mayor a Point of Contact (POC) to coordinate water production and storage capacity issues as referenced in Appendix I. In the event of a compliance violation, the contractor shall notify the Contracting Officer's Representative (COR), Quality Assurance Representative (QAR), ACO and the CJTF Division Preventive Medicine Officer within 2 hours of discovering the compliance violation.  Contractor is exempt from three (3) Days of Supply (DOS) storage requirement due to limited storage capacity and multiple wells.

8.11.3. WATER PRODUCTION AND STORAGE.  The Contractor shall provide the production and storage capacity identified in the table below:

| Water Works Capacity per FOB | | | |
|---|---|---|---|
| Site | Gallons Produced per/day | | Minimum Storage Capacity in Gallons |
| FS-1 Salerno | 100,000 | | 350,000  Gallons (ROWPU Sites) |
| FS-2 Chapman | Wells | | (Contractor exempt for 3 day DOS requirement) |
| | | | |
| TABLE 8.11.3. | | | |

8.11.4. The contractor shall operate and maintain Reverse Osmosis Water Purification Units (ROWPUs) as directed by the ACO.

8.11.4.1 The contractor shall provide potable water to base camp dining facilities and food vendors per standards as specified in this SOW. Water provided to base camp medical facilities, dining facilities, and food vendors shall conform to standards, monitoring and testing

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

requirements in accordance with TB MED 577. Contractor support shall be coordinated with the
LSO and Base Camp Mayor and at the direction of the ACO and included in the MSOW.

8.11.4.2. The contractor shall adjust storage, production capability and ration water in
accordance with the schedule developed by the LSO, Base Camp Mayor and at the direction of
the ACO. The contractor shall ensure adequate supplies of GFM bottled water are delivered and
regularly stationed at locations specified by the Base Camp Mayor and directed by the ACO at
FS-1 Salerno.  Bottled water shall be ordered by the appropriate government official and
delivered to FS-1 Salerno.

8.11.4.3. The contractor shall report daily status (beginning quantity, quantity produced, quantity
issued and ending balance) to MSC in accordance with ESC Class I Manager's reporting format
and schedule as referenced in Appendix I. Water production reporting at other than ROWPU
sites is not required.

8.11.5. WATER WELLS. The contractor shall drill additional and/or deepen water wells on FS-1
Salerno or FS-2 Chapman at direction of the ACO.

8.11.5.1 WATER WELL CHLORINATION INJECTORS/TESTING. The contractor will not be
responsible for testing chlorination of the water from various well points at FS-2 Chapman.  The
Government will conduct all testing.  The Base Commander is responsible to ensure that
Preventive Medicine is an active participant in the testing process. The contractor shall maintain
a chlorination injector on FS-2 Chapman wells. Contractor shall be prepared to install additional
chlorination injectors as directed by the ACO. The contractor shall procure and replace (if
needed) the pressure pumps, pressure regulators, pressure tanks, water tanks and distribution
pipes at all locations in Appendix F.

8.11.6. BASE/FACILITY WATER. The contractor shall repair and maintain city water works
within the FS-1 Salerno base perimeter.

| Water Works System TABLE 8.11. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.11.1. Provide potable and non-potable water. | The contractor shall provide, install, operate and maintain potable and non-potable water systems IAW Table 8.11.3. | All potable water produced, stored and distributed shall comply with standards listed in TB MED 577, applicable regulations. <br><br> The Base Camp Mayor shall be provided a POC to coordinate water production and storage capacity issues. <br><br> In the event of a compliance |

**DAAA09-02-D-0007**                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
FOUO

|  |  | violation, the COR, QAR, ACO and the CJTF Division Preventive Medicine Officer shall be notified within 2 hours of discovering the compliance violation. Potable water support shall be coordinated with the Base Camp Mayor, LSO and at the direction of the ACO.<br><br>Potable water support shall be included within the MSOW. |
|---|---|---|
| 8.11.4.1. Potable Water Support to Medical Facilities, Dining Facilities and Food Vendors. | The contractor shall provide potable water to base camp medical facilities, dining facilities, and food vendors per standards as specified in this SOW. | Water provided to base camp dining facilities and food vendors shall conform to standards, monitoring and testing requirements specified for human consumption IAW TB MED 577, and applicable regulations.<br><br>Potable water support shall be coordinated with the Base Camp Mayor, LSO and at the direction of the ACO.<br><br>Potable water support shall be included within the MSOW. |
| TABLE 8.11. |

8.12. PEST MANAGEMENT. The Contractor shall perform all pest management functions (to include pest surveillance and control, and animal control and removal) to mitigate pests in all base camps and contractor-maintained facilities in accordance with AR420-76 and CJTF Integrated Pest Management Plan. The Contractor shall ensure that all chemicals and pesticides used in pest management operations are in accordance with DoD Armed Forces Pest Management Board (AFPMB) recommendations, and will be approved, prior to use, by the CJTF Pest Management Coordinator. For emergencies or unique situations, pest management materiel not approved by the AFPMB may be purchased locally if approved by the CJTF Pest Management Coordinator.

8.12.1. PEST MANAGEMENT COORDINATION.  DoD Preventive Medicine Detachments/Units have pest management responsibilities in their respective areas of operations. The Contractor shall ensure that pest management personnel coordinate/communicate pest

**FOUO**

surveillance and control efforts with their respective Preventive Medicine Detachments/Units. The purpose of this coordination is to ensure that pest management efforts are complimentary and not duplicated, which could result in overexposing personnel to pesticides.

8.12.2. PESTICIDE APPLICATORS CERTIFICATION FOR RESTRICTED PESTICIDES. The Contractor shall meet DoD competency requirements for all pest management personnel who apply restricted pesticides. All restricted pesticide applicators shall be (U.S.) state-certified in appropriate categories (appropriate in the types of pest control work required). The contractor shall submit pesticide applicator certification documentation as referenced in Appendix I. to the CJTF Pest Management Coordinator/Certifying Official to ensure DoD competency/certification standards are met.

8.12.3. All pesticide applicators without DoD Pesticide Applicator Certification shall be, at minimum, (U.S.) state-certified in appropriate categories with the exception that non-certified personnel may apply non-restricted use pesticides under the direct supervision of a DOD or State licensed/certified Applicator.

8.12.4. The contractor shall humanely trap feral animals. All traps that have captured feral animals shall be secured and humanely transported to veterinary personnel or other veterinary-designated personnel for euthanasia. If there is not a local veterinarian available, then trapping efforts shall be coordinated with the Base Camp Mayor for a time when veterinary support is available to euthanize trapped animals. Contractor personnel shall not euthanize animals.

| Pest Management TABLE 8.12.A. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.12. Provide pest management services | ICW with the Base Camp Mayor, and ACO, pest management functions that include pest surveillance and control, and animal control and removal when available, shall be performed to mitigate pests in all base camps and contractor-maintained facilities. | The contractor shall perform all pest management functions IAW the CJTF Integrated Pest Management Plan.<br><br>All chemicals and pesticides used in pest management operations shall be IAW DoD Armed Forces Pest Management Board (AFPMB) recommendations, and will be approved, prior to use, by the CJTF Pest Management Coordinator. |

FOUO

| | | |
|---|---|---|
| | | All pest management programs shall be communicated and coordinated with the respective Preventive Medicine Detachments/Units. |
| | | The contractor shall meet DoD competency requirements for all pest management personnel who apply pesticides. |
| | | All restricted pesticide applicators shall be state-certified and the certification documentation submitted to the CJTF Pest Management Coordinator/Certifying Official with the exception that non-certified personnel may apply non-restricted use pesticides under the direct supervision of a DOD or State and certified Applicator. |

TABLE 8.12.A.

8.13. MORALE, WELFARE AND RECREATION (MWR) SERVICES. Full service from the contractor is defined as the contractor shall operate and maintain MWR facilities in accordance with Army Regulation 215-1 and the MSOW.

8.13.1. MWR Support Plan. Contractor shall develop and maintain a MWR Support Plan as referenced in Appendix I, for each base/camp, coordinated through the LSO, Base Camp Mayor, and at the direction of the ACO. The plan will incorporate GFE to the maximum extent possible.

8.13.2. MWR operations shall include, but are not limited to, the following: Athletic Centers, Internet Cafe and Community Recreation Centers.

8.13.2.1. ATHLETIC CENTER.  Contractor shall provide athletic equipment (e.g. weight lifting and cardio-vascular equipment). At a minimum, contractor shall provide for general equipment maintenance, equipment checkout, towel service and chilled bottled water.

8.13.2.2. COMMUNITY RECREATION CENTER. Contractor shall operate and maintain at a minimum, movie room, quiet area, book exchange and game table area.

**FOUO**

8.13.2.2.1. Contractor shall operate and maintain a checkout service and sign out government provided items such as board games, and sports kits (examples; softballs, flag footballs, soccer balls) at areas designated by the Base Camp Mayor.

8.13.2.2.2. INTERNET CAFÉ.  The contractor shall operate customer service and administrative oversight of Internet Cafés with associated services for up to 20 computer workstations and up to 10 telephones stations.  Computer workstations and telephone stations will be provided and maintained by the government.

8.13.2.3 SPECIAL EVENTS.  The Government MWR representative will coordinate all MWR activities/events.  The Contractor shall assist with a variety of athletic, sports, social, recreational, holiday, and cultural diversity programs when directed by the ACO. The contractor shall provide support to and labor for MWR events and activities including; concerts, sporting, tournaments, competition, and social events, setting up and removing stages and associated equipment, and setting up and removing boxing rings; basketball courts and volleyball areas.

8.13.2.3.1. Paragraph Not Used.
8.13.2.4. Paragraph Not Used.
8.13.2.5. Paragraph Not Used.

8.13.3.  LIMITED SERVICE. Limited service from the contractor is defined as the contractor shall maintain kits (sports, games and pastimes) and establish a program of O&M for these kits.

8.13.4. Paragraph Not Used.
8.13.5. Paragraph Not Used.
8.13.6. Paragraph Not Used.
8.13.6.1. Paragraph Not Used.
8.13.6.2. Paragraph Not Used.

| Morale, Welfare, and Recreation (MWR) Services | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.13. Manage MWR facilitates. | In coordination with the Base Camp Mayor, and at the direction of the ACO, manage Athletic Centers, Internet Cafe and Community Recreation Centers. | MWR facilities shall be managed IAW Army Regulation 215-1. |
| TABLE 8.13.A. | | |

8.14. CLASS III RETAIL OPERATIONS. The contractor shall receive, store, account for and issue JP8 and MOGAS fuel in accordance with applicable Army Regulations to support the following sites as listed below.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
                                        **FOUO**

| Class III Retail Operations TABLE 8.14. | | | |
|---|---|---|---|
| Location | Maximum Storage Capacity | | |
| Site | JP8 (gal) | DF2 (gal) | MOGAS (gal) |
| FS1 Salerno | 260,000 | 0 | 4,000 |
|  |  |  |  |

8.14.1. The contractor shall ensure fuel is properly accounted for during receiving and distribution operations as outlined in AR 710-2, Chapter 2, Paragraph 2-37 at non-capitalized sites and DESC-I11 at capitalized sites. Daily delivery reports of petroleum products shall be maintained on Department of the Army (DA) Form 3643 and monthly reports in accordance with AR 710-2 at non-capitalized sites and DESC 1-11 at capitalized sites.  All reports will be maintained in accordance with Paragraph 5 and Appendix I (Reports).

| Class III Retail Operations | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.14. Receive, store, account for and issue JP8, MOGAS at designated sites. | Within Class III Retail Fuel Points, manage Class III Retail Fuel operations. | Ensure retail fuel is properly accounted for during receiving and distribution operations IAW AR 710-2, Chapter 2, Paragraph 2-37.<br><br>Provide daily accountability of petroleum products using DA Form 3643.<br><br>Provide monthly reports IAW AR 710-2.<br><br>Manage storage capacity IAW Table 8.14. |
| TABLE 8.14.1. | | |

8.15. BILLETING MANAGEMENT. The contractor shall, in coordination with the Base Mayor Office, perform the operations of check-in and check-out services during after hour periods (See Table below).  The government shall maintain authority for allocation/distribution of spaces and shall assign an appropriate representative for resolving conflicting requirements for resources. The contractor, in coordination with the Base Mayor Office, shall account for, issue, and maintain keys and locks IAW AR 190-51, AR 380-5, and FM 3-19.30.

| Billeting | | | | |
|---|---|---|---|---|
| Site | Permanent | Transient | Tier I Billeting | Tier II  Billeting |
| FS1-Salerno | X | X | N/A | X |

**DAAA09-02-D-0007**                                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

FOUO

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | |
| TABLE 8.15.A. | | | | |

| Billeting Capacity | | | |
|---|---|---|---|
| Site/Population | Type of Service | Permanent | Transient |
| FS1-Salerno | Full | 2,500 | 500 |
| | | | |
| TABLE 8.15.B. | | | |

8.15.1:  Paragraph not used

8.15.1.1. BILLETING PREVENTATIVE MAINTENANCE. The contractor shall implement a preventative maintenance program to routinely inspect permanent and surge billets for serviceability of the facility and existing furniture that are specified as "Level A" in Appendix F. The contractor shall include a Preventative Maintenance Checks and Services (PMCS) program in the MSOW. The contractor shall pay particular attention to the serviceability of tents, specified in Appendix F (Facilities), and repair when necessary.

8.15.1.2 Paragraph Not Used.

8.15.2. Accommodations shall contain Environmental Control Units, interior lighting, fire extinguishers, smoke alarms and 110V outlets.

8.15.2.1. Paragraph Not Used.

8.15.2.2. TRANSIENT BILLETING. The government will provide the assets necessary to support transient billeting. The contractor, in coordination with the Base Mayor Office, shall maintain the ability at all times to house a population of 500 transients and surge at locations where full service is provided as listed in table 8.15.

8.15.2.2.1. Paragraph Not Used.

8.15.2.2.2. Tier II consists of a GP Medium Field Tent or equivalent (Temper) with plywood floor panels, two electric light outlets, two electric outlets and HVAC.

8.15.3. The contractor shall maintain the capability to begin moving or removing designated housing at base camps, within a minimum of two (2) weeks of Government provided notice to proceed in coordination with the LSO, Base Camp Mayor and at the direction of the ACO.

8.15.4. Paragraph Not Used.
8.15.5. Paragraph Not Used.

**DAAA09-02-D-0007**                                                   **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

| Billeting Management  TABLE 8.15.C. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.15. Manage billeting operations, in coordination with the Base Mayor Office. | The contractor shall manage as required, the assignment of billeting facilities as follows:<br><br>Full service billeting services shall include the operation of check-in and/or checkout services during night hours. | Discrepancies in inspections shall be reported to the Base Camp Mayor and/or Garrison Billeting Office.<br><br>A preventative maintenance program shall be implemented and maintained to routinely inspect permanent, transient and surge billets for serviceability.<br><br>The capability is available to begin moving or removing designated housing at base camps, within a minimum of two (2) weeks of USG notification.<br><br>All full service billeting activities shall be annotated on the MSOW. |
| TABLE 8.15.C. | | |

8.16. SIGNS. The contractor shall provide, install and maintain standardized signs as required to designate facilities, operational sections and services (e.g. SSA, Laundry, Base Headquarters) at designated sites (see Paragraph 8.16.1). These signs shall not contain any specific military unit designation, crest or colors. The signs will not reference the contractor or any other contractor. The contractor shall provide sign services through a service request form system and shall maintain complete documentation, by request for services, sufficient to reflect adherence to the above restrictions.  Request for quantities of 25 or more signs will be coordinated thru the Facility Engineer Team and at the direction of the ACO.

8.16.1. Sign services designated sites as listed below.

| TABLE 8.16.1 Sign  Services | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Site | Design | Nameplate Capability | Silk Screening | Fabrication | | | | |
| Salerno | X | | | X | | | | |
| | | | | | | | | |

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

8.17.  DINING  FACILITY  (DFAC)  OPERATIONS  PLANNING.  All  headcounts  listed  in
8.17.12.  are  estimates  for  planning.  The  Government  will  notify  the  Contractor  when  the
headcount fluctuates beyond +/- 10%.

8.17.1.  DFAC  OPERATIONS  AND  MAINTENANCE.    The  contractor  shall  operate  and
maintain  food  service  operations  (in  accordance  with  Paragraph  8.17.12.)  to  accommodate  the
permanent  and  transient  base  camp  populations,  serving  four  (4)  meals  per  day  as  per  the
command's  meal  cycle  for  the  area  and  in  accordance  with  applicable  Army  regulations.  The
contractor  shall  comply  with  all  requirements  of  TB  MED  530,  including  food  safety.  Food
Sanitation training shall include personal hygiene, proper hand washing methods, maintaining
proper  food  holding  temperatures,  proper  use  of  disposable  gloves,  and  cross-contamination  of
food  items  during  meal  preparation.  Procurement  of  decorations  and  any  electronic  equipment
(such as stereos and TVs) are the responsibility of the supporting units, however they shall be
installed  and  operator  level  maintenance  conducted  by  the  contractor  to  ensure  there  is  no
disruption  of  DFAC  operations.  Each  DFAC  shall  be  able  to  support  limited  fresh  baked
products, existing special menu bars and existing dessert storage areas, existing working meal
areas.

8.17.2. The Contractor shall order and prepare meals in accordance with our published 28-Day
menu, the Department of the Army 28 Day Contingency Operations Menu.  Deviations from the
menu are authorized to use food in danger of spoiling.

8.17.2.1. The Government will provide uniformed service members from supported units to
serve as headcount personnel in accordance with CJTF Military Oversight Responsibilities to
Contractor Dining Facilities SOP and applicable Army regulations.

8.17.2.2. The Contractor shall maintain a government approved automated account system using
this  system  as  a  tool  to  monitor  the  inventory  and  spending  per  month  using  the  existing
spreadsheet (financial management sheet) and continue to forward the report for the military to
review.  The  contractor  will  stay  within  the  monetary  constraints  of  the  Basic  Daily  Food
Allowance (BDFA) in accordance with AR 30-22.

8.17.2.3. The  Contractor  shall  serve  the  correct  serving  size  per  Army  TM  10-412  or  the
recommended serving size on the item packing. The contractor shall alter the serving size at the
request of the individual diner.

8.17.2.4. The Contractor shall not offer "high dollar food items" on self-service bars unless
authorized by the ACO for special occasions. The Government will determine high dollar food
items.

8.17.2.5. The Contractor shall use progressive cooking as defined in Army FM 10-23-2. When
feasible and without interrupting service or inconveniencing diners, the contractor shall reduce

**FOUO**

the number of serving lines toward the end of the serving periods to keep leftover/discarded food items to a minimum.

8.17.2.6. The Contractor shall conduct 100% quantity and quality checks at the DFAC receiving point and adjust the receiving documents with the subsistence prime vendor to reflect the actual quantity received.

8.17.3. HAND WASH STATIONS. The Contractor shall provide sufficient hand wash stations using either Chlorinated Non-potable water or hand sanitizer accommodating the base camp population, preferably inside the entrance to the DFAC, but at a minimum outside the entrance to DFAC.

8.17.4. Paragraph Not Used.
8.17.5. Paragraph Not Used.
8.17.6. Paragraph Not Used.

8.17.7. SPECIAL MEAL REQUESTS. The Contractor shall prepare and serve holiday and Service birthday meals as required in the DFAC. Requests for food service support (Special Meal Requests) that are outside the normal mission of the dining facility will be approved by the Major Subordinate Command (MSC) Food Services Officer and ACO. Headcount for meal requests shall be added to the Daily Headcount Register.
8.17.7.1. Paragraph Not Used.

8.17.7.2. The Contractor shall prepare Distinguished Visitor (DV) meals (0-7 and above) as approved by Major Subordinate Command (MSC) Food Service Officer and directed by the ACO. The Government will provide the contractor DV meal requests at least 72 hours in advance.

8.17.8. The Contractor shall maintain at least eight (8) days storage of rations (including chilled storage) and shall maintain storage capacity to accommodate surges in population and up to one (1) additional day's storage capability for rations or directed by the ACO in coordination with the CJ4/JLC. The Government will notify the contractor through the ACO of any population surges 14 days in advance.

8.17.9. The contractor shall have the capability to download Prime Vendor trucks within 24 hours of arrival to the greatest extent possible based on local events, policy and force protection measures.

8.17.10. AIR CURTAINS. Air curtains shall be installed at all entrances and exits of dining facilities.

8.17.11. Dining Facility Operations are defined as follows:

8.17.11.1. DFAC

**DAAA09-02-D-0007**                                **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

| DFAC Operations |
| --- |
| Prime vendor provides food. |
| Contractor performs all DFAC services. |
| Government provides the facility. |
| Contractor provides required DFAC equipment. |
| TABLE 8.17.11.1. |

8.17.11.2. Paragraph Not Used.
8.17.11.3. Paragraph Not Used.
8.17.11.4. Paragraph Not Used.


8.17.12. DINING FACILITY (DFAC) OPERATIONS.


| Dining Facility Headcount Operations TABLE 8.17.12. | | | | |
| --- | --- | --- | --- | --- |
| Code | Location | DFAC # | Feed Requirement Per Meal | Surge Capacity Per Meal |
| FS1 | Salerno | 1 | 2500 | 3,000 |

8.17.12.1.  SHORT ORDER GRILL.  The contractor shall maintain a short order grill available 0530 to 0900 and 1130 to 1900 hours, seven (7) days a week at FS-1 Salerno.  This grilll shall provide breakfast sandwishes and "to go" rations duirng the morning hours and hamburgers, hotdogs, sandwich items and supporting condiments during the afternoon hours.  The food for the grill will be dependent upon government rations.  All Food will be government furnished.


| Dining Facility Operations TABLE 8.17.1. | | |
| --- | --- | --- |
| Required Function | Performance Objective | Performance Standard |
| 8.17. Establish and manage DFAC operations. | In coordination with the Base Camp Mayor, and at the direction of the ACO, establish, operate and maintain food service operations IAW Para 8.17.12. of this SOW. | Meals shall be ordered and prepared IAW published 28 Day menu, the Department of the Army 28 Day Contingency Operations Menu; plan for deviations in order to avoid food spoilage.

Accommodate permanent, transient and surge base camp populations, serving four (4) meals per day as per the |

| | | |
|---|---|---|
| | | command's meal cycle for the area and in accordance with applicable Army regulations. |
| | | Maintain any decorations and any electronic equipment (such as stereos and TVs) provided by the USG. |
| | | Provide limited fresh baked products, special menu and dessert bars, storage areas, and work meal areas. |
| | | Provide food sanitation training that includes personal hygiene, proper hand washing methods, maintaining proper food holding temperatures, proper use of disposable gloves, and cross-contamination of food items during meal preparation |
| | | The government approved automated account system shall be maintained to monitor the inventory and spending per month. |
| | | The Basic Daily Food Allowance (BDFA) shall be followed IAW AR 30-22 Correct serving size, per Army TM 10-412, shall be provided or altered at the request of the individual diner. |
| | | Manage "high dollar food items" on self-service bars. Use progressive cooking |

| | | |
|---|---|---|
| | | methods as defined in Army FM 10-23-2. |
| | | Conduct a 100% quantity and quality check and adjust the receiving documents with the subsistence prime vendor. |
| | | Provide hand wash stations using either potable water or hand sanitizer accommodating the base camp population inside or outside the entrance to the DFAC. |
| | | Provide Special Meals as approved by the MSC Food Service Officer and at the direction of the ACO. |
| | | Distinguished Visitor (DV) meals (0-7 and above) shall be prepared as approved by the MSC Food Service Officer and at the direction of the ACO. |
| | | At least eight (8) days rations shall be stored (including chilled storage) at each DFAC or as directed by the ACO in coordination with the CJ4/JLC. |
| | | Storage capacity to accommodate surges in population up to an additional one (1) day shall be accommodated for. |
| | | Download Prime Vendor trucks within 24 hours of arrival. |

**DAAA09-02-D-0007**                              **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

|  |  | Air curtains shall be provided for all entrances and exits.<br><br>Headcount totals indicated in table 8.17.12. are approximate numbers to be used for planning purposes only. |
|---|---|---|
| Dining Facility Operations TABLE 8.17.1. |||

8.18.  FIRE FIGHTING SERVICES. The contractor shall establish fire fighting services in accordance with AR 420-1 and DODI 6055.06M, and in coordination with the Base Camp Mayor and as directed by the ACO. These services include fire protection support, emergency response, equipment and vehicle management, fire prevention, education and training.

8.18.1. Firefighters shall respond, extinguish, protect and salvage for the following types of emergencies on the indicated sites (in Paragraph 8.18.3.).

8.18.1.1. Structural alarms and emergencies.

8.18.1.2. Wild-land or brushfires that may threaten the loss of life or Government property. The contractor shall perform fire fighting of range fires except for any mined areas that have not been cleared.

8.18.1.3. Automotive or vehicle fire or accident.

8.18.1.4. Medical emergencies limited to those skills of a First Responder.

8.18.1.5. POL Fires or Spills.

8.18.1.6. Aircraft crash rescue emergencies or standby during abnormal operations such as hot refueling operations, refueling of aircraft loaded with munitions, medical evacuations, etc.  The contractor shall plan to support fixed wing C130 and smaller and rotary wing CH47 and smaller.

8.18.2. Communications. The contractor will provide the communications equipment necessary to operate and maintain all fire fighting communications services at the designated sites and airfields (see paragraph 8.18.3.). All emergency response affiliated agencies are required to be in communication with each other for all emergency incidents.

8.18.3. The contractor shall provide firefighting services at F1-Salerno and airfields in accordance to Appendix D.

DAAA09-02-D-0007                                    **EFFECTIVE DATE:  1 April 2009**
TASK ORDER: 0145 Salerno, V1.4
FOUO

8.18.4. Reports. The Contractor shall provide within 24 hours a detailed report, pertaining to all fire incidents per Appendix I (Deliverables/Reports).

| Fire Fighting Services TABLE 8.18. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.18. Establish and maintain minimal fire fighting services for structures and airfields | IAW Base Camp Mayor, LSO and as directed by the ACO, provide minimal fire fighting services for structures and airfields. | Provide minimal fire fighting services IAW AR 420-1 and DODI 6055.6<br><br>Respond to and extinguish fires IAW 8.18.1.1 through 8.18.1.5.<br><br>Provide immediate response for all flight landings and take-off at FS1 Salerno.<br><br>Provide minimal fire fighting services for structures at FS1 Salerno,<br><br>The Contractor shall provide within 24 hours a detailed report, pertaining to all fire incidents per Appendix I (Deliverables/Reports). |
| TABLE 8.18. | | |

8.19. FIRE PROTECTION SERVICES. The contractor shall provide fire protection services throughout base camps, facilities and tents. These services include conducting at a minimum semi-annual fire inspection, providing fire fighting support devices such as fire extinguishers, and smoke detectors.  The contractor will install (if required), carbon monoxide detectors and lighted exit signs. Inspection frequency and fire prevention summaries shall be conducted in accordance with AR 420-1 and USG theater policies. The contractor shall be responsible for the maintenance and accountability of all portable firefighting equipment.  Contractor shall maintain current portable equipment at fully mission capable (FMC) status and perform periodic preventative maintenance checks (IAW National Fire Codes). The Base Camp Mayor and the ACO will provide specific fire protection site requirements and technical direction. Fire protection services will be annotated in the MSOW.

8.19.1. EXCHANGE PROGRAM. The contractor shall establish an exchange program for dry chemical ABC and BC type fire extinguisher holders and signage.

**DAAA09-02-D-0007**                                   **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
FOUO

8.19.2.  DRY CHEMICAL FIRE EXTINGUISHERS. Recharging service will apply to dry chemical fire extinguishers and be in accordance with National Fire Protection Association 10. Recharging service for FS1 Salerno will be provided by AB1-Bagram.

8.19.2.1 Paragraph Not Used.

8.19.3.  FIRE PREVENTION INSPECTIONS.  The contractor shall perform base wide fire inspections in facilities listed in Appendix F in accordance with AR 420-1 and USG theater policies. The contractor shall develop pre-fire plans and conduct risk assessments throughout base camps, facilities and tents. The contractor shall provide reports of fire inspection results to the Base Camp Mayor.

| Fire Protection Services TABLE 18.19.3. | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.19. Provide, manage and maintain fire protection services and train personnel. | Provide fire protection services throughout base camps, facilities and tents. These services include conducting at a minimum semi-annual fire inspections, providing and installing fire fighting support devices such as fire extinguishers and smoke detectors, carbon monoxide, and lighted exit signs as required by AR 420-1. | Fire inspection frequency and fire prevention shall be IAW AR 420-1 and USG theater policies.<br><br>The Base Camp fire protection program shall be annotated on the MSOW.<br><br>A fire extinguisher exchange program shall be established for dry chemical fire extinguishers and include fire extinguisher holders.<br><br>A fire extinguisher dry chemical and compressed air foam recharge service shall be provided and be IAW National Fire Protection Association (NFPA) 10 standards; recharge service shall be available at AB1-Bagram.<br><br>Perform base wide fire prevention inspection service IAW AR 420-1 and USG theater policies.<br>Develop pre-incident fire |

47<br>
TO0145<br>
FOUO

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE: 1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

| | | plans, risk assessments throughout base camps, facilities and tents, and provide fire inspection reports to the Base Camp Mayor. |
|---|---|---|
| | | |
| TABLE 8.19.3. | | |

8.20 VEHICLE MAINTENANCE FACILITY. The contractor shall operate and maintain a Maintenance Facility for all vehicles and equipment on the density list (Appendix N). The contractor shall treat all vehicles designated as part of the facility for maintenance as Government- Owned Property, which includes providing all repair parts. Maintenance Facility operations will be managed by the approved contractor management system. A list of vehicles maintained at all sites available at Appendix N.

8.20.1. Paragraph Not Used.
8.20.2. Paragraph Not Used.

8.20.3. Maintenance Facility operations at FS-1 Salerno:

| Maintenance Operations    TABLE 8.20.3. | | |
|---|---|---|
| FS-1 Salerno  (Level 10/20/30) | | |
| | | |
| Table 8.20.3. | | |

8.20.4. Paragraph Not Used.

8.20.5. The contractor shall provide operator Level 10 services, oil/filter change and tire rotation for Government-owned vehicles at the Maintenance Facility.

8.20.6. Paragraph Not Used.

8.20.6.1. Level 20/30 maintenance will be performed at FS1- Salerno.

8.20.6.2. Level 20/30 maintenance (limited) on Up-armored Vehicles will be performed at FS-1 Salerno.  The following 20/30 maintenance services WILL NOT be performed on Up-armored Vehicles: (1) suspension, (2) ballistic protection, (3) frame modification or repair, (4) doors, (5) windows, (6) windshields, (7) transmission repair/replacement, (8) differential, (9) axle, (10) spindle assembly, (11) wheel and tire replacement.

**DAAA09-02-D-0007**                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

| Level 20/30 Maintenance Location |
| --- |
| FS1-Salerno |
| FS1-Salerno (Up-armored Vehicles will receive limited 20/30 service) |
| TABLE 8.20.6.1. |

8.20.7.  The contractor shall maintain the capability to issue a semi-permanent vehicle identification marker (sticker) for all vehicles for the purposes of dispatch and fuel issue procedures compliance. Identification markers shall comply with Base Provost Marshall policies.

8.20.8. Paragraph Not Used.

8.20.9. SELF-SERVICE WASH RACK OPERATIONS.  The contractor shall provide all the resources required to maintain a self-service vehicle wash rack.  The wash rack shall have four (4) wash points.  The contractor shall ensure the wash rack is accessible during daylight hours, 7 days a week. When directed by the ACO, the contractor shall support a surge requirement to operate up to 24 hours a day

| Vehicle Maintenance Operations TABLE 8.20. | | |
| --- | --- | --- |
| Required Function | Performance Objective | Performance Standard |
| 8.20. Manage and maintain Maintenance Facility operations. | Manage and maintain a Maintenance Facility for vehicles and equipment listed in Appendix N. | Manage and maintain Maintenance Facility.<br><br>Provide Maintenance Facility operations at FS-1 Salerno.<br><br>Provide 10/20/30 level vehicle maintenance.<br>Retain the capability to issue a semi-permanent vehicle identification marker (sticker) for all vehicles and equipment IAW Base Provost Marshall policies. |
| TABLE 8.20. | | |

8.21. Paragraph Not Used.
8.22. Paragraph Not Used.
8.23. Paragraph Not Used.

8.24. PROJECT PLANNING. The contractor shall have staff available for estimating, planning and scheduling of projects, facilities and services as requested by the LOGCAP Support Officer and directed by the Administrative Contracting Officer. Planning shall consist of site

FOUO

assessments, technical risk assessments, alternative analysis, environmental impact assessments, project schedules and project planning estimates for labor, equipment, materials and subcontract requirements.  Project planning estimates involving construction shall be prepared in accordance with DA PAM 420-11, Project Definition and Work Classification, dated 7 Oct 1994. Contractor acceptance or return of the PPE requests must be completed within two days (48 hours) of submission to the contractor.

| TABLE 8.24       Project Planning | | |
|---|---|---|
| Required Function | Performance Objective | Performance Standard |
| 8.24. Provide assistance for project and facility planning and scheduling | Conduct site assessments, technical risk assessments, alternative analyses, environmental impact assessments, project schedules and project planning estimates as requested by the LOGCAP Support Officer and directed by the Administrative Contracting Officer. | Assist as required within the CJTF DIVISION name requested 95% of the time. Contractor acceptance or return of the PPE requests must be completed within two days (48 hours) of submission to the contractor. Unless an extension is granted, routine Project Planning Estimates are required within 14 days from contractor acceptance to the ACO. |
| TABLE 8.24. | | |

8.25. Paragraph Not Used.
8.26. Paragraph Not Used

8.27. CLASS IV YARD OPERATIONS.  The contractor shall manage and operate services and equipment at FS-1 Salerno necessary to maintain the FSS and Commercial Class IV operation and site including, but not limited to, providing all relevant labor, equipment maintenance, supplies, and supervision under guidance of the CJTF and the direction of the ACO.  The Class IV yard hours of operation are twelve (12) hours per day, seven (7) days a week. The government shall appoint an Accountable Officer for the Class IV operations.

8.27.1. The Accountable Officer will be the contractor's officer representative who will provide guidance over the functions of the yard.  The engineer shall determine priority of issue of commerical construction material based on priorities.

8.27.2. The contractor shall receive FSS material through the SARSS system. Commercial Class IV items will be maintained on a separate inventory tracker. The contractor will account for material as it is received and report receipt and any discrepancies to the Accountable Officer.

8.27.3. The contractor will store materials in the Class IV yard in such manner as to secure them from pilferage and protect them from the elements.  The contractor will track inventory of construction materials and report status as directed by the Accountable Officer.

8.27.4. The contractor will issue material to approved customers at the direction of the Accountable Officer.  The contractor will stage materials, by project, as directed by the Accountable Officer.  The contractor shall order, receive, store, issue and track on-hand balances for all FSS Class IV materials using Government Furnished STAMIS (SARSS or ULLS) in accordance with approved US Government accounting practices and procedures.  The contractor will receive, store, issue and track on-hand balances for commercial Class IV material on a separate inventory tracker.  The government will maintain responsibility for order all commercial Class IV items.

8.27.5. The Contractor shall provide MHE to operate the Class IV yard. The contractor is responsible for the maintenance and services of the equipment required to operate the Class IV Yard.  At a minimum, the contractor must perform weekly maintenance of the equipment to ensure all equipment is operational and has no safety violations.

8.27.6. The contractor shall support a combined total of up to one thousand three hundred (1300) line items of FSS or Commercial Class IV materials.

8.27.7. SELF HELP TOOL ROOM:  The contractor shall operate a self-help tool room that provides construction and basic tools for hand receipt issue to tenant units of Salerno FOB.  The government will ensure all Self Help Tool Room hand receipts are cleared before allowing tenants to depart Salerno Base Camp.

| Class IV Yard Operations  Table 8.27.12. | | | |
|---|---|---|---|
| Camp Name | Site Number | | |
| Salerno | FS1 | | |
| | | | |

8.28 TRANSPORTATION MOTOR POOL (TMP).  The contractor shall maintain and operate a TMP with a fleet of GFE vehicles at FS-1 Salerno in accordance with the density list in Appendix N.  The contractor will check for proper operator licensing/ certification. The contractor is not responsible for licensing drivers/operators. The government shall maintain authority for allocation/distribution of TMP vehicles and shall assign an appropriate representative for resolving conflicting requirements for resources. Vehicle Maintenance will include 10/20/30 Level maintenance. The NTV Maintenance Facility is a consolidated facility for TMP vehicles and equipment maintenance.

8.29. BADGE/SCREENING/BIOMETRICS OPERATIONS. The contractor shall operate and manage the Military Force Protection Screening Cell (FPSC) Mission. (8.29.2.3.) The FPSC Mission shall be conducted with the government oversight of no less than an OIC (Officer In

**FOUO**

Charge) and NCOIC (Non Commissioned Officer in Charge).  The government shall maintain authority for badge issuance / denial.  The Government shall assign an appropriate representative for resolving badging issues. The contractor shall work under its own established procedures, however the Government shall be informed when derogatory information is exposed during the screening and at which point the OIC/NCOIC will take steps as necessary.

8.29.0.1 This mission will be conducted in three steps: Initial Screening, Biometric Collection and Badging for all Locally Employed Personnel (LEP) and other designated personnel requiring access to the base camp.

8.29.0.3. All contractor employees working on Screening Cell mission shall be a US Citizen and hold a valid Secret or interim Security Clearance. Mission will be conducted in reference to USCENTCOM Identify Dominance Concept.

8.29.0.4. The following language capabilities are required to support to support the mission; Pashtu.  The contractor shall provide contracted linguist support required to accomplish the screening and badging and shall be capable of screening in the above stated languages or as required or directed by the ACO.

8.29.0.5. The contractor shall populate an unclassified Government database that records screening and biometric collection information for all individuals screened and badges issued. The contractor shall provide an updated report to the Base Commander or designee on a weekly basis.  The report will, at a minimum, identify the number of persons screened and the number of persons failed with short descriptions explaining the failure, and the total number of badges issued and lost.  Reports shall be submitted to and in a format approved by the Screening Cell OIC/NCOIC.

8.29.0.6. The contractor shall establish and maintain a stand-alone computer network within a 350-foot radius of those utilized by the Badging Office, ECP's and other biometric users. Contractor shall restrict access to the Screening Mission Data to only authorized personnel.

8.29.0.7. All Locally Employed Personnel shall be re-screened and re-badged every 6 months or as directed by the ACO.

8.29.1. SCREENING.   The Government will design an application form to collect required information.  This application form shall be completed in English.  The Government will provide the contractor with a list of questions (GFE: Biometric Automated Toolset dossier) to be included in all screening. FPSC screeners can formulate questions based on USG Priority Information Requirements (PIRs), information obtained during the LEP screening and other information obtained through closed/open source channels.  The government as needed may change the questions (dossier) or provide a specific questionnaire.  The contractor shall record all answers in a database format.  The government will compile pertinent information for reports as required.  The contractor shall not produce classified reports.

8.29.2. BIOMETRICS. The Government will provide all necessary material and biometrics equipment for the contractor's utilization.

8.29.2.1. The contractor shall incorporate Biometrics operations to include gathering personal identification information to include but not limited to fingerprint scans, iris scans pictures and production of new badges. The Biometric system will be utilized to verify the identity of the badged personnel. The badge will be the method used to track the status of personnel on/off post.

8.29.3. BADGING. Badges shall be of a design that shall not be easily duplicated and shall be randomly numbered in Alpha Numeric's by the USG provided system numbered. Badge stock shall be secured in a safe place with sufficient access safeguards to limit the possibilities of unauthorized personnel from gaining access to the badge stock. The contractor shall review the access ID application, and if complete, shall issue the badge.

8.29.3.1. At a minimum, badges shall identify the following information: Recipients Nationality; Recipients National Identification (Tazkara/Passport); Recipients First and Last Name (if applicable); A color photo of the individual; A unique Badge Number; no badge number will be issued twice; Company working for; Expiration Dates (Based on contract expected duration and/or 6 months whichever comes first) and other information as requested by the Base Commander or the Base Commander's representative and approved by the ACO

8.29.3.2. The contractor shall issue different categories of badges. Each category shall have a different color background. Colors will indicate escort requirements. The contractor shall operate the Identification Card office seven (7) days a week for a minimum of 10 hours per day; hours TBD as directed by the Government.

8.29.3.3. The following annual estimates for badges are given:

8.29.3.3.1. Up to 3,300 Permanent Access Badges annually based on 200 screenings per month. Plus 1,000 Permanent Access Badges annually based on upgrades and reprints due to lost, faded and/or damaged badges.

8.29.3.3.2. Up to 300 Temporary badges (no photo, escort required) annually.

8.29.3.4. The contractor shall issue badges only on the authorization of the Base Commander (CDR), or his designee's approval.

8.29.3.5. The contractor shall maintain a badge stock with capabilities to re-badge all persons with an active FPSC office issued access badge in the event that the Base Commander directs a change due to excessive losses of badges or evidence that the current stock/badge has been compromised. New badge design will be provided and/or approved by the OIC.

**DAAA09-02-D-0007**                          **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

8.29.3.6. No badge will be issued without proof of identification (Tazkara or Passport) from the recipient, proof of the contract the prospective employee will be working under, and a badge application completed and signed by the Contingency Contracting Officer or other OIC approved hiring authority.  Minimum rank of individual signing the application is E7, or civilian equivalent (company HR representative), or above.  Day Laborers will require a military sponsor.  The contractor shall review the access ID application, and if complete, shall issue the badge.

8.29.3.7. The Government will provide all badge equipment, and have reserve equipment to ensure continuous operations in the event that the primary system breaks down.  The Government shall be responsible for maintenance and repair of all hardware and software systems.  Contractor will provide computer server, printer, scanner and phone.

8.30. BASE OPENINGS/RELOCATIONS AND CLOSURES. This is a conditions-based strategy that allows CJTF to withdraw gradually from Forward Operating Bases, Contingency Operational Locations, and Contingency Operational Sites to an enduring Contingency Operational Base. Because of the difficulty of establishing fixed timelines, the contractor shall strive to create plans with the greatest amount of built in flexibility as practicable. The principle objective of planning and execution is to close and relocate bases, locations and sites in an environmentally responsible manner while adhering to sound property accountability principles. Closing, opening and relocating bases will follow "Sandbook" standard and Appendix K.  This requirement will be at the direction of the ACO.

8.31. Paragraph Not Used.
8.32. Paragraph Not Used.

8.33  Giant Voice:  The contractor shall maintain a "Giant Voice" system capable of mass notification camp-wide that provides siren signal, pre-recorded messages, and live voice messages. The loudspeaker system must be a minimum of 60 decibels from any point in the camp. System will include two control systems; a primary and backup located at different locations capable of functioning independently of each other, with optional security force panic-button style activation control unit/s installed at main access control points.

8.34. PRE-PLANNED PROJECT LIST (PPL). Contractor shall use the PPL as a guide to aid in project planning and to expedite PPEs per Appendix Q.


9.0 Logistics Level Support.

9.1. Paragraph Not Used

9.2. Paragraph Not Used

9.3. COMBAT SUPPORT / COMBAT SUPPORT SERVICE.

**FOUO**

9.3.1. CLASS I WAREHOUSE. The contractor shall manage and operate a Class I supply point to support outlying bases.  The term "operate" includes performing all tasks required to order, receive, store, account for, and issue Class I and bottled water, as well as perform all required tasks to maintain the Class I supply points' storage facilities IAW applicable command policies, Army regulations, Department of Defense (DOD) regulations and related publications.   Each site will receive, store, account for, and issue operational rations, approved substitutes for specified operational ration types, approved supplements for specified operational ration types, approved warming and cooling beverages, and bottled water.  Operational rations are defined as Meals Ready to Eat (MRE), Meals Religious Kosher/Halal (Halal Meals and Kosher Meals), Meals Religious Kosher for Passover, Meals Alternative Regionally Customized (MARC), Humanitarian Daily Ration, Unitized Group Ration-A Option (UGR-A) excluding frozen items, Unitized Group Ration-Heat and Serve (UGR-H/S), Unitized Group Ration-Express (UGR-E), and future CENTCOM authorized operational rations.  Unless otherwise specified, the term operational rations will be used throughout the task order to refer collectively to all operational ration types, CENTCOM authorized substitutes for specified operational rations, CENTCOM approved supplements to specified operational rations, and CENTCOM approved warming and cooling beverages.

9.3.1.1. The contractor shall maintain adequate MHE in order to accomplish the tasks required to receive, store, and issue operational rations and bottled water.

9.3.1.2. HOURS OF OPERATION.  The contractor shall manage and operate each the Class I supply point twelve (12) hours per day, seven (7) days per week, as determined by the Class I supply point's Accountable Officer.

9.3.1.3. CLASS I VEHICLE ESCORT.  The contractor shall provide escort service (personnel and equipment) for Class I Prime Vendor deliveries to the Class I yard/warehouse as appropriate. The contractor shall meet, escort, and marshall Class I vehicles, and download deliveries at appropriate locations.  The Government will provide the contractor with 24 hours advance notice of all scheduled Prime Vendor food deliveries.

9.3.1.4. Paragraph Not Used.

9.3.2. RECEIPT. The contractor shall be capable of receiving operational rations and bottled water delivered to the Class I supply points on theater Subsistence Prime Vendor vehicles, military vehicles, military contracted civilian vehicles, military aircraft, and civilian aircraft.

9.3.2.1. The contractor shall receive, inventory, place into location, and record the receipts for all operational ration shipments within 24 working hours of the shipment's arrival, unless repackaging is required.  In the event operational rations and bottled water received are within 100 days of their inspection test dates (ITD) or expiration dates, as applicable, the contractor shall document and report the condition to the Class I supply point's Accountable Officer and facilitate the coordination of veterinary inspections of the products. If operational rations

Case 8:09-md-02083-RWT Document 217-23 Filed 06/01/12 Page 66 of 71

DAAA09-02-D-0007                                              EFFECTIVE DATE: 1 April 2009
TASK ORDER: 0145 Salerno, V1.4

FOUO

received are found to be expired IAW with their ITD or expiration date, as applicable, and have no accompanying veterinary documentation extending the product's shelf life, the contractor shall segregate the affected quantity from the rest of the shipment and notify the Class I supply point's Accountable Officer immediately for guidance.

9.3.3. STORAGE. The Government will provide the facility at the Class I supply points that the contractor shall maintain and operate for operational rations.

9.3.3.1. The Government will provide storage at the Class I supply points for Halal meals, Kosher meals, MARC meals, UGR-H/S, UGR-E, UGR-A rations excluding frozen items, MREs their CENTCOM approved substitutes and supplements, and CENTCOM approved warming and cooling beverages. The contractor shall operate and maintain these facilities.

9.3.3.2. The Government will provide overhead cover for storage of MREs.
9.3.3.3. The contractor shall maintain all facilities used in support of Class I operations in accordance with applicable DOD and Army regulations and policies, and preventive medicine regulatory guidance, including but not limited to TB Med 530 and TB Med 577.

9.3.3.4. The contractor shall be capable of storing MREs, Halal meals, Kosher meals, MARC meals, HDRs, UGR-H/S modules, UGR-E modules, their CENTCOM approved substitutes, and bottled water as stocked lines in quantities specified by the government.  The contractor shall also be capable of storing UGR-A modules, their CENTCOM approved substitutes and supplements, and warming and cooling beverages IAW AR 30-22, The Army Food Program, to facilitate building loads for pick-up by field kitchens, convoy support centers, ration break points, and other authorized customers.

9.3.3.5. The contractor shall store the operational rations and bottled water in a manner that facilitates the issue of the oldest stocks, first, based on the expiration date or ITD identified on the product's packaging, IAW TM 1-15 (FIFO).  In the event that a product has no expiration date or ITD listed on its packaging, the item's production date will be used.

9.3.3.6. The contractor shall maintain a stock locator system to record the storage locations of all stocks.  The contractor shall also develop and use a standard signage/placard system for all containers and storage locations to clearly indicate each container or storage location's contents, to include the stored product's ITD, expiration date, or production date, as applicable.  The sign or placard must be clearly visible from a distance of 20 feet from the container or storage location.  The stock locator system and signage/placard system shall be mutually supporting.

9.3.3.7. The contractor shall inspect all on-hand operational ration and bottled water stocks, monthly, to identify and document all operational ration stocks which are 100 days from their ITD, expiration or production dates, as applicable, and submit the documentation to the Class I supply point's Accountable Officer to facilitate the coordination of veterinary inspections.

56
TO0145
FOUO

**DAAA09-02-D-0007**                                                    **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

9.3.3.8. The contractor shall be capable of repackaging operational rations and bottled water for storage.

9.3.3.9. Populations supported and Days of Supply (DOS) for MREs and bottled water is as directed in Appendix A (A.2.)  Changes in population and bottle water consumption factors, and/or DOS, will be as directed by the Joint Logistics Command (JLC).

9.3.4. ISSUE. Issues from the Class I supply points may be made directly to authorized customers who will pick up their rations from the Class I supply point.  As such, the contractor shall organize operational rations and bottled water into customer breaks, and prepare the customer breaks for customer pick-up. All customer breaks will be prepared within 72 hours of receipt of the issue matrix.  The contractor shall also load the breaks onto customer vehicles, or military or contracted civilian trucks tasked to deliver the breaks to the authorized customers.

9.3.4.1. Paragraph Not Used

9.3.5. INVENTORY ACCOUNTING.  The contractor shall post all daily receipt, issue, product suspense and condemnation transactions to the Class I stock record account on the day the transactions occur, and file associated paper documents as directed by the Accountable Officer.

9.3.5.1. The contractor shall conduct a 100 percent physical inventory of all on-hand operational rations and bottled water, monthly and when directed by the Class I supply point's Accountable Officer, IAW applicable Army regulations.  The performance standard for all inventories shall be 95% accuracy or higher, as calculated in AR 710-2.  The contractor shall submit the inventory results to the Class I supply point's Accountable Officer NLT 24 hours after completing the inventory.

| Required Function CL I | Performance Objective | Performance Standard |
| --- | --- | --- |
| (Receive) Operate a Class I  warehouse | Capable of receiving 20' and 40' MILVANS and flatbed vehicles of CL-1 operational rations and or bottled water. | Receive, download, and place into inventory, within 24 hours, unless repackaging is required. |
| (Store) Conduct a monthly 100% inventory of Class I rations and bottled water | Within the Class I warehouse, given Class I rations and bottled water with expiration dates | Complete the monthly inventory with a minimum of 95% accuracy and identify all rations within 100 days of expiration |

**DAAA09-02-D-0007**                                        **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**

**FOUO**

| | | |
|---|---|---|
| (Issue) Prepare Class I commodities into Field Ration Breaks for Customer issue. | Using customer headcounts on file and daily issue matrix from supporting military element | Prepare the field ration break within 72 hours after receipt of issue matrix |
| TABLE 9.3.5.2. | | |

9.4. CLASS II, III (P), IV, and IX SSA SUPPLY SUPPORT ACTIVITY (SSA). The contractor shall have management and operational control of Multi-Class SSA as identified in table 9.4, in accordance with applicable military regulations.

| Site | RIC | Receipts up to | Storing Lines up to | Issue up to |
|---|---|---|---|---|
| FS-1 Salerno | WOF | 200 | 2,500 | 300 |
| TABLE 9.4 | | | | |

9.4.1. Paragraph Not Used

9.4.2. The contractor shall conduct SSA operations and maintain the appropriate Authorized Stockage List (ASL) in accordance with military regulations regarding the storage, issue, receipt and security of Stock Record Account (SRA) operations as outlined in Appendix H and as listed below.

9.4.2.1. Army Regulation 735-5 (Policies and Procedures for Property Accountability)

9.4.2.2. Army Regulation 725-50 (Requisitioning, Receipt, and Issuing System)

9.4.2.3. Army Regulation 710-2 (Supply Policy below the National Level)

9.4.2.4. DA PAM 710-2-1 (Using Unit Supply System- [Manual Procedures])

9.4.2.5. DA PAM 710-2-2 (Supply Support Activity Supply System- [Manual Procedures])

9.4.3. The contractor shall provide, maintain, and be licensed to operate all equipment necessary (i.e. MHE, forklifts) within each section of each site, to sustain necessary SSA operations.  The Government will provide one (1) RTCH for SSA operations.  The contractor shall provide maintenance to the Government furnished RTCH.

9.4.4. The Government will provide software, manuals, workstations and peripherals, to operate the SSA at each site, as applicable, except for internal contractor support equipment. The contractor will also operate and must be proficient in the Standard Army Retail Supply System 1 (SARSS-1) and will perform all tasks IAW ADSM 18-L1Y-AJT-ZZZ-UM and ADSM 18-L1Y-AJT-ZZZ-EM (SARSS operational manuals).

**FOUO**

9.4.5. The contractor shall order, receive, store, and issue supplies, to include turn-ins; maintain location accuracy and inventory accuracy in accordance with AR 710-2 or applicable military regulation. Contractor will also perform stock control functions including SARSS closeouts and back-ups, daily, and Trans IN/OUT when directed by the Accountable Officer.  It is not the responsibility of the contractor to provide customer escorts.

9.4.6. The contractor shall support the Government in conducting all inventories and coordinate with Joint Logistics Command and execute quarterly ASL reviews for Army SSAs.

9.4.7. The contractor shall operate the SSAs 12 hours per day, 7 days a week.  The contractor shall be available on call within one (1) hour for emergencies.

9.4.8.   All outgoing cargo shall have an associated Government provided RFID tag with content level six data detail.

| Required Functions Multi-Class SSA | Performance Objective | Performance Standard |
|---|---|---|
| Operate Multi-Class  SSA at FS-1 Salerno. | Operate in accordance with regulations and procedures indicated in paragraph 9.4 through 9.4.7 and appendix H. | Receive supplies and process into SARSS within 12 hours; maintain a location accuracy of 98%; maintain an inventory accuracy of 95%; maintain a denial rate of 1% or less; are in accordance with AR 710-2. All shipments will have Government Provided RFID tags in accordance with all applicable policies. |
| TABLE 9.4.7. | | |

9.5.   Paragraph Not Used
9.6.   Paragraph Not Used
9.7.   Paragraph Not Used.
9.8.   Paragraph Not Used.
9.9.   Paragraph Not Used
9.10. Paragraph Not used.
10.0. Paragraph Not Used
10.1. Paragraph Not Used
10.2. Paragraph Not Used.
10.3. Paragraph Not Used
10.4. Paragraph Not Used

**FOUO**

10.5. Paragraph Not Used

10.6. MHE Requirements.  The contractor shall operate and maintain Material Handling Equipment (MHE) capable of handling 20 and 40 foot MILVANs, commercial containers, pallets or materials up to 30,000 pounds on FS-1 Salerno.

10.6.1. TASKING AUTHORITY.  The contractor shall request, receive, acknowledge receipt of, and respond to Transportation Movement Requests (TMRs).

10.6.2. OPERATOR CERTIFICATIONS.  The contractor shall provide, maintain and be licensed on all MHE equipment that requires an operator license.  The contractor shall be responsible for certifying all operators of the MHE equipment. All certification will be in accordance with OSHA standards.  All subcontracted operators operating sub-contracted equipment will be certified in accordance with local certification guidelines.

10.6.3. EQUIPMENT CERTIFICATIONS.  The contractor shall centrally maintain and upon request provide annual inspection documentation on all MHE equipment but not limited to, Contractor Acquired Property, and Sub Contracted equipment to meet Army Corp of Engineer, OSHA and ANSI standards. This is within accordance of the approved contractors SOP. The government will provide load certificates and the proper certification documentation from USG for all GFE when GFE equipment is transferred to the Contractor. The contractor shall centrally maintain and upon request provide load certification for all cranes and operational safety inspection status of contractor and subcontractor owned and/or operated equipment to include, but not limited to, GFE, Contractor Acquired Property, Material Handling Equipment, and construction equipment.  The contractor will record Operational Readiness data for MHE Equipment to include the following:

      a. Identify each type of equipment
      b. Identify the location of each piece of equipment
      c. Identify the equipment by GP/ID number
      d. Identify if equipment is fully mission capable
      e. Identify if equipment is not fully mission capable and why
      f. Track equipment not fully mission capable until fully mission capable.
      g. Monitor equipment usage

11.0. Paragraph Not Used.
12.0. Paragraph Not Used.
12.1. Paragraph Not Used.

12.13. SECURITY CLEARANCES.

12.13.1. Contractors who operate systems requiring clearances shall possess and maintain the appropriate Secret-level security clearances.

**DAAA09-02-D-0007**                                            **EFFECTIVE DATE:  1 April 2009**
**TASK ORDER: 0145 Salerno, V1.4**
**FOUO**

13.0. Paragraph Not Used.
13.1. Paragraph Not Used.


14.0. AFGHAN FIRST PROGRAM.  The Afghan First Policy encourages, to the maximum extent practicable, contracts utilize Afghan Workers and Afghan Businesses to meet requirements.  The contractor shall, to the maximum extent practicable, hire Afghan personnel, subcontract with Afghan owned business, and purchase from Afghan suppliers in order to meet the requirements of this SOW.  The contractor, consistent with efficient business practices, may establish skills training programs and personnel management plans to increase the potential pool of qualified workers and provide for future opportunities.


14.1 AFGHAN FIRST REPORTS/PARTICIPATION.  The contractor shall describe any existing or planned activities that directly relate to these efforts.  The contractor shall provide monthly reports that, at a minimum, identify the number of Afghan personnel currently employed; number of Afghan owned subcontracts and award amount; and dollar amount of purchases made with Afghan Businesses.  The contractor will provide an Annual Summary Report.  The contractor shall participate in meetings, working groups to discuss efforts regarding this program initiative, and provide for future opportunities of local employees.


15.1. Paragraph Not Used.
16.0. Paragraph Not Used
18.0. Paragraph Not Used
19.0. Paragraph Not Used.