# Exhibit U

Excerpts From Statements of Work -- Berth Pro Services

| Task Order | SOW Excerpt |
|---|---|
| | **IRAQ** |
| Task Order 59 (Exhibit I) | 8.8.  WASTE MANAGEMENT AND DISPOSAL. The contractor shall provide, install, operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, collection and removal of gray & black water, HAZMAT removal and incineration, to meet applicable Army regulatory guidance and support the population and function of the base camp. |
| Task Order 89 (Exhibit J) | 8.9.  WASTE MANAGEMENT AND DISPOSAL: The contractor shall provide, install, operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray & black water, hazardous waste (HW), and disposal of municipal waste to meet applicable Army regulatory guidance and support the population and function of the base camp. |
| Task Order 139 (Exhibit K) | 8.8. NON-HAZARDOUS SOLID WASTE MANAGEMENT AND DISPOSAL. The contractor shall provide, install, operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray and black water to meet applicable Army regulatory guidance and the MSOW. The contractor shall conduct Non-hazardous solid waste management activities in accordance with the order of precedence as listed below, TABLE 8.8.2., and Appendix D: |
| Task Order 159 (Exhbit L) | 8.8. NON-HAZARDOUS SOLID WASTE MANAGEMENT AND DISPOSAL. The contractor shall provide, install, operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray and black water to meet applicable Army regulatory guidance and the MSOW. The contractor shall conduct Non-hazardous solid waste management activities in accordance with the order of precedence as listed below, TABLE 8.8.2., and Appendix D: |

Excerpts From Statements of Work -- Burn Pit Services

| Task Order | SOW Excerpt |
|---|---|
| **AFGHANISTAN** | |
| Task Order 13 (Exhibit M) | 3.18.1 The contractor shall perform trash removal and landfill operations.  Trash burning at the landfill shall cease at 1130Z, so as not to interfere with airfield operations.  There shall be two contractors posted on evening guard shift at the landfill. |
| Task Order 14 (Exhibit N) | 3.2.9.  Waste Management and Disposal.  The contractor shall provide trash pick up and disposal service for KAF.  This requirement includes but is not limited to:  the operation of a hazardous waste storage area, operation of a medical waste incinerator, and the operation of a burn pit and trash segregation area.  The contractor shall operate and maintain a refuse collection point system and disposal service.  The contractor shall ensure compliance with the Army's environmental regulatory guidance.  The contractor shall ensure DFAC trash is disposed of off site.  The contractor shall operate and maintain existing operational sewage networks to avoid blockages and repair any damaged system between all sewage entry points and sewage lagoon.  Requirement does not include maintenance or improvement of abandoned sewage system. |
| Task Order 97 (Exhibit O) | 3.18.1 The contractor shall perform trash removal and landfill operations.  Trash burning at the landfill shall cease at 1130Z, so as not to interfere with airfield operations.  There shall be two contractors posted on evening guard shift at the landfill. |
| Task Order 98 (Exhibit P) | 3.2.9.  Waste Management and Disposal.  The contractor shall provide trash pick up and disposal service for KAF.  This requirement includes but is not limited to:  the operation of a hazardous waste storage area, operation of medical waste incinerator, the operation of a burn pit and/or incinerator(s) and trash segregation area.  The contractor shall operate and maintain a refuse collection point system and disposal service.  The contractor shall ensure compliance with the Army's environmental regulatory guidance.  The contractor shall ensure DFAC trash is disposed of or incinerated. |

Excerpts From Statements of Work -- Burn Pit Services

| Task Order | SOW Excerpt |
|---|---|
| | **AFGHANISTAN (continued)** |
| Task Order 113 (Exhibit Q) | 3.1.10.1  Burn Pit Operations.   The contractor shall operate and maintain the burn pit in the Salerno AOR IAW applicable Army and safety regulations until provision of a GFE incinerator.  The contractor shall install, operate and maintain the incinerator upon receipt from the government. |
| Task Order 116 (Exhibit R) | 8.8. NON-HAZARDOUS SOLID AND LIQUID WASTE MANAGEMENT AND DISPOSAL. The contractor shall operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray and black water to meet applicable Army regulatory guidance and the MSOW. The contractor shall allow government recycling contractor's access to the waste stream as required for the recycler's operation. |
| Task Order 118 (Exhibit S) | 8.8. NON-HAZARDOUS SOLID AND LIQUID WASTE MANAGEMENT AND DISPOSAL. The contractor shall operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray and black water to meet applicable Army regulatory guidance and the MSOW.  The contractor shall allow government recycling contractors access to the waste stream as required for the recycler's operation. |
| Task Order 145 (Exhibit T) | 8.8. NON-HAZARDOUS SOLID AND LIQUID WASTE MANAGEMENT AND DISPOSAL. The contractor shall provide, install, operate and maintain waste management systems and programs, to include refuse containers and dumpsters, disposal of septic waste, separation, collection and removal of gray and black water to meet applicable Army regulatory guidance and the MSOW. |