# Exhibit V

| Task Order | SOW Excerpt |
|---|---|
| **IRAQ** | |
| Task Order 59 (Exhibit I) | 8.10. WATER WORKS SYSTEMS. The contractor shall provide, install, operate and maintain potable and non-potable water systems, to include plumbing, sewage and gray/black water disposal, to facilitate the operation of facilities as directed by the ACO (IAW applicable Army regulations) and provide on-site storage as needed. |
| Task Order 89 (Exhibit J) | 8.11. WATER WORKS SYSTEM: IAW applicable Army regulations, the contractor shall provide, install, operate and maintain potable and non-potable water systems, to include plumbing, sewage, gray/black water separation, and gray/black water disposal, to facilitate the operation of facilities provided or operated by the contractor, previously designated by the Government or as directed by the MSOW. The contractor shall ensure potable water production standards comply with OEBGD 4715.5G, Chapter 3 and TB MED 577. These standards set water production classification based on population and the number of service connections in the water distribution system. All disinfection requirements will be based on CT inactivation (CT=Product of Free Chlorine Residual and Time required) for both Giardia and viruses. Additionally the contractor shall provide a point of contact (POC) to coordinate required telephone notifications to the ACO and the Theater Preventive Medicine Officer (MNC-I) when any compliance violations of the required standards occur. |
| Task Order 139 (Exhibit K) | 8.11. WATER WORKS SYSTEM. The contractor shall manage, to include provide, install, operate and maintain potable and non-potable water systems. These systems shall include production, storage and distribution of potable and non-potable water, and IAW Appendix I (Data Requirements and Reports Matrix), item 37. All water production and storage will be in accordance with applicable regulations and TB MED 577/TAB D. |
| Task Order 159 (Exhibit L) | 8.11. WATER WORKS SYSTEM. The contractor shall manage, to include provide, install, operate and maintain potable and non-potable water systems. These systems shall include production, storage and distribution of potable and non-potable water. Contractor shall provide a Theater Water Production Equipment Report IAW Appendix I (Data Requirements and Reports Matrix), items 10 and 11. All water production and storage will be in accordance with applicable regulations and TB MED 577/TAB H. |

| Task Order | SOW Excerpt |
|---|---|
| **AFGHANISTAN** | |
| Task Order 13 (Exhibit M) | 3.12.1 Potable/ Non-Potable Water. The contactor shall produce, distribute, and store potable/non-potable water for supported units and any existing and future facilities. The contractor shall also provide sufficient potable/non-potable and hot water to support the RSO&I mission and at the direction of the ACO. |
| Task Order 14 (Exhibit N) | 3.3. Water Supply/ System Maintenance. The contractor shall produce, distribute, and dispose of potable and non-potable water as required. The contractor shall provide, operate and maintain water production and distribution equipment supporting the Base Camp operations and existing buildings in the area of operation in accordance with the applicable technical manuals and manufacture's specifications. The contractor shall ensure the well water is potable and conforms to U.S. Military Preventative Medicine standards in accordance with TB MED 577. The contractor shall maintain at least 30 day supplies of all applicable chemicals used in potable water production. |
| Task Order 97 (Exhibit O) | 3.12.1 Potable/ Non-Potable Water. The contactor shall produce, distribute, and store potable/non-potable water for supported units and any existing and future facilities. The contractor shall also provide sufficient potable/non-potable and hot water to support the RSO&I mission and at the direction of the ACO. |
| Task Order 98 (Exhibit P) | 3.3. Water Supply/ System Maintenance. The contractor shall produce, distribute, and dispose of potable and non-potable water in accordance with TB MED 577 as required. The contractor shall provide, operate and maintain water production and distribution equipment supporting the Base Camp operations and existing buildings in the area of operation in accordance with the applicable technical manuals and manufacture's specifications. The contractor shall maintain at least a 30 day supply of all applicable chemicals used in potable water production. |
| Task Order 116 (Exhibit R) | 8.11. WATER WORKS SYSTEM. The contractor shall install, operate and maintain potable and non-potable water systems. |
| Task Order 118 (Exhibit S) | 8.11. WATER WORKS SYSTEM. The contractor shall provide, install, operate and maintain potable and non-potable water systems. |