IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMANDA BRANNON and
L. CHANDLER BRANNON,

**Plaintiff(s)**

vs.

KBR, INC., et al.,

**Defendant(s)**

MDL No.: 2083

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE* IN AN MDL

Please admit me *pro hac vice* in this case.

I certify that I am a member in good standing of the bars of the following United States District Courts:

| Court | Date of Admission |
|---|---|
| US District Court, Middle District of Florida | 1993 |
| US District Court, District of Colorado | 1994 |

1. I understand that the normal fee for admission *pro hac vice* has been waived and that resident counsel is not required.

2. I understand that admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

3. I understand that I must register to use the electronic filing system and electronically file a notice of appearance in the MDL in order to be on the docket and receive electronic notification of filings.

4. I understand that I must immediately notify the Court of any change in my address, phone number, and e-mail address and that if I fail to do so, my appearance in this case will be terminated.

Respectfully submitted,

_____
Signature *[signed]*

Printed Name: J. Kyle Bachus

Firm: Bachus & Schanker, LLC

Address: 1899 Wynkoop St #700

City, State Zip Code: Denver, CO 80202

Phone Number: 303-893-9800

Fax Number: 303-893-9900

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**
☐ GRANTED    ☐ DENIED

_____           _____
Date                                 Clerk, United States District Court