# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                                           **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                                  **GREENBELT, MARYLAND   20770**
                                                                                                                                              **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *In re: KBR, Inc., Burn Pit Litigation*
                  Master Case No. RWT 09md2083

DATE:     September 3, 2015

* * * * * * * *

       The Court is in receipt of the Joint Proposed Partial Order on Jurisdictional Discovery, ECF No. 273, and the competing proposals regarding the appropriate scope of discovery of electronically stored information ("ESI"). ECF Nos. 271 and 272. The Court **approves** the Joint Partial Order on Jurisdictional Discovery, and **directs** that the parties comply with the terms thereof.

       The Court has considered the parties' proposals regarding the appropriate scope of ESI discovery, and believes it would be aided by a hearing in which the parties may fully present their positions on the matter. Accordingly, the Court hereby **schedules** a 2-hour hearing on **December 4, 2015 at 9:00 a.m.** Defendants are **directed** to file a supplemental brief regarding the appropriate scope of ESI discovery by **September 25, 2015**. Plaintiffs are **directed** to file any response by **October 23, 2015**. Defendants are **directed** to file any reply by **November 20, 2015**.

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                               /s/
                                                               Roger W. Titus
                                                               United States District Judge