PLAINTIFF EXHIBIT LIST WITH HYPERLINKS

| Admitted (Hearing) | Admitted (Previously) | PL. JURIS EX No. | Brief Ex. No. | Bates Begin | Bates End | Title Reference | BRIEF EX. HYPERLINK | HEARING EX. HYPERLINK |
|---|---|---|---|---|---|---|---|---|
|  | X | 8360 | 1 | JURIS_10029811 | JURIS_10029923 | Halliburton Co. Form 10-K, Filed 02/05/16 for the Period Ending 12/31/15 | Exhibit 1.pdf |  |
| X | X | 1070 | 2 | KBR-BURNPITMDL-0104185 | KBR-BURNPITMDL-0104319 | LOGCAP III Contract, December 14, 2001 | Exhibit 2 sealed.pdf | PL JURIS EX 1070-0001.pdf |
|  | X | 3030 | 3 | JURIS_7812922 | JURIS_7013042 | Commission on Wartime Contracting in Iraq and Afghanistan, Interim Report, At What Cost?: Contingency Contracting in Iraq and Afghanistan, June 2009 | Exhibit 3.pdf |  |
|  | X | 1068 | 4 | KBR-BURNPITMDL-4989688 | KBR-BURNPITMDL-4989620 | Army Regulation 700-137, Logistics Civil Augmentation Program (LOGCAP), December 16, 1985 | Exhibit 4 sealed.pdf |  |
|  | X | 6027 | 5 |  |  | Congressional Research Service (CRS) Report for Congress, Order Code RL32229, Iraq: Frequently Asked Questions About Contracting, March 18, 2005 | Exhibit 5.pdf |  |
| X | X |  | 6 |  |  | September 13, 2016 Deposition of General Robert Radin | Exhibit 6.pdf | Brief Ex. 6 - Radin Depo..pdf |
| X | X | 6023 | 7 | KBR-BURNPITMDL-5469140 | KBR-BURNPITMDL-5469263 | Army Field Manual 3-100.21 (100-21), Contractors on the Battlefield, January 2003 | Exhibit 7.pdf | PL JURIS EX 6023-0001.pdf |
|  | X | 6025 | 8 |  |  | LOGCAP 181 Working With LOGCAP in SWA | Exhibit 8.pdf |  |
|  | X |  | 9 |  |  | October 27, 2016 Deposition of James G. Loehrl | Exhibit 9.pdf |  |
| X | X |  | 10 |  |  | November 4, 2016 Deposition of Lt. General John R. Vines (Retired) | Exhibit 10 (Docket 46 t-1).pdf | Brief Ex. 10 - Vines Depo..pdf |
| X | X |  | 11 |  |  | October 21, 2016 Deposition of Lt. Col. Damon Walsh | Exhibit 11.pdf | Brief Ex. 11 - Walsh Depo..pdf |
|  | X |  | 12 |  |  | November 4, 2016 Deposition of Charlie E. Williams, Jr. | Exhibit 12.pdf |  |
|  | X |  | 13 |  |  | July 12, 2016 Deposition of General Rebecca Halstead | Exhibit 13.pdf |  |
|  | X |  | 14 |  |  | October 27, 2016 Deposition of Augusta Fehn | Exhibit 14 (Docket 461-2).pdf |  |
|  | X | 2007 | 15 | KBR-BURNPITMDL-5173051 | KBR-BURNPITMDL-5173100 | DoD Instruction No. 3020.41, Operational Contract Support, December 20, 2011 | Exhibit 15.pdf |  |
|  | X | 8004 | 16 | JURIS_7011518 | JURIS_7011558 | Training Support Package (TSP) No. 151-M-001, Contractors Accompanying the Force, May 3, 2005 | Exhibit 16.pdf |  |
|  | X | 8043 | 17 | KBR-BURNPITMDL-2190333 | KBR-BURNPITMDL-2190366 | LOGCAP 101 Working With LOGCAP in Iraq | Exhibit 17 sealed.pdf |  |
|  | X | 6044 | 18 |  |  | Inspector General, U.S. DoD, Report No. D-2010-6-001, Report on Review of Army Decision Not to Withhold Funds on the Logistics Civil Augmentation Program III Contract, February 16, 2010 | Exhibit 18.pdf |  |
|  | X | 3045 | 19 | JURIS_9825884 | JURIS_9025254 | DoD Joint Publication 4-10, Operational Contract Support, October 17, 2008 | Exhibit 19.pdf |  |
|  | X | 3035 | 20 | JURIS_9029484 | JURIS_9029584 | U.S. Army Contracting Command, ACC Level A CDR Predeployment Training Template | Exhibit 20.pdf |  |
|  | X | 3031 | 21 | KBR-BURNPITMDL-3493195 | KBR-BURNPITMDL-3493253 | DoD Guidebook, Performance-Based Services Acquisition (PBSA) in the DoD, December 2000 | Exhibit 21.pdf |  |
|  | X | 8361 | 22 | JURIS_10029924 | JURIS_10030053 | KBR, Inc. Form 10-K, Filed 02/26/16 for the Period Ending 12/31/15 | Exhibit 22.pdf |  |
|  | X |  | 23 |  |  | September 29, 2816 Deposition of General Kirk Vollmecke | Exhibit 23.pdf |  |
|  | X | 3033 | 24 | JURIS_7011881 | JURIS_7011883 | J.S. Gansler, Under Sec. of Defense, Memorandum re Performance-Based Services Acquisition (PBSA), April 5, 2000 | Exhibit 24.pdf |  |
|  | X | 3038 | 25 | JURIS_7012316 | JURIS_7012338 | PowerPoint - From LOGCAP, back to Theater Support Contracts: SOW/PWS "What You Ought to Know if You Have to Write a SOW/PWS", November 6, 2007 | Exhibit 25.pdf |  |
|  | X | 2008 | 26 | JURIS_9029325 | JURIS_9029350 | Army Regulation 700-13, Management and Oversight of Service Acquisitions, July 30, 2010 | Exhibit 26.pdf |  |
|  | X |  | 27 |  |  | November 2, 2016 Deposition of Steven Zamporelli | Exhibit 27.pdf |  |
|  | X |  | 28 |  |  | October 13, 2016 Deposition of Colonel Frank Steinbugl | Exhibit 28.pdf |  |
|  | X |  | 29 |  |  | October 25, 2016 Deposition of Thomas Olijynk | Exhibit 29.pdf |  |
|  | X | 3034 | 30 | JURIS_7011814 | JURIS_7011880 | Handbook 09-48, Developing a Performance Work Statement in a Deployed Environment, September 2009 | Exhibit 30.pdf |  |
| X | X |  | 31 |  |  | October 19, 2016 Deposition of Lt. General Ricardo Sanchez (Retired) | Exhibit 31 (Docket 46 t-3).pdf | Brief Ex. 31 - Sanchez Depo..pdf |
|  | X | 5230 | 32 | JURIS_2005359 | JURIS_2005362 | Email Thread re LOGCAP III HSE, February 2006 | Exhibit 32 sealed.pdf |  |
|  | X |  | 33 |  |  | October 26, 2016 Deposition of Kevin P. Robbins | Exhibit 33.pdf |  |
|  | X | 8152 | 34 | KBR-BURNPITMDL-3144293 | KBR-BURNPITMDL-3144295 | Email Thread re [U] STP #1 Construction Project, March 2007 | Exhibit 34 sealed.pdf |  |
| X | X |  | 35 |  |  | October 14, 2016 Deposition of David Palmer | Exhibit 35.pdf | Brief Ex. 35 - Palmer Depo..pdf |
|  | X |  | 36 |  |  | September 1, 2016 Deposition of Michael Mayo | Exhibit 36.pdf |  |
|  | X | 5405 | 37 | KBR-BURNPITMDL-3839017 | KBR-BURNPITMDL-3839026 | Email Thread re HAZMAT Chlorine Gas, September 2007 | Exhibit 37 sealed.pdf |  |
| X | X | 1032 | 38 | KBR-BURNPITMDL-2935007 | KBR-BURNPITMDL-2935147 | Task Order 139 version 14.2, August 8, 2006 | Exhibit 38 sealed.pdf | PL JURIS EX 1032-0001.pdf |
|  | X |  | 39 |  |  | October 22, 2016 Deposition of Roger Leo Singleton | Exhibit 39.pdf |  |
|  | X | 8331 | 40 | JURIS_7012160 | JURIS_7012165 | Prof. Bulletin of U.S. Army Logistics, "LOGCAP 101: An Operational Planner's Guide", May-June 2005 | Exhibit 40.pdf |  |
|  | X | 2003 | 41 | KBR-BURNPITMDL-2192221 | KBR-BURNPITMDL-2192253 | Army Regulation 700-137, Logistics Civil Augmentation Program, December 28, 2012 | Exhibit 41 sealed.pdf |  |
| X | X |  | 42 |  |  | September 21, 2016 Deposition of Gerald Vincent | Exhibit 42 (Docket 461-4).pdf | Brief Ex. 42 - Vincent Depo..pdf |
| X | X |  | 43 |  |  | October 19, 2016 Deposition of David "Wes" Bennett | Exhibit 43.pdf | Brief Ex. 43 - Bennett Depo..pdf |
|  | X |  | 44 |  |  | June 22, 2016 Deposition of Major General Vincent Boles | Exhibit 44.pdf |  |
|  | X |  | 45 |  |  | September 12, 2016 Deposition of Matthew Hersch | Exhibit 45.pdf |  |
|  | X |  | 46 |  |  | October 31, 2016 Deposition of Ricky Joe Lamberth | Exhibit 46.pdf |  |
|  | X | 1066 | 47 | KBR-BURNPITMDL-0120498 | KBR-BURNPITMDL-0120527 | Task Order TBD SOW Change 1, June 7, 2003 | Exhibit 47 sealed.pdf |  |
|  | X |  | 48 |  |  | October 4, 2016 Deposition of Brad Lockhart | Exhibit 48.pdf |  |
|  | X |  | 49 |  |  | October 7, 2016 Deposition of Walter Gregory Kleponis | Exhibit 49.pdf |  |
|  | X | 2006 | 50 | KBR-BURNPITMDL-2944018 | KBR-BURNPITMDL-2944041 | Army Reg. 715-9, Contractors Accompanying the Force, October 29, 1999 | Exhibit 50 sealed.pdf |  |
|  | X | 3032 | 51 | JURIS_7011884 | JURIS_7012077 | DoD COR Handbook, Director, Defense, Procurement and Acquisition Policy, March 22, 2812 | Exhibit 51.pdf |  |
|  | X | 3010 | 52 | JURIS_9024807 | JURIS_9024849 | Inspector General, U.S. DoD, Report No. D-2010-051, Defense Contract Management Agency Acquisition Workforce for Southwest Asia, April 8, 2010 | Exhibit 52.pdf |  |
|  | X | 8106 | 53 | KBR-BURNPITMDL-2984354 | KBR-BURNPITMDL-2984362 | Dept. of the Army Memo, April 25, 2007 | Exhibit 53 sealed.pdf |  |

| Admitted (Hearing) | Admitted (Previously) | PL JURIS EX No. | Brief Ex. No. | Bates Begin | Bates End | Title Reference | BRIEF EX. HYPERLINK | HEARING EX. HYPERLINK |
|---|---|---|---|---|---|---|---|---|
| X | X | 1055 | 54 | KBR-BURNPITMDL-0123565 | KBR-BURNPITMDL-0123637 | Task Order 89, April 10, 2005 | | |
|   | X | 2005 | 55 | KBR-BURNPITMDL-3504788 | KBR-BURNPITMDL-3504807 | | | |
| X | X | 5052 | 56 | KBR-BURNPITMDL-0456952 | KBR-BURNPITMDL-0456953 | Army Pamphlet 715-16, Contractor Deployment Guide, February 27, 1998 | | |
|   |   |   |   |   |   | DCMA Memo, September 30, 2009 | | |
|   | X | 3007 | 57 | JURIS_9024897 | JURIS_9025016 | Commission on Army Acquisition and Program Management in Expeditionary Operations, Urgent Reform Required: Army Expeditionary Contracting, October 2007 | | |
| X | X |   | 58 |   |   | | | |
|   | X | 3036 | 59 | JURIS_7011686 | JURIS_7011712 | April 28, 2016 Deposition of Mary Waile | | |
|   | X |   | 60 |   |   | DoD, DCMA Afghanistan, COR Management Guide, December 2009 | | |
|   |   |   |   |   |   | October 25, 2016 Deposition of James Anthony Morris | | |
|   | X | 8336 | 61 | JURIS_7012078 | JURIS_7012100 | Book - "Ethics of Contractors in the Workplace and on Deployment" Ethics Counselor's Course, October 2015 | | |
|   | X | 2009 | 62 | JURIS_9028720 | JURIS_9028859 | Army Regulation 600-20, Army Command Policy, November 6, 2014 | | |
| X | X |   | 63 |   |   | October 12, 2016 Deposition of Lt. Col. Tara Hall | | |
| X | X |   | 64 |   |   | October 23, 2016 Deposition of Lt. Col. Sueann Ramsey | | |
|   | X |   | 65 |   |   | October 13, 2016 Deposition of William A. Harless | | |
|   | X | 8007 | 66 | JURIS_7012267 | JURIS_7012314 | U.S. Air Force Handbook, "Guide for the Government-Contractor Relationship", October 2006 | | |
|   | X | 3027 | 67 | JURIS_7016387 | JURIS_7016634 | CWC Final Report to Congress, "Transforming Wartime Contracting: Controlling Costs, Reducing Risks", August 2011 | | |
|   | X | 3008 | 68 | JURIS_9026268 | JURIS_9026335 | DoD Office of Inspector General, "Contingency Contracting: A Framework for Reform", Report No. D-2010-059, May 14, 2010 | | |
|   | X | 6046 | 69 |   |   | Senate Dem. Policy Committee Hearing, "Safeguarding Taxpayer Dollars in Iraq: An Insider's View of Questionable Contracting Practices by KBR and the Pentagon", July 9, 2008 | | |
|   | X | 3011 | 70 | JURIS_9025991 | JURIS_9026038 | DoD Inspector General Report, "Logistics Civil Augmentation Program Support Contract Needs to Comply with Acquisition Rules", Report D-2011-032, January 7, 2011 | | |
| X | X |   | 71 |   |   | October 31, 2016 Deposition of Dr. R. Craig Postlewaite | | |
|   | X | 8352 | 72 |   |   | Office of the Under Secretary of Defense, Subject: Joint Staff Report "Burn Pits in Context of the Contemporary Operating Environment", April 10, 2010 | | |
|   | X | 8352 | 73 | KBR-BURNPITMDL-4145867 | KBR-BURNPITMDL-4146029 | KBR Project Manager's Handbook to Project Managers & Deputy Project Managers, March 15, 2007 | | |
|   | X | 3019 | 74 | JURIS_7016658 | JURIS_7016677 | Senate Dem. Policy Committee Hearing, "Rewarding Failure: Contractor Bonuses for Faulty Work in Iraq", May 20, 2009 | | |
|   | X | 1056 | 75 | KBR-BURNPITMDL-0123638 | KBR-BURNPITMDL-0123... | | | |
| X | X | 1052 | 76 | KBR-BURNPITMDL-0169271 | KBR-BURNPITMDL-0169421 | Task Order 89, December 1, 2004 | | |
|   | X | 2027 | -- | JURIS_9026943 | JURIS_9027159 | Task Order 159 Basic SOW, August 25, 2008 | | |
|   |   |   |   |   |   | DoD 4715.05-G, Overseas Environmental Baseline Guidance Document, May 1, 2007 | | |
| X | X | 2027 | 78 | JURIS_9025718 | JURIS_9025947 | DoD 4715.05-G, Overseas Environmental Baseline Guidance Document, March 2006 | | |
|   | X | 5417 | 79 | KBR-BURNPITMDL-5170541 | KBR-BURNPITMDL-5170591 | Chapter 7 (Engineers) to the Multi-National Corps - Iraq's (MNC-I) Standard Operating Procedures (SOP), Annex F (Facilities), Appendix 3 (MNC-I Environmental SOP) | | |
| X | X | 2028 | 80 | KBR0006681 | KBR0006864 | Multi-National Corps - Iraq (MNC-I) Standard Operating Procedures (SOP), Annex AA (MNC-I Environmental SOP) | | |
|   | X | 2023 | 81 | JURIS_9027175 | JURIS_9027177 | Exec. Order No. 12088, "Federal Compliance with Pollution Control Standards", 3 C.F.R. 243, 1978 | | |
|   | X | 2026 | 82 | KBR-BURNPITMDL-4818668 | KBR-BURNPITMDL-4818692 | DoD Instruction No. 4715.4, Pollution Prevention, June 18, 1996 | | |
|   | X | 2015 | 83 | KBR-BURNPITMDL-3284998 | KBR-BURNPITMDL-3285030 | Army Reg. 420-49, Utility Services, April 28, 1997 | | |
|   | X | 2014 | 84 | JURIS_9026369 | JURIS_9026423 | Army Reg. 200-1, Environmental Protection and Enhancement, February 21, 1997 | | |
|   | X | 3040 | 85 | JURIS_9029360 | JURIS_9029483 | U.S. Central Command (CENTCOM), Contingency Environmental Guidance, Regulation No. 200-2 | | |
|   | X | 2032 | 86 | JURIS_5007136 | JURIS_5007415 | Army TM 5-634, Section 3.2.8.3, Solid Waste Management, May 1990 | | |
|   | X | 5077 | 87 |   |   | December 9, 2015 Declaration of LTC Tara Hall | | |
|   | X | 3002 | 88 | KBR-BURNPITMDL-5172977 | KBR-BURNPITMDL-5173035 | U.S. Govt. Accountability Office, GAO-11-63, Afghanistan and Iraq: DoD Should Improve Adherence to Its Guidance on Open Pit Burning and Solid Waste Management, October 2010 | | |
|   | X | 5199 | 89 | KBR-BURNPITMDL-3302458 | KBR-BURNPITMDL-3302459 | | | |
|   | X | 5125 | 90 | KBR-BURNPITMDL-2909299 | KBR-BURNPITMDL-2909300 | Email Thread re Bucca Solid Waste Incinerator Ash, May 2007 | | |
|   | X | 8099 | 91 | KBR-BURNPITMDL-2933624 | KBR-BURNPITMDL-2933625 | Email Thread re Ozone Depleting Substances Operations, July 2006 | | |
|   | X | 8149 | 92 | KBR-BURNPITMDL-3132276 | KBR-BURNPITMDL-3132278 | Email Thread re KBR Hazardous Waste Management Plan Clarification, April 2006 | | |
|   | X | 1059 | 93 | KBR-BURNPITMDL-0120129 | KBR-BURNPITMDL-0120193 | Email Thread re Ozone Depleting Substances Operations, July 2006 | | |
|   | X | 2002 | 94 | KBR-BURNPITMDL-5173926 | KBR-BURNPITMDL-5174125 | Task Order 59 SOW Change 7, November 14, 2003 | | |
|   |   |   |   |   |   | MNC-I Environmental SOP, April 2009 | | |
|   | X | 8362 | 95 | JURIS_10030054 | JURIS_10030055 | Email from Dan Russell with AUSA Burn Pit Locations w/Closure Dates ver 3 chart, November 4, 2015 | | |
|   | X | 8363 | 96 | JURIS_10030056 | JURIS_10030056 | Email from Dan Russell with AUSA Burn Pit Locations w/Closure Dates ver 3 chart, November 4, 2015 | | |
|   | X | 8364 | 97 | KBR-BURNPITMDL-0142973 | KBR-BURNPITMDL-0142973 | KBR Chart, Definition of Work (Currently Doing), November 2, 2006 | | |
|   | X | 8365 | 98 | KBR-BURNPITMDL-2784961 | KBR-BURNPITMDL-2784961 | KBR HQ Chart, Burn Pit Locations | | |
|   | X | 8366 | 99 | KBR-BURNPITMDL-3219468 | KBR-BURNPITMDL-3219468 | KBR Chart, Definition of Work (Currently Doing), January 31, 2010 | | |
|   | X | 1078 | 100 | KBR-BURNPITMDL-0307955 |   | DCMA International Memo, April 16, 2004 | | |

PLAINTIFF EXHIBIT LIST WITH HYPERLINKS

| Admitted (Hearing) | Admitted (Previously) | PL JURIS EX No. | Brief Ex. No. | Bates Begin | Bates End | Title Reference | BRIEF EX. HYPERLINK | HEARING EX. HYPERLINK |
|---|---|---|---|---|---|---|---|---|
|  | X | 1075 | 101 | KBR-BURNPITMDL-0435582 |  | DCMA International Memo, May 9, 2004 |  |  |
|  | X | 1079 | 102 | KBR-BURNPITMDL-0312119 |  | KBR LOTD, February 14, 2004 |  |  |
|  | X | 1076 | 103 | KBR-BURNPITMDL-5156670 |  | DCMA International Memo, October 9, 2004 |  |  |
|  | X | 1077 | 104 | KBR-BURNPITMDL-0307916 |  | KBR International Memo, April 19, 2004 |  |  |
|  | X | 8373 | 105 | KBR-BURNPITMDL-3015214 | KBR-BURNPITMDL-3015214 | DCMA Memo, May 6, 2004 |  |  |
|  | X | 8387 | 106 | KBR-BURNPITMDL-0399611 |  | DCMA Memo, August 23, 2005 |  |  |
|  | X | 8374 | 107 | KBR-BURNPITMDL-3015215 | KBR-BURNPITMDL-3015215 | DCMA Memo, May 7, 2004 |  |  |
|  | X | 1074 | 108 | KBR-BURNPITMDL-0405928 |  | DCMA Memo International Memo, April 19, 2006 |  |  |
|  | X | 8368 | 109 | KBR-BURNPITMDL-4610390 | KBR-BURNPITMDL-4610390 | KBR Chart, Definition of Work (Currently Doing), August 10, 2007 |  |  |
|  | X | 8368 | 110 | KBR-BURNPITMDL-0004428 | KBR-BURNPITMDL-0004523 | DCMA LOGCAP Performance Evaluation Board Report re Task Order 139, September 17, 2007 |  |  |
|  | X | 5062 | 111 | KBR-BURNPITMDL-3113784 | KBR-BURNPITMDL-3113795 | DCMA Memo, April 16, 2007 |  |  |
|  | X | 8388 | 112 | KBR-BURNPITMDL-3149301 |  | DCMA Memo, April 12, 2006 |  |  |
|  | X | 5161 | 113 |  |  | April 1, 2010 Declaration of Lee Lasiter |  |  |
|  | X | 5014 | 114 | KBR-BURNPITMDL-3193691 | KBR-BURNPITMDL-3193724 | DoD Inspector General Report re Audit of Potable and Nonpotable Water in Iraq, March 7, 2008 |  |  |
|  | X | 8367 | 115 | KBR-BURNPITMDL-3476740 | KBR-BURNPITMDL-3476740 | KBR Chart, Definition of Work (Currently Doing), August 28, 2008 |  |  |
|  | X | 6017 | 116 | JURIS_3006277 | JURIS_3006413 | KBR "Department of Logistics – where they were, where they are now, and where they are going", January 15, 2005 |  |  |
|  | X | 3004 | 117 | JURIS_6011175 | JURIS_6011366 | The National Academies Press, Long-Term Health Consequences of Exposure to Burn Pits in Iraq and Afghanistan, Chapter 2 "Current And Historical Uses of Burn Pits in the Military", 2011 |  |  |
|  | X | 2612 | 118 | KBR-BURNPITMDL-2917598 | KBR-BURNPITMDL-2917655 | Dept. of the Army, Technical Bulletin: Guidelines for Field Waste Management (TB MED 593), September 2006 |  |  |
|  | X | 8135 | 119 | KBR-BURNPITMDL-3019568 | KBR-BURNPITMDL-3019569 | Statement of Work, Contractor Operation of the Landfill |  |  |
|  | X | 8185 | 120 | KBR-BURNPITMDL-3256311 | KBR-BURNPITMDL-3256313 | Dept. of the Army Memo, May 9, 2008 |  |  |
|  | X | 8227 | 121 | KBR-BURNPITMDL-3564920 | KBR-BURNPITMDL-3564921 | DCMA Memo, December 8, 2007 |  |  |
|  | X | 8187 | 122 | KBR-BURNPITMDL-3256350 | KBR-BURNPITMDL-3256351 | Appendix I (Burn Pit and Recycling Operation) to 217 Garoson SOP, May 2, 2008 |  |  |
|  | X | 5399 | 123 | KBR-BURNPITMDL-4136715 | KBR-BURNPITMDL-4136716 | DCMA International Memo, March 25, 2007 |  |  |
|  | X | 8105 | 124 | KBR-BURNPITMDL-2984352 | KBR-BURNPITMDL-2984353 | Dept. of the Army Memo, May 2, 2007 |  |  |
|  | X | 5131 | 125 | JURIS_7014059 | JURIS_7014192 | Commission on Wartime Contracting, Rightsizing and Managing Contractors During the Iraq Drawdown, March 29, 2010 |  |  |
|  | X | 6050 | 126 |  |  | Servicemembers' Objections and Responses to KBR's Second and Third Sets of Jurisdictional Interrogatories, September 30, 2016 |  |  |
|  | X | 8389 | 127 | JURIS_6010722 |  | DCMA Memo, March 8, 2006 |  |  |
|  | X | 8390 | 128 | KBR-BURNPITMDL-0203447 | KBR-BURNPITMDL-0203459 | DCMA Memo, April 16, 2007 |  |  |
|  | X | 8391 | 129 | JURIS_11030782 | JURIS_11030807 | LSA Anaconda Solid Waste Disposal Program.ppt, November 2009 |  |  |
|  | X | 8392 | 130 |  |  | Rule 1006 Exhibit re LOTDs, ACLs, & Memoranda re KBR Use of Burn Pits at Admitted Bases |  |  |
|  | X | 8393 | 130 |  |  | Rule 1006 Exhibit re LOTDs, ACLs, & Memoranda re KBR Use of Burn Pits at Admitted Bases (Ex 8392 reliance materials) |  |  |
|  | X |  | 131 |  |  | November 2, 2015 Deposition of Ricky Joe Lamberth |  |  |
|  | X | 1100 | 132 |  |  | Rule 1006 Exhibit re Waste Management Performance Standards |  |  |
| X | X | 1102 | 133 | Various KBR-BURNPITMDL- |  | re Task Order 59 SOW's |  |  |
|  | X | 1103 | 134 | Various KBR-BURNPITMDL- |  | re Task Order 89 SOW's |  |  |
|  | X | 1105 | 135 | Various KBR-BURNPITMDL- |  | re Task Order 139 SOW's |  |  |
|  | X | 1107 | 136 | Various KBR-BURNPITMDL- |  | re Task Order 159 SOW's |  |  |
|  | X | 1101 | 137 | Various KBR-BURNPITMDL |  | re Task Order 13 SOW's |  |  |
|  | X | 1104 | 138 | Various KBR-BURNPITMDL- |  | re Task Order 14 SOW's |  |  |
|  | X | 1013 | 139 | KBR-BURNPITMDL-0121889 | KBR-BURNPITMDL-0121898 | re Task Order 77 SOW's |  |  |
|  | X | 1006 | 140 | KBR-BURNPITMDL-2202708 | KBR-BURNPITMDL-2202726 | re Task Order 98 SOW's |  |  |
|  | X | 1012 | 141 | KBR-BURNPITMDL-0130269 | KBR-BURNPITMDL-0130231 | re Task Order 103 SOW's |  |  |
|  | X | 1010 | 142 | KBR-BURNPITMDL-0133670 | KBR-BURNPITMDL-0133697 | re Task Order 116 SOW's |  |  |
|  | X | 1106 | 143 | Various KBR-BURNPITMDL- |  | re Task Order 151 SOW's |  |  |
| X |  | 5054 |  | KBR-BURNPITMDL-0050477 | KBR-BURNPITMDL-0050502 | 20091022 DCMA N Iraq PEB TO 159 (Fehn Ex. 5) |  |  |
| X |  | 5171 |  |  |  | 20080811 KBR Burn Pit Operations SOP (Lockhart Ex. 3) |  |  |
| X |  | 5173 |  |  |  | 20161004 Handwritten Drawing by Witness (Lockhart Ex. 5) |  |  |
| X |  | 5182 |  |  |  | 20100422 DoA Letter to KBR RE Burn Pits (Lochrl Ex. 6) |  |  |
| X |  | 5301 |  |  |  | Defendant's Brief Exhibit 122 – 12-04-2008 Gen. Petraeus Letter to Senator Feingold |  |  |
| X |  |  |  |  |  | November 4, 2016 Deposition of Lt. General John R. Vines (Reuteil), Page 165 |  |  |
| X |  |  |  |  |  | October 21, 2016 Deposition of Lt. Col. Denton Walsh, Page 65 |  |  |
| X |  |  |  |  |  | October 27, 2016 Deposition of Augusta Fehn Transcript of Portions of Video Played in Court |  |  |
| X |  |  |  |  |  | October 27, 2016 Deposition of James G. Lochrl, Pages 80, 97-98 |  |  |
|  |  |  |  |  |  | October 4, 2016 Deposition of Brad Lockhart Transcript of Designations |  |  |